1  Yolanda Huang (State Bar No. 104543)
2  LAW OFFICES OF YOLANDA HUANG
   499 14th Street, Suite 300
3  Oakland, California 94612
   Telephone:  (510) 839-1200
4  Facsimile:   (510) 444-6698
   E-Mail:       yhuang.law@gmail.com
5
6  DENNIS CUNNINGHAM, SBN 112910
   115A Bartlett St.
7  San Francisco, CA 94110
   Telephone: (415) 285-8091
8  Facsimile: (415) 285-8092
   E-Mail:       denniscunninghamlaw@gmail.com
9
10 Attorneys for Plaintiffs
   Tikisha Upshaw, Tyreka Stewart and
11 Andrea Hernandez
12              UNITED STATES DISTRICT COURT
13            NORTHERN DISTRICT OF CALIFORNIA
14           SAN FRANCISCO/OAKLAND DIVISION
15
16 KENYON NORBERT, TROY MCALLISTER,        Case No. 19-cv-02724-SK
17 MARSHALL HARRIS, ARMANDO CARLOS,
   MONTRAIL BRACKENS, MICHAEL BROWN,       **DECLARATION OF JAMIE M. ZEITZER**
18 and JOSE POOT, on behalf of themselves   **IN SUPPORT OF MOTION FOR**
   individually and others similarly situated, as a class  **PRELIMINARY INJUNCTION**
19 and Subclass,
20              Plaintiffs,
21    vs.
22 SAN FRANCISCO COUNTY SHERIFF'S
   DEPARTMENT, CITY AND COUNTY OF
23 SAN FRANCISCO, SAN FRANCISCO
   SHERIFF VICKI HENNESSEY; CHIEF
24 DEPUTY SHERIFF PAUL MIYAMOTO;
   CAPTAIN JASON JACKSON, CAPTAIN
25 MCCONNELL and John & Jane DOEs, Nos. 1 -
   50.
26
27              Defendants.
28

1

I, **JAMIE M. ZEITZER,** declare:

1.  Attached as Exhibit A is a true and correct copy of a report I wrote at the request of Attorney Yolanda Huang and in collaboration with Jess Ghannam, a Clinical Professor in the Department of Psychiatry and Global Health Sciences at the University of California, San Francisco School of Medicine.  The information and opinions expressed in this report are accurate based upon my knowledge and information as an expert in sleep and circadian rhythmns.

2.  Attached as Exhibit B is a true and correct copy of my current curriculum vitae.

I make this declaration under penalty of perjury under the laws of the State of California, executed this 27th day of June, 2019 in Palo Alto, California.


__/s/ Jamie M. Zeitzer_____
JAMIE M. ZEITZER, Ph.D.


Under N.D.  Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained the concurrence from Jamie M. Zeitzer, Ph.D. on June 27, 2019, for the filing of his declaration.


__/s/ Yolanda Huang_____
Yolanda Huang,
Attorney for Plaintiffs

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,*  United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# ZEITZER REPORT

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724
SK

# REPORT OF DR. JAMIE ZEITZER

This report is written by Jamie Zeitzer, PhD. I am currently employed by both Stanford University, as an associate professor of Psychiatry and Behavioral Sciences, and by the Department of Veterans Affairs, as a health science specialist at the VA Palo Alto Health Care System. I am recognized worldwide as an expert in sleep and circadian rhythms. I have published more than 100 articles and lectured internationally on these topics. I received my Bachelors of Arts in Biology from Vassar College in 1993, graduating with highest honors and Phi Beta Kappa. I received a PhD in Neurobiology from Harvard University in 1999, followed by completing a post-doctoral fellowship in Neurology at the University of California at Los Angeles in 2001 and completing a post-doctoral fellowship in Psychiatry and Behavioral Sciences at Stanford University in 2006. I have specifically conducted research on sleep and circadian rhythms for the past 25 years. I am writing this report at the behest of Yolanda Huang, Esq., and in collaboration with Professor Jess Ghannam, a Clinical Professor in the Department of Psychiatry and Global Health Sciences at the University of California, San Francisco School of Medicine. This report represents my opinion of the best evidence as supported by the totality of the scientific literature.

The circadian clock, which is located in the brain, is responsible for the temporal organization (timing) of a variety of biological activities, including sleep, mood, metabolism, immune function and cognition. Disruption of the timing of the circadian clock will worsen each of these functions and eventually lead individuals so disrupted into have a pathological condition (e.g., insomnia, depression, diabetes, cancer, cognitive impairment). A properly timed and functioning circadian clock is dependent on exposure to regular light-dark cycle. The more robust the difference between the brightness of light during the day and night, the stronger the signal to the circadian clock.

Exposure to sunlight is an important component in the setting and regulation of the human circadian rhythm. Natural sunlight at the San Francisco, which is at 37.775° latitude, particularly during three seasons, Spring, Summer and Fall, contains the appropriate spectral composition and is of sufficient intensity to maintain the normal synchronization of the internal near-24-hour period of the human circadian rhythm with the outside world. Lack of exposure to natural sunlight, especially when combined with exposure to indoor illumination at night, would be especially deleterious to the function of the circadian clock.

The most obvious consequence of disruption of circadian timing through lack of sunlight would be through a worsening of sleep potentially leading to insomnia. Sleep is a fundamental aspect of human physical and psychiatric health. There are many functions that occur specifically during sleep and are not fully recapitulated during physical rest or pharmacologically-induced sleep. Among these many functions are the clearance of waste products from the brain,[1] alteration and

---

[1] This is the first paper to provide solid evidence for the role of sleep in clearing waste from the brain: Xie, L., Kang, H., Xu, Q., Chen, M. J., Liao, Y., Thiyagarajan, M., O'Donnell, J., Christensen, D. J., Nicholson, C., Iliff, J. J., Takano, T.,

refinement of brain circuits involved in memory and emotion regulation,[2] and a resetting of energy storage in the brain[3]. To occur properly, these functions may require particular temporal sequencing or quanta of time. In other words, continuous sleep, flowing from lighter stages (referred to clinically as N1 and N2) to deeper stages (referred to clinically as N3) and rapid eye movement (REM) sleep is as necessary as the total amount of sleep received. In situations in which sleep is repeatedly fragmented (i.e., not allowed to proceed in its normal, orderly fashion), or in which there is chronically insufficient amounts of sleep, there is a strong association between such sleep disruption and the development, exacerbation, or perpetuation of a variety of diseases, including diabetes[4], breast cancer[5], and Alzheimer's disease[6].

For ethical reasons, extended (i.e., multiple year) deprivation of sunlight has never been formally studied. The most relevant literature is that associated with studies of individuals living during the winter in polar regions, times during which there is little direct exposure to sunlight and individuals are dependent upon artificial lighting. Under such conditions, there is an increased incidence of depression, lowering of optimal cognitive and metabolic performance, with evidence of insulin resistance and elevated triglycerides, risk factors for heart disease.[7] Even in conditions in which the lack of sunlight is for shorter (i.e., months long), such as occurs in individuals on nuclear submarines[8], sleep is often disrupted. As the length of time of exposure to only artificial indoor lighting is extended, the likelihood of disruption to sleep and circadian rhythms increases, as do the downstream consequences on heart, metabolic, immune, and mental health. More importantly, vis-à-vis the case at hand, in both aforementioned cases of sunlight deprivation (polar, submariners), the contrast between artificial daytime light and nighttime light (typically absent) is greater than in the current case. In conversations with Ms. Huang, it was reported to me that her clients at the San Francisco County reported complete lack of access to sunlight for extensive periods of time, up to

---

Deane, R., & Nedergaard, M. (2013) Sleep drives metabolite clearance from the adult brain. *Science, 342*(6156), 373-377.

[2] This is one of many reviews that discuss the role of sleep and the formation of memories: Feld, G. B. & Born, J. (2017) Sculpting memory during sleep: concurrent consolidation and forgetting. *Current Opinion in Neurobiology, 44,* 20-27.

[3] This paper discusses the initial theory that sleep is responsible for restoration of energy stores in the brain; it has been cited more than 700 times: Benington, J. H. & Heller, H. C (1995) Restoration of brain energy metabolism as the function of sleep. *Progress in Neurobiology, 45*(4), 347-360.

[4] This review discusses the relationship between disrupting amounts and quality of sleep and subsequent effects on the development of diabetes: Nedeltcheva, A. V., Scheer, F. A. (2014) Metabolic effects of sleep disruption, links to obesity and diabetes. *Current Opinion in Endocrinology Diabetes and Obesity, 21*(4), 293-298.

[5] This review discusses the various ways in which sleep disruption is linked to breast cancer: Samuelsson, L. B., Bovbjerg, D. H, Roecklein, K. A. & Hall M.H. (2018) Sleep and circadian disruption and incident breast cancer risk: an evidence-based and theoretical review. *Neuroscience and Biobehavioral Reviews, 84,* 35-48.

[6] This review provides a comprehensive discussion of the relationship between disrupted sleep and various forms of cognitive impairment, including Alzheimer disease: Bubu, O. M., Brannick, M., Mortimer, J., Umasabor-Bubu, O., Sebastião, Y. V., Wen, Y., Schwartz, S., Borenstein, A. R., Wu, Y., Morgan, D., & Anderson W. M. (2017) Sleep, cognitive impairment, and Alzheimer's disease: a systematic review and meta-analysis. *Sleep, 40*(1), zsw032.

[7] This review provides a comprehensive discussion of the biological rhythms during residence in polar regions. Arendt, J. (2012) Biological rhythms during residence in polar regions. *Chronobiology International 29*(4), 379-394.

[8] Chabal, S., Welles, R., Haran, F.J., Markwald, R (2018) Effects of sleep and fatigue on teams in a submarine environment. *Undersea and Hyperbaric Medicine 45*(3), 257-272.

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

seven (7) years. This is combined with a limited night time sleep period of approximately five (5) hours (which was recently increased) during which there is continuous illumination throughout the night. While eyelids are closed during sleep, approximately 5-12% (depending on the color) of light passes through closed eyelids, enter the brain, and impact its function. Thus, the contrast between "daytime" and "nighttime" in these prisoners has been severely dampened. This will disrupt circadian clock and have potential negative downstream effects on sleep, mood, cognition, immune function, and metabolism.

**Conclusions.**
The reports of total lack of natural sunlight, limited night time sleep period, and continuous night time illumination will be associated with a variety of both short- and long-term impairments. Short-term deficits likely include a reduced ability to regulate mood, changes in appetite and associated hormones, reduced memory and cognitive ability, and impaired immune function[9]. Longer-term deficits likely include increased depression and anxiety, development or worsening of diabetes, dementia-like symptoms, and increased incidence or recurrence of breast or colon cancer[10], and increased vulnerability to communicable diseases and a decline in mental function.

The introduction of regular exposure to natural sunlight with the reduction or absence of nocturnal light would also contribute to a healthier circadian rhythm, which would have effects similar to those expected after improving sleep. In addition to reducing the obvious fatigue during the daytime, improving sleep in these inmates would also likely improve their ability to self-regulate their emotions and reduce interpersonal conflict, as well as improve their overall mental and physical well-being.

A foundation for establishing an empirical basis for any negative health consequences of the chronic lack of sunlight can be obtained by performing analyses for basic physiological markers of health in blood samples.

---

[9] This review discusses many of the short-term deficits, and their biological causes, that are associated with disrupted sleep: Van Someren, E. J., Cirelli, C., Dijk, D.J., Van Cauter, E., Schwartz, S., & Chee, M. W. (2015) Disrupted sleep: from molecules to cognition. *Journal of Neuroscience, 35*(41), 13889-13895.
[10] See references 1-6, above.

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,*  United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

# ZEITZER CURRICULUM VITAE

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

# JAMIE M. ZEITZER, PH.D.

***ASSOCIATE PROFESSOR/HEALTH SCIENCE SPECIALIST IN PSYCHIATRY AND BEHAVIORAL SCIENCES***

| | |
|---|---|
| Stanford University | 650-493-5000, |
| VA Palo Alto Health Care System | ext. 62410 (O) |
| 3801 Miranda Avenue (151Y) | 650-852-3297 (fax) |
| Palo Alto  CA  94304 | jzeitzer@stanford.edu |

### EDUCATION

| | | |
|---|---|---|
| 1989 - 1993 | Vassar College | A.B., Highest Honors, Biology |
| 1993 - 1999 | Harvard University | Ph.D., Neurobiology |
| 1999 - 2001 | UCLA School of Medicine | Post-doctoral Fellow, Neurology |
| 2001 - 2006 | Stanford University | Post-doctoral Fellow, Psychiatry |

### FACULTY APPOINTMENTS

| | |
|---|---|
| 2006-current | Department of Psychiatry and Behavioral Sciences, Stanford University |
| 2006-current | Division of Sleep Sciences and Medicine, Stanford University |
| 2006-current | Psychiatry Service, VA Palo Alto Health Care System |

### FACULTY AFFILIATIONS

| | |
|---|---|
| 2018-current | Stanford Wearable Electronics Initiative (eWEAR) |
| 2018-current | Stanford Precision Health and Integrated Diagnostics Center |
| 2018-current | Stanford University Bio-X |
| 2007-current | Stanford University Center on Stress and Health |
| 2007-2017 | Stanford University Program in Neuroscience |
| 2008-current | Stanford Center on Longevity |
| 2008-current | Stanford University Program in Human Biology |
| 2010-2013 | Stanford Institute for Neuro-Innovation & Translational Neurosciences |
| 2013-current | Stanford Neurosciences Institute |
| 2014-current | Child Health Research Institute at Stanford |
| 2015-current | Stanford Center for Population Health Sciences |

### COURTESY APPOINTMENTS

| | |
|---|---|
| 2014-current | Research and Development Service, James A. Haley Veterans' Hospital |

### RESEARCH EXPERIENCE

| | |
|---|---|
| 2017-current | Associate Professor, Department of Psychiatry and Behavioral Sciences, Stanford University, Palo Alto CA |
| 2006-2017 | Assistant Professor, Department of Psychiatry and Behavioral Sciences, Stanford University, Palo Alto CA |
| 2006-current | Research Health Science Specialist, Psychiatry Service, VA Palo Alto Health Care System, Department of Veterans Affairs |
| 2001-2006 | Post-doctoral Fellow in Psychiatry, Stanford Center for Narcolepsy Research, advisor, Emmanuel Mignot, Stanford University, California |
| 2000-2003 | Post-doctoral Fellow in Medicine; advisor, Robert Brown, Boston VAMC (titular appointment) |
| 1999-2001 | Post-doctoral Fellow in Neurology; advisors, Charles L. Wilson, Jerome Engel Jr., University of California, Los Angeles |
| 1994-1999 | Research Assistant in Circadian Biology; Circadian, Neuroendocrine, and Sleep Disorders Section; advisor, Charles A. Czeisler, Brigham and Women's Hospital, Boston |
| 1995 | Research Assistant in Retinal Neurobiology; advisor, Elio Raviola, Harvard Medical School, Boston |
| 1994 | Research Assistant in Molecular Neurobiology; Laboratory of Developmental Chronobiology; advisors, Steven M. Reppert, David R. Weaver, Massachusetts General Hospital |
| 1991-1992 | Research Assistant in Cellular Neurophysiology; advisor, Kathleen Raley-Susman, Vassar College, New York |

| | | |
|---|---|---|
| | 1990 | Research Assistant in Pulmonary Neurophysiology; advisor, Anthony Sica, Long Island Jewish Medical Center, New York |

**AWARDS AND HONORS**

| | |
|---|---|
| 2014 | Faculty Fellow in Human Biology, Stanford University |
| 2006 | National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award |
| 2005 | Young Investigator Award, Honorable Mention, American Academy of Sleep Medicine |
| 2003 | Sleep Research Society Trainee Research Merit Award |
| 2003 | National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award |
| 2002 | Pickwick Fellowship in Sleep Medicine, National Sleep Foundation |
| 2002 | C.F. Aaron Dean's Fellowship, Stanford University School of Medicine |
| 2002 | Travel Fellowship, SRBR Annual meeting |
| 2001 | Travel Fellowship, APSS Annual meeting |
| 2000 | Travel Fellowship, American Paraplegia Society Annual Meeting |
| 1999 | Travel Fellowship, American Paraplegia Society Annual Meeting |
| 1998 | Travel Fellowship, Gordon Conference on Pineal Cell Biology |
| 1996 | Travel Fellowship, Northeast Sleep Society Annual Meeting |
| 1995 | Certificate of Distinction in Teaching, Harvard University |
| 1994 | Honorable Mention, National Science Foundation Fellowship |
| 1993 | Phi Beta Kappa, Vassar College |
| 1993 | Kate Roberts Prize in Biology, Vassar College |
| 1992 | Council on Undergraduate Research Academic-Industrial Undergraduate Research Partnership Fellowship, Vassar College/Merck Sharpe & Dohme Research Laboratories |
| 1991 | Harriet Gurnee Van Allen Prize, Vassar College |

**INVITED LECTURES**

| | |
|---|---|
| 09/18 | 2018 Comprehensive Treatment of Sleep Disordered Breathing Symposium, "Human Centric Lighting: Using Light to Manipulate Sleep Behavior", Tainan City, Taiwan |
| 09/18 | Taiwan Ministry of Education Mobile Learning Project's Teacher Professional Development Workshop, "Sleep and the Adolescent Brain", Taipei, Taiwan |
| 03/18 | Stanford University Precision Health and Integrated Diagnostics Center, "Monitoring Sleep in the 21st Century" |
| 12/17 | University of Tsukuba, "Monitoring Sleep in the 21st Century – What is Clinically-Actionable Data?", Tsukuba, Japan |
| 12/17 | 6th Annual IIIS Symposium, "Understanding of the impact of light on circadian rhythms: efficacious phototherapy of circadian sleep disorders", Tokyo, Japan |
| 12/17 | Human Centric Lighting for Health Symposium, "Optimizing human centric lighting in the 21st century", Seoul, South Korea |
| 10/17 | UCSF Interdisciplinary Sleep Breakfast, "Human Centric Lighting: Using Light to Manipulate Biology and Behavior" |
| 08/17 | Military Health System Research Symposium, "Rapid resetting of human circadian timing with ultrashort flashes of light" |
| 07/17 | Lighting for Health and Wellbeing, "Biological impacts of human centric lighting" |
| 05/17 | Fortune Brainstorm Health, "The Science of Sleep: Roundtable" |
| 02/17 | U.S. Department of Energy Solid State Lighting Research and Development Workshop, "Non-image forming effects of light: Bridging the gap from the lab to the home" |
| 10/16 | Lumileds, "Impact of light on circadian rhythms and alertness" |
| 09/16 | Board of Registered Polysomnographic Technologists Symposium, "Alternatives to benzodiazepines: the role of melatonin agonism and hypocretin antagonism in sleep medicine" |
| 07/16 | U.S. Department of Energy Human Physiologic Responses to Light, "Circadian illusions – sights unseen" |

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

| | |
|---|---|
| 06/16 | Association of Professional Sleep Societies Annual Conference, "Hacking the human biological clock with light flashes" |
| 05/16 | Society for Research in Biological Rhythms annual conference, "Dichotomous impact of light flashes on circadian phase shifting and melatonin suppression in humans" |
| 05/16 | Samsung Digital Health Algorithm Summit, "Sleep – the good, the bad, and the unknown" |
| 04/16 | Wearable Devices & the 24-hour Activity Cycle: A Framework for Developing Daily Activity Recommendations, "Circadian rhythm research and functional analysis" |
| 01/16 | Oregon Health and Science University, "The price of modernity: circadian dysregulation and its countermeasures" |
| 03/15-18 | Sleep Medicine Didactics, Stanford University, "The impact of light on circadian rhythms" |
| 02/15 | Center for Circadian Biology Symposium at UCSD, "Temporal integration of light in the human circadian timing system" |
| 06/14 | Association of Professional Sleep Societies Annual Conference, "Effects of light on sleep and use of light to improve sleep" |
| 06/14 | Association of Professional Sleep Societies Annual Conference, "Year-in-Review: Circadian rhythms and sleep" |
| 10/13 | Neuroscience Seminar Series, SRI International, "Sight unseen: non-visual effects of light on brain function" |
| 02/13 | Psychiatry Grand Rounds, Stanford University, "Circadian rhythms in health and disease" |
| 02/13 | Sleep Medicine Didactics, Stanford University, "The impact of light on circadian rhythms" |
| 02/12 | Sleep Grand Rounds, Stanford University, "Talking to the pacemaker during sleep: circadian phase shifting without disturbing Sleep" |
| 09/09 | Disability Awareness Day, City of San Jose, "Sleep: a primer" |
| 05/08 | Spinal Cord Rehabilitation Grand Rounds, VA Palo Alto Health Care System, "Melatonin and sleep in individuals with tetraplegia" |
| 05/08 | Sleep Grand Rounds, Stanford University, "Circadian influence on sleep in healthy aging" |
| 05/08 | Spinal Cord Injuries conference, "Sleep disturbances among individuals with SCI" |
| 03/08 | Lighting and Health Symposium, "The biological functions of sleep" |
| 10/07 | Narcolepsy Network Annual Conference, "So what exactly does hypocretin do? Lessons from other primates" |
| 07/07 | SCI/Rehabilitation Grand Rounds, Santa Clara Valley Medical Center, "Melatonin and sleep in individuals with tetraplegia" |
| 05/07 | Sleep Grand Rounds, Stanford University, "Hypocretin and the consolidation of wake" |
| 12/06 | Spinal Cord Rehabilitation Grand Rounds, VA Palo Alto Health Care System, "Melatonin and sleep in individuals with tetraplegia" |
| 06/06 | Sleep, 20[th] Annual Meeting, "Basics of Sleep; Sleep-Wake mechanisms: neurochemistry and CNS peptides" |
| 06/06 | Sleep, 20[th] Annual Meeting, "Narcolepsy and excessive daytime sleepiness: neural mechanisms" |
| 11/05 | Sleep Grand Rounds, Stanford University, "Normal aging of the human circadian timing system" |
| 05/04 | Sleep Grand Rounds, Stanford University, "Human circadian photoreception and melatonin regulation - Hypocretin physiology in a primate model, a two-part talk" |
| 04/04 | Sleep Grand Rounds, Emory University, "Neuromodulators and state control – human microdialysis and monkey models" |
| 09/02 | Sleep Grand Rounds, Stanford University, "Circadian and homeostatic regulation of hypocretin in a primate model: implications for consolidation of wake" |
| 03/02 | Vassar College, Symposium series, "Neuromodulation of states of consciousness" |
| 09/00 | American Paraplegia Society Annual Meeting, Symposium, "Consequences of chronic spinal cord injury: alteration of basal neuroendocrine function" |

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

| | |
|---|---|
| 06/97 | Sleep Seminar Series, Brigham and Women's Hospital, Department of Medicine, "Neuroanatomy of the human circadian timing system" |
| 09/92 | Undergraduate Research Symposium, Vassar College, "A study of the mechanisms underlying ischemic damage to protein synthesis in the rat hippocampal slice" |

**PROFESSIONAL COMMITTEES/PLANNING**

| | |
|---|---|
| 2018 | Stanford University Precision Health and Integrated Diagnostics, grant reviewer |
| 2018 | Sleep Research Society, Strategic Planning Committee, member |
| 2018 | National Science Centre (Poland), external grant reviewer |
| 2018 | Medical Research Council (UK), external grant reviewer |
| 2017 | NASA, Optimization of Translational Animal Models to Assess Human Spaceflight Performance for Studying the In-Flight Effects of Space Radiation: The Journey to Mars and Back, external consultant |
| 2017 | Stanford University Human Biology Awards Committee, member |
| 2017-2018 | Stanford University Child Health Research Institute, grant reviewer |
| 2016 | Cancer Research UK, external grant reviewer |
| 2016-current | Sleep Research Society, Scientific Review Committee, member |
| 2015 | Stanford University Grant Writing Academy's Faculty Review Workshops, faculty reviewer |
| 2015 | National Institute of Diabetes and Digestive and Kidney Diseases/NIH external grant reviewer |
| 2015 | National Center for Complementary and Integrative Health/NIH, external grant reviewer |
| 2015-2016 | Sleep Research Society, Communication Committee, member |
| 2014-current | VA Palo Alto Health Care System, Center for Clinical Research advisory board |
| 2014-2015 | Sleep Research Society, Metrics Task Force |
| 2013-2015 | Stanford University Department of Psychiatry, annual awards committee, member |
| 2013 | National Institute of Environmental Health Sciences/NIH, external grant reviewer |
| 2013 | National Research Foundation (South Africa), external reviewer |
| 2013-2015 | Sleep Research Society, Membership and Communication Committee, member |
| 2013-2014 | Sleep Research Society Bulletin, Editor |
| 2013, 2014 | Research Council of Norway, external grant reviewer |
| 2013-current | Osteoporotic Fractures in Men (MrOS) publications committee, member |
| 2012-2014 | Stanford University Department of Psychiatry, faculty search committee member |
| 2012 | National Heart Lung and Blood Institute (NIH), grant reviewer |
| 2012 | DSM 5 Sleep Workgroup, Circadian Rhythm Sleep/Wake Disorders committee, external consultant |
| 2012 | Sleep Research Society, trainee grant abstract reviewer |
| 2011-2013 | Sleep Research Society, Research Committee, member |
| 2010-11, 13-15, 17 | Associated Professional Sleep Societies, annual meeting abstract reviewer |
| 2011 | Veterans Administration Health Services Research and Development Committee, *Ad hoc* grant reviewer |
| 2011 | National Research Foundation (South Africa), external grant reviewer |
| 2010-2011 | National Science Foundation (NSF), *Ad hoc* grant reviewer |
| 2009-2010 | Stanford University Department of Psychiatry, faculty search committee member |
| 2009-current | Research and Development Scientific Review Subcommittee, VA Palo Alto Health Care System, member |
| 2009-2010 | Veterans Administration Rehabilitation Research and Development Committee, *Ad hoc* grant reviewer |
| 2009 | Biomedical Basic Subcommittee, VA Palo Alto Health Care System, member |
| 2009 | Stanford University Department of Psychiatry, Chair search subcommittee member |
| 2008-2009 | National Institutes of Health, *Ad hoc* grant reviewer |

| | | |
|---|---|---|
| | 2008-2009 | Sleep Grand Rounds, Stanford University, organizer |
| | 2007, 2015 | Swiss National Science Foundation, external grant reviewer |
| | 2007 | Marsden Fund, New Zealand, external grant reviewer |
| | 2004 | Melatonin for Treatment of Sleep Disorders, University of Alberta Evidence-based Practice Center for the Agency for Healthcare Research and Quality, external reviewer |
| | 2003 | Narcolepsy: A Guide for Understanding, Diagnosing and Treating Narcolepsy, National Sleep Foundation, associate editor |
| | 1997 | 25th Anniversary of the Discovery of the SCN, organizing committee member, Harvard University |
| | 1997 | Nathaniel Kleitman Summer Fellowship, Harvard University/Brigham and Women's Hospital, co-organizer |

PROFESSIONAL SOCIETY MEMBERSHIP

Sleep Research Society
Society for Research in Biological Rhythms

ID's

ORCID: 0000-0001-6174-5282
eRA Commons: ZEITZER.JAMIE
My bibliography: http://www.ncbi.nlm.nih.gov/myncbi/browse/collection/47962065/

JOURNAL EDITORIAL BOARDS

| | | |
|---|---|---|
| | 2008-current | *Nature and Science of Sleep,* Editorial Board |
| | 2013-current | *BMC Psychiatry,* Associate Editor |
| | 2015-current | *Sleep Science and Practice*, Editorial Board |
| | 2018-current | *Frontiers in Neuroscience – Sleep and Circadian Rhythms*, Associate Editor |

*AD HOC* JOURNAL REVIEWER

*American Journal of Epidemiology, American Journal of Physiology, Behavioral Brain Research, Behavioral Sleep Medicine, Biology, Brain Research, Chronobiology International, Clinical Interventions in Aging, CNS Drugs, Computational and Structural Biotechnology Journal, Current Pharmaceutical Design, Drugs of Today, eLife, European Journal of Neurology, Experimental Gerontology, Expert Opinion on Investigational Drugs, International Journal of Molecular Sciences, Journal of Clinical Investigation, JCI Insight, Journal of Alzheimer's Disease, Journal of Alzheimer's Research, Journal of Applied Physiology, Journal of Biological Rhythms, Journal of Clinical Sleep Medicine, Journal of Neurochemistry, Journal of Nutrition, Health, and Aging, Journal of Physiology (London), Journal of Psychiatric Research, Journal of Rehabilitation Research and Development, Journal of Spinal Cord Medicine, Nature and Science of Sleep, Neurobiology of Aging, Neurobiology of Sleep and Circadian Rhythms, Neurology, Neuropsychopharmacology, Neurorehabilitation and Neural Repair, Photochemistry and Photobiology, Physiology and Behavior, PLoS ONE, Proceedings of the National Academy of Sciences (USA), Scientific Reports, Sleep, Sleep and Biological Rhythms, Sleep Health, Sleep Medicine, Sleep Science, Sleep Science and Practice, Swiss Medical Weekly*

SELF-REPORT OF TEACHING

| | | |
|---|---|---|
| | 2018 | **CNI-X/CNR-X**, Stanford University |
| | | Approximately 30 Chinese high school students (CNR-X), one-hour lecture on circadian rhythms |
| | | Approximately 100 high school students (CNI-X), two one-hour lectures on circadian rhythms |
| | 2016-18 | **Sleep and Dreams**, Stanford University |
| | | PSYC135/235 |
| | | Approximately 300 undergraduate students |
| | | One-hour lecture on circadian rhythms |
| | 2011-2,17 | **Human Biology Core – The Human Organism**, Stanford University |
| | | HUMBIO4A |
| | | R. Fernald course organizer |
| | | Approximately 200 undergraduate students |
| | | One-hour lectures on circadian rhythms |

| | | |
|---|---|---|
| 2011,17 | **Human Biology Core – The Human Organism**, Stanford University | |

2011,17    **Human Biology Core – The Human Organism**, Stanford University
HUMBIO4A
R. Fernald course organizer
Approximately 200 undergraduate students
One-hour lecture on sleep

2011    **Sleep and Dreams**, Stanford University
PSYC135/235
Approximately 300 undergraduate students
10 hours/week

2003, 2008, 2012,    **Neurobiology of Sleep and Rhythms**, Stanford University
2013, 2015, 2017    BIO149/249, HUMBIO161
Co-taught with H.C. Heller
20 undergraduate and graduate students
6 hours/week

2006-7    **Biology of the Sleeping Brain**, Stanford University
CSPBio50
Co-taught with J. Faraco
16 Continuing Education students
2 hours/week

2005-6    **Biological Clocks**, Stanford University
BIOSCI135/HUMBIO182
H.C. Heller course organizer
14 undergraduate and graduate students
Single two-hour lecture on "Human Circadian Rhythms"

2002-16    **Introductory Neurobiology**, Stanford University
NEURO200, Nbio206
Approximately 100 graduate, medical, and advanced undergraduate
  students
Single one-hour lecture on "Sleep Mechanisms and Disorders"

1995-8    **Circadian Rhythms**, Harvard University
MCB186/286
Teaching Fellow, section leader
20 undergraduate, graduate, and post-doctoral students
15 hours/week

1995-7    **Nathaniel Kleitman Summer Fellowship**, Harvard University
Mentor to an undergraduate for a summer
Co-organizer in 1997
25 hours/week

1995    **Physiological Timing Systems**, Harvard Medical School
PHYS225
Teaching Fellow
12 undergraduate, graduate, and post-doctoral students
6 hours/week

1992    **Introductory Neurobiology**, Vassar College
Laboratory Intern
25 undergraduate students
6 hours/week

1991    **Introductory Cellular Biology**, Vassar College
Laboratory Intern
25 undergraduate students
6 hours/week

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,*  United States District Court, Northern District of Calif., Case No.3:19-cv-02724
SK

**MENTEES – POST DOCTORAL**

| | |
|---|---|
| 2016-2017 | Dr. Marcelle Dougan, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: circadian variation in immune function in women with breast cancer (co-mentored with D. Spiegel) |
| 2016-current | Dr. Daniel Joyce, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: non-image forming effects of light |
| 2016-2017 | Dr. Manuel Spitschan, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: non-image forming effects of light |
| 2016-current | Dr. Virginie Gabel, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: dawn simulation as a countermeasure to orthostatic hypotension in elderly |
| 2016-2017 | Dr. Arthur (Tom) Carter, clinical geropsychiatry fellow, Psychiatry and Behavioral Sciences, Stanford University; project: actigraphic patterns of depression and apathy |
| 2014-2016 | Dr. Amanda McBean, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: equipoise of light on balance and alertness in elderly |
| 2014-2015 | Dr. Navneet Iqbal, geropsychiatry fellow, Psychiatry and Behavioral Sciences, Stanford University; project: interaction of PTSD and sleep apnea |
| 2013-2016 | Dr. Katherine Kaplan, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: millisecond light exposure to treat delayed sleep phase in teens |
| 2013-2014 | Dr. Cheng Chu, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: sleep and melatonin in individuals with spinal cord injury |
| 2012-2014 | Dr. Sheau Hwa Wong, Visiting Scholar, Kandang Kerbau Women's and Children's Hospital, Singapore; project: short wavelength light as a countermeasure to fatigue during simulated flight |
| 2012-2015 | Dr. Raymond Najjar, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: non-image forming effects of light; current position: post doctoral fellow, Singapore Eye Research Institute |
| 2012-2013 | Dr. Michelle Rissling, post doctoral fellow, MIRECC, Palo Alto VA; project: development of a geriatric insomnia scale |
| 2012-2013 | Dr. Viet Vu, fellow, Spinal Cord Injury Service, Palo Alto VA; project: characterization of sleep disruption in individuals with spinal cord injury (co-mentor with Dr. B. Jenny Kiratli) |
| 2010-2015 | Dr. Lucy Wang, post doctoral fellow, Psychiatry and Behavioral Sciences, University of Washington; project: use of actigraphy to discriminate agitation in individuals with AD (VA Career Development Award) (co-mentor with Drs. Elaine Peskind, Charles Wilkinson, John Stratton, University of Washington/VAPSHCS); current position: Assistant Professor, Psychiatry and Behavioral Sciences, University of Washington |
| 2010-2011 | Dr. Renaud David, Visiting Scholar, University Hospital of Nice; project: analysis of apathy in AD using actigraphy and genetic association |
| 2003-2004 | Dr. Shengwen Zhang; Stanford University post-doctoral fellow in Psychiatry and Behavioral Sciences; project: circadian regulation of hypocretin and effects of hypocretin on metabolism in rodents; current position: Associate Director of Receptor Biology, Ipsen. |

**MENTEES – PRE DOCTORAL**

| | |
|---|---|
| 2017-current | Mr. Afik Faerman, PGSP student; project: TBI and actigraphy |
| 2017-2018 | Ms. Nirosha Perera, Stanford University medical student; project: heart rate variability and cancer (co-mentor with David Spiegel) |
| 2016-current | Ms. Natalie Solomon, PGSP student; project: chronotype and helpfulness |
| 2010-current | Mr. Dan Pardi, Leiden University doctoral student; project: effects of impairments in vigilance, cognition, and mood on eating decisions (co-mentor with Dr. Gert Jan Lammers, Leiden University, and Dr. Jed Black, Stanford University) |

**MENTEES – UNDERGRADUATE**

| | |
|---|---|
| 2018 | Ms. Marlene Goetz, Brown University undergraduate; project: machine learning analyses of objective correlates of subjective sleep |
| 2017 | Mr. Matt Anderson, Stanford University undergraduate; project: heart rate variability and light therapy; current position: Stanford University undergraduate |
| 2017 | Ms. Emma Hampson, Bates College undergraduate; project: objective markers of subjective sleep quality in actigraphy data; current position: Bates College undergraduate |
| 2015-2016 | Ms. Brianna Wright, Stanford University undergraduate; project: effects of the history of light exposure on performance and sleepiness in older adults; current position: Stanford University undergraduate |
| 2015 | Ms. Virginia Robards, Indiana University undergraduate; project: validation of a novel mattress-based sleep tracker; current position: research associate, Super Human Radio; analyst, Pitchbrite |

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

| | | |
|---|---|---|
| 2015 | Ms. Rachel Seo, Stanford University undergraduate; project: relationship between benzodiazepines and sleep apnea; current position: Stanford University undergraduate | |
| 2014-2015 | Ms. Lauren Nguyen, Stanford University undergraduate; Notation in Science Communication advisor; current position: Stanford University undergraduate | |
| 2014 | Ms. Linn Aasly, Columbia University undergraduate; project: immune function in women with advanced breast cancer and abnormal cortisol secretion; current position: Columbia University undergraduate | |
| 2014-2016 | Ms. Gao Yang, Stanford University undergraduate; project: changes in vigilance during exposure to colored light at night; current position: technician, ophthalmology clinic | |
| 2013-2015 | Ms. Angie Koo, Stanford University undergraduate; project: light as a countermeasure to sleepiness during a night flight; current position: laboratory technician, UCSF | |
| 2013 | Ms. Stephanie Munoz, Vassar College undergraduate; project: sleep in individuals with spinal cord injury | |
| 2013-2014 | Mr. Prajesh Hardas, Emory University undergraduate; project: nocturnal light, balance, and sleep in older adults; current position: graduate student, UC Berkeley School of Information | |
| 2012-2016 | Pre-major advisor: Linnea Barros, Cami Chapus, Tolu Alimi, Alison Valentine | |
| 2011-2013 | Ms. Melissa Ada, Stanford University undergraduate; project: kinetics of post-illumination pupillary response; current position: medical student, Tulane University | |
| 2010 | Ms. Mollie Sands, Stanford University undergraduate; project: sleep disruption in women with metastatic breast cancer; current position: medical student, University of Cincinnati College of Medicine | |
| 2009 | Dr. Christina Mather, Keck School of Medicine medical student; project: Alzheimer disease caregiver and care recipient dyads – interactive effects on sleep and mood; current position: psychiatrist, Pacific Coast Psychiatric Associates | |
| 2009 | Ms. Abena Bruce, Stanford University undergraduate; project: thermoregulation and sleep in humans; current position: medical student, University of Rochester School of Medicine and Dentistry; received Fulbright scholarship | |
| 2008-2010 | Mr. Ryan Fisicaro, Stanford University undergraduate; project: regulation of human alertness with millisecond flashes of light; current position: medical student, Drexel University | |
| 2008 | Ms. Megan Grove, Stanford University undergraduate; project: genetics of insomnia; current position: genetic counselor, Stanford University Medical Center | |
| 2008-2010 | Mr. Philip Nova; Stanford University undergraduate; project: caffeine consumption patterns and effects on sleep; current position: doctoral student, University of California, San Francisco | |
| 2007-2009 | Mr. Ronny Hamed; Stanford University undergraduate; project: sleep and social stressors in squirrel monkeys; current position: unknown | |
| 1996-2007 | Dr. Jessica E. Daniels, Harvard University undergraduate; project: changes in melatonin with aging and sleep; current position: Assistant Professor of Psychiatry, Weill Cornell Medical College | |

MENTEES – HIGH SCHOOL

| | |
|---|---|
| 2018-current | Juan Velez, White Plains High School; project: sleepiness and performance in high school students and teachers |
| 2016-2018 | Mirelle Kass, Castilleja High School (2016-2017) and Connecticut College (2018); projects: EEG responses to polychromatic light; auditory PVT performance in older adults |
| 2011-2012 | Nila Nathan, Mountain View High School; project: influence of cell phone utilization on adolescent sleep; current position: undergraduate student, University of California at Santa Barbara |

THESES (READER/SUPERVISOR/COMMITTEE)

| | |
|---|---|
| 2018-2019 | Amanda Ting: Adult attachment and sleep disturbance in cancer patients; master's student in Clinical Health Psychology, University of Miami; thesis committee member |
| 2017-2018 | Lauren Murphy: Perceived mental health stigma and service-related factors in military suicidal behaviors: a cross-sectional investigation; Stanford University undergraduate; secondary reader |
| 2017 | Megha Makam: Glabrous skin regions as thermal portals for human temperature regulation; Stanford University doctoral student  (Biology) thesis committee defense member |
| 2017 | Meagan Shinbashi: The significance of sleep and circadian rhythms in learning and memory; Stanford University undergraduate; secondary reader |
| 2013 | Jordan Nechvatal: Stress coping changes the brain; Stanford University doctoral student (Neuroscience) thesis committee member |
| 2010-current | Daniel Pardi, Leiden University doctoral student; project: The effects of impairments in vigilance, cognition, and mood on eating decisions; co-mentor with Dr. Gert Jan Lammers, Leiden University, and Dr. Jed Black, Stanford University |
| 2010-2013 | Fanuel Muindi: Retino-hypothalamic regulation of light-induced sleep in mice; Stanford University doctoral (Biology) thesis committee member |

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

| | |
|---|---|
| 2009 | Kathryn Stephenson: Non-Circadian Effects of Light on Mood in Mice – A Novel Approach; Stanford University undergraduate; secondary reader |
| 2008-2010 | Philip Nova, senior honors thesis: Caffeine intake, mood, and sleep in college students: caffeine-associated sleep disruption is modulated by chronotype; Stanford University undergraduate; primary mentor |
| 2008-2010 | Ryan Fisicaro, senior honors thesis: Spectral analysis of electroencephalographic activity in the human cortex to describe sleep pathology and countermeasures to sleepiness; Stanford University undergraduate; primary mentor |

**PEER-REVIEWED MANUSCRIPTS**

1. Cheung J, **Zeitzer JM**, Lu H, Mignot E (2018) Validation of minute-to-minute scoring for sleep and wake periods in a consumer wearable device compared to an actigraphy device. *Sleep Science and Practice 2:*11.

2. Kaufmann CN, Gershon A, Depp CA, Miller S, **Zeitzer JM**, Ketter TA (2018) Daytime midpoint as a digital biomarker for chronotype in bipolar disorder. *Journal of Affective Disorders 241:* 586-591.

3. Gonzalez R, Suppes T, **Zeitzer J**, McClung C, Tamminga C, Tohen M, Forero A, Dwivedi A, Alvarado A (2018) The association between mood state and chronobiological characteristics in bipolar I disorder: a naturalistic, variable cluster analysis-based study. *International Journal of Bipolar Disorders 6:* 5.

4. **Zeitzer JM**, Najjar RP, Wang C-A, Kass M (2018) Impact of blue-depleted white light on pupil dynamics, melatonin suppression and subjective alertness following real-world light exposure. *Sleep Science and Practice 2:* 1.

5. **Zeitzer JM**, Blackwell T, Hoffman AR, Ancoli-Israel S, Stone K, MrOS (2018) Daily patterns of accelerometer activity predict changes in sleep, cognition, and mortality in older men. *Journal of Gerontology A Biological Science and Medical Science 73:* 682-687.

6. Kim Y, Carver CS, Hallmayer JF, **Zeitzer JM**, Palesh O, Neri E, Nouriani B, Spiegel D (2017) Serotonin transporter polymorphism, depressive symptoms, and emotional impulsivity among advanced breast cancer patients. *Supportive Care in Cancer 26:* 1181-1188.

7. Gershon A, Kaufmann CN, Depp CA, Miller S, Do D, **Zeitzer JM**, Ketter TA (2017) Subjective versus objective evening chronotypes in bipolar disorder. *Journal of Affective Disorders 225:* 342-349.

8. Pardi DJ, Buman MP, Black J, Lammers GJ, **Zeitzer JM** (2017) Eating decisions based on alertness levels after a single night of sleep manipulation. *Sleep 40:* zsw039.

9. Kaplan KA, Hardas P, Redline S, **Zeitzer JM** (2017) Correlates of sleep quality in midlife and beyond: a machine learning analysis. *Sleep Medicine 34:*162-167. PMCD: PMC5456454.

10. Althoff T, Horvitz E, White RW, **Zeitzer J** (2017) Harnessing the web for population-scale physiologic sensing: a case study of sleep and performance. *Proceedings of the 26th International Conference on World Wide Web:* 113-122.

11. Kaplan KA, Hirshman J, Hernandez B, Stefanick M, Hoffman AR, Redline S, Ancoli-Israel S, Stone K, Friedman L, **Zeitzer JM** (2017) When a gold standard isn't so golden: lack of prediction of subjective sleep quality from sleep polysomnography. *Biopsychology 123:* 37-46. PMCID: PMC5292065

12. McBean AL, Najjar RP, Schuchard R, Hall CD, **Zeitzer JM** (2016) Standing balance and temporal and spatial aspects of gait are impaired upon nocturnal awakening in healthy older adults. *Journal of Clinical Sleep Medicine 12:* 1477-1486. PMICID: PMC5078702

13. Towns SJ, **Zeitzer JM**, Kamper J, Holcomb E, Silva MA, Schwartz DJ, Nakase-Richardson R (2016) Implementation of actigraphy in acute traumatic brain injury neurorehabilitation admissions: a Veterans Administration TBI Model Systems feasibility study. *PM&R 8:* 1046-1054.

14. Gershon A, Ram N, Johnson SL, Harvey AG, **Zeitzer JM** (2016) Daily actigraphy profiles distinguish depressive and interepisode states in bipolar disorder. *Clinical Psychological Science 4:*641-650. PMCID: PMC5022043

15. **Zeitzer JM**, Nouriani B, Rissling M, Sledge G, Kaplan KA, Aasly L, Palesh O, Jo B, Neri E, Dhabhar F, Spiegel D (2016) Aberrant nocturnal cortisol and disease progression in women with breast cancer. *Breast Cancer Research and Treatment 158*:43-50. PMCID: PMC4938753

16. Najjar RP, **Zeitzer JM** (2016) Temporal integration of light flashes by the human circadian system. *Journal of Clinical Investigation 126:* 938-947. PMCID: PMC4767340

17. Kamper JE, Garofano J, Schwartz D, Silva MA, **Zeitzer JM**, Modarres M, Barnett S, Thomas BA, Nakase-Richardson R (2016) The concordance of actigraphy with polysomnography in TBI neurorehabilitation admissions. *Journal of Head Trauma Rehabilitation 31:117-125.*

18. Iqbal N, Kinoshita LM, Noda A, Yesavage  JA, **Zeitzer JM** (2016) Ubiquity of undiagnosed sleep disordered breathing in community-dwelling older male Veterans. *American Journal of Geriatric Psychiatry 24:*170-173.

19. Rissling MB, Gray KE, Ulmer C, Martin JL, Zaslavsky O, Gray SL, Hale L, **Zeitzer JM**, Naughton M, Woods NF, LaCroix A, Calhoun PS, Stefanick M, Weitlauf JC (2016) Sleep disturbance, diabetes, and cardiovascular disease in postmenopausal Veteran women. *The Gerontologist 56:*S54-S66. PMCID: PMC5881622

20. **Zeitzer JM**, Nouriani B, Neri E, Spiegel D (2014) Correspondence of plasma and salivary cortisol patterns in women with breast cancer. *Neuroendocrinology 100:*153-161. PMCID: PMC4304942

21. **Zeitzer JM**, Fisicaro RA, Ruby NF, Heller HC (2014) Millisecond flashes of light phase delay the human circadian clock during sleep. *Journal of Biological Rhythms 29:*370-376. PMCID: PMC5056587

22. Bliwise DL, Friedman L, Hernandez B, **Zeitzer JM**, Yesavage JA (2014) Nocturia reported in nightly sleep diaries: common occurrence with significant implications? Health Psychology 33:1362-1365. PMCID: PMC4119089

23. Yesavage JA, Kinoshita LM, Noda A, Lazzeroni LC, Fairchild JK, Friedman L, Sekhon G, Thompson S, Cheng J, **Zeitzer JM** (2014) Longitudinal assessment of sleep disordered breathing in Vietnam veterans with post-traumatic stress disorder. *Nature and Science of Sleep 6:*123-127. PMCID: PMC4219637

24. Yesavage JA, Kinoshita LM, Noda A, Lazzeroni LC, Fairchild JK, Taylor J, Kulick D, Friedman L, Cheng J, **Zeitzer J,** O'Hara R (2014) Effects of body mass index-related disorders on cognition: preliminary results. *Diabetes, Metabolic Syndrome and Obesity: Targets and Therapy 7:*145-151. PMCID: PMC4020904

25. Palesh O, Gerry-Aldridge A, **Zeitzer JM**, Koopman C, Neri E, Giese-Davis J, Jo B, Kraemer HC, Nouriani B, Spiegel D (2014) Actigraphy-measured sleep disruption as a predictor of survival among women with advanced breast cancer. *Sleep 37:*837-842.PMCID: PMC3985107.

26. Hahm B-J, Jo B, Dhabhar FS, Palesh O, Aldridge-Gerry A, Bajestan SN, Neri E, Nouriani B, Spiegel D, **Zeitzer JM** (2014) Circadian misalignment of preferred vs. habitual bedtime and progression of breast cancer. *Chronobiology International 31:*214-221. PMCID: PMC5063046

27. **Zeitzer JM**, Ku B, Ota D, Kiratli BJ (2014) Randomized controlled trial of pharmacologic replacement of melatonin for sleep disruption in individuals with tetraplegia. *Journal of Spinal Cord Medicine 37:*46-53. PMCID: PMC4066551.

**28.** Aldridge-Gerry A, **Zeitzer JM**, Palesh OG, Jo B, Nouriani B, Neri E, Spiegel D (2013) Psychosocial correlates of objective sleep quality and architecture in women with metastatic breast cancer. *Sleep Medicine 14:*1178-1186. PMCID: PMC3886805.

29. Nathan N, **Zeitzer JM** (2013) A retrospective survey study of mobile phone use and its effects on daytime sleepiness in California high school students. *BMC Public Health 13:*840. PMCID: PMC3847218

30. Muindi F, **Zeitzer JM,** Colas D, Heller HC (2013) The acute effects of light on murine sleep during the dark phase: importance of melanopsin for maintenance of light-induced sleep. *European Journal of Neuroscience 37:*1727-1736. PMCID: PMC5079684

31. **Zeitzer JM**, David R, Friedman L, Mulin E, Garcia R, Wang J, Yesavage JA, Robert PH, Shannon W (2013) Phenotyping apathy in individuals with Alzheimer's using functional principal component analysis. *American Journal of Geriatric Psychiatry 21:*391-397. PMCID: PMC3603283.

32. **Zeitzer JM**, Bliwise DL, Hernandez B, Friedman L, Yesavage JA (2013) Nocturia compounds nocturnal wakefulness in older individuals with insomnia. *Journal of Clinical Sleep Medicine 9*:259-262. PMCID: PMC3578689 Commented on by: P Budhiraja (2013) Nocturia and disturbed sleep: where do we stand? *Journal of Clinical Sleep Medicine 9*:263-264.

33. Kinoshita LM, Yesavage JA, Noda A, Jo B, Hernandez B, Taylor J, **Zeitzer JM**, Friedman L, Fairchild JK, Cheng J, Kuschner W, O'Hara R, Holty JE, Scanlon BK (2012) Modeling the effects of obstructive sleep apnea and hypertension in Vietnam Veterans with PTSD. *Sleep and Breathing 16*:1201-1209.

34. David R, Mulin E, Friedman L, Le Duff F, Cygankiewicz E, Deschaux O, Garcia R, Yesavage JA, Robert PH, **Zeitzer JM** (2012) Decreased daytime motor activity associated with apathy in Alzheimer's disease: an actigraphic study. *American Journal of Geriatric Psychiatry 20*:806-814.

35. Friedman L, Spira AP, Hernandez B, Mather C, Sheikh J, Ancoli-Israel S, Yesavage JA, **Zeitzer JM** (2012) Brief morning light treatment for sleep/wake disturbances in older memory-impaired individuals and their caregivers. *Sleep Medicine 13*:546-549. PMCID: PMC3337852

36. **Zeitzer JM**, Kodama T, Buckmaster CL, Matsumura M, Honda Y, Lyons DM, Mignot E, Nishino S (2012) Time-course of CSF histamine in the wake-consolidated squirrel monkey. *Journal of Sleep Research 21*:189-194. PMCID: PMC3237761

37. Nova P, Hernandez B, Ptolemy A, **Zeitzer JM** (2012) Modeling caffeine concentrations with the Stanford Caffeine Questionnaire: preliminary evidence for an interaction of chronotype on the effects of caffeine on sleep. *Sleep Medicine 13*: 362-367.

38. Yesavage JA, Kinoshita LM, Kimball T, **Zeitzer J**, Friedman L, Noda A, David R, Hernandez B, Lee T, Cheng J, O'Hara R (2012) Sleep-disordered breathing in Vietnam veterans with posttraumatic stress disorder. *American Journal of Geriatric Psychiatry 20:* 199-204.

39. David R, Friedman L, Mulin E, Noda A, Le Duff F, Kennedy Q, Garcia R, Robert P, Yesavage JA, **Zeitzer JM**, ADNI (2011) Lack of association between COMT polymorphisms and apathy in Alzheimer's disease. *Journal of Alzheimer's Disease 27*:155-161.

40. Mulin E, **Zeitzer JM**, Friedman L, Le Duff F, Yesavage J, Robert PH, David R (2011) Relationship between apathy and sleep disturbances in mild and moderate Alzheimer's disease: an actigraphic study. *Journal of Alzheimer's Disease 25:* 85-91.

41. **Zeitzer JM**, Friedman L, Yesavage JA (2011) Effectiveness of evening phototherapy for insomnia is reduced by bright daytime light exposure. *Sleep Medicine 12*: 805-807. PMCID: PMC3176957

42. Yesavage JA, Jo B, Adamson MM, Kennedy Q, Noda A, Hernandez B, **Zeitzer JM**, Friedman LF, Fairchild K, Scanlon BK, Murphy Jr GM, Taylor JL (2011) Initial cognitive performance predicts longitudinal aviator performance. *Journal of Gerontology: Psychological Sciences 66B:* 444-453. PMCID: PMC3132267

43. Kennedy Q, Taylor JL, Noda A, Adamson M, Murphy Jr. GM, **Zeitzer JM**, Yesavage JA (2011) The roles of *COMT val158met* status and aviation expertise in flight simulator performance and cognitive ability. *Behavior Genetics 41:* 700-708. PMCID: PMC3163820

44. **Zeitzer JM**, Ruby NF, Fisicaro RA, Heller HC (2011) Millisecond flashes of light shift the human circadian system and engender alertness at night. *PLoSOne 6:* e22078. PMCID: PMC3132781

45. Yesavage JA, Noda A, Hernandez B, Friedman L, Cheng JJ, Tinklenberg JR, Hallmayer J, O'Hara R, David R, Robert P, Landsverk E, ADNI, **Zeitzer JM** (2011) Circadian clock gene polymorphisms and sleep/wake disturbance in Alzheimer's disease. *American Journal of Geriatric Psychiatry 19:* 635-643. PMCID: PMC3128424

46. Gooley JJ, Chamberlain K, Smith KA, Khalsa SB, Rajaratnam SM, Van Reen E, **Zeitzer JM**, Czeisler CA, Lockley SW (2011) Exposure to room light prior to bedtime suppresses melatonin onset and shortens melatonin duration in humans. *Journal of Clinical Endocrinology and Metabolism 96:* E463-E472. PMCID: PMC3047226

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

47. **Zeitzer JM**, Fisicaro RA, Grove ME, Mignot E, Yesavage JA, Friedman L (2011) Faster REM sleep EEG and worse sleep satisfaction in older insomniacs with HLA DQB1*0602. *Psychiatry Research 187:* 397-400. PMCID: PMC3079052

48. David R, Rivet A, Robert PH, Mailland V, Friedman L, **Zeitzer JM**, Yesavage J (2010) Ambulatory actigraphy correlates with apathy in mild Alzheimer's disease. *Dementia 9:* 509-516.

49. Schwimmer H, Stauss H, Abboud F, Nishino S, Mignot E, **Zeitzer JM** (2010) The effect of sleep on the cardiovascular and thermoregulatory systems: a possible role for hypocretins. *Journal of Applied Physiology 109:* 1053-1063. PMCID: PMC5243202

50. Cain SW, Dennison CF, **Zeitzer JM**, Guzik AM, Khalsa SBS, Santhi N, Schoen MW, Czeisler CA, Duffy JF (2010) Sex differences in phase angle of entrainment and melatonin amplitude in humans. *Journal of Biological Rhythms 25:* 288-296. PMCID: PMC3792014.

51. Parker KJ, Kenna HA, **Zeitzer JM**, Keller J, Blasey CM, Amico JA, Schatzberg AF (2010) Preliminary evidence that plasma oxytocin levels are elevated in major depression. *Psychiatry Research 178:* 359-362. PMCID: PMC2902664

52. **Zeitzer JM**, Buckmaster CL, Landolt H-P, Lyons DM, Mignot E (2009) Modafinil and γ-hydroxybutyrate have sleep state-specific pharmacological actions on hypocretin-1 physiology in a primate model of human sleep. *Behavioural Pharmacology 20:* 643-652. PMCID: PMC2939929

53. Aran A, Lin L, Nevsimalova S, Plazzi G, Hong SC, Weiner K, **Zeitzer J,** Mignot E (2009) Elevated anti-streptococcal antibodies in patients with recent narcolepsy onset. *Sleep 32:* 979-983. PMCID: PMC2717204

54. Friedman L, **Zeitzer JM**, Kushida C, Zhdanova I, Noda A, Lee T, Schneider B, Guilleminault C, Sheikh J, Yesavage JA (2009) Scheduled bright light for treatment of insomnia in older adults. *Journal of the American Geriatrics Society 57:* 441-452. PMCID: PMC2743069

55. Palesh OG, **Zeitzer JM**, Conrad A, Giese-Davis J, Mustian K, Popek V, Nga K, Spiegel D (2008) Vagal regulation, cortisol and sleep disruption in women with metastatic breast cancer. *Journal of Clinical Sleep Medicine 4:* 441-449. PMCID: PMC2576311

56. Arnulf I, Lin L, Gadoth N, File J, Lecendreux M, Franco P, **Zeitzer JM**, Lo B, Faraco JH, Mignot E (2008) Kleine-Levin syndrome: a study of 108 patients. *Annals of Neurology 63:* 482-493.

57. Lyons DM, Parker KJ, **Zeitzer JM**, Buckmaster CL, Schatzberg AF (2007) Preliminary evidence that hippocampal volumes in monkeys predict stress levels of adrenocorticotropic hormone. *Biological Psychiatry 62:* 1171-1174. PMCID: PMC2129091

58. **Zeitzer JM**, Duffy JF, Lockley SW, Dijk D-J, Czeisler CA (2007) Plasma melatonin rhythms in young and older humans during sleep, sleep deprivation, and wake. *Sleep 30:* 1437-1443. PMCID: PMC2082092

59. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2007) Increasing length of wakefulness on hypocretin-1 in the wake-consolidating squirrel monkey. *American Journal of Physiology 293:* R1736-R1742.

60. St. Hilaire MA, Gronfier C, **Zeitzer JM**, Klerman EB (2007) A physiologically-based mathematical model of blood or saliva melatonin concentrations, including ocular light suppression of melatonin and interactions with the circadian pacemaker. *Journal of Pineal Research 43:* 294-304. PMCID: PMC2714090

61. Zhang S, **Zeitzer JM**, Sakurai T, Nishino S, Mignot E (2007) Sleep-wake fragmentation disrupts metabolism in a mouse model of narcolepsy. *Journal of Physiology 581:* 649-663. PMCID: PMC2075199

62. Taiwo OB, Russell IJ, Mignot E, Lin L, Michalek JE, Haynes W, Xiao Y, **Zeitzer JM**, Larson AA (2007) Normal cerebrospinal fluid levels of hypocretin-1 (orexin A) in patients with fibromyalgia syndrome. *Sleep Medicine 8:* 260-265.

63. Duffy JF, **Zeitzer JM**, Czeisler CA (2007) Decreased sensitivity to phase-delaying effects of moderate light intensity in older subjects. *Neurobiology of Aging 28:* 799-807. PMCID: PMC1855248

19

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,*  United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

64. Friedman L, **Zeitzer JM**, Lin L, Hoff D, Mignot E, Peskind ER, Yesavage JA (2007) In Alzheimer disease, increased wake fragmentation found in those with lower hypocretin-1. *Neurology 68:* 793-794.

65. **Zeitzer JM**, Morales-Villagran A, Maidment NT, Behnke EJ, Ackerson LC, Lopez-Rodriguez F, Fried I, Engel Jr J, Wilson CL (2006) Extracellular adenosine in the human brain during sleep and sleep deprivation: an *in vivo* microdialysis study. *Sleep 29:* 455-461. Commented on by: RE Strecker, R Basheer, JT McKenna, RW McCarley (2006) Another chapter in the adenosine story. *Sleep 29:* 426-428.

66. Scheer FAJL, **Zeitzer JM**, Ayas NT, Brown R, Czeisler CA, Shea SA (2006) Reduced sleep efficiency in cervical spinal cord injury; association with abolished nighttime melatonin secretion. *Spinal Cord 44:* 78-81. PMCID: PMC2882209

67. Arnulf I, **Zeitzer JM**, File J, Farber N, Mignot E (2005) Kleine-Levin syndrome: a meta-analysis and review of 186 cases in the literature. *Brain 128:* 2763-2776.

68. **Zeitzer JM**, Khalsa SBS, Duffy JF, Boivin DB, Shanahan TL, Kronauer RE, Dijk D-J, Czeisler CA (2005) Temporal dynamics of late-night photic stimulation of the human circadian timing system. *American Journal of Physiology 289:* R839-R844.

69. **Zeitzer JM**, Ayas NT, Wu AD, Czeisler CA, Brown R (2005) Bilateral oculosympathetic paresis is associated with a loss of nocturnal melatonin secretion in spinal cord injury patients. *Journal of Spinal Cord Medicine 28:* 55-59.

70. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2004) Locomotor-dependent and -independent components to hypocretin-1 (orexin A) regulation in a sleep/wake consolidating monkey. *Journal of Physiology (London) 57:* 1045-1053. PMCID: PMC1665142

71. Zhang S, **Zeitzer JM**, Yoshida Y, Wisor JP, Nishino S, Edgar DM, Mignot E (2004) Suprachiasmatic nucleus lesions eliminate daily rhythm of hypocretin-1 release. *Sleep 27:* 619-627.

72. Salomon RM, Ripley B, Kennedy JS, Johnson B, Schmidt D, **Zeitzer JM**, Nishino S, Mignot E (2003) Diurnal variation of CSF hypocretin-1 (orexin-A) levels in control and depressed subjects. *Biological Psychiatry 54:* 96-104.

73. **Zeitzer JM**, Buckmaster CL, Parker KJ, Hauk CM, Lyons DM, Mignot E (2003) Circadian and homeostatic regulation of hypocretin in a primate model: implications for consolidation of wake. *Journal of Neuroscience 23:* 3555-3560.

74. Cornford EM, Shamsa K, **Zeitzer JM**, Enriquez CM, Wilson CL, Behnke EJ, Fried I, Engel Jr J (2002) Regional analyses of CNS microdialysate glucose and lactate in seizure patients. *Epilepsia 43:* 1360-1371.

75. **Zeitzer JM**, Maidment NT, Behnke EJ, Ackerson L, Fried I, Engel Jr J, Wilson CL (2002) Ultradian sleep-cycle variation of serotonin in the human lateral ventricle. *Neurology 59:*1272-1274. Commented on by: DB Rye (2002) Commentary: Microdialysis probes: opening a window on the sleeping but still behaving brain. *Neurology 59:* 1123.

76. Duffy JF, **Zeitzer JM**, Rimmer DW, Klerman EB, Dijk D-J, Czeisler CA (2002) Peak of circadian melatonin rhythm occurs later within the sleep of older subjects. *American Journal of Physiology 282:*E297-E303.

77. Klerman EB, **Zeitzer JM**, Duffy JF, Khalsa SB, Czeisler CA (2001) Absence of an increase in the duration of the circadian melatonin secretory episode in totally blind human subjects. *Journal of Clinical Endocrinology and Metabolism 86:*3166-3170.

78. **Zeitzer JM**, Dijk D-J, Kronauer RE, Brown EN, Czeisler CA (2000) Sensitivity of the human circadian pacemaker to nocturnal light: melatonin phase resetting and suppression. *Journal of Physiology (London) 526:* 695-702. PMCID: PMC2270041

79. Cajochen C, **Zeitzer JM**, Czeisler CA, Dijk D-J (2000) Dose-response relationship for light intensity and ocular and electroencephalographic correlates of alertness in humans. *Behavioral Brain Research 115:* 75-83.

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

80. **Zeitzer JM**, Ayas N, Shea SA, Brown R, Czeisler CA (2000) Absence of detectable melatonin and preservation of cortisol and thyrotropin rhythms in tetraplegia. *Journal of Clinical Endocrinology and Metabolism 85*: 2189-2196.

81. **Zeitzer JM**, Daniels JE, Duffy JF, Klerman EB, Shanahan TL, Dijk D-J, Czeisler CA (1999) Plasma melatonin concentration: does it decline with age? *American Journal of Medicine 107:* 432-436.

82. **Zeitzer JM**, Kronauer RE, Czeisler CA (1997) Photopic transduction implicated in human circadian entrainment. *Neuroscience Letters 232*: 135-138.

83. Shearman LP, **Zeitzer J**, Weaver DR (1997) Widespread expression of functional D1-dopamine receptors in fetal rat brain. *Developmental Brain Research 102:* 105-115.

**REVIEWS/LETTERS**

1. Zeitzer JM (2018) When is a proxy not a proxy? The foibles of non-image forming light. *Journal of Physiology 596*(11):*2029-2030.*

2. Zeitzer JM, Watson EM, Holcomb E (2018) Circadian rhythms: disruptions and treatments in acute traumatic brain injury. *Brain Injury Professional 14*(4):16-19. [Review]

3. **Zeitzer JM** (2015) Real life trumps laboratory in matters of public health. Proceedings of the *National Academy of Sciences USA 112*:E1513 [Letter] PMCID: PMC4386401

4. Muindi F, **Zeitzer JM**, Heller HC (2014) Retino-hypothalamic regulation of light-induced murine sleep. *Frontiers in Neuroscience 8*:135. [Review] PMCID: PMC4121530

5. David R, **Zeitzer J**, Friedman L, Noda A, O'Hara R, Robert P, Yesavage JA (2010) Non-pharmacologic management of sleep disturbance in Alzheimer's Disease. *Journal of Nutrition, Health and Aging 14*: 203-206. [Review]

6. **Zeitzer JM**, Friedman L, O'Hara R (2009) Insomnia in the context of traumatic brain injury. *Journal of Rehabilitation Research and Development 46*: 827-836. [Review]

7. Halbauer JD, Ashford JW, Zeitzer JM, Adamson MM, Lew H, Yesavage JA (2009) Neuropsychiatric diagnosis and management of chronic sequelae of war-related mild to moderate traumatic brain injury. *Journal of Rehabilitation Research and Development 46*: 757-796. [Review]

8. O'Hara R, Luzon A, Hubbard J, **Zeitzer JM** (2009) Sleep apnea, apolipoprotein epsilon 4 allele, and TBI: mechanism for cognitive dysfunction and development of dementia. *Journal of Rehabilitation Research and Development 46*: 837-850. [Review]

9. Bourgin P, **Zeitzer JM**, Mignot E (2008) CSF hypocretin (orexin) evaluation in sleep and neurological disorders: significance and clinical relevance. *Lancet Neurology 7*: 649-662. [Review] PMCID

10. **Zeitzer JM** (2008) Understanding the sleep-wake cycle. *Practical Neurology 7*:30-34. [invited review]

11. Mignot E, **Zeitzer J**, Yokogawa T, Mourrain P (2007) Indeed, it does. *PLoS Biology* [online letter]. http://biology.plosjournals.org/perlserv/?request=read-response&doi=10.1371/journal.pbio.0050277#r1957

12. **Zeitzer JM**, Nishino S, Mignot E (2006) The neurobiology of hypocretins (orexins), narcolepsy and therapeutic interventions. *Trends in Pharmacological Sciences 27*:368-374. [Review]

13. Taheri S, **Zeitzer JM**, Mignot E (2002) The role of hypocretins (orexins) in sleep regulation and narcolepsy. *Annual Review of Neuroscience 25:* 283-313. [Review]

14. **Zeitzer JM**, Duffy JF, Klerman EB, Shanahan TL, Dijk D-J, Czeisler CA (1999) Plasma melatonin concentration: does it decline with age? – The Reply. *American Journal of Medicine 109:* 345. [letter]

15. Shanahan TL, **Zeitzer JM**, Czeisler CA (1997) Resetting the melatonin rhythm with light in humans. *Journal of Biological Rhythms 12*: 556-567. [Review]

BOOK CHAPTERS

1. Joyce DS, Zeitzer JM (2018) Circadian rhythms. In: Management of Sleep Disorders in Psychiatric Patients. Oxford University Press [in press]

2. **Zeitzer JM** (2018) Jet lag. World Book Encyclopedia [in press].

3. Najjar RP, **Zeitzer JM** (2017) Anatomy and physiology of the circadian system. In: *Sleep and Neurologic Disease*. Academic Press: San Diego, pp. 29-53.

4. **Zeitzer JM** (2013) Control of sleep and wakefulness in health and disease. In: *Chronobiology: Biological Timing in Health and Disease.*Ch. 6, Gillette MU, ed. *Prog Mol Biol Transl Sci.119:* 137-154.

5. Friedman L, **Zeitzer JM**, Mumenthaler MS (2010) Role of healthy sleep practices: alcohol/caffeine/exercise/scheduling. In: *Insomnia: Diagnosis and Treatment,* Sateia MJ, Buysse D, eds. Informa Healthcare: New York, pp. 260-267.

6. **Zeitzer JM** (2009) Neurobiology and Neurochemistry of Sleep: Neurochemistry. In: *SRS Basics of Sleep Guide, 2nd Edition.* Sleep Research Society: Westchester IL, pp. 63-68.

7. Mignot E, **Zeitzer JM** (2007) Neurobiology of narcolepsy and hypersomnia. In: *Neurobiology of Disease.* Ch. 66, Gilman S, ed. Academic Press: San Francisco, pp. 715-722.

8. **Zeitzer JM**, Mignot E (2006) Role of hypocretin/orexin in the neurobiology of sleep and alertness. In: *Narcolepsy and Hypersomnia.* Ch. 33, Bassetti C, Billiard M, Mignot E, eds. Informa Healthcare: New York, pp. 359-374.

9. Lin L, Nishino S, **Zeitzer JM**, Bassetti C, Billiard M, Broughton R, Dauvilliers Y, Guilleminault C, Honda Y, Lammers GJ, Overeem S, Pollmächer T, Mayer G, Montplaisir J, Silber M, Thorpy M, Mignot E (2006) Guidelines for the appropriate use of CSF measurements to diagnose narcolepsy. In: *Narcolepsy and Hypersomnia.* Bassetti C, Billiard M, Mignot E, eds. Informa Healthcare: New York, pp. 663-670.

10. Chen W, **Zeitzer JM**, Mignot E (2005) The hypocretins and narcolepsy: pathophysiology and diagnosis. In: *The Hypocretins: Integrators of Physiological Functions.* de Lecea L, Sutcliffe JG, eds. Springer Science: New York, pp. 233-252.

11. Bourgin P, **Zeitzer JM**, Mignot E (2005) Hypocretin deficiency in human narcolepsy: mutation screening, neuropathology and CSF hypocretin-1 level. In: *The Orexin/Hypocretin System, Its Physiology and Pathophysiology.* Nishino S, Sakurai T, eds., Humana: Totowa NJ, pp. 269-286.

12. **Zeitzer JM**, Mignot E (2005) Sleep mechanisms: neurochemistry and CNS peptides. In: *SRS Basics of Sleep Guide.* Sleep Research Society: Westchester IL, pp. 67-71.

BOOKS

**Zeitzer JM** (1999) *Physiology and Anatomy of Human Circadian Photoreception and Melatonin Regulation.* Doctoral Thesis, Harvard University, 181 p. ISBN:        9780599371224.

ABSTRACTS

1. Gabel V, **Zeitzer JM** (2018) The impact of light during sleep on sympathetic function in older adults. Society for Research on Biological Rhythms Meeting, Amelia Island FL.

2. Joyce DS, **Zeitzer JM** (2018) The effect of ultrashort light pulse intensity on human circadian phase. Society for Research on Biological Rhythms Meeting, Amelia Island FL.

3. Blackwell TL, Figueiro MG, Jones GE, Tranah GJ, **Zeitzer JM**, Yaffe K, Ancoli-Israel S, Stone KL (2018) The association of cognitive function with 24-hour light exposure and activity patterns in older men: a pilot study within the MrOS Sleep Study. Sleep 41 (suppl): A239-A240. [abstract]

4. Goldstein-Piekarski AN, O'Hora K, Buchanan A, Lee C, Hernandez B, **Zeitzer JM**, Friedman L, Kushida C, Yesavage J (2018) The effects of CBT-I on cognitive functioning in individuals with insomnia and mild cognitive impairment. Sleep 41 (suppl): A154-A155. [abstract]

5. Cheung J, **Zeitzer J**, Lu H, Leary E, Mignot E (2018) PSG validation of minute-to-minute scoring for sleep and wake periods in a consumer wearable device. Sleep 41 (suppl): A120-A121. [abstract]

6. Gabel V, **Zeitzer JM** (2018) Dawn simulation as a passive countermeasure to morning dizziness in older adults. Sleep 41 (suppl): A108-A109. [abstract]

7. Reichert KB, Valdez A, **Zeitzer J**, Pickham D, Smuck M, Tierney DK (2018) Physical activity and standardized performance scores in hematopoietic cell transplantation patients. CSM APTA Combined Sections Meeting, New Orleans LA. [abstract]

8. **Zeitzer JM**, Najjar RP (2017) Rapid resetting of human circadian timing with ultrashort flashes of light. Military Health System Research Symposium, Kissimmee, FL. [abstract]

9. Nakase-Richardson R, Schwartz D, Calero K, Magalang U, Bogner J, Whyte J, Watanabe T, Hoffman J, Fann J, DahDah M, Bell K, Ketchum J, Gerber D, Monden K, Harrison-Felix C, Modarres M, **Zeitzer J**, Scholten J, Grammer G, Coulter J, Coulter J, Keiffer K, Martin K, Montemayor-Wong C, Picon L, Pieragowski A, Scott S, Massengale J (2017) Comparative effectiveness of sleep apnea screening and diagnostic tools in TBI: an interagency collaboration funded by the Patient Centered Outcomes Research Institute (PCORI). Military Health System Research Symposium, Kissimmee, FL. [abstract]

10. Spira AP, Zipunnikov V, Urbanek J, Wu MN, Rosenberg PB, Friedman LF, Yesavage JA, **Zeitzer JM** (2017) Links of 24-hour rest/activity rhythms to depressive symptoms and cognition in the memory impaired. *Innovations in Aging 1* (S1):867. [abstract]

11. Carter AT, Hoffman AR, **Zeitzer JM**, for the Osteoporotic Fractures in Men (MrOS) Study Research Group (2017) 24-hour activity patterns as biomarkers for depression and anxiety in older men. American Psychiatric Association 2017 Annual Meeting, San Diego CA, p. 224-225. [abstract]

12. Kaplan KA, Mashash M, Williams R, Batchelder H, Star-Glass L, **Zeitzer JM** (2017) Light flashes during sleep with adjunct cognitive behavioral therapy increases sleep in teens. *Sleep 40* (suppl): A337. [abstract]

13. Gabel V, **Zeitzer JM** (2017) Light as a countermeasure to the risk of falling during nocturnal awakenings. *Sleep 40* (suppl): A316-317. [abstract]

14. Cheung J, **Zeitzer JM**, Leary E, Mignot E (2017) Validation of minute-to-minute scoring for sleep and wake periods in a consumer wearable device. *Sleep 40* (suppl): A288. [abstract]

15. Friedman L, Hernandez B, Buchanan A, Dinh M, Cooper B, Hou D, Posner D, Kushida C, Yesavage JA, **Zeitzer JM** (2017) Cognitive arousal in older individuals with insomnia complaints. *Sleep 40* (suppl): A129. [abstract]

16. **Zeitzer JM,** Najjar RP (2016) Dichotomous impact of light flashes on circadian phase shifting and melatonin suppression in humans. Society for Research on Biological Rhythms 2016 Annual Meeting, Palm Harbor FL, p. 112. [abstract]

17. Kaplan KA, Hirshman J, Hernandez B, Stefanick M, Hoffman AR, Redline S, Ancoli-Israel S, Stone K, Friedman L, **Zeitzer JM**, for the Osteoporotic Fractures in Men (MrOS), Study of Osteoporotic Fractures (SOF) Research Groups (2016) Correlates of subjective sleep quality in older men and women: a machine learning analysis. *Sleep 39* (suppl): A366. [abstract]

18. Kaplan KA, Hardas P, **Zeitzer JM** (2016) Using machine learning to explore subjective sleep quality in middle and late adulthood *Sleep 39* (suppl): A354. [abstract]

19. **Zeitzer JM**, Blackwell T, Hoffman AR, Cummings S, Ancoli-Israel S, Stone K, for the Osteoporotic Fractures in Men (MrOS) Study Research Group (2016) Patterns of daily motor activity predict changes in sleep, cognition, and mortality in older men. *Sleep 39* (suppl): A374. [abstract]

20. McBean AL, Najjar RP, Hall CD, **Zeitzer JM** (2016) Standing balance and temporal and spatial aspects of gait are impaired upon nocturnal awakening in older adults. *Sleep 39* (suppl):A347. [abstract]

21. Lee R, Thompson S, Posner D, Hernandez B, Hou D, Kushida C, **Zeitzer JM**, Friedman L, Yesavage J (2016) The effect of CBT-I on insomnia in older individuals with comorbid mild sleep apnea. *Sleep 39* (suppl):A204-205. [abstract]

22. Palesh O, Haddad N, Schnyer R, Neri E, Packer MM, **Zeitzer JM**, Manber R (2016) Moderators of acupuncture effectiveness in breast cancer survivors: randomized clinical trial (RCT). Journal of Clinical Oncology 34 (suppl 3S): abstr 162. [abstract]

23. Kamper JE, Garofano J, Schwartz D, Silva MA, **Zeitzer JM**, Modarres M, Barnett S, Thomas BA, Nakase-Richardson R (2016) The concordance of actigraphy with polysomnography in TBI neurorehabilitation admissions. *American Journal of Physical Medicine and Rehabilitation 95* (3, S1):A113. [abstract]

24. Yesavage JA, Yessengaliyeva  E, Hernandez B, Noda A, Thompson S, Lee R, Posner D, Lin J, Neylan T, **Zeitzer J**, Friedman L (2016) Indirect effects of behavioral treatment for insomnia on depression, anxiety, perceived stress and telomere length. *American Journal of Geriatric Psychiatry 24* (3, S1):S84-S85. [abstract]

25. **Zeitzer JM**, Najjar RP (2016) Temporal integration of light in a human non-visual circuit. *Journal of Vision 16*:46-47. [abstract]

26. **Zeitzer JM**, Nouriani B, Rissling MB, Sledge GW, Palesh O, Jo B, Neri E, Spiegel D (2015) Aberrant nocturnal cortisol as a vulnerability trait for more rapid progression of advanced breast cancer. *Neuropsychopharmacology 40* (S1):S194-195. [abstract]

27. Palesh O, Koopman C, **Zeitzer J**, Innominato P, Neri E, Spiegel D (2015) The association between use of sleep medication and polysomnography (PSG) measured sleep in women with advanced breast cancer (ABC). *Supportive Care in Cancer 23 (suppl 1):* S240. [abstract]

28. Palesh O, Haddad N, Schnyer R, **Zeitzer JM**, Neri E, Manber R (2015) RCT utilizing acupuncture for management of insomnia associated with cancer. *Journal of Clinical Oncology 33* (suppl): abstr e20572. [abstract]

29. Rissling MB, Gray K, Martin J, Ulmer C, Calhoun PS, Gray SL, Hale L, LaCroix A, Naughton M, Stefanick M, Woods NF, Zaslavsky O, **Zeitzer JM**, Weitlauf JC (2015) Sleep disturbance, diabetes and cardiovascular disease in postmenopausal Veteran and non-Veteran women. *Sleep 38* (Suppl 1): A416. [abstract]

30. Dressman MM, **Zeitzer JM**, Licamele L, Xiao D, Olivadoti M, Medicis J, Baroldi P, Polymeropoulos MH (2015) Longitudinal measures of sleep diaries can be used clinically to assess tasimelteon effectiveness in Non-24-Hour Sleep-Wake Disorder. *Sleep 38* (Suppl 1): A209. [abstract]

31. Kaplan KA, Mashash M, **Zeitzer JM** (2015) Relationships between risk taking, distress tolerance and sleep in adolescence. *Sleep 38* (Suppl 1): A71. [abstract]

32. Friedman L, Lee R, Thompson S, Hernandez B, Posner D, Kushida C, **Zeitzer JM**, Yesavage J (2015) Nocturia and the experience of insomnia. *Sleep 38* (Suppl 1): A247. [abstract]

33. McBean AL, Najjar RP, **Zeitzer JM** (2015) Light to optimize vision and minimize alertness in older adults. *Sleep 38* (Suppl 1): A34. [abstract]

34. Mashash M, Kaplan K, **Zeitzer JM** (2015) Prospective sleep and psychological symptoms in adolescents reporting for a sleep treatment trial. *Sleep 38* (Suppl 1): A25. [abstract]

35. Najjar RP, **Zeitzer JM** (2015) Selective NIF responses to millisecond flashes of light. *Sleep 38* (Suppl 1): A66. [abstract]

36. Yesavage JA, Iqbal N, Goodale G, Noda A, Hernandez B, Cheng J, **Zeitzer JM**, Friedman L, Kinoshita L (2015) Increased prevalence of sleep disordered breathing in older Veterans with PTSD. *American Journal of Geriatric Psychiatry 23:* S180-S181. [abstract]

37. Najjar RP, Heller HC, **Zeitzer JM** (2014) Non-image forming temporal integration of ultra-short flashes of light. Society for Research on Biological Rhythms 2014 Annual Meeting, Big Sky MT, p. 214. [abstract]

38. Yesavage JA, Kinoshita LM, Noda A, Lazzeroni LC, Fairchild JK, Friedman L, Cheng J, **Zeitzer J** (2014) Longitudinal assessment of sleep disordered breathing and cognition in Vietnam Veterans with PTSD. American Journal of Geriatric Psychiatry. [abstract]

39. **Zeitzer JM**, Hernandez B, Jo B, Stefanick M, Hoffman A, Redline S, Ancoli-Israel S, Stone K, Friedman L (2014) Objective sources of subjective sleep quality in older men and women. *Sleep 37* (Suppl 1): A371. [abstract]

40. Palesh O, Gerry-Aldridge A, Koopman C, Neri E, Giese-Davis J, Jo B, Kraemer H, Nouriani B, Spiegel D, **Zeitzer JM** (2014) Sleep and survival in women with advanced breast cancer. *Sleep 37* (Suppl 1): A263-264. [abstract]

41. Najjar R, Heller HC, **Zeitzer JM** (2014) Sub-cortical temporal integration of ultra-short flashes of light. *Sleep 37* (Suppl 1): A42. [abstract]

42. Nakase-Richardson R, Schwartz D, Modarres M, **Zeitzer J**, Anderson W, Midkiff M (2014) Implementation of objective sleep monitoring during acute neurorehabilitation: feasibility and clinical findings. *Brain Injury 28* (5-6): 770.

43. Najjar RP, Heller HC, **Zeitzer JM** (2013) Temporal integration of non-image forming light. *Journal of Vision 13*: P5. [abstract]

44. **Zeitzer JM**, Ku B, Ota D, Kiratli BJ (2013) Randomized controlled trial of pharmacologic replacement of melatonin for sleep disruption in individuals with tetraplegia. *Sleep 36* (Suppl 1): A267. [abstract]

45. Rissling M, Aldridge-Gerry A, Neri E, Nouriani B, Palesh O, Spiegel D, **Zeitzer JM** (2013) Cortisol is associated with higher trait anxiety and difficulties in emotion regulation in women with metastatic breast cancer. *Sleep 36* (Suppl 1): A291. [abstract]

46. Klerman EB, **Zeitzer J,** Wang W (2013) Survival-based analyses of monkey sleep. *Sleep 36* (Suppl 1): A40. [abstract]

47. Friedman L, Bliwise DL, Hernandez B, Yesavage JA, **Zeitzer JM** (2013) Nocturia associated with greater nocturnal wakefulness in older individuals with insomnia. *Sleep 36* (Suppl 1): A392. [abstract]

48. Bajestan SN, Koopman C, Aldridge-Gerry A, Palesh OG, Jo B, Neri E, **Zeitzer JM**, Spiegel D (2013) Relationships of pain with subjective and objective sleep measures in women with advanced breast cancer (P104). Journal of Neuropsychiatry and Clinical Neurosciences 25(2):161-166. [abstract]

49. Aldridge-Gerry A, Palesh P, Rissling M, **Zeitzer JM**, Dhabhar FS, Jo B, Neri E, Nouriani B, Spiegel D (2013) Losing sleep over cancer: relationships with negative affect, blood pressure, and disease-free interval among women with metastatic breast cancer. Journal of Clinical Oncology 31 (suppl): abstr 9504. [abstract]

50. Palesh O, Gerry AA, **Zeitzer JM**, Koopman C, Jo B, Neri E, Nouriani B, Spiegel D (2013) Actigraphy measured sleep disruption as a predictor of survival in advanced breast cancer. Journal of Clinical Oncology 31 (suppl): abstr 9532. [abstract]

51. Dhabhar FS, Jo B, Neri E, **Zeitzer J**, Tillie JM, Bricker NM, Nouriani B, Spiegel D (2012) Lower peak numbers, blunted diurnal rhythms of immune cell distribution, and sleep disruption in metastatic breast cancer. European Journal of Psychotraumatology 3(S1):0. [abstract]

52. **Zeitzer JM**, Ruby NF, Heller HC (2012) Light flashes phase shift human circadian rhythms during and without disturbing sleep. *Sleep 35* (Suppl 1): A63. [abstract]

53. Aldridge-Gerry A, Jo B, Palesh OG, Neri E, **Zeitzer JM**, Spiegel D (2012) Psychosocial correlates of sleep architecture in women with advanced breast cancer. Journal of Clinical Oncology 30 (Suppl): abstr 9051. [abstract]

54. **Zeitzer JM**, Ruby NF, Heller HC (2012) Millisecond light flashes phase shift the human circadian pacemaker during sleep without disrupting sleep. Society for Research on Biological Rhythms 2012 Annual Meeting, Destin FL, p. 106. [abstract]

55. Kennedy Q, Taylor JL, Yesavage J, Noda A, Adamson MM, Murphy G, **Zeitzer JM** (2011) Individual difference factors in flight control and decision making performance. *Gerontologist 51* (Suppl 2): 552. [abstract]

56. Daniels BJ, Nakase-Richardson R, Kretzmer TS, Gootam PK, McCarthy M, Schwartz D, Anderson WM, **Zeitzer J** (2011) Do epoch and thresholds alter polysomnography and actigraphy agreement among medically complex TBI patients? *Archives of Physical Medicine and Rehabilitation* 92 (10): 1723-1724. [abstract]

57. **Zeitzer JM**, Ruby NF, Heller HC (2011) Millisecond light flashes phase shift human circadian rhythms. *Sleep 34* (Suppl 1): A56. [abstract]

58. **Zeitzer JM**, David R, Friedman L, Mulin E, Wang J, Robert PH, Shannon W (2011) Functional principal component analysis reveals disrupted activity rhythm in individuals with Alzheimer's disease and apathy. *Sleep 34* (Suppl 1): A249. [abstract]

59. Friedman L, Spira AP, Hernandez B, Sheikh J, Yesavage JA, **Zeitzer JM** (2011) Differential effects of morning light treatment combined with sleep hygiene therapy on memory-impaired individuals and their caregivers. *Sleep 34* (Suppl 1): A217. [abstract]

60. David R, Friedman L, Mulin E, Noda A, Le Duff F, Garcia R, Kennedy Q, Robert P, Yesavage J, **Zeitzer J** (2011) Association between COMT polymorphisms and apathy in Alzheimer's disease. *Neurology 76* (S9): A414-A414. [abstract]

61. Kinoshita LM, Luther E, Noda A, Cooper R, Hernandez B, **Zeitzer J**, Yesavage JA (2011) PTSD, sleep disordered breathing, APOE e4 and cognitive functioning on the RAVLT. Poster at 39th Annual International Neuropsychological Society Annual Meeting, Boston MA, p. 23. [abstract]

62. Kennedy Q, Taylor JL, Noda A, Murphy G, **Zeitzer JM**, Yesavage JA (2010) The roles of COMT status and aviation expertise in flight simulator performance. Poster at Cognitive Aging Conference in Atlanta GA. [abstract]

63. David R, Mulin E, Friedman L, **Zeitzer JM**, Deschaux O, Cygankiewicz E, Yesavage J, Robert PH (2010) Apathy assessment using 7-days ambulatory actigraphy in alzheimer's disease. *Alzheimer's and Dementia 6* (Suppl 1):S318. [abstract]

64. **Zeitzer JM**, Fisicaro RA, Ruby NF, Heller HC (2010) Exposure to bright, millisecond light flashes enhance objective measures of nocturnal alertness in humans. *Sleep 33* (Suppl 1): A90. [abstract]

65. Friedman L, Mather C, Spira AP, Hernandez B, Kim E, Wicks D, Sheikh J, Yesavage JA, **Zeitzer JM** (2010) Incidental improvement of depression in caregivers during non-pharmacologic treatment of sleep disruption in individuals with memory impairment. *Sleep 33* (Suppl 1): A353. [abstract]

66. Palesh O, **Zeitzer J**, Giese-Davis J, Mustian K, Conrad A, Peppone L, Purnell J, Morrow G, Spiegel D (2009) Vagal regulation, cortisol, and sleep disruption in women with metastatic breast cancer. *Annals of Behavioral Medicine 37* (Suppl 1): s133. [abstract]

67. Friedman L, Spira A, Noda A, Hernandez B, Kim E, Wicks D, Sheikh J, Yesavage J, **Zeitzer JM** (2009) Association between nighttime sleep and daytime activity in memory-impaired individuals and their caregivers. *Sleep 32* (Suppl 1):A120. [abstract]

68. **Zeitzer JM,** Grove ME, Mignot E, Yesavage YA, Friedman L (2009) HLA DQB1*0602 is associated with sleep perception in older individuals with insomnia. *Sleep 32* (Suppl 1):A262. [abstract]

69. David R, Mulin E, Bordone N, Rivet A, Deschaux O, Friedman L, **Zeitzer JM**, Yesavage J, Robert PH (2009) Relationships between locomotor activity and cognitive performance in Alzheimer's disease. Poster at International Psychogeriatric Association congress in Montréal, Canada. [abstract]

70. **Zeitzer JM**, Friedman L, Zhdanova I, Lin L, Kushida C, Yesavage JA (2008) Genetic polymorphism in *CLOCK* predicts timing of circadian light sensitivity in humans. *Sleep 31* (Suppl 1):A365. [abstract]

71. Lin L, **Zeitzer JM**, Einen M, Zhang J, Markovitz J, Bourgin P, Mignot E, Hong S, Plazzi G, Nevsimalova S (2008) Hypocretin deficiency in narcolepsy with atypical or without cataplexy. *Sleep 31* (Suppl 1):A222. [abstract]

72. **Zeitzer JM**, Friedman LF, Lin L, Mignot E, Peskind ER, Yesavage JA (2007) Hypocretin-1 is inversely associated with wake fragmentation in Alzheimer's disease. *Sleep 30* (Suppl 1):A302. [abstract]

73. Kodama T, **Zeitzer JM**, Honda Y, Buckmaster CL, Lyons DM, Mignot E, Nishino S (2006) Diurnal fluctuation of histamine and glutathione levels in the primate CSF. *Journal of Sleep Research 15* (Suppl 1):239. [abstract]

74. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2006) Modeling the effects of homeostatic drive, circadian time, locomotor activity, and HPA axis activation on hypocretin-1 (orexin A) concentrations in the squirrel monkey. *Sleep 29* (Suppl 1):A10. [abstract]

75. Schwimmer H, **Zeitzer JM**, Yanagisawa M, Nishino S, Zhang S, Mignot E (2006) Hypocretin/orexin effects on cardiovascular regulation during sleep. *Sleep 29* (Suppl 1):A31. [abstract]

76. Lyons DM, Parker KJ, **Zeitzer JM**, Buckmaster CL, Schatzberg AF (2005) Hippocampal volume variation and stress-related psychopathology. Program No. 243.3. Abstract Viewer/Itinerary Planner. Washington, DC: Society for Neuroscience. [abstract]

77. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2005) Sleep-deprivation dose response effects on hypocretin-1 (orexin A) concentrations in a diurnal, sleep consolidating primate, the squirrel monkey. *Sleep 28* (Suppl 1):A142. [abstract]

78. Scheer FAJL, **Zeitzer JM**, Ayas NT, Brown R, Czeisler CA, Shea SA (2005) Reduced sleep efficiency in cervical spinal cord injury; association with abolished nighttime melatonin secretion. *Sleep 28* (Suppl 1):A68. [abstract]

79. Scheer FAJL, **Zeitzer JM**, Ayas NT, Brown R, Czeisler CA, Shea SA (2005) Sleep disturbance after SCN-pineal pathway disruption in humans. *Chronobiology International 22* (6):1279-1280. [abstract]

80. Lyons DM, Parker KJ, Buckmaster CL, **Zeitzer JM**, Schatzberg AF (2004) Postnatal programming of the hypothalamic-pituitary-adrenal stress response. Program No. 662.21. Abstract Viewer/Itinerary Planner. Washington, DC: Society for Neuroscience. [abstract]

81. **Zeitzer JM**, Zhang S, Buckmaster CL, Lyons DM, Mignot E (2004) Circadian control and locomotor feedback in the regulation of hypocretin-1 (orexin A) in sleep consolidating squirrel monkeys and polyphasic rats. Society for Research on Biological Rhythms 9th Annual Meeting, Whistler BC, p. 69. [abstract]

82. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2004) Locomotor-dependent and –independent regulation of hypocretin-1 (orexin A) in the squirrel monkey. *Sleep 27* (Suppl 1):A25. [abstract]

83. Zhang S, **Zeitzer JM**, Yoshida Y, Wisor JP, Nishino S, Edgar DM, Mignot E (2004) Effect of suprachiasmatic nucleus lesions on rat cerebrospinal fluid hypocretin-1 regulation. *Sleep 27* (Suppl 1):A1. [abstract]

84. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2003) Hypocretin regulation in a primate model of human wake regulation. *Sleep 26* (Suppl 1):A23. [abstract]

85. Morales-Villagran A, **Zeitzer J**, Medina-Ceja L, Behnke EJ, Fried I, Maidment NT, Engel Jr J, Wilson CL (2003) Adenosine levels in human limbic and frontal areas during sleep deprivation in epileptic patients. *Epilepsia 44* (Suppl 9):36. [abstract]

86. **Zeitzer JM**, Lyons DM, Mignot E (2002) Hypocretin physiology in a primate model of human wake regulation. American College of Neuropsychopharmacology 41st Annual Meeting, San Juan, Puerto Rico, p. 375. [abstract]

87. **Zeitzer JM**, Buckmaster CL, Parker KJ, Hauck CM, Lyons DM, Mignot E (2002) Diurnal variation of hypocretin-1 in the cisternal cerebrospinal fluid of a diurnal sleep-consolidating primate, *Saimiri sciureus*. Society for Research on Biological Rhythms 8th Annual Meeting, Amelia Island FL, p. 33. [abstract]

88. Salomon RM, Ripley B, Kennedy JS, Schmidt D, **Zeitzer J**, Nishino S, Mignot E (2002) Diurnal variation of CSF hypocretin-1 (orexin A) levels in controls and depressed subjects. *Sleep 25* (Suppl. 1):A12. [abstract]

89. Mignot E, Ripley B, Schmidt D, **Zeitzer J**, Nishino S, Salomon R (2002) Diurnal variation of CSF hypocretin-1 (orexin-A) in control and depressed patients. *Journal of Sleep Research 11* (Suppl. 1): 155. [abstract]

90. Maidment NT, Fried I, Lopez F, **Zeitzer JM**, Behnke EJ, Ackerson LC, Engel Jr. J, Wilson CL (2001) Fluctuations in neurotransmitter concentrations in human brain dialysates during sleep or wakefulness, during

epileptic seizures or following cognitive challenge. Monitoring Molecules in Neuroscience, University College, Dublin Ireland. [abstract]

91. **Zeitzer JM**, Lopez-Rodriguez F, Behnke E, Ackerson LC, Fried I, Maidment N, Engel Jr. J, Wilson CL (2001) Serotonin and dopamine in the human cortex and limbic system during a 40 h sleep deprivation challenge. *Sleep 24*: A76. [abstract]

92. Dineen SS, Duffy JF, Hall EF, **Zeitzer JM**, Polidori P, Czeisler CA (2001) Salivary melatonin as a phase marker in elderly subjects. *Sleep 24: A197*. [abstract]

93. **Zeitzer JM**, Lopez-Rodriguez F, Ackerson LC, Fried I, Maidment N, Engel Jr. J, Wilson CL (2000) Changes in extracellular adenosine in the human brain during conditions of sleep and sleep deprivation, as revealed by *in vivo* microdialysis. *Sleep 23* (Suppl 2): A143. [abstract]

94. **Zeitzer JM**, Ayas NT, Shea SA, Brown R, Czeisler CA (2000) Consequences of chronic spinal cord injury: Alteration of basal neuroendocrine function. *Journal of Spinal Cord Medicine 23* (3): 194-195. [abstract]

95. Cajochen C, **Zeitzer JM**, Czeisler CA, Dijk DJ (1999) Dose-response relationship for light intensity and alertness and its ocular and EEG correlates. *Sleep Research Online 2* (Suppl. 1): 517. [abstract]

96. **Zeitzer JM**, Ayas NT, Shea SA, Brown R, Czeisler CA (1999) Temporal organization of neuroendocrine function in chronic spinal cord injury. *Journal of Spinal Cord Medicine 22* (4): 347-348.[abstract]

97. Ayas NT, **Zeitzer JM**, Shea SA, Wu AD, Brown R, Czeisler CA (1999) Ptosis and cocaine eyedrop response may predict melatonin secretion rhythmicity. *Journal of Spinal Cord Medicine 22* (4): 348-349. [abstract]

98. **Zeitzer JM**, Dijk D-J, Czeisler CA (1996) Plasma melatonin concentration increases during extended wakefulness on a constant routine. Northeastern Sleep Society 10th Annual Meeting, Warwick RI, p. 16. [abstract]

99. Boivin DB, **Zeitzer JM**, Czeisler CA (1996) Resetting of the endogenous circadian rhythm of plasma melatonin and body temperature by ordinary room light in humans. *Journal of Sleep Research 5* (Suppl. 1): 20. [abstract]

100. **Zeitzer JM**, Czeisler CA (1996) Red light induces shifts in the human circadian rhythm of plasma melatonin. Society for Research on Biological Rhythms 5th Annual Meeting, Amelia Island FL, p. 108. [abstract]

101. **Zeitzer JM**, Boivin DB, Kronauer RE, Czeisler CA (1995) Wavelength sensitivity of the human circadian pacemaker. *Sleep Research 24A*: 554. [abstract]

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

**CONFERENCE RECORD**

| | | | |
|---|---|---|---|
| SRBR | FL | 2018 | Attendee |
| Military Health System Research Symposium | FL | 2017 | Oral/poster presentation |
| APSS | MA | 2017 | Oral/poster presentations |
| Department of Energy | CA | 2017 | Oral presentation |
| APSS | CO | 2016 | Oral/poster presentations |
| SRBR | FL | 2016 | Oral presentation |
| Optical Society of America Fall Vision Meeting | CA | 2015 | Oral presentation |
| APSS | WA | 2015 | Oral/poster presentations |
| SRBR | MT | 2014 | Attendee |
| APSS | MN | 2014 | Oral/poster presentations |
| APSS | MD | 2013 | Poster presentations |
| APSS | MA | 2012 | Oral presentation |
| SRBR | FL | 2012 | Oral presentation |
| APSS | MN | 2011 | Oral/poster presentations |
| APSS | TX | 2010 | Poster presentation |
| APSS | WA | 2009 | Poster presentation |
| APSS | MD | 2008 | Poster presentation |
| APSS | MN | 2007 | Oral/poster presentations |
| APSS | UT | 2006 | Oral/poster presentations |
| APSS | CO | 2005 | Oral presentation |
| SFN | CA | 2004 | Attendee |
| SRBR | Canada | 2004 | Oral presentation |
| APSS | PA | 2004 | Oral presentation |
| APSS | IL | 2003 | Oral presentation |
| American College of Neuropsychopharmacology | PR | 2002 | Oral presentation |
| SFN | FL | 2002 | Attendee |
| Society for Research in Biological Rhythms (SRBR) | FL | 2002 | Oral presentation |
| APSS | WA | 2002 | Attendee |
| APSS | IL | 2001 | Oral presentation |
| American Epilepsy Society | CA | 2000 | Attendee |
| APA | NV | 2000 | Oral presentation |
| APSS | NV | 2000 | Poster presentation |
| American Paraplegic Association (APA) | NV | 1999 | Poster presentation |
| Gordon Conference on Pineal Cell Biology | CA | 1999 | Attendee |
| NESS | RI | 1996 | Oral presentation |
| American Physiological Society (APS) | NH | 1995 | Attendee |
| Northeast Sleep Society (NESS) | MD | 1995 | Poster presentation |
| Association of Professional Sleep Societies (APSS) | MA | 1994 | Attendee |
| Society for Neuroscience (SFN) | DC | 1993 | Attendee |

**FUNDING – Current**

| | |
|---|---|
| 01/01/18-12/31/18 | Restless Leg Syndrome: Does it Start with a Gut Feeling? Stanford University Department of Psychiatry and Behavioral Sciences Small Grant Program (Jamie Zeitzer, PI) |
| 09/15/17-05/31/19 | Rest-Activity Rhythms Associated with Aging Traits in the Elderly, 1R21AG051380-01A1 NIA (Gregory Tranah, PI); Role: Consultant |
| 02/01/18-01/31/22 | Cognitive behavioral therapy for insomnia in chronic traumatic brain injury, 1 I01 RX002319-01A2, VA RR&D (Ansgar Furst, PI); Role: Co-I |
| 09/25/17-08/31/22 | Characterization and Genetics of Objectively-Verified Long Sleep Hypersomnia, 1K23NS101094-01A1 NINDS (Joseph Cheung, PI); Role: Mentor |
| 11/01/17-10/31/18 | Novel EEG Biomarkers of Sleep Health: A Machine Learning Study, Stanford University Precision Health and Integrated Diagnostics Center (Jamie Zeitzer, PI) |
| 09/26/16-07/31/21 | Biological and Psychosocial Mechanisms of Cancer Caregivers' Elevated Health Risk, NINR NR016838-01 (Youngmee Kim, PI); Role: Co-I |
| 10/01/16-09/30/19 | Comparative Effectiveness of Sleep Apnea Assessment Strategies to Maximize TBI Rehabilitation Outcome (C-SAS), Patient-Centered Outcomes Research Institute. PCORI R-1511-33005 (Risa Nakase-Richardson, PI); Role: Co-I |
| 09/01/16-08/31/21 | Ultrashort Light Pulses as a Personalized Countermeasure for Circadian Desynchrony, Department of Defense (Jamie Zeitzer, PI) |
| 06/01/16-05/31/19 | Dawn Simulation as a Passive Countermeasure to Postural Hypotension in Healthy Older Adults, Velux Stiftung (Jamie Zeitzer, PI) |

| | | |
|---|---|---|
| 1 | 12/01/15-06/30/19 | A double-blind, placebo-controlled, randomized, parallel design study to examine the effectiveness of 10 mg suvorexant in improving daytime sleep in shift workers, Merck Pharmaceuticals (Jamie Zeitzer, PI) |
| 2 | 07/01/15-06/30/19 | Breathing meditation intervention for post traumatic stress disorder, VA RR&D, I01 RX001485-01 (Peter Bayley PI); Role: Consultant |

**FUNDING – Completed**

| | | |
|---|---|---|
| 04/01/14-03/31/18 | Sleep and Circadian Dysregulation in Pediatric Bipolar Disorder, NIH/NIMH, 1K01MH100433-01A1 (Gershon PI); Role: Mentor |
| 01/03/17-01/02/18 | Circadian Immune Variation Disruption, and Breast Cancer Progression, Stanford Cancer Institute 2017 Cancer Innovation Grant (David Spiegel, PI); Role: Co-I |
| 01/01/17-12/31/17 | Applications and Validation Assessments of Consumer Mobile & Wearable Devices and Mobile Applications for Sleep Monitoring, Spectrum-SPADA (Joseph Cheung, PI); Role: Co-I |
| 03/01/16-06/30/17 | Effect of light on pupil function, Soraa (Jamie Zeitzer, PI) |
| 04/01/13-08/31/16 | Treating Sleep Disruption in Teens with Millisecond Light Exposure during Sleep, NIH/NICHD 1R21HD073095-01 (Jamie Zeitzer, PI); |
| 08/01/11-06/30/16 | Ultrashort (msec) Light Exposure as a Countermeasure to Circadian Desynchrony, NIH/NHLBI, 1R01HL108441-01A1 (Jamie Zeitzer, PI) |
| 07/01/13-06/30/16 | Toileting at night in older adults: light to maximize vision, minimize insomnia, VA RR&D, 1I21RX000773-01A2 (Jamie Zeitzer PI) |
| 11/17/10-03/01/15 | A Multicenter, Randomized, Double-mask, Placebo-controlled, Parallel Study to Investigate the Efficacy and Safety of 20 mg Tasimelteon Versus Placebo in Totally Blind Subjects with N24HSWD Followed by an OLE Phase, Vanda Pharmaceuticals (Jamie Zeitzer, site PI) |
| 10/01/12-01/01/14 | Repetitive Transcranial Magnetic Stimulation (rTMS) for the Treatment of Chronic Pain in GW1 Veterans (J Wesson Ashford, PI), VA RR&D Merit RX-1210-01; Role: Consultant |
| 08/01/14-10/31/14 | Millisecond light pulses to shift circadian rhythms and treat jet lag, Stanford Innovation Project, Stanford University, S98-051 (Jamie Zeitzer, PI) |
| 09/30/09-08/31/12 | CAM Approaches to Management of Sleep and Disease Progression in Cancer, NIH 1P30AT005886-0110 (David Spiegel PI); Role, Co-Investigator |
| 09/27/06-08/31/12 | Sleep, Circadian Hormonal Dysregulation, and Breast Cancer Survival, NCI, 1R01 CA118567 (David Spiegel PI); Role, investigator |
| 04/01/08-03/31/11 | Melatonin Replacement for Treatment of Sleep Disruption in Tetraplegia, VA Merit Review B6010-R (Jamie Zeitzer PI) |
| 10/01/08-01/01/11 | Short-Wavelength Countermeasure for Circadian Desynchrony, Phase II, AFOSR F2-4506 (H Craig Heller PI); Role: Co-Investigator |
| 2007-2010 | A Study of Ramelteon Treatment in Spinal Cord Injury Subjects with Sleep Disruption, Takeda Pharmaceuticals 06-038R (Jamie Zeitzer PI) |
| 2007-2008 | Effects of Xyrem Administration on Hypocretin-1 Concentrations in a Primate Model of Human Wakefulness, Jazz Pharmaceuticals 38422 (Jamie Zeitzer PI) |
| 2006-2008 | Sleep Regulation, Depression, and Hypocretin, NARSAD (The Mental Health Research Association) Young Investigator Award 34633 (Jamie Zeitzer PI) |
| 2005-2006 | Metabolic Consequences of Chronic Sleep Restriction, NIMH, 1 RO1 MH073435-01 (Emmanuel Mignot PI); Role: investigator |
| 2003-2005 | Sleep Deprivation, Hypocretin, and Depression, National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award (Jamie Zeitzer PI) |
| 2002-2004 | Hypocretin Physiology in the Consolidation of Sleep/Wake, Pickwick Postdoctoral Fellowship Program, National Sleep Foundation (Jamie Zeitzer PI) |
| 2002-2003 | Role of Hypocretin Physiology in the Consolidation of Sleep and Wake, C. F. Aaron Dean's Postdoctoral Fellowship, Stanford University School of Medicine (Jamie Zeitzer PI) |
| 1999-2002 | Mulitsite Training Program for Basic Sleep Research, NIH/NIMH, MH18825-12 (Michael Chase PI); Role: post-doctoral fellow |
| 1999-2001 | Clinical Trial of Melatonin Replacement in Tetraplegics with Sleep Disturbances, Christopher Reeves Paralysis Foundation, post-doctoral fellowship, ZA1-9802-2A (Jamie Zeitzer PI) |
| 1997-1999 | Clinical Trial on the Effects of Caffeine on the Circadian Homeostatic Interaction Underlying the Deterioration of Neurobehavioral Functioning during Jet Lag and Sleep Deprivation, AFOSR, F49620-95-10388 (Charles Czeisler PI); Role: graduate student |
| 1997-1999 | Treatment of Circadian Sleep Disorders with Bright Lights, NIH/NIMH, MH45130 (Charles Czeisler PI); Role: graduate student |

**DR. JAMIE ZEITZER DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
*Norbert et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of Calif., Case No.3:19-cv-02724 SK

| | |
|---|---|
| 1995-1997 | Pre-launch Adaptation of Orbiter Crew Members to Earlier Shifts Following Exposure to a Single Bright Light Episode, NASA, NAG-4033 (Charles Czeisler PI); Role: graduate student |
| 09/01/93-08/31/95 | Molecular and Cellular Approaches to Substance Abuse, NIH/NIDA, 5-T32-DA007282-02 (Steven Hyman PI); Role: graduate student |

**Industry Relationships, ongoing**

| | |
|---|---|
| 2013- | Unpaid scientific advisor, LumosTech |
| 2016- | Paid consultant, Delos |
| 2017- | Paid consultant, Google X |