# YOLANDA HUANG
ATTORNEY AT LAW

Date: August 26, 2019

Magistrate Judge Sallie Kim
United States Federal District Court
450 Golden Gate, Courtroom C
San Francisco, California 94102

Re: Norbert et al. v. San Francisco Sheriff's Department, Case No: 3:19-cv-02724 SK

Dear Judge Kim:

The parties had a telephone meet and confer today. We agreed that the witness interview hearing for Dr. Zeitzer may be continued to October 25, 2019 because the original date of October 9, 2019 proposed by the Court is Yom Kippur, and Dr. Zeitzer is not available in the morning, and is available in the morning on October 25, 2019. The parties agreed as follows:

1) Plaintiff may have until August 30, 2019 in which to submit proposed questions;
2) The hearing for the witness interview hearing of Dr; Zeitzer may be continued to October 25, 2019;
3) The supplemental briefing schedule will likewise be continued so plaintiffs' supplemental brief will be due one week after the 25th or November 1, 2019; and defendants' supplemental brief will be due two weeks after the 25th or November 8, 2019.

The parties were unable to agree on a proposed protective order. Defendants position is that their proposed order suffices. Plaintiffs thought that it would be more productive to have the parties review the photos and the videos first and then negotiate a joint proposed order. Plaintiffs' perspective is that that by viewing the materials, a clearer and narrower definition of what would be subject to the highest level of protection could be articulated. Defendants declined.

The parties have tentatively agreed on September 5, 2019 to view the videos and photos. This is conditional based upon Under Sheriff Freeman's availability. Therefore, plaintiffs ask that they

have until one week after the viewing of the video and photos in which to submit a proposed protective order, which would be September 12, 2019 if the September 5th viewing date holds.

 A proposed order is attached.

Sincerely,

*/s/ Yolanda Huang*


Yolanda Huang
Attorney for Plaintiffs