LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**[Proposed] ORDER MODIFYING SCHEDULE RE: PRELIMINARY INJUNCTION MOTION DATES** |

Whereas the Court proposed a Schedule (Dkt. 32), and the parties have met and conferred;

1

**[Proposed] ORDER MODIFYING SCHEDULE RE: PRELIMINARY INJUNCTION MOTION DATES**
*Norbert, et al. v. San Francisco County Sheriff's Dept. et al.,*  United States District Court, Northern District of California, Case No. 3:19-cv-02724 SK

Whereas the original date proposed by the Court for Dr. Zeitzer's witness interview hearing is on the first day of Yom Kippur and Dr. Zeitzer is not available in the morning, and the parties have agreed as follows:

1) Plaintiff may have until August 30, 2019 in which to submit proposed questions;

2) The date for the witness interview hearing of Dr. Zeitzer may be continued to October 25, 2019;

3) The supplemental briefing schedule will likewise be continued so plaintiffs' supplemental brief will be due one week after the 25th or November 1, 2019; and defendants' supplemental brief will be due two weeks after the 25th or November 8, 2019.

The parties were unable to agree on a stipulated joint proposed protective order. Defendants submit their previously submitted proposed order (Dkt. 24.2). Plaintiffs request that they be provided until one week after the viewing of the joint viewing of the photos and videos in which to submit their proposed protective order. The parties have stipulated that the viewing will be held on September 5, 2019, pending confirmation of Under Sheriff Freeman's availability.

Good cause appearing,

IT IS ORDERED that:

1) Plaintiff may have until August 30, 2019 in which to submit proposed questions;

2) The date for the witness interview hearing of Dr. Zeitzer shall be continued to October 25, 2019; and,

3) The supplemental briefing schedule will likewise be continued so plaintiffs' supplemental brief will be due one week after the 25th or November 1, 2019; and defendants' supplemental brief will be due two weeks after the 25th or November 8, 2019.

IT IS FURTHER ORDERED that plaintiffs may have up to one week after the joint viewing of the photos and videos, currently set for September 5, 2019, to submit plaintiffs' proposed protective order.

DATED: August __, 2019

_____
MAGISTRATE JUDGE SALLIE KIM