DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
SABRINA M. BERDUX, State Bar #248927
MARGARET W. BAUMGARTNER, State Bar #151762
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
Telephone:     (415) 554-3859 [Baumgartner]
Telephone:     (415) 554-3867 [Murphy]
Facsimile:     (415) 554-3837
E-Mail:         sabrina.m.berdux@sfcityatty.org
E-Mail:         margaret.baumgartner@sfcityatty.org
E-Mail:         kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT,
CITY AND COUNTY OF SAN FRANCISCO, VICKI HENNESSY,
PAUL MIYAMOTO, JASON JACKSON, AND CAPTAIN MCCONNELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS,<br><br>   Plaintiffs,<br><br>   vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50,<br><br>   Defendants. | Case No. 3:19-cv-02724-SK (LB)<br><br>**DEFENDANTS' RESPONSES TO COURT'S ORDER POSING SUPPLEMENTAL QUESTIONS (DKT 108)**<br><br>Trial Date:        August 10, 2021 |

Pursuant to the Court's January 24, 2020 Order Posing Supplemental Questions (Dkt. 108), Defendants City and County of San Francisco, San Francisco County Sheriff's Department, and individual defendants Hennessy, Miyamoto, Jackson, and McConnell hereby submit the following response:

County Jail 4 **J Block,** which holds up to 32 inmates, has a day room outside the barred-celled sleeping areas that all inmates in the block can access.  Inmates housed in J Block are permitted outside of their sleeping areas 12 hours per day, at least 9.75 of which they have access to the day room.[1]  J Block currently houses inmates enrolled in the Roads to Recovery program.

County Jail 4 **Blocks B, C, G, and H**[2], which combined hold up to 216 inmates, all have both a sleeping area with bunk beds into which inmates are locked at night and a day side room.  The day side room contains a table where the inmates eat, two telephones, and a television in addition to a shower, sink, and toilet.  The access door between the sleeping area and day side area is open for more than 12 hours a day, allowing inmates free use of both sides.  The difference between J Block and B, C, G, and H Blocks is that the day side in the latter blocks is accessed only by the 12 inmates housed in each cell rather than all the inmates in the housing block.  Blocks B, C, G, and H primarily house inmates in general population, but also house some inmate workers and inmates in special needs housing.

The remaining housing blocks (**A, D, E, F K, and L**), which combined hold up to 155 inmates, do not have a day side room.  These blocks primarily house (1) temporary holding cells; (2) administrative segregation; (3) restricted housing; (4) inmate workers; or (5) special needs housing.

///

///

///

///

---

[1] Plaintiffs' counsel took photographs of the J Block day room during the site visit which were produced on a flash drive to the Court with filenames: DSC_68620.jpg, DSC_68621.jpg, DSC_68622.jpg, and DSC_68623.jpg.

[2] Plaintiffs' counsel took photographs of a cell in B Block during the site visit showing both the day and night sides which were produced on a flash drive to the Court with filenames: DSC_6892.jpg, DSC_6896.jpg, DSC_6901.jpg, and DSC_6903.jpg.

Up to 58 inmates housed in County Jail 4 Blocks **L and G** are inmate workers who assist with jail functions including food preparation, meal service, garbage removal, and general cleaning. Inmate workers are out of their cells for an additional estimated 4 to 6 hours per shift as a result of work duties.

Dated:  January 29, 2020

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
SABRINA M. BERDUX
MARGARET W. BAUMGARTNER
KAITLYN MURPHY
Deputy City Attorneys

By: */s/ Kaitlyn Murphy*
KAITLYN MURPHY

Attorneys for Defendants
SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, VICKI HENNESSY, PAUL MIYAMOTO, JASON JACKSON, AND CAPTAIN MCCONNELL

Def. Resp. to Court's Suppl. Questions
Case No. 3:19-cv-02724-SK (LB)

3

n:\lit\li2020\191337\01423718.docx