UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  19-cv-02724-SK<br><br>**ORDER REGARDING MOTION FOR CLARIFICATION**<br><br>Regarding Docket No. 113 |

The Court has received and is reviewing Defendants' administrative motion for clarification of its Order regarding Plaintiffs' motion for a preliminary injunction. (Dkt. 113.)  As with all administrative motions, the Court allows four days for a response pursuant to Civil Local Rule 7-11.  The Court also applies Federal Rule of Civil Procedure 6 in calculating Plaintiffs' time for a response.  Accordingly, Plaintiffs may respond to Defendants' administrative motion for clarification no later than February 10, 2020.  Pursuant to Civil Local Rule 7-11(c), no time will be given for a reply and the Court will consider the motion ripe for determination without hearing the day after Plaintiffs' opposition is due.

**IT IS SO ORDERED**.

Dated: February 6, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge