# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:19-cv-02724-SK

Date case was first filed in U.S. District Court: 05/20/2019

Date of judgment or order you are appealing: 1/31/20; 02/11/20 (clarified)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

City and County of San Francisco

Is this a cross-appeal?  ○ Yes   ● No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?  ○ Yes   ● No

If Yes, what is the prior appeal case number? 

Your mailing address:

1390 Market Street, 6th Floor

City: San Francisco   State: CA   Zip Code: 94102

Prisoner Inmate or A Number (if applicable): 

**Signature** /s/ Kaitlyn Murphy   **Date** Feb 28, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

| |
|---|
| City and County of San Francisco |

Name(s) of counsel (if any):

| |
|---|
| Dennis J. Herrera, Meredith B. Osborn, Margaret W. Baumgartner, Sabrina M. Berdux, and Kaitlyn Murphy |

Address: 1390 Market Street, 6th Floor
Telephone number(s): (415) 554-3929 [Baumgartner]
Email(s): margaret.baumgartner@sfcityatty.org [Baumgartner]

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

| |
|---|
| Kenyon Norbert, Troy McAllister, Marshall Harris, Armando Carlos, Montrail Bracken, Michael Brown and Jose Poot |

Name(s) of counsel (if any):

| |
|---|
| Yolanda Huang |

Address: 528 Grand Avenue, Oakland, CA 94610
Telephone number(s): (510) 329-2140
Email(s): yhuang.law@gmail.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                         1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*