DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
SABRINA M. BERDUX, State Bar #248927
MARGARET W. BAUMGARTNER, State Bar #151762
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3929 [Berdux]
Telephone:    (415) 554-3859 [Baumgartner]
Telephone:    (415) 554-3867 [Murphy]
Facsimile:     (415) 554-3837
E-Mail:         sabrina.m.berdux@sfcityatty.org
E-Mail:         margaret.baumgartner@sfcityatty.org
E-Mail:         kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et al.

LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS, | Case No. 3:19-cv-02724-SK (LB) **STIPULATION AND [PROPOSED] ORDER FOR SECOND PARTIAL STAY OF INJUNCTION AND APPEAL** |
| Plaintiffs, | |
| vs. | Trial Date:          August 10, 2021 |
| SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; | |

CAPTAIN JASON JACKSON, CAPTAIN
MCCONNELL AND JOHN AND JANE
DOES, NOS. 1 -50,

     Defendants.

WHEREAS the Court issued a preliminary injunction requiring that the City and County of

San Francisco ("City") provide (1) one hour a day, five days a week, of recreation time for inmates in

administrative segregation, except under certain circumstances; and (2) one hour per week of "direct

sunshine" for inmates housed in the jail for more than four consecutive years (ECF No. 110);

WHEREAS the City has moved for a stay and filed a notice of appeal with regard to the

portion of the injunction requiring access to direct sunlight only (ECF No. 128);

WHEREAS on March 10, 2020 the parties jointly requested (ECF No. 137), and on March 11,

2020 the Court granted a 90 day continuance of the briefing schedule for the motion to stay (ECF No.

138);

WHEREAS Plaintiffs have filed a notice of cross-appeal with regard to the portion of the

injunction requiring direct access to sunlight (ECF No. 139);

WHEREAS the City filed its appeal on March 27, 2020;

WHEREAS the parties intend to pursue further settlement discussions;

WHEREAS without a stipulated stay, the City must move forward with its motion to stay to

ensure that the City does not become in violation of the Court's injunction order while continuing

settlement discussions;

WHEREAS without a stipulated stay, Plaintiffs must move forward with their cross appeal

while continuing settlement discussions;

WHEREAS both parties are working towards a settlement of this matter, and require time to

assess, negotiate and seek approval of the terms any settlement;

WHEREAS the parties agree that a short stay of the "direct sunlight" portion of the Court's

injunction order will allow the parties to explore a settlement without undue expenditure of time and

resources;

1    WHEREAS the parties agree that their ongoing settlement discussions constitute good cause
2  and substantial need to seek an extension of time to file an appeal;
3    NOW THEREFORE THE PARTIES STIPULATE as follows:
4    1.  The briefing and hearing schedule for the City's motion for stay shall be continued.
5  Plaintiffs' opposition to the motion to stay shall be due on June 10, 2020, and defendants' reply shall
6  be due on June 17, 2020, with a hearing to be held within three weeks of the reply brief being file.
7    2.  The parties shall jointly work with the Ninth Circuit Mediation Program Mediator Stephen
8  Liacouras to request that the Court of Appeal continue all briefing deadlines. The first brief on cross-
9  appeal was filed March 27, 2020. The parties will request that the second brief on cross-appeal be due
10  on June 1, 2020; the third brief on cross appeal be due June 30, 2020; and the optional cross-appeal
11  reply be due on July 21, 2020.
12    3.  The portion of the District Court's injunction requiring that the City provide inmates who
13  have been housed continuously in the County Jail for more than four years with access to "direct
14  sunlight" shall be stayed until the Court rules on defendants' motion for stay.
15    4.  If either party determines that settlement discussions have irretrievably broken down, said
16  party-shall so inform the Court.
17    5.  If the Board of Supervisors rejects any proposed settlement, the City shall so inform the
18  Court, and request a Case Management Conference as soon as possible.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Stip. to Stay Injunction                                  3                        n:\lit\li2020\191337\01439354.docx
Norbert v. CCSF, Case No. 3:19-cv-02724-SK (LB)

1      SO STIPULATED.

2

3   Dated:  April 8, 2020

4                             DENNIS J. HERRERA
                               City Attorney

5                             MEREDITH B. OSBORN
                             Chief Trial Deputy

6                             SABRINA M. BERDUX

7                             MARGARET W. BAUMGARTNER
                             KAITLYN MURPHY

8                             Deputy City Attorneys

9

10                 By: */s/ Kaitlyn Murphy*
                       KAITLYN MURPHY

11                       Attorneys for Defendants
                       CITY AND COUNTY OF SAN FRANCISCO et al.

12

13   Dated:  April 8, 2020

14                 By:  **\*\*/s/ *Yolanda Huang***
                       YOLANDA HUANG

15                       Attorneys for Plaintiffs

16                       *\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic*
                       *signatory has obtained approval from this signatory*

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

    1.  The briefing and hearing schedule for the City's motion for stay shall be continued.

4

Plaintiffs' opposition to the motion to stay shall be due on June 10, 2020, and defendants' reply shall

5

be due on June 17, 2020, with a hearing to be held within three weeks of the reply brief being file.

6

    2.  The parties shall jointly work with the Ninth Circuit Mediation Program Mediator Stephen

7

Liacouras to request that the Court of Appeal continue all briefing deadlines. The first brief on cross-

8

appeal was filed March 27, 2020. The parties will request that the second brief on cross-appeal be due

9

on June 1, 2020; the third brief on cross appeal be due June 30, 2020; and the optional cross-appeal

10

reply be due on July 21, 2020.

11

    3.  The portion of the District Court's injunction requiring that the City provide inmates who

12

have been housed continuously in the County Jail for more than four years with access to "direct

13

sunlight" shall be stayed until the Court rules on defendants' motion for stay.

14

    4.  If either party determines that settlement discussions have irretrievably broken down, said

15

party-shall so inform the Court.

16

    5.  If the Board of Supervisors rejects any proposed settlement, the City shall so inform the

17

Court, and request a Case Management Conference as soon as possible.

18

19

Dated: _____     _____

20

                                   HONORABLE SALLIE KIM
                                   United States Magistrate Judge

21

22

23

24

25

26

27

28