United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN FRANCISCO SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 19-cv-02724-SK <br><br> **ORDER APPROVING SECOND STIPULATION TO STAY** <br><br> Regarding Docket No. 149 |

The parties have filed a second stipulation to continue the briefing schedule on Defendants' motion to stay (Dkt. 128) the preliminary injunction entered in this case (Dkt. 110). (Dkt. 149.) The parties further stipulate to stay the direct sunlight portion of the preliminary injunction order until the Court rules on Defendants' motion to stay. (*Id.*) The parties indicate that they intend to utilize the brief continuance and stay to conduct further settlement negotiations. (*Id.*) Accordingly, the Court HEREBY APPROVES the stipulation of the parties and ORDERS as follows:

1. The briefing and hearing schedule for the City's motion to stay shall be continued. Plaintiffs' opposition to the motion to stay shall be due on June 10, 2020, and Defendants' reply shall be due on June 17, 2020. The Court shall hold a hearing on the motion to stay on June 29, 2020, at 9:30 a.m.

2. The parties shall jointly work with the Ninth Circuit Mediation Program Mediator Stephen Liacouras to request that the Court of Appeal continue all briefing deadlines. The first brief on cross-appeal was filed March 27, 2020. The parties will request that the second brief on cross-appeal be due on June 1, 2020; the third brief on cross-appeal be due June 30, 2020; and the optional cross-appeal reply be due on July 21, 2020.

1    3.   The potion of the Court's injunction requiring that the City provide inmates who
2 have been housed continuously in the County Jail for more than four years with access to direct
3 sunlight shall be stayed until the Court rules on Defendants' motion to stay.
4    4.   If either party determines that settlement discussions have irretrievably broken
5 down, said party shall so inform the Court.
6    5.   If the Board of Supervisors rejects any proposed settlement, the City shall so
7 inform the Court and request a case management conference as soon as possible.
8    **IT IS SO ORDERED**.
9 Dated: April 8, 2020


_____
SALLIE KIM
United States Magistrate Judge