UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 19-cv-02724-SK<br><br>**ORDER GRANTING STIPULATION TO EXTEND PARTIAL STAY OF INJUNCTION AND APPEAL**<br><br>Regarding Docket No. 170 |

**STIPULATION**

WHEREAS the Court issued a preliminary injunction requiring that the City and County of San Francisco ("City") provide (1) one hour a day, five days a week, of recreation time for inmates in administrative segregation, except under certain circumstances; and (2) one hour per week of "direct sunshine" for inmates housed in the jail for more than four consecutive years (ECF No. 110);

WHEREAS the City has moved for a stay and filed a notice of appeal with regard to the portion of the injunction requiring access to direct sunlight only (ECF No. 128);

WHEREAS on April 8, 2020 the parties jointly requested (ECF No. 149), and on April 9, 2020, the Court granted a continuance of the briefing schedule for the motion to stay (ECF No. 150);

WHEREAS on May 22, 2020 the parties jointly requested (ECF No. 161), and on May 26, 2020, the Court granted a continuance of the briefing schedule for the motion to stay (ECF No. 162);

WHEREAS Plaintiffs have filed a notice of cross-appeal with regard to the portion of the injunction requiring direct access to sunlight (ECF No. 139);

WHEREAS the City filed its appeal on March 27, 2020;

WHEREAS the parties intend to pursue further settlement discussions;

WHEREAS without a stipulated stay, the City must move forward with its motion to stay to ensure that the City does not become in violation of the Court's injunction order while continuing settlement discussions;

WHEREAS without a stipulated stay, Plaintiffs must move forward with their cross appeal while continuing settlement discussions;

WHEREAS both parties are working towards a settlement of this matter, and require time to assess, negotiate and seek approval of the terms any settlement;

WHEREAS the parties agree that a short stay of the "direct sunlight" portion of the Court's injunction order will allow the parties to explore a settlement without undue expenditure of time and resources;

WHEREAS the parties agree that their ongoing settlement discussions constitute good cause and substantial need to seek an extension of time to file an appeal;

NOW THEREFORE THE PARTIES STIPULATE as follows:

1. The briefing and hearing schedule for the City's motion for stay shall be continued. Plaintiffs' opposition to the motion to stay shall be due on September 23, 2020, and defendants' reply shall be due on September 30, 2020, with a hearing to be held within three weeks of the reply brief being file.

2. The parties shall jointly work with the Ninth Circuit Mediation Program Mediator Stephen Liacouras to request that the Court of Appeal continue all briefing deadlines. The first brief on cross-appeal was filed March 27, 2020. The parties will request that the second brief on cross-appeal be due on September 14, 2020; the third brief on cross appeal be due October 13, 2020; and the optional cross-appeal reply be due on November 3, 2020.

3. The portion of the District Court's injunction requiring that the City provide inmates who have been housed continuously in the County Jail for more than four years with access to "direct sunlight" shall be stayed until the Court rules on defendants' motion for stay.

4. If either party determines that settlement discussions have irretrievably broken down, said party-shall so inform the Court.

5. If the Board of Supervisors rejects any proposed settlement, the City shall so inform the Court, and request a Case Management Conference as soon as possible.

SO STIPULATED.

Dated: July 10, 2020

        DENNIS J. HERRERA
        City Attorney
        MEREDITH B. OSBORN
        Chief Trial Deputy
        SABRINA M. BERDUX
        KAITLYN MURPHY
        Deputy City Attorneys

By: */s/ Kaitlyn Murphy*
    KAITLYN MURPHY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et al.

Dated: July 10, 2020

By: *\*\*/s/ Yolanda Huang*
    YOLANDA HUANG
    Attorneys for Plaintiffs

*\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory*

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The briefing and hearing schedule for the City's motion for stay shall be continued. Plaintiffs' opposition to the motion to stay shall be due on September 23, 2020, and defendants' reply shall be due on September 30, 2020, with a hearing to be held within three weeks of the reply brief being file.

2. The parties shall jointly work with the Ninth Circuit Mediation Program Mediator Stephen Liacouras to request that the Court of Appeal continue all briefing deadlines. The first brief on cross-appeal was filed March 27, 2020. The parties will request that the second brief on cross-appeal be due on September 14, 2020; the third brief on cross appeal be due October 13, 2020; and the optional cross-appeal reply be due on November 3, 2020.

3. The portion of the District Court's injunction requiring that the City provide inmates who have been housed continuously in the County Jail for more than four years with access to "direct sunlight" shall be stayed until the Court rules on defendants' motion for stay.

4. If either party determines that settlement discussions have irretrievably broken down, said party-shall so inform the Court.

5. If the Board of Supervisors rejects any proposed settlement, the City shall so inform the Court, and request a Case Management Conference as soon as possible.

**IT IS SO ORDERED**.

Dated: July 13, 2020



SALLIE KIM
United States Magistrate Judge