UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENYON NORBERT; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant - Appellant,<br><br> and<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT; et al.,<br><br>　　　　Defendants. | No. 20-15341<br><br>D.C. No. 3:19-cv-02724-SK<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| KENYON NORBERT; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant - Appellee,<br><br> and | No. 20-15449<br><br>D.C. No. 3:19-cv-02724-SK<br>U.S. District Court for Northern California, San Francisco |

SAN FRANCISCO SHERIFF'S
DEPARTMENT; et al.,

        Defendants.

The judgment of this Court, entered August 26, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Jessica Flores
        Deputy Clerk
        Ninth Circuit Rule 27-7