UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENYON NORBERT, et al.,

    Plaintiffs,

v.

SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No. 19-cv-02724-SK

**ORDER GRANTING STIPULATION TO MODIFY TRIAL SCHEDULE**

Regarding Docket No. 231

## STIPULATION

WHEREAS the covid-19 pandemic is ongoing and has impeded and prevented the ability of the parties to conduct depositions in the San Francisco County Jails;

WHEREAS, the Court issued a pretrial schedule and case manage and pretrial order (Dkt. 216) setting a schedule, which due to the difficulties with discovery scheduling, the parties will be unable to complete discovery within the Court's schedule;

The parties have met and conferred. Plaintiffs have agreed to waive their request that depositions of named plaintiffs who are incarcerated, be in person, with Plaintiffs' counsel personally participating. The parties have agreed to a discovery schedule, which so far goes through early March, and also agreed to stipulate that the trial date and the discovery cut-off dates, all be extended by six months as follows:

    A. Jury trial date, now scheduled to begin on September 6, 2022, shall be scheduled to begin on March 6, 2023;

    B. All non-expert discovery shall be completed no later than July 29, 2022;

    C. Initial expert disclosures shall be made no later than August 12, 2022;

    D. Rebuttal expert disclosures shall be made no later than September 16, 2022;

    E. All expert discovery shall be completed no later than October 7, 2022;

F. The last day for hearing dispositive motions shall be December 12, 2022;

G. Per the Court's guidance, the parties shall meet and confer and agree to a briefing schedule whereby:

1) one party files an opening summary judgment motion by October 24, 2022;
2) the other party shall file its opposition and cross-motion by November 7, 2022;
3) the reply and opposition to the cross-motion is due by November 21, 2022;
4) the reply in support of the cross-motion shall be is due by November 28, 2022.

The pretrial conference will be held on February 3, 2023.

All other terms and requirements of the Court's order (Dkt. 216) shall remain the same.

NOW THEREFORE, IT IS SO STIPULATED.

DATED: January 7, 2022　　　　　LAW OFFICE OF YOLANDA HUANG

By: __/s/ Yolanda Huang_____
　Yolanda Huang
　Counsel for Plaintiffs

DATED: January 7, 2022　　　　　DAVID CHIU
City Attorney
CHERYL ADAMS
Chief Trial Deputy
SABRINA M. BERDUX
MARGARET W. BAUMGARTNER
KAITLYN MURPHY
Deputy City Attorneys

By: /s/ Sabrina M. Berdux_____
　SABRINA M. BERDUX
Attorneys for Defendants
SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, VICKI HENNESSY, PAUL MIYAMOTO, JASON JACKSON, AND CAPTAIN MCCONNELL

2

**DECLARATION REGARDING AUTHORIZATION**

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained the concurrence from Sabrina Berdux on January 7, 2022, for the filing of this stipulation.

By: */s/ Yolanda Huang*
Yolanda Huang, Esq.

## ORDER

The Court HEREBY GRANTS the joint stipulation of the parties to modify the trial schedule and ORDERS as follows:

A. Jury trial date, now scheduled to begin on September 6, 2022, shall be scheduled to begin on February 6, 2023;

B. All non-expert discovery shall be completed no later than July 28, 2022;

C. Initial expert disclosures shall be made no later than August 11, 2022;

D. Rebuttal expert disclosures shall be made no later than September. 11, 2022;

E. All expert discovery shall be completed no later than October 1, 2022.

F. The last day for hearing dispositive motions shall be December 11, 2022.

G. Per the Court's guidance, the parties shall meet and confer and agree to a briefing schedule whereby:

   1) one party files an opening summary judgment motion by October 14, 2022;
   2) the other party shall file its opposition and cross-motion by November 4, 2022;
   3) the reply and opposition to the cross-motion is due by November 18, 2022;
   4) the reply in support of the cross-motion shall be is due by November 25, 2022.

The pretrial conference will be held on January 6, 2023.

All other terms and requirements of the Court's prior scheduling order (Dkt. 216) shall remain the same.

**IT IS SO ORDERED**.

Dated: January 20, 2022

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge