UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, et al., <br>         Plaintiffs, <br> v. <br> SAN FRANCISCO SHERIFF'S DEPARTMENT, et al., <br>         Defendants. | Case No. 19-cv-02724-SK <br><br> **ORDER GRANTING STIPULATION FOR CLASS CERTIFICATION** <br><br> Regarding Docket No. 237 |

## **STIPULATION**

WHEREAS, on December 4, 2020, Plaintiffs filed a motion for class certification (ECF No. 191);

WHEREAS, on August 30, 2021 the Court entered an order denying without prejudice Plaintiffs' Motion for Class Certification (ECF No. 229);

WHEREAS, in connection with its ruling on Plaintiffs' class certification motion, the Court ordered the parties to meet and confer and "either submit a stipulation regarding class certification or, if they do not agree to class certification, a stipulation for briefing and hearing on a renewed motion," (ECF No. 228);

WHEREAS, the parties have engaged and considerable meet and confer efforts in accordance with the Court's order;

NOW THEREFORE THE PARTIES STIPULATE as follows:

1. The parties stipulate to class certification under Rules 23(a) and Rules 23(b)(2) of the Federal Rules of Civil Procedure to an action including the following defined Classes and Subclasses:

1    (a) Class 1 ("Outdoor Class"): All inmates who are pretrial detainees and have been incarcerated in San Francisco County Jail 3 (formerly known as County Jail 5) located in San Bruno, California, at any point during the time period May 20, 2017 to the present, and who do not have outdoor access as part of their incarceration at San Francisco County Jail 3.

    (b) Class 2 ("Confinement Class"): All inmates who are pretrial detainees and have been incarcerated in County Jail 3 (formerly known as County Jail 5) located in San Bruno, California, at any point during the time period from May 20, 2017 to the present, and who have fewer than one (1) hour per 24 hour period of time out of their cells as part of their incarceration at San Francisco County Jail 3.

    (1) Subclass 1 ("Confinement Subclass 1"): All inmates in the Confinement Class who are classified by the San Francisco County Sheriff's Office in general population housing.

    (2) Subclass 2 ("Confinement Subclass 2"): All inmates in the Confinement Class who are classified by the San Francisco County Sheriff's Office in administrative segregation housing.

2. Plaintiffs MONTRAIL BRACKENS and TROY MCALLISTER and JOSE POOT will serve as representatives of the Outdoor Class and the Confinement Class

3. Plaintiff TROY MCALISTER will serve as a representative of the Confinement Subclass 1. Plaintiffs MONTRAIL BRACKENS will serve as a representative of the Confinement Subclass 2. Plaintiff JOSE POOT will serve as a representative of the Confinement Subclass 1 and 2.

4. The parties will separately enter a stipulation for named Plaintiffs KENYON NORBERT, MARSHALL HARRIS, ARMANDO CARLOS, and MICHAEL BROWN to dismiss their claims against Defendants without prejudice. The dismiss will change the status of named Plaintiffs KENYON NORBERT, MARSHALL HARRIS, ARMANDO CARLOS, and MICHAEL BROWN from being named plaintiffs but they will remain members of the class.

SO STIPULATED.

Dated: July 27, 2022

        DAVID CHIU
        City Attorney
        MEREDITH B. OSBORN
        Chief Trial Deputy
        SABRINA M. BERDUX
        KAITLYN MURPHY
        Deputy City Attorneys

By: */s/ Sabrina M. Berdux*
     SABRINA M. BERDUX

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and VICKI HENNESSY

Dated: July 27, 2022

By: */s/ Yolanda Huang*
     YOLANDA HUANG
     Attorneys for Plaintiffs
     *Pursuant to L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.*

## **ORDER**

Good cause appearing, the Court HEREBY GRANTS the stipulation of the parties and CERTIFIES, pursuant to Rules 23(a) and Rules 23(b)(2) of the Federal Rules of Civil Procedure, the following defined Classes and Subclasses:

    (a) Class 1 ("Outdoor Class"): All inmates who are pretrial detainees and have been incarcerated in San Francisco County Jail 3 (formerly known as County Jail 5) located in San Bruno, California, at any point during the time period May 20, 2017 to the present, and who do not have outdoor access as part of their incarceration at San Francisco County Jail 3.

    (b) Class 2 ("Confinement Class"): All inmates who are pretrial detainees and have been incarcerated in County Jail 3 (formerly known as County Jail 5) located in San Bruno, California, at any point during the time period from May 20, 2017 to the present, and who have

fewer than one (1) hour per 24 hour period of time out of their cells as part of their incarceration at San Francisco County Jail 3.

(1) Subclass 1 ("Confinement Subclass 1"): All inmates in the Confinement Class who are classified by the San Francisco County Sheriff's Office in general population housing.

(2) Subclass 2 ("Confinement Subclass 2"): All inmates in the Confinement Class who are classified by the San Francisco County Sheriff's Office in administrative segregation housing.

2. Plaintiffs MONTRAIL BRACKENS and TROY MCALLISTER and JOSE POOT will serve as representatives of the Outdoor Class and the Confinement Class

3. Plaintiff TROY MCALISTER will serve as a representative of the Confinement Subclass 1. Plaintiffs MONTRAIL BRACKENS will serve as a representative of the Confinement Subclass 2. Plaintiff JOSE POOT will serve as a representative of the Confinement Subclass 1 and 2.

4. The parties shall separately enter a stipulation for named Plaintiffs KENYON NORBERT, MARSHALL HARRIS, ARMANDO CARLOS, and MICHAEL BROWN to dismiss their claims against Defendants without prejudice. The dismissal will change the status of named Plaintiffs KENYON NORBERT, MARSHALL HARRIS, ARMANDO CARLOS, and MICHAEL BROWN from being named plaintiffs but they will remain members of the class.

**IT IS SO ORDERED**.

Dated: July 27, 2022

_____
SALLIE KIM
United States Magistrate Judge