UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN FRANCISCO SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 19-cv-02724-SK <br><br> **ORDER RESETTING DISCOVERY DEADLINES** <br><br> Regarding Docket No. 241 |

As discussed with the parties at the discovery hearing held on August 1, 2022 (Dkt. No. 241), the Court HEREBY MODIFIES the discovery deadlines in this case, as follows:

1. The fact discovery cut-off is extended to August 19, 2022, except as modified by the Court's ruling from the bench at the discovery hearing held on August 17, 2022;

2. The deadline for initial expert disclosures is extended to September 2, 2022;

3. The remaining expert discovery deadlines are adjusted accordingly.

**IT IS SO ORDERED**.

Dated: August 19, 2022

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge