LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**SAN FRANCISCO PRISONERS' RIGHT TO INDEPENDENT MEDICAL EXAMINATION** |

Plaintiffs have requested the ability to have independent medical examinations. This would include the three class representatives: Jose Poot, Montrail Bracken and Troy McAlister, as well as approximately 27 class members who have asked and agreed to participate.

1

The Court asked plaintiffs to brief the existing policy and procedure of the San Francisco Sheriff's Department, under which an inmate is provided the right to obtain medical care and examination if that inmate pays for those services.

The basis of independent medical examinations is included in the San Francisco Jail's policy: Custody Division Policy and Procedure (CODM) 7.08, which states:

> "To observe, enforce, and comply with all statutes and regulations that provide county jail prisoners with specific rights.  The Sheriff's Department recognizes that prisoners in the San Francisco County Jails retain all civil rights guaranteed by the United. States and California Constitutions except when necessary to restrict those rights for the reasonable safety and security of an institution or of the public….
>
> (P) Health Care – Prisoners have the right to receive medical, dental and mental health care….
>
> (3) A prisoner may decline care or treatments provided by the jail and provide it by his/her own physician at his/her own expense."

CODM 7.08 was established by the jail on September 17, 1997, and revised on March 10, 2017.

CODM 7.08 has been in force for almost twenty-five years, acknowledging the seminal holding of the Supreme Court in *Estelle v. Gamble* (1976) 429 U.S. 97, 103-104, that under the Eighth Amendment, denial or poor health care is cruel and unusual punishment.  See also *Farmer v. Brennan* (1994) 511 U.S. 825, 837 holding that failure to treat which results in "significant injury or the unnecessary and wanton infliction of pain" is deliberate indifference.

Plaintiffs in the present case have alleged that the conditions in San Francisco County jail cause long term, irreversible chronic conditions including pre-diabetes, diabetes, or worsening of existing diabetes; mental confusion, with the potential of memory loss and ultimately dementia. These are significant injuries.  Neither diabetes nor dementia currently have cures nor can they be reversed, although these conditions can be managed.  Diabetes is the 8th leading cause of death in San Francisco.  http://www.sfhip.org/chna/community-health-data/diabetes/  Dr. Lisa Pratt testified in deposition that the Jail Medical does track diabetes among the jail population, and that currently 7% of the inmates are treated for active diabetes.  The Jail does not track for pre-diabetes. (See Ex. A,

attached to the Dec of Yolanda Huang.). The percentages for diabetes in the overall population in San Francisco is 5.9%.  http://www.sfhip.org/chna/community-health-data/diabetes/    The incidents of diabetes among the jail population is already higher than the overall population and the jail does not track pre-diabetes.  Therefore, plaintiffs and class members, who are all pre-trial and protected under the higher standard of the 14[th.] Amendment, should be permitted to have independent medical examinations and evaluations on these very concerning health issues.

    Plaintiffs also acknowledge the concern of defendants with regard to the logistical demands of this request.  However, while the logistics will require the parties to cooperate and accommodate, the request, does not, in and of itself, pose a security or safety risk.  In the present situation, the defendant does not track pre-diabetes.  Based upon the policy of defendant San Francisco Sheriff's Department that where an inmate is able to decline the jail's medical care, namely, its lack of provision of medical care and tracking for pre-diabetes and independently pay for the medical testing required, Plaintiffs request that their request be granted, and that they be permitted to have the following independent examinations:

    i. Height,

    ii. Weight

    iii. Comprehensive metabolic panel (glucose, calcium, sodium, potassium, carbon dioxide, chloride, albumin, total protein, alkaline phosphate (ALP), alanine transaminase (ALT), aspartate aminotransferase (AST), bilirubin, blood urea nitrogen (BUN), creatinine, hemoglobin A1C (HgA1C)

    iv. Lipid panel (Total cholesterol, LDL, HDL, triglycerides, cardiac risk ratio)

    v. ASCVD (atherosclerotic cardiovascular disease) risk score

    vi. Complete blood count (CBC)

    vii. Blood pressure

    viii. Vitamin D

    ix.  Salivary sample – upon awakening (4 am)

    x.  Continuous Glucose Monitor, preferably for 72 hours.

3

**San Francisco Prisoners' Rights to Independent Medical Testing**
*Norbert, et al. v. San Francisco County Sheriff's Dept. et al.,*  United States District Court, Northern District of California, Case No. 3:19-cv-02724 SK

1 | Respectfully submitted,

3 | DATED: August 22, 2022            LAW OFFICE OF YOLANDA HUANG

                                        __/s/ Yolanda Huang_____
                                        Yolanda Huang
                                        Counsel for Named Plaintiffs and Class Counsel

4

**San Francisco Prisoners' Rights to Independent Medical Testing**
*Norbert, et al. v. San Francisco County Sheriff's Dept. et al.,* United States District Court, Northern District of California, Case No. 3:19-cv-02724 SK