UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 19-cv-02724-SK<br><br>**ORDER REGARDING UNILATERAL DISCOVERY LETTER BRIEF**<br><br>Regarding Docket No. 252 |

On August 26, 2022, Plaintiffs filed a unilateral discovery letter brief detailing their position regarding the deposition of Defendants pursuant to Federal Rule of Civil Procedure 30(b)(6). (Dkt. No. 252.) The letter indicates that Plaintiffs' counsel conferred with Defendants' counsel but did not leave adequate time for Defendants' counsel to prepare their portion of the discovery letter brief prior to filing. (*Id.*) Accordingly, the Court DENIES Plaintiffs' request for a teleconference on this issue. The Court ORDERS that Defendants may file a response of no more than four pages to Plaintiffs' unilateral discovery letter brief no later than August 31, 2022, at noon. The Court reminds Plaintiffs that the Court has not excused them from complying with the normal discovery procedures outlined in the Court's Standing Order.

**IT IS SO ORDERED**.

Dated: August 29, 2022

_____
SALLIE KIM
United States Magistrate Judge