UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>          Defendants. | Case No. 19-cv-02724-SK<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Regarding Docket Nos. 252, 255 |

On August 26, 2022, Plaintiffs filed a unilateral discovery letter brief detailing a dispute regarding the deposition taken pursuant to Federal Rule of Civil Procedure 30(b)(6) in this matter. (Dkt. No. 252.) The Court permitted Defendants to file a response (Dkt. No. 253), and Defendants filed their own letter brief on August 31, 2022 (Dkt. No. 255).

Having reviewed the submissions of the parties, the Court HEREBY ORDERS that:

1. Plaintiffs must provide a copy of the deposition transcript for the deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) and the original notice of deposition to the Court via the Court's email inbox (skpo@cand.uscourts.gov) no later than Tuesday, September 6, 2022. Once the Court reviews the transcript, the Court will issue a separate Order regarding Plaintiffs' complaint that Defendants violated Rule 30(b)(6).

2. Plaintiffs objection to Defendants' failure to disclose Dan Santizo in their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i) is OVERRULED. The Rule provides that a party must disclose the name and contact information of witnesses they plan to "use to support […] claims or defenses."

Here, Defendants have indicated that they do not intend to use Santizo as a supporting witness, so their failure to disclose him is not improper.  Further, the Court cannot force Defendants to produce a witness for deposition who is a former, rather than a current, employee of Defendants.

**IT IS SO ORDERED**.

Dated: September 2, 2022



SALLIE KIM
United States Magistrate Judge