UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 19-cv-02724-SK<br><br>**ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Regarding Docket No. 261 |

Having considered all of the papers and argument in this matter, the Court GRANTS IN PART and DENIES IN PART Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The following items are ordered to be sealed:

1. Berdux Declaration Exhibit Q in its entirety, which contains documents bates stamped as CCSF-Norbert_025247, -255, -255, -256, -257, 258, 264; and

2. Berdux Declaration Exhibit V, in part.

The following items shall not be sealed:

1. The Berdux Declaration Exhibit V sections regarding List of Materials Reviewed, Qualifications and Background, and Parties.

**IT IS SO ORDERED**.

Dated: November 1, 2022



SALLIE KIM
United States Magistrate Judge