1  DAVID CHIU, State Bar #189542
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Attorney
3  SABRINA M. BERDUX, State Bar #248927
   KAITLYN MURPHY, State Bar #293309
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3929 [Berdux]
   Telephone:     (415) 554-3867 [Murphy]
7  Facsimile:     (415) 554-3837
   E-Mail:        sabrina.m.berdux@sfcityatty.org
8  E-Mail:        kaitlyn.murphy@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO and
10 VICKI HENNESSY

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13 KENYON NORBERT, TROY                     Case No. 19-cv-02724-SK (LB)
   MCALLISTER, MARSHALL HARRIS,
14 ARMANDO CARLOS, MONTRAIL               **ORDER GRANTING DEFENDANTS'**
   BRACKEN, MICHAEL BROWN AND JOSE        **ADMINISTRATIVE REQUEST TO REMOVE**
15 POOT, ON BEHALF OF THEMSELVES          **DOCUMENT NUMBER 259-23 FROM**
   INDIVIDUALLY AND OTHERS                **DOCKET**
16 SIMILARLY SITUATED, AS A CLASS         **[CIVIL L.R. 7-11; 79-5]**
   AND SUBCLASS,
17
          Plaintiffs,
18
          vs.                             Trial Date:        March 7, 2023
19
20 SAN FRANCISCO COUNTY SHERIFF'S
   DEPARTMENT, CITY AND COUNTY OF
21 SAN FRANCISCO, SAN FRANCISCO
   SHERIFF VICKI HENNESSY; CHIEF
22 DEPUTY SHERIFF PAUL MIYAMOTO;
   CAPTAIN JASON JACKSON, CAPTAIN
23 MCCONNELL AND JOHN AND JANE
   DOES, NOS. 1 -50,
24
          Defendants.
25
26
27
28

1

**ORDER**

2          FOR GOOD CAUSE SHOWN, the Court grants Defendants' Motion to Remove Incorrectly

3     Filed Docket No. 259-23 from the docket.

4          **IT IS SO ORDERED**.

5

6     Dated:  November 3, 2022                By: _____

7                                                HON. SALLIE KIM
                                                 United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28