# EXPERT REPORT

**prepared by:**

**Charles A. Czeisler, PhD, MD, DABSM, FAASM**

**for**

**Attorney Yolanda Huang, Esq.**

**528 Grand Avenue**

**Oakland, CA 94610**

**yhuang.law@gmail.com**

**and**

**Rachel Doughty, Esq.**

**Greenfire Law, P.C.**

**P.O. Box 8055**

**Berkeley, CA 94707**

**rdoughty@greenfirelaw.com**

**©2022 Charles A. Czeisler**

**Background and Credentials**

My name is Dr. Charles A. Czeisler. I am currently the Frank Baldino, Jr., Ph.D. Professor of Sleep Medicine, Professor of Medicine and Director of the Division of Sleep Medicine at the Harvard Medical School; Chief of the Division of Sleep and Circadian Disorders in the Departments of Medicine and Neurology, and Director of the Sleep Matters Initiative, both at Brigham Health in Boston, Massachusetts, where my office address is 221 Longwood Avenue, Room 438A, Boston, Massachusetts 02115; Director of the Harvard Work Hours, Health and Safety Group, which performs research on the impact of work schedule design on the health and safety of workers, including research for NASA on the work-rest schedules and sleep-wake patterns of astronauts on the Space Shuttle and the International Space Station, and provides education to organizations engaged in round-the-clock operations; an Affiliate Faculty Member in the Program in Neuroscience at Harvard Medical School and Associate Faculty, Molecular and Cellular Biology Department, Faculty of Arts and Sciences, Harvard College.

I have extensive experience in the field of basic and applied research on the physiology of the human circadian timing system and its relationship to the sleep-wake cycle. I am a Diplomate of the American Board of Sleep Medicine (DABSM), a Fellow of the American Academy of Sleep Medicine (FAASM), and a Fellow of the American Physiological Society (FAPS), an elected Fellow of the American Society for Clinical Investigation (FASCI), an elected Fellow of the Royal College of Physicians (London) (FRCP). I have also served as President of the Sleep Research Society; Chairman of the Board of Trustees of the National Sleep Foundation; Chairman, NIH Sleep Disorders Research Advisory Board, National Center on Sleep Disorders Research of the National Heart, Lung and Blood Institute; Team Leader, Human Performance Factors, Sleep and Chronobiology Team of NASA's National Space Biomedical Research Institute in Houston, Texas; Chair, Steering Committee, Academic Alliance for Sleep Research; and Chair, Steering Committee, Sleep Research Network. I received my bachelor's degree from Harvard College in biochemistry and molecular biology magna cum laude in 1974 and was inducted into Phi Beta Kappa at Harvard College in 1999. I received the degree of Doctor in Philosophy (PhD) in Neuro- and Biobehavioral Sciences in 1978 from Stanford University, and the degree of Medical Doctor (MD) from the Stanford University School of Medicine in 1981.

Together with my collaborators, I have done significant study and research into the areas of sleep and fatigue. This research has resulted in 296 original reports in peer-reviewed journals and 118 review articles/proceedings of meetings, as well as five books/monographs/theses and numerous abstracts of research. I have also been elected as a Member of the Association of American Physicians, a Member of the International Academy of Astronautics and a Member of the National Academy of Medicine (formerly called the Institute of Medicine of the National Academies). I served on the faculty of the World Economic Forum in Davos, Switzerland in 2014, the Aspen Ideas Festival Spotlight Health in Aspen, Colorado in 2016 and 2017, and Aspen Brain Health in 2018, and received the William C. Dement Academic Achievement Award from the American Academy of Sleep Medicine; the Lifetime Achievement Award from the National Sleep Foundation; the Lord Adrian Gold Medal from the Royal Society of Medicine (London); the Distinguished Scientist Award from the Sleep Research Society; the Senator Mark O. Hatfield Public Policy Award from the American Academy of Sleep Medicine; the Mary A. Carskadon Outstanding Educator Award from the American Academy of Sleep Medicine; the National Institute for Occupational Safety and Health (NIOSH) Director's Award for Scientific Leadership in Occupational Safety and Health; "Aschoff's Rule" International Award in Circadian Biology; the NASA Johnson Space Center Director's Innovation Award from National Aeronautics and Space Administration; a 2013 Major League Baseball World Championship Ring from the Boston Red Sox; the

2018 Green Cross for Safety Innovation Award from the National Safety Council; the Harriet Hardy Award from the New England College of Occupational and Environmental Medicine; the Healthy Sleep Community Award (for research done by the Harvard Work Hours, Health and Safety Group on the occupational safety impact of the work hours of resident physicians) from the National Sleep Foundation; the E.H. Ahrens, Jr. Award from the Association for Patient Oriented Research; the Gordon Wilson Lectureship Award from the American Clinical and Climatological Association; the Robert R. J. Hilker Award by the Central States Occupational Medical Association; the Honorary Membership and Keynote Lectureship Award from the American Academy of Dental Sleep Medicine; the Golden Mind-Body Medicine Lectureship from the University of Buffalo; the Distinguished Speakership from the Walter Reed Army Institute for Research; the Michael S. Aldrich Commemorative Lectureship from the University of Michigan; the 2018 Jürgen Walther Ludwig Aschoff, Ph.D.—Colin Stephenson Pittendrigh, Ph.D. Keynote Lectureship at the bi-annual meeting of the Society for Research on Biological Rhythms; the 2018 Distinguished Lectureship from the Office of Naval Research; the 2019 Bernese Sleep Award from the University of Bern in Bern, Switzerland; the 2019 Peter C. Farrell Prize in Sleep Medicine from the Division of Sleep Medicine at the Harvard Medical School; the 2019 J.E. Wallace Sterling Lifetime Achievement Award in Medicine from the Stanford Medical Alumni Association; and was selected to deliver the 2022 Thomas Roth, Ph.D. Keynote Lectureship of Excellence on Sleep Education for the Associated Professional Sleep Societies Annual Meeting.

In addition, I serve or have served as a committee member on a number of national and international advisory panels in the public and private sectors related to sleep and circadian rhythmicity, including: the New Developments in Neuroscience Advisory Panel responsible for the report on "Biological Rhythms: Implications for the Worker" by the Office of Technology Assessment, U.S. Congress; the Work Hours, Sleepiness and Accidents Consensus Conference, National Institute for Psychosocial Factors and Health, Department of Clinical Neuroscience, Karolinska Institute, Stockholm, Sweden; the Advisory Committee on Night Operations and Human Chronobiology, Life and Environmental Sciences Division, Air Force Office of Scientific Research; the Panel on Workload Transition, Committee on Behavioral and Social Sciences and Education, National Research Council; the Research Briefing Panel on Basic Sleep Research, Division of Health Science Policy, Institute of Medicine, National Academy of Sciences; Plenary Address, American Trucking Association Foundation Conference on Managing Fatigue in Transportation; the NASA Advisory Panel on the Pre-flight Circadian Shifting of Shuttle Flight Crews, Space and Life Sciences Directorate, National Aeronautics and Space Administration; the Biological Rhythms Task Force, Mental Health Research Network I, John D. and Catherine T. MacArthur Foundation; the External Advisory Committee, National Science Foundation Center for Biological Timing at the University of Virginia; External Advisory Committee, University of Wisconsin Sleep Center; External Advisory Committee, Neuroscience Institute, Morehouse School of Medicine; the Boards of Trustees/Directors of the National Sleep Foundation, the Association for Patient-Oriented Research, the Institute for Experimental Psychiatry Research Foundation, the Sleep Research Society and the Sleep Research Society Foundation; Circadian Rhythm Sleep Disorders Advisory Board, Takeda Pharmaceutical Company, Inc.; Sleep-Wake Scientific Advisory Board, Cephalon, Inc.; Scientific Advisory Board, Hypnion, Inc.; Executive Committee, Chair, Research Committee, Chair, Presidential Task Force on Sleep and Public Policy, and President, Sleep Research Society; President, Sleep Research Society Foundation; Chair, Scientific Advisory Panel, Mars Exploration Rover Surface Operations Program, NASA Jet Propulsion Laboratory, California Institute of Technology; Scientific Advisory Board, Air Transport Association of America; the Neuroscience Psychiatry Advisory Board, Pfizer, Inc; Chair, Scientific Advisory Board, Vanda Pharmaceuticals, Inc.; Scientific Advisory Board, Zeo, Inc.

(formerly Axon Labs, Inc.); Expert Consultant, Committee on Sleep Medicine and Research, Institute of Medicine, National Academy of Sciences; Member, External Advisory Panel, International Space Station and Shuttle Utilization Reinvention Team, NASA; Member, Medical Expert Panel on Sleep Apnea and Commercial Truck Driving, Federal Motor Carrier Safety Administration (FMCSA), US Department of Transportation (DOT); Expert Consultant, Committee on Optimizing Graduate Medical Trainee (Resident) Hours and Work Schedules to Improve Patient Safety, Institute of Medicine, National Academy of Sciences; External Advisory Committee, Wisconsin Sleep Center, University of Wisconsin; Panelist, Fatigued Driving Committee, National Highway Traffic Safety Administration's (NHTSA) Office of Behavioral Safety Research; Member, Expert Panel on Obstetrics, Staffing and Communication Task Group, Betsy Lehman Center for Patient Safety, Boston, MA; Member, Steering Committees, Academic Alliance for Sleep Research; Member and Chair, Sleep Disorders Research Advisory Board, National Heart, Lung, and Blood Institute; Member, Advisory Board on Insomnia, Novartis Consumer Health; Member and Chair, Steering Committee, Sleep Research Network, Clinical and Translational Science Award (CTSA) institutions; and Member, Drowsy Driving Commission for the Commonwealth of Massachusetts. In December, 2011, I provided a briefing to the FMCSA's Motor Carrier Safety Advisory Committee (MCSAC) and the FMCSA's Medical Review Board on "Addressing Obstructive Sleep Apnea in Commercial Motor Vehicle Drivers." In 2014-2015, I served as a Task Force Member of a Panel on Truck Safety, Hours of Service, and Fatigue for the National Research Council of the National Academy of Sciences (NAS) [3]; in 2018-2019, I have been serving as a member of an Expert Panel for the National Highway Transportation Safety Administration and currently chair the National Sleep Foundation Sleep Timing and Variability Consensus Panel.

At the Brigham and Women's Hospital, Partners HealthCare and the Harvard Medical School, my research and educational programs, and those of the Divisions that I direct, have been supported by a number of federal agencies, public charities and foundations, and industry.  These include: Agency for Healthcare Research and Quality (AHRQ); Air Force Office of Scientific Research  (AFOSR); Alza Corporation; Apria Healthcare; Brigham and Women's Hospital; Brigham Health; Bristol Myers-Squibb Company; Beth Israel Deaconess Medical Center, Boston; Centers for Disease Control (CDC); Cephalon, Inc.; City of Philadelphia/Fraternal Order of Police (Lodge 5); Dayzz Live Well Ltd.; Defense Advanced Research Projects Agency (DARPA); Department of Defense (DoD); Falck Foundation; Federal Air Marshal Service (FAMS), Transportation Security Administration (TSA), Department of Homeland Security (DHS); Federal Aviation Administration (FAA); Federal Emergency Management Agency (FEMA), Department of Homeland Security (DHS); Harvard Medical School; Harvard University; Helena Rubinstein Foundation; Jazz Pharmaceuticals, Inc.; Josiah Macy Foundation; Koninklijke Philips Electronics, N.V.; March of Dimes Birth Defect Foundation; Mary Ann & Stanley Snider via Combined Jewish Philanthropies; Merck Research Laboratories; National Aeronautics and Space Administration (NASA); Harvard Catalyst; Lighting Science Group; National Center for Advancing Translational Sciences (NCATS); National Center for Research Resources (NCRR); National Center for Complementary and Alternative Medicine (NCCAM); National Football League (NFL) Charities; National Geographic Society; National Heart, Lung and Blood Institute (NHLBI); National Institute of Child Health and Human Development (NICHD); National Institute of Environmental Health Sciences (NIEHS); National Institute of General Medical Sciences (NIGMS); National Institute of Justice (NIJ), Department of Justice (DOJ); National Institute of Mental Health (NIMH); National Institute of Neurological and Communicative Disorders and Stroke (NINCDS); National Institute on Aging (NIA); National Institute of Occupational Health and Safety (NIOSH); National Space Biomedical Research Institute  (NSBRI); Office of Naval Research (ONR); Optum; Partners HealthCare; Peter Bent Brigham

Hospital Biomedical Research Support Grant (BRSG); Peter Brown and Margaret Hamburg; Pfizer, Inc.; Regeneron Pharmaceuticals, Inc.; ResMed Foundation; Respironics, Inc.; Rx Foundation; Sanofi Aventis, Inc.; Sanofi S.A.; San Francisco Bar Pilots; Schering Plough Pharmaceutical Corporation; Schneider National, Inc.; Sepracor, Inc.; Simmons Bedding Company; Sleep HealthCenters, Inc.; Sysco; Takeda Pharmaceuticals North America, Inc.; Tempur-Pedic, Inc.; Teva Pharmaceutical Industries, Ltd.; United States Olympic Committee; Vanda Pharmaceuticals, Inc.; W.K. Kellogg Foundation; Wake Up Narcolepsy; and Whoop, Inc..

In addition to my employment by the Brigham and Women's Hospital, which is a Founding Member of Partners HealthCare, Inc./Mass General Brigham, I founded the Center for Design of Industrial Schedules, which I directed for over a decade, and which consulted with businesses on the application of sleep and circadian principles in the design of work schedules, pioneering the field of fatigue risk management consulting. I serve or have served as a consultant for: A2Z Development Center, Accelerator Corp.; Actelion, Ltd.; Accreditation Council of Graduate Medical Education; Air Transport Association of America; Alfresa Pharmaceutical Company; Amazon.com, Inc., American Academy of Allergy and Infectious Disease; American Academy of Sleep Medicine; Association of University Anesthesiologists; Aventis, Inc.; Avera Pharmaceuticals, Inc.; Axis Healthcare, Inc.; Bose Corporation; Boston Bruins; Boston Celtics; Boston Edison, Inc.; Boston Red Sox; Bristol-Myers Squibb; Center for Design of Industrial Schedules; Cephalon, Inc.; Chevron Chemicals, Inc.; Citgo, Inc.; Cleveland Browns; Columbia River Bar Pilots; CME Outfitters; Cornell Medical College; M. Davis and Company; Department of Homeland Security, U.S. Fire Administration; Eli Lilly and Co.; Exxon Chemical Co.; FedEx Kinko's; Federal Motor Carriers Safety Administration, U.S. Department of Transportation; Fraternal Order of Police, Lodge 5; Fusion Medical Education, LLC; Garda Inspectorate, Republic of Ireland; General Electric; Gerson Lehman Group, Great Salt Lake Minerals and Chemical Co.; Harvard College; Harvard Medical International; Health Science Communications, Inc.; Hypnion, Inc. (acquired by Eli Lilly and Co. in April 2007); Innovative Medical Technologies, Inc.; Institute of Digital Media and Child Development; Institute of Medicine; Institute of Sleep Health Promotion; Jack Mattson Group; Japan National Railroad; Jet Propulsion Laboratory, California Institute of Technology; Jazz Pharmaceuticals, Inc.; Koninklijke Philips Electronics, N.V.; Light Sciences, Inc.; Lifetrac Systems, Inc.; Massachusetts Institute of Technology; Medical Consulting; Medical Science Partners; Merck and Co.; Merck Sharpe and Dohme, Inc.; Michelin Tire Co.; Minnesota Timberwolves; 3M; Montefiore Hospital and Medical Center; Morgan Stanley; MPM Asset Management; the National Academies; National Broadcasting Company (NBC); National Research Council, the National Academies; National Space Biomedical Research Institute; New South Wales Clinical Excellence Commission; Neurocrine, Inc.; North Pacific Paper Co.; Northeast Utilities, Inc.; Novartis Consumer Health, S.A.; Novartis, Inc.; Office of Technology Assessment, U.S. Congress; Oxford Biosignals; Pfizer, Inc.; Philips Respironics, Inc.; the Portland Trailblazers; Primary Research, LLC; Purdue Pharma; Quest Diagnostics, Inc.; Rohm and Haas; Respironics, Inc.; Rockpointe, Inc.; Saatchi and Saatchi, Inc.; Samsung Electronics Co., Ltd.; San Francisco Bar Pilots; Sanofi Aventis, Inc.; Sanofi Synthelabo, Inc.; Sepracor, Inc.; ShiftWork Systems, Inc.; Sleep Multimedia, Inc.; Society for Neurological Surgeons; Somnus Therapeutics, Inc.; Swiss Air; Tanabe Seiyaku Co., Ltd.; Takeda North America Pharmaceuticals, Inc.; Teva, Inc.; Tokyo Electric Power Co., Inc.; Unilever, Inc.; United Airlines, Inc.; U.S. Air Force; U.S. Central Intelligence Agency; U.S. National Aeronautics and Space Administration (NASA); U.S. National Institutes of Health; U.S. Navy; U.S. Nuclear Regulatory Commission; U.S. Olympic Committee; U.S. Secret Service; University of Virginia National Science and Technology Center, National Science Foundation; Wisconsin Sleep Center, University of Wisconsin; Valero, Inc.; Vanda Pharmaceuticals, Inc.; Vital Issues in Medicine;

Warburg-Pincus and Zeo, Inc. (formerly Axon Labs, Inc.). Since 1985, I have also served as an expert witness on a number of civil matters, criminal matters, and arbitration cases, including those involving the following commercial and government entities: Advanced Power Technologies; Alvarado Hospital, LLC; Amtrak, Bombardier, Inc.; Burlington Northern Railroad; Casper Sleep, Inc.; Catapult Energy Services Group, LLC; Celadon Group Inc.; Charlotte, North Carolina Police Department; City of Albany, New York; C&J Energy Services; Clyde Machines, Inc.; Columbia River Bar Pilots; Complete General Construction Company; Covenant Testing Technologies, LLC; Dallas Police Association; Dallas Police Department; Delta Airlines/Comair; EAN Holdings LLC, d/b/a Enterprise Rent-A-Car; Fédération des Médecins Résidents du Québec (FMRQ); FedEx; Greyhound Lines, Inc./Motor Coach Industries/Firstgroup America; Fraternal Order of Police, Lodge 5; H.G. Energy LLC; Maricopa County, Arizona, Sheriff's Office; Miami Truck Leasing, Inc.; Municipal Light and Power, City of Anchorage, Alaska; Murrieta Valley Unified School District; Pomerado Hospital, Palomar Health District; Philadelphia Electric; Philadelphia Police Department; Puckett EMS; Purdue Pharma; South Carolina Central Railroad Company, LLC.; State of New Hampshire; Steel Warehouse, Inc.; St. Louis University; Town of Natick, Massachusetts; Union Pacific Railroad; United Parcel Service; and the United States of America.

On July 28, 2022, I spoke with Attorney Rachel Doughty, from the law offices of Greenfire Law, P.C., P.O. Box 8055, Berkeley, CA 94707; and then on August 7, 2022, I spoke with Attorney Yolanda Huang, an attorney with an office located at 528 Grand Avenue in Oakland, CA 94610 to discuss the potential of my serving as a consultant and potential expert witness in the matter of: Kenyon Norbert, Troy Mcallister, Marshall Harris, Armando Carlos, Montrail Brackens, Michael Brown, and Jose Poot, on behalf of themselves individually and others similarly situated, as a class and Subclass, Plaintiffs, v. San Francisco County Sheriff's Department, City and County of San Francisco, San Francisco Sheriff Vicki Hennessy; Chief Deputy Sheriff Paul Miyamoto; Captain Jason Jackson, Captain McConnell and John & Jane DOEs, Nos. 1 - 50. Defendants, Case No. 19-cv-02724-SK, United States District Court, Northern District of California, San Francisco Division, San Francisco, California.

In order to do so, I was provided with the following items:

**Docket Items**
1.      COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES CLASS ACTION (ECF 1)
2.      DECLARATION OF TERRY KUPERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (ECF 8-2)
3.      DECLARATION OF JAMIE M. ZEITZER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (ECF 8-3)
4.      SEALED PROCEEDINGS: TRANSCRIPT OF EVIDENTIARY HEARING (SEALED) BEFORE THE HONORABLE SALLIE KIM UNITED STATES MAGISTRATE JUDGE (OCT. 23, 2019) (ECF 10-2)
5.      EXPERT WITNESS QUESTIONS (ECF 10-2)

**Gathered Data**
6.      Norbert: Research log for October 2021 (spreadsheet)
7.      Coded Psychological data collected from inmates (spreadsheet)
8.      Coded data on SFCJ inmates (8-31-2022) (spreadsheet)
9.      Coded data on SFCJ inmates (Revised 9-2-2022) (spreadsheet)
10.     Description of Research Methods and Conditions of Confinement

11.     Statement of Research Methodology
12.     Qualitative Data By Measure: Data collected for each metric (folder)
13.     Data Collection Tools: Interview Questions & Surveys (folder)
14.     Coded psychological data file on inmates (spreadsheet)

**Health Records**
15.     ANNOTATED VERSION of CCSF Medical Records of Jose Poot (337 pages) (Bates numbered)
16.     ANNOTATED VERSION of CCSF Medical Records of Troy McAllister (2372 pages) (Bates numbered)
17.     ANNOTATED VERSION of CCSF Medical Records of Montrail Brackens (1111 Pgs) (Bates numbered)
18.     CCSF Medical Records of Troy McAllister (2372 pages) (original, Bates Numbered received from CCSF)
19.     CCSF Medical Records of Montrail Brackens (1111 pages) (original, Bates Numbered received from CCSF)
20.     CCSF Medical Records of Jose Poot (337 pages) (original, Bates Numbered received from CCSF)
21.     CCSF Medical Records of Troy McAllister (2372 pages) (Bates Numbered and indexed to chronology)
22.     Medical Chronology/Summary of Troy McAllister (2015-2017) (index) (125 pages)
23.     Combined & Hyperlinked Chronology and Medical Records of Troy McAllister (2495 pages)
24.     CCSF Medical Records of Montrail Brackens (1111 pages) (Bates Numbered and indexed to chronology)
25.     Medical Chronology/Summary of Montrail Brackens (2014-2019) (index) (75 pages)
26.     Combined & Hyperlinked Chronology and Medical Records of Montrail Brackens (1185 pgs)
27.     CCSF Medical Records of Jose Poot (337 pages) (Bates Numbered and indexed to chronology)
28.     Medical Chronology/Summary of Jose Poot (2015-2019) (index) (46 pgs)
29.     Combined & Hyperlinked Chronology and Medical Records of Jose Poot (383 pages)
30.     Medical Chronology/Summary of Jose Poot (2015-2019) (index) (46 pgs)
31.     Combined & Hyperlinked Chronology and Medical Records of Jose Poot (383 pages)
32.     Medical Chronology/ Summary (2015-2017) (index) (125 pgs)
33.     Combined & Hyperlinked Chronology and Medical Records of Troy McAllister (2495 pgs)
34.     Medical Chronology/Summary of Montrail Brackens (2014-2019) (index) (75 pages)
35.     Combined & Hyperlinked Chronology and Medical Records of Montrail Brackens (1185 pgs)
36.     Medical Records Delivery Note - Troy McAllister
37.     Medical Records Delivery Note - Montrail Brackens
38.     Medical Records Delivery Note - Jose Poot
39.     Medical Records Delivery Note - Jose Poot (highlighted)
40.     Medical Records Delivery Note - Troy McAllister (highlighted)
41.     Medical Records Delivery Note - Montrail Brackens (highlighted)

**Trial Exhibits/Demonstratives/Visuals**
42.     Photos documenting data collection at County Jail 3 (Aug. 2019) (folder)
43.     Photos documenting data collection at HU8 Cell 17 (July 17, 2022) (folder)
44.     Graph of quiet periods on 10-15-2021
45.     Photo of jail entrance
46.     Overhead photo of jail
47.     Photo showing inside view of jail pod
48.     Floor plan of jail pod section (Bates number: CCSF-NORBERT_097824)

49.     Email message regarding jail cell windows (Sept. 1, 2022)
50.     Norbert Data: Cell activity on 10-15-2021 (spreadsheet)
51.     Norbert Data: Cell activity October 2021 (Revised 8-31-2022) (spreadsheet)
52.     October 15, 2021 Wakefulness + Quiet Instances per Half Hour (Graph)
53.     October 15, 2021 Wakefulness Instances per Half Hour (Graph)
54.     October 15, 2021 Quiet Instances per Half Hour (Graph)
55.     October 2021 Average Wakefulness Instances per Half Hour, 21:30 to 6:30 (Graph)
56.     October 15, 2021 Wakefulness + Quiet Instances per Half Hour (Graph) (revised)
57.     October 15, 2021 Wakefulness Instances per Half Hour (Graph) (revised)
58.     October 15, 2021 Quiet Instances per Half Hour (Graph) (revised)
59.     October 2021 Average Wakefulness Instances per Half Hour, 21:30 to 6:30 (Graph) (revised)
60.     Norbert Data: Cell activity on 10-15-2021 (spreadsheet)
61.     Norbert Data: Cell activity October 2021 (Revised 8-31-2022) (spreadsheet)
62.     CHART: Fluorescent and LED Illuminance in Cell by Time of Day

**Correspondence**
63.     Correspondence with Dr. J. Zeitzer re light logger findings
64.     Various correspondence and communication with attorneys and Julianna Di Miceli


My fields of expertise include sleep science and sleep disorders medicine, physiology, neurobiology, circadian biology and other such areas of expertise as set forth in my attached curriculum vitae (Appendix A). In order to provide a background for my opinions, I have reviewed below the biological effects of sleep and circadian phase on alertness, cognitive performance, and safety, including relevant studies performed by myself and others, extensive portions of which have been excerpted from my own publications [4-6]. My qualifications are listed on the curriculum vitae attached hereto as Appendix A and made a part hereof. I reserve the right to add to, change or modify my opinions should additional information become available.

**Scientific Background**:

**A. Review of Biological Factors Influencing Health, Safety and Neurocognitive Performance**

Chronic sleep deficiency and recurrent circadian disruption have adverse health effects [Sletten TL, Cappuccio FP, Davidson AJ, Van Cauter E, Rajaratnam SMW, Scheer FAJL. Health consequences of circadian disruption. Sleep. 2020 Jan 13;43(1):zsz194. doi: 10.1093/sleep/zsz194. PMID: 31930347; PMCID: PMC7368337]. In 2006, the National Academy of Medicine (then called the Institute of Medicine) concluded that "50 to 70 million Americans chronically suffer from disorders of sleep and wakefulness, hindering daily functioning and adversely affecting health and longevity" [1]. The prevalence of sleep disorders, which are a major cause of sleep deficiency, has increased substantially in recent years. The National Academy of Medicine further concluded that "the cumulative long-term effects of sleep loss and sleep disorders have been associated with a wide range of deleterious health consequences, including an increased risk of *hypertension, diabetes, obesity, depression, heart attack and stroke*" [1, 7] [emphasis added], while the World Health Organization International Agency for Research on Cancer has classified night shift work as being "probably carcinogenic to humans" [8] [International Agency for Research on Cancer. Vol. 124: Night shift work. IARC Working Group. Lyon, France; June 4–11, 2019. *IARC Monogr Eval Carcinog Risk Chem Hum* (in press); IARC Monographs Vol 124 group. Carcinogenicity of night shift work. *Lancet Oncology* ePub ahead of Print 4 July 2019. DOI: https://doi.org/10.1016/S1470-2045(19)30455-3], with the National Toxicology Program (NTP) within

8

the Public Health Service of the U.S. Department of Health and Human Services (a partnership of the National Institute for Occupational Safety and Health, which is a part of the Centers for Disease Control and Prevention; the Food and Drug Administration, primarily through the National Center for Toxicological Research; and the National Institute of Environmental Health Sciences, within the National Institutes of Health) concluding that the mechanism of this increased risk of cancer being associated with a causal relationship between human cancer and excessive exposure to artificial light at night (ALAN), combined with insufficient daylight exposure to sunlight, which together cause circadian disruption. As stated in the 2021 NTP Cancer Hazard Assessment Report on Night Shift Work and Light at Night: "This conclusion [that there is a causal relationship between human cancer and excessive exposure to artificial light at night, combined with insufficient daylight exposure to sunlight] is based on strong evidence that [exposure to A]LAN acts through mechanisms that are likely to cause cancer in humans." (https://ntp.niehs.nih.gov/ntp/results/pubs/cancer_assessment/lanfinal20210400_508.pdf).

Multiple factors influence the ability to sustain effective waking neurocognitive performance in healthy individuals not taking medications. These include biological time of day (i.e., circadian phase); the length of prior wakefulness; nightly sleep duration; and the recency of the last sleep episode (sleep inertia). While the effects of these circadian and homeostatic sleep regulatory processes can be modified by environmental conditions, physical activity and pharmacological agents (i.e., caffeine and/or nicotine during night wakefulness or hypnotics during day sleep), they cannot consistently overcome the impact of adverse circadian phase and/or sleep deprivation on performance. The effect of these four factors (misalignment of circadian phase and work/sleep schedule, cumulative sleep deprivation, lengthy prior wakefulness and/or recent awakening) can create an imposing biological force that can overpower a individual's ability to remain awake and attentive while at work and during the commute to and from work [2, 5, 9-22]. This can lead to impaired neurocognitive performance, including impaired memory consolidation, and deterioration of waking performance marked by increased rates of attentional failures [13, 22]. These consequences are particularly evident while attempting to sustain attention for a continuous duration of time (e.g., for 10-20 minutes or more) or when performing a routine, highly overlearned task, such as driving, for 10-20 minutes or more.

Sleep-related performance decrements can lead to impaired school and job performance and higher rates of errors, accidents and injuries. In fact, sleep deficiency and sleep disorders cost U.S. businesses an estimated $411 billion per year in absenteeism, workplace accidents, lost productivity and healthcare costs [1, 23] [24]. Drowsiness, which is a fluctuating state of reduced awareness and impaired performance, is estimated to be a possible contributing factor in nearly 30% of railway collisions [6, 25]. The National Transportation Safety Board, which is charged with conducting root-cause investigations on major transportation accidents in the United States, has identified fatigue as a probable cause, a contributing factor or a finding in 17% of its railroad crash investigations, and 23% of its major aviation investigations and nearly 40% of its highway crash investigations [26].

Moreover, sleep deficiency and circadian disruption have a major impact on safety in the general population. Every year, motor vehicle crashes worldwide cause 20–50 million injuries and cost more than a half-trillion dollars [(World Health Organization. Road Traffic Injuries. Fact Sheet N358, March 2013. http://www.who.int/mediacentre/factsheets/fs358/en/index.html; accessed February 21, 2015)]. At least twenty percent of crashes, serious injuries and deaths occurring in road crashes are due to driver sleepiness [1, 27, 28]. In fact, when 9 hours of time in bed per night is used as the referent, data from a recent prospective cohort study reveals that up to forty percent of motor vehicle crashes in the general population are attributable to sleep deficiency and sleep disorders [28].

9



Figure A-1. Recurrent circadian disruption and sleep deficiency "have significant implications for adverse clinical health outcomes. (A) Example of shiftwork: behavioral, externally driven circadian misalignment caused by the occupational requirements. Blue hatched bars represent work episodes, white bars represent free time or sleep, and filled circles (mean [SE]) represent the peak of melatonin as a marker of central circadian phase. With the change from working day shifts to night shifts, the circadian pacemaker is misaligned with the timing of work and sleep. (B) Examples of N24SWD: a chronic, intrinsically driven circadian disruption. Blue bars represent sleep episodes; filled circles represent the peak of melatonin or cortisol as markers of central circadian phase. The left panel illustrates what most clinicians consider is the typical manifestation of N24SWD, however, only a small proportion maintain entrainment between circadian and sleep cycles. The right panel illustrates that most patients are either not diagnosed or misdiagnosed (e.g. insomnia); because they do not present with a non-24-h sleep-wake profile. Circadian phase assessments are rarely conducted to confirm diagnoses. (C) The molecular mechanism generating endogenous circadian rhythms consists of intracellular transcriptional/translational positive and negative feedback loops involving a complex clock-gene regulatory network, of which only one core feedback loop is displayed here for simplicity. Shift work and N24SWD both lead to circadian misalignment and (consequential) sleep disruption. Circadian misalignment often manifests between behavioral and environmental cycles and the central pacemaker in the SCN and between behavioral and peripheral circadian oscillators found in virtually every organ and cell of the body. Internal desynchrony occurs between peripheral oscillators and the SCN, and among organs, cells and clock genes. (D) Circadian misalignment and sleep disruption have been implicated in numerous adverse health outcomes." [Figure and legend from: Sletten TL, Cappuccio FP, Davidson AJ, Van Cauter E, Rajaratnam SMW, Scheer FAJL. Health consequences of circadian disruption. Sleep. 2020 Jan 13;43(1):zsz194. doi: 10.1093/sleep/zsz194. PMID: 31930347; PMCID: PMC7368337].

**Influence of Circadian Rhythms (Biological Time of Day)**

Circadian rhythms, i.e., biological rhythms oscillating with an approximate period of twenty-four hours (from the Latin words: *circa*--about and *dies*--a day), are present at all levels of biological complexity

from unicellular organisms to humans. Circadian rhythms are endogenous (i.e., internally generated), self-sustaining oscillations that persist in the absence of periodic external time cues. As illustrated in Figure A-2 below, in humans, many physiological processes, including thermoregulatory (body temperature) cycles, endocrine (hormone) patterns, renal (kidney), hepatic (liver), pulmonary (lung), and cardiac (heart) function, subjective alertness, sleep-wake behavior, neurobehavioral performance and the risk of sleep-related attentional failures and involuntary micro-sleep episodes vary according to the time of day [2, 29-47].

As I noted in the chapter entitled "The human circadian timing system and sleep-wake regulation" that I recently published in the 7th edition of the Principles and Practice of Sleep Medicine, "Core body temperature is lowest and melatonin levels are highest during night sleep. Cortisol is low at habitual sleep onset but high at habitual morning wake time. When these endogenous circadian rhythms are entrained or synchronized to the 24-hour day, the temporal profile of each of these parameters exhibits a characteristic fingerprint that results from a combination of drives, from the timing of the sleep-wake state to the endogenous circadian pacemaker, and responses evoked by other factors such as posture, mood, exercise, and environmental lighting.

To characterize the circadian pacemaker-driven component of a diurnal temporal profile from the effects of sleep-wake state, behavior, posture, and periodic environmental stimuli, the constant-routine protocol [is used]; participants typically undergo continuous enforced wakefulness throughout day and night in a constant posture at a constant level of minimal physical activity and in constant, relatively dim, ambient illumination. Under such conditions, the temporal profiles of many physiologic variables are significantly altered, and the components of these rhythms that are driven by the endogenous circadian pacemaker can be separated from those that reflect changes in the sleep-wake state, posture, or periodic external environment.

Given the influence of posture and the minimal influence of sleep on the endogenous circadian melatonin rhythm, we have sometimes used a constant posture protocol in which participants are maintained in a constant semi-recumbent posture, in constant dim light, but are allowed to sleep at night so that endogenous circadian melatonin phase can be assessed. Body temperature declines during sleep, as illustrated by the profile of core body temperature recorded during a normal sleep-wake schedule and on a constant routine (Figure A-2, right column of panels). Sleep and changes in posture, light intensity, and activity level generate a drop in body temperature relative to wake. This sleep episode-induced drop in body temperature combines with the circadian-driven decline in body temperature during the biologic night to yield a larger apparent amplitude than that of the endogenous circadian component alone (as measured on constant routine).

Urine volume exhibits a robust oscillation under constant-routine conditions that is also influenced by sleep-wake state. Rhythmicity in some variables appears nearly independent of sleep-wake state. The temporal pattern of the hormone melatonin is relatively unchanged whether a participant is asleep or awake all night on a constant routine, although significant age-dependent effects of sleep and sleep deprivation on melatonin amplitude have been quantified. Posture is reported to somewhat influence circulating melatonin concentrations.

Because the endogenous circadian cortisol rhythm is usually at its nadir at the time of habitual sleep onset, the overall profile of cortisol is relatively unchanged whether a person sleeps on a habitual schedule or remains awake all night, although cortisol levels will be elevated if the person continues to remain awake throughout the following afternoon and evening. However, suppression of plasma cortisol

concentrations by deep slow wave sleep is evident whenever sleep onset occurs at the crest of the cortisol rhythm rather than at the nadir.

Several other hormones are sensitive to the sleep-wake state. Sleep opposes the circadian rhythm-regulating thyroid stimulating hormone (TSH), inhibiting TSH release during the peak of the endogenous circadian TSH rhythm, which would otherwise occur in the middle of the night. Under entrained conditions, nocturnal TSH secretion is blunted by the timing of sleep, such that TSH levels are highest just before sleep onset and continue to be suppressed during the remainder of the sleep episode. This inhibitory effect of sleep on TSH secretion has been closely associated with slow wave sleep and with relative delta power in the sleep electroencephalogram (EEG).

Growth hormone, prolactin, and parathyroid hormone levels demonstrate a prominent sleep-dependent increase. For growth hormone, a major sleep-related secretory episode is associated [in men] with slow wave sleep and with relative delta power of the sleep EEG, although such associations for prolactin, which remains elevated throughout the sleep episode, are controversial. Interestingly, growth hormone levels blunted by acute sleep deprivation at night are increased during wakefulness the following day in sleep-deprived participants, compensating for the blunting of the major sleep-related pulse, such that average 24-hour levels are similar. After restricting sleep to 4 hours per night from 1:00 to 5:00 a.m. for 1 week, growth hormone levels were maintained by the combination of a pre-sleep, circadian-related secretory episode, together with a somewhat diminished sleep-related response.

Leptin levels exhibit circadian rhythmicity, although the typical day-night pattern is reflected in the interaction of circadian rhythmicity with energy intake and expenditure and sleep duration. Ghrelin levels exhibit a day-night variation related to energy intake, related to the presence of sleep and to sleep duration.

Ultradian variations in the release of renin from the kidney—a key factor in blood pressure control—are closely linked to the timing of the rapid eye movement (REM) and non-rapid eye movement (NREM) sleep cycle, an association evident even among patients with disturbed sleep, whose plasma renin profiles reflect pathologic changes in sleep structure. Increased relative delta power in the sleep EEG is associated with increased levels of plasma renin activity, whereas decreased slow wave activity is associated with a decrease.

Even in the absence of sleep, prolactin and parathyroid hormone also have an endogenous circadian component that is lowest a few hours after habitual wake-up time, and GH responses to exogenous growth hormone-releasing hormone exhibit a circadian rhythm. Effects of the interaction between sleep-dependent and circadian factors on these hormones can be important when the sleep-wake schedule is not synchronized with the circadian pacemaker. Shift workers who remain awake throughout the first night shift, for example, will secrete more TSH compared with that released at night under normal sleep-wake conditions during entrainment, because of the absence of sleep-related suppression of TSH during the nocturnal peak of endogenous TSH secretory drive (Figure A-2); such increased secretion is not reversed during subsequent daytime sleep because the endogenous circadian rhythm of TSH secretion is already very low at that time. On the other hand, these workers would be deprived of their normally higher levels of growth hormone, prolactin, and parathyroid hormone during the waking night, although the sleep-related release of these hormones will recur during subsequent daytime sleep. Such alterations of the profiles of a variety of hormones have been documented in laboratory studies of night-shift workers.

In a laboratory simulation of circadian misalignment, participants exhibited increased leptin and increased glucose (despite increased insulin) and misalignment of the endogenous circadian rhythm of cortisol secretion with respect to the inverted sleep-wake schedule, along with the expected reduction in sleep efficiency.

The circadian pacemaker significantly influences a variety of neurobehavioral and cognitive functions. Under the conditions of the constant routine, participants display a circadian variation in short-term memory, cognitive performance, and alertness that is tightly coupled to the timing of the body temperature rhythm (Figure A-3). During a constant routine, these cognitive functions tend to be at their nadir shortly after habitual wake-up time because of an interaction between sleep loss and the circadian rhythms of performance." [Czeisler CA, Buxton OM. The human circadian timing system and sleep-wake regulation. In: Kryger MH, Roth T, Goldstein CA, Dement WC, eds. Principles and Practice of Sleep Medicine, 7th Edition. Philadelphia: W.B. Saunders Company, 2022].

The circadian contribution to variations in human physiology and to alertness and performance is generated by a light-sensitive circadian pacemaker that also drives the circadian rhythms of core body temperature, plasma cortisol and plasma melatonin, parathyroid hormone, human growth hormone, and markers of bone turnover markers (of bone resorption and bone formation) such as CTX (C-terminal cross-linked telopeptide of type I collagen), P1NP (N-terminal propeptide of type I procollagen), and FGF-23 (Fibroblast growth factor 23) [45, 48-64] [Swanson CM, Kohrt WM, Wolfe P, Wright KP Jr, Shea SA, Cain SW, Munch M, Vujović N, Czeisler CA, Orwoll ES, Buxton OM. Rapid suppression of bone formation marker in response to sleep restriction and circadian disruption in men. *Osteoporos Int*. 2019 Dec;30(12):2485-2493. doi: 10.1007/s00198-019-05135-y. Epub 2019 Aug 24. PMID: 31446439; PMCID: PMC6879850; Swanson CM, Shea SA, Kohrt WM, Wright KP, Cain SW, Munch M, Vujović N, Czeisler CA, Orwoll ES, Buxton OM. Sleep Restriction With Circadian Disruption Negatively Alter Bone Turnover Markers in Women. *J Clin Endocrinol Metab*. 2020 Jul 1;105(7):2456–63. doi: 10.1210/clinem/dgaa232. PMID: 32364602; PMCID:PMC7448297].

The endogenous circadian clock is a major determinant of the timing and internal architecture of sleep in humans [38, 43, 45, 61, 62, 65-68]. Experimental studies have demonstrated that spontaneous sleep duration, sleepiness, REM sleep propensity, and both the ability and the tendency to sleep vary markedly with circadian phase or biological time of day and interact with a homeostatic process to regulate sleep propensity and daytime alertness and neurocognitive performance [34, 38, 43, 45, 65, 69-75]. Nearly fifty years ago the central neuroanatomic structures responsible for both the generation of endogenous circadian rhythms and their synchronization with the 24-hour day were identified [76, 77]. Deep within the brain, two bilaterally paired clusters of hypothalamic neurons comprising the suprachiasmatic nuclei (SCN) act as the central neural pacemaker for the generation and/or synchronization of circadian rhythms [45, 78-88]. This endogenous circadian pacemaker is a major determinant of daily variations in subjective alertness and cognitive performance [2, 20, 31, 43, 45, 48, 73, 89, 90]. These and other studies have shown that, as illustrated in Figure A-4 below, there is a prominent circadian variation in objective and subjective measures of alertness, performance (psychomotor, vigilance, memory) and attention or ability to concentrate, with a primary peak in the daily rhythm of sleepiness in the latter half of the usual sleep time, just before our usual wake time. Similarly, the peak drive for waking emanating from the hypothalamic circadian pacemaker occurs a couple of hours before our habitual bedtime [2, 34, 91]. This paradoxical relationship between the output of the circadian pacemaker and the timing of the sleep-wake cycle is thought to facilitate consolidation of sleep and wakefulness in humans [34, 43, 71].

Figure A-2 illustrates a comparison of temporal profiles of an array of physiologic and behavioral variables from participants studied under baseline conditions while maintaining a regular schedule of nocturnal sleep (S) (yellow shaded area) and daytime wake (W) at their habitual times (left column of panels) compared with profiles from participants under constant-routine conditions while maintaining a schedule of continuous wake in a semi-recumbent posture (right column of panels). The vertical dashed line indicates habitual wake-up time during the week before the study, when participants were required to maintain a regular sleep-wake schedule. All data are from healthy young adult men, 18 to 30 years old, studied under similar conditions. For a given variable, data in the left panel are from the same participants as data in the right panel; however, not all variables were monitored in the same participants. PTH, Parathyroid hormone; TSH, thyroid-stimulating hormone (TSH data reproduced from Allan JS, Czeisler CA Persistence of the circadian thyrotropin rhythm under constant conditions and after light-induced shifts of circadian phase. *Journal of Clinical Endocrinology and Metabolism* 1994;79:508-512, copyright The Endocrine Society. Prolactin data reproduced from Waldstreicher J, Duffy JF. Brown EN *et al*. Gender differences in the temporal organization of prolactin [PRL] secretion: evidence for a sleep-independent circadian rhythm of circulating PRL levels—a Clinical Research Center study. *Journal of Clinical Endocrinology and Metabolism* 1996;81:1483-1487, copyright The Endocrine Society. PTH data reproduced from El Hajj Fuleihan G, Klerman EB, Brown EN *et al*. Parathyroid hormone circadian rhythm is truly endogenous. *Journal of Clinical Endocrinology and Metabolism* 1997;82:281-286, copyright The Endocrine Society. Figure and legend reproduced from Czeisler CA, Buxton OM. The human circadian timing system and sleep-wake regulation. In: Kryger MH, Roth T, Goldstein CA, Dement WC, eds.  Principles and Practice of Sleep Medicine, 7th Edition.  Philadelphia: W.B. Saunders Company, 2022).



14

Figure A-3. Daily patterns of short-term memory, cognitive performance, subjective alertness (mm), and core body temperature ('C) averaged across 18 participants during a 36-hour constant routine. Data collection times are normalized with respect to each participant's regular wake-up time (RW) (assigned a reference value of 8:00 a.m. and indicated by the *downward arrow*). The extent to which memory and performance scores deviated from the participant's 24-hour mean is averaged across participants. Data are expressed as percentages by which these absolute deviations differed from the participants' overall 24-hour mean score (assigned a reference value of zero). Each point is the centered mean (±SEM) of all determinations made across a 2-hour interval for performance, alertness, and temperature and across a 4-hour interval for short-term memory. (Reproduced from Johnson MP, Duffy JF, Dijk DJ, Ronda JM, Dyal CM, Czeisler CA. Short-term memory, alertness and performance: a reappraisal of their relationship to body temperature. *Journal of Sleep Research*. 1992 Mar;1(1):24-29. doi: 10.1111/j.1365-2869.1992.tb00004.x. PMID: 10607021).





**Psychomotor Vigilance Performance**

- ●— 10% slowest reaction time
- ○— mean reaction time
- ■— median reaction time
- □— 10% fastest reaction time

Cajochen C, Khalsa SBS, Wyatt JK, Czeisler CA, Dijk D-J. *Am J Physiol 277*: R640-R649, 1999

Figure A-4. Time course of psychomotor vigilance performance [mean, median, 10% slowest and fastest reaction times in milliseconds (logarithmic scale)] is shown averaged across 10 subjects ± Standard error of the mean. All data were binned in 2-h intervals and expressed with respect to elapsed time since scheduled waketime. Vertical dashed reference line indicates transition of subjects' habitual wake- and bedtime [figure from [2]].

Under ordinary circumstances, the homeostatic drive for sleep increases throughout the usual 16-hour waking day. In the mid-afternoon, there is a secondary daily peak in sleepiness [92, 93], as noted in Figure A-5 below, after which time sleepiness gradually begins to decline as the circadian pacemaker sends out a stronger and stronger drive for waking during the latter half of the habitual waking day. Then, near the peak of the circadian drive for waking, about 1-2 hours before the habitual bedtime, the hormone melatonin is released [4, 94-99]. Activation of melatonin receptors on the surface of the human SCN suppresses the firing of SCN neurons [100, 101]. Suppression of the firing of SCN neurons, which does not interfere with the ability of SCN to oscillate with a near-24-hour period [102], is thought to quiet the wake-promoting signal emanating from the SCN. Melatonin thereby suppresses the wake-promoting signal emanating from the SCN, allowing us to fall asleep at our habitual hour without stopping the circadian oscillation. Similarly, the SCN sends out a strong drive promoting sleep in the latter half of the night, which helps to consolidate sleep once the pressure for deep slow-wave sleep is satiated in the first half of the night [34, 43]. The latter half of the night is richest in REM sleep, which has a very prominent circadian rhythm in its propensity [43, 70, 71, 103]. In the absence of sleep, in the latter half of the night near the habitual wake time, elevated homeostatic drive for sleep interacts with the circadian peak of sleep propensity to create a critical zone of vulnerability [2, 43]. This is a time of increased risk for both motor vehicle crashes [92, 104-108] and train crashes [109] (Figure A-5). The magnitude of these circadian variations in sleep propensity is greatly amplified when the homeostatic drive for sleep is elevated [18, 110, 111].

# Time of Day

- **Peak drowsy driving danger times:**
  - **5 am – 8 am (primary nighttime peak)**
  - **3 pm – 5 pm (secondary mid-day peak)**
- **Size of the Time of Day peaks are INCREASED by sleep deficiency**
- **Size of the Time of Day peaks are DECREASED when sleep is sufficient**

**Figure A-5** Impact of time of day on risk of fatigue-related crashes [6].

In the absence of periodic time cues, the period of the human circadian pacemaker is slightly longer than 24 hours [96, 112-114]. In order for the biological clock to coordinate its function with the timing of events in the external world that operates on a 24-hour schedule, daily information from the environment must therefore reach the circadian pacemaker. The circadian pacemaker is essentially reset by a small amount each day by this external stimulus in order to maintain synchrony with the 24-hour day [45, 50, 61, 112].

Light is the principal environmental synchronizer of the mammalian SCN [45]. The SCN is connected to the retina via a monosynaptic pathway called the retinohypothalamic tract (RHT), the presumed conduit by which information from the external light dark cycle reaches the circadian clock. Research conducted in my laboratory at the Brigham and Women's Hospital/Harvard Medical School has demonstrated that properly timed exposure to bright light and darkness can rapidly shift the phase of the endogenous circadian pacemaker in humans [32, 45, 48-60, 115, 116]. Both the magnitude and direction of the phase shifts induced by light are dependent on the timing, duration, intensity and wavelength of the light exposure [45, 49-51, 56-59, 116-124], together with the prior light exposure history [45, 62, 125]. Exposure to blue-enriched light from a light-emitting eReader can suppress melatonin, shift circadian phase and affect sleep architecture [126, 127]. On average, light exposure occurring during the first half of the biological night resets the circadian clock to a later hour; light received in the last quarter of the biological night resets the circadian clock to an earlier hour [45, 50, 62, 116]. Thus, the circadian pacemaker of an individual living on a conventional schedule of day work and night sleep is synchronized by the naturally occurring light dark cycle to oscillate at the same period as the Earth's solar day, i.e., 24 hours.

As I noted in the chapter entitled "The human circadian timing system and sleep-wake regulation" that I recently published in the 7th edition of the Principles and Practice of Sleep Medicine, "preservation of light-induced melatonin suppression in otherwise totally blind people suffering from severe damage to the outer retina led to the discovery that a distinct visual system mediates photic entrainment. …[We found

17

that in some otherwise totally blind individuals]…a bright light stimulus induced an acute suppression of melatonin levels, which returned to elevated nighttime levels after light exposure was terminated… even in a totally blind participant with no conscious light perception and a negative electroretinogram. The loss of conscious light perception does not necessarily indicate the loss of photic input to the circadian timing system, although that is the case in most blind individuals without light perception. Two distinct visual systems exist: one for visual perception and a separate non-image-forming visual system. The non-image-forming system synchronizes the circadian pacemaker in the SCN, provides alerting input to the sleep switch in the ventrolateral preoptic area, suppresses melatonin secretion, and mediates of the pupillary light reflex. Even in blind individuals, non-image-funning photoreception through intrinsically photosensitive retinal ganglion cells can trigger some awareness for light, which stimulates higher cognitive brain activity, independent of vision and in the absence of functional impact from the rods and cones; also, it can engage supplemental brain areas to perform an ongoing cognitive process." [Czeisler CA, Buxton OM. The human circadian timing system and sleep-wake regulation. In: Kryger MH, Roth T, Goldstein CA, Dement WC, eds.  Principles and Practice of Sleep Medicine, 7th Edition.  Philadelphia: W.B. Saunders Company, 2022]. Interestingly, although it has been known for many years that "perception of migraine headache, which is mediated by nociceptive signals transmitted from the cranial dura mater to the brain, is uniquely exacerbated by exposure to light [, Rodrigo Noseda and colleagues first reported in the highly-cited scientific journal *Nature Neuroscience* in 2010] that exacerbation of migraine headache by light is prevalent among [such] blind individuals who maintain non–image-forming photoregulation in the face of massive rod/cone degeneration…. [Those authors] propose that photoregulation of migraine headache is exerted by a non–image-forming retinal pathway that modulates the activity of dura-sensitive thalamocortical neurons"[128].

**Recurrent Circadian Disruption and Sleep Deficiency**

As Drs. Sirimon Reutrakul and Eve Van Cauter have written, "Sleep disturbances, including sleep insufficiency and sleep fragmentation, have been linked to abnormal glucose metabolism and increased diabetes risk. Well-controlled laboratory studies have provided insights regarding the underlying mechanisms. Several large prospective studies suggest that these sleep disturbances are associated with an increased risk of incident diabetes. Obstructive sleep apnea, which combines sleep fragmentation and hypoxemia, is a major risk factor for insulin resistance and possibly diabetes.Whether glycemic control in type 2 diabetes patients can be improved by treating sleep apnea remains controversial. Recently, sleep disturbances during pregnancy and their relationship to gestational diabetes and hyperglycemia have received considerable attention owing to potential adverse effects on maternal and fetal health. Additionally, evidence from animal models has identified disruption of the circadian system as a putative risk factor for adverse metabolic outcomes" [Reutrakul S, Van Cauter E. Interactions between sleep, circadian function, and glucose metabolism: implications for risk and severity of diabetes. Ann N Y Acad Sci. 2014 Apr;1311:151-73. doi: 10.1111/nyas.12355.].

As Dr. Orfeu Buxton and I noted in the chapter entitled "The human circadian timing system and sleep-wake regulation" that I recently published in the 7th edition of the Principles and Practice of Sleep Medicine, "Prolonged exposure to prolonged sleep restriction with concurrent circadian disruption in controlled laboratory conditions decreases resting metabolic rate and increases plasma glucose concentrations after a meal, an effect resulting from inadequate pancreatic insulin secretion, suggesting that prolonged sleep restriction with concurrent circadian disruption alters metabolism and could increase the risk for obesity and diabetes. Therefore, in any realistic model of the human circadian and sleep-wake regulatory system used to manage performance and prevent disease, such environmental and societal

influences must be recognized. [Czeisler CA, Buxton OM. The human circadian timing system and sleep-wake regulation. In: Kryger MH, Roth T, Goldstein CA, Dement WC, eds.  Principles and Practice of Sleep Medicine, 7th Edition.  Philadelphia: W.B. Saunders Company, 2022]. Moreover, as we wrote in the *Journal of Clinical Endocrinology and Metabolism* in 2017, recurrent circadian disruption couples with chronic sleep deficiency can also adversely affect bone metabolism: "We found that circadian disruption with sleep restriction was associated with a greater reduction in P1NP and increases in sclerostin in younger men. The younger men had higher levels of bone turnover markers at baseline, a finding consistent with higher bone (re)modeling rates during the peak bone mass consolidation that occurs at this age and is critical for lifetime skeletal health. That circadian disruption and sleep restriction had a greater effect on P1NP in younger men suggests that the **adverse effects of this type of sleep/circadian disturbance may be magnified during skeletally vulnerable times when bone turnover is higher**…. Furthermore, these findings may have additional important implications for specific populations, such as military recruits and astronauts, **who are subjected to sleep/circadian disruption in early adulthood during this critical window of bone development/consolidation**. The increased incidence of stress fractures during basic training is likely multifactorial. However, these data may explain part of the pathophysiology underlying these injuries, and the incidence of stress fractures during basic training may be partially mitigated by sleep extension or at least **minimizing the interval during which recruits are exposed to sleep/circadian disturbance** [Swanson CM, Shea SA, Wolfe P, Cain SW, Munch M, Vujovic N, Czeisler CA, Buxton OM, Orwoll ES. Bone Turnover Markers After Sleep Restriction and Circadian Disruption: A Mechanism for Sleep-Related Bone Loss in Humans. *J Clin Endocrinol Metab*. 2017 Oct 1;102(10):3722-3730. doi: 10.1210/jc.2017-01147. PMID: 28973223; PMCID: PMC5630251; emphasis added]. As we further wrote that year, "Findings indicate that sleep restriction and concurrent circadian disruption, akin to rapidly rotating shift work, induce a significant **decline in** a plasma marker of **bone formation** (P1NP) in men within the first 10 days of exposure, despite as previously reported [16], **no apparent change in** a marker of **bone resorption** (CTX). The rapid decline in P1NP suggests that **even intermittent, non-sustained exposure to sleep restriction and circadian disruption could have adverse skeletal effects.** There was no evidence to suggest that the initial decline in P1NP reversed with ongoing exposure to sleep restriction and concurrent circadian disruption; indeed, P1NP levels remain lower or (for the young men) continued to decline over 3 weeks of exposure. These changes in biochemical markers of bone turnover are similar to chronic sleep restriction studies performed in rats that also revealed decreased bone formation on histomorphometry and lower BMD over time…. Therefore, we hypothesize that **even brief exposures to sleep restriction and circadian disruption can impair bone metabolism** due to the relatively rapid uncoupling of bone turnover markers. Over time, either intermittent or chronic sleep and circadian disruptions could limit attainment of optimal peak bone mass if they occur early in life or accelerate the age-related decline in bone mass later in life. Additional research is needed to confirm if the observed P1NP decline translates into changes in BMD [bone mineral density] and bone quality in humans exposed to sleep and circadian disruption….. **The young men had an initial steep P1NP decline and continued to decline with ongoing exposure**. …these data from healthy men indicate that plasma P1NP declines within the first 10 days of exposure to sleep restriction and concurrent circadian disruption and remains lower than baseline with ongoing exposure despite no change in CTX. The rapid decline in P1NP with initial exposure to sleep restriction and circadian disruption and persistently lower P1NP with ongoing exposure is notable. This uncoupling of bone turnover markers may have an adverse clinical impact on bone health if sleep and circadian disruptions are brief (e.g., few days of shift work) or sustained (e.g., space missions, rotating shift work), especially if they occur during critical times of bone modeling and remodeling" [Swanson C… Czeisler CA.. Buxton OM. 24-hour profile of serum sclerostin and its association with

bone biomarkers in men. Osteoporos Int. 2017 Nov;28(11):3205-3213. doi: 10.1007/s00198-017-4162-5. Epub 2017 Jul 26.; emphasis added].

**Exposure to Artificial Light at Night (ALAN)**

As I noted in the chapter entitled "The human circadian timing system and sleep-wake regulation" that I recently published in the 7th edition of the Principles and Practice of Sleep Medicine, "In natural-light-only conditions, the internal circadian clock is synchronized to solar time with melatonin onset near sunset and melatonin offset before wake time and after sunrise, at a significantly earlier circadian phase. In contrast, evening reading from an electronic tablet that emits short-wavelength-enriched visible light delays endogenous circadian melatonin phase and the timing of REM sleep and increases evening alertness, sleep latency, and morning sleepiness compared with reading a printed book [129]. Taken together, these findings suggest that artificial light between dusk and dawn alters physiology through the non-image-forming visual system by shifting circadian phase, inhibiting sleep-promoting neurons, activating arousal promoting orexin neurons in the hypothalamus, and suppressing melatonin. These effects of nocturnal artificial light in turn mask sleepiness, transiently increase alertness, and directly interfere with sleep, leading to chronic sleep deficiency [130]" [Czeisler CA, Buxton OM. The human circadian timing system and sleep-wake regulation. In: Kryger MH, Roth T, Goldstein CA, Dement WC, eds. Principles and Practice of Sleep Medicine, 7th Edition. Philadelphia: W.B. Saunders Company, 2022]. Increasing evidence indicates that exposure to Artificial Light at Night (ALAN) has adverse health consequences, even while individuals are asleep [Cho Y *et al*. Effects of artificial light at night on human health: A literature review of observational and experimental studies applied to exposure assessment. Chronobiol Int. 2015;32(9):1294-310. doi: 10.3109/07420528.2015.1073158.]. As Dr. Phyllis Zee and colleagues wrote: "Ambient nighttime light exposure is implicated as a risk factor for adverse health outcomes, including cardiometabolic disease. … This laboratory study shows that, in healthy adults, **one night of moderate (100 lx) light exposure during sleep** increases nighttime heart rate, decreases heart rate variability (higher sympathovagal balance), and **increases next-morning insulin resistance** when compared to sleep in a dimly lit (<3 lx) environment. Moreover, a positive relationship between higher sympathovagal balance and insulin levels suggests that sympathetic activation may play a role in the observed light-induced changes in insulin sensitivity. … Measures of insulin resistance (morning homeostatic model assessment of insulin resistance, 30-min insulin area under the curve [AUC] from a 2-h oral glucose tolerance test) were higher in the room light versus dim light condition. Melatonin levels were similar in both conditions.



Fig B-1. HOMA-IR for room light (n = 10) and dim light (n = 10) conditions on Day 1 and Day 2. HOMA-IR was significantly higher on Day 2 compared to Day 1 in the room light condition versus the dim light condition. P 2 between conditions (unpaired Student's t test). The error bars represent SD. From Mason IC et al. Light exposure during sleep impairs cardiometabolic function. *Proc Natl Acad Sci U S A*. 2022 Mar 22;119(12):e2113290119.

In the room light condition, participants spent proportionately more time in stage N2 and less in slow wave and rapid eye movement sleep. Heart rate was higher and heart rate variability lower (higher sympathovagal balance) during sleep in the room light versus the dim light condition. Importantly, the higher sympathovagal balance during sleep was associated with higher 30-min insulin AUC, consistent with increased insulin resistance the following morning. These results demonstrate that a single night of exposure to room light during sleep can impair glucose homeostasis, potentially via increased SNS activation. **Attention to avoiding exposure to light at night during sleep may be beneficial for cardiometabolic health.**" [Mason IC *et al*. Light exposure during sleep impairs cardiometabolic function. Proc Natl Acad Sci U S A. 2022 Mar 22;119(12):e2113290119. doi: 10.1073/pnas.2113290119. 86195;].



**MATSUDA INDEX**

p = 0.048

Day 1  Day 2
ROOM LIGHT
CONDITION

Day 1  Day 2
DIM LIGHT
CONDITION

Fig. B-2.Matsuda insulin sensitivity index for room light (n = 10) and dim light (n = 10) conditions on Day 1 and Day 2. Matsuda index (y-axis) was calculated as 10,000/square root of [fasting glucose × fasting insulin] × [mean glucose × mean insulin during OGTT]. Matsuda index was significantly lower on Day 2 compared to Day 1 in the room light condition versus the dim light condition. P values refer to the change from Day 1 to Day 2 between conditions (unpaired Student's t test). The error bars represent SD. From Mason IC et al. Light exposure during sleep impairs cardiometabolic function. *Proc Natl Acad Sci U S A*. 2022 Mar 22;119(12):e2113290119

The results of these laboratory studies have been corroborated by epidemiologic studies.  In 2019, Dr revealed that in a very large epidemiologic study of 43,722 women "with no history of cancer or cardiovascular disease who were not shift workers, daytime sleepers, or pregnant at baseline were included in the analysis,… [and that having] any ALAN exposure while sleeping was positively associated with a higher prevalence of obesity at baseline, as measured using BMI (PR, 1.03; 95% CI, 1.02-1.03), WC (PR, 1.12; 95% CI, 1.09-1.16), WHR (PR, 1.04; 95% CI, 1.00-1.08), and WHtR (PR, 1.07; 95% CI, 1.04-1.09), after adjusting for confounding factors, with P < .001 for trend for each measure. Having any ALAN exposure while sleeping was also associated with incident obesity (RR, 1.19; 95% CI, 1.06-1.34). Compared with no ALAN, sleeping with a television or a light on in the room was associated with gaining 5 kg or more (RR, 1.17; 95% CI, 1.08-1.27; P < .001 for trend), a BMI increase of 10% or more (RR, 1.13; 95% CI, 1.02-1.26; P = .04 for trend), incident overweight (RR, 1.22; 95% CI,1.06-1.40; P = .03 for trend), and incident obesity (RR, 1.33; 95% CI, 1.13-1.57; P < .001 for trend). These results suggest that exposure to ALAN while sleeping may be a risk factor for weight gain and development of overweight or obesity. Further prospective and interventional studies could help elucidate this association and clarify whether lowering exposure to ALAN while sleeping can promote obesity prevention." [Park YM, White AJ, Jackson CL, Weinberg CR, Sandler DP. Association of Exposure to

Artificial Light at Night While Sleeping With Risk of Obesity in Women. *JAMA Intern Med*. 2019 Aug 1;179(8):1061-1071. doi: 10.1001/jamainternmed.2019.0571. PMID: 31180469; PMCID: PMC6563591].

As Dr. Obayashi and colleagues wrote in 2019, "Light information received by the brain influences human circadian timing and metabolism; low-level light at night (LAN) significantly increased body mass and led to prediabetes in mice….. In our prospective [human] cohort study, bedroom light intensity was measured at 1-min intervals in 678 elderly participants without diabetes at baseline. The average light intensity recorded between bedtimes and rise times over two consecutive nights was used in the analysis. … During follow-up (median, 42 months), 19 of the 678 participants (mean age, 70.6 years) developed diabetes. **Poisson regression models revealed that the incidence rate for diabetes was significantly higher in the LAN group (average ≥ 5 lux, N = 128) than the dark group (average < 5 lux, N = 550)** (incidence rate ratio, 3.74; 95% confidence interval (CI), 1.55-9.05; p = 0.003). Further propensity score adjustments in relation to LAN produced consistent results (incidence rate ratio, 3.19; 95% CI, 1.38-7.35; p = 0.007). When the cut-off value of LAN was decreased to 3 lux, the relationship remained significant (incidence rate ratio 2.74; 95% CI, 1.19-6.33; p = 0.018). Conclusions: Our findings suggest that LAN exposure increases the incidence of diabetes in a general elderly population" [Obayashi K, Yamagami Y, Kurumatani N, Saeki K. Bedroom lighting environment and incident diabetes mellitus: a longitudinal study of the HEIJO-KYO cohort. *Sleep Med*. 2020 Jan;65:1-3. doi: 10.1016/j.sleep.2019.07.006. Epub 2019 Jul 22. PMID: 31704511.]

Dr. Phyllis Zee and colleagues have also conducted epidemiological research that has revealed that ALAN in older people is associated with obesity, diabetes, and hypertension. This year, they reported that: "Light at night (LAN) has been associated with negative health consequences and metabolic risk factors. Little is known about the prevalence of LAN in older adults in the U.S. and its association with cardiovascular disease (CVD) risk factors. We tested the hypothesis that LAN in older age is associated with higher prevalence of individual CVD risk factors. 552 community-dwelling adults aged 63-84 underwent an examination of CVD risk factor profiles and 7-day actigraphy recording for activity and light measures. Associations between actigraphy-measured LAN, defined as no light vs. light within the 5-hour nadir (L5), and CVD risk factors, including obesity, diabetes, hypertension, and hypercholesterolemia, were examined, after adjusting for age, sex, race, season of recording, and sleep variables. LAN exposure was associated with a higher prevalence of obesity (multivariable-adjusted odds ratio (OR) 1.82 (95% CI 1.26-2.65)), diabetes (OR 2.00 (1.19-3.43)), and hypertension (OR 1.74 (1.21-2.52)) but not with hypercholesterolemia. LAN was also associated with (1) later timing of lowest light exposure (L5-light) and lowest activity (L5-activity), (2) lower inter-daily stability and amplitude of light exposure and activity, and (3) higher wake after sleep onset. Habitual LAN in older age is associated with concurrent obesity, diabetes, and hypertension" [Kim M, Vu TH, Maas MB, Braun RI, Wolf MS, Roenneberg T, Daviglus ML, Reid KJ, Zee PC. Light at night in older age is associated with obesity, diabetes, and hypertension. *Sleep*. 2022 Jun 22:zsac130. doi: 10.1093/sleep/zsac130. Epub ahead of print. PMID: 35729737.].

Dr. Obayashi and colleagues have extended those findings to mental health risk, writing: "Previous studies have indicated that minimal exposure to light at night (LAN) increases depression risk, even at 5 lux, in nocturnal and diurnal mammals. Although such low-level LAN may affect human circadian physiology, the association between exposure to LAN and depressive symptoms remains uncertain. In the present study, bedroom light intensity was measured objectively, and depressive symptoms were assessed, during 2010-2014 in Nara, Japan. Of 863 participants (mean age = 71.5 years) who did not have depressive symptoms at baseline, 73 participants reported development of depressive symptoms during

follow-up (median, 24 months). Compared with the "dark" group (average of <5 lux; n = 710), the LAN group (average of ≥5 lux; n = 153) exhibited a significantly higher depression risk (hazard ratio = 1.89; 95% CI: 1.13, 3.14), according to a Cox proportional hazards model adjusting for age, sex, body mass index, and economic status. Further, the significance remained in a multivariable model adjusting for hypertension, diabetes, and sleep parameters (hazard ratio = 1.72; 95% CI: 1.03, 2.89). Sensitivity analyses using bedroom light data with a cutoff value of ≥10 lux suggested consistent results. In conclusion, these results indicated that exposure to LAN in home settings was independently associated with subsequent depression risk in an elderly general population" [Obayashi K, Saeki K, Kurumatani N. Bedroom Light Exposure at Night and the Incidence of Depressive Symptoms: A Longitudinal Study of the HEIJO-KYO Cohort. *Am J Epidemiol*. 2018 Mar 1;187(3):427-434. doi: 10.1093/aje/kwx290. PMID: 28992236}.

Finally, in 2014, Dr. Obayashi and colleagues found that ALAN during sleep was associated with an increased risk of insomnia. They wrote: "Chronic circadian misalignment between the internal and environmental rhythms, which is typically related to night-shift work and clock-gene variants, is associated with disruption of suprachiasmatic nucleus function and increased risk of insomnia. Under controlled laboratory conditions, light at night (LAN) suppresses melatonin secretion, delays the internal biological rhythm, and reduces sleepiness. **Therefore, LAN exposure may cause circadian misalignment and insomnia,** though it remains unclear in real-life situations whether LAN exposure is associated with insomnia. To evaluate an association between LAN exposure and sleep quality in home settings, we conducted a cross-sectional community-based study in 857 elderly individuals (mean age, 72.2 years). We evaluated bedroom light intensity using a light meter and subjectively and objectively measured sleep quality using the Pittsburgh Sleep Quality Index and an actigraph, respectively, along with urinary 6-sulfatoxymelatonin excretion. Compared with the lowest quartile group of LAN intensity, the highest quartile group revealed a significantly higher odds ratio (OR) for subjective insomnia in a multivariate model adjusted for age, gender, body mass index, daytime physical activity, urinary 6-sulfatoxymelatonin excretion, bedtime, rising time, and day length (adjusted OR, 1.61, 95% confidence interval, 1.05-2.45, p=0.029). In addition, higher OR for subjective insomnia was significantly associated with the increase in quartiles of LAN intensity (ptrend=0.043). Consistently, we observed significant association trends between the increase in quartiles of LAN intensity and poorer actigraphic sleep quality, including decreased sleep efficiency, prolonged sleep-onset latency, increased wake-after-sleep onset, shortened total sleep time, and delayed sleep-mid time in multivariate models adjusted for the covariates mentioned above (all ptrend<0.001). In conclusion, we demonstrated that LAN exposure in home settings is significantly associated with both subjectively and objectively measured sleep quality in a community-based elderly population" [Obayashi K, Saeki K, Kurumatani N. Association between light exposure at night and insomnia in the general elderly population: the HEIJO-KYO cohort. *Chronobiol Int*. 2014 Nov;31(9):976-82. doi: 10.3109/07420528.2014.937491. Epub 2014 Jul 15. PMID: 25025617].

**The Sleep Homeostat**

Without sleep, alertness and neurocognitive performance exhibit a steady deterioration attributable to sleep loss, onto which a rhythmic circadian variation is superimposed [2, 17, 31, 34, 39, 43, 45, 61, 65, 71, 73, 74, 89, 90, 110, 131-137]. During sustained wakefulness, 24 hours of sleep deprivation has been shown to greatly impair neurobehavioral reaction time performance [2, 138, 139], to an extent that is comparable to a level of 0.10 percent blood alcohol concentration [140-145]. The sedative effects of alcohol can persist for more than six hours after alcohol ingestion, even after blood alcohol concentration is no longer elevated [146]. As noted in Figure A-6 below, acute sleep deprivation impairs judgment

[147-149]; decision making [150]; cognitive performance [20, 151-153]; memory [154]; reaction time [2, 19, 133, 155]; visual-perceptual ability [14, 42, 155-159]; sensorimotor gating [160]; distractibility [155, 161] and ability to focus attention [154, 155], and increases the instability of waking neurobehavioral functions [151, 152, 155] and the probability of eyelid closure and the risk of loss of situational awareness, even when the eyes remain open [155].

**Sleep Fragmentation**

As Drs. Stamatakis and Punjabi demonstrated more than a decade ago, sleep fragmentation has an adverse effect on glucose metabolism.  They wrote: "Sleep disorders are increasingly associated with insulin resistance, glucose intolerance, and type 2 diabetes mellitus. Whether the metabolic toll imposed by sleep-related disorders is caused by poor-quality sleep or due to other confounding factors is not known. The objective of this study was to examine whether experimental sleep fragmentation across all sleep stages would alter glucose metabolism, adrenocortical function, and sympathovagal balance. … Sleep was experimentally fragmented across all stages in 11 healthy, normal volunteers for two nights using auditory and mechanical stimuli. Primary outcomes included insulin sensitivity (S(I)), glucose effectiveness (S(G)), and insulin secretion, as determined by the intravenous glucose tolerance test. Secondary outcomes included measures of sympathovagal balance and serum levels of inflammatory markers, adipokines, and cortisol…. Following two nights of sleep fragmentation, S(I) decreased from 5.02 to 3.76 (mU/L)(-1)min(-1) (P < .0001). S(G), which is the ability of glucose to mobilize itself independent of an insulin response, also decreased from 2.73 x 10(-2) min(-1) to 2.16 x 10(-2) min(-1) (P < .01). Sleep fragmentation led to an increase in morning cortisol levels and a shift in sympathovagal balance toward an increase in sympathetic nervous system activity. Markers of systemic inflammation and serum adipokines were unchanged with sleep fragmentation. … Fragmentation of sleep across all stages is associated with a decrease in S(I) and S(G). Increases in sympathetic nervous system and adrenocortical activity likely mediate the adverse metabolic effects of poor sleep quality" [Stamatakis KA, Punjabi NM. Effects of sleep fragmentation on glucose metabolism in normal subjects. Chest. 2010 Jan;137(1):95-101. doi: 10.1378/chest.09-0791. Epub 2009 Jun 19. PMID: 19542260; PMCID: PMC2803120].

# Sleep deficiency

– **Slows reaction time**

– **Raises risk: attentional failures & sleep attacks**

– **Impairs judgment, increases risk taking**

– **Makes people more distractible, fast & sloppy**

– **Hinders perception of objects in the visual field**

– **Increases eyelid closure; risk of falling asleep**

– **Degrades cognitive performance**

– **Interferes with memory formation**

– **Induces loss of situational awareness, even when eyes are open**

– **Slows thinking; can induce automatic behavior**

**Figure A-6.** Sleep deficiency, which can be the result of many factors, impairs neurobehavioral performance [6].

Paradoxically, instead of slowing response times to preserve accuracy, research from my laboratory and from others has demonstrated that sleep-deprived participants increase speed at the expense of making more mistakes (i.e., become 'fast and sloppy') and take greater risks [42, 162, 163], making hasty decisions based on inadequate information [42]. This results in increased rates of errors on selective attention tasks that require a search for targets in the visual field [42]. Commonly used stimulants, such as caffeine, modafinil and amphetamines, all fail to reverse the impairment of decision making and increased risk-taking behavior induced by sleep deficiency, whereas both are restored once recovery sleep is taken [163]. As shown in Figure A-7 below, it has been known for decades that sleep deprivation greatly increases the probability of missing signals in the visual field [156], as we have also more recently shown in the case of attentional failures [13].



Sanders, A. F. and W. D. Reitsma (1982). The effect of sleep-loss on processing information in the functional visual field. *Acta Psychologica* 51: 149-162.

These neurobehavioral performance impairments associated with sleep loss are accompanied by changes in regional brain activity that can be observed with brain imaging studies [137, 164-169]. The instability of the waking state due to sleep loss is associated with the occurrence of so-called micro-sleep episodes (i.e., involuntary sleep episodes < 15 seconds long) and sleep attacks (i.e., involuntary sleep episodes >15 seconds long) [19, 20, 137], both of which can be classified as attentional failures [12, 13]. The impact of 48 hours of sleep loss on neurobehavioral performance is even more severe, degrading the ability to sustain attention and vigilance [20, 21, 110, 170], and to withhold automatic responses and inhibit inappropriate responses [171]. Yet, even a single episode of moderate sleep deprivation, such as staying awake for 17 to 19 hours without sleep degrades neurobehavioral performance of transportation workers to a level that is equivalent or worse than that at a blood alcohol concentration of 0.05%, slowing response speeds by up to 50% and significantly degrading accuracy [141]. Acute partial sleep deprivation for 1-3 nights can also induce headaches that last from 1 hour to all day [172, 173].

Chronic sleep restriction, such as losing 2 hours of sleep per night, impairs reaction time and driving performance by an amount equivalent to that induced by alcohol ingestion [143, 145]. In fact, a 2002 population-based case controlled epidemiologic study revealed that drivers who reported five hours or less of sleep in the previous 24 hours have a 2.9-fold increased risk of a crash in which at least one occupant was admitted to hospital or killed [174], comparable to the increase in crash risk associated with a blood alcohol concentration of 0.08-0.10 percent [175]. Sleep fragmentation also impairs next-day functioning. As shown in Figure A-8 below, Positron Emission Tomography (PET) imaging has revealed that sleep deprivation is associated with decreased metabolism in the thalamus, the pre-frontal cortex and the parietal cortex [165].



**Figure A-8.** Glucose utilization as measured by positron emission tomography (PET), which is a nuclear imaging technology that enables visualization of metabolic processes in the brain. This image illustrates the changes induced by one night of sleep loss on regional uptake of glucose, which is the major source of brain energy utilization (from [165]).

In fact, the duration of time it takes to react to a visual stimulus (simple reaction time) averages three times longer after 24 hours of wakefulness than before an individual has stayed up all night [2]. Extended durations of wakefulness also increase the risk of attentional failures [13]—in which the eyes begin rolling around in their sockets at the transition from wakefulness to sleep—and of involuntary transitions from wakefulness to sleep, despite efforts to remain awake [2]. Alertness and performance are determined by the interaction of a circadian and a sleep wake dependent, or homeostatic process; this interaction has been successfully modeled mathematically [110, 111, 136, 176-178]. In my laboratory, we have quantified the contribution of the circadian pacemaker and the sleep homeostat to sleep duration and consolidation and also to subjective alertness, neurocognitive performance and mood [17, 31, 34, 39, 61, 65, 69-74, 89, 90, 131, 132, 134, 135], and have found that Sleep disorders, depression and anxiety are associated with adverse safety outcomes in healthcare workers [179].. We found that even within the range of 0 to 18 hours of wakefulness, the contribution of the sleep homeostat to variations of alertness and performance was equal to the contribution of the circadian pacemaker. The data further revealed that the detrimental effects of prior wakefulness on alertness were strongest when wakefulness occurred close to the minimum of the endogenous core body temperature rhythm, which normally occurs during the

latter half of the night shift among rotating shift workers. This indicates that alertness and performance are critically dependent on appropriate alignment of the sleep wake schedule to the endogenous circadian pacemaker, which is fundamentally disrupted by night shift work. Brain imaging studies have revealed that the interaction of the circadian clock with this homeostatic sleep drive is rooted in measurable changes in cortical and subcortical responsiveness and that the nature of the interaction varies among cortical and subcortical brain regions [180, 181].

Moreover, both acute and chronic sleep loss adversely affect postural stability, increase postural sway and slow visual inputs that contribute to postural control [182-195]. Experimental participants in England have been reported to experience near falls when exposed to brief balance perturbations while sleep deprived, leading to the conclusion that "sleep deprivation can be a contributing factor to decreased postural control and falls" [193]. The impact of sleep loss on balance control is so robust that scientists from laboratories in Finland, Israel and China have proposed that short postural tests be used as an objective method to assess fatigue due to sleep deprivation [185, 188-191, 194].

**Impact of Chronic Sleep Curtailment**

Multiple nights of insufficient sleep have also been shown to have detrimental effects on alertness, vigilance, psychomotor skills, postural stability, judgment and mood [18, 20, 21, 195-202]. The ability to sustain attention, maintain cognitive performance and prevent attentional failures deteriorates when sleep is chronically restricted to 7 or fewer hours per night for a week or longer [1, 21, 200]. This effect is even seen in the absence of extended wakefulness [203]. Subjective measures of stress, tiredness, sleepiness, irritability, hostility, distractibility and the frequency of complaints increase, while sociability and optimism decrease in the face of chronic sleep loss, which significantly increases psychometric measures of total mood disturbance and impairs judgment [148, 150, 161, 204, 205]. Objective measures of performance, including reaction time and memory, worsen with each successive day that insufficient sleep is obtained [21, 200] (see Figure A-9 below).



**Figure A-9.** Repeated nights of sleep loss result in cumulative cognitive impairment. Higher number of performance lapses indicate poorer performance and more unstable alertness. Note: B, baseline day.

Figure and legend reprinted from Sleep Deprivation and Sleep Disorders: An Unmet Public Health Problem, a report of the Institute of Medicine Committee on Sleep Medicine and Research Sleep Disorders, 2006 [1].

28

The effects of sleep deprivation are not overcome with a single night of sleep but can carry over several days. Increasing chronic sleep deprivation leads to an increased probability of experiencing lapses of attention and falling asleep involuntarily in inappropriate or dangerous situations. In a condition of chronic sleep deprivation, even if work were scheduled during an appropriate circadian phase, the probability of falling asleep while working is markedly increased.

Recent evidence suggests that even after a single night of 8 to 12 hours of recovery sleep, individuals with a history of recent exposure to chronic sleep loss may be more vulnerable to the effects of re-exposure to sleep restriction, exhibiting nearly double the deterioration in performance on a vigilance task upon acute sleep restriction to 4 hours of time in bed as compared with their response to the same challenge when their recovery sleep was not preceded by exposure to chronic sleep debt [206]. Thus, work schedules that induce chronic sleep curtailment may generate a deterioration of performance that becomes progressively greater with additional weeks of insufficient sleep. Despite intermittent opportunities for recovery sleep, individuals exposed to such schedules become increasingly vulnerable to the adverse effects of sleep loss on performance. We recently demonstrated in my laboratory that when individuals are chronically exposed to a schedule that affords inadequate time for sleep (i.e., 5.6 hours available for sleep each day), then the adverse effects of misalignment of circadian phase and acute sleep loss are an order of magnitude greater, even after participants were provided a 10-hour sleep opportunity [18]. We found that even a 10-hour sleep opportunity in bed in a dark and quiet room is insufficient to reverse the increased vulnerability to sleep loss associated with a week of chronic sleep restriction to 5.6 hours of time-in-bed per 24 hours [18]. Moreover, we have found that chronic sleep curtailment, even without extended wakefulness that exceeds 16 hours, similarly degrades human vigilance performance [203].

Increasing sleep deprivation leads to cognitive slowing, an increased probability of experiencing lapses of attention, episodes of automatic behavior [207, 208] and/or falling asleep while attempting to remain awake at work or on the commute to or from work. In a condition of chronic sleep deprivation, even if work were scheduled during an appropriate circadian phase, the probability of a sleep-related attentional failure or neurobehavioral performance failure while awake is markedly increased [20, 21, 200]. In fact, six hours of time in bed per night for a week or two brings the average young adult to the same level of neurobehavioral impairment as 24 hours of wakefulness, whereas 4 hours of time in bed per night induces that same level of impairment in four to six days and within a week or two induces a level of impairment comparable with 48 hours of wakefulness (i.e., two consecutive days and nights without sleep). Young adults are particularly vulnerable to the adverse impact of acute and chronic sleep deficiency on neurobehavioral performance and fatigue-related motor vehicle crash risk [108, 209, 210]. Metabolic studies have demonstrated that such sleep curtailment also has adverse effects on the metabolic and immune systems as well, leading to alterations in glucose metabolism and increasing the probability of weight gain [211-216]. As with alcohol intoxication, chronically sleep-deprived individuals tend to underestimate the extent to which their performance is impaired, failing to judge accurately the impact of sleep deficiency on their functioning and alertness, despite increasing impairment evident in objective recordings of the rate of lapses of attention (see Figure A-10 below from [21]).



**Figure A-10.**

Figure 1—Neurobehavioral responses to varying doses of daily sleep. Four different neurobehavioral assays served to measure cognitive performance capability and subjective sleepiness. Each panel displays group averages for subjects in the 8 h (◇), 6 h (□), and 4 h (○) chronic sleep period conditions across 14 days, and in the 0 h (■) sleep condition across 3 days. Subjects were tested every 2 h each day; data points represent the daily average (07:30–23:30) expressed relative to baseline (BL). Panel A shows psychomotor vigilance task (PVT) performance lapses; panel B shows Stanford Sleepiness Scale (SSS) self-ratings; panel C shows digit symbol substitution task (DSST) correct responses; and panel D shows serial addition/subtraction task (SAST) correct responses per min. Upward corresponds to worse performance on the PVT and greater sleepiness on the SSS, and to better performance on the DSST and the SAST. The curves through the data points represent statistical non-linear model-based best-fitting profiles of the response to sleep deprivation (equation (1)) for subjects in each of the four experimental conditions. The mean ± s.e. ranges of neurobehavioral functions for 1 and 2 days of 0 h sleep (total sleep deprivation) are shown as light and dark gray bands, respectively, allowing comparison of the 3-day total sleep deprivation condition and the 14-day chronic sleep restriction conditions. For the DSST and SAST, these gray bands are curved parallel to the practice effect displayed by the subjects in the 8 h sleep period condition, to compensate for different amounts of practice on these tasks.

**Sleep-wake transitions, sleep attacks and automatic behavior**

Importantly, individuals struggling to stay awake in the face of elevated sleep pressure—whether due to chronic sleep restriction or circadian misalignment—are not always able to do so. Sleep deprivation greatly increases the risk that an individual will succumb to the increased sleep pressure, and that the brain's "sleep switch" located in the ventrolateral preoptic (VLPO) area of the hypothalamus [67] will initiate an involuntary transition from wakefulness to sleep. Due to the influence of the circadian timing system, such an involuntary transition from wakefulness to sleep is most probable in the latter half of the night near the habitual wake time, which coincides with the morning commute, and in the mid-afternoon.

These classic consequences of chronic partial sleep deprivation are particularly evident while doing a routine task like driving. In a condition of chronic sleep deprivation, even when work (or wakefulness) is

scheduled during an appropriate circadian phase, the probability of a sleep-related neurobehavioral performance failure while working and/or driving is markedly increased. Of course, once an individual has lost the struggle to stay awake and makes the transition from wakefulness to sleep—however briefly—driving performance is much worse than that of a drunk driver, as the individual is unresponsive to the environment throughout the duration of the micro-sleep episode or the sleep attack. Moreover, when work (or wakefulness) is scheduled during an inappropriate circadian phase, the probability of a sleep-related neurobehavioral performance failure while commuting home from work after the overnight shift is also markedly increased.

In addition, sometimes drowsy individuals linger in an intermediate state between sleep and wakefulness. The operator of a motor vehicle in this sleep-related condition, which probably represents a transitional state in which part of the brain is locally asleep while part of the brain remains awake, may maintain full pressure on the accelerator pedal and proceed for a considerable distance, even negotiating gradual turns and exhibiting goal-directed behavior, but fail to heed stop signals or respond appropriately to traffic conditions in a timely manner. This intermediate state, which has been termed *automatic behavior syndrome*, is characterized by retention of the ability to maintain pressure on the accelerator, to turn the steering wheel and to carry out rudimentary tasks and to provide semi-automatic responses to stimuli without appropriate cortical integration, often resulting in a complete loss of situational awareness and judgment [207, 217, 218]. In the case of a motor vehicle driver, this could involve driving toward the flashing hazard lights of disabled vehicles in a highway breakdown lane rather than steering clear of those vehicles. Another example of automatic behavior syndrome has been repeatedly documented in trains equipped with alerter devices that are designed to stop the train if an engineer were to fall asleep or otherwise be incapacitated. Unfortunately, as Oman and Liu reported in 2007, "…automatic resetting behavior among engineers … ultimately defeats the purpose [of the alerter]." [Oman CM, Liu AM. Locomotive In-Cab Alerter Technology Assessment. in Development of Alternative Locomotive In-Cab Alerter Technology: Final Technical Report DOT Volpe PR#79-3389, DTS-79, Volpe National Transportation Systems Center, Cambridge, MA, 30 November, 2006]. One stakeholder in the rail industry provided an apt description of the impact of fatigue on the effectiveness of the alerter devices: " 'Engineers can become inattentive and keep hitting the alerter even when nodding off. 'Alerter naps' has become a commonly used term." Oman and Liu report that: "Accident investigations show that fatigued engineers are able continue their automatic resetting behavior even while in a very low level of physiological arousal, including brief episodes of micro-sleep, thus defeating the original purpose of the alerter." and that "The NTSB has noted that current alerter designs foster the development of automatic pre-emptive resetting behavior by drowsy engineers…."

National survey data reveal that 56 million Americans drive while drowsy each month, and an estimated 8 million Americans fall asleep at the wheel each month—with half of those who do so drifting into another lane or onto the rumble strip and 10 percent running off the road [219]. Remarkably, many drivers continue to operate their vehicles in a nether world between wakefulness and sleep that is associated with automatic behavior, which can occur when part of the brain is awake and part is asleep. A striking example of sleep-related automatic behavior associated with operation of a motor vehicle for an extended duration of time was documented in a video recording, when the husband of a motorist who was nearly driven off the highway by a drowsy driver called 911 to report the drowsy driver and then videotaped the drowsy driver as she drove for 30 minutes on U.S. Interstate 25 in Denver

[(https://www.thedenverchannel.com/news/woman-videotaped-falling-asleep-while-driving-on-i-25) accessed May 27, 2018]. In that 30-minute video, the driver can be seen with her head leaning back against the headrest, as shown in Figure A-11.



**Figure A-11.** An admittedly drowsy driver, Ms. Karyn Steinert, is shown leaning against the headrest while driving on I-25 in Denver at speeds of up to 70 mph. She reportedly caught herself nodding off at the wheel frequently during this drive, and told the Colorado State Trooper who ticketed her for investigation of reckless driving that she only had 2 hours of sleep the night beforehand. The incident was documented on the morning of October 15, 2007 by Christian Pruett and his wife, who was driving on Interstate 25 in Denver, when they both noticed a white sport utility vehicle next to them drifting from lane to lane, and nearly sideswiping their car. Mr. Pruett grabbed their video camera and photographed the sleeping woman with her head back as her vehicle moved along I-25.



**Figure A-12.** Screen capture from a video of a white sport utility vehicle (right) driven by an admitted drowsy driver, Ms. Karyn Steinert. In this image, the white SUV driven by Ms. Steinert is shown drifting across the white line on the left side of the middle lane in which she is driving, forcing the dark-colored pickup truck in the left lassing lane over the fog line and the rumble strip and onto the shoulder of the interstate highway. Ms. Steinert admitted that she had caught herself nodding off at the wheel frequently during this 30-minute videotaped drive, in which she similarly caused a tanker truck to go onto the shoulder. The incident was documented on the morning of October 15, 2007 by Christian Pruett and his wife, who was driving on Interstate 25 in Denver, when they both noticed a white sport utility vehicle next to them drifting from lane to lane, and nearly sideswiping their car. After calling the police, Mr. Pruett videotaped and photographed the sleeping woman with her head back as her vehicle moved along I-25.

Sleep deprivation degrades reaction time, impairs judgment, memory and vigilance, reduces attention span, increases distractibility, and raises the risk of attentional failures, automatic behavior, falling asleep at the wheel and motor vehicle crashes, with sleep deficiency and sleep disorders accounting for a population-attributable risk of at least 20 percent of all motor vehicle crashes [28]. This estimate is consistent with the conclusion of the Institute of Medicine and the AAA Foundation for Traffic Safety that sleep deficiency and sleep disorders account for 20 percent of serious crash injuries and deaths, and with the National Center for Statistics and Analysis that "Drowsy/Asleep/Inattentive" drivers account for 20 percent of fatal two-vehicle truck crashes [1, 6, 27, 161, 220, 221][Moonesinghe, R., A. Longthorne., U. Shankar., S. Singh., R. Subramanian., and J. Tessmer. An Analysis of Fatal Large Truck Crashes. Report No. DOT HS 809. Mathematical Analysis Division, National Center for Statistics and Analysis, National Highway Traffic Safety Administration U.S. Department of Transportation, Washington, D.C. March 2003.].



**It's official: Distracted drivers are dangerous**

Figure A-13.

(CNN) -- A new study lends scientific credence to what many aready suspect: Drivers dabbing on makeup, chatting on cell phones or eating breakfast are three times as likely to be involved in a crash as more attentive motorists.

April 21, 2006

A new study of car crashes and near-misses identified leading contributing factors in drivers' behavior.

| | % | Factor |
|---|---|---|
| | 22.16 % | Drowsiness |
| | 3.58 % | Dialing hand-held device |
| | 3.56 % | Talking/listening to a hand-held device |
| | 2.85 % | Reading |
| | 2.15 % | Eating |
| | 1.41 % | Applying makeup |
| | 1.23 % | Reaching for object |
| | 1.11 % | Reaching for a moving object |
| | 0.91 % | Looking at external object |
| | 0.35 % | Insect in vehicle |

- 22% of all actual and near-miss MV crashes due to drowsiness (NHTSA 100-car study, 2006)
- Fatal-to-driver truck crashes: 1/3 are fatigue-related—equal drug and alcohol-related crashes combined (NTSB, 1990)
- Drowsy driving crashes account for 20% of serious MVC injuries (Institute of Medicine, 2006)

Source: National Highway Safety Administration, Virginia Tech Tr

Drowsiness is also a problem, the researchers found. They said drowsy drivers are four times as likely to have a crash or near-crash.

The conclusion that drowsy driving is a causal factor in 20 percent of all serious injuries resulting from motor vehicle crashes in the U.S. [1, 220] is consistent with earlier reports [222] and with estimates in the U.K. [107]. As illustrated in Figure A-14 below, sleep-related crashes therefore result in nearly 55,000 debilitating injuries and 6,400 to 6,800 deaths annually [1, 27] (Figure A-15). These estimates are also consistent with data from a recent study conducted by researchers at Virginia Tech that was funded by the U.S. Department of Transportation, in which 100 automobiles were equipped with multiple video monitors and the driving of all of the individuals driving those cars were monitored over a year-long duration [223]. Sleep deprivation renders drivers unfit to drive [221].  Video camera recording of the driver's face was continuously recorded and scored for distractions, such as cell phone use, eating, personal grooming, conversations with passengers, operating a GPS, etc., and drowsiness. The automobiles were instrumented to capture actual and near-miss crash incidents. Drowsiness was by far the most common contributing factor to these incidents, accounting for 22 percent of them [223, 224], equal to the contribution frequency of all other distracters combined (see Figure A-13 above). Legislation is needed at the state level to address the epidemic of drowsy driving [220].



## ASLEEP AT THE WHEEL

Figure A-14.

~20 %
of all motor
vehicle
crashes

- **56 million Americans drive drowsy each month**
- **8 million Americans fall asleep at the wheel monthly**
  - Half drift into another lane or onto rumble strip
  - 10 percent run off road
- **400,000 fatigued driving injuries annually**
- **50,000 fatigued driving debilitating injuries annually**
- **6,800 sleep-deficient driving fatalities annually**
- **Consensus: Negligent to drive <2h sleep in prior 24**

Sources: NHTSA, 2006 IOM Report, NSF Annual Survey, NHTSA 100-car study, NTSB; Tefft BC: Prevalence of Motor Vehicle Crashes Involving Drowsy Drivers, United States, 2009-2013. In. Washington DC: AAA Foundation for Traffic Safety; 2014; Czeisler CA *et al.* Sleep-deprived motor vehicle operators are unfit to drive: A multidisciplinary expert consensus statement. Sleep Health, 2016.

Nationally, it is estimated by drivers that drowsy driving contributed to 1.35 million crashes within the prior 5 years. An estimated 7.5 million drivers admit to having fallen asleep at the wheel within the past month, and another estimated 7.5 million drivers admit to having fallen asleep at the wheel during the prior 2-6 months (i.e., an average estimate of 300,000 drivers fall asleep at the wheel per day in the U.S.) [219]. The following text quotation is adapted from the published results of a national survey study conducted in 2002 by NHTSA: "The average drowsy driving experience is associated with the following characteristics: the driver averaged 6.0 hours of sleep the previous night (and 24% had slept fewer than five hours); the driver had been driving for an average of 2.9 hours (but 22% had been driving for more than four hours); the incident occurred while driving on an interstate type highway with posted speeds of 55 mph or higher (59%); and nearly half (48%) of the drivers reported that they nodded off between 9 p.m. and 6 a.m. [219]. The overwhelming majority (92%) of drivers who nodded off while driving within the past six months reported that they were startled awake. However, 33% drifted into another lane or onto the shoulder, and 19% admit that they crossed the centerline. In 10% of cases, the driver reportedly ran off the road. An estimated 292,000 drivers are involved in some type of crash within the past six months as a result of nodding off at the wheel." [219]. In 2009, the Commonwealth of Massachusetts issued the report of the Massachusetts Commission on Drowsy Driving, on which I served as a member, to address this important public safety issue in Massachusetts [220] I also served as Chair of a National Sleep Foundation Task Force to develop a multidisciplinary expert consensus statement on the impact of sleep deficiency on driver fitness [221].

These widely recognized consequences of sleep deficiency are particularly evident while doing a routine task like driving. That is because operating a motor vehicle is a demanding vigilance task is uniquely vulnerable to a momentary lapse of attention or slowed reaction time. Moreover, driving is a routine, highly over-learned task with minimal novelty that occurs while drivers are in a sedentary position. Night driving takes place in dim light or near darkness, providing a minimal photic alerting signal to the brain.

# Drowsiness is Special Problem for Motor Vehicle Operators

Figure A-15.

- **Operating motor vehicles is a routine, highly-over-learned task with minimal novelty**
- **Drivers are usually in a sedentary position**
- **At night, motor vehicle drivers are usually in dim light or near darkness**
- **Task is uniquely vulnerable to momentary lapse of attention or slowed reaction time**

- **Drunk Driving       ~10,800 deaths annually**
- **Drowsy Driving     ~ 6,800 deaths annually**
- **Distracted Driving ~ 5,500 deaths annually**

**Figure A-15.** Operating a motor vehicle is a demanding vigilance task that is uniquely vulnerable to sleep deficiency and circadian misalignment, and is associated with nearly twenty fatalities in the United States each day [6].

In a condition of chronic sleep deprivation, even when work (or wakefulness) is scheduled during an appropriate circadian phase, the probability of a sleep-related neurobehavioral performance failure while working or driving is markedly increased. Once an individual has lost the struggle to stay awake and makes the transition from wakefulness to sleep—however briefly—driving performance is much worse than that of a drunk driver, as the individual is unresponsive to the environment throughout the duration of a sleep-related attentional failure, such as a sleep-related lapse of attention, a micro-sleep episode or a sleep attack. In 2004, Lamond and colleagues published a study in which they quantified the deterioration in neurobehavioral performance that occurs at the end of the night shift in comparison with that induced by alcohol intoxication [225]. In this laboratory-based study simulating night shift work, individuals were scheduled to work in the laboratory on a series of consecutive 8-hour shifts, and scheduled to sleep up to 11 hours per day in a sound-attenuated, dark room during the daytime. Neurobehavioral performance in those participants in the night shift work condition was compared with an alcohol intoxication condition in which those same participants were required to consume alcoholic beverage "consisting of 40% vodka

and a non-caffeinated soft drink mixer, at hourly intervals." Notwithstanding the greater opportunity for sleep between shifts afforded by an 8-hour as compared to a > 12-hour shift, after the third consecutive 8-hour overnight shift, "impairment equivalent to that caused by a BAC [blood alcohol concentration] of 0.10% was observed for lapse frequency [i.e., attentional failures] at the 8th hour [i.e., at 7 am]" [225]. As with alcohol intoxication, chronically sleep deprived individuals tend to underestimate the extent to which their performance is impaired, despite increasing impairment evident in objective recordings of the rate of lapses of attention or attentional failures [21]. Moreover, most drivers who cause sleep related motor vehicle crashes are often reportedly unaware that they fell asleep or had a sleep-related attentional failure that caused the crash [226]. Sleep deficiency, circadian disruption, sleep-promoting drugs or foods, and medical illness can all increase the risk of impairment by fatigue (Figure A-16). Soporific environmental conditions can exacerbate this risk.

# Multiple pathways can lead to operator impairment by fatigue

Figure A-16.

- **Sleep deficiency**
  - **Insufficient Sleep** (acute or chronic)
    - **Recreational sleep loss**
    - **Occupational sleep loss**
  - **Sleep Disorder**
- **Circadian disruption**
- **Drug- or alcohol-induced**
- **Secondary to other medical condition**

**Drowsy drivers seek distractions to stay awake**
  - **Sleep deficiency increases distractibility**

**Figure A-16.** Many different factors can result in the fatigue-related impairment [6].

**Interruptions of Sleep and Sleep Inertia**

Repeated interruptions of sleep, such as is experienced by employees when they are on call, degrade the restorative quality of sleep, compared to an equal amount of consolidated sleep. Such repeated interruptions of sleep are thought to contribute to the excessive daytime sleepiness associated with sleep disordered breathing, which induces many brief arousals during the night. Interestingly, just being on call itself disturbs sleep, even when the individual is not called [227, 228]. Ambient noise, such as occurs in hospitals and prisons, can also disturb sleep [229] [Dewa LH, Kyle SD, Hassan L, Shaw J, Senior J. Prevalence, associated factors and management of insomnia in prison populations: An integrative review. *Sleep Med Rev*. 2015 Dec;24:13-27. doi: 10.1016/j.smrv.2014.12.002. Epub 2014 Dec 13. PMID: 25644983]. Animal studies have demonstrated that such environmentally noise-induced acute partial sleep deprivation can induce weight gain [230]. Moreover, long-term exposure to noise that disturbs sleep

has been associated with an increased risk of diabetes [231] and objectively assessed daytime sleepiness [232].

Cognitive performance is markedly degraded during the transition from sleep to wakefulness [16, 233-244]. The extent to which this phenomenon, which is called sleep inertia, interferes with neurobehavioral performance is related to the depth of the prior sleep episode [240]. Thus, agents that interfere with sleep, such as caffeine, can mute the effect of sleep inertia [245]. The adverse impact of sleep inertia on neurobehavioral performance on performance can exceed the impact of total sleep deprivation, as shown in Figure A-17 from our publication in the *Journal of the American Medical Association* (*JAMA*)[16]. Individuals who are subjected to acute total sleep deprivation or chronic sleep restriction often experience very deep sleep, which together with an adverse circadian phase will increase the effects of sleep inertia [15, 16, 240, 246, 247]. Upon awakening from sleep, individuals will often be confused and may even lack situational awareness.

**Figure A-17** Cognitive Performance on Awakening From Sleep Compared With Subsequent Sleep Deprivation



The group mean (horizontal dotted line) across the sleep inertia period and 26-hour awake period has been added to the deviation from the mean scores for the number of correct responses in 2 minutes to permit overall assessment of the magnitude of performance impairment. Error bars indicate SEM; asterisk, differs from all subsequent time points at $P \leq .01$.

As shown in Figure A-18 below from research performed in my laboratory by Dr. SE McCormack in collaboration with Drs. K Kwong and BR Rosen at MIT, sleep inertia following a 45-minute sleep

episode in an MRI brain scanner at 4 am is associated with local loss of functional Magnetic Resonance (brain) Imaging activation in response to an attention task.  (SE McCormack, D Aeschbach, K Kwong, BR Rosen, CA Czeisler, Presented at the 17th Congress of the European Sleep Research Society, P087, October 9, 2004, Prague, Czech Republic).

Figure A-18.

**SLEEP INERTIA:**  Thalamus and frontal cortex are particularly slow to recover in the first 15-30 minutes after awakening



**Focal loss of fMRI activation** to an attention task following a 45 minute sleep episode at 4 am.
From: SE McCormack, D Aeschbach, K Kwong, BR Rosen, CA Czeisler, Presented at the 17TH Congress of the European Sleep Research Society, P087, October 9, 2004, Prague, Czech Republic

**Night Shift Work Induces Misalignment Between the Phase of the Circadian Pacemaker and the Work Sleep Schedule** For the night shift worker, scheduled work hours occur during those normally reserved for sleep. As a result, the worker attempts to remain awake during habitual sleeping hours, when the brain is programmed to promote sleep, and attempts to sleep during habitual waking hours when the brain is programmed to maintain wakefulness. Since the turn of the century, it has been recognized that complete physiologic adaptation of endogenous circadian rhythms to the required inversion of their sleep wake schedule, even among permanent night shift workers, does not occur even after years of permanent night time work [48, 248-253].

Maladaptation of night shift workers' circadian system to their required work schedule results from their exposure to conflicting environmental and behavioral synchronizers. For a commercial motor vehicle driver, this is particularly true on days that they are driving, since drivers are exposed to the solar light-dark cycle to a much greater extent than a person working in an indoor environment. This light exposure synchronizes the biological clock to the solar day, reinforcing a conventional schedule of day activity and night sleep. Therefore, a maladaptive circadian phase relationship with the outside world is maintained for the night commercial motor vehicle driver, promoting sleep at night and wakefulness during the day. This environmental synchronizer is also reinforced by exposure to social and behavioral influences promoting day activity and night sleep, such as the often day-oriented schedules of pickup and drop-off locations.

These influences often lead the night shift worker to postpone, interrupt or truncate daytime sleep. Exposure to these environmental, social and behavioral synchronizers can overcome the potential effect of the inverted work-rest schedule on the circadian clock, resulting in misalignment between the biological time programmed into the brain's circadian clock and the work rest schedule required of the night shift worker [48]. Misalignment of the circadian pacemaker with the desired sleep wake schedule is thus a chronic consequence of night shift work, even among permanent night shift workers.

Numerous laboratory studies, including those in my own laboratory, have shown that there is a prominent circadian variation in objective and subjective measures of alertness, performance (psychomotor, vigilance, memory) and attention or ability to concentrate with a nadir in the latter half of the usual sleep time [9, 31, 69, 89, 250, 254-266]. Because of the failure of the circadian pacemaker to adapt to the inverted work schedule in most night shift workers, the peak drive for sleep continues to occur during the latter half of the night and into the morning hours while the employee is at work and/or commuting home from work. In 1995, Pack et al. noted a peak that the peak of fatigue-related motor vehicle crashes occurs in the early morning hours, peaking between 7-8 a.m. [226]. Extended duration work shifts, in which night workers are also scheduled to work during daytime hours can further increase sleep pressure and lead to increased risk of sleep-related neurobehavioral performance failure [267].

There are inter-individual differences in the ability to maintain performance during night work. Increased vulnerability to attentional failure during acute sleep deprivation in women depends on menstrual phase [268]. Excessive sleepiness during night work or insomnia during day sleep are the cardinal symptoms of Shift Work Disorder [269], which recent research indicates may have a genetic basis in some individuals [270]. A number of countermeasures and treatments can be effective in treating the symptoms of Shift Work Disorder, including improvements in work scheduling, use of properly timed use of light, administration of nutritional supplements such as caffeine and melatonin, and use of pharmacologic agents such as modafinil, as we have demonstrated in my laboratory and our field study investigations [13, 44, 48, 271-276].

**Work during nighttime hours leads to sleep deprivation**

Several mechanisms are responsible for the sleep deprivation associated with night shift work. The first and most direct effect is that the employees are now awake and working during the hours at which they ordinarily sleep. This can occur when employees work throughout the time of their usual sleep episode (e.g., an overnight work shift), during the first half of the usual sleep episode (e.g., a late evening shift), or during the final half of their usual sleep episode (e.g., an early morning shift). Second, abnormalities in the internal architecture and consolidation of sleep result from the misalignment of their attempted sleep time with the output of their biological clock, causing sleep deprivation, even when there is ample time available for sleep between shifts. Laboratory studies that I and others have conducted have demonstrated conclusively that the length of a sleep episode is dependent on the phase of the circadian system at which the sleep occurs, even when participants are studied in sound-attenuated rooms and shielded from external time cues [29, 30, 69, 70, 277]. Studies have demonstrated that sleep duration is reduced during daytime hours as compared to the night [278, 279]; daytime sleep is accompanied by more frequent arousals and changes in intra-sleep architecture. Even in a soundproofed environment and/or one without time cues, sleep is quantitatively and qualitatively different from that obtained at night, with a deficit of both minutes and types of sleep. Daytime sleep episodes are shorter in duration than nighttime sleep episodes because the night shift worker is attempting to sleep just as the internal biological alarm clock sounds to wake him or her up, a consequence of a misalignment between the circadian pacemaker and the external

environment. For example, the daytime sleep of train driver scheduled to work at night is cut short when sleep is attempted during the daytime at an adverse circadian phase [Foret J and Lantin G, in Aspects of Human Efficiency, W. P. Colquhoun, Ed. (English Univ. Press, London, 1970), pp. 273-282] [69]. The daytime sleep of night shift workers worsens with advancing age [278-280]. When an inadequate amount of time is available between shifts, sleep deprivation will further alter sleep stages. Sleep disruption is more pronounced in middle aged shift workers than in younger shift workers [279, 281]. Nurses commonly admit to falling asleep while working at night, with almost two thirds (65%) of the nurses working the night shift reporting struggling to stay awake at work and 20% falling asleep at work [282].

Environmental disturbances further interrupt the daytime sleep of the night shift worker. Noise from children, road traffic, telephones, doorbells, and other family members are the most commonly reported causes of sleep interruption of the night shift worker [283, 284]. In one survey of 9,000 shift workers, children's noise was mentioned in 77.9 percent of the complaints, road traffic noise in 63.2 percent and telephone ringing in 54.5 percent [283]. Field studies of shift workers worldwide indicate that the majority of workers whose schedule includes night work (midnight to 7 am) experience disturbed day sleep [283, 284]. Furthermore, night workers are often attempting to sleep at a time when not only environmental activities, but also social activities are at a peak. Therefore, many night shift workers voluntarily elect to shorten their sleep in order to attend to social and family obligations. In fact, night shift workers are much more likely than day workers to set alarms to interrupt sleep [285], notwithstanding the increasing sleep debt they are accumulating. Thus, pressure from the demands of society often leads night shift workers to interrupt and even prematurely truncate the sleep that they would be able to achieve during the day. Employees working on call and/or irregular schedules also suffer from poor quality sleep. i.e., sleep that is less restorative for optimal work time functioning.

Overall, night shift workers sleep an average of one to two hours less during the day than at night [48, 279, 284], accumulating approximately one lost full night of sleep for every week of night work. Furthermore, on individual days they are often able to sleep only 1 to 3 hours [284], resulting in acute sleep deprivation. Subjective sleep quality and quantity is also poorer during day sleep [286-288]. Data from field studies collected on shift workers are thus consistent with the conclusion that rotating shift workers are both chronically and acutely sleep deprived when working at night and attempting to sleep during the day. These problems with shorter and poorer quality sleep often persist despite government or industry polices that mandate rest time. Unless sufficient duration and quality sleep occurs, rest alone will have no significant impact on promoting alertness and performance during subsequent working hours. For this reason, it is critical that employers in safety-sensitive industries require employees in general, and night workers in particular, to notify the employer and be relieved of any scheduled work assignment if, for whatever reason, the employee is not fit for duty due to insufficient sleep duration or quality.

**Worker Survey Data on the Effects of Shift Work**

My own research in the field has provided compelling evidence of the prevalence of sleeping and inattentiveness among shift workers. My colleagues and I have worked with companies from a variety of industries nationwide to evaluate the shift work schedules of workers at those companies using questionnaires designed to evaluate shift work schedules, employee preferences and sleep disorders. The questionnaires sought information on worker satisfaction, health practices, and adaptation to their existing shift schedules. The questionnaires specifically asked how frequently the employees "nodded off" or fell asleep while at work. Steps were taken to protect worker confidentiality and encourage participation. The analysis presented below represents results of surveys administered to a total of 2,583 workers from 12

41

companies. Only those workers who indicated that they currently worked a 3-shift rotation, including day, evening, and night shifts, were included in the current analysis. The twelve companies are from a variety of industries and include: an urban police department, a paper company, a plant producing rubber for the tire industry, a potash harvesting plant, a tire manufacturing company and a utility with both nuclear and non-nuclear facilities. Summarized below are the results of a series of questions related to attentiveness and the ability to remain awake at work. The survey data show falling asleep at work and loss of alertness to be common features of shift work. Moreover, the risk of falling asleep at work and loss of alertness is elevated during the night shift. These results are consistent with those obtained by other researchers using similar methods [249, 261, 263, 266, 289-294]. When the shift workers were asked how many times per week of working on the day shift they usually nodded off or fell asleep while at work, 21.6% of the 2402 workers who responded said they fell asleep at least once each week on the day shift, with 2% of those indicating that they fell asleep more than five times per week. When working evening shifts, 15.1% of the 2392 workers surveyed said they nodded off or fell asleep one or more times per week, with 0.7% indicating that they fell asleep more than five times per week. When asked about working the night shift, 55.7% of the 2424 respondents said they fell asleep at least once per week, with 12.1% responding that they fell asleep more than 5 times per week. These inter-individual differences in the severity of symptoms of Shift Work Disorder derived from workers participating in field studies are consistent with laboratory investigations that have revealed considerable differential vulnerability to the deterioration in neurobehavioral performance associated with sleep loss and night shift work [295-300]. Overall, 57.0% of 2363 workers reported falling asleep at least once during a full shift rotation. While results varied by company, at least 40% of the workers from each and every company reported nodding off or falling asleep on the night shift at least once per week.

**Sleepiness among Nuclear Powered Electric Power Generation Plant Workers on 8-hour Shifts**

There is a common misconception that in critical situations, where individuals have great responsibility for human life, they can voluntarily overcome the effects of sleep loss and misalignment of circadian phase. Our survey data did not support this hypothesis. Even nuclear power plant workers experienced the same debilitating effects of night shift work on alertness and performance. As with shift workers in the other industries we surveyed, the nuclear plant personnel reported a significant drop in their level of alertness on the night shift. This drop was reported by both licensed and non-licensed nuclear plant personnel. In addition, both licensed and non-licensed personnel reported that they were most tired on the night shift. In fact 49.4% of the nuclear power plant workers reported that they fell asleep at least once per week on the night shift, with 30.5% reporting that they fell asleep 2 to 5 times per week, and 5.2% reporting 6 to 10 times per week. As in other industries, nodding off or falling asleep at work occurred to a lesser extent on the day and evening shifts. The predominance of reported sleeping on the night shift is consistent with the fact that 71% of the 2,498 workers responding indicated that they were most tired on the night shift. 17.3% indicated they were most tired on the day shift, 4.2% responded that they were most tired on the evening shift, and 7.5% said that they were not more tired on any shift. Similarly, when asked to rate their alertness on the VAS, the average + S.E.M. alertness score of 2,392 workers on the night shift was 42.0 + 0.54; the average alertness score of 2,322 workers on the day shift was 66.5 + 0.47; and the average alertness score of 2,366 workers on the evening shift was 73.0 + 0.42; and the average alertness score of 2,180 respondents on their days off was 76.9 + 0.43. When asked if they thought that their schedule makes them sleepy, a majority of workers (54.1% of 2,342) answered YES. On a separate question asking if they felt too sleepy during work, 36.8% of 799 workers who were asked this question responded affirmatively.

42

**Attentional Failures and Occupational Safety**

The impact of the profound fatigue associated with night shift work is highlighted by the responses from employees reporting instances of falling asleep driving to or from work: 17.6% of 1,270 shift workers reported that they had fallen asleep while driving to or from work in the last year and 30.4% of 2,368 shift workers reporting that they had at least one near miss or actual automobile accident due to sleepiness in the past year. A subset of these workers were asked more detailed questions regarding the circumstances of these accidents. 3.6% of all workers responding reported having an actual automobile accident due to sleepiness. Of these 15 workers, ten had accidents on a work day. Two reported accidents that happened while on evening shift rotation, and eight occurred to workers on the night shift. Of the 428 workers responding to a question about near-miss automobile accidents due to sleepiness, 146 (34.1%) reported having at least one actual or near-miss automobile accident due to sleepiness in the past year. When asked about procedural errors at work due to sleepiness, 19.7% of 233 workers responding reported at least one procedural error, and 33.2% of 214 workers responding reported near-miss procedural errors at work due to sleepiness. When questioned about personal injury accidents at work due to sleepiness, 6.9% of 245 workers responding reported actual personal injury accidents, and 18.4% of 228 workers reported near-miss personal injury accidents due to sleepiness.

In 1992, we published data on a study of 876 nurses. We found that 32.4 percent of those who always worked nights reported falling asleep during the night shift at least once a week [301]. Furthermore, we demonstrated that nurses who worked the night shift had 2.24-fold greater odds of a motor vehicle crash and nearly double the risk of a near-crash [301]. In 1996, Novak and Auvil-Novak published data from a cohort of night-working nurses, 95.5 percent of whom report that that they had experienced at least one accident or near-accident driving home from the night shift [302]. In 1999, Stutts et al. reported that working the night shift increases the odds of a sleep-related crash by nearly six times and [303]. In 2007, in a study of nurses, Scott et al. reported that working at night increased the odds of a drowsy driving incident four-fold, such that 79.5 percent of nurses who worked only the night shift had an episode of drowsy driving within a 4-week study interval [304]. Moreover, 3.3 percent of those nurses reported experiencing drowsy driving following every shift worked. In a 2008 study of nurses, Dorrian et al. [305] reported that "nearly half of extreme drowsiness and near-accident reports occurred between 0700 and 0900h. This coincides with the end of the night shift" [305]. These data are consistent with the conclusions from the published literature published by Lyznicki et al. for the Council on Scientific Affairs of the American Medical Association, by Horne [226, 306], by Scott et al. [304], and by Dorrian et al. [305], who concluded that night shift work was associated with a markedly increased risk of fatigue-related motor vehicle crashes. In 2007, Scott et al. concluded: "Given the large numbers of nurses who reported struggling to stay awake when driving home from work and the frequency with which nurses reported drowsy driving, greater attention should be paid to increasing nurse awareness of the risks and to implementing strategies to prevent drowsy driving episodes to ensure public safety. Without mitigation, fatigued nurses will continue to put the public and themselves at risk" [304].

The work schedule itself has a significant effect on the risk of errors and accidents. The number of consecutive work hours; the number of consecutive days of work; the time of day and the frequency of rest breaks have all been found to influence the risk of error and accident [307-310]. A meta-analysis of a number of research studies has revealed that the relative risk of Injury or accident is more than doubled after 12-hours of work [307], comparable to the results of Haneke et al., who reported in 1998 that the relative accident risk increased exponentially after the 9th hour of work to more than double the risk of an

8-hour shift [311]. Rogers and her colleagues found that the risk of error was three times higher when nurses worked shifts of 12.5 hours or longer [310].

When workers experienced with both 8- and 12-hour night shifts were asked which shift resulted in fatigue which decreased their performance at work, 80 percent of respondents felt that the 12-hour workday resulted in the least efficient performance due to fatigue [312]. In a modeling study entitled "The 12-hour Shift Revisited: Recent Trends in the Electric Power Industry" conducted by Ontario Hydro in Toronto, Canada, it was estimated that human error by operators would be doubled by a change from 8-hour to 12-hour shifts, due to fatigue and misalignment of circadian phase. This resulted in a 70 percent increase in their risk assessment of a public accident [313-315]. In addition to night shifts posing at greater risk of injuries and accidents than day shifts, and 12-hour shifts posing a greater hazard than 8-hour shifts, and the later hours of the night shift posing a much greater hazard than the initial hours of the night shift, and the circadian peak of sleep-related errors and accidents occurring between 6 a.m. to 9 a.m., the number of consecutive days of lengthy shifts also affects the risk of errors and accidents. In 2006, Folkard and Lombardi [307] reported that "there was a significant trend [in the risk of accidents] across four successive night shifts … [such that] risk was about 6% higher on the second night, 17% higher on the third night, and 36% higher on the fourth night."

In 1998, the National Highway Transportation Safety Administration concluded, based on evidence from crash reports and self-reports of sleep behavior and driving performance, that one of the three top population groups at highest risk of drowsy driving crashes was: "Shift workers whose sleep is disrupted by working at night or working long or irregular hours" [316]. The National Highway Transportation Safety Administration noted that "periods of work longer than 8 hours have been shown to impair task performance and increase [the risk of motor vehicle] crashes"[316]. As reported by the Department of Transportation, the relative risk of a fatigue-related crash among truck drivers—which is the leading cause of fatal-to-the-driver truck crashes [104, 317]—increases sharply after 10 hours of driving, such that there is a fifteen-fold increase in the risk of a fatigue-related crash in the group driving more than 13 hours [318] (Figure A-19).



**Figure A-19.**

**Figure 16.** Figure 16 shows the relative risk of a fatigue-related fatal crash by the number of hours of driving. Data on hours driving up to 1992 came from phone interviews and from the FHWA's form MCS–50T accident reports. Motor carriers involved in certain accidents were required to complete these forms up to 1992. Since elimination of the requirement to file MCS–50T accident reports in 1993, data on hours driving come entirely from phone interviews by University of Michigan Transportation Research Institute researchers. The interview source is the owner of the truck, so the agency expects some under-reporting for hours above the current limits. About one quarter of all respondents refused to answer this question, much higher than the percent missing for any other question. Nonetheless, the data clearly show the impact of extra hours driving on the likelihood of fatigue being cited in a crash. Not surprisingly, risk increases with time driven. Approximately 20 percent of the fatal crashes per year where fatigue is coded as a factor involve the driver being behind the wheel for 13 or more hours [Figure and legend taken from [318]].

In another study, we demonstrated that young physicians in training who were randomized to work 30-hour shifts experienced twice as many attentional failures during nighttime hours as compared to those same physicians randomized to work a schedule in which the longest shift was just over half that duration and was preceded and followed by 13 to 23 hours off [13]. We also found that resident physicians commuting from the hospital after shifts that exceeded 24 hours in duration had a 168 percent greater risk of a motor vehicle crash compared with those same physicians commuting after a shift that averaged approximately 12 hours in duration.

As Harris observed more than forty years ago, truck driving in particular is one of the most demanding vigilance tasks, in which a momentary lapse of attention has the potential for disastrous consequences [106]. Fatigue-related crashes in commercial motor vehicles occur most commonly during night-time hours [105, 106, 319]. Sleep-related fatigue is a major cause of crashes involving heavy trucks due to fatigue-related impairment of driving skills (poor judgment, slowed reaction times, decreased awareness and increased distractibility) [104, 317, 320]. Sleep-related fatigue can be caused by long work hours and lack of sleep and is strongly influenced by time of day [with increased risk in the latter half of the habitual sleep episode and in the mid-afternoon between about 1-5 p.m. [92]]. In May of 1994, two parents in

Maine whose son and three of his friends were killed by a truck driver who the parents believe fell asleep at the wheel formed an organization they call "Parents Against Tired Truckers," an organization with the stated goal of reducing heavy truck crashes resulting from truck driver fatigue.

**Sleepiness among Police Officers in an Urban Police Working 8-hour Shifts**

Thirty years ago, I conducted an evaluation of the impact of the shift work schedule on the alertness and performance of the officers in the Philadelphia Police Department [http://healthysleep.med.harvard.edu/need-sleep/success-stories/lou-killer-shift; accessed February 21, 2015)]. In order to do so, a survey questionnaire was administered to a representative sample of patrolmen and detectives from all districts and divisions in the City of Philadelphia to obtain information from a cross section of the officers (a horizontal sample). Simultaneously, a single district of patrolmen and detectives was selected for an in-depth evaluation (a vertical sample). In this way, 198 questionnaires were collected from across the City of Philadelphia and 177 questionnaires were collected from members of the 35th District and the Northwest Detectives in the City of Philadelphia, for a total of 375 respondents. I found that 54.3 percent of the officers reported that they received an inadequate amount of sleep. In fact, the only time that the officers averaged eight hours of sleep per night was during a series of days off. When working, the officers' average daily sleep times were 6.7 hours per 24 hours while on day shift; 7.2 hours while on the evening shift; and 6.3 hours when on the night shift. Significantly, more than 50 percent of the officers reported a moderate to severe problem with poor quality sleep. More than 70 percent of the officers admitted falling asleep on the job (intentional or unintentional) during the night shift; one third of the officers reported falling asleep on the job when working the day shift; and one in seven officers reported falling asleep at work while working the evening shift. Officers who admitted falling asleep at work during the night shift estimated that it happened an average of more than three times per week of night shifts. Officers on the night shift averaged 3.8 of such on the job sleep incidents per week, despite the fact that falling asleep at work was considered grounds for disciplinary action and/or termination. Furthermore, 41.3 percent of the officers reported feeling tired frequently or most of the time both on and off the job while on the night shift. In fact, one out of every ten officers reported incidents when they actually fell asleep while driving to or from work during the prior year. Nearly one in four officers reported an actual or near miss automobile accident due to sleepiness in the prior year. Thirteen percent of the officers reported three or more such incidents in the prior year. Finally, I found that 75 percent of the officers reported that their schedule did not provide them enough time with their children. Nearly 80 percent reported that their families were dissatisfied with their work schedule. Only 16 percent reported that their families were satisfied with their work schedule.

**Sleepiness among Air Traffic Controllers on a Rapidly Rotating Shift Work Schedule**

Survey data reveal that sleep disruption and fatigue are serious problems among air traffic controllers, as well. Data from a Congressionally mandated, FAA-sponsored survey distributed from 1999 to 2000 to all 23,500 FAA personnel with an ATCS designation revealed that 62% of the 4,112 enroute and terminal ATCS respondents reported difficulty sleeping before the midnight shift. In fact, according to a pamphlet published by the FAA in 2001, "67% of ATCS shift workers reported having trouble sleeping because of shift work [and] 46% of ATCS shift workers indicated that they often fall asleep unintentionally." [321]. Reported sleep quality was rated most poorly (averaging only 1.3 on a 1-5 scale in which 5 was high) on the sleep between the day shift and the night shift on the FAA's counterclockwise, rapidly rotating schedule worked by 92 percent of the respondents [321], and the respondents felt least rested (average rating of 1) after the midnight shifts and the least mentally sharp in terms of alertness and memory at the

end of the midnight shift, consistent with data from our studies in the laboratory [2]. As the FAA reported in 2001, "Mental sharpness is lowest during the midnight shift because at this time, shift workers must deal with the circadian low point for energy and alertness levels, and the effects of poor quality daytime sleep." [321]. In fact, 77% of the FAA's air traffic controllers on the counterclockwise, rapidly rotating shift work schedule with midnight shifts reported that they had caught themselves about to doze off while at work; 79 percent of the air traffic controllers had sometimes, frequently or always had lapses of attention and 36 percent had actually fallen asleep at the wheel while commuting on the midnight shift [321]. This most often occurred on the commute home from the midnight shift. When asked if the air traffic controllers had any other comments or observations relating to their sleep and fatigue, the most common category of response was: "Quick turn-arounds between shifts cause fatigue and/or are dangerous." This spontaneous response was written in by 164 air traffic controllers. The second most common write-in response category was that "shift work in general causes fatigue, is dangerous, and does not allow a sleep routine," which was noted by 115 respondents.

**Objective Field Data on the Effects of Shift Work**

The self-reported rate of nodding off or falling asleep at work among nuclear power plant control room operators and police officers seen in our survey data is consistent with survey data on severe sleepiness of train drivers working an irregularly scheduled night shift [322], and with data recently obtained using continuous electroencephalographic (EEG) recordings of power plant operators in Sweden. Dr. Kerstin Dahlgren of the Swedish Nuclear Inspectory has recorded ambulatory polysomnograms on 20 nuclear power plant workers on a rotating shift work schedule and has found that approximately 25 percent of them fall asleep while operating the plant, mainly while on the night shift (Dr. Dahlgren, personal communication). Dr. Dahlgren notes that the operators not only napped when she left them on their own, but they progressed to slow wave sleep, according to the EEG recordings (Dr. Dahlgren, personal communication), a progression which our laboratory studies indicate requires an average of $18.0 + 8.6$ minutes (range 9.5 to 33.5 minutes). During her study, she has further personally observed situations in which all five nuclear power plant operators were simultaneously asleep. Objective field studies have also discovered sleeping among workers subject to circadian rhythm disruptions and/or sleep deprivation in other industries where worker alertness is commonly viewed as a necessary element of successful job performance. For example, studies of airline pilots have revealed instances of pilots asleep while on duty on the flight deck [262, 323] and physicians falling asleep while caring for patients in Intensive Care Units [13]. EEG recordings of the pilots have shown patterns consistent with sleep or inattention. Observers in the cockpit have also seen airline crews take voluntary and involuntary naps. In some cases, the crew discussed who would nap, despite regulations prohibiting such behavior. In fact, a NASA/FAA sponsored study revealed that the pilots of commercial airlines were napping approximately 11% of the time on long haul flights (average flight duration, 10.4 hours) with nap episodes averaging 46 minutes in duration, occurring throughout the flights despite the presence of NASA observers and the knowledge that their EEG patterns were being monitored [324]. Studies of train drivers in the field have shown similar results: EEG and EOG changes consistent with inattention, microsleep, and/or sleep and observer (in the locomotive) recorded instances of inattention or missed signals and other severe performance lapses [292, 294, 325]. One study [292] found that of 2,290 train trips, 1.5% (34 cases) had actual operational misses involving drowsing or napping; 79% of these occurred between midnight and 6 a.m. and 12% between 10 p.m. and midnight. The NASA/FAA field study revealed that alertness of pilots from top of descent to landing can be improved by the use of scheduled cockpit naps [262], similar to the results of a CAMI study. However, we have found that brief (<4 hour) sleep episodes are insufficient for

restoring performance in first-year resident physicians working overnight extended-duration work shifts [326].

When the work to be performed is relatively monotonous and routine, then sleepiness may be even more difficult to overcome [266, 327]. Dr. Dahlgren found that workers at the power plants were generally inactive and that there was even less activity on the night shift. The biological factors causing sleep and inattentiveness in shift workers would therefore be even more difficult to overcome in a relatively non-stimulating environment, such as that of monitoring a control room in an electric power plant, driving a motor vehicle on a limited access highway, or piloting a vessel at night from the darkened bridge of a slowly moving cargo ship.

As illustrated in Figure A-20, continuous polysomnographic monitoring of 80 licensed commercial drivers without OSA during 7,500 hours of long-haul trucking operations revealed that more than half of the long-haul truck drivers experienced episodes of drowsy driving, mostly during night driving [328]. Predictably, these episodes of drowsy driving were not distributed evenly across the 80 drivers. In fact, more than half of the drowsy driving episodes occurred in just 8 (10%) of the 80 drivers [328], revealing the differential vulnerability of this subset of drivers to the sleep deprivation and circadian misalignment associated with night driving. This is consistent with the differential vulnerability to nocturnal sleep loss observed in laboratory studies [295-300].

Countermeasures such as the use of light exposure of optimal wavelength and intensity to suppress endogenous melatonin secretion, enhance alertness and reset the circadian clock of night shift workers [45, 48, 122, 329], the use of wake-promoting therapeutics during night work [273, 274, 330] and the use of sleep-promoting therapeutics during day sleep [44, 331-333] hold promise for use in overcoming the propensity for the occurrence of lapses of attention and unintended sleep episodes during night shift work.

# Overnight Trucking and Drowsy Driving

Figure A-20.

- Polysomnographic recordings reveal that truck drivers working between midnight and noon sleep an average of only 3.8 hours per day[1,2]
- Videos recordings revealed that truck drivers are often drowsy while driving
    - Forty-five drivers (56 percent) had at least 1 six-minute interval of drowsiness while driving
    - 1067 of the 1989 six-minute segments (54 percent) that showed drowsy drivers involved just eight drivers

[1]Wylie et al., Commercial Motor Vehicle Driver Fatigue and Alertness Study: Technical Summary.  Report No. FHWA-MC-97-001, National Technical Information Service, Springfield, VA, November, 1996.
[2]Mitler, M. M., Miller, J. C., Lipsitz, J. J., Walsh, J. K., and Wylie, C. D. The sleep of long-haul truck drivers. *New England Journal of Medicine* **337**, 755-761. 1997.

As noted in the 1975 FAA study carried out at the FAA Civil Aeromedical Institute in Oklahoma City, Oklahoma that was entitled "The Effects of a 12-Hour Shift in the Wake-Sleep Cycle on Physiological and Biochemical Responses and on Multiple Task Performance," the interaction of sleep loss with misalignment of circadian phase may explain why performance is so significantly degraded at the end of the first night shift [334]. As Higgins and his colleagues at the FAA Civil Aeromedical Institute concluded from their study, "The implications of these findings are as follows: (1) Individuals making a 12-hour alteration in the wake-sleep cycle should not perform critical tasks during the first awake period following the change. Performance decrements observed during this first period might be due to either the sleep loss or the initial adjustment to the new schedule, or both factors could be contributory. (2) After the first full sleep period following the change, subjects appeared to perform well even though the physiological and biochemical parameters measured were still adjusting to the change. …" [334] (pp. 23-24).

More than 30 years later, we have published a paper based on studies sponsored by the National Institute of Occupational Health in my laboratory at the Harvard Medical School/Brigham and Women's Hospital that comes to a similar conclusion, as shown in Figure A-21, which is from our publication entitled "Acute Sleep Deprivation and Circadian Misalignment Associated with Transition onto the First Night of Work Impairs Visual Selective Attention" [14]. Moreover, we have demonstrated that the sleep deprivation associated with night shift work resulted in individuals becoming "fast and sloppy" when doing visual searches [42]—with impairment of decision making [335]—and that sleep deprivation interferes with the search for rare targets [336]. Excessive sleepiness is also known to enhance distractibility when performing a routine task [161]. We have also found the degradation of performance on a spatial configuration visual search task to be significantly worse on the first night shift as compared to subsequent night shifts, with participants exhibiting a significantly greater number of attentional failures on the first night of an overnight work episode [14].



~ : average of all night shifts - day (t-test)
* : first night shift - subsequent nights (t-test)

**Figure A-21.** The Impact of Night Work on Vigilance RT and Attentional Failures. This figure presents results from the Psychomotor Vigilance Task (PVT). The left panel represents the group-averaged cumulative response time (RT) percentile distribution. The x-axis represents response time. The error bars represent the standard error of the mean. The dashed vertical line is plotted at the average attentional lapse threshold (90th percentile of baseline RT). The y-axis represents percentile points. The average cumulative distributions were computed by calculating the RT percentiles for the day (open circles), first night shift (filled diamond) and 'subsequent' night shifts (filled square) for each individual subject, and then averaging them across subjects to compute the final cumulative distributions. For each of the shifts, these cumulative distributions were fitted with a 4-parameter Weibull function. The right panel presents the number of attentional lapses on the three shifts. The error bars represent the standard error of the mean. There was a significant increase in attentional failures during night work, and this was most pronounced on the first night shift. Figure and legend from [14].

When sleep pressure is elevated, as occurs just after working the overnight shift, then routine, highly overlearned tasks like driving a motor vehicle are impaired. In collaboration with the Liberty Mutual Research Institute for Safety, we evaluated the impact of actual night-shift work on measures of drowsiness and driving performance while operating a actual motor vehicle in sixteen night-shift workers driving during the daytime [337]. Each of those workers completed two 2-h daytime driving testing sessions on a closed driving track operated by the Liberty Mutual Research Institute for Safety in Hopkinton, Massachusetts. The sessions all began between 9:30 a.m. and 2:30 P.M., and were time-matched for each individual to control for potential time-of-day effects. In one instance, the drive testing session occurred after a prior night of sleep averaging $7.6 \pm 2.4$ h in duration, without having worked on the night shift (the post-sleep condition). In another instance, the drive testing session occurred after a prior night of work averaging $8.3 \pm 4.1$ h in duration (the post-night-shift condition). Participants in the post-night-shift condition reported obtaining an average ($\pm$SD) of $0.4 \pm 1.1$ h of sleep between the start of their overnight shift and the start of their post-night-shift drive (in three cases this sleep occurred during the night shift, whereas in one case it occurred between the end of the night shift and the start of the post-

night shift-drive). As shown in the Figure A-22 below, we found that eleven near-crashes occurred in 6 of 16 post-night-shift drives (37.5%), and that 7 of 16 post-night-shift drives (43.8%) were terminated early for safety reasons, compared with zero near-crashes or early drive terminations during 16 post-sleep drives (Fishers exact: P=0.0088 and P=0.0034, respectively). No near-crashes occurred during driving after a night of sleep; 11 occurred during driving after night-work [337] (Figure 19).



**Figure A-22.** Near-crash driving events and drive terminations occurred only in post-night-shift drives. (Left) Cumulative histogram of 11 near-crash driving events across time since drives began in each condition. (Right) Kaplan–Meier survival curve of the seven drive terminations since drives began in each condition (P=0.00308). None of the drivers in the post-sleep driving sessions had a near-crash driving event or drive termination, whereas 6 of the 16 participants had a near-crash driving event and 7 of the 16 participants had the drive terminated in the post-night-shift driving sessions (P = 0.0088 and P = 0.0034, respectively). Tick marks on both panels indicate driving breaks that occurred every 15 min to complete sleepiness assessment surveys. Figure A-22 and associated legend taken from [337].

Though all near-crashes in this group of 16 participants occurred after at least 45 min of driving, evidence of fatigue-related degradation in the participants' driving performance was evident within the first 15 minutes of the post-night-shift drive. As shown in Figure 20 below, participants had a significantly higher rate of lane excursions, average Johns Drowsiness Scale, blink duration, and number of slow eye movements during post-night-shift drives compared with post-sleep drives (3.09/min vs. 1.49/min; 1.71 vs. 0.97; 125 ms. vs. 100 ms.; 35.8 vs. 19.1; respectively, P < 0.05 for all) [337].

This real-vehicle driving study demonstrated increased objective and subjective drowsiness and degraded daytime driving performance in 16 night-shift workers while driving after a night of work, deteriorating with drive duration. We thus found that sleep deficiency induced by night-shift work increased driver drowsiness, degrading driving performance and increasing the risk of near-crash drive events [337]. With more than 9.5 million Americans working overnight or rotating shifts and one-third of United States commutes exceeding 30 min, these results have implications for traffic and occupational safety.

In 2012, while we were in the process of analyzing the data that we had collected in 2011 for the Lee *et al*. study that we published in 2016 [337], ABC News requested that we test the driving performance of ABC News journalist and correspondent Mr. Ron Claiborne after a night without sleep using the same recording methods for the driving test sessions that we used in 2011, to evaluate the impact of increased

homeostatic sleep pressure on his ability to drive using the same methods that we used in the experiment described in [337] and that are illustrated in Figure 20 below.



**Figure A-23.** Drowsiness progressively increased across driving sessions. Driving performance, ocular, and survey measures of drowsiness are shown by drive condition and drive duration. Mean values with Standard Error of the Mean bars. For each of these variables except the KSS, there was a significant interaction effect of driving duration (driving block 1–7) by condition ($P < 0.05$). Condition alone had a significant effect on the KSS ($P < 0.05$). Tick marks indicate driving breaks, as in Figure A-22. Figure A-23 and associated legend taken from [337].



**Figure A-24.** ABC News correspondent Mr. Ronald driving a specially instrumented van during a test driving session while outfitted for polysomnographic recording and eye tracking equipment. Investigator-observer in the front passenger seat can activate emergency braking maneuvers to prevent a crash. Seated in the second row, Dr. Charles Czeisler and Dr. Michael Lee are monitoring Mr. Claiborne's electroencephalogram and electrooculogram during the drive.

As shown in the video report that he filed on ABC News Nightline on December 3, 2012 (https://www.youtube.com/watch?v=JwCnJZyU70M and https://abcnews.go.com/Nightline/video/sleepy-drivers-dose-unknowingly-17872351, both accessed on May 26, 2018), and on ABC World News Tonight with Diane Sawyer (https://abcnews.go.com/WNT/video/micro-sleep-blame-accidents-17871728, accessed on May 26, 2018), Mr. Claiborne was very impaired when driving after he had missed a night of sleep. Like most sleep-deprived individuals, Mr. Claiborne reported that he thought he could handle the driving after missing a night of sleep. However, about a half-hour into the drive, Mr. Claiborne fell asleep at the wheel and drove completely off of the roadway on the closed track (see Figures A-25 and A-26 below).



**Figure A-25.** Photograph of ABC News correspondent Mr. Ronald Claiborne when he was asleep at the wheel while driving an instrumented van occupied by himself and three other people on a test track in Hopkinton, MA, while he was being recorded in a driving test session after missing one night sleep.



**Figure A-26.** Photograph from the instrumented van driven by ABC News correspondent Mr. Ronald Claiborne and occupied by himself and three other people as it drove off the roadway completely on a test track in Hopkinton, Massachusetts, while Mr. Claiborne was being recorded by Dr. Charles Czeisler and colleagues in a driving test session after a night without sleep.

Recognizing that it was unsafe to continue driving, Mr. Claiborne decided to terminate the 2-hour drive testing session early. After terminating the drive testing session, Mr. Claiborne forgot to put the vehicle in "Park," and had to be reminded to do so by an investigator before leaving the driver's seat of the vehicle (https://www.youtube.com/watch?v=JwCnJZyU70M and https://abcnews.go.com/Nightline/video/sleepy-drivers-dose-unknowingly-17872351, both accessed on May 26, 2018).

During Mr. Claiborne's half-hour drive testing session, polysomnographic (PSG) recording—including electroencephalographic ("brain wave" or EEG) recording—using electrodes attached to the face and scalp (illustrated in Figure 24 below) revealed that Mr. Claiborne experienced 22 attentional failures and/or micro-sleep episodes, though he remembered only two of them (https://www.youtube.com/watch?v=JwCnJZyU70M and https://abcnews.go.com/Nightline/video/sleepy-drivers-dose-unknowingly-17872351, both accessed on May 26, 2018).



**Figure A-27.** Polysomnographic (PSG) recording equipment used to monitor the electroencephalogram (EEG) and electrooculogram (EOG) of ABC News Correspondent Mr. Ronald Claiborne.

Thus, despite being hooked up to all of our monitoring equipment, and despite the presence of television news crews filming at multiple positions along the track, and despite the presence of scientist observers in the car, including myself, Mr. Claiborne recapitulated all of the findings that we observed in the 16 participants that we had carefully evaluated in the randomized study that we later published [337]. The Liberty Mutual Research Institute for Safety test track, located in Hopkinton, Massachusetts, on which we conducted the driving test sessions is illustrated in Figure A-28 below.

**Figure A-28.**



### Sleep disorders and crash risk

Common sleep disorders increase risk of motor vehicle crashes [28, 338].

*Obstructive sleep apnea/hypopnea.* Obstructive sleep apnea/hypopnea (OSA) results in sleep fragmentation and consequent daytime sleepiness. Excessive daytime sleepiness is reported in about 80% of patients with OSA, 80 to 90% of whom remain undiagnosed and untreated; it often takes several years from the time a patient presents to a physician with symptoms until the correct diagnosis is made [1]. Performance related to executive functions such as verbal fluency, planning and sequential thinking—the purview of the frontal cortex, an area of the brain that imaging studies has revealed to be exquisitely sensitive to sleep loss—is very adversely affected by OSA [339]. Vigilance and the ability to sustain attention are also degraded in patients with OSA. Reaction times on a sustained attention task in patients with mild to moderate OSA have been reported to be comparable to or worse than those of a young adult with a blood alcohol concentration of 0.080 g/dL [340]. Untreated patients with OSA perform much more poorly in a driving simulator (in terms of lane deviations, tracking errors, off-road events and collisions with obstacles) and have a markedly increased in risk for having a motor vehicle crash [28, 341-354]. Two systematic reviews reported that the majority of studies found that patients with obstructive sleep apnea had a motor vehicle crash risk that was 2 to 3 times higher than those without obstructive sleep

apnea [355, 356], with individual studies estimating the crash risk to be more than 6-fold higher in patients with obstructive sleep apnea [351]. We found that nonadherence with an employer-mandated sleep apnea treatment greatly increased the risk of serious truck crashes [357], and that implementation of a sleep health education and sleep disorders screening and referral for treatment program significantly reduced injury rate and reduced disability day usage by 46% [358, 359].

*Insomnia.* Insomnia is the most common sleep disorder, with symptoms of disturbed sleep affecting most adults at some time in their lives [1]. The clinical definition of insomnia is a chronic (> 6 months) complaint of latency to sleep onset or awakenings from sleep of at least a half hour occurring at least three times per week. The prevalence of insomnia associated with a daytime complaint of increased sleepiness or fatigue is 8% to 18% [360]. Broadly, insomnia may be psychophysiologic or secondary to the sleep environment, an irregular sleep schedule [361], a sleep-related movement disorder, a psychiatric condition, a medical condition, a medication or substance, or a circadian rhythm sleep disorder such as shift work disorder [1]. Insomnia in non-depressed adults is a risk factor for depression [362]. Insomnia syndrome, which includes increased daytime sleepiness, it is associated with an increased rate of work absenteeism, reduced productivity and increased risk of accidents [1, 363].

*Shift Work Sleep-Wake Disorder*. As reviewed above, night shift work is often associated with insomnia during daytime sleep. Excessive sleepiness during night work or insomnia during day sleep are the cardinal symptoms of a condition known as Circadian Rhythm Sleep Disorder (CRSD), Shift Work Type (Shift Work Disorder, SWD) [269], which recent research indicates may have a genetic basis in some individuals [270]. While most employees nod off or fall asleep regularly while working at night or while commuting to or from night work [273], about 5 to 10% of such workers suffer chronically from moderate to severe SWD [364]. One-third of nurses who work at night report that they fall asleep in the hospital every week of night work (302), with half admitting that they fall asleep at the wheel while driving to or from the hospital; twice as many night-working nurses reported making medication errors or having motor vehicle crashes as compared to those who worked the day and evening shifts, but did not work at night [301]. Long work weeks and extended duration work shifts that do not allow sufficient time for sleep can elicit attentional failures during work in most if not all employees [13], effectively inducing SWD in all workers in the same way that depriving people of food will eventually induce malnutrition in all people who are starved. Exposure to less extreme work schedules reveals considerable variability in the ability of individuals to cope with the demands of work schedules that require employees to work during times that they would otherwise be asleep. A number of countermeasures and treatments can be effective in treating the symptoms of Shift Work Disorder, including improvements in work scheduling, use of properly timed use of light, administration of nutritional supplements such as caffeine and melatonin, and use of pharmacologic agents such as modafinil, as we have demonstrated in my laboratory and our field study investigations [13, 44, 48, 271-276], although none eliminate them altogether.

There are a number of other factors that can have an impact on alertness and performance. These include the length of time on task, the level of environmental stimulation, the level of physical activity, posture, the level of task stimulation/novelty, many other medical conditions, and the use of pharmacologic agents with stimulant or hypnotic properties. Caffeine administration can reduce the adverse impact of misalignment of circadian phase as well as increased homeostatic pressure on neurobehavioral performance [274]. It should be noted that caffeine, which has a 6- to 9-hour half-life, may interfere with recovery sleep. Neither caffeine nor other wake-promoting therapeutics are a substitute for sleep. In a study of fatal-to-the-driver truck crashes, the National Transportation Safety Board (NTSB) found that plasma caffeine levels were highest in drivers involved in fatigue-related crashes [104, 317]. The NTSB

interpreted high plasma caffeine data from those drivers as indicating that the drivers were taking caffeine to try to combat their fatigue. Unfortunately, even high levels of caffeine were insufficient to save those drivers from the effects of fatigue, which the NTSB found to be the leading cause of fatal crashes in those trucker drivers, accounting for 31 percent of fatalities, equal to the fraction of fatal truck crashes caused by both drugs and alcohol combined [104, 317].

**Summary of Pertinent Findings**

1. Based on the measurements that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], cell #13, Cell Block 8, on the afternoon of Monday, July 18th, 2022, from ~14:45 until 15:30.
   a. The cell measured approximately 95" wide by 126" long.
   b. The cell was mostly rectangular.
   c. From the perspective of the door, there was a bunk bed in the upper left corner, desk in the lower left corner and toilet in the upper right corner.

2. Based on the measurements that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], cell #13, Cell Block 8, on the afternoon of Monday, July 18th, 2022, from ~14:45 until 15:30. The cell was illuminated by three sources.
   a. By the door, there was a window that looked out into the interior of the jail. This window measured 47" wide by 83" high.
   b. Opposite the door, there was a window that had exposure to an interior utility corridor that has frosted windows that face outside. This interior window measured facing the interior utility corridor was 5" wide by 30" high. The windows were made of an undetermined transparent material.
   c. On the ceiling, centrally located, was an enclosed, presumably fluorescent light fixture. The ceiling height was approximately 106". The downward lens measured 10.6" wide and 46" long (the long way running from the door to the exterior window).

3. CCSF-NORBERT_097824, which is an enlarged partial first floor plan of one of the cell blocks in the San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066, shows the layout of the cells within that cell block, and how one interior wall of each cell faces a central common area. The other interior wall of each cell faces a utility corridor containing heating, ventilation and air conditioning (HVAC) duct work, plumbing pipes and other utilities, which has frosted windows that face outside (as shown in Figure PF-2, taken from the inside of the jail, and Figure PF-3, taken from outside the jail). One wall of each cell has a narrow window that faces the utility corridor. Another wall that contains the entrance/egress door of each cell is fabricated with floor-to-ceiling transparent glass-like material and framing. Both sets of interior windows are illustrated in Figure PF-4.

**Figure PF-1:** Enlarged partial first floor plan of a cell blocks in San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 (CCSF-NORBERT_097824).



**Figure PF-2:** View from interior window facing the utility corridor from Cell #13, Cell Block 8 in San Francisco Jail #3 on the afternoon of Monday, July 18th, 2022, from ~14:45 until 15:30.



The left panel shows the view from the right side facing the window several feet inside the room. The middle panel is a photograph taken through the same window facing toward the right. The right panel is a photograph that was taken very close to the window, showing pipes in the utility corridor, and the frosted glass on the exterior window across the utility corridor hallway.

**Figure PF-3**: Exterior photograph of San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno, CA.



From: https://www.sfsdhistory.com/research/chronological-list-of-sf-county-jail-locations accessed September 1, 2022.

**Figure PF-4**: Photograph of the interior of a jail cell in San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San



Bruno showing the upper and lower interior windows in the door, the window in the wall facing the common area, the sink, the mirror, bunk bed frame, mattress, chair and metal table, and interior window next to the sink facing a utility corridor.

4. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], cell #13, Cell Block 8, on the afternoon of Monday, July 18th, 2022, from ~14:45 until 15:30. Light measurements were made with an International Light IL1400A research radiometer/photometer with an SCL110 head (photopic sensitivity, measurement range: 0.09 – 1,000,000 lux).

*To provide context for the readings, the following approximations are relevant: 0 lux [complete darkness], 0.5 lux [full moon], 10 lux [very dim room light], 50 lux [low room light, similar to a bedroom], 100 lux [moderately low room light, similar to a living room], 200 lux [well lit office space], 500 lux [very well lit office space, like a doctor's office], 10,000 lux [sunrise/sunset], 50,000 lux [moderately bright daylight], 100,000 lux [bright daylight].*

Unless noted, light measurements were made at approximately 5'8" in height. The lens of the light meter was placed on the forehead of the observer (Dr. Jamie Zeitzer) without obstruction and in an angle of gaze when no other individuals were present. Measurements were examined until the photometer produced a stable illuminance reading. As shown in Table PF-1:

    a. The maximum light in the room (placing the sensor a few inches away from the light) was 1345 lux.
    b. Illuminance levels were much higher on the top bunk than on the bottom bunk.

**Table PF-1. Spot measurements of illumination in Cell #13, Cell Block 8 of County Jail #3.**

| Position | Angle | Illuminance (lux) |
|---|---|---|
| Face pressed against the window to the outside | horizontal | 356 |
| Face pressed against the interior window | horizontal | 60 |
| Bottom bunk (head by interior window) | upward | 30 |
| Bottom bunk (head by exterior window) | upward | 30 |
| Top bunk (head by interior window) | upward | 310 |
| Top bunk (head by interior window) | at light | 657 |
| Top bunk (head by exterior window) | upward | 140 |
| Top bunk (head by exterior window) | at light | 175 |

5. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], cell #13, Cell Block 8, on the afternoon of Monday, July 18th, 2022, from ~14:45 until 15:30, as shown in Figure PF-4, spot illuminance measurements in the horizontal angle of gaze at the eye level of an ambulatory 5'10" observer revealed that an inmate standing in the cell would be exposed to approximately 55 to 275 lux of light, depending on the angle of gaze. Illuminances were higher when the individual observer was gazing toward the ceiling light fixture and the interior window facing the utility corridor than when the observer was gazing toward the interior window facing the common area, the metal table, or the bed.



**Figure PF-4.** Approximate direction of measurements within Cell #13 of Cell Block 8 of the San Francisco County Jail #3, on the afternoon of Monday, July 18th, 2022, from ~14:45 until 15:30 are represented with the spot illuminance measurement. All measurements were done in the horizontal angle of gaze.

6. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], cell #13, Cell Block 8, on the afternoon of Monday, July 18th, 2022, from ~14:45 until 15:30, ambulatory measurements taken in common area, including the basketball court, revealed that for a 5'10" observer with the sensor placed at eye level, in the common area, illuminance ranged 22 to 116 lux in the horizontal angle of gaze and 140 to 262 lux in an upward angle of gaze.

7. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066, in the Gym of Cell Block 8, on the afternoon of Monday, July 18th, 2022, from ~14:45 until 15:30, which contains a basketball hoop, illuminance in the horizontal angle of gaze ranged from 6 to 100 lux, and in an upward direction ranged from 117 to 160 lux, including when the observer was looking directly at the frosted window, as illustrated in Figure PF-5. It is unknown if the window is exposed to outdoor light.

**Figure PF-5:** Concrete-walled gym with a basketball hoop at San Francisco County Jail #3, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066, Cell Block 8, on the afternoon of Monday, July 18th, 2022, from ~14:45 until 15:30.

8. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], on the afternoon of Monday, July 18th, 2022, at 15:40, outside of the jail on an overcast, foggy day, illuminance ranged from 10,000 (horizontal angle of gaze) to 40,000 (slight upward angle of gaze) lux.

9. Based on the description of the data collection methods that were provided to me by Dr. Jamie Zeitzer, three illumination recorders (Light Logger, Mindsets, sensitivity range: 5 lux – 70,000 lux) were placed in Cell #13 in Cell Block 8 of San Francisco County Jail #3.

**Figure PF-6:** Position of Light Logger Z1 in Cell 13 of Cell Block 8 in San Francisco County Jail #3.



The units were calibrated against the IL1400 meter to ensure reliability and consistency of the measurements among the units. As shown in Figure PF-6, one (Z1) was attached to the middle of the horizontal crossbar of the top bunk (head of the bed by the interior window) pointed upward at an approximately 30° angle. Spot measurement was 475 lux.



**Figure PF-7:** Position of Light Logger Z2 in Cell 13 of Cell Block 8 in San Francisco County Jail #3.

As shown in Figure PF-7, a second unit (Z2) was attached to the wall in Cell 13 of and pointing in the horizontal plane. It was placed at a height of 5' 8" and located 36" laterally from the door. Spot measurement was 157 lux.

As shown in Figure PF-8, a third unit (Z3) was attached to the middle of the horizontal crossbar of the bottom bunk (head of the bed by the exterior window) and pointed upward at an approximately 30° angle. Spot measurement was 33 lux.

**Figure PF-8:** Position of Light Logger Z3 in the middle of the horizontal crossbar of the bottom bunk in Cell 13 of Cell Block 8 in San Francisco County Jail #3.



10. Based on the description of the data collection methods that were provided to me by Dr. Jamie Zeitzer, the three illumination recorders (Z1, Z2 and Z3) were placed in Cell #13 in Cell Block 8 of San Francisco County Jail #3, in the positions shown in Figures PF-6, PF-7 and PF-8, respectively. These units recorded ambient illumination (lux) once per minute for the next 48 hours.

11. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], cell #13, Cell Block 8, for a 48-hour interval from the afternoon of Monday, July 18th, 2022 between ~15:30 until the afternoon of Wednesday, July 20th, 2022, as shown in Figure PF-9, illumination levels recorded during the daytime from the three sensors were as follows:

   a. Sensor Z1 on the top bunk angled upwards towards the ceiling registered illuminances of ~500 lux.
   b. Sensor Z2 on the wall in the horizontal plane, registered illuminances of ~175 lux.
   c. Sensor Z3 on the bottom bunk angled upward recorded illuminances of ~40 lux.

12. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N

122°27'34.6"W], cell #13, Cell Block 8, for a 48-hour interval from the afternoon of Monday, July 18th, 2022 between ~15:00 until the afternoon of Wednesday, July 20th, 2022, illumination levels were reduced from approximately 9:30 pm until 6:30 am (9 hours during the scheduled sleep episode). Average data recorded from the three sensors during that time were as follows:

a. Sensor Z1 on the top bunk angled upwards towards the ceiling registered illuminances of ~15 lux.
b. Sensor Z2 on the wall in the horizontal plane, registered illuminances of ~0 lux except for a brief interval around 4:36 am on the first night, when the illuminance level increased to 175 lux for 10-15 minutes.
c. Sensor Z3 on the bottom bunk angled upward recorded illuminances of ~0 lux.

**Figure PF-9:** 48-hour illuminance measurements from three fixed-position light loggers mounted in cell #13, Cell Block 8 of San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W]. The 48-hour recording interval began on the afternoon of Monday, July 18th, 2022 at about ~15:00 and continued until the afternoon of Wednesday, July 20th, 2022.



65

13. Based on the measurements that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], Cell #17, Cell Block 5B, on Monday, August 22nd, 2022, from ~11:30 am until 12:05 pm.  The dimensions of Cell #17, Cell Block 5B were similar to the dimension of Cell #13 in Cell Block 8, and window size was confirmed. Cell #17 was mostly rectangular and illuminated by three sources: (1) by the door, there was a window that looked out into the interior of the jail; (2) opposite the door, there was a window that, through an interior space, had indirect exposure to outside light. In Cell #17 of Cell Block 5B, there was less interference to visualize outside light through the frosted exterior window of the utility corridor than from the window of Cell #13 in Cell Block 8; (3) ceiling-mounted, centrally located, enclosed, presumably LED light fixture. From the perspective of the door, there was a bunk bed in the upper left corner, desk in the lower left corner and toilet in the upper right corner.

14. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], Cell #17, Cell Block 5B, on Monday, August 22nd, 2022, from ~11:30 am until 12:05 pm.  As occurred on July 18, 2022, light measurements were made with an International Light IL1400A research photometer with an SCL110 head (photopic sensitivity, measurement range: 0.09 – 1,000,000 lux). Unless noted, light measurements were made at approximately 5'8" in height. The sensor lens of the light meter was placed on the forehead of the observer (Dr. Jamie Zeitzer) without obstruction and in an angle of gaze in which no other individuals were present. Measurements were examined until the photometer produced a stable illuminance reading. Maximum light in the room (placing the sensor a few inches away from the light at head height) was 1,800 lux.

*As noted earlier, to provide context for these readings, the following approximations are relevant: 0 lux [complete darkness], 0.5 lux [full moon], 10 lux [very dim room light], 50 lux [low room light, similar to a bedroom], 100 lux [moderately low room light, similar to a living room], 200 lux [well light office space], 500 lux [very well lit office space, like a doctor's office], 10,000 lux [sunrise/sunset], 50,000 lux [moderately bright daylight], 100,000 lux [bright daylight].*

**Table PF-2:** Spot measurements of illumination in Cell #13, Cell Block 8 of County Jail #3.

| Position | Angle | Illuminance (lux) |
|---|---|---|
| Face pressed against the window to the outside | horizontal | 1800 |
| Face pressed against the interior window | horizontal | 50 |
| Bottom bunk (head by exterior window) | upward | 31 |
| Top bunk (head by interior window) | Upward | 813 |
| *Table 1.* **Spot measurements of cell illumination** | | |

15. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], Cell #17, Cell Block 5B, on Monday, August 22nd, 2022, from ~11:30 am until 12:05 pm, as shown in Figure PF-10, spot illuminance measurements in the horizontal angle of gaze at the eye level of an ambulatory 5'10" observer revealed that an inmate standing in the cell would be exposed to approximately 70 to 413 lux of light, depending on the angle of gaze. Illuminances were highest when the individual observer was gazing in the direction of the ceiling light fixture, and lowest when the observer was gazing toward the interior door facing the common area.

**Figure PF-10:** Approximate direction of measurements within Cell #17 of Cell Block 5B of the San Francisco County Jail #3, on Monday, August 22nd, 2022, from ~11:30 am until 12:05 pm.  are represented with the spot illuminance measurement. All measurements were done in the horizontal angle of gaze. Ambulatory spot measurements were recorded in the horizontal angle of gaze at the eye level of a 5'10" observer.



Based on the description of the data collection methods that were provided to me by Dr. Jamie Zeitzer, three illumination recorders (Light Logger, Mindsets, sensitivity range: 5 lux - 70,000 lux) were placed in Cell #17 in Cell Block 5B of San Francisco County Jail #3. The units were calibrated against the IL1400 meter to ensure reliability and consistency of the measurements among the units. As shown in Figure PF-6 from Cell #13 from Cell Block 8, one (Z1) was attached to the middle of the horizontal crossbar of the top bunk (head of the bed by the interior window) pointed upward at an approximately 30° angle. Spot measurement in Cell #17 from Cell Block 5B was 813 lux. A second unit (Z2) was attached to the wall and pointing in the horizontal plane. It was placed at a height of 5' 8" and located 36" laterally from the door. Spot measurement was 205 lux. A third unit (Z3) was attached to the middle of the horizontal crossbar of the bottom bunk (head of the bed by the exterior window) and pointed upward at an approximately 30° angle. Spot measurement was 31 lux. These units recorded ambient illumination (lux) once per minute for the next 48 hours. The units were calibrated against the IL1400 meter to ensure reliability and consistency of the measurements among the units.

**Figure PF-11.** 48-hour illuminance measurements from three fixed-position light loggers mounted in cell #17, Cell Block 5B of San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W]. The 48-hour recording interval began at approximately noon on Monday, August 22, 2022 and continued until about noon on Wednesday, August 24, 2022.



16. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], in Cell #17 in Cell Block 5B, for a 48-hour interval from about noon on Monday, August 22, 2022 until about noon on Wednesday, August 24, 2022, as shown in Figure PF-11, illumination levels recorded during the daytime from the three sensors were as follows:

    a. Sensor Z1 on the top bunk angled upwards towards the ceiling registered illuminances of ~750 lux.
    b. Sensor Z2 on the wall in the horizontal plane, registered illuminances of ~260 lux.
    c. Sensor Z3 on the bottom bunk angled upward recorded illuminances of ~55 lux.

17. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], in Cell #17 in Cell Block 5B, for a 48-hour interval from about noon on Monday, August 22, 2022 until about noon on Wednesday, August 24, 2022, as shown in Figure PF-11, illumination levels were reduced from approximately 9:30 pm until 6:30 am (9 hours during the scheduled sleep episode). Average data recorded from the three sensors during that time were as follows:

    a. Sensor Z1 on the top bunk angled upwards towards the ceiling registered illuminances of ~27 lux.
    b. Sensor Z2 on the wall in the horizontal plane, registered illuminances of ~0 lux.
    c. Sensor Z3 on the bottom bunk angled upward recorded illuminances of ~0 lux.

18. Based on the ambient illumination data that were provided to me by Dr. Jamie Zeitzer, the following conditions existed at San Francisco County Jail #3, formerly known as San Francisco County Jail #5, located in San Mateo County at 1 Moreland Drive in San Bruno CA 94066 [37°37'22.1"N 122°27'34.6"W], in Cell #17 in Cell Block 5B on August 22, 2022. A single measurement of spectral power distribution was made. A sensor (BlueIris) was placed flat on the top bunk facing the ceiling. The spectral power distribution that was recorded is shown in Figure PF-12. This instrument registered 924 lux, 3,702 °K CCT, and 579 Equivalent Melanopic Lux (EML).



**Figure PF-12:** Spectral Power Distribution recorded in Cell #17 in Cell Block 5B on August 22, 2022 from a sensor placed flat on the top bunk facing the ceiling.

69

19. According a methodological description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, a group of 18 doctoral students from the Wright Institute, Berkeley, California were recruited and paid to interview inmates of the San Francisco County Jail via videoconference (Zoom) during the month of August, 2022.  The interviews were based on a battery of open-ended questions and questionnaires designed to assess sleep, circadian rhythms and mental health that were assembled by Dr. Jess Ghannam, Clinical Professor of Psychiatry and Global Health Sciences in the School of Medicine at the University of California San Francisco, and me. The doctoral students from the Wright Institute interviewed 26 inmates from San Francisco County Jail, with 11 fully completing the interviews and 15 still in progress as of Wednesday, August 31, 2022. The interview material consisted of nine open-ended questions, four separate questionnaires (Pittsburgh Sleep Quality Index, PTSD Checklist for DSM-5 (PCL-5), Beck Anxiety Inventory (BAI), and Beck's Depression Inventory (BDI)), and a fifth, compiled questionnaire with two sections: one section designed to assess Sleep and Circadian Rhythms [Item 19 of the Morningness-Eveningness Questionnaire (1 item), Jail Sleep Assessment (JSA-40), Restorative Sleep Questionnaire (REST-Q-9), Karolinska Sleepiness Scale (KSS-1), Prison Environment Sleep Questionnaire (PESQ-16), Sleep Hygiene Index (SHI-13), Sleep Condition Indicator (SCI-8), Sleep Disorders Screen (SDS-5), Berlin Questionnaire (10 items), Dysfunctional Beliefs and Attitudes About Sleep (DBAS-16), Epworth Sleepiness Scale (ESS-8)]; and the other designed to assess Mental Health [Patient Health Questionnaire (PHQ-9), Generalized Anxiety Disorder (GAD-7), Kessler Psychological Distress Scale (K10), Brief Psychiatric Rating Scale (BRPS-24)]. Following an interview training, graduate students interviewed the inmates individually via Zoom, which required between two and three scheduled interviews. The names of inmates were compiled from various sources, including inmates who had previously had contact with class counsel, named plaintiffs, inmates who were referred by other inmates, or who were self referrals after learning of this effort. Before conducting any interviews, interviewers participated in a live or recorded interview training, which discussed the etiquette and procedures surrounding the conduct and content of the interview, including open-ended questions, questionnaires, note-taking, scoring, and organization of materials. The interviews began with an opening introduction statement describing the purpose of the interview, the acquisition of verbal consent which was audio recorded when possible, and then administration of the survey instruments described above. Interviews took place over two meetings in most cases, a few required a third meeting. Requests to the jail were made for double periods and could therefore be scheduled for 1 hour and 15 minutes. The first interview was consistently 1 hour and 15 minutes, while the second interview took between 30 minutes to the full 1 hour and 15 minutes depending on the inmate. A total of 31 inmates were invited to participate in interviews, and 26 participated while 5 declined. The names of inmates were compiled from various sources, including inmates who had previously had contact with class counsel, named plaintiffs, inmates who were referred by other inmates, or who were self referrals after learning of this effort. At present, 11 prisoners fully completed the interview process while 15 partially completed the interview process due to scheduling challenges. The prisoners ranged from 20 to 60 years old and have been incarcerated at the San Francisco County Jail between 1 and 10 years. After the interviews, the interviewers scored the assessments, organized their notes, and submitted their materials to the coordinator, Ms. Julianna Di Miceli. Ms. Di Miceli then double-checked the scoring for accuracy and deidentified the data. Deidentifying the data included assigning a random number and letter combination to each inmate in a password protected and encrypted spreadsheet to which only Ms. Di Miceli had access. Subsequently, the number-letter identifier was recorded with the associated assessment scores, deidentified qualitative data, and the inmate's body-mass index score. These data

were distributed to Dr. Jess Ghannam and to me for analysis. Ages and ethnicity/race information were recorded for the summary of the data but dissociated from any specific, individual data to maintain confidentiality. The survey results were then anonymized, compiled, and distributed to Dr. Ghannam and to me. I have summarized the Questionnaire Findings and the responses to the Supplemental Questions below.

**Questionnaire Findings (QF), Section 1. Sleep Characteristics**

20. Information about sleeping conditions collected from the 40-item Jail Sleep Assessment (JSA-40) questionnaire that was administered to inmates during August 2022 is tabulated and summarized in Table QF-JSA-1 below. Of 14 surveyed inmates, 8 (57.1%) typically slept on the bottom bunk and 5 (35.7%) typically slept on the top bunk. Overall, 9 (64.3%) typically shared a cell with another inmate (7 under lockdown conditions, 2 under regular conditions).

Table QF-JSA-1.

| | Last week | | Last night | |
|---|---|---|---|---|
| | Total N | (%) | Total N | (%) |
| **Sleeping arrangement** | 14 | | 14 | |
| Bottom Bunk | 8 | (57.1) | 9 | (64.3) |
| Top Bunk | 5 | (35.7) | 4 | (28.6) |
| Floor | 1 | (7.1) | 0 | (0) |
| Other | 0 | (0) | 1 | (7.1) |
| **Rooming conditions** | 14 | | 14 | |
| Alone in cell, regular conditions | 5 | (35.7) | 5 | (35.7) |
| Alone in cell, lockdown conditions | 0 | (0) | 0 | (0) |
| Share cell with another inmate, regular conditions | 2 | (14.3) | 3 | (21.4) |
| Share cell with another inmate, lockdown conditions | 7 | (50) | 6 | (42.9) |

21. Information about lights out and first attempt to sleep collected from the 40-item Jail Sleep Assessment (JSA-40) questionnaire administered to inmates during August 2022 is tabulated and summarized in Table QF-JSA-2. below. Of 15 surveyed inmates, 13 (86.7%) reported that lights out occurred between 9:00 PM and 9:59 PM. Overall, 7 (46.7%) inmates reported first attempting to fall asleep more than 1 hour after this interval (i.e., 11:00 PM), with 4 (26.7%) first attempting to fall asleep more than 2 hours after this interval (i.e., 12:00 AM [+1 day]).

Table QF-JSA-2.

| | Last week | | Last night | |
|---|---|---|---|---|
| | Total N | (%) | Total N | (%) |
| **Typical time of lights out in the evenings** | 15 | | 15 | |
| 8:00 to 8:59 PM | 1 | (6.7) | 0 | (0) |
| 9:00 to 9:59 PM | 13 | (86.7) | 14 | (93.3) |
| 10:00 to 10:59 PM | 1 | (6.7) | 1 | (6.7) |
| **Typical time of first attempt to fall asleep** | 15 | | 15 | |
| 6:00 to 6:59 PM | 1 | (6.7) | 0 | (0) |
| 7:00 to 7:59 PM | 0 | (0) | 0 | (0) |
| 8:00 to 8:59 PM | 0 | (0) | 0 | (0) |
| 9:00 to 9:59 PM | 0 | (0) | 2 | (13.3) |
| 10:00 to 10:59 PM | 7 | (46.7) | 5 | (33.3) |
| 11:00 to 11:59 PM | 3 | (20) | 3 | (20) |
| 12:00 to 12:59 AM (+1 day) | 2 | (13.3) | 1 | (6.7) |
| 1:00 to 1:59 AM (+1 day) | 1 | (6.7) | 2 | (13.3) |
| 2:00 to 2:59 AM (+1 day) | 1 | (6.7) | 2 | (13.3) |

22. Information about sleep latency collected from the 40-item Jail Sleep Assessment (JSA-40) questionnaire administered to inmates during August 2022 is tabulated and summarized in Table QF-JSA-3. below. The overall mean sleep latency was 1.4 hours per night (standard deviation = 1.09 hours), with a range of 0.2 hours to 3.5 hours. Of 15 surveyed inmates, 6 (40%) reported less than 1 hour of typical sleep latency, while 5 (33.3%) reported 2 or more hours of sleep latency as typical.

Table QF-JSA-3.

| | Last week | | Last night | |
|---|---|---|---|---|
| | Total N | (%) | Total N | (%) |
| **Typical sleep latency in hours** | 15 | | 15 | |
| Fewer than 0.50 | 2 | (13.3) | 4 | (26.7) |
| 0.50 to 0.99 | 4 | (26.7) | 5 | (33.3) |
| 1.00 to 1.49 | 3 | (20) | 3 | (20) |
| 1.50 to 1.99 | 1 | (6.7) | 1 | (6.7) |
| 2.00 to 2.49 | 2 | (13.3) | 1 | (6.7) |
| 2.50 to 3.00 | 1 | (6.7) | 1 | (6.7) |
| More than 3.00 | 2 | (13.3) | 0 | (0) |

23. Information about lights on and wake time collected from the 40-item Jail Sleep Assessment (JSA-40) questionnaire administered to inmates during August 2022 is tabulated and summarized in Table QF-JSA-4. below. Of 15 surveyed inmates, 13 (86.6%) reported that lights on typically occurred between 6:00 AM and 7:59 AM. Despite this, 10 (66.7%) reported that they typically woke up to start their day after this time. Only 3 of 15 (20%) surveyed inmates indicated that they ultimately woke up naturally. Overall, 6 of 15 (40%) surveyed inmate indicated that the serving of breakfast or a prison guard ultimately woke them up.

Table QF-JSA-4.

|  | Last week | | Last night | |
|---|---|---|---|---|
|  | **Total N** | **(%)** | **Total N** | **(%)** |
| **Typical time of lights on in the morning** | 15 |  | 15 |  |
| 6:00 to 6:59 AM | 5 | (33.3) | 7 | (46.7) |
| 7:00 to 7:59 AM | 8 | (53.3) | 8 | (53.3) |
| 8:00 to 8:59 AM | 1 | (6.7) | 0 | (0) |
| 9:00 to 9:59 AM | 1 | (6.7) | 0 | (0) |
| **Typical time to wake up to start the day** | 15 |  | 15 |  |
| 4:00 to 4:59 AM | 1 | (6.7) | 1 | (6.7) |
| 5:00 to 5:59 AM | 0 | (0) | 0 | (0) |
| 6:00 to 6:59 AM | 2 | (13.3) | 2 | (13.3) |
| 7:00 to 7:59 AM | 2 | (13.3) | 6 | (40) |
| 8:00 to 8:59 AM | 7 | (46.7) | 3 | (20) |
| 9:00 to 9:59 AM | 2 | (13.3) | 1 | (6.7) |
| 10:00 to 10:59 AM | 1 | (6.7) | 1 | (6.7) |
| … |  |  |  |  |
| 2:00 to 2:59 PM | 0 | (0) | 1 | (6.7) |

24. Information about breakfast collected from the 40-item Jail Sleep Assessment (JSA-40) questionnaire administered to inmates during August 2022 is tabulated and summarized in Table QF-JSA-5. below. Of 15 surveyed inmates, all reported that breakfast was typically served between 3:00 AM and 4:59 AM. More than 90% of inmates reported that they did not eat breakfast when it was served, and nearly half reported that they could only sometimes or typically not fall back asleep after breakfast had been served.

Table QF-JSA-5.

| | Last week | | Last night | |
|---|---|---|---|---|
| | Total N | (%) | Total N | (%) |
| **Typical time breakfast was served** | 15 | | 15 | |
| 3:00 to 3:59 AM | 6 | (40) | 7 | (46.7) |
| 4:00 to 4:59 AM | 9 | (60) | 8 | (53.3) |
| **Typically, was breakfast eaten when served?** | 14 | | 15 | |
| Yes | 1 | (7.1) | 1 | (6.7) |
| No | 13 | (92.9) | 14 | (93.3) |
| **Typically, able to fall back asleep after breakfast was served?** | 15 | | 15 | |
| Yes | 8 | (53.3) | 11 | (73.3) |
| Sometimes | 4 | (26.7) | N/A | N/A |
| No | 3 | (20) | 4 | (26.7) |

25. Information about sleep duration collected from the 40-item Jail Sleep Assessment (JSA-40) questionnaire administered to inmates during August 2022 is tabulated and summarized in Table QF-JSA-6. below. The overall mean nocturnal sleep duration was 5.3 hours per night (standard deviation = 0.78 hours), with a range of 4 hours to 6.5 hours. Of 15 surveyed inmates, 3 (20%) reported 4 hours of sleep on a typical night, 3 (20%) reported 5 hours of sleep, 3 (20%) reported 5.5 hours of sleep, 5 (33.3%) reported 6 hours of sleep, and 1 (6.7%) reported 6.5 hours of sleep. No inmate reported obtaining more than 6.5 hours of sleep on a typical night.

Table QF-JSA-6.

| | Last week | |
|---|---|---|
| | Total N | (%) |
| **Typical nocturnal sleep duration in hours** | 15 | |
| 4 | 3 | (20) |
| 4.5 | 0 | (0) |
| 5 | 3 | (20) |
| 5.5 | 3 | (20) |
| 6 | 5 | (33.3) |
| 6.5 | 1 | (6.7) |
| More than 6.5 | 0 | (0) |

26. Inmates reported considerable evidence of sleep fragmentation during the prior week. On average, the mean number of times that the inmates reported being awoken during the past week was 2.6 times per night (median=2.5 times per night; range 0.3 to 4 times per night).

During these awakenings, the inmates reported that they remained awake for an average of 48 minutes after each awakening (median=30 minutes; range 5 minutes to 2.5 hours).

27. Inmates reported considerable evidence of sleep fragmentation during the night prior to the survey.  On average, the mean number of times that the inmates reported being awoken during the prior night was 1.8 times the prior night (median=2 times the prior night; range 0 to 4 times the prior night). During these awakenings the prior night, the inmates reported that they remained awake trying to fall back to sleep the prior night for an average of 102 minutes after each awakening (median=2 hours; range 0 to 4 hours).  All 15 respondents tried to fall asleep after breakfast was served, but 27% were unable to do so.  Those who were able to fall asleep after breakfast was served were able to do so in an average of 23 minutes (median 17 minutes, range 5 minutes to 1 hour).

28. Some inmates reported nodding off or falling asleep during the daytime.  During the past week, the average number of daytime naps was 0.74 per day (median=1 nap per day, with a minimum of 0 naps and a maximum of 2 per day). The average reported duration of daytime nap sleep was 45 minutes, with a median duration of 30 minutes, and a range from 0 minutes to 2 hours. The total hours nap sleep each day during the prior week averaged 54 minutes per day, with a median of 45 minutes, a minimum of 0 minutes and a maximum of 2 hours. During the day before the interview, the inmates reported that they had nodded off or fallen asleep during the daytime an average of 1.9 times (median=2; minimum 0 times and a maximum of 4 times yesterday). The number of deliberate naps the prior day averaged 0.4 (median=0; minimum 0 and maximum 2). Inmates averaged 1 hour of total daytime sleep the prior day (with a median of 30 minutes and a range of 0 to 3 hours).

29. Information about the sleep environment collected from the 16-item Prison Environmental Sleep Questionnaire (PESQ-16) administered to inmates during August 2022 is tabulated and summarized in Table QF-PESQ. below. High scores indicate more common and significant disruption of sleep attributed to the assessed factors. The overall mean PESQ score was 40.1 out of 64 (standard deviation = 14.0), with a range of 17 to 61. For comparison, the mean score in the initial validation study that established the instrument was 22.3 (standard deviation = 11.5) for inmates with insomnia symptoms and 11.6 (standard deviation = 9.1) for inmates without insomnia symptoms (Dewa *et al.*, 2017). Of 11 surveyed inmates, the most common factor that disturbed sleep quite a bit or extremely was the comfortability of mattresses (10 inmates [90.9%]). Other factors reported by more than half of inmates included being worried or anxious, mind racing, noise (doors slamming, the prison environment, other prisoners, and staff), physical pain, and light.

Table QF-PESQ.

| | Total N | (%) |
|---|---|---|
| **Prison Environmental Sleep Questionnaire (PESQ) Score and Items**<br><br>The extent to which the below factors disturbed sleep "Quite a Bit" or "Extremely" (on a scall of "Not at all" to "Extremely") | 11 | |
| Being worried or anxious | 8 | (72.7) |
| Mind racing | 8 | (72.7) |
| Noise from doors slamming | 6 | (54.5) |
| Noise from prison environment | 7 | (63.6) |
| Prisoner sounds | 8 | (72.7) |
| Noise from staff | 7 | (63.6) |
| Water noises | 5 | (45.5) |
| Noise from a TV and/or radio | 5 | (45.5) |
| Noise from intercom or telephone | 4 | (36.4) |
| Bed parts squeaking | 5 | (45.5) |
| Mattress was too uncomfortable | 10 | (90.9) |
| Physical pain | 8 | (72.7) |
| Too hot in my cell | 7 | (63.6) |
| Too cold in my cell | 4 | (36.4) |
| Too light in my cell | 8 | (72.7) |
| Incident with another prisoner | 3 | (27.3) |
| Total score: 0 to 16 | 0 | (0) |
| Total score: 17 to 32 | 4 | (36.4) |
| Total score: 33 to 48 | 2 | (18.2) |
| Total score: 49 to 64 | 5 | (45.5) |

Dewa LH, Hassan L, Shaw JJ, Senior J. Trouble sleeping inside: a cross-sectional study of the prevalence and associated risk factors of insomnia in adult prison populations in England. *Sleep Med*. 2017 Apr;32:129-136. doi: 10.1016/j.sleep.2016.12.018. Epub 2017 Jan 16. PMID: 28366324; PMCID: PMC5390769.

**Questionnaire Findings (QF), Section 2. Sleep Screening Instruments**

30. Information about diurnal preference collected from Item 19 of the 8-item Sleep Condition Indicator questionnaire administered to inmates during August 2022 is tabulated and summarized in Table QF-MEQ. below. Of 13 surveyed inmates, 9 (69.2%) identified as evening types. The most common diurnal preferences were definite evening type (5 [38.5%]) and rather more of an evening type than a morning type (4 [30.8%]). Only 2 (15.4%) inmates identified as definite morning types.

76

Table QF-MEQ.

|  | Total N | (%) |
|---|---|---|
| **Diurnal preference** | 13 | |
| **Any morning type (definite or rather)** | **4** | **(30.8)** |
| Definite morning type | 2 | (15.4) |
| Rather morning type | 2 | (15.4) |
| **Any evening type (definite or rather)** | **9** | **(69.2)** |
| Definite evening type | 5 | (38.5) |
| Rather evening type | 4 | (30.8) |

Horne JA, Ostberg O. A self-assessment questionnaire to determine morningness-eveningness in human circadian rhythms. *Int J Chronobiol.* 1976;4(2):97-110. PMID: 1027738.

31. Information about insomnia symptoms was collected from the 8-item Sleep Condition Indicator questionnaire administered to inmates during August 2022. Of 12 surveyed inmates, 12 (100%) screened positive for clinically significant insomnia symptoms based on the established threshold of a score below 16 out of 50 (Espie *et al.*, 2014).
[Espie CA, Kyle SD, Hames P, Gardani M, Fleming L, Cape J. The Sleep Condition Indicator: a clinical screening tool to evaluate insomnia disorder. *BMJ Open.* 2014 Mar 18;4(3):e004183. doi: 10.1136/bmjopen-2013-004183. PMID: 24643168; PMCID: PMC3964344.]

32. Information about excessive daytime sleepiness was collected from the Epworth Sleepiness Scale questionnaire administered to inmates during August 2022. Of 12 surveyed inmates, 7 (58.3%) screened positive for excessive (i.e., above normal) daytime sleepiness based on the established threshold of a score above 10 out of 24 (Johns, 1992).
[Johns MW. Reliability and factor analysis of the Epworth Sleepiness Scale. *Sleep.* 1992 Aug;15(4):376-81. doi: 10.1093/sleep/15.4.376. PMID: 1519015.]

33. Information about risk of obstructive sleep apnea was collected from the Berlin Questionnaire administered to inmates during August 2022. Of 13 surveyed inmates, 7 (53.8%) screened positive for high risk of obstructive sleep apnea based on the established threshold of two or more of three categories scored as positive (Netzer *et al.*, 1999).
[Netzer NC, Stoohs RA, Netzer CM, Clark K, Strohl KP. Using the Berlin Questionnaire to identify patients at risk for the sleep apnea syndrome. *Ann Intern Med.* 1999 Oct 5;131(7):485-91. doi: 10.7326/0003-4819-131-7-199910050-00002. PMID: 10507956.]

34. Information about restorative sleep collected from the Restorative Sleep Questionnaire (REST-Q) questionnaire administered to inmates during August 2022 is tabulated and summarized in Table QF-REST. below. Of 12 inmates who completed the REST-Q, all but 1 (91.6%) screened as having low restorative sleep scores based on a threshold of below 50 out of 100 established by Robbins *et al.* (2022), with higher scores reflecting more restorative sleep. Overall, more than half (7) of surveyed inmates had REST-Q scores below 20. The only inmate not in that group scored a 50, which is the lower bound for somewhat restorative sleep scores. The prevalence of

low restorative sleep in this population is 280% higher than that of a representative sample of United States adults, among whom 32.7% had low restorative sleep scores, 39.2% had somewhat restorative sleep scores, and 28.1% had high restorative sleep scores. An itemized assessment reveals that surveyed inmates averaged feeling that last night's sleep left them feeling between not at all and a little bit in a good mood, rested, refreshed, ready to start the day, and energetic. The average response to how last night's sleep left them feeling in terms of mental alertness was between a little bit and somewhat. They also responded that last night's sleep left them feeling, on average, between somewhat and very much grouchy, and between a little bit and somewhat tired and sleepy.

[Robbins R, Quan SF, Buysse DJ, Weaver MD, Walker MP, Drake CL, Monten K, Barger LK, Rajaratnam SMW, Roth T, Czeisler CA. 2022. A Nationally Representative Survey Assessing Restorative Sleep in US Adults. *Front. Sleep.* 1:935228. doi: 10.3389/frsle.2022.935228]

Table QF-REST.

Responses were captured on a scale from 1 (not at all) to 2 (a little bit), 3 (somewhat), 4 (very much), and 5 (completely).

| | Mean | Standard deviation |
|---|---|---|
| **REST-Q - overall score and individual items (n = 12)** | | |
| Total score (0 to 100) | 25.5 | 13.6 |
| Last night's sleep left me feeling… | | |
| *For the below items, higher scores (closer to 5 out of 5) reflect more restorative sleep* | | |
| …in a good mood | 1.8 | 0.8 |
| …rested | 1.8 | 1.0 |
| …refreshed | 1.6 | 0.8 |
| …ready to start the day | 1.7 | 1.0 |
| …energetic | 1.6 | 0.8 |
| …mentally alert | 2.3 | 1.2 |
| *For the below items, lower scores (i.e., closer to 1 out of 5) reflect more restorative sleep* | | |
| …tired | 2.3 | 1.3 |
| …sleepy | 2.4 | 1.5 |
| ...grouchy | 3.3 | 1.7 |

**Questionnaire Findings (QF), Section 3. Mental Health Screening Instruments**

35. Information about anxiety symptoms collected from the Beck Anxiety Inventory (BAI) and 7-item Generalized Anxiety Disorder (GAD-7) questionnaires administered to inmates during August 2022 is tabulated and summarized in Table QF-ANX. below. Of 18 inmates who completed the BAI, 15 (83.3%) screened positive for moderate to severe clinically meaningful anxiety symptoms; 10 (55.6%) were experiencing severe anxiety symptoms. Categories are based on the established thresholds with scores of 16 to 25 as moderate and 26 to 63 as severe (Beck *et*

*al.*, 1988). Of 13 inmates who completed the GAD-7, 11 (84.6%) screened positive for moderate to severe clinically meaningful anxiety symptoms; 7 (53.8%) were experiencing severe anxiety symptoms. Categories are based on the established thresholds with scores of 10 to 14 as moderate and 15 to 21 as severe (Löwe *et al.*, 2008). Together, these findings indicate that across symptom and severity screening instruments, clinically meaningful, severe anxiety symptoms were highly prevalent within this population.

Table QF-ANX.

| | Total N | (%) |
|---|---|---|
| **Anxiety symptoms - Beck Anxiety Inventory (BAI)** | 18 | |
| Minimal | 1 | (5.6) |
| Mild | 2 | (11.1) |
| Moderate | 5 | (27.8) |
| Severe | 10 | (55.6) |
| Moderate to severe | 15 | (83.3) |
| **Anxiety symptoms - Generalized Anxiety Disorder (GAD-7)** | 13 | |
| Minimal | 1 | (7.7) |
| Mild | 1 | (7.7) |
| Moderate | 4 | (30.8) |
| Severe | 7 | (53.8) |
| Moderate to severe | 11 | (84.6) |

[Beck AT, Epstein N, Brown G, Steer RA. An inventory for measuring clinical anxiety: psychometric properties. *J Consult Clin Psychol*. 1988 Dec;56(6):893-7. doi: 10.1037//0022-006x.56.6.893. PMID: 3204199.]

[Löwe B, Decker O, Müller S, Brähler E, Schellberg D, Herzog W, Herzberg PY. Validation and standardization of the Generalized Anxiety Disorder Screener (GAD-7) in the general population. *Med Care*. 2008 Mar;46(3):266-74. doi: 10.1097/MLR.0b013e318160d093. PMID: 18388841.]

36. Information about depression symptoms collected from the Beck Depression Inventory (BAI) and 9-item Patient Health Questionnaire (PHQ-9) questionnaires administered to inmates during August 2022 is tabulated and summarized in Table QF-DEP. below. Of 18 inmates who completed the BDI, 14 (77.8%) screened positive for moderate to extreme clinically meaningful depression symptoms; 7 (38.9%) were experiencing severe or extreme depression symptoms. Categories are based on the established thresholds with scores of 21 to 30 as moderate and 31 to 40 as severe, and 41 to 63 as extreme (Beck *et al.*, 1988). Of 13 inmates who completed the PHQ-9, all 13 (100%) screened positive for moderate to severe clinically meaningful depression symptoms; 6 (46.2%) were experiencing severe depression symptoms. Categories are based on the established thresholds with scores of 10 to 14 as moderate, 15 to 19 as moderately severe, and 20 to 27 as severe (Löwe *et al.*, 2008). Together, these findings indicate that across symptom

and severity screening instruments, clinically meaningful, severe depression symptoms were highly prevalent within this population.

Table QF-DEP.

| | Total N | (%) |
|---|---|---|
| **Depression symptoms - Beck Depression Inventory (BDI)** | 18 | |
| Normal | 1 | (5.6) |
| Mild | 2 | (11.1) |
| Borderline | 1 | (5.6) |
| Moderate | 7 | (38.9) |
| Severe | 5 | (27.8) |
| Extreme | 2 | (11.1) |
| Moderate to extreme | 14 | (77.8) |
| **Depression symptoms - Patient Health Questionnaire (PHQ-9)** | 13 | |
| None | 0 | (0) |
| Mild | 0 | (0) |
| Moderate | 4 | (30.8) |
| Moderately severe | 3 | (23.1) |
| Severe | 6 | (46.2) |
| Moderate to severe | 13 | (100) |

[Beck AT, Ward CH, Mendelson M, Mock J, Erbaugh J. An inventory for measuring depression. *Arch Gen Psychiatry*. 1961 Jun;4:561-71. doi: 10.1001/archpsyc.1961.01710120031004. PMID: 13688369.]

[Löwe B, Kroenke K, Herzog W, Gräfe K. Measuring depression outcome with a brief self-report instrument: sensitivity to change of the Patient Health Questionnaire (PHQ-9). *J Affect Disord*. 2004 Jul;81(1):61-6. doi: 10.1016/S0165-0327(03)00198-8. PMID: 15183601.]

37. Information about post-traumatic stress disorder (PTSD) symptoms was collected from the Posttraumatic Stress Disorder Checklist (PCL-5) questionnaire administered to inmates during August 2022. Of 23 surveyed inmates, 20 (87.0%) screened positive for clinically meaningful PTSD symptoms based on the established threshold of a score of 31-33 or higher. Such a score suggests the patient may benefit from PTSD treatment, with the PCL-5 having been recently revised to reflect Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5) changes to the PTSD criteria (Blevins *et al.*, 2015).

[Blevins CA, Weathers FW, Davis MT, Witte TK, Domino JL. The Posttraumatic Stress Disorder Checklist for DSM-5 (PCL-5): Development and Initial Psychometric Evaluation. *J Trauma Stress*. 2015 Dec;28(6):489-98. doi: 10.1002/jts.22059. Epub 2015 Nov 25. PMID: 26606250.]

38. Information about psychological distress was collected from the Kessler Psychological Distress Scale (K10) questionnaire administered to inmates during August 2022. Of 13 surveyed inmates, 10 (76.9%) screened positive for moderate (3 inmates [23.1%]) to severe (7 inmates [53.8%]) psychological distress based on the threshold of respondents with scores of 25 to 29 likely having a moderate mental disorder and a score between 30 and 50 likely having a severe mental disorder (Kessler *et al.*, 2002).
[Kessler RC, Andrews G, Colpe LJ, Hiripi E, Mroczek DK, Normand SL, Walters EE, Zaslavsky AM. Short screening scales to monitor population prevalences and trends in non-specific psychological distress. *Psychol Med.* 2002 Aug;32(6):959-76. doi: 10.1017/s0033291702006074. PMID: 12214795.]

**Questionnaire Findings (QF), Section 4. Sleep x Mental Health Screening Instruments**

39. Information about diurnal preference collected from Item 19 of the Morningness-Eveningness Questionnaire and PTSD symptoms collected from the PCL-5 questionnaire administered to inmates during August 2022 is tabulated and summarized in Table QF-MEQ-PCL. below.  Of 13 inmates who completed both questionnaires, 12 (92.3%) screened positive for PTSD symptoms. The only inmate who did not screen positive identified as a "definite morning type" (i.e., early to bed, early to rise), indicating a diurnal preference more closely aligned with the timing of lighting and sleep opportunities within the San Francisco County Jail.

Table QF-MEQ-PCL.

| | | | PTSD symptoms | |
|---|---|---|---|---|
| | Total N | (%) | n | (%) |
| **Diurnal preference** | 13 | | | |
| Any morning type (definite or rather) | 4 | (30.8) | 3 | (75) |
| Definite morning type | 2 | (15.4) | 1 | (50) |
| Rather morning type | 2 | (15.4) | 2 | (100) |
| Any evening type (definite or rather) | 9 | (69.2) | 9 | (100) |
| Rather evening type | 4 | (30.8) | 4 | (100) |
| Definite evening type | 5 | (38.5) | 5 | (100) |

40. Information about diurnal preference collected from Item 19 of the Morningness-Eveningness Questionnaire and anxiety symptoms collected from the Beck Anxiety Inventory (BAI) and 7-item Generalized Anxiety Disorder (GAD-7) questionnaires administered to inmates during August 2022 is tabulated and summarized in Table QF-MEQ-ANX-1. and QF-MEQ-ANX-2. below. Of 12 inmates who completed both Item 19 of the MEQ and the BAI, 9 (75%) were evening types. Overall, 6 (66.7%) of these inmates screened positive for severe anxiety symptoms, including 80% of definite evening types. By comparison, 1 of the 3 (33.3%) morning types screened positive for severe anxiety symptoms.

Table QF-MEQ-ANX-1.

|  | Total N | (%) | Mild | | Moderate | | Severe | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | n | (%) | n | (%) | n | (%) |
| **Diurnal preference** | 12 | (100) | 2 | (16.7) | 3 | (25) | 7 | (58.3) |
| Any morning type (definite or rather) | 3 | (25) | 1 | (33.3) | 1 | (33.3) | 1 | (33.3) |
| Definite morning type | 2 | (16.7) | 1 | (50) | 0 | (0) | 1 | (50) |
| Rather morning type | 1 | (8.3) | 0 | (0) | 1 | (100) | 0 | (0) |
| Any evening type (definite or rather) | 9 | (75) | 1 | (11.1) | 2 | (22.2) | 6 | (66.7) |
| Rather evening type | 4 | (33.3) | 1 | (25) | 1 | (25) | 2 | (50) |
| Definite evening type | 5 | (41.7) | 0 | (0) | 1 | (20) | 4 | (80) |

41. Of 13 inmates who completed both Item 19 of the MEQ and the GAD-7, 9 (69.2%) were evening types. Overall, 5 (55.6%) of these inmates screened positive for severe anxiety symptoms, including 80% of definite evening types. By comparison, 2 of the 4 (50%) morning types screened positive for severe anxiety symptoms. Mild and moderate anxiety symptoms were also more common among evening than among morning types, whereas minimal anxiety symptoms were more common among morning types.

Table QF-MEQ-ANX-2.

|  | Total N | (%) | Minimal | | Mild | | Moderate | | Severe | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | n | (%) | n | (%) | n | (%) | n | (%) |
| **Diurnal preference** | 13 | (100) | 1 | (7.7) | 1 | (7.7) | 4 | (30.8) | 7 | (53.8) |
| Any morning type (definite or rather) | 4 | (30.8) | 1 | (25) | 0 | (0) | 1 | (25) | 2 | (50) |
| Definite morning type | 2 | (15.4) | 1 | (50) | 0 | (0) | 0 | (0) | 1 | (50) |
| Rather morning type | 2 | (15.4) | 0 | (0) | 0 | (0) | 1 | (50) | 1 | (50) |
| Any evening type (definite or rather) | 9 | (69.2) | 0 | (0) | 1 | (11.1) | 3 | (33.3) | 5 | (55.6) |
| Rather evening type | 4 | (30.8) | 0 | (0) | 1 | (25) | 2 | (50) | 1 | (25) |
| Definite evening type | 5 | (38.5) | 0 | (0) | 0 | (0) | 1 | (20) | 4 | (80) |

42. Information about diurnal preference collected from Item 19 of the Morningness-Eveningness Questionnaire and depression symptoms collected from the Beck Depression Inventory (BDI) and 9-item Patient Health Questionnaire (PHQ-9) questionnaires administered to inmates during August 2022 is tabulated and summarized in Table QF-MEQ-DEP-1. and QF-MEQ-DEP-2. below. Of 12 inmates who completed both Item 19 of the MEQ and the BDI, 9 (75%) were evening types. Overall, 5 (55.6%) of these inmates screened positive for severe or extreme depression symptoms, including 60% of definite evening types. By comparison, 1 of the 3 (33.3%) morning types screened positive for severe or extreme depression symptoms.

Table QF-MEQ-DEP-1.

| | Total N | (%) | Normal | | Mild | | Borderline | | Moderate | | Severe | | Extreme | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | n | (%) | n | (%) | n | (%) | n | (%) | n | (%) | n | (%) |
| **Diurnal preference** | 12 | (100) | 1 | (8.3) | 1 | (8.3) | 1 | (8.3) | 3 | (25) | 4 | (33.3) | 2 | (16.7) |
| Any morning type (definite or rather) | 3 | (25) | 1 | (33.3) | 0 | (0) | 0 | (0) | 1 | (33.3) | 0 | (0) | 1 | (33.3) |
| Definite morning type | 2 | (16.7) | 0 | (0) | 0 | (0) | 0 | (0) | 1 | (50) | 0 | (0) | 1 | (50) |
| Rather morning type | 1 | (8.3) | 1 | (100) | 0 | (0) | 0 | (0) | 0 | (0) | 0 | (0) | 0 | (0) |
| Any evening type (definite or rather) | 9 | (75) | 0 | (0) | 1 | (11.1) | 1 | (11.1) | 2 | (22.2) | 4 | (44.4) | 1 | (11.1) |
| Rather evening type | 4 | (33.3) | 0 | (0) | 1 | (25) | 1 | (25) | 0 | (0) | 2 | (50) | 0 | (0) |
| Definite evening type | 5 | (41.7) | 0 | (0) | 0 | (0) | 0 | (0) | 2 | (40) | 2 | (40) | 1 | (20) |

43. Of 13 inmates who completed both Item 19 of the MEQ and the PHQ-9, 9 (69.2%) were evening types. Overall, 5 (55.6%) of these inmates screened positive for severe depression symptoms, including 60% of definite evening types. By comparison, 1 of the 4 (25%) morning types screened positive for severe depression symptoms.

Table QF-MEQ-DEP-2.

| | Total N | (%) | Moderate | | Moderately Severe | | Severe | |
|---|---|---|---|---|---|---|---|---|
| | | | n | (%) | n | (%) | n | (%) |
| **Diurnal preference** | 13 | (100) | 4 | (30.8) | 3 | (23.1) | 6 | (46.2) |
| Any morning type (definite or rather) | 4 | (30.8) | 2 | (50) | 1 | (25) | 1 | (25) |
| Definite morning type | 2 | (15.4) | 1 | (50) | 0 | (0) | 1 | (50) |
| Rather morning type | 2 | (15.4) | 1 | (50) | 1 | (50) | 0 | (0) |
| Any evening type (definite or rather) | 9 | (69.2) | 2 | (22.2) | 2 | (22.2) | 5 | (55.6) |
| Rather evening type | 4 | (30.8) | 2 | (50) | 0 | (0) | 2 | (50) |
| Definite evening type | 5 | (38.5) | 0 | (0) | 2 | (40) | 3 | (60) |

44. Information about diurnal preference collected from Item 19 of the Morningness-Eveningness Questionnaire and psychological distress collected from the Kessler Psychological Distress Scale (K10) questionnaires administered to inmates during August 2022 is tabulated and summarized in Table QF-MEQ-K10. below.  Of 13 inmates who completed both Item 19 of the MEQ and the K10, 9 (69.2%) were evening types. Overall, 6 (66.7%) of these inmates screened positive for severe psychological distress, including 80% of definite evening types. By comparison, 1 of the 4 (25%) morning types screened positive for severe psychological distress.

Table QF-MEQ-K10.

| | Total N | (%) | Mild | | Moderate | | Severe | |
|---|---|---|---|---|---|---|---|---|
| | | | n | (%) | n | (%) | n | (%) |
| **Diurnal preference** | 13 | (100) | 3 | (23.1) | 3 | (23.1) | 7 | (53.8) |
| Any morning type (definite or rather) | 4 | (30.8) | 1 | (25) | 2 | (50) | 1 | (25) |
| Definite morning type | 2 | (15.4) | 0 | (0) | 1 | (50) | 1 | (50) |
| Rather morning type | 2 | (15.4) | 1 | (50) | 1 | (50) | 0 | (0) |
| Any evening type (definite or rather) | 9 | (69.2) | 2 | (22.2) | 1 | (11.1) | 6 | (66.7) |
| Rather evening type | 4 | (30.8) | 2 | (50) | 0 | (0) | 2 | (50) |
| Definite evening type | 5 | (38.5) | 0 | (0) | 1 | (20) | 4 | (80) |

45. Information about restorative sleep collected from the Restorative Sleep Questionnaire (REST-Q) and PTSD symptoms collected from the PCL-5 questionnaire administered to inmates during August 2022 is tabulated and summarized in Table QF-REST-PCL. below. The REST-Q scoring categories are typically low (0 to 49.99), somewhat (50 to 74.99), or high (75 to 100). However, given that only 1 inmate screened for somewhat restorative sleep (with a score of 50) and 0 inmates screened for highly restorative sleep, for this analysis, inmate REST-Q scores were categorized as 0 to 19.99, 20 to 39.99, and 40 to 50. This categorization applies to this section and the following 3 sections. Of 12 inmates who completed both the REST-Q and the PCL-5, 7 (58.3%) had scored between 0 and 19.99 out of 100, with higher scores reflecting more restorative sleep. Overall, all 7 (100%) of these inmates screened positive for PTSD symptoms, as did both inmates who scored between 20 and 39.99 on the REST-Q. By comparison, 2 of the 3 (66.7%) inmates who scored between 40 and 50 on the REST-Q screened positive for PTSD symptoms.

Table QF-REST-PCL.

| | Total N | (%) | PTSD symptoms | |
|---|---|---|---|---|
| | | | n | (%) |
| **REST-Q Total Score** | 12 | | 11 | (91.6) |
| 0 to 19.99 | 7 | (58.3) | 7 | (100) |
| 20 to 39.99 | 2 | (16.7) | 2 | (100) |
| 40 to 50 | 3 | (25) | 2 | (66.7) |

46. Information about restorative sleep collected from the Restorative Sleep Questionnaire (REST-Q) and anxiety symptoms collected from the Beck Anxiety Inventory (BAI) and 7-item Generalized Anxiety Disorder (GAD-7) questionnaires administered to inmates during August 2022 is tabulated and summarized in Table QF-REST-ANX-1. and QF-REST-ANX-2. below.

Of 11 inmates who completed both the REST-Q and the BAI, 7 (63.6%) had scored between 0 and 19.99 out of 100, with higher scores reflecting more restorative sleep. Overall, 5 (71.4%) of these inmates screened positive for severe anxiety symptoms, as did both inmates who scored between 20 and 39.99 on the REST-Q. By comparison, neither of the inmates who scored between 40 and 50 on the REST-Q screened positive for severe anxiety symptoms.

Table QF-REST-ANX-1.

|  |  |  | Mild |  | Moderate |  | Severe |  |
|---|---|---|---|---|---|---|---|---|
|  | Total N | (%) | n | (%) | n | (%) | n | (%) |
| **REST-Q Total Score** | 11 |  | 2 | (18.2) | 2 | (18.2) | 7 | (63.6) |
| 0 to 19.99 | 7 | (63.6) | 1 | (14.3) | 1 | (14.3) | 5 | (71.4) |
| 20 to 39.99 | 2 | (18.2) | 0 | (0) | 0 | (0) | 2 | (100) |
| 40 to 50 | 2 | (18.2) | 1 | (50) | 1 | (50) | 0 | (0) |

47. Of 12 inmates who completed both the REST-Q and the GAD-7, 7 (58.3%) had scored between 0 and 19.99 out of 100, with higher scores reflecting more restorative sleep. Overall, 4 (57.1%) of these inmates screened positive for severe anxiety symptoms, as did both inmates who scored between 20 and 39.99 on the REST-Q. By comparison, 1 of the 3 (33.3%) inmates who scored between 40 and 50 on the REST-Q screened positive for severe anxiety symptoms.

Table QF-REST-ANX-2.

|  |  |  | Minimal |  | Mild |  | Moderate |  | Severe |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Total N | (%) | n | (%) | n | (%) | n | (%) | n | (%) |
| **REST-Q Total Score** | 12 |  | 1 | (8.3) | 1 | (8.3) | 3 | (25) | 7 | (58.3) |
| 0 to 19.99 | 7 | (58.3) | 0 | (0) | 1 | (14.3) | 2 | (28.6) | 4 | (57.1) |
| 20 to 39.99 | 2 | (16.7) | 0 | (0) | 0 | (0) | 0 | (0) | 2 | (100) |
| 40 to 50 | 3 | (25) | 1 | (33.3) | 0 | (0) | 1 | (33.3) | 1 | (33.3) |

48. Information about restorative sleep collected from the Restorative Sleep Questionnaire (REST-Q) and depression symptoms collected from the Beck Depression Inventory (BDI) and 9-item Patient Health Questionnaire (PHQ-9) questionnaires administered to inmates during August 2022 is tabulated and summarized in Table QF-MEQ-DEP-1. and QF-MEQ-DEP-2. below. Of 12 inmates who completed both the REST-Q and the BDI, 7 (58.3%) had scored between 0 and 19.99 out of 100, with higher scores reflecting more restorative sleep. Overall, 3 (42.9%) of these inmates screened positive for severe to extreme depression symptoms, as did both inmates who scored between 20 and 39.99 on the REST-Q. By comparison, none of the inmates who scored between 40 and 50 on the REST-Q screened positive for severe depression symptoms.

Table QF-MEQ-DEP-1.

| | Total N | (%) | Normal | | Mild | | Borderline | | Moderate | | Severe | | Extreme | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | n | (%) | n | (%) | n | (%) | n | (%) | | | | |
| **REST-Q Total Score** | 12 | | 1 | (8.3) | 1 | (8.3) | 1 | (8.3) | 3 | (25) | 3 | (25) | 2 | (16.7) |
| 0 to 19.99 | 7 | (58.3) | 0 | (0) | 1 | (14.3) | 1 | (14.3) | 2 | (28.6) | 2 | (28.6) | 1 | (14.3) |
| 20 to 39.99 | 2 | (16.7) | 0 | (0) | 0 | (0) | 0 | (0) | 0 | (0) | 1 | (50) | 1 | (50) |
| 40 to 50 | 3 | (25) | 1 | (33.3) | 0 | (0) | 0 | (0) | 1 | (33.3) | 0 | (0) | 0 | (0) |

49. Of 12 inmates who completed both the REST-Q and the PHQ-9, 7 (58.3%) had scored between 0 and 19.99 out of 100, with higher scores reflecting more restorative sleep. Overall, 4 (57.1%) of these inmates screened positive for severe depression symptoms, as did both inmates who scored between 20 and 39.99 on the REST-Q. By comparison, none of the inmates who scored between 40 and 50 on the REST-Q screened positive for severe depression symptoms.

Table QF-MEQ-DEP-2.

| | Total N | (%) | Moderate | | Moderately Severe | | Severe | |
|---|---|---|---|---|---|---|---|---|
| | | | n | (%) | n | (%) | n | (%) |
| **REST-Q Total Score** | 12 | | 4 | (33.3) | 2 | (16.7) | 6 | (50) |
| 0 to 19.99 | 7 | (58.3) | 2 | (28.6) | 1 | (14.3) | 4 | (57.1) |
| 20 to 39.99 | 2 | (16.7) | 0 | (0) | 0 | (0) | 2 | (100) |
| 40 to 50 | 3 | (25) | 2 | (66.7) | 1 | (33.3) | 0 | (0) |

50. Information about restorative sleep collected from the Restorative Sleep Questionnaire (REST-Q) and psychological distress collected from the Kessler Psychological Distress Scale (K10) questionnaires administered to inmates during August 2022 is tabulated and summarized in Table QF-REST-K10. below. Of 12 inmates who completed both the REST-Q and the K10, 7 (58.3%) had scored between 0 and 19.99 out of 100, with higher scores reflecting more restorative sleep. Overall, 4 (57.1%) of these inmates screened positive for severe psychological distress, as did both inmates who scored between 20 and 39.99 on the REST-Q. By comparison, none of the inmates who scored between 40 and 50 on the REST-Q screened positive for severe psychological distress.

Table QF-REST-K10 x Inmates who screened positive for mild, moderate or severe
psychological distress

|  | Total N | (%) | Mild | | Moderate | | Severe | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | n | (%) | n | (%) | n | (%) |
| **REST-Q Total Score** | 12 |  | 3 | (25) | 3 | (25) | 6 | (50) |
| 0 to 19.99 | 7 | (58.3) | 2 | (28.6) | 1 | (14.3) | 4 | (57.1) |
| 20 to 39.99 | 2 | (16.7) | 0 | (0) | 0 | (0) | 2 | (100) |
| 40 to 50 | 3 | (25) | 1 | (33.3) | 2 | (66.7) | 0 | (0) |

**Responses to Supplemental Questions (RSQ)**

51. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of
Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text
responses to questions (indicated in *italics* typography) from Inmate 2K that highlight the sleep and
lighting conditions faced by inmates in the San Francisco County Jail, and the conditions faced by
inmates who work on jobs that are assigned to them:

> *Question: Do you sleep at times other than at night? Daytime?*
> Sometimes, it depends on if I work a double shift or not. **This week I've done double
> shifts every day.** Maybe there was once I didn't go in. I'm exhausted after I work a double
> shift. **They ask us to work double shifts because they're short staffed. Sometimes I
> work 1-5 AM, then I get back to my cell and I can sleep from 5:30-7:30 before I have
> to get up.**
> [Inmate 2K, Page 2, Sleep Q 1; emphasis added]

> *Question 7. Have they changed the lights in your cell (i.e., Removed the old fluorescent fixtures?)*
> Not sure because I haven't been here long. The lights are so bright. It depends on if you're
> on the top or lower bunk. It's worse on the top bunk. Brighter. **You have to put
> something over your face or head during the day if you want to sleep. Nighttime too**.
> On the top bunk though you get too hot if you've got something covering your head.
> **There's too much light in the rooms. It's bright like a sun. We can't control the
> lights. I've never had that before. In the 2 other jails I've been in, we've been able to
> control the lights, we have a light switch in our cell. Or we have a red light on for
> nighttime, not like this light. I wouldn't even call it a nightlight.**

> *Sub Question: Do you think you could read by that light?*
> Oh definitely
> [On] the top bunk it'll bother you all day
> **It's really bright. Too much light in the rooms.** Get lucky if a couple [of lamps] burn out
> and it takes maintenance a long time to alter it.  They tell you can't cover [the ceiling light
> fixture]

Some people do; all it takes is 1 [Commanding Officer] to come tear up your whole cell or write you up
It's definitely really bright.  If you're in your cell. More bearable on the bottom [bunk]/
**Would rather sit in the chair all day [because in the] top bunk you're only a couple [of feet] from the light itself. Headaches – increased; on the top bunk it's really bad**
[Inmate 2K, Page 3-4, Sleep Q 7; emphasis added]

*Elaborated answers from JSA-40*
**Noise keeps me up**
**[Commanding Officer] come and bang on the door**
**Other people bang on doors**
Talking through the ports
[Commanding Officer]'s are loud down here talking at times
When people go to work they're loud
**Always hear the keys jingling; they come by to open your port–it's super loud**
**Food drops down boom**
**I got ear plugs in and it still wakes me up**

Mattresses:
**New ones, they're so little [that] my elbows fall off of it, hitting the metal all night**
Nerve damage in my hands
Hard to sleep; woken up every night [because] my hands are numb, they're asleep
Doctor on site, I've been asking for over a year for help with this–she put in a referral to actually go to a hospital finally (after a year)
…
I've been in jail a couple of times
I did 6 months once and this time it's been 3 years. I've been here a year.
**That's never been the case in any of the other jails. This is the worst.**
In since 2019
**The worst experience of my life**
**Worse than when I was in prison**
**2 other county jails–Contra Costa, Santa Clara**
**Doesn't even compare** [emphasis added]

[Here there is…] No sunlight; No fresh air; No pull up bar or dip bar; No way to exercise
It's crazy; they don't do their safety checks
They don't respond to grievances
Things that have come up in complaints

Food here is terrible. Soy products. Breakfast–cakes, might get pb&J
Little cakes every day. Terrible for you.
All the shit for the main dinners. Soy based

The food is terrible. Might get one hard boiled egg and a piece of cake once a week for breakfast.
When we do get meat, the portions are so small; they say 4 oz piece but I think they're more like 2oz pieces. Half the time we get lunch meat, but it's the soy crap
Because we're in lockdown we have to eat in the cell & shit in the cell

*Question: How often do you have real meat?*
Maybe once or twice every other week.

*Question: How has the food affected your digestion?*
Terrible, constipated, not regular bowel movements like I normally have, weight gain, commissary food is even crap, it's all shit. **I'm really worried about my health Cholesterol has been high; I've never had problems with any of that before; I'm only 37 right now.** [It is] hard to lose weight or do anything
They always have pull up bars and dip bars at jail
They don't have anything here for you to try and exercise
So you have to try to come up [with] your own things but it's hard to do anything at all

Medications to help sleep
Melatonin
They prescribe me suboxone which I use sometimes to sleep
[Inmate 2K, Page 4-5, Elaborated answers from sleep survey; emphasis added]

52. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 3L that highlight the sleep and lighting conditions faced by inmates in the San Francisco County Jail:

*Question. How is the light at night?*
The nights are dim at night, but not fully off

*Question: Is it bright enough that you could read or write using the light from the night setting?*
Yes

*Question: How do the light fixtures affect your ability to fall and stay asleep?*
Does not affect sleep at night

*Question: Do the lights impact your experience of headaches at all? (additional/ worse headaches?)*
Sometimes get headaches

*Question: What time does the jail turn on the lights in your cell in the morning?*
7am

*Question: What time does the jail turn on the lights in the pod area (common area) in the morning?*
7am
[Inmate 3L, Page 2, Sleep Q 4]

Medications
He is not able to get the medications that he has his whole life. In the jail, they are not willing to give these medications to him. Withdrawal affecting sleep.
Medication that he took on the outside and is now currently not able to get
- Trazodone for sleep
- Adderall
- Wellbutrin
[Inmate 3L, Page 3, Medications]

53. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 5D that highlight the conditions faced by inmates in the San Francisco County Jail:

*Question 4. What is the schedule for programming?*
Usually 8-10:30am But today on lockdown for 24 hours in cell. No shower or anything, just like that. Usually wake up get ready at 8am, deputy taking nap usually in chair most of them). Then get coffee ready and something to read or study then all of a sudden, on lockdown with n explanation or anything. It's like getting ready to go out of apartment and it's a big deal for us. **Haven't seen sun or smelled fresh air for 7 years. Constant torture, my mind and mental is absolutely different. It's torture i'm**
[Inmate 5D, Page 1, Question 4; emphasis added]

Elaborations on Sleep Questionnaire
**Lights 24 hours**
**Deputies shaking door to make sure it's locked, it's the pervasion of sleep**
- 1 sergeant has 100 keys and when he walks it's so loud
[Inmate 5D, Page 2, Elaborations on Sleep Questionnaire; emphasis added]

*Question 3. How noisy is it during the day?*
95-98%
*Question: Can you hear noise from the common room?*
Absolutely
*Question: Can you hear noise from the next cell?*
Absolutely, I can hear a noise from 24 to a different block **its noisy 24 hr [per day]**
[Inmate 5D, Page 3, Sleep Q 3; emphasis added]

*Question 4. Have they changed the lights in your cell (i.e., removed the old fluorescent fixtures)?*
They turned the switch off from the control room for the whole pod, it's like we are in theater . it's one light that turn everything off for 1000 inmates

*Question: How is the light at night? If they changed the type of light, is the light dimmer or brighter at night than it used to be?*
**Its's like the light in the interview room, puts mask over eyes to sleep at night**
**Feels like they mess you up with mental health at night, very bright.** In daylight, it's very bright so after 9:30 they turn off light but it's still very bright
**Even uses drawing to block light and they get write-up so prevented from using phone, no commissary food for you or shower and you can't leave cell**

*Question: Is it bright enough that you could read or write using the light from the night setting?*
**100%**

*Question: How do the light fixtures affect your ability to fall and stay asleep? If the light has been changed, how does it compare to before?*
**Absolutely**

*Question: Do the lights impact your experience of headaches at all? (additional/ worse headaches?)*
Oh yeah, of course the worst the worst**. Never had headaches in life until being in here**

*Question: What time does the jail turn on the lights in your cell in the morning?*
Turn on at 6:30am when everyone is sleeping and the light is bright
The ward shift starts at 7am so everyone has to get up
We get excited when light turns on and have to stay in cell and it's so hot

*Question: What time does the jail turn on the lights in the pod area (common area) in the morning?*
Same thing. Pod and cells are hand in hand
[Inmate 5D,  Page 3-4, Sleep Q 4; emphasis added]

*Medication*
        Won't give medication to sleep
*Melatonin?*
-        Can't get it from nurse
-        No sleeping medication at all
-        Tylenol is ok and ok to get refill
-        If you have very few staff and human in cell 24 hours, inevitable for people to develop some sort of ailment
o        People here so miserable
o        No movement and people are sick and not moving

*Some guys have said they've either bought or were prescribed suboxone and maybe developed problems while they were on it. Have you experienced this?*
-        Personally stay away from it except for prescribed drugs
-        But see people very dependent on it
o        See people taking it 3-4 times a day every day, so even more addiction

PTSD medication

Psychiatrist prescribed Prazosin (high blood pressure) and Lexapro (antidepressant) and felt heart stop during workout

    \*Psychiatrist denied that it was due to medication

    \*No to general hospital and they put device on chest over heart to track heat rate and it burnt skin

    \*Told doctor he didn't feel healthy and the doctor came running and he said that the medication had side effect on his heart even though he had been saying it was fine.

    \*Wouldn't listen to [inmate] that something was wrong

    \*Dr. Hasberk-has been putting in requests 5-6 times

[Inmate 5D, Page 4-5, Medication; emphasis added]

54. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 6H that highlight the conditions faced by inmates in the San Francisco County Jail:

*Question 4: Have they changed the lights in your cell? i.e., removed the old fluorescent fixures?*
Cell that he has moved into has not had the lights changed yet. Only two bulbs running so it's nice. It makes them dimmer. Sometimes the night light isn't changed at night.

*Question: How is the light at night? If they changed the type of light, is the light dimmer or brighter at night than it used to be?*
Lights are bright at night. Main lights shut off and it's just the night light, but **the night light is still bright.**

*Question: Is it bright enough that you could read or write using the light from the night setting?*
**Yes.**

*Question: How do the light fixtures affect your ability to fall and stay asleep? If the light has been changed, how does it compare to before?*
Bottom bunk is nicer because it's shaded, but **on the top bunk you have to hide from the light to sleep.**

*Question: Do the lights impact your experience of headaches at all? (additional/worse headaches?)*
Has had headaches but not sure if it's from the lights or something else.

*Question: What time does the jail turn on the lights in your cell in the morning?*
7am.

*Question: What time does the jail turn on the lights in the pod area (common area) in the morning?*
7am
[Inmate 6H, Page 2-3, Question 4; emphasis added]

55. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 12Y that highlight the conditions faced by inmates in the San Francisco County Jail:

*Question: Have you had COVID? How sick were you?*
Michael – nurse, the worst attitude; I'll ask him "hey Michael can you refill this prescription" he did it and then 2 weeks later I asked him to refill but he said "I'm not doing that anymore" – **this was for my melatonin; I didn't get a refill for 2 weeks**
[Inmate 12Y, Page 4, Question 8c; emphasis added].

*Question 1: Do you sleep at times other than at night?  Daytime?*
Still trying to get the suboxone out of my system; hard to sleep at nighttime; catch tiny naps during the day; 1 or 2 30-min naps; at night time I can sleep for 3 or 4 hours; **4AM deputies come to open the ports for breakfast;** unless I'm high on suboxone then I can sleep through it all – I'm able to sleep through all that noise; sometimes they'll open them 30 min before breakfast, the cold air from the pod will go into your cell
**Right now I'm on the top bunk, cold air that blows right on top of me all night long – runny nose, sneezing, it's cold cold air; on really cold nights, they let cold air blow into your cell**; on really hot days, it's really hot – no regulation; it feels like there's not thermostat, the outside temperature seems to come in
[Inmate 12Y, Page 6, Question 1; emphasis added].

*Question 2. How often do you sleep during the day?*
Off of suboxone; I can only sleep 3 or 4 hours throughout the night
**Once the breakfast comes I can't go back to sleep**
I'm trying to stay tired because I have no way to burn energy off
[Inmate 12Y, Page 6, Question 2; emphasis added].

*Question 3. How noisy is it during the day?*
*A.      Is the tv on?*
Could buy earplugs, I take labels off my shampoo bottle and put it over the speaker Most of the time the deputies don't worry about that

*B.      Can you hear noise from the common room?*
Yes; deputies on the podium, top tier free time, they're out walking, talking, on the phone – it's a lot of interaction; it can definitely get loud

*C.      Can you hear noise from the next cell?*
Yes; when they're talking loud. A lot of times [because] we're stuck in our cell all day, **we'll yell at each other from cell to cell and even throughout the night they'll do that [because] we're so restless**
[Inmate 12Y, Page 6-7, Question 3; emphasis added].

93

*Question 4: Have they changed the lights in your cell? (i.e., removed the old fluorescent fixtures?*
Super bright lights, they're the same as they've been
Lights on at 630 AM off 9:30 at night
**Under 2 blazing lights**
**Years under these blazing lights**
**During the daytime, if my light is fully uncovered, it's way too bright**

Sleeping masks
**I haven't seen them distributed for a long time. Not on commissary. Inmates don't know you can get these masks**

Super bright; pretty much squinting; I cover most of the light fixture because it's too bright
**Covered more than ½ of the light, still sufficient light < deputies will come by and force people to take things off; Squinting, headaches just from the lights**
**It's sensory overload; I'm a mechanic – study electrical. These are too bright.**

**Even at nighttime the 2 bright lights turn off, one dimmer light turns on; one little light. Then it seems to get brighter as it warms up**

**In jail since august 2018; I've never had headaches before being incarcerated**
[Inmate 12Y, Page 7-8, Question 4; emphasis added].

*Elaborations on sleep questions*
*Noise at night*
**Nighttime still deputies that walk around w/ their keys; their keys will be loose, whatever they're clipped to; 2 nights ago 2 deputies talking hella loud on the podium 3 AM, before breakfast**

*Breakfast*
Sometimes super sugary breakfasts, if I eat breakfast when breakfast comes; sugary in my system
Can't go back to sleep anyway
Wait until 6:30/7:00 for lights to come on; Supposed to eat before it's even light; Eat In the dark

*Mattress and bedding*
**We don't have a pillow.** We have a lump in the mattress. I cut mine out because I sleep on my stomach.

*Medication*
I take melatonin. It took me 2 years to get on it because they kept asking me if I had a psych issue, that I needed to have a psych issue to get melatonin, even though melatonin isn't a psych drug. And now sometimes weeks go by without it because they don't refill it. The nurses are also overworked and don't want to give you things.
[Inmate 12Y, Page 10, Elaborations on sleep questions; emphasis added].

56. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 15B that highlight the conditions faced by inmates in the San Francisco County Jail:

> *Question 4. Have they changed the lights in your cell? (i.e., removed the old fluorescent fixtures?)*
> On the top bunk, it's the hardest
> They give you sleep masks now – they just recently started doing sleep masks w[ith]in the last 2 years
> Before that, it was very difficult; it's blinding and right the fuck there
> You can see it through your eyelids
> Instead of it being dark and calm
> It's the same light they just dim them < 2 bulbs, the middle stays lit of both of the bulbs



**Figure RSQ-1:** Drawing of ceiling light fixture by Inmate 15B
Blue = outline of light fixture
Yellow = 2 bulbs
Box outline = section of light that is on during nighttime

> Masks – you have to request it, I don't think people know they're available
> Newcomers – how do I get those? They weren't told they were available
>
> there are sleeping pills on new inmates when they come in, not supposed to sell them but some do; a psych drug to help them sleep [because] they can't sleep
> [Inmate 15B, Pages 3-5, Question 4; emphasis added]
>
> *Elaborations on sleep questions*
> Mattress – uncomfortable
> But also can depend on the bunk – sometimes it moves, makes lots of noise
> some of the bunks are noisy, the part in the middle moves and bumps against other stuff
> can wake up your bunkie
>
> ***Noise***
> **[Commanding Officer]'s Pulling on the doors, their keys jingling**
> **Knock on the windows – checking if we're alive**
> **Sometimes this happens at 2 AM –** we used to check
> Haven't experienced the knock on the window in the while
> They pull on the door and it makes us wake up < to check that you're alive
>
> *Light*
> Bottom bunk
> Been on the top bunk too

**When I wake up in the morning it's blinding**
My vision has gotten worse since getting incarcerated
I've been incarcerated for 6 years with no sunlight
Age – 25; 12/18/96

**"night light" – in some cells they're dim, it some cells it looks like the normal light is still on**
**Sometimes we try to put something on it to dim it down while we sleep but the deputies tell us to take it down**
The night light currently – I could read from it
Haven't seen anyone change the light fixtures
[Inmate 15B, Page 5, Elaborations on sleep questions; emphasis added]

57. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 16J that highlight the conditions faced by inmates in the San Francisco County Jail:

   *Question 4. Have they changed the lights in your cell? (i.e., removed the old fluorescent fixtures?)*
   no

   *a. How is the light at night? If they changed the type of light, is the light dimmer or brighter at night than it used to be?*
   The light that is on acts as a night light. Old lights have not been changed out

   *b. Is it bright enough that you could read or write using the light from the night setting?*
   Yes

   *c. How do the light fixtures affect your ability to fall and stay asleep? If the light has been changed, how does it compare to before?*
   Inmate [16J says he] sleeps on lower bunk, so it is kinda covered- much worse on the  top bunk

   *e. What time does the jail turn on the lights in your cell in the morning?*
   7am

   *f. What time does the jail turn on the lights in the pod area (common area) in the morning?*
   Comes on at 7am and stays on until 9:30 pm
   [Inmate 16J, Page 2, Sleep Q 4; emphasis added]

   *Elaborations on sleep questions*
   **Banging on doors, light fixture, people talking to loud,**
   [Inmate 16J, Page 2, Elaborations on sleep questions; emphasis added]

58. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 19F that highlight the conditions faced by inmates in the San Francisco County Jail:

*Question 4. Have they changed the lights in your cell? (i.e., removed the old fluorescent fixtures?)*
       Never changed.

*A.     How is the light at night? If they changed the type of light, is the light dimmer or brighter at night than it used to be?*
**It is bright, you can see the light through your eyelids. I can read with the light.**

*B.     Is it bright enough that you could read or write using the light from the night setting?*
**Yes, I read with the light every night**.

*C.     How do the light fixtures affect your ability to fall and stay asleep? If the light has been changed, how does it compare to before?*
**Majorly affects me. I like it dark. I suffer from migraines** so then when I get a migraine it is more horrible. **And then I do not get the quiet I need.**

*D.     Do the lights impact your experience of headaches at all? (additional/worse headaches?)*
**The constant inundation of light adds to my migraines for sure.** It would be nice to have regular ambient sunlight. It is like being in a fishbowl here.

*E.     What time does the jail turn on the lights in your cell in the morning?*
6:30 or 7 am the brighter lights turn on.

*F.     What time does the jail turn on the lights in the pod area (common area) in the morning?*
About the same time – 6:30.
[Inmate 19F, Pages 2-3, Sleep Q 4; emphasis added]

*Elaborations on sleep questions*
Too many problems. I have arthritis **and I am in constant pain and the mattress is thin and hard**. I am in pain 24/7. **The light drives me nuts**. **The night light is very bright inside the cell** unless you tie something on your face which is really uncomfortable. They say the light is for safety but for who? I do not get it.
[Inmate 19F, Page 2, Elaborations on sleep questions; emphasis added]

*Medication*
**Melatonin? They do not give it to us here.** They do not do that. That would be nice though.
[Inmate 19F, Page 3, Medication; emphasis added]

59. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 23M that highlight the conditions faced by an inmate whose ceiling light fixture has been replaced with an LED light in the San Francisco County Jail:

*Question 4. Have they changed the lights in your cell? (i.e., removed the old fluorescent fixtures?)*
Yes, there was an issue with lights. Service people came and replaced them. Now they are LED lights. They are hella bright. Sometimes try to put paper over them but they get in trouble for doing that. Cannot sleep during the day because of that. 7 am - 9:30pm

*a.        How is the light at night? If they changed the type of light, is the light dimmer or brighter at night than it used to be?*
It dims down. It has always been the same.

*b.        Is it bright enough that you could read or write using the light from the night setting?*
Yes

*c.        How do the light fixtures affect your ability to fall and stay asleep? If the light has been changed, how does it compare to before?*
Yes. This is probably the main reason why it takes so long to sleep.

*d.        Do the lights impact your experience of headaches at all? (additional/worse headaches?)*
Yes. They give Tylenol and ibuprofen for the headaches. Doctor came to pod.

*e.        What time does the jail turn on the lights in your cell in the morning?*
7 am

*f.        What time does the jail turn on the lights in the pod area (common area) in the morning?*
7 am
[Inmate 23M, Page 2, Sleep Q 4; emphasis added]

60. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 29X that highlight the conditions faced by inmates in the San Francisco County Jail:

*Question 4. Have they changed the lights in your cell? (i.e., removed the old fluorescent fixtures?)*
          No, still the same (bright)

*a.        How is the light at night? If they changed the type of light, is the light dimmer or brighter at night than it used to be?*
**Kind of bright at night; uses mask to cover eyes**

*b.        Is it bright enough that you could read or write using the light from the night setting?*
**Yes you can read because it's bright**

*c.        How do the light fixtures affect your ability to fall and stay asleep? If the light has been changed, how does it compare to before?*

I'm fine when I'm wearing the mask

> d.      *Do the lights impact your experience of headaches at all? (additional/worse headaches?)*
> Not really

> e.      *What time does the jail turn on the lights in your cell in the morning?*
> 8am

> f.      *What time does the jail turn on the lights in the pod area (common area) in the morning?*
> 8am
> [Inmate 29X, Page 2, Sleep Q 4; emphasis added]

> *Elaborations on sleep questions*
> The mattresses are thin and keep me up. I've learned to sleep through it.
> [Inmate 29X, Page 1, Elaborations on sleep questions; emphasis added]

61. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 30B that highlight the conditions faced by inmates in the San Francisco County Jail:

> *Question 7. Have they changed the lights in your cell? (i.e., removed old fluorescent fixtures?)*
> No, they just put another bulb in when they go out

> *a. Is the light dimmer or brighter at night?*
> **Idk if you can consider them night lights b/c they're so bright**
> **When you close your eyes you see light through them**
> **Who can sleep through that?**
> Eyes aching
> **Could read easily no problem**
> **Could see a spider crawling on the floor**

> *c. Have the new light fixtures changed how easy or how hard it is for you to fall asleep at night?*
> **Very hard to fall asleep at night**
> 6:40/45 AM the lights come on until 9:40 PM
> **Night light comes on, on the whole night**

> *e. Any new headaches? Worse headaches?*
> **Yes; a lot yes, like migraine type of headaches**
> **Before I was incarcerated, I didn't get migraines**

> *How often?*
> Every day, a couple times a day, I have to take a lot of ibuprofen
> Ibuprofen mutes the headache
> How often are you headache-free?
> **There isn't anytime that I don't have headaches; I always have a headache**

Sometimes it gets really bad; I feel like I'm going to faint, I have a problem with vision sometimes; sometimes my head throbs

I didn't even wear glasses before I came here – now 39; 32 when I was booked

**I can't see far away sometimes, I can't even see close up**

**I'm more calm when they turn the lights off; I can see better when the light's off; I don't have headaches when the lights are off**

When the lights on, I feel drained, I have headaches, I'm having vision problems, I feel weak

**The nightlights make me not sleep b/c they're so bright**

When we try to cover them "oh take them down I can't see" but they have a flashlight so why we can't have lights off

It feels like these lights are used as a way to control us, it's a mind game

[Inmate 30B, Pages 3-4, Sleep Q 7; emphasis added]


*Elaborations on sleep questions*

*How does the ventilation affect your breathing at night?*

All the air is recycled

No cool air or hot air

Stinks in the room sometimes

Sometimes the vents go off, no ventilation – no fresh air at all

**Makes it hard to be in the cell at all**

**Hard to sleep**


Pain – back, side, arms, legs

**The beds are no good**

5'9" height – curled up


**No pillows**

**Neck hurting, I forgot that one**


**Hard to fall asleep and hard to stay asleep**


Sleep – Noise doesn't bother me when I'm sleeping here unless you on top of the psych pod

**if you're in the hole in 2A; hard to get sleep because they bang all night**

**they bang all night**

**no sleep**


Other noise:

**keys jangling; some CO's try to put them in their pocket, some of them keep them jangling**


**Sleep problems interfering with functioning:**

Even if I am tired, I stay up b/c I can't go to sleep

**The lights are on too bright**


*How often are you tired?*

I'm an energetic person; I like to do things, work out, go outside; I can't do any of that

Every day I'm struggling with depression, withdrawing, antisocial


100

idk if I'm bipolar
something I see, something I hear
antisocial; withdraw from people
a lot of people in here that think I don't like them
I've seen everything and been thru everything because I've been in here so long
When I see certain things, I tune people out; ignore them

I also feel like I can't concentrate, I have a memory disorder or something because I don't remember things anymore
Hard to remember stories, am I mixing up the story with other situations
I don't remember the date, I don't remember the day/what day is it
I forget what I'm doing when I go to do it; I go into the cell from the phone "what did I come in here for" walk out again and then remember
I have to write stuff down a lot because I forget
Especially stuff I want to talk about with others

I lose track of days, the only time I know what day it is if someone says "commissary today" or I know I have baby visits on Saturdays "I'll see you tomorrow" the only way I keep track of days is by certain stuff happening
Tshirt socks and underwear, pants/sweaters/ sheets towels < happens on different days
Forget if something happened this morning or an hour ago, this morning or yesterday morning

**Forget what people say**
**I get distracted easily**
**Someone's in the middle of telling me something**
**And if something happens here I get distracted**
**I try not to forget the conversation**
**Phone times out and have to call back – what were we just talking about?**

**I have to write everything down so I remember things**
**Make notes to myself**
**Write down things I want to talk about or do**
[Inmate 30B, Pages 4-6, Elaborations on sleep questions; emphasis added]

*Additional Notes*
Diabetes diagnosis 1/15/22, put me on meds
Diet – a little bit more chicken; sometimes 2 cakes
Cornflakes, 2 oranges, 2 rice cakes, and jelly
Medications; metformin, Glipizide
They tried a Librium shot 1x/week; but gave me bad stomach pain/knots

*How are you managing your diabetes and blood sugar?*
I'm just not eating; Blood tests to check glucose – 2x/day. They wake me up at 3:00 or 3:30 sometimes to check my blood sugar

*Do they know you're not eating as much?*
I don't really tell them
Incarcerated for 7 years

*Does your family have a history of diabetes? Do you have a history of it and it went into remission? Or is this the first time you're diagnosed with it?*
First time getting the diagnosis; does not run in my family
There aren't good food options. It's all crappy food. They give us sugar cakes for breakfast. I can't eat those.
[Inmate 30B, Page 6, Additional notes; emphasis added]

62. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text responses to questions (indicated in *italics* typography) from Inmate 31E that highlight the conditions faced by an inmate whose ceiling light fixture has been replaced with an LED light in the San Francisco County Jail:

*Question 4. Have they changed the lights in your cell? (i.e., removed old fluorescent fixture?)*
They changed them to LED lights.

*A.        How is the light at night? If they changed the type of light, is the light dimmer or brighter at night than it used to be?*
**Nightlight at night, always light on. Bright lights all the time. Nobody can even go outside and get real lights, its all the fake lights.**

*B.        Is it bright enough that you could read or write using the light from the night setting?*
**Yes, its bright and still lights up the room. Not as bright as the LED lights.**

*C.        How do the light fixtures affect your ability to fall and stay asleep? If the light has been changed, how does it compare to before?*
**Gives you a headache in the beginning but then you get used to it. You have to cover your eyes to go to sleep, it is very bright.**

*D.        Do the lights impact your experience of headaches at all? (additional/worse headaches?)*
**Yes, you will have more headaches.**

*E.        What time does the jail turn on the lights in your cell in the morning?*
7 am

*F.        What time does the jail turn on the lights in the pod area (common area) in the morning?*
7 am, could be a little earlier
[Inmate 31E, Pages 2-3, Sleep Q 4; emphasis added]

*Medication*
Diabetic, diabetes eats at your nerves. Always in a lot of pain, it helps make the pain tolerable.
People who have opioid abuse problems, suboxone helps a lot. Meds that I take they do help.
They give the medicine 3 times a day.
[Inmate 31E, Page 3, Medication; emphasis added]

63. Based on the data provided to me by Julianna Di Miceli, a doctoral student in the Department of
    Clinical Psychology at The Wright Institute in Berkeley, CA, I have excerpted a number of free-text
    responses to questions (indicated in *italics* typography) from Inmate 39g that highlight the conditions
    faced by inmates in the San Francisco County Jail:
    *Question 1: Do you sleep at times other than at night? Daytime?*
    Inmate 39G tries not to take any naps during the day s**ince it is already very difficult to sleep at
    night and he believes napping during the day would make it worse**. He tries to avoid sitting
    on the bed during the day as he might get tired and fall asleep.
    [Inmate 39G, Page 2, Sleep Q 1; emphasis added]

    *2. How often do you sleep during the day?*
    Tries not to sleep during the day 39G
    [Inmate 39G, Page 2, Sleep Q 2; emphasis added]

    *3. How noisy is it during the day?*
    It is noisy about twice a week, when something is going on or everyone is talking about
    something. **During the night, it is noisy about 3-4 times per week.**

    *a.        Is the TV on? Hours the TV is on?*
    8am-9:30pm

    *b.        Can you hear noise from the common area?*
    No

    *c.        Can you hear noise from the next cell?*
    Yes
    [Inmate 39G, Page 2, Sleep Q 3; emphasis added]

    *Question 4. Have they changed the lights in your cell? (i.e., removed old fluorescent fixtures?)*
            No
    *A.        How is the light at night? If they changed the type of light, is the light dimmer or brighter
    at night than it used to be?*
    **The night light is very bright. If you're sleeping on the top bunk the light is right there.**
    Inmate 39G sleeps on a bottom bunk and tries to hang a sheet next to his bunk to cover the light,
    but this is not allowed so occasionally a guard will come by and tell him to remove it.
    [Inmate 39G, Page 2, Sleep Q 4; emphasis added]
    *5.        a.        Is it bright enough that you could read or write using the light from the night
    setting?*
    For sure.

> *b.      How do the light fixtures affect your ability to fall and stay asleep? If the light has been changed, how does it compare to before?*
> "Its bad, its right there. You have to cover yourself with the blanket."
>
> *c.      Do the lights impact your experience of headaches at all? (additional/worse headaches?)*
> **Inmate 39G has started having bad migraines lately, which he never used to experience.** He doesn't know for sure what this is from but imagines it could be from the lights.
>
> *d.      What time does the jail turn on the lights in your cell in the morning?*
> 6am
>
> *e.      What time does the jail turn on the lights in the pod area (common area) in the morning?*
> 6am
> [Inmate 39G, Page 2, Sleep Q 5; emphasis added]
>
> *Medication*
> Not allowed to get melatonin from the nurse
> Inmate 39G takes suboxone and likes it overall. He finds that it helps him "get through the day." Suboxone helps Inmate 39G get through the day and get things done when he's tired. It helps him communicate and be clear. He describes that it is difficult to talk when he doesn't take it. It helps him forget about whatever he is going through and puts him in a better mood.
> Occasional constipation; tolerance builds quickly.
> [Inmate 39G, Page 3, Medications; emphasis added]

64.   Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, the general conditions of confinement of the inmates who participated in the interviews are such that the inmates interviewed were housed in different kinds of pods, including worker, program, general population, and administrative segregation pods.

65.   Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, the lighting and light schedule in the San Francisco County Jail are consistent across pods. Each cell contains one fluorescent ceiling light fixture with two long bulbs. The jail is in the process of retrofitting the fluorescent lights into LEDs, within the same light fixture set-up. The lights are fully turned on at about 6:30 AM and are dimmed at 9:30 PM. At the dimmer light setting, the lighting is provided by the same fluorescent light fixtures with the center third of the light fixture turned on. The lights are on a timer that can be overridden by the deputy if needed.

66.   Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, most inmates in the San Francisco County Jail report trying to fall asleep between 10:00 PM and 1:00 AM, taking between 30 to 180 minutes (3 hours) to fall asleep.

67. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, inmates in the San Francisco County Jail do not have the ability to control the light brightness in their cells.

68. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, inmates in the San Francisco County Jail may be purposefully woken up between 1:00 AM and 5:00 AM for a variety of reasons, including:
    a. medical tests such as blood glucose for diabetes;
    b. administration of COVID-19 tests;
    c. "wellness checks" (up to three times a night), wherein officers knock on windows or pull on the doors to wake the prisoners and check that they are alive regardless of the inmate's level of risk;
    d. Inquiries as to whether the inmate has a court date the following day.

69. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, deputies in the San Francisco County Jail may, in addition to or instead of knocking on the cell doors of inmates, use flashlights to spotlight the inmates when asking questions or doing wellness checks.

70. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, inmates in the San Francisco County Jail also report the sound of keys jangling, which disrupts sleep, or officers having conversations around 3 or 4 AM on the podium.

71. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, inmates on some pods in the San Francisco County Jail report that between 3:30-3:45 AM, deputy officers go to each cell and open the port through which breakfast is delivered by workers around 4:00 AM.

72. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, inmates on some pods in the San Francisco County Jail report that breakfast is delivered closer to 4:00 and 4:30 AM, respectively.

73. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, inmates in the San Francisco County Jail report that when breakfast is being served, there is a loud "bang" that accompanies each port being opened, as the door of the port hits the door of the cell as it falls.

74. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, inmates in the San Francisco County Jail report that breakfast is delivered by POD workers through the cell door slots. Inmates have to rise to collect the trays. Some inmates eat breakfast at the time it is delivered, some inmates save it to eat later in the morning, and some do not eat it at all. The inmates have between 5 and 10 minutes to choose what to do with their food before the trays get picked up.

75. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute, many inmates in the San Francisco County Jail report being unable to fall asleep again after being awoken for breakfast, regardless of whether they choose to eat breakfast, although some prisoners report falling back asleep after breakfast on some days.

76. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute, some inmates in the San Francisco County Jail report being able to take one or two 20 to 30 minute naps during the day, while others are unable to do so.

77. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, inmates in the San Francisco County Jail report that the amount of out-of-cell time depends on several factors, including pod type and lockdown frequency. Inmates in the worker pods are required to work on a daily basis, serving their pod and other pods, even when other pods are in lockdown or are in quarantine. Inmates in programming pods are supposed to have programs for up to 3 hours a day and out of cell time for up to 2.5 hours a day. The programming and out-of-cell time is canceled if the pod is in quarantine due to COVID-19 or in lockdown. Lockdown may be caused by a fight in their pod or a different pod or the jail being short staffed, sometimes up to several weeks at a time.

78. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, depending on the timing of lockdowns, inmates in the San Francisco County Jail may be unable to shower for days. Prisoners in an experimental, general population, anti-COVID-exposure pod were told that they were supposed to get a minimum of 45 minutes of "walk time" (out of cell time) per day, and that even if other pods are in lockdown, the experimental pod is supposed to remain open. Inmates report that this walk time gets canceled at least 4 times a week, and sometimes for up to 10 or more consecutive days.

79. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, inmates in the San Francisco County Jail in the administrative segregation pods get out of their cell only for showers—10 to 15 minutes per shower—on 4 days per week. Out of cell time is when prisoners can use the phones, get food from commissary, clean their cells, shower, and possibly exercise or go to the gym if they have time.

80. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, inmates in the general population of the San Francisco County Jail have access to four (4) phones mounted on the walls of the common area and 2 roll-a-way phones. Because there are many inmates vying for a limited number of phones, most inmates report having no yard or exercise time.

81. Based on the description provided to me by Julianna Di Miceli, a doctoral student in the Department of Clinical Psychology at The Wright Institute in Berkeley, CA, some inmates in the San Francisco County Jail report respiratory problems that interfere with their sleep due to recycled, circulating air that contains dust and orange clothing particles.  In the administrative segregation pods, because inmates are only out of their cells for showers, which is not enough time to use the wall phones, inmates share the two roll-a-way phones, which are rolled to each cell for inmates to use for phone calls.

## Conclusions

A number of environmental and biological factors that affect sleep and circadian rhythms by inducing acute and chronic sleep deficiency, circadian misalignment, or recurrent circadian disruption can thereby contribute to increased risk of adverse physical health, mental health, safety and neurobehavioral performance consequences, and to the risk of sleep-related or fatigue-related impairments of health and performance. These environmental and biological factors include: ambient lighting conditions; environmental noise; ambient temperature; sleep surface; meal timing and nutritional content; genetic polymorphisms; underlying medical condition, particularly chronic medical conditions such as sleep disorders, metabolic disorders, cardiovascular disorders, immune disorders, neurologic disorders, and cancer; age; sex; and use of medications. Therefore, I evaluated each of these factors in the present matter.  My findings are as follows:

A.   *Ambient lighting conditions*. Ambient lighting in the cells of San Francisco County Jail #3 are such that inmates are exposed to bright artificial light during the daytime and, for those assigned to the top bunk, considerable exposure to artificial light at night (ALAN).  Extensive evidence indicates that exposure to ALAN increases the risk of obesity and many diseases, including metabolic syndrome and diabetes, cardiovascular disease, sleep disorders such as obstructive sleep apnea, and multiple forms of cancer, and increases the risk of adverse mental health consequences as well, including symptoms of depression, anxiety and attention deficit hyperactivity disorder.  In addition, exposure to ALAN disturbs sleep itself, inducing excessive daytime sleepiness and impairing the neurobehavioral performance of inmates, and increasing their risk of medical conditions known to be caused by sleep deficiency and sleep fragmentation, such as hypertension, impaired immune system functioning, and metabolic disease, together with the risk of adverse mental health consequences, including symptoms of depression, anxiety and attention deficit hyperactivity disorder.

B.   *Environmental noise*.  Exposure to environmental noise that is loud enough to disrupt sleep occurs at all hours of the day and night in the cells of San Francisco County Jail #3. Such recurrent exposure to environmental noise at night causes sleep interruption, sleep fragmentation, and sleep deficiency, which can adversely affect health, increasing inflammation and increasing the risk of obesity, invasive cancer, metabolic disease and heart disease, sleep disorders such as obstructive sleep apnea, inducing excessive daytime sleepiness and impairing the neurobehavioral performance of inmates, and increasing their risk of adverse mental health consequences as well, including symptoms of depression, anxiety, attention deficit hyperactivity disorder, and post-traumatic stress disorder, and impairing immune functioning.

C.   *Ambient temperature*. There is evidence that some inmates house in certain cells of San Francisco County Jail #3 may be recurrently exposed to ambient temperatures that are outside the thermoneutral zone can cause sleep interruption, sleep fragmentation, and sleep deficiency, which can adversely affects health, inducing excessive daytime sleepiness and impairing the neurobehavioral performance of inmates, increasing inflammation and increasing the risk of obesity, invasive cancer, metabolic disease and heart disease, sleep disorders such as obstructive sleep apnea, and increasing the risk of adverse mental health consequences as well, including symptoms of depression, anxiety, attention deficit hyperactivity disorder, and post-traumatic stress disorder, and impairing immune functioning.

D.    *Sleep surface and bedding*. Recurrent exposure to a sleep surface and bedding that induces pain and thereby interferes with the ability to sustain sleep can cause sleep interruption, sleep fragmentation, and sleep deficiency, which can adversely affects health, increasing inflammation and increasing the risk of obesity, invasive cancer, metabolic disease and heart disease, sleep disorders such as obstructive sleep apnea, and increasing the risk of adverse mental health consequences as well, including symptoms of depression, anxiety, attention deficit hyperactivity disorder, and post-traumatic stress disorder, and impairing immune functioning.

E.    *Meal timing and nutritional content*. Providing inmates their breakfast meal in the middle of the biological night at ~3:30 am to ~4:30 am each day not only causes sleep interruption, sleep fragmentation and sleep deficiency, especially for those who are unable to go back to sleep after this deliberate environmental disruption, but many of those inmates who actually eat breakfast at the time that it is served will experience significantly elevated blood glucose concentrations (hyperglycemia) compared to that which would occur eating the same meal that was not misaligned. That is especially true given the high sugar content reported by multiple inmates in the breakfast cakes that they are served each morning. Serving of breakfast at that time increases the risk of obesity, impaired glucose tolerance, cardiometabolic disease, and ultimately diabetes due to misalignment of circadian phase at the time of the high-glucose meal service provided to inmates in San Francisco County Jail #3. Such recurrent exposure to meals rich in glucose in the middle of the biological night will adversely affect the health of many inmates, especially those with a common genetic background that is associated with a gain-of-function polymorphism of the melatonin receptor gene, increasing the risk of obesity, metabolic disease and heart disease, and sleep disorders such as obstructive sleep apnea, with all of their attendant adverse health consequences, such as increased risk of invasive cancer, metabolic disease and heart disease, and increased risk of adverse mental health consequences, including symptoms of depression, anxiety, attention deficit hyperactivity disorder, and post-traumatic stress disorder, and impairing immune functioning.

F.    *Genetic polymorphisms*. Inmates with certain common genetic backgrounds, for example, gain-of-function polymorphism of the melatonin receptor gene, or polymorphisms in the metabolism of caffeine, or the chronotype genetic variant in the PER2 gene that is associated with a longer intrinsic circadian period and a later chronotype (e.g., evening type trait) in humans, will be at increased risk of suffering the adverse consequences associated with the environmental and biological factors that adversely affect inmates in the San Francisco County Jail.

G.    *Underlying medical condition and chronotype*
      a.    *Sleep disorders.* Inmates with certain common sleep disorders, for example, obstructive sleep apnea, or insomnia disorder, will be at increased risk of suffering the adverse consequences associated with the environmental and biological factors that adversely affect inmates in the San Francisco County Jail. In addition, inmates scheduled to work during night-time hours, such as Inmate 2K, some of whose interview responses are quoted above, are at a much greater risk of suffering from Shift Work Disorder, since the

108

ambient noise levels and meal schedule in the San Francisco County Jail will often preclude such inmate workers from obtaining the sleep that they need during the daytime after working an overnight shift.  This will increase their risk of occupational and other injuries.

b.   *Chronotype.* Inmates who were evening types had a higher prevalence of screening positive for adverse mental health symptoms than those who were morning types. Since late chronotypes may have suffered from greater sleep deficiency on this lighting and sleep schedule, with the wake-maintenance zone interfering with their ability to fall asleep at 9:30 pm, and experience greater circadian misalignment associated with the timing of the 3:30 am to 4:30 am breakfast meals, evening chronotypes will probably suffer greater adverse physical health consequences of the environmental and scheduling conditions in the San Francisco County Jail.

c.   *Metabolic disorders.* Inmates with certain common metabolic disorders, for example, type 1 or type 2 diabetes, or obesity, will be at increased risk of suffering the adverse consequences associated with the environmental and biological factors that adversely affect inmates in the San Francisco County Jail.

d.    *Cardiovascular disorders.* Inmates with certain common cardiovascular disorders, for example, hypertension or coronary artery disease, will be at increased risk of suffering the adverse consequences associated with the environmental and biological factors that adversely affect inmates in the San Francisco County Jail.

e.   *Immune functioning.* Inmates exposed to infectious agents such as COVID-19 or monkeypox, for example, will likely experience an impaired immune response, both o the infections agents or vaccines designed to protect against the conditions, due to sleep fragmentation, sleep deficiency and circadian disruption associated with the environmental and biological factors that adversely affect the sleep and circadian rhythms of inmates in the San Francisco County Jail.

f.   *Gastrointestinal illness.* Inmates with certain common gastrointestinal disorders, for example, ulcerative colitis or Crohn's Disease, will be at increased risk of suffering the adverse health consequences and exacerbations of their conditions associated with the environmental and biological factors that adversely affect inmates in the San Francisco County Jail, inducing recurrent circadian disruption, circadian misalignment, sleep fragmentation, sleep interruption and sleep deficiency.

g.   *Psychiatric disorders.* Inmates with certain common psychiatric disorders, for example, depression, anxiety disorder, attention deficit hyperactivity disorder, and post-traumatic stress disorder, will be at increased risk of suffering the adverse health consequences and exacerbations of their conditions associated with the environmental and biological factors that adversely affect inmates in the San Francisco County Jail, inducing recurrent circadian disruption, circadian misalignment, sleep fragmentation, sleep interruption and sleep deficiency.

      h.    *Neurologic disorders*. Inmates with certain common neurologic disorders, for example, migraine headache, or epilepsy, will be at increased risk of suffering the adverse health consequences and exacerbations of their conditions associated with the environmental and biological factors that adversely affect inmates in the San Francisco County Jail, inducing recurrent circadian disruption, circadian misalignment, sleep fragmentation, sleep interruption and sleep deficiency.

      i.    *Cancer*. Inmates with certain common types of cancer, for example, prostate cancer or liver cancer, will be at increased risk of suffering more invasive and severe forms of such cancers due to the environmental and biological factors that adversely affect inmates in the San Francisco County Jail, inducing recurrent circadian disruption, circadian misalignment, sleep fragmentation, sleep interruption and sleep deficiency.

H.    *Age*. The impact of acute and chronic sleep deficiency induced by the environmental conditions at the San Francisco County Jail will have a greater adverse impact on the neurobehavioral performance of young as compared to older inmates, whereas the impact on cancer risk and diabetes may be greater in older as compared to young inmates.

I.    *Sex*. The impact of acute and chronic sleep deficiency and recurrent circadian disruption induced by the environmental conditions at the San Francisco County Jail will have a greater increase in the risk of certain diseases in men (e.g., prostate cancer) than it will have in women, whereas for other diseases (e.g., breast cancer), the increased risk would be greater in women than in men.

J.    *Use of medications*. The impact of acute and chronic sleep deficiency and recurrent circadian disruption induced by the environmental conditions at the San Francisco County Jail will have a greater increase in the risk of adverse health outcomes in inmates taking certain medications, such as agents to treat diabetes or depression, than it will to inmates who are not taking such medications.

I contemplate utilization of charts and graphs drawn from the world scientific and medical literature and/or created specifically with respect to the present matter to illustrate the influence of these factors on human brain function, both in general terms and in relation to the present matter. I reserve the right to amend or modify my conclusions as more material becomes available.

**Opinions**

1. Based on my review of the materials provided to me in this matter and my education, training, background and experience, it is my opinion within a reasonable degree of scientific and medical certainty, that the environmental conditions and schedules to which inmates in the San Francisco County Jail are exposed induces sleep interruption, sleep fragmentation, chronic sleep deficiency and excessive daytime sleepiness in the inmates housed in the facility.

2. Based on my review of the materials provided to me in this matter and my education, training, background and experience, it is my opinion within a reasonable degree of scientific and medical certainty, that the environmental conditions and schedules to which inmates in the San Francisco County Jail are exposed induces recurrent circadian disruption, misalignment of circadian phase with respect to meal timing in the inmates housed in the facility.

3. Based on my review of the materials provided to me in this matter and my education, training, background and experience, it is my opinion within a reasonable degree of scientific and medical certainty, that the sleep interruptions, sleep fragmentation, sleep deficiency, circadian misalignment and recurrent circadian disruption induced by the environmental conditions and schedules to which inmates in the San Francisco County Jail are exposed increases or exacerbates the inmates' risk of obesity and many diseases, including metabolic syndrome and diabetes, cardiovascular disease, including hypertension, gastrointestinal illnesses, osteoporosis, impaired immune functioning, sleep disorders such as obstructive sleep apnea, and multiple forms of cancer, and increases or exacerbates the inmates' risk of adverse mental health consequences, including depression, anxiety disorder, attention deficit hyperactivity disorder, and post-traumatic stress disorder, while inducing excessive daytime sleepiness and impairing the neurobehavioral performance of inmates.

4. Based on my review of the materials provided to me in this matter and my education, training, background and experience, it is my opinion within a reasonable degree of scientific and medical certainty, that the sleep interruptions, sleep fragmentation, sleep deficiency, recurring circadian misalignment of meal timing, and recurrent circadian disruption induced by the environmental conditions and schedules to which inmates in the San Francisco County Jail are exposed significantly increases their risk of their suffering from a chronic physical illness such as heart disease, diabetes, osteoporosis, gastrointestinal illnesses, cancer, or obstructive sleep apnea, or a chronic mental health condition, such as depression or anxiety disorder, the disabling effects of which are likely to persist for the rest of their lives, long after they are released from the San Francisco County Jail.

5. Based on the findings summarized above, and my review of the materials provided to me in this matter, as well as my education, training, background, and experience, it is my opinion to a reasonable degree of medical and scientific certainty, that the inmates' daytime functioning will be impaired, adversely affecting judgment, risk-taking, risk of injury, their ability to perceive and assess objects in their visual fields will be impaired by: (1) sleep-related cognitive slowing; (2) sleep-related impaired reaction time; (3) increased sleep-related distraction; (4) a sleep-related episodes of automatic behavior; (5) excessive sleep inertia; (6) sleep-related attentional failures; (7) micro-sleep episodes; (8) sleep-related impairment of judgment; and (9) sleep-related

impairment of other mental faculties. These impairments will severely degrade many inmates' memory and perception and situational awareness, degrade their ability to participate in their legal defense, and increase their risk of violating institutional policies regarding maintaining appropriate conduct while in jail.

6. Based on my review of the materials provided to me in this matter and my education, training, background and experience, it is my opinion within a reasonable degree of scientific and medical probability that the policies of the San Francisco County Jail, including the failure of the leadership of the San Francisco County Jail to implement a comprehensive program to address the sleep deficiency and recurrent circadian disruption to which inmates in the San Francisco County Jail are exposed—even after the testimony of Dr. Jamie Zeitzer in this matter in 2019, which detailed the serious adverse health and safety consequences of this environment and these scheduling policies on the inmates under the care of the San Francisco County Jail—is irresponsible and demonstrates a cultural indifference to the adverse health consequences of these conditions, reflecting a willful indifference to the serious health hazards associated with these unnecessarily dangerous conditions, and constituting gross negligence in continuing to maintain policies and practices that are so injurious to the health of the inmates.

7. Based on my review of the materials provided to me in this matter and my education, training, background and experience, it is my opinion within a reasonable degree of scientific and medical certainty, that the environmental conditions and schedules that induce sleep interruptions, sleep fragmentation, chronic sleep deficiency and excessive daytime sleepiness among the inmates housed in the San Francisco County Jail could be significantly improved by the implementation of a comprehensive sleep health and wellness program for the staff and inmates of the San Francisco County Jail. Such a program could improve productivity and decrease the risk of costly occupational injuries in the facility, and improve the health of both the staff and inmates housed in the facility. Care will need to be taken to meet the operational requirements of the jail facility, while addressing the toxic environmental and scheduling factors that are currently injuring many of the inmates. Such a program should include implementation of the following 17 elements:

    a. An education program to train Sheriff Paul Miyamoto, the executive team members who manage the San Francisco County Jail, the commanding officers, the supervisors, the deputies, the scheduling staff, and all employees who work at the San Francisco County Jail, as well as all inmates of the San Francisco County Jail, on the principles of sleep and circadian science through a combination of interactive online and in-person educational sessions;

    b. Certification testing of jail staff for comprehension of the principles of sleep and circadian science;

    c. Development and implementation of jail scheduling policies grounded on sleep and circadian science, including the scheduling of inmates who work in the facility. Jail schedule policies should cover scheduled timing of meal service (e.g., eliminating the middle-of-the-night sugary breakfast meals that are currently being served), lights out and lights on, and times for medical testing and other data gathering to minimize the occurrence of events during the nighttime hours that need not interrupt sleep (e.g.,

COVID-19 testing at 2 am, or waking up an inmate in the middle of the night to inquire as to whether an inmate has a court date the next morning);

d.   Development and implementation of work schedule policies for work hours of inmates who work staffing the jail (e.g., as cooks in the kitchen). These policies should include maximum number of consecutive work hours; the minimum number of off-duty hours between shifts; provision of sleeping quarters during the daytime for inmates scheduled to work all night; the maximum number of weekly work hours in any running 7-day interval; the minimum number of days off in any running 7-day interval and in any running 30-day interval; the maximum number of consecutive overnight shifts; and training of inmate work schedulers in work schedule design principles;

e.   Development and implementation of work schedule policies for work hours of supervisors and deputies staff the jail on a 24/7 basis. These policies should include maximum number of consecutive work hours; the minimum number of off-duty hours between shifts; the maximum number of weekly work hours in any running 7-day interval; the minimum number of days off in any running 7-day interval and in any running 30-day interval; the maximum number of consecutive overnight shifts; and training of staff work schedulers in work-schedule design principles;

f.   Monitoring of effectiveness of, compliance with and enforcement of jail scheduling policies;

g.   Ambient lighting conditions in the jail cells that will facilitate adaptation to the jail schedule, and to the work schedule of those inmates who are working to staff the facility. Ambient lighting conditions should include the ability to enhance the intensity and optimize the wavelength of ambient light exposure to enhance alertness and facilitate circadian synchronization to the jail schedule;

h.   Ambient lighting conditions in the jail cells that will enable inmates to sleep at night, including reduction in light intensity and of the inmates on the top bunk and the provision of well-fitting eye masks during sleep to minimize retinal light exposure during sleep;

i.   Ambient lighting conditions in the jail that will facilitate adaptation to the jail schedule, and to the work schedule of those inmates who are working to staff the facility. Ambient lighting conditions should include the ability to enhance the intensity and optimize the wavelength of ambient light exposure to enhance alertness and facilitate circadian synchronization to the jail schedule;

j.   Development and implementation of policies to minimize noise during the inmates' scheduled sleep episode, and provision of soft foam ear plugs to all inmates to reduce environmental noise disturbance;

k.   Monitoring of the effectiveness of, compliance with and enforcement of noise reduction policies;

l.   Development and implementation of policies to ensure that the inmates are able to sleep in a thermoneutral environment;

m.   Provision of sleep surfaces that do not impede the ability of inmates to sleep;

n.   Equipping the cells with inexpensive, non-contact sensors that will enable the staff to complete wellness checks (e.g., respiration) without disturbing the sleep of inmates;

o.   Sleep disorders screening using validated instruments of all jail staff members and inmates. Sleep disorders screening policies should include mandatory objective screening for obstructive sleep apnea in all employees and in all inmates with a body mass index greater than 30 kg/m$^2$;

p.   Sleep disorders treatment, as necessary;

q.   Sleep disorders treatment compliance monitoring.

Based on my review of the materials provided to me in this matter and my education, training, background and experience, it is my opinion within a reasonable degree of scientific and medical probability that implementation of such a comprehensive program should achieve marked reduction of sleep interruptions, sleep fragmentation, sleep deficiency, recurring circadian misalignment of meal timing, and recurrent circadian disruption currently induced by the environmental conditions and schedules to which inmates in the San Francisco County Jail are exposed.  These policies should improve the health and safety of both the inmates and the staff of the San Francisco County Jail.

I contemplate utilization of charts and graphs drawn from the world scientific and medical literature and/or created specifically with respect to the present matter to illustrate the influence of these factors on human brain function, both in general terms and in relation to the present matter.  I reserve the right to amend or modify my conclusions and opinions as additional material becomes available.

Dated: September 2, 2022

_Charles A. Czeisler_

Charles A. Czeisler, Ph.D., M.D.

**References Cited:**

1. Institute of Medicine **Sleep Disorders and Sleep Deprivation: An Unmet Public Health Problem**. Washington, D.C.: Institute of Medicine of the National Academies; The National Academies Press; 2006.

2. Cajochen C, Khalsa SBS, Wyatt JK, Czeisler CA, Dijk DJ: **EEG and ocular correlates of circadian melatonin phase and human performance decrements during sleep loss**. *American Journal of Physiology* 1999, **277**:R640-R649.

3. Stern HS, Blower D, Cohen ML, Czeisler CA, Dinges DF, Greenhouse JB, Guo F, Hanowski RJ, Hartenbaum NP, Krueger GP *et al*: **Data and methods for studying commercial motor vehicle driver fatigue, highway safety and long-term driver health**. *Accident; analysis and prevention* 2018.

4. Czeisler CA: **The Gordon Wilson Lecture: Work hours, sleep and patient safety in residency training**. *Trans Am Clin Climatol Assoc* 2006, **117**:159-189.

5. Czeisler CA: **Medical and genetic differences in the adverse impact of sleep loss on performance: ethical considerations for the medical profession**. *Trans Am Clin Climatol Assoc* 2009, **120**:249-285.

6. Duffy JF, Zitting KM, Czeisler CA: **The Case for Addressing Operator Fatigue**. *Rev Hum Factors Ergon* 2015, **10**(1):29-78.

7. Barger LK, Rajaratnam SMW, Cannon CP, Lukas MA, Im K, Goodrich EL, Czeisler CA, O'Donoghue ML: **Short Sleep Duration, Obstructive Sleep Apnea, Shiftwork, and the Risk of Adverse Cardiovascular Events in Patients After an Acute Coronary Syndrome**. *J Am Heart Assoc* 2017, **6**(10).

8. Cancer WHOIAfRo: **IARC Monographs on the Evaluation of Carcinogenic Risk to Humans**. In.; 2007.

9. Rutenfranz J, Aschoff J, Mann H: **The effects of a cumulative sleep deficit, duration of preceding sleep period and body-temperature on multiple choice reaction time**. In: *Aspects of Human Efficiency: Diurnal Rhythm and Loss of Sleep.* edn. Edited by Colquhoun WP. London: The English Universities Press Ltd; 1972: 217-229.

10. Tilley AJ, Wilkinson RT, Warren PSG, Watson B, Drud M: **The sleep and performance of shift workers**. *Human Factors* 1982, **24**:629-641.

11. Tomasi D, Wang RL, Telang F, Boronikolas V, Jayne MC, Wang GJ, Fowler JS, Volkow ND: **Impairment of attentional networks after 1 night of sleep deprivation**. *Cereb Cortex* 2009, **19**(1):233-240.

12. Barger LK, Ayas NT, Cade BE, Cronin JW, Rosner B, Speizer FE, Czeisler CA: **Impact of extended-duration shifts on medical errors, adverse events, and attentional failures**. *PLoS Med* 2006, **3**(12):e487.

13. Lockley SW, Cronin JW, Evans EE, Cade BE, Lee CJ, Landrigan CP, Rothschild JM, Katz JT, Lilly CM, Stone PH *et al*: **Effect of reducing interns' weekly work hours on sleep and attentional failures**. *NEnglJMed* 2004, **351**(18):1829-1837.

14. Santhi N, Horowitz TS, Duffy JF, Czeisler CA: **Acute sleep deprivation and circadian misalignment associated with transition onto the first night of work impairs visual selective attention**. *PLoS ONE* 2007, **2**(11):e1233.

15. Scheer FA, Shea TJ, Hilton MF, Shea SA: **An Endogenous Circadian Rhythm in Sleep Inertia Results in Greatest Cognitive Impairment upon Awakening during the Biological Night**. *JBiol Rhythms* 2008, **23**(4):353-361.

16. Wertz AT, Ronda JM, Czeisler CA, Wright Jr. KP: **Effects of sleep inertia on cognition**. *Journal of the American Medical Association* 2006, **295**(2):163-164.

17.  Jewett ME, Wyatt JK, Ritz-De Cecco A, Khalsa SB, Dijk DJ, Czeisler CA: **Time course of sleep inertia dissipation in human performance and alertness**. *J Sleep Res* 1999, **8**:1-8.

18.  Cohen DA, Wang W, Wyatt JK, Kronauer RE, Dijk DJ, Czeisler CA, Klerman EB: **Uncovering residual effects of chronic sleep loss on human performance**. *Science Translational Medicine* 2010, **2**(14):14ra13.

19.  Lim J, Dinges DF: **Sleep deprivation and vigilant attention**. *Ann N Y Acad Sci* 2008, **1129**:305-322.

20.  Durmer JS, Dinges DF: **Neurocognitive consequences of sleep deprivation**. *SeminNeurol* 2005, **25**(1):117-129.

21.  Van Dongen HPA, Maislin G, Mullington JM, Dinges DF: **The cumulative cost of additional wakefulness: Dose-response effects on neurobehavioral functions and sleep physiology from chronic sleep restriction and total sleep deprivation**. *Sleep* 2003, **26**(2):117-126.

22.  Czeisler CA: **Sleep Deficit. The Performance Killer**. In: *Harvard Business Review*. Edited by Fryer B, vol. 84; 2006: 53-59.

23.  Research NCoSD: **Wake up america: A national sleep alert**. In. Palo Alto, CA: Stanford University Sleep Disorders Clinic and Research Center; 1992: 1-18.

24.  Hafner M, Stepanek M, Taylor J, Troxel WM, van Stolk C: **Why sleep matters – the economic costs of insufficient sleep: A cross-country comparative analysis**. In. Santa Monica, CA; 2016.

25.  Federal Railroad Administration: **65 Main-Track Train Collisions, 1997 through 2002: Review, Analysis, Findings, and Recommendations**. In., vol. August 2006: Federal Railroad Administration; 2006.

26.  Marcus JH, Rosekind MR: **Fatigue in transportation: NTSB investigations and safety recommendations**. *Injury Prevention* 2016.

27.  Tefft BC: **Prevalence of Motor Vehicle Crashes Involving Drowsy Drivers, United States, 2009-2013**. In. Washington DC: AAA Foundation for Traffic Safety; 2014.

28.  Gottlieb DJ, Ellenbogen JM, Bianchi MT, Czeisler CA: **Sleep deficiency and motor vehicle crash risk in the general population: a prospective cohort study**. *BMC Med* 2018, **16**(1):44.

29.  Czeisler CA: **Human circadian physiology: internal organization of temperature, sleep-wake, and neuroendocrine rhythms monitored in an environment free of time cues**. *Dissertation*. Stanford University; 1978.

30.  Czeisler CA, Jewett ME: **Human circadian physiology: Interaction of the behavioral rest - activity cycle with the output of the endogenous circadian pacemaker**. In: *Handbook of Sleep Disorders*. edn. Edited by Thorpy MJ. New York: Marcel Dekker, Inc.; 1990: 117-137.

31.  Johnson MP, Duffy JF, Dijk DJ, Ronda JM, Dyal CM, Czeisler CA: **Short-term memory, alertness and performance: A reappraisal of their relationship to body temperature**. *J Sleep Res* 1992, **1**:24-29.

32.  Allan JS, Czeisler CA: **Persistence of the circadian thyrotropin rhythm under constant conditions and after light-induced shifts of circadian phase**. *J Clin Endocrinol Metab* 1994, **79**:508-512.

33.  Waldstreicher J, Duffy JF, Brown EN, Rogacz S, Allan JS, Czeisler CA: **Gender differences in the temporal organization of prolactin (PRL) secretion: Evidence for a sleep-independent circadian rhythm of circulating PRL levels - a clinical research center study**. *J Clin Endocrinol Metab* 1996, **81**(4):1483-1487.

34.  Dijk DJ, Czeisler CA: **Paradoxical timing of the circadian rhythm of sleep propensity serves to consolidate sleep and wakefulness in humans**. *Neurosci Lett* 1994, **166**(1):63-68.

35.  El-Hajj Fuleihan G, Klerman EB, Brown EN, Choe Y, Brown EM, Czeisler CA: **The parathyroid hormone circadian rhythm is truly endogenous-a general clinical research center study**. *J Clin Endocrinol Metab* 1997, **82**:281-286.

36. Czeisler CA, Klerman EB: **Circadian and sleep-dependent regulation of hormone release in humans**. *Recent Prog Horm Res* 1999, **54**:97-132.

37. Dijk DJ, Neri DF, Wyatt JK, Ronda JM, Riel E, Ritz-De Cecco A, Hughes RJ, Elliott AR, Prisk GK, West JB *et al*: **Sleep, performance, circadian rhythms, and light-dark cycles during two space shuttle flights**. *Am J Physiol Regul Integr Comp Physiol* 2001, **281**:R1647-R1664.

38. Khalsa SBS, Conroy DA, Duffy JF, Czeisler CA, Dijk DJ: **Sleep- and circadian -dependent modulation of REM density**. *J Sleep Res* 2002, **11**:53-59.

39. Cajochen C, Wyatt JK, Czeisler CA, Dijk DJ: **Separation of circadian and wake duration-dependent modulation of EEG activation during wakefulness**. *Neurosci* 2002, **114**(4):1047-1060.

40. Dijk DJ, Neri DF, Wyatt JK, Ronda JM, Riel E, Ritz-De Cecco A, Hughes RJ, Czeisler CA: **Sleep, circadian rhythms, and performance during space shuttle missions**. In: *The Neurolab spacelab mission: Neuroscience research in space.* edn. Edited by Buckey Jr JC, Homick JL. Houston, Texas: NASA, Lyndon B. Johnson Space Center; 2002: 211-221.

41. Van Cauter E, Buxton OM: **Circadian modulation of endocrine secretion**. In: *Handbook of Neurophysiology.* edn. Edited by Takahashi J, Turek FW, Moore RY; 2001: 685-714.

42. Horowitz TS, Cade BE, Wolfe JM, Czeisler CA: **Searching night and day: a dissociation of effects of circadian phase and time awake on visual selective attention and vigilance**. *Psychol Sci* 2003, **14**(6):549-557.

43. Czeisler CA, Buxton OM, Khalsa SBS: **The human circadian timing system and sleep-wake regulation**. In: *Principles and Practices of Sleep Medicine. Volume 4th*, edn. Edited by Kryger MH, Roth T, Dement WC. Philadelphia: W.B.Saunders Company; 2005: 375-394.

44. Wyatt JK, Dijk DJ, Ritz-De Cecco A, Ronda JM, Czeisler CA: **Sleep facilitating effect of exogenous melatonin in healthy young men and women is circadian-phase dependent**. *Sleep* 2006, **29**:609-618.

45. Czeisler CA, Gooley JJ: **Sleep and circadian rhythms in humans**. *Cold Spring Harb Symp Quant Biol* 2007, **72**:579-597.

46. Scheer FA, Hilton MF, Mantzoros CS, Shea SA: **Adverse metabolic and cardiovascular consequences of circadian misalignment**. *Proc Natl Acad Sci U S A* 2009, **106**(11):4453-4458.

47. Zitting KM, Vujovic N, Yuan RK, Isherwood CM, Medina JE, Wang W, Buxton OM, Williams JS, Czeisler CA, Duffy JF: **Human resting energy expenditure varies with circadian phase**. *Current Biology* 2018, **28**(22):3685-3690 e3683.

48. Czeisler CA, Johnson MP, Duffy JF, Brown EN, Ronda JM, Kronauer RE: **Exposure to bright light and darkness to treat physiologic maladaptation to night work**. *N Engl J Med* 1990, **322**:1253-1259.

49. Czeisler CA: **The effect of light on the human circadian pacemaker**. In: *Circadian Clocks and Their Adjustment.* edn. Edited by Waterhouse JM. Chichester (Ciba Found. Symp. 183): John Wiley and Sons, Inc.; 1995: 254-302.

50. Czeisler CA, Wright Jr. KP: **Influence of light on circadian rhythmicity in humans**. In: *Neurobiology of Sleep and Circadian Rhythms.* edn. Edited by Turek FW, Zee PC. New York: Marcel Dekker, Inc.; 1999: 149-180.

51. Czeisler CA, Kronauer RE, Allan JS, Duffy JF, Jewett ME, Brown EN, Ronda JM: **Bright light induction of strong (type 0) resetting of the human circadian pacemaker**. *Science* 1989, **244**:1328-1333.

52. Jewett ME, Kronauer RE, Czeisler CA: **Light-induced suppression of endogenous circadian amplitude in humans**. *Nature* 1991, **350**:59-62.

53. Czeisler CA, Chiasera AJ, Duffy JF: **Research on sleep, circadian rhythms and aging: Applications to manned spaceflight**. *Experimental Gerontology* 1991, **26**:217-232.

117

54.     Shanahan TL, Czeisler CA: **Light exposure induces equivalent phase shifts of the endogenous circadian rhythms of circulating plasma melatonin and core body temperature in men**. *J Clin Endocrinol Metab* 1991, **73**:227-235.

55.     Duffy JF, Kronauer RE, Czeisler CA: **Phase-shifting human circadian rhythms: Influence of sleep timing, social contact and light exposure**. *J Physiol (Lond)* 1996, **495**(1):289-297.

56.     Jewett ME, Kronauer RE, Czeisler CA: **Phase-amplitude resetting of the human circadian pacemaker via bright light: A further analysis**. *J Biol Rhythms* 1994, **9**(3-4):295-314.

57.     Jewett ME, Rimmer DW, Duffy JF, Klerman EB, Kronauer RE, Czeisler CA: **Human circadian pacemaker is sensitive to light throughout subjective day without evidence of transients**. *American Journal of Physiology Regulatory, Integrative, and Comparative Physiology* 1997, **273**:R1800-R1809.

58.     Shanahan TL, Zeitzer JM, Czeisler CA: **Resetting the melatonin rhythm with light in humans**. *J Biol Rhythms* 1997, **12**(6):556-567.

59.     Boivin DB, Czeisler CA: **Resetting of circadian melatonin and cortisol rhythms in humans by ordinary room light**. *Neuroreport* 1998, **9**(5):779-782.

60.     Shanahan TL, Kronauer RE, Duffy JF, Williams GH, Czeisler CA: **Melatonin rhythm observed throughout a three-cycle bright-light stimulus designed to reset the human circadian pacemaker**. *J Biol Rhythms* 1999, **14**:237-253.

61.     Czeisler CA, Khalsa SBS: **The human circadian timing system and sleep-wake regulation**. In: *Principles and Practice of Sleep Medicine. Volume 3rd*, edn. Edited by Kryger MH, Roth T, Dement WC. Philadelphia: W.B. Saunders Company; 2000: 353-375.

62.     Czeisler CA, Buxton OM: **The Human Circadian Timing System and Sleep-Wake Regulation**. In: *Principles and Practices of Sleep Medicine. Volume 5th*, edn. Edited by Kryger MH, Roth T, Dement WC: Elsevier; 2010: 402-419.

63.     Swanson CM, Shea SA, Wolfe P, Cain SW, Munch M, Vujovic N, Czeisler CA, Buxton OM, Orwoll ES: **Bone Turnover Markers After Sleep Restriction and Circadian Disruption: A Mechanism for Sleep-Related Bone Loss in Humans**. *The Journal of clinical endocrinology and metabolism* 2017, **102**(10):3722-3730.

64.     Swanson C, Shea SA, Wolfe P, Markwardt S, Cain SW, Munch M, Czeisler CA, Orwoll ES, Buxton OM: **24-hour profile of serum sclerostin and its association with bone biomarkers in men**. *Osteoporosis International* 2017, **28**(11):3205-3213.

65.     Czeisler CA, Dijk DJ: **Human circadian physiology and sleep-wake regulation**. In: *Handbook of Behavioral Neurobiology: Circadian Clocks*. edn. Edited by Takahashi JS, Turek FW, Moore RY. New York: Plenum Publishing Co.; 2001: 531-569.

66.     Münch M, Silva EJ, Ronda JM, Czeisler CA, Duffy JF: **EEG sleep spectra in older adults across all circadian phases during NREM sleep**. *Sleep* 2010, **33**(3):389-401.

67.     Saper CB, Scammell TE, Lu J: **Hypothalamic regulation of sleep and circadian rhythms**. *Nature* 2005, **437**(7063):1257-1263.

68.     Dijk DJ, Lockley SW: **Integration of human sleep-wake regulation and circadian rhythmicity**. *Journal of Applied Physiology* 2002, **92**:852-862.

69.     Czeisler CA, Weitzman ED, Moore-Ede MC, Zimmerman JC, Knauer RS: **Human sleep: Its duration and organization depend on its circadian phase**. *Science* 1980, **210**:1264-1267.

70.     Czeisler CA, Zimmerman JC, Ronda JM, Moore-Ede MC, Weitzman ED: **Timing of REM sleep is coupled to the circadian rhythm of body temperature in man**. *Sleep* 1980, **2**:329-346.

71.     Dijk DJ, Czeisler CA: **Contribution of the circadian pacemaker and the sleep homeostat to sleep propensity, sleep structure, electroencephalographic slow waves, and sleep spindle activity in humans**. *Journal of Neuroscience* 1995, **15**(5):3526-3538.

72.     Dijk DJ, Shanahan TL, Duffy JF, Ronda JM, Czeisler CA: **Variation of electroencephalographic activity during non-rapid eye movement and rapid eye movement**

**sleep with phase of circadian melatonin rhythm in humans**. *J Physiol (Lond)* 1997, **505.3**:851-858.

73. Wyatt JK, Ritz-De Cecco A, Czeisler CA, Dijk DJ: **Circadian temperature and melatonin rhythms, sleep, and neurobehavioral function in humans living on a 20-h day**. *Am J Physiol Regul Integr Comp Physiol* 1999, **277**:R1152-R1163.

74. Dijk DJ, Duffy JF, Riel E, Shanahan TL, Czeisler CA: **Ageing and the circadian and homeostatic regulation of human sleep during forced desynchrony of rest, melatonin and temperature rhythms**. *J Physiol (Lond)* 1999, **516.2**:611-627.

75. Van Dongen HPA, Dinges DF: **Circadian Rhythms in Sleepiness, Alertness, and Performance**. In: *Principles and Practices of Sleep Medicine. Volume Fourth*, edn. Edited by Kryger MH, Roth T, Dement WC. Philadelphia: W.B. Saunders; 2005: 435-443.

76. Moore RY, Eichler VB: **Loss of a circadian adrenal corticosterone rhythm following suprachiasmatic lesions in the rat**. *Brain Research* 1972, **42**:201-206.

77. Stephan FK, Zucker I: **Circadian rhythms in drinking behavior and locomotor activity of rats are eliminated by hypothalamic lesions**. *PNAS* 1972, **69**(6):1583-1586.

78. Ralph MR, Foster RG, Davis FC, Menaker M: **Transplanted suprachiasmatic nucleus determines circadian period**. *Science* 1990, **247**:975-978.

79. Edgar DM, Dement WC, Fuller CA: **Effect of SCN lesions on sleep in squirrel monkeys: Evidence for opponent processes in sleep-wake regulation**. *Journal of Neuroscience* 1993, **13(3)**:1065-1079.

80. Klein DC, Moore RY, Reppert SM: **Suprachiasmatic nucleus: The mind's clock**. New York: Oxford University Press; 1991.

81. Silver R, Lesauter J, Tresco PA, Lehman MN: **A diffusible coupling signal from transplanted suprachiasmatic nucleus controlling circadian locomotor rhythms**. *Nature* 1996, **382**:810-813.

82. Weaver DR: **The suprachiasmatic nucleus: A 25-year retrospective**. *JBiol Rhythms* 1998, **13**(2):100-112.

83. Welsh DK, Logothetis DE, Meister M, Reppert SM: **Individual neurons dissociated from rat suprachiasmatic nucleus express independently phased circadian firing rhythms**. *Neuron* 1995, **14**:697-706.

84. Moore RY: **Organization of the mammalian circadian system**. In: *Circadian clocks and their adjustment*. edn. Edited by Waterhouse JM. Chichester (Ciba Foundation Symp 183): John Wiley and Sons, Inc.; 1995: 88-99.

85. Moore RY, Speh JC, Leak RK: **Suprachiasmatic nucleus organization**. *Cell TissueRes* 2002, **309**(1):89-98.

86. Kuhlman SJ: **Biological Rhythms Workshop IB: Neurophysiology of SCN Pacemaker Function**. *Cold Spring Harb Symp Quant Biol* 2007, **72**:21-33.

87. Kalsbeek A, Palm IF, la Fleur SE, Scheer FA, Perreau-Lenz S, Ruiter M, Kreier F, Cailotto C, Buijs RM: **SCN outputs and the hypothalamic balance of life**. *JBiol Rhythms* 2006, **21**(6):458-469.

88. Lee ML, Swanson BE, de la Iglesia HO: **Circadian timing of REM sleep is coupled to an oscillator within the dorsomedial suprachiasmatic nucleus**. *Curr Biol* 2009, **19**(10):848-852.

89. Dijk DJ, Duffy JF, Czeisler CA: **Circadian and sleep/wake dependent aspects of subjective alertness and cognitive performance**. *J Sleep Res* 1992, **1**:112-117.

90. Czeisler CA, Dijk DJ, Duffy JF: **Entrained phase of the circadian pacemaker serves to stabilize alertness and performance throughout the habitual waking day**. In: *Sleep Onset: Normal and Abnormal Processes*. edn. Edited by Ogilvie RD, Harsh JR. Washington, D.C.: American Psychological Association; 1994: 89-110.

119

91.     Strogatz SH, Kronauer RE, Czeisler CA: **Circadian pacemaker interferes with sleep onset at specific times each day: Role in insomnia**. *American Journal of Physiology* 1987, **253**:R172-R178.

92.     Mitler MM, Carskadon MA, Czeisler CA, Dement WC, Dinges DF, Graeber RC: **Catastrophes, sleep, and public policy: Consensus report**. *Sleep* 1988, **11**:100-109.

93.     Bes F, Ing MJ, Schulz H: **Modeling napping, post-lunch dip, and other variations in human sleep propensity**. *Sleep* 2009.

94.     Scheer FA, Cajochen C, Turek FW, Czeisler CA: **Melatonin in the regulation of sleep and circadian rhythms**. In: *Principles and Practice of Sleep Medicine. Volume 4th*, edn. Edited by Kryger MH, Roth T, Dement WC. Philadelphia: W.B. Saunders; 2005: 395-404.

95.     Scheer FA, Czeisler CA: **Melatonin, sleep, and circadian rhythms**. *Sleep Med Rev* 2005, **9**(1):5-9.

96.     Duffy JF, Cain SW, Chang AM, Phillips AJK, Münch MY, Gronfier C, Wyatt JK, Dijk D, Wright KP, Czeisler CA: **Sex difference in the near-24-hour intrinsic period of the human circadian timing system**. *Proc Nat Acad Sci* 2011, **108**(suppl. 3):15602-15608.

97.     Gronfier C, Wright Jr. KP, Kronauer RE, Czeisler CA: **Entrainment of the human circadian pacemaker to longer-than-24-h days**. *Proceedings of the National Academy of Sciences USA* 2007, **104**(21):9081-9086.

98.     Cain SW, Dennison CF, Zeitzer JM, Guzik AM, Khalsa SS, Santhi N, Schoen M, Czeisler CA, Duffy JF: **Sex differences in phase angle of entrainment and melatonin amplitude in humans**. *JBiol Rhythms* 2010, **25**(4):288-296.

99.     Gooley JJ, Chamberlain K, Smith KA, Khalsa SB, Rajaratnam SM, Van RE, Zeitzer JM, Czeisler CA, Lockley SW: **Exposure to Room Light before Bedtime Suppresses Melatonin Onset and Shortens Melatonin Duration in Humans**. *J Clin EndocrinolMetab* 2011, **96**(3):E463-E472.

100.    Barinaga M: **How jet-lag hormone does double duty in the brain**. *Science* 1997, **277**(5325(25)):480.

101.    Liu C, Weaver DR, Jin X, Shearman LP, Pieschi RL, Gribkoff VK, Reppert SM: **Molecular dissection of two distinct actions of melatonin on the suprachiasmatic circadian clock**. *Neuron* 1997, **19**:91-102.

102.    Schwartz WJ, Gross RA, Morton MT: **The suprachiasmatic nuclei contain a tetrodotoxin-resistant circadian pacemaker**. *PNAS* 1987, **84**:1694-1698.

103.    Czeisler CA, Guilleminault C: **REM sleep: Its temporal distribution**. New York: Raven Press; 1980.

104.    National Transportation Safety Board: **Safety Study: Fatigue, Alcohol, Other Drugs, and Medical Factors in Fatal-to-the-Driver Heavy Truck Crashes (Volume 1)**. In., vol. NTSB/SS-90/01. Washington, DC: National Transportation Safety Board; 1990: 1-181.

105.    Langlois PH, Smolensky MH, Hsi BP, Weir FW: **Temporal patterns of reported single-vehicle car and truck accidents in Texas, USA during 1980-1983**. *Chronobiology International* 1985, **2**:131-140.

106.    Harris W: **Fatigue, circadian rhythm, and truck accidents**. In: *Vigilance Theory, Operational Performance, and Physiological Correlates.* edn. Edited by Mackie R. New York: Plenum; 1977: 133-146.

107.    Horne JA, Reyner LA: **Sleep related vehicle accidents**. *BMJ* 1995, **310**:565-567.

108.    Pack AI, Pack AM, Rodgman E, Cucchiara A, Dinges DF, Schwab CW: **Characteristics of crashes attributed to the driver having fallen asleep**. *Accident Analysis & Prevention* 1995, **27**(6):769-775.

109.    Government Accounting Office: **Railroad Safety:  Engineer Work Shift Length and Schedule Variability**. In.: United States General Accounting Office; 1992.

110. Jewett ME: **Models of circadian and homeostatic regulation of human performance and alertness**. *Thesis.* Harvard University; 1997.

111. Jewett ME, Kronauer RE: **Interactive mathematical models of subjective alertness and cognitive throughput in humans**. *JBiol Rhythms* 1999, **14**(6):588-597.

112. Czeisler CA, Duffy JF, Shanahan TL, Brown EN, Mitchell JF, Rimmer DW, Ronda JM, Silva EJ, Allan JS, Emens JS *et al*: **Stability, precision, and near-24-hour period of the human circadian pacemaker**. *Science* 1999, **284**:2177-2181.

113. Wright Jr. KP, Hughes R, Kronauer RE, Dijk DJ, Czeisler CA: **Intrinsic near-24-h pacemaker period determines limits of circadian entrainment to a weak synchronizer in humans**. *Proc Natl Acad Sci USA* 2001, **98**(24):14027-14032.

114. Scheer FA, Wright Jr. KP, Kronauer RE, Czeisler CA: **Plasticity of the intrinsic period of the human circadian timing system**. *PLoS ONE* 2007, **2**(8):e721.

115. Czeisler CA, Allan JS, Strogatz SH, Ronda JM, Sánchez R, Ríos CD, Freitag WO, Richardson GS, Kronauer RE: **Bright light resets the human circadian pacemaker independent of the timing of the sleep-wake cycle**. *Science* 1986, **233**:667-671.

116. Khalsa SBS, Jewett ME, Cajochen C, Czeisler CA: **A phase response curve to single bright light pulses in human subjects**. *Journal of Physiology (London)* 2003, **549**(Pt 3):945-952.

117. Boivin DB, Duffy JF, Kronauer RE, Czeisler CA: **Sensitivity of the human circadian pacemaker to moderately bright light**. *JBiol Rhythms* 1994, **9**(3-4):315-331.

118. Boivin DB, Duffy JF, Kronauer RE, Czeisler CA: **Dose-response relationships for resetting of human circadian clock by light**. *Nature* 1996, **379**:540-542.

119. Zeitzer JM, Dijk DJ, Kronauer RE, Brown EN, Czeisler CA: **Sensitivity of the human circadian pacemaker to nocturnal light: Melatonin phase resetting and suppression**. *J Physiol* 2000, **526**(3):695-702.

120. Shanahan TL, Czeisler CA: **Physiological effects of light on the human circadian pacemaker**. *Semin Perinatol* 2000, **24** 299-320.

121. Klerman EB, Shanahan TL, Brotman DJ, Rimmer DW, Emens JS, Rizzo JF, III, Czeisler CA: **Photic resetting of the human circadian pacemaker in the absence of conscious vision**. *JBiol Rhythms* 2002, **17**(6):548-555.

122. Lockley SW, Brainard GC, Czeisler CA: **High sensitivity of the human circadian melatonin rhythm to resetting by short wavelength light**. *J Clin Endocrinol Metab* 2003, **88**(9):4502-4505.

123. Zeitzer JM, Khalsa SB, Boivin DB, Duffy JF, Shanahan TL, Kronauer RE, Czeisler CA: **Temporal dynamics of late-night photic stimulation of the human circadian timing system**. *Am J Physiol Regul Integr Comp Physiol* 2005, **289**(3):R839-R844.

124. Zaidi FH, Hull JT, Peirson SN, Wulff K, Aeschbach D, Gooley JJ, Brainard GC, Gregory-Evans K, Rizzo III JF, Czeisler CA *et al*: **Short-wavelength light sensitivity of circadian, pupillary, and visual awareness in humans lacking an outer retina**. *Curr Biol* 2007, **17**(24):2122-2128.

125. Smith KA, Schoen MW, Czeisler CA: **Adaptation of human pineal melatonin suppression by recent photic history**. *J Clin Endocrinol Metab* 2004, **89**:3610-3614.

126. Chang A, Aeschbach D, Duffy JF, Czeisler CA: **Impact of evening use of light-emitting electronic readers on circadian timing and sleep latency**. *Sleep* 2012, **35**:A206.

127. Chinoy ED, Duffy JF, Czeisler CA: **Unrestricted evening use of light-emitting tablet computers delays self-selected bedtime and disrupts circadian timing and alertness**. *Physiological Reports* 2018, **6**(10):e13692.

128. Noseda R, Kainz V, Jakubowski M, Gooley JJ, Saper CB, Digre K, Burstein R: **A neural mechanism for exacerbation of headache by light**. *Nat Neurosci* 2010.

129. Chang AM, Aeschbach D, Duffy JF, Czeisler CA: **Evening use of light-emitting eReaders negatively affects sleep, circadian timing, and next-morning alertness**. *Proc Natl Acad Sci* 2015, **112**(4):1232-1237.

130. Czeisler CA: **Perspective: Casting light on sleep deficiency**. *Nature* 2013, **497**(7450):S13.

131. Dijk DJ, Duffy JF, Czeisler CA: **Contribution of circadian physiology and sleep homeostasis to age-related changes in human sleep**. *Chronobiol Int* 2000, **17**(3):285-311.

132. Wright Jr. KP, Hull JT, Czeisler CA: **Relationship between alertness, performance, and body temperature in humans**. *Am J Physiol Regul Integr Comp Physiol* 2002, **283**:R1370-R1377.

133. Dorrian J, Rogers NL, Dinges DF: **Psychomotor Vigilance Performance: Neurocognitive Assay Sensitive to Sleep Loss**. In: *Sleep Deprivation Clinical Issues, Pharmacology, and Sleep Loss Effects.* edn. Edited by Kushida CA. New York: Marcel Dekker; 2005: 39-70.

134. Klein T, Martens H, Dijk DJ, Kronauer RE, Seely EW, Czeisler CA: **Chronic non-24-hour circadian rhythm sleep disorder in a blind man with a regular 24-hour sleep-wake schedule**. *Sleep* 1993, **16**(4):333-343.

135. Boivin DB, Czeisler CA, Dijk DJ, Duffy JF, Folkard S, Minors DS, Totterdell P, Waterhouse JM: **Complex interaction of the sleep-wake cycle and circadian phase modulates mood in healthy subjects**. *Arch Gen Psychiatry* 1997, **54**(2):145-152.

136. Jewett ME, Borbély AA, Czeisler CA: **Biomathematical modeling workshop. May 118-21, 1999**. *JBiol Rhythms* 1999, **14**(6):429-630.

137. Chee MW, Tan JC, Zheng H, Parimal S, Weissman DH, Zagorodnov V, Dinges DF: **Lapsing during sleep deprivation is associated with distributed changes in brain activation**. *Journal of Neuroscience* 2008, **28**(21):5519-5528.

138. Venkatraman V, Chuah YM, Huettel SA, Chee MW: **Sleep deprivation elevates expectation of gains and attenuates response to losses following risky decisions**. *Sleep* 2007, **30**(5):603-609.

139. Bocca ML, Denise P: **Total sleep deprivation effect on disengagement of spatial attention as assessed by saccadic eye movements**. *Clin Neurophysiol* 2006, **117**(4):894-899.

140. Dawson D, Reid K: **Fatigue, alcohol and performance impairment**. *Nature* 1997, **388**(6639):235.

141. Williamson AM, Feyer AM: **Moderate sleep deprivation produces impairments in cognitive and motor performance equivalent to legally prescribed levels of alcohol intoxication**. *OccupEnvironMed* 2000, **57**:649-655.

142. Lamond N, Dawson D: **Quantifying the performance impairment associated with fatigue**. *J Sleep Res* 1999, **8**(4):255-262.

143. Roehrs T, Burduvali E, Bonahoom A, Drake C, Roth T: **Ethanol and sleep loss: a "dose" comparison of impairing effects**. *Sleep* 2003, **26**(8):981-985.

144. Falleti MG, Maruff P, Collie A, Darby DG, McStephen M: **Qualitative similarities in cognitive impairment associated with 24 h of sustained wakefulness and a blood alcohol concentration of 0.05%**. *J Sleep Res* 2003, **12**(4):265-274.

145. Powell NB, Schechtman KB, Riley RW, Li K, Troell R, Guilleminault C: **The road to danger: the comparative risks of driving while sleepy**. *Laryngoscope* 2001, **111**(5):887-893.

146. Walsh JK, Humm T, Muehlbach MJ, Sugerman JL, Schweitzer PK: **Sedative effects of ethanol at night**. *Journal of Studies on Alcohol* 1991, **52**(6):597-600.

147. Babkoff H, Zukerman G, Fostick L, Ben Artzi E: **Effect of the diurnal rhythm and 24 h of sleep deprivation on dichotic temporal order judgment**. *J Sleep Res* 2005, **14**(1):7-15.

148. Killgore WD, Killgore DB, Day LM, Li C, Kamimori GH, Balkin TJ: **The effects of 53 hours of sleep deprivation on moral judgment**. *Sleep* 2007, **30**(3):345-352.

149. Anderson C, Dickinson DL: **Bargaining and trust: the effects of 36-h total sleep deprivation on socially interactive decisions**. *J Sleep Res* 2009, **19**:54-63.

150. Killgore WDS, Balkin TJ, Wesensten NJ: **Impaired decision making following 49 h of sleep deprivation**. *J Sleep Res* 2006, **15**(1):7-13.

151. Doran SM, Van Dongen HP, Dinges DF: **Sustained attention performance during sleep deprivation: evidence of state instability**. *Arch Ital Biol* 2001, **139**(3):253-267.

152. Goel N, Rao H, Durmer JS, Dinges DF: **Neurocognitive consequences of sleep deprivation**. *Semin Neurol* 2009, **29**(4):320-339.

153. Ratcliff R, Van Dongen HPA: **Sleep deprivation affects multiple distinct cognitive processes**. *Psychon Bull Rev* 2009, **16**(4):742-751.

154. Turner TH, Drummond SPA, Salamat JS, Brown GG: **Effects of 42 hr of total sleep deprivation on component processes of verbal working memory**. *Neuropsychology* 2007, **21**(6):787-795.

155. Anderson C, Wales AWJ, Horne JA: **PVT lapses differ according to eyes open, closed, or looking away**. *Sleep* 2010, **33**(2):197-204.

156. Sanders AF, Reitsma WD: **The effect of sleep-loss on processing information in the functional visual field**. *Acta Psychologica* 1982, **51**:149-162.

157. Russo MB, Kendall AP, Johnson DE, Sing HC, Thorne DR, Escolas SM, Santiago S, Holland DA, Hall SW, Redmond DP: **Visual perception, psychomotor performance, and complex motor performance during an overnight air refueling simulated flight**. *AviatSpace Environ Med* 2005, **76**(7 Suppl):C92-103.

158. Kendall AP, Kautz MA, Russo MB, Killgore WDS: **Effects of sleep deprivation on lateral visual attention**. *Int J Neurosci* 2006, **116**(10):1125-1138.

159. Rogé J, Pébayle T, El Hannachi S, Muzet A: **Effect of sleep deprivation and driving duration on the useful visual field in younger and older subjects during simulator driving**. *Vision Research* 2003, **43**:1465-1472.

160. Petrovsky N, Ettinger U, Hill A, Frenzel L, Meyhofer I, Wagner M, Backhaus J, Kumari V: **Sleep deprivation disrupts prepulse inhibition and induces psychosis-like symptoms in healthy humans**. *The Journal of neuroscience : the official journal of the Society for Neuroscience* 2014, **34**(27):9134-9140.

161. Anderson C, Horne JA: **Sleepiness enhances distraction during a monotonous task**. *Sleep* 2006, **29**(4):573-576.

162. McKenna BS, Dickinson DL, Orff HJ, Drummond SPA: **The effects of one night of sleep deprivation on known-risk and ambiguous-risk decisions**. *J Sleep Res* 2007, **16**(3):245-252.

163. Killgore WD, Grugle NL, Balkin TJ: **Gambling when sleep deprived: don't bet on stimulants**. *Chronobiology International* 2012, **29**(1):43-54.

164. Drummond SPA, Brown GG, Gillin JC, Stricker JL, Wong EC, Buxton RB: **Altered brain response to verbal learning following sleep deprivation**. *Nature* 2000, **403**:655-657.

165. Thomas M, Sing H, Belenky G, Holcomb H, Mayberg H, Dannals R, Wagner H, Thorne D, Popp K, Rowland L *et al*: **Neural basis of alertness and cognitive performance impairments during sleepiness. I. Effects of 24 h of sleep deprivation on waking human regional brain activity**. *J Sleep Res* 2000, **9**:335-352.

166. Drummond SPA, Brown GG, Stricker JL, Buxton RB, Wong EC, Gillin JC: **Sleep deprivation-induced reduction in cortical functional response to serial subtraction**. *Neuroreport* 1999, **10**:3745-3748.

167. Drummond SPA, Bischoff-Grethe A, Dinges DF, Ayalon L, Mednick SC, Meloy MJ: **The neural basis of the psychomotor vigilance task**. *Sleep* 2005, **28**(9):1059-1068.

168. Drummond SPA, Gillin JC, Brown GG: **Increased cerebral response during a divided attention task following sleep deprivation**. *J Sleep Res* 2001, **10**(2):85-92.

169. Chee MW, Chuah LY, Venkatraman V, Chan WY, Philip P, Dinges DF: **Functional imaging of working memory following normal sleep and after 24 and 35 h of sleep deprivation:**

**Correlations of fronto-parietal activation with performance**. *Neuroimage* 2006, **31**(1):419-428.

170. Babkoff H, Mikulincer M, Caspy T, Kempinski D, Sing H: **The topology of performance curves during 72 hours of sleep loss: A memory and search task**. *Quarterly Journal of Experimental Psychology* 1988, **40A**:737-756.

171. Drummond SPA, Paulus MP, Tapert SF: **Effects of two nights sleep deprivation and two nights recovery sleep on response inhibition**. *J Sleep Res* 2006, **15**:261-265.

172. Blau JN: **Sleep deprivation headache**. *Cephalalgia : an international journal of headache* 1990, **10**(4):157-160.

173. Dodick DW, Eross EJ, Parish JM, Silber M: **Clinical, anatomical, and physiologic relationship between sleep and headache**. *Headache* 2003, **43**(3):282-292.

174. Connor J, Norton R, Ameratunga S, Robinson E, Civil I, Dunn R, Bailey J, Jackson R: **Driver sleepiness and risk of serious injury to car occupants: population based case control study**. *BMJ* 2002, **324**(7346):1125.

175. Hurst PM, Harte D, Frith WJ: **The Grand Rapids dip revisited**. *Accident; analysis and prevention* 1994, **26**(5):647-654.

176. Jewett ME, Dijk DJ, Kronauer RE, Dinges DF: **Dose-response relationship between sleep duration and human psychomotor vigilance and subjective alertness**. *Sleep* 1999, **22**(2):171-179.

177. Van Dongen HPA, Mott CG, Huang JK, Mollicone DJ, McKenzie FD, Dinges DF: **Optimization of biomathematical model predictions for cognitive performance impairment in individuals: Accounting for unknown traits and uncertain states in homeostatic and circadian processes**. *Sleep* 2007, **30**(9):1129-1143.

178. McCauley P, Kalachev LV, Smith AD, Belenky G, Dinges DF, Van Dongen HP: **A new mathematical model for the homeostatic effects of sleep loss on neurobehavioral performance**. *J Theor Biol* 2009, **256**:227-239.

179. Weaver MD, Vetter C, Rajaratnam SMW, O'Brien CS, Qadri S, Benca RM, Rogers AE, Leary EB, Walsh JK, Czeisler CA *et al*: **Sleep disorders, depression and anxiety are associated with adverse safety outcomes in healthcare workers: A prospective cohort study**. *J Sleep Res* 2018, **27**(6):e12722.

180. Muto V, Jaspar M, Meyer C, Kusse C, Chellappa SL, Degueldre C, Balteau E, Shaffii-Le Bourdiec A, Luxen A, Middleton B *et al*: **Local modulation of human brain responses by circadian rhythmicity and sleep debt**. *Science* 2016, **353**(6300):687-690.

181. Czeisler CA: **SLEEP. Measuring the passage of brain time**. *Science* 2016, **353**(6300):648-649.

182. Liu Y, Higuchi S, Motohashi Y: **Changes in postural sway during a period of sustained wakefulness in male adults**. *Occup Med (Lond)* 2001, **51**(8):490-495.

183. Avni N, Avni I, Barenboim E, Azaria B, Zadok D, Kohen-Raz R, Morad Y: **Brief posturographic test as an indicator of fatigue**. *Psychiatry Clin Neurosci* 2006, **60**(3):340-346.

184. Fabbri M, Martoni M, Esposito MJ, Brighetti G, Natale V: **Postural control after a night without sleep**. *Neuropsychologia* 2006, **44**(12):2520-2525.

185. Haeggstrom EO, Forsman PM, Wallin AE, Toppila EM, Pyykko IV: **Evaluating sleepiness using force platform posturography**. *IEEE Trans Biomed Eng* 2006, **53**(8):1578-1585.

186. Patel M, Gomez S, Berg S, Almbladh P, Lindblad J, Petersen H, Magnusson M, Johansson R, Fransson PA: **Effects of 24-h and 36-h sleep deprivation on human postural control and adaptation**. *Exp Brain Res* 2008, **185**(2):165-173.

187. Forsman P, Haeggstrom E, Wallin A, Toppila E, Pyykko I: **Daytime changes in postural stability and repeatability of posturographic measurements**. *J Occup Environ Med* 2007, **49**(6):591-596.

124

188.    Forsman P, Wallin A, Tietavainen A, Haeggstrom E: **Posturographic sleepiness monitoring**. *J Sleep Res* 2007, **16**(3):259-261.

189.    Morad Y, Azaria B, Avni I, Barkana Y, Zadok D, Kohen-Raz R, Barenboim E: **Posturography as an indicator of fatigue due to sleep deprivation**. *AviatSpace Environ Med* 2007, **78**(9):859-863.

190.    Tietavainen A, Forsman P, Wallin A, Korsback A, Haeggstrom E: **Model-based posturographic sleepiness monitor tested on 20 subjects**. *Conf Proc IEEE Eng Med Biol Soc* 2007, **2007**:3573-3576.

191.    Forsman P, Wallin A, Tietavainen A, Haeggstrom E: **Quantifying time awake posturographically**. *Conf Proc IEEE Eng Med Biol Soc* 2008, **2008**:686-688.

192.    Forsman P, Tietavainen A, Wallin A, Haeggstrom E: **Modeling balance control during sustained waking allows posturographic sleepiness testing**. *J Biomech* 2008, **41**(13):2892-2894.

193.    Gomez S, Patel M, Berg S, Magnusson M, Johansson R, Fransson PA: **Effects of proprioceptive vibratory stimulation on body movement at 24 and 36h of sleep deprivation**. *Clin Neurophysiol* 2008, **119**(3):617-625.

194.    Ma J, Yao YJ, Ma RM, Li JQ, Wang T, Li XJ, Han WQ, Hu WD, Zhang ZM: **Effects of sleep deprivation on human postural control, subjective fatigue assessment and psychomotor performance**. *J Int Med Res* 2009, **37**(5):1311-1320.

195.    Mander BA, Reid KJ, Baron KG, Tjoa T, Parrish TB, Paller KA, Gitelman DR, Zee PC: **EEG measures index neural and cognitive recovery from sleep deprivation**. *Journal of Neuroscience* 2010, **30**(7):2686-2693.

196.    Wilkinson RT: **Sleep deprivation**. In: *The Physiology of Human Survival.* edn. Edited by Edholm OG, Bacharach AL. New York: Academic Press; 1965: 399-430.

197.    Taub JM, Berger RJ: **Performance and mood following variations in the length and timing of sleep**. *Psychophysiology* 1973, **10**:559-570.

198.    Johnson LC: **Sleep deprivation and performance**. In: *Biological Rhythms, Sleep, and Performance.* edn. Edited by Webb WB. New York: John Wiley & Sons Ltd.; 1982: 111-141.

199.    Naitoh P: **Sleep deprivation in human subjects: A reappraisal**. *Waking and Sleeping* 1976, **1**:53-60.

200.    Belenky G, Wesensten NJ, Thorne DR, Thomas ML, Sing HC, Redmond DP, Russo MB, Balkin TJ: **Patterns of performance degradation and restoration during sleep restriction and subsequent recovery: A sleep dose-response study**. *J Sleep Res* 2003, **12**:1-12.

201.    Czeisler CA: **Quantifying consequences of chronic sleep restriction**. *Sleep* 2003, **26**  (3):247-248.

202.    Van Dongen HPA, Dinges DF: **Sleep debt and cumulative excess wakefulness**. *Sleep* 2003, **26** (3):249.

203.    McHill AW, Hull JT, Wang W, Czeisler CA, Klerman EB: **Chronic sleep curtailment, even without extended (>16-h) wakefulness, degrades human vigilance performance**. *Proceedings of the National Academy of Sciences of the United States of America* 2018, **115**(23):6070-6075.

204.    Dinges DF, Pack F, Williams K, Gillen KA, Powell JW, Ott GE, Aptowicz C, Pack AI: **Cumulative sleepiness, mood disturbance, and psychomotor vigilance performance decrements during a week of sleep restricted to 4-5 hours per night**. *Sleep* 1997, **20**(4):267-277.

205.    Haack M, Mullington JM: **Sustained sleep restriction reduces emotional and physical well-being**. *Pain* 2005, **119**(1-3):56-64.

206.    Banks S, Van Dongen H, Dinges D: **Response to sleep restriction depends upon pre-existing sleep debt**. *Sleep* 2007, **Abstract Supplement**(30):A119.

207.    Guilleminault C, Phillips R, Dement WC: **A syndrome of hypersomnia with automatic behavior**. *ElectroencephalogrClin Neurophysiol* 1975, **38**:403-413.
208.    Guilleminault C, Montplaisir J, Billiard M, Dement WC: **Automatic behavior syndrome in patients with excessive daytime somnolence**. *ProcWestern EEG Soc* 1975:432-433.
209.    Duffy JF, Willson HJ, Wang W, Czeisler CA: **Healthy older adults better tolerate sleep deprivation than young adults**. *Journal of the American Geriatric Society* 2009, **57**(7):1245-1251.
210.    Zitting KM, Munch MY, Cain SW, Wang W, Wong A, Ronda JM, Aeschbach D, Czeisler CA, Duffy JF: **Young adults are more vulnerable to chronic sleep deficiency and recurrent circadian disruption than older adults**. *Sci Rep* 2018, **8**(1):11052.
211.    Spiegel K, Leproult R, Van Cauter E: **Impact of sleep debt on metabolic and endocrine function**. *Lancet* 1999, **354**:1435-1439.
212.    Mander BA, Colecchia EF, Spiegel K, Van Cauter E: **Short Sleep: A risk factor for insulin resistance and obesity**. *Sleep* 2001, **24**(Supp):A74-A75.
213.    Spiegel K, Sheridan JF, Van Cauter E: **Effect of sleep deprivation on response to immunization**. *Journal of the American Medical Association* 2002, **288**(12):1471-1472.
214.    Spiegel K, Tasali E, Penev P, Van Cauter E: **Brief communication: Sleep curtailment in healthy young men is associated with decreased leptin levels, elevated ghrelin levels, and increased hunger and appetite**. *Annals of Internal Medicine* 2004, **141**(11):846-850.
215.    Van Cauter E, Holmback U, Knutson K, Leproult R, Miller A, Nedeltcheva A, Pannain S, Penev P, Tasali E, Spiegel K: **Impact of sleep and sleep loss on neuroendocrine and metabolic function**. *Horm Res* 2007, **67 Suppl 1**:2-9.
216.    Knutson KL, Spiegel K, Penev P, Van Cauter E: **The metabolic consequences of sleep deprivation**. *Sleep Med Rev* 2007, **11**(3):163-178.
217.    Guilleminault C, Billiard M, Montplaisir J, Dement WC: **Altered states of consciousness in disorders of daytime sleepiness**. *Journal of the Neurological Sciences* 1975, **26**:377-393.
218.    **State of Florida v. Jorge Rosario**. In.: District Court of Appeal of Florida, Second District; 2004.
219.    Royal D: **National survey of distracted and drowsy driving attitudes and behavior: 2002**. In., vol. DOT HS 809 566. Washington, D.C.: National Highway Traffic Safety Administration; 2003: 1-61.
220.    Moore RT, Kaprielian R, Auerbach J: **Asleep at the wheel. Report of the Massachusetts commission on drowsy driving**. In.; 2009.
221.    Czeisler CA, Wickwire EM, Akerstedt T, Barger LK, Dement W, Gamble K, Hartenbaum N, Ohayon MM, Phillips B, Strohl K *et al*: **Sleep-deprived motor vehicle operators are unfit to drive: A multidisciplinary expert consensus statement on drowsy driving**. *Sleep Health* 2016, **2**:94-99.
222.    Garbarino S, Nobili L, Beelke M, De Carli Phy F, Ferrillo F: **The contributing role of sleepiness in highway vehicle accidents**. *Sleep* 2001, **24**(2):203-206.
223.    Dingus TA, Klauer SG, Neale VL, Petersen A, Lee SE, Sudweeks J, Perez MA, Hankey J, Ramsey D, Gupta S *et al*: **The 100-car naturalistic driving study; Phase II-Results of the 100-car field experiment**. In., vol. DOT HS 810 593. Washington, DC: National Highway Traffic Safety Administration; 2006: 1-352.
224.    Klauer SG, Dingus TA, Neale VL, Sudweeks JD, Ramsey DJ: **The impact of driver inattention on near-crash/crash risk: an analysis using the 100-car naturalistic driving study data**. In., vol. HS810594. Washington, D.C.: National Highway Traffic Safety Administration; 2006: 1-192.

126

225.   Lamond N, Dorrian J, Burgess H, Holmes A, Roach G, McCulloch K, Fletcher A, Dawson D: **Adaptation of performance during a week of simulated night work**. *Ergonomics* 2004, **47**(2):154-165.

226.   Horne J, Reyner L: **Vehicle accidents relating to sleep: A review**. *OccupEnvironMed* 1999, **56**:289-294.

227.   Torsvall L, Åkerstedt T: **Disturbed sleep while being on call: an EEG study of ships' engineers**. *Sleep* 1988, **11**:35-38.

228.   Richardson GS, Wyatt JK, Sullivan JP, Orav E, Ward A, Wolf MA, Czeisler CA: **Objective assessment of sleep and alertness in medical house-staff and the impact of protected time for sleep**. *Sleep* 1996, **19**:718-726.

229.   Buxton OM, Ellenbogen JM, Wang W, Carballeira A, O'Connor S, Cooper D, Gordhandas AJ, McKinney S, Solet JM: **Sleep disruption due to hospital noises: A prospective evaluation**. *Annals Int Med* 2012, **157**(3):170-179.

230.   Parrish JB, Teske JA: **Acute partial sleep deprivation due to environmental noise increases weight gain by reducing energy expenditure in rodents**. *Obesity (Silver Spring)* 2017, **25**(1):141-146.

231.   Sorensen M, Andersen ZJ, Nordsborg RB, Becker T, Tjonneland A, Overvad K, Raaschou-Nielsen O: **Long-term exposure to road traffic noise and incident diabetes: a cohort study**. *Environmental Health Perspectives* 2013, **121**(2):217-222.

232.   Basner M: **Nocturnal aircraft noise exposure increases objectively assessed daytime sleepiness**. *Somnologie* 2008, **12**:110-117.

233.   Langdon DE, Hartman B: **Performance upon sudden awakening**. *School of Aerospace Medicine* 1961, **62-17**:1-8.

234.   Hartman BO, Langdon DE: **A second study on performance upon sudden awakening**. In., vol. TR-65-61. Brooks AFB, TX: U.S. Air Force; 1965: 1-10.

235.   Hartman BO, Langdon DE, Mc Kenzie RE: **A third study on performance upon sudden awakening**. In., vol. TR-65-63. Brooks,TX: U.S. Air Force; 1965: 1-4.

236.   Koulack D, Schultz KJ: **Task performance after awakenings from different stages of sleep**. *Percept Mot Skills* 1974, **39**:792-794.

237.   Dinges DF, Orne MT, Orne EC: **Assessing performance upon abrupt awakening from naps during quasi-continuous operations**. *Behav Res Methods, Instruments & Computers* 1985, **17**:37-45.

238.   Balkin TJ, Badia P: **Relationship between sleep inertia and sleepiness: Cumulative effects of four nights of sleep disruption/restriction on performance following abrupt nocturnal awakenings**. *Biol Psychol* 1988, **27**:245-258.

239.   Balkin TJ, Braun AR, Wesensten NJ, Jeffries K, Varga M, Baldwin P, Belenky G, Herscovitch P: **The process of awakening: A PET study of regional brain activity patterns mediating the re-establishment of alertness and consciousness**. *Brain* 2002, **125**:2308-2319.

240.   Dinges DF: **Sleep Inertia**. In: *Encyclopedia of Sleep and Dreaming*. edn. Edited by Carskadon MA. New York: Macmillillan Publishing Company; 1993: 553-554.

241.   Ferrara M, De Gennaro L: **The sleep inertia phenomenon during the sleep-wake transition: Theoretical and operational issues**. *AviatSpace Environ Med* 2000, **71**(8):843-848.

242.   Bruck D, Pisani D: **The effects of sleep inertia on decision-making performance**. *J Sleep Res* 1997, **8**:95-103.

243.   Achermann P, Werth E, Dijk DJ, Borbély AA: **Time course of sleep inertia after nighttime and daytime sleep episodes**. *Archives Italiennes de Biologie* 1995, **134**:109-119.

244.   Naitoh P, Kelly T, Babkoff H: **Sleep inertia: Best time not to wake up**. *Chronobiol Int* 1993, **10**(2):109-118.

245. Van Dongen HPA, Price NJ, Mullington JM, Szuba MP, Kapoor SC, Dinges DF: **Caffeine eliminates psychomotor vigilance deficits from sleep inertia**. *Sleep* 2001, **24**(7):813-819.

246. Burke TM, Scheer FA, Ronda JM, Czeisler CA, Wright KP, Jr.: **Sleep inertia, sleep homeostatic and circadian influences on higher-order cognitive functions**. *J Sleep Res* 2015, **24**(4):364-71.

247. Silva EJ, Duffy JF: **Sleep inertia varies with circadian phase and sleep stage in older adults**. *Behav Neurosci* 2008, **122**(4):928-935.

248. Åkerstedt T, Patkai P, Dahlgren K: **Field studies of shiftwork: II. Temporal patterns in psychophysiological activation in workers alternating between night and day work**. *Ergonomics* 1977, **20**:621-631.

249. Benedict FG: **Studies in body-temperature. I. Influence of the inversion of the daily routine; the temperature of night-workers**. *American Journal of Physiology* 1904, **11**:145-169.

250. Patkai P, Åkerstedt T, Pettersson K: **Field studies of shiftwork: I. Temporal patterns in psychophysiological activation in permanent night workers**. *Ergonomics* 1977, **20**:611-619.

251. Bjerner B, Holm A, Swensson A: **Diurnal variation in mental performance a study of three-shift workers**. *British Journal of Industrial Medicine* 1955, **12**:103-110.

252. Waldhauser F, Vierhapper H, Pirich K: **Abnormal circadian melatonin secretion in night-shift workers. (Letter to the Editor)**. *NEnglJMed* 1986:1614-1614.

253. Smith MR, Cullnan EE, Eastman CI: **Shaping the light/dark pattern for circadian adaptation to night shift work**. *Physiol Behav* 2008, **95**(3):449-456.

254. Carskadon MA, Dement WC: **Effects of total sleep loss on sleep tendency**. *Perceptual and Motor Skills* 1979, **48**:495-506.

255. Colquhoun WP: **Rhythms in performance**. In: *Handbook of Behavioral Neurobiology: Biological Rhythms.* edn. Edited by Aschoff J. New York: Plenum Press; 1981: 333-348.

256. Folkard S, Knauth P, Monk TH: **The effect of memory load on the circadian variation in performance efficiency under a rapidly rotating shift system**. *Ergonomics* 1976, **19**:479-488.

257. Colquhoun WP, Blake MJF, Edwards RS: **Experimental studies of shift-work II: Stabilized 8-hour shift systems**. *Ergonomics* 1968, **11**:527-546.

258. Colquhoun WP, Blake MJF, Edwards RS: **Experimental studies of shift work**. *Studia Laboris et Saluds* 1969, **4**:47-63.

259. Colquhoun WP, Blake MJF, Edwards RS: **Experimental studies of shift-work I: A comparison of 'rotating' and 'stabilized' 4-hour shift systems**. *Ergonomics* 1968, **11**:437-453.

260. Colquhoun WP, Blake MJF, Edwards RS: **Experimental studies of shift-work III: Stabilized 12-hour shift systems**. *Ergonomics* 1969, **12**:865-882.

261. Coleman RM, Dement WC: **Falling asleep at work: A problem for continuous operations**. *Sleep Research* 1986, **15**:265-265.

262. Rosekind MR, Gander PH, Dinges DF: **Alertness management in flight operations: strategic napping**. *Aerospace Technology Conference and Exposition,Long Beach CA* 1991:1-12.

263. Dahlgren K: **Adjustment of circadian rhythms and EEG sleep functions to day and night sleep among permanent night workers and rotating shiftworkers**. *Psychophysiol* 1981, **18**:381-391.

264. Dahlgren K: **Long-term adjustment of circadian rhythms to a rotating shiftwork schedule**. *Scandinavian Journal of Work, Environment and Health* 1981, **7**:141-151.

265. Tilley AJ, Wilkinson RT, Drud M: **Night and day shifts compared in terms of the quality and quantity of sleep recorded in the home and performance measured at work: A pilot study**. In: *Night and Shift Work, Biological and Social Aspects.* edn. Edited by Reinberg A, Vieux N, Andlauer P. Oxford: Pergamon Press; 1981: 187-196.

266. Kogi K, Ohta T: **Incidence of near accidental drowsing in locomotive driving during a period of rotation**. *Journal of Human Ergology (Tokyo)* 1975, **4**:65-76.

267. Anderson C, Ftouni S, Ronda JM, Rajaratnam SMW, Czeisler CA, Lockley SW: **Self-reported drowsiness and safety outcomes while driving after an extended duration work shift in trainee physicians**. *Sleep* 2018.

268. Vidafar P, Gooley JJ, Burns AC, Rajaratnam SMW, Rueger M, Van Reen E, Czeisler CA, Lockley SW, Cain SW: **Increased vulnerability to attentional failure during acute sleep deprivation in women depends on menstrual phase**. *Sleep* 2018, **41**(8).

269. American Academy of Sleep Medicine: **The International Classification of Sleep Disorders: Diagnostic and Coding Manual**, vol. Second Edition, 2nd edn. Westchester, IL: American Academy of Sleep Medicine; 2005.

270. Viola AU, Archer SN, James LM, Groeger JA, Lo JCY, Skene DJ, von schantz M, Dijk DJ: **PER3 polymorphism predicts sleep structure and waking performance**. *Current Biology* 2007, **17**:613-618.

271. Czeisler CA, Moore-Ede MC, Coleman RM: **Rotating shift work schedules that disrupt sleep are improved by applying circadian principles**. *Science* 1982, **217**:460-463.

272. Czeisler CA, Dijk DJ: **Use of bright light to treat maladaptation to night shift work and circadian rhythm sleep disorders**. *J Sleep Res* 1995, **4**(Suppl 2):70-73.

273. Czeisler CA, Walsh JK, Roth T, Hughes RJ, Wright Jr. KP, Kingsbury L, Arora S, Schwartz JRL, Niebler GE, Dinges DF: **Modafinil for excessive sleepiness associated with shift work sleep disorder**. *N Engl J Med* 2005, **353**:476-486.

274. Wyatt JK, Cajochen C, Ritz-De Cecco A, Czeisler CA, Dijk DJ: **Low-dose repeated caffeine administration for circadian-phase-dependent performance degradation during extended wakefulness**. *Sleep* 2004, **27**(3):374-381.

275. Landrigan CP, Rothschild JM, Cronin JW, Kaushal R, Burdick E, Katz JT, Lilly CM, Stone PH, Lockley SW, Bates DW *et al*: **Effect of reducing interns' work hours on serious medical errors in intensive care units**. *NEnglJMed* 2004, **351**(18):1838-1848.

276. Barger LK, Cade BE, Ayas NT, Cronin JW, Rosner B, Speizer FE, Czeisler CA: **Extended work shifts and the risk of motor vehicle crashes among interns**. *N Engl J Med* 2005, **352**:125-134.

277. Strogatz SH, Kronauer RE, Czeisler CA: **Circadian regulation dominates homeostatic control of sleep length and prior wake length in humans**. *Sleep* 1986, **9**:353-364.

278. Torsvall L, Åkerstedt T, Gillberg M: **Age, sleep and irregular workhours: A field study with electroencephalographic recordings, catecholamine excretion and self-ratings**. *Scandinavian Journal of Work, Environment and Health* 1981, **7**:196-203.

279. Åkerstedt T, Gillberg M: **Sleep disturbances and shift work**. In: *Night and Shift Work: Biological and Social Aspects.* edn. Edited by Reinberg A, Vieux N, Andlauer P. Oxford: Pergamon Press; 1981: 127-137.

280. Åkerstedt T, Torsvall L: **Age, sleep and adjustment to shiftwork**. In: *Sleep 1980.* edn. Edited by Koella WP. Basel: S. Karger; 1981: 190-195.

281. Åkerstedt T, Torsvall L: **Shift-dependent well-being and individual differences**. *Ergonomics* 1981, **24**:265-273.

282. Scott LD, rogers AE, Hwang WT, Zhang Y: **Effects of critical care nurses' work hours on vigilance and patients' safety**. *AmJ CritCare* 2006, **15**(1):30-37.

283. Rutenfranz J, Colquhoun WP, Knauth P, Ghata JN: **Biomedical and psychosocial aspects of shift work**. *Scandinavian Journal of Work, Environment and Health* 1977, **3**:165-182.

284. Rutenfranz J, Knauth P, Angersbach D: **Shift work research issues**. In: *The Twenty-Four Hour Workday: Proceedings of a NIOSH Symposium on Variations in Work-Sleep Schedules. Volume NIOSH Publication 81-127*, edn. Edited by Johnson LC, Tepas DI, Colquhoun WP, Colligan MJ. Cincinnati: U.S. Department of Health and Human Services; 1981: 221-259.

285. Mahan RP, Carvalhais AB, Queen SE: **Sleep reduction in night-shift workers: is it sleep deprivation or a sleep disturbance disorder?** *Percept Mot Skills* 1990, **70**:723-730.

286. Torsvall L, Åkerstedt T: **A diurnal type scale**. *Scandinavian Journal of Work, Environment and Health* 1980, **6**:283-290.

287. Rutenfranz J, Knauth P: **Hours of work and shiftwork**. *Ergonomics* 1976, **19**:331-340.

288. Vokac Z, Lund L: **Patterns and duration of sleep in permanent security night guards**. *Journal of Human Ergology (Tokyo)* 1982, **11**:311-316.

289. Åkerstedt T, Torsvall L, Fröberg J: **A questionnaire study of irregular work hours and sleep/wake disturbances**. *Sleep Research* 1983, **12**:358-358.

290. Folkard S, Condon R: **Night shift paralysis in air traffic control officers**. *Ergonomics* 1987, **30**:1353-1363.

291. Foret J, Lantin G: **The sleep of train drivers: An example of the effects of irregular work schedules on sleep**. In: *Aspects of Human Efficiency Diurnal Rhythm and Loss of Sleep.* edn. Edited by Colquhoun WP. Cambridge,UK: English Universities Press Ltd; 1972: 273-282.

292. Kogi K: **Repeated short indifference periods in industrial vigilance**. *Journal of Human Ergology (Tokyo)* 1972, **1**:111-121.

293. Torsvall L, Åkerstedt T: **Sleepiness on the job: Continuously measured EEG changes in train drivers**. *ElectroencephalogrClin Neurophysiol* 1987, **66**:502-511.

294. Torsvall L, Åkerstedt T, Gillander K, Knutsson A: **Sleep on the night shift: 24-Hour EEG monitoring of spontaneous sleep/wake behavior**. *Psychophysiol* 1989, **26**:352-358.

295. Van Dongen HPA, Baynard MD, Maislin G, Dinges DF: **Systematic interindividual differences in neurobehavioral impairment from sleep loss: evidence of trait-like differential vulnerability**. *Sleep* 2004, **27**:423-433.

296. Van Dongen HPA, Maislin G, Dinges DF: **Dealing with inter-individual differences in the temporal dynamics of fatigue and performance: importance and techniques**. *AviatSpace Environ Med* 2004, **75**(3 Suppl):A147-A154.

297. Van Dongen HPA, Vitellaro KM, Dinges DF: **Individual differences in adult human sleep and wakefulness: leitmotif for a research agenda**. *Sleep* 2005, **28**(4):479-496.

298. Van Dongen HPA: **Brain activation patterns and individual differences in working memory impairment during sleep deprivation**. *Sleep* 2005, **28**(4):386-388.

299. Van Dongen HPA, Caldwell JA, Jr., Caldwell JL: **Investigating systematic individual differences in sleep-deprived performance on a high-fidelity flight simulator**. *Behav Res Methods* 2006, **38**(2):333-343.

300. Van Dongen HPA: **Shift work and inter-individual differences in sleep and sleepiness**. *Chronobiology International* 2006, **23**(6):1139-1147.

301. Gold DR, Rogacz S, Bock N, Tosteson TD, Baum TM, Speizer FE, Czeisler CA: **Rotating shift work, sleep, and accidents related to sleepiness in hospital nurses**. *American Journal of Public Health* 1992, **82**:1011-1014.

302. Novak RD, Auvil-Novak SE: **Focus group evaluation of night nurse shiftwork difficulties and coping strategies**. *Chronobiol Int* 1996, **13**(6):457-463.

303. Stutts JC, Wilkins JW, Vaughn GM: **Why do people have drowsy driving crashes? Input from drivers who just did**. In., vol. Nov 1999. Washington, DC: AAA Foundation for Traffic Safety; 1999: 1-85.

304. Scott LD, Hwang WT, rogers AE, Nysse T, Dean GE, Dinges DF: **The relationship between nurse work schedules, sleep duration, and drowsy driving**. *Sleep* 2007, **30**(12):1801-1807.

305. Dorrian J, Tolley C, Lamond N, van den HC, Pincombe J, rogers AE, Drew D: **Sleep and errors in a group of Australian hospital nurses at work and during the commute**. *Appl Ergon* 2008, **39**(5):605-613.

306. Lyznicki JM, Doege TC, Davis RM, Williams MA: **Sleepiness, driving, and motor vehicle crashes**. *Journal of the American Medical Association* 1998, **279**:1908-1913.

307. Folkard S, Lombardi DA: **Modeling the impact of the components of long work hours on injuries and "accidents"**. *Am J Ind Med* 2006, **49**:953-963.

308. Dembe AE, Erickson JB, Delbos RG, Banks SM: **The impact of overtime and long work hours on occupational injuries and illnesses: new evidence from the United States**. *OccupEnvironMed* 2005, **62**(9):588-597.

309. Loomis D: **Long work hours and occupational injuries: New evidence on upstream causes**. *OccupEnvironMed* 2005, **62**(9):585.

310. Rogers AE, Hwang WT, Scott LD, Aiken LH, Dinges DF: **The working hours of hospital staff nurses and patient safety**. *Health Aff (Millwood)* 2004, **23**(4):202-212.

311. Hänecke K, Tiedemann S, Nachreiner F, Grzech-Sukalo H: **Accident risk as a function of hour at work and time of day as determined from accident data and exposure models of the German working poulation**. *Scand J Work Environ Health* 1998, **24**(Suppl 3):43-48.

312. Colligan MJ, Tepas DI: **The stress of hours of work**. *American Industrial Hygiene Association Journal* 1986, **47**(11):686-695.

313. Kelly RJ, Schneider MF: **The twelve-hour shift revisited: Recent trends in the electric power industry**. *Journal of Human Ergology (Tokyo)* 1982, **11**:369-384.

314. Rosa RR, Colligan MJ: **Extended workdays: effects of 8-hour and 12-hour rotating shift schedules on performance, subjective alertness, sleep patterns, and psychosocial variables**. *Work and Stress* 1989, **3**:21-32.

315. Lewis PM, Swaim DJ, Rosa RR, Colligan MJ, Booth RJ, Swint MJ: **Evalualuation of the 12-hour shift schedule at the Fast Flux Test Facility**. In.: U.S. Department of Energy; 1986.

316. Strohl KP, Blatt J, Council F, Georges K, Kiley J, Kurrus R, McCartt AT, Merritt SL, Pack AI, Rogus S *et al*: **Drowsy driving and automobile crashes: Reports and recommendations**. In., vol. DOT HS 808 707. Washington, DC: U.S. Department of Transportation, National Highway Traffic Safety Administration; U.S. Department of Health and Human Services, Public Health Service, National Institutes of Health, National Heart, Lung, and Blood Institute; 1998: III-30.

317. National Transportation Safety Board: **Factors that affect fatigue in heavy truck accidents. Volume 1: Analysis**. In., vol. NTSB/SS-95/01. Washington, D.C.; 1995.

318. Department of Transportation: **Hours of Service of Drivers; Driver Rest and Sleep for Safe Operations**. In. Edited by Administration FMCS, vol. 65. Washington, DC; 2000.

319. Czeisler CA, Kennedy WA, Allan JS: **Circadian rhythms and performance decrements in the transportation industry**. In: *Proceedings of a Workshop on the Effects of Automation on Operator Performance*. edn. Edited by Coblentz AM. Paris: Universite Rene Descartes; 1986: 146-171.

320. National Transportation Safety Board: **Factors That Affect Fatigue in Heavy Truck Accidents Volume 2: Case Summaries**. In., vol. NTSB/SS-95/02. Washington, DC: National Transportation Safety Board; 1995: 1-227.

321. Federal Aviation Administration, Terminal, Enroute: **Shiftwork Survey Results**. In: *ATCS*. Human Resources Research Organization; 2001: 1.

322. Harma M, Sallinen M, Ranta R, Mutanen P, Muller K: **The effect of an irregular shift system on sleepiness at work in train drivers and railway traffic controllers**. *J Sleep Res* 2002, **11**(2):141-151.

323. Gander PH, Myhre G, Graeber RC, Andersen HT, Lauber JK: **Adjustment of sleep and the circadian temperature rhythm after flights across nine time zones**. *AviatSpace Environ Med* 1989, **60**:733-743.

324. Gander PH, Graeber RC, Connell LJ: **Crew factors in flight operations II: Psychophysiological responses to short-haul air transport operations**. In., vol. Tech.Memo.108856. Washington, D.C.: NASA; 1994: 1-60.

325. Åkerstedt T: **Sleepiness as a consequence of shift work**. *Sleep* 1988, **11**:17-34.

326.    St Hilaire MA, Anderson C, Anwar J, Sullivan JP, Cade BE, Flynn-Evans EE, Czeisler CA, Lockley SW, Harvard Work Hours H, Safety G: **Brief (<4 hr) sleep episodes are insufficient for restoring performance in first-year resident physicians working overnight extended-duration work shifts**. *Sleep* 2019, **42**(5).

327.    Endo T, Kogi K: **Monotony effects of the work of motormen during high-speed train operation**. *Journal of Human Ergology (Tokyo)* 1975, **4**:129-140.

328.    Mitler MM, Miller JC, Lipsitz JJ, Walsh JK, Wylie CD: **The sleep of long-haul truck drivers**. *NEnglJMed* 1997, **337**(11):755-761.

329.    Lockley SW, Evans EE, Scheer FAJL, Brainard GC, Czeisler CA, Aeschbach D: **Short-wavelength sensitivity for the direct effects of light on alertness, vigilance, and the waking electroencephalogram in humans**. *Sleep* 2006, **29**(2):161-168.

330.    Muehlbach MJ, Walsh JK: **The effects of caffeine on simulated night-shift work and subsequent daytime sleep**. *Sleep* 1995, **18**(1):22-29.

331.    Walsh JK, Muehlbach MJ, Schweitzer PK: **Acute administration of Triazolam for the daytime sleep of rotating shift workers**. *Sleep* 1984, **7**:223-229.

332.    Walsh JK, Muehlbach MJ, Schweitzer PK: **Hypnotics and caffeine as countermeasures for shiftwork-related sleepiness and sleep disturbance**. *J Sleep Res* 1995, **4**(Suppl. 2):80-83.

333.    Walsh JK, Schweitzer PK, Anch AM, Muehlbach MJ, Jenkins NA, Dickins QS: **Sleepiness/alertness on a simulated night shift following sleep at home with triazolam**. *Sleep* 1991, **14**(2):140-146.

334.    Higgins E, Chiles WD, McKenzie JM, Iampietro PF, Winget CM, Funkhouser GE, Burr MJ, Vaughan JAJ, Jennings A: **The effects of a 12-hour shift in the wake-sleep cycle on physiological and biochemical responses and on multiple task performance**. In., vol. DOT/FAA/AM-75-10. Washington,DC: Federal Aviation Administration, Office of Aviation Medicine; 1975.

335.    Santhi N, Horowitz TS, Czeisler CA: **Night shift work impairs decision-making in visual search**. *Sleep* 2005, **28**:A64.

336.    Santhi N, Horowitz T, Wolfe J, Czeisler CA: **Sleep deprivation impairs search for rare targets**. *Sleep* 2007, **30**(Abstract Supplement):A22.

337.    Lee ML, Howard ME, Horrey WJ, Liang Y, Anderson C, Shreeve MS, O'Brien CS, Czeisler CA: **High risk of near-crash driving events following night-shift work**. *Proceedings of the National Academy of Sciences of the United States of America* 2016, **113**(1):176-181.

338.    Barger LK, Rajaratnam SM, Wang W, O'Brien CS, Sullivan JP, Qadri S, Lockley SW, Czeisler CA: **Common Sleep Disorders Increase Risk of Motor Vehicle Crashes and Adverse Health Outcomes in Firefighters**. *Journal of Clinical Sleep Medicine* 2015, **11**(3):233-240.

339.    Beebe DW, Gozal D: **Obstructive sleep apnea and the prefrontal cortex: towards a comprehensive model linking nocturnal upper airway obstruction to daytime cognitive and behavioral deficits**. *J Sleep Res* 2002, **11**(1):1-16.

340.    Powell NB, Riley RW, Schechtman KB, Blumen MB, Dinges DF, Guilleminault C: **A comparative model: Reaction time performance in sleep-disordered breathing versus alcohol-impaired controls**. *Laryngoscope* 1999, **109**:1648-1654.

341.    George CF, Nickerson PW, Hanly PJ, Millar TW, Kryger MH: **Sleep apnoea patients have more automobile accidents**. *Lancet* 1987, **2**:447.

342.    Findley LJ, Bonnie RJ: **Sleep apnea and auto crashes: What is the doctor to do?** *Chest* 1988, **94**(2):225-226.

343.    Findley LJ, Unverzagt ME, Suratt PM: **Automobile accidents involving patients with obstructive sleep apnea**. *Am Rev Respir Dis* 1988, **138**:337-340.

344.    Findley LJ, Fabrizio M, Thommi G, Suratt PM: **Severity of sleep apnea and automobile crashes**. *N Engl J Med* 1989, **320**(13):868-869.

345. Findley LJ, Weiss JW, Jabour ER: **Drivers with untreated sleep apnea: A cause of death and serious injury**. *Arch Intern Med* 1991, **151**:1451-1452.

346. Haraldsson P-O, Carenfelt C, Tingvall C: **Sleep apnea syndrome symptoms and automobile driving in a general population**. *Journal of Clinical Epidemiology* 1992, **45**(8):821-826.

347. Findley LJ, Levinson MP, Bonnie RJ: **Driving performance and automobile accidents in patients with sleep apnea**. *Clinics in Chest Medicine* 1992, **13**(3):427-435.

348. Gurubhagavatula I, Maislin G, Nkwuo JE, Pack AI: **Occupational screening for obstructive sleep apnea in commercial drivers**. *Am J RespirCrit Care Med* 2004, **170**(4):371-376.

349. George CF, Boudreau AC, Smiley A: **Simulated driving performance in patients with obstructive sleep apnea**. *Am J RespirCrit Care Med* 1996, **154**(1):175-181.

350. Findley L, Unverzagt M, Guchu R, Fabrizio M, Buckner J, Suratt P: **Vigilance and automobile accidents in patients with sleep apnea or narcolepsy**. *Chest* 1995, **108**(3):619-624.

351. Teran-Santos J, Jimenez-Gomez A, Cordero-Guevara J: **The association between sleep apnea and the risk of traffic accidents. Cooperative Group Burgos-Santander**. *NEnglJMed* 1999, **340**(11):847-851.

352. George CF: **Sleep. 5: Driving and automobile crashes in patients with obstructive sleep apnoea/hypopnoea syndrome**. *Thorax* 2004, **59**(9):804-807.

353. Hack MA, Choi SJ, Vijayapalan P, Davies RJ, Stradling JR: **Comparison of the effects of sleep deprivation, alcohol and obstructive sleep apnoea (OSA) on simulated steering performance**. *Respiratory Medicine* 2001, **95**(7):594-601.

354. Pack AI, Maislin G, Staley B, Pack FM, Rogers WC, George CF, Dinges DF: **Impaired performance in commercial drivers: role of sleep apnea and short sleep duration**. *Am J Respir Crit Care Med* 2006, **174**(4):446-454.

355. Ellen RLB, Marshall SC, Palayew M, Molnar FJ, Wilson KG, Man-Son-Hing M: **Systematic review of motor vehicle crash risk in persons with sleep apnea**. *J Clin Sleep Med* 2006, **2**(2):193-200.

356. Tregear S, Reston J, Schoelles K, Phillips B: **Obstructive sleep apnea and risk of motor vehicle crash: systematic review and meta-analysis**. *Journal of Clinical Sleep Medicine* 2009, **5**(6):573-581.

357. Burks SV, Anderson JE, Bombyk M, Haider R, Ganzhorn D, Jiao X, Lewis C, Lexvold A, Liu H, Ning J *et al*: **Nonadherence with Employer-Mandated Sleep Apnea Treatment and Increased Risk of Serious Truck Crashes**. *Sleep* 2016, **39**(5):967-975.

358. Sullivan JP, O'Brien CS, Barger LK, Rajaratnam SM, Czeisler CA, Lockley SW: **Randomized, prospective study of the impact of a sleep health program on firefighter injury and disability**. *Sleep* 2017.

359. Barger LK, O'Brien CS, Rajaratnam SM, Qadri S, Sullivan JP, Wang W, Czeisler CA, Lockley SW: **Implementing a Sleep Health Education and Sleep Disorders Screening Program in Fire Departments: A Comparison of Methodology**. *Journal of Occupational and Environmental Medicine* 2016, **58**(6):601-609.

360. Kryger MH, Roth T, Goldstein CA, Dement WC, eds. **Principles and Practice of Sleep Medicine, 7th Edition.** Philadelphia: W.B. Saunders Company, 2022.

361. Phillips AJK, Clerx WM, O'Brien CS, Sano A, Barger LK, Picard RW, Lockley SW, Klerman EB, Czeisler CA: **Irregular sleep/wake patterns are associated with poorer academic performance and delayed circadian and sleep/wake timing**. *Sci Rep* 2017, **7**(1):3216.

362. Nutt D, Wilson S, Paterson L: **Sleep disorders as core symptoms of depression**. *Dialogues Clin Neurosci* 2008, **10**(3):329-336.

363. Daley M, Morin CM, LeBlanc M, Gregoire JP, Savard J, Baillargeon L: **Insomnia and its relationship to health-care utilization, work absenteeism, productivity and accidents**. *Sleep Med* 2008.

364.   Drake CL, Roehrs T, Richardson G, Walsh JK, Roth T: **Shift work sleep disorder: prevalence and consequences beyond that of symptomatic day workers**. *Sleep* 2004, **27**(8):1453-1462.

# Curriculum Vitae

**Date Prepared:**   August 30, 2022

**Name:**   Charles A. Czeisler, Ph.D., M.D., F.R.C.P., F.A.P.S.

**Office Address:**   Division of Sleep and Circadian Disorders

Brigham and Women's Hospital

221 Longwood Avenue, Suite 438

Boston, MA 02115

**Work Phone:**   617-732-4013

**Work Email:**   charles_czeisler@hms.harvard.edu

**Work FAX:**   617-732-4015

**Place of Birth:**   Chicago, Illinois

## Education

| 1974 | A.B. (*magna cum laude*) | Biochemistry and Molecular Biology | Harvard College, Cambridge, MA |
|---|---|---|---|
| 1978 | Ph.D. | Neuro- and Biobehavioral Sciences (William C. Dement M.D., Ph.D.) | Stanford University, Stanford, CA |
| 1981 | M.D. | Medical Doctor | Stanford University School of Medicine, Stanford, CA |

## Postdoctoral Training

| 1981-1983 | Senior Fellow | Health Policy (David A. Hamburg, M.D.) | Center for Health Policy and Management, John F. Kennedy School of Government, Harvard University, Cambridge, MA |
|---|---|---|---|

## Faculty Academic Appointments

| 1978 | Adjunct Instructor | Biological Sciences | Graduate School of Arts and Sciences, Fordham University, Bronx, NY |
|---|---|---|---|
| 1979 | Lecturer | Undergraduate Studies | Stanford University |
| 1979-1980 | Research Associate | Physiology | Harvard Medical School, Boston, MA |
| 1982-1983 | Research Associate | Medicine | Harvard Medical School |
| 1983-1987 | Assistant Professor | Medicine | Harvard Medical School |
| 1987-1998 | Associate Professor | Medicine | Harvard Medical School |
| 1994- | Affiliate Faculty | Program in Neuroscience | Harvard Medical School |
| 1998- | Professor of Medicine | Medicine | Harvard Medical School |

1

| 2004- | Frank Baldino, Jr., Ph.D. Professor of Sleep Medicine | Medicine | Harvard Medical School |
| 2014- | Associate of Molecular and Cellular Biology | Molecular and Cellular Biology | Faculty of Arts and Sciences, Harvard University, Cambridge, MA |
| 2019- | Senior Faculty | Harvard College Program in General Education | Faculty of Arts and Sciences, Harvard University |

## Appointments at Hospitals/Affiliated Institutions

| 1976-1978 | Research Associate | Neurology | Montefiore Hospital, Albert Einstein College of Medicine, Bronx, NY |
| 1982-1992 | Associate Physician | Medicine, Endocrine Division | Brigham and Women's Hospital, Boston, MA |
| 1992-1998 | Physician | Medicine, Endocrine Division | Brigham and Women's Hospital, Boston, MA |
| 1998- | Senior Physician | Medicine, Division of Sleep Medicine | Brigham and Women's Hospital, Boston, MA |
| 1999-2014 | Affiliate Faculty | Health, Science and Technology Program | Harvard Medical School/ Massachusetts Institute of Technology, Cambridge, MA |

## Other Professional Positions

| 1981-1993 | Founder and Director | Center for Design of Industrial Schedules, Boston, MA |
| 1991-1994 | Consultant | Light Sciences, Inc., Braintree, MA |
| 1993-1994 | Consultant | ShiftWork Systems, Inc., Cambridge, MA |
| 1996- | Member, Board of Trustees | Institute for Experimental Psychiatry Research Foundation, Milton, MA |
| 2000-2011 | Consultant | Cephalon, Inc., West Chester, PA (after 2005, Frazer, PA) |
| 2001-2005 | Consultant | Lifetrac, Inc., Biddeford, ME |
| 2002-2003, 2006 | Consultant | Pfizer, Inc., New York, NY |
| 2003-2006 | Member Circadian Rhythm Sleep Disorders Advisory Board, and Consultant | Takeda Pharmaceuticals North America, Inc., Lincolnshire, IL |
| 2003-2011 | Consultant | Respironics, Inc., Murrysville, PA |
| 2004 | Consultant | Unilever, Inc., London, UK |
| 2004 | Consultant and Member, Sleep-Wake Medicine Executive Advisory Board | Cephalon, Inc., Frazer, PA |
| 2004-2007 | Consultant and Member, Medical and Scientific Advisory Board | Hypnion, Inc., Lexington, MA |
| 2004-2005, | Consultant/Expert Witness | Columbia River Bar Pilots, Astoria OR |

| 2010 | | |
|---|---|---|
| 2004-2013 | Consultant | Sleep Multimedia, Inc. |
| 2004- | Consultant | Vanda Pharmaceuticals, Inc., Washington DC |
| 2005 | Consultant | Warburg-Pincus |
| 2005 | Consultant | Morgan Stanley |
| 2005 | Consultant | Avera Pharmaceuticals, Inc., San Diego, CA |
| 2005-2008 | Consultant | Actelion Pharmaceuticals Ltd, Allschwil, Switzerland |
| 2005-2010 | Consultant | Norfolk Southern |
| 2005- | Chair, Scientific Advisory Board | Vanda Pharmaceuticals, Inc., Washington DC |
| 2007 | Consultant | Fedex Kinko's/Ketchum Inc. |
| 2007-2009 | Consultant | Sepracor, Inc., Marlborough, MA |
| 2007-2010 | Consultant | Somnus Therapeutics, Inc., Bedminster, NJ |
| 2007-2010 | Consultant | Eli Lilly and Co., Indianapolis, IN |
| 2008-2009 | Consultant | Garda Síochána Inspectorate (Dublin, Ireland) |
| 2008-2009 | Consultant | Sanofi-Aventis, Inc. |
| 2008-2010 | Consultant | Johnson & Johnson |
| 2008-2011 | Consultant | Portland Trailblazers |
| 2008-2011 | Consultant | Koninklijke Philips Electronics, N.V. |
| 2008-2013 | Consultant and Member, Scientific Advisory Board | Zeo, Inc. (formerly Axon Labs, Inc.) Newton, MA |
| 2009 | Consultant/Expert Witness | Delta Airlines/Comair |
| 2009-2010 | Consultant/Expert Witness | Global Ground Support |
| 2009- | Consultant | Boston Celtics |
| 2010-2011 | Consultant | Minnesota Timberwolves |
| 2010- | Consultant/Expert Witness | Bombardier Inc. |
| 2011 | Consultant/Expert Witness | Celadon Trucking Services, Inc. |
| 2011-2012 | Consultant | Novartis/Gerson Lehman Group |
| 2012 | Consultant | Boston Bruins |
| 2013 | Consultant | Synchrony Healthcare Communications/Teva Pharmaceutical Industries Ltd. |
| 2013 | Consultant | Citgo and Valero |
| 2013-2014 | Consultant/Expert Witness | Michael Jackson's mother and children |
| 2013- | Consultant | Boston Red Sox |
| 2013- | Consultant | United Parcel Service |
| 2013- | Consultant/Expert Witness | Purdue Pharma L.P. |

## Major Administrative Leadership Positions

### Local

| 1976-1981 | Project Director, Laboratory of Human Chronophysiology, | Department of Neurology, Montefiore Hospital |
|---|---|---|
| 1983-1989 | Director, Neuroendocrinology Laboratory | Brigham and Women's Hospital |
| 1990-2001 | Director, Laboratory for Circadian and Sleep Disorders Medicine | Endocrine Division, Department of Medicine, Brigham and Women's Hospital |
| 1994-2001 | Chief, Circadian, Neuroendocrine and Sleep Disorders Section | Endocrine Division, Department of Medicine, Brigham and Women's Hospital |
| 1999-2004 | Co-Director, Division of Sleep Medicine | Harvard Medical School |
| 2001-2014 | Chief, Division of Sleep Medicine | Department of Medicine, Brigham and Women's Hospital |

| 2004-<br>2014- | Director, Division of Sleep Medicine<br>Chief, Division of Sleep and Circadian<br>Disorders | Harvard Medical School<br>Departments of Medicine and Neurology,<br>Brigham and Women's Hospital |
|---|---|---|

**National and International**

| 1997-2008 | Team Leader, Human Performance Factors,<br>Sleep and Chronobiology Team | National Space Biomedical Research<br>Institute (NSBRI), Houston, Texas |
|---|---|---|

**Committee Service**

**Local**

| 1981-1988 | Working Group on Health Promotion &<br>Disease Prevention | Division of Health Policy, Harvard<br>University<br>Role: Executive Officer |
|---|---|---|
| 1983- | Adams House Senior Common Room | Harvard College<br>Role: Associate |
| 1986-1989 | Study Group on AIDS and Public Policy<br><br>1986-1989 | Division of Health Policy Research and<br>Education, Harvard University<br>Role: Chairman |
| 1989-1996 | Graduate Medical Education Committee | Brigham and Women's Hospital<br>Member |
| 1993-1996 | Long-range Planning Committee<br><br>1993-1994<br>1995-1996 | Endocrine Division, Brigham and Women's<br>Hospital<br>Role: Member<br>Role: Chairman |
| 1994 | Computer Committee | Endocrine Division, Brigham and Women's<br>Hospital<br>Role: Member |
| 1994-1996 | Ad-hoc Faculty Search Committee | Endocrine Division, Department of<br>Medicine, Harvard Medical School<br>Role: Chairman |
| 1996- | Sleep Grand Rounds Organizing Committee | Division of Sleep Medicine, Brigham and<br>Women's Hospital<br>Role: Member |
| 1997- | Clinical Investigation Committee | Research Council, Brigham and Women''<br>Hospital<br>Role: Member |
| 1998- | Faculty Executive Committee | Division of Sleep Medicine, Harvard<br>Medical School<br>Role: Co-Chair |
| 1998- | Education and Training Committee, Sleep,<br>Circadian and Respiratory Neurobiology<br>Training Program | Brigham and Women's Hospital<br>Role: Chairman |
| 1999-2000,<br>2002 | Ad Hoc Committee of Evaluators for<br>Professorial Appointment | Harvard Medical School<br>Role: Member |
| 2000- | Advisory Committee | John A. Hartford Foundation Center for<br>Excellence in Geriatric Medicine, Division |

| | | on Aging, Harvard Medical School<br>Role: Member |
|---|---|---|
| 2001- | Harvard Work Hours, Sleep and Safety Study Group | Division of Sleep Medicine, Harvard Medical School<br>Role: Organizer |
| 2001- | Executive Committee | Department of Medicine, Brigham and Women's Hospital<br>Role: Member |
| 2001- | Center for Clinical Investigation | Brigham and Women's Hospital<br>Role: Member |
| 2002- | Clinical Research Liaison Committee | Brigham and Women's Hospital<br>Role: Member |
| 2002- | General Clinical Research Center Steering Committee | Brigham and Women's Hospital<br>Role: Member |
| 2002-2003 | Task Force on Graduate Medical Education | Partners HealthCare System<br>Role: Member |
| 2004 | Dry Space Subcommittee, Executive Committee on Space (ECOS) | Brigham and Women's Hospital<br>Role: Member |
| 2006- | Ad Hoc Search Committee for the Peter C. Farrell Professor of Sleep Medicine | Harvard Medical School<br>Role: Chair |
| 2007- | Ad Hoc Search Committee for the Gerald E. McGinnis Professor of Sleep Medicine | Harvard Medical School<br>Role: Chair |
| 2007- | Ad Hoc Search Committee for a Professor of Medicine to serve as Director of the Sleep and Health Education Programs | Harvard Medical School<br>Role: Chair |
| 2007- | Division of Sleep Medicine Fellows Selection Committee | Brigham and Women's Hospital<br>Role: Co-Chair |

**Regional**

| | | |
|---|---|---|
| 1985-1986 | Symposium on Health Promotion in the Workplace | Kellogg Foundation, Boston, MA<br>Role: Co-chairman |
| 2008 | Discovery Panel | NASA Future Forums, Museum of Science, Boston, MA<br>Role: Panelist |
| 2008 | Fatigue Management II: Technological and Pharmacological Approaches, Future Directions in Fatigue and Safety Research | Liberty Mutual, Hopkinton, MA<br>Role: Working Group Member |
| 2008 | Massachusetts Special Commission on Drowsy Driving | Boston, MA<br>Role: Special Consultant |
| 2008-2009 | Expert Panel on Obstetrics, Staffing and Communication Task Group | Betsy Lehman Center for Patient Safety, Boston, MA<br>Role: Consultant |

**National and International**

| | | |
|---|---|---|
| 1981-1982 | Research Agenda for Health and Behavior | National Academy of Sciences (NAS) Institute of Medicine (IOM), Washington, DC<br>Role: Task Force Member |
| 1982-1983 | Clinical Psychobiology Branch | National Institute of Mental Health (NIMH), Bethesda, MD |

| 1983 | Ad Hoc Advisory Group | Role: Consultant<br>Institute of Chronobiology, New York Hospital, Cornell Medical School, White Plains, NY<br>Role: Member |
|------|------------------------|--------------------------------------------------------------------------|
| 1982-1984 | The United States Olympic Committee | Sports Medicine Division, Colorado Springs, CO<br>Role: Consultant |
| 1984 | Ad Hoc Subcommittee on Evaluation of Endocrine Studies in Space, Committee on Space Biology and Medicine | National Research Council, National Academy of Sciences, Washington, DC<br>Role: Member |
| 1989-1990 | Research Briefing Panel on Basic Sleep Research 1989-1990 | Division of Health Science Policy, Institute of Medicine, NAS, Washington, DC<br>Role: Member |
| 1989 | Scientific Review Branch | National Institute of Neurological and Communicative Disorders and Stroke, NIH, Bethesda, MD<br>Role: Advisory Consultant |
| 1989 | Board of Scientific Counselors | ADAMHA, National Institute of Mental Health (NIMH), Bethesda, MD<br>Role: Ad hoc consultant |
| 1989 | General Clinical Research Center Site Visit Advisory Review Panel | Division of Research Resources, National Institutes of Health, Bethesda, MD<br>Role: Member |
| 1989-1990 | Planning Committee, Consensus Development Conference on Sleep Disorders in Older People | National Institute on Aging and the Office of Medical Applications of Research, NIH, Bethesda, MD<br>Role: Member |
| 1989-1991 | Panel on Workload Transition, Committee on Behavioral and Social Sciences and Education | National Research Council, National Academy of Sciences, Washington DC<br>Role: Member |
| 1989-1991 | Advisory Panel, New Developments in Neuroscience, "Biological Rhythms: Implications for the Worker" | Office of Technology Assessment, United States Congress, Washington DC<br>Role: Member |
| 1990-1991 | Advisory Panel, Preflight Circadian Shifting of Shuttle Flight Crews, Space and Life Sciences Directorate | National Aeronautics and Space Administration (NASA), Johnson Space Center (JSC), Houston, TX<br>Role: Member |
| 1990 | Biological Rhythms Task Force | Mental Health Research Network, John D. and Catherine T. MacArthur Foundation, Chicago, IL<br>Role: Member |
| 1990 | Merit Award Advisory Review Panel | National Institute on Aging (NIA), National Institutes of Health (NIH), Bethesda MD<br>Role: Member |
| 1991 | Future Approaches to the Basic Neurobiology of Sleep | National Commission on Sleep Disorders Research, Bethesda MD<br>Role: Workshop Panelist |
| 1991- | External Advisory Committee | University of Virginia National Science and Technology Center, National Science |

| | | |
|---|---|---|
| | | Foundation<br>Role: Member |
| 1991 | Committee for External Review of Sleep Research Center and Clinic | Department of Psychiatry, Stanford University, Stanford, CA<br>Role: Chairman |
| 1992 | Neurolab Space Shuttle Research Planning Conference | Division of Basic Brain and Behavioral Sciences, National Institute of Mental Health/Life Sciences Division, NASA, Houston TX<br>Role: Consultant |
| 1992 | Program Project Site Visit Review Panel | Scientific Review Office, National Institute on Aging, NIH, Bethesda MD<br>Role: Chairman |
| 1994 | Operations Center | Nuclear Regulatory Commission (NRC), Washington, DC<br>Role: Consultant |
| 1994- | Advisory Committee | Night Operations and Human Chronobiology, Life and Environmental Sciences Division, Air Force Office of Scientific Research (AFOSR)<br>Role:Member |
| 1994 | Focus Group | Neural Basis of Psychopathology, Neuroscience and Behavioral Science Division, NIMH<br>Role: Member |
| 1994 | Work Hours, Sleepiness and Accidents Consensus Conference | National Institute for Psychosocial Factors and Health, Department of Clinical Neuroscience, Karolinska Institute, Stockholm<br>Role: Panel Member |
| 1994- | External Advisory Committee | General Clinical Research Center, University of Virginia, Charlottesville, VA<br>Role: Member |
| 1995 | External Advisory Panel on "The Future of Sleep Research at NIMH" | NIMH<br>Role: Member |
| 1996 | Workshop on Melatonin and Sleep | Neurobiology of Aging Branch, NIA<br>Role: Panel Member |
| 1996-1997 | Advisory Group Spaceflight and Aging | Biology of Aging Program, NIA<br>Role: Member |
| 1996 | Integrative, Regulatory and Behavioral Neurosciences Working Group | Neuroscience Integration Project, Division of Research Grants, NIH<br>Role: Member |
| 1997 | Systems Physiology Workshop, Committee on Space Biology and Medicine | National Research Council, NAS<br>Role: Panelist |
| 1998- | Human Factors Research Team, Workshop to Develop Critical Path Roadmap | Johnson Space Center Human Space and Life Sciences Program Office and National Space Biomedical Research Institute, Houston, TX<br>Role: Chair |
| 2000- | Scientific Advisory Board | Alertness Management Initiative, Air |

| | | |
|---|---|---|
| | | Transport Association, Washington, DC<br>Role: Member |
| 2001 | Scientific Advisory Panel, Mars Exploration Rover Surface Operations Human Factors Workshop | NASA Jet Propulsion Laboratory<br>Role: Member |
| 2000-2002 | Ad hoc reviewer | Center for Scientific Review and National Center for Research Resources, NIH<br>Role: Ad hoc reviewer |
| 2003 | External Advisory (Red Team II) Panel | International Space Station and Shuttle Utilization Reinvention (SSUR) Team, NASA<br>Role: Member |
| 2003 | Workshop on Effects of Sleep Disorders and Sleep Restriction on Adherence to Prevention and Treatment Regimens | National Center on Sleep Disorders Research, National Heart, Lung and Blood Institute (NHLBI), NIH<br>Role: Participant and Invited Speaker |
| 2004 | Workshop on Shift Work Sleep Disorder | National Sleep Foundation Workshop on Shift Work Sleep Disorder, Washington, DC<br>Role: Invited Speaker and Session Chair |
| 2005 | Human System Integration Workshop | Behavioral Health and Performance Directorate, NASA, Houston, TX<br>Role: Participant |
| 2005 | Committee on Sleep Medicine and Research | Institute of Medicine, National Academy of Sciences<br>Role: Expert Consultant |
| 2007 | Medical Panel on Sleep Apnea and Commercial Truck Driving | Federal Motor Carrier Safety Administration (FMCSA), US Department of Transportation (DOT)<br>Role: Panelist |
| 2007 | Committee on Optimizing Graduate Medical Trainee (Resident) Hours and Work Schedules to Improve Patient Safety | Institute of Medicine, National Academy of Sciences<br>Role: Expert Consultant |
| 2008 | Fatigued Driving Committee | National Highway Traffic Safety Administration's (NHTSA) Office of Behavioral Safety Research, Bethesda, MD<br>Role: Panelist |
| 2008- | Steering Committee | Academic Alliance for Sleep Research<br>Role: Member |
| 2008-2011 | Sleep Disorders Research Advisory Board | NHLBI, NIH<br>Role: Member (2008-2011), Chair (2010-2011) |
| 2008 | Consortium on Sleep Research | National Clinical and Translational Science Awards (NIH-CTSA)<br>Role: HMS Representative |
| 2008- | External Advisory Committee | Wisconsin Sleep Center, University of Wisconsin, Madison, WI<br>Role: Member |
| 2009 | External Advisory Committee | Case Western Reserve University, Cleveland, OH |

|  |  | Role: Member |
|---|---|---|
| 2009 | Sleep Research Network | Role: Member (2009-), Chair Elect (2013), Chair 2013-2014 |
| 2012- | Medical Advisory Board | Circadian Sleep Disorders Network |
|  |  | Role: Member |
| 2014 | External Review Committee | Stanford Center for Sleep Sciences and Medicine, Stanford CA |
| 2014-2015 | Panel Study on Truck Safety, Hours of Service, and Fatigue | National Academy of Sciences (NAS), Washington, DC |
|  |  | Role: Task Force Member |
| 2014 | Selection Committee for Editor-in-Chief | Sleep Health journal, National Sleep Foundation |
|  |  | Role: Member |
| 2014 | Drowsy Driving Forum | National Transportation Safety Board, Washington DC |
|  |  | Role: Panelist |
| 2015- | Scientific Advisory Board | Institute of Digital Media and Child Development, Stony Brook NY |
|  |  | Role: Member |
| 2015- | Sleep Disorders Council | National Sleep Foundation, Arlington VA |
|  |  | Role: Lead, Circadian Rhythm Disorders |
| 2016- | Global Council on Brain Health | AARP in Collaboration with Age UK |
|  |  | Role: Issue Matter Expert on Sleep |
| 2016- | Scientific Advisory Committee for the Stanford Sleep Study | Klarman Family Foundation, Boston MA |
|  |  | Role: Member |
| 2017- | Panel on Human Factors Science | National Academies of Sciences, Engineering, and Medicine, Washington DC |
|  |  | Role: Panel Member |

**Professional Societies**

| 1975- | American Association for the Advancement of Science | |
|---|---|---|
|  | 1981 | Symposium Co-Chairman |
|  | 1986,1989 | Symposium Speaker |
| 1975- | International Society for Chronobiology | |
| 1976- | Sleep Research Society | |
|  | 1980, 1981, 1985 | Satellite Symposium Chairman and Co-Chairman |
|  | 1980 | Chairman, Biological Rhythm Nomenclature Committee |
|  | 1982-5, 1988, 1990-5, 1997-8 | Session Chairman |
|  | 1995-1999 | Section Head, Circadian Rhythms Section |
|  | 1996-1999 | Member, Board of Directors |
|  | 1996-1999 | Member, Nominating Committee |
|  | 2003-2004 | Chair, Research Committee |
|  | 2004-2005 | President-Elect |
|  | 2004-2007 | Chair, Presidential Task Force on Sleep and Public Policy |
|  | 2004-2007 | Member, Executive Committee and Board |

|           |                                                    | of Directors |
|-----------|----------------------------------------------------|--------------|
|           | 2004-2007                                          | Member, Board of Directors |
|           | 2005-2006                                          | President |
|           | 2006-2007                                          | President, Sleep Research Society Foundation |
| 1979-     | Society for Neuroscience                           |              |
|           | 1986, 1999, 2007                                   | Symposium speaker |
| 1979-     | American Physiological Society                     |              |
|           | 1995                                               | Workshop participant |
| 1982-1988 | Clinical Sleep Society                             |              |
|           | 1987-1988                                          | Fellow |
| 1985-     | American Sleep Disorders Association               |              |
|           | 1985-1989                                          | Member, Nosology Committee |
|           | 1986-1990                                          | Chairman, Subcommittee on Classification of Sleep Scheduling Disorders |
|           | 1988-                                              | Fellow |
|           | 1989-1993                                          | Member, Committee for Government Affairs and Public Policy |
| 1985-     | Association of Professional Sleep Societies        |              |
|           | 1986                                               | Course Developer |
|           | 1986-1987                                          | Member, Committee on Catastrophes, Sleep and Public Policy |
|           | 1987-8, 1993, 1995, 2000                           | Invited Symposium Speaker |
|           | 1988-1990                                          | Chairman, Ad Hoc Government Advisory Steering Committee on Safety, Performance and Sleep |
|           | 1990, 1996                                         | Symposium Chairman |
|           | 1992-3, 1998, 2002-3                               | Course Speaker |
|           | 1994                                               | Workshop Organizer |
|           | 1997                                               | Annual Meeting Keynote Speaker |
|           | 1997-1999                                          | Member, Annual Meeting Program Committee |
|           | 2004-2007                                          | Member, Board of Directors |
| 1986-     | Academy of Behavioral Medicine Research            | Fellow |
| 1988-1990 | American Federation for Clinical Research          |              |
| 1988-     | Society for Research on Biological Rhythms         |              |
|           | 1988, 1992, 1994, 1998                             | Invited Symposium Speaker |
|           | 1993-1994                                          | Member, Nominating Committee |
|           | 1996                                               | Session Chairman |
|           | 2002                                               | Keynote Speaker Annual Meeting |
| 1989-1990 | Northeastern Sleep Society                         | Chairman and Host Annual Meeting |
| 1990-1995 | National Sleep Foundation                          | Member, Board of Trustees |
| 1990-     | American Society for Clinical Investigation        | Fellow |
| 1995      | American Physiological Society                     | Rapporteur, Study Group on Clocks and Human Biology |
| 1997-     | Association of American Physicians                 |              |
| 1998-1999, 2004-2007 | World Federation of Sleep Research Societies |        |
|           | 1998-1999                                          | Member, Scientific Congress Committee, |

| | | Third International Congress |
| | 2004-2007 | Member, Board of Directors |
| 1998-1999 | Association for Patient-Oriented Research | Member, Board of Trustees |
| 2002 | American Society for Photobiology | Symposium Co-Chair |
| 2007- | Royal College of Physicians, London, U.K. | Honorary Fellow (F.R.C.P.) |
| 2008- | American Clinical and Climatological Association | Elected as member |
| 2014-2015 | National Sleep Foundation | Chair, Board of Directors |
| | | Chair, SAC Subcommittee: Circadian Rhythm Disorders |
| | | Member, Education Committee |
| 2018- | National Sleep Foundation | Chair, Sleep Timing and Variability Consensus Panel (STVCP) |

## Editorial Activities

### Ad hoc Reviewer

*Sleep*
*Proceedings of the National Academy of Sciences*
*Nature and Science of Sleep*
*Nature*

### Other Editorial Roles

| 1979-1980 | Guest Editor | Sleep |
| 1991-1997 | Member, Editorial Board | Sleep |
| 1995-1999 | Member, Editorial Advisory Board | Journal of Biological Rhythms |
| 1997 | Guest Editor | Journal of Biological Rhythms |
| 1997-2000 | Member, Editorial Board | Sleep Research Online |
| 1997-2000 | Member, Editorial Board | American Journal of Medicine |
| 2002- | Member, Editorial Board | Sleep |
| 2009 | Member, Editorial Board | Nature and Science of Sleep |
| 2011 | Member, Editorial Board | Sleep and Biological Rhythms |
| 2012 | Member, Advisory Board | Sleep and Biological Rhythms |
| 2013- | Member, Editorial Advisory Board | Journal of Biological Rhythms |
| 2014- | Member, Editorial Board | Sleep Health |

## Honors and Prizes

| 1970 | Winner (National Top 40) | Westinghouse Science Talent Search |
| 1970-1971 | Honorary Freshman Scholarship | Harvard College |
| 1972-1974 | Harvard College Scholarship | Harvard College |
| 1974-1975 | Research Fellowship | Stanford Medical Scientist Training Program |
| 1975-1981 | Pre-doctoral Fellowship | NIH Medical Scientist Training Program (USPHS) |
| 1981-1983 | Josiah Macy Fellowship | |
| 1982 | Harvard Medical Society Lecture | |

| | | |
|---|---|---|
| 1983-1984 | Christopher Walker Fellowship | |
| 1987-1989 | Sandoz Scholar in Medicine | |
| 1988 | Elliot David Weitzman Lecture | Cornell Medical College, Westchester, NY |
| 1989 | Distinguished Lecture | Massachusetts Institute of Technology Lincoln Lab |
| 1990 | Election as Fellow | American Society for Clinical Investigation |
| 1991 | Robert R.J. Hilker, M.D. Lectureship Award in Occupational Medicine | |
| 1992 | Keynote Lecture | International Brain Research Organization/Swiss chapter, Zurich |
| 1992 | Visiting Professor | Sinai Hospital of Baltimore/Johns Hopkins University School of Medicine, Baltimore, Maryland |
| 1996 | Plenary Lecture | Japanese Society for Sleep Research, Sapporo, Japan |
| 1997 | Keynote Speaker | Association of Professional Sleep Societies Annual Meeting, San Francisco, CA |
| 1997 | Election as Member | Association of American Physicians |
| 1999 | Phi Beta Kappa | Harvard College |
| 2000 | Keynote Speaker | Northeast Sleep Society |
| 2001 | "Aschoff's Rule" International Award in Circadian Biology | |
| 2002 | E.H. Ahrens, Jr., Lecture Award | Association for Patient Oriented Research, Baltimore |
| 2002 | Keynote Speaker | Society for Research on Biological Rhythms, Amelia Island, FL |
| 2002 | William C. Dement Academic Achievement Award | American Academy of Sleep Medicine |
| 2003 | Keynote Speaker | Annual Patient Safety Research Conference, Agency for Healthcare Research and Quality, Washington, DC |
| 2003 | Plenary Speaker | World Congress of Chronobiology, Sapporo, Japan |
| 2003 | Distinguished Lecturer | Spaulding Rehabilitation Hospital, Boston, MA |
| 2004 | Plenary Speaker | Second International Forum on Sleep Disorders, Sanofi Aventis, Paris |

| 2005 | Keynote Speaker | Annual Meeting, Committee of Interns & Residents, Washington, DC | |
| 2005 | Gordon Wilson Lecturer | American Clinical and Climatological Association, Santa Barbara, CA | |
| 2005 | Plenary Address | X International Congress, Brazilian Sleep Research Society, Curitiba | |
| 2005 | Keynote Speaker | New Zealand Resident Doctors Association Professional Conference on Safer Working Hours in Medicine, Auckland, New Zealand | |
| 2005 | Visiting Professor of Anesthesia and Pfizer Lecturer in Sleep | University of Michigan Health Systems, Ann Arbor, MI | |
| 2006 | Distinguished Leaders in Medicine Lecturer | Faculty of Medicine, Dalhousie University, Halifax, Nova Scotia | |
| 2006 | Beckwith Family Lecturer and Beckwith Family Visiting Professor of Medicine | Brown University, Providence, Rhode Island | |
| 2006 | Healthy Sleep Community Award | National Sleep Foundation, Washington, DC | Harvard Work Hours, Health and Safety Group |
| 2006 | Director's Award for Scientific Leadership in Occupational Safety and Health (1 in nation) | National Institute for Occupational Safety and Health, Washington, DC | |
| 2007 | 10th Annual J.Gerald Reves Duke Heart Center Lecture | Duke Medical Center, NC | |
| 2007 | Dorcas Cummings Memorial Lecture | 72nd Symposium: Clocks and Rhythms, Cold Spring Harbor Laboratory, NY | |
| 2007 | Lecturer | NIH Director's Wednesday Afternoon Lecture Series, Bethesda MD | |
| 2007 | Inducted to Honorary Fellowship (F.R.C.P.) | Royal College of Physicians, London, U.K. | |
| 2007 | Plenary Address | 5th Congress of the World Federation of Sleep Research and Sleep Medicine Societies, Worldsleep07, Cairns, Australia | |
| 2007 | Election as Corresponding Member | International Academy of Astronautics | |
| 2008 | Elected as Member | American Clinical and Climatological Association | |
| 2008 | Lifetime Achievement | National Sleep Foundation | |

13

| | | |
|---|---|---|
| | Award | |
| 2008 | Lord Adrian Gold Medal | Royal Society of Medicine, London, U.K. |
| 2008 | Distinguished Scientist Award | Sleep Research Society |
| 2010 | Keynote Speaker | Medical Scientist Training Program, Duke University Medical School |
| 2010 | Mark O. Hatfield Public Policy Award | American Academy of Sleep Medicine |
| 2010 | Harriet Hardy Award | New England College of Occupational and Environmental Medicine (NECOEM) |
| 2010 | 23rd Annual Catherine N. Stratton Aging Successfully Lecture | Massachusetts Institute of Technology |
| 2010 | Election as Member | Institute of Medicine of the National Academies |
| 2010 | Election as Full Member | International Academy of Astronautics |
| 2011 | Keynote Speaker | North East Sleep Society Annual Meeting |
| 2011 | Mary A. Carskadon Outstanding Educator Award | Sleep Research Society |
| 2011 | Keynote Speaker | World Association of Sleep Medicine |
| 2012 | Keynote Speaker | Harvard School of Public Health Symposium "Sleep and Shift Work: Optimizing Productivity and Health Management in the 24/7 Global Economy" |
| 2014 | Honorary Member Keynote Lecture | American Academy of Dental Sleep Medicine |
| 2014 | Golden Mind-Body Medicine Lecture | University of Buffalo |
| 2014 | JSC Director's Innovation Award | NASA, Johnson Space Center |
| 2015 | Elected Inaugural Fellow | American Physiological Society |
| 2016 | Keynote Speaker | Maryland Sleep Society Seventh Annual Scientific Meeting |
| 2017 | Michael S. Aldrich Commemorative Lectureship | University of Michigan |
| 2018 | Leonore Annenberg Lecturer | Annenberg Center for Health Sciences at Eisenhower Medical Center |
| 2018 | Keynote Lecture | Zurich Sleep Medicine Symposium 2018 / International |

| 2018 | | Symposium of the CRPP Sleep & Health |
|---|---|---|
| 2018 | Pittendrigh-Aschoff Keynote Lecture | Society for Research on Biological Rhythms (SRBR) |
| 2018 | Green Cross for Safety Innovation Award for Brigham Health Sleep Matters Initiative | National Safety Council |
| 2019 | Peter C. Farrell Prize in Sleep Medicine | Harvard Medical School Division of Sleep Medicine |
| 2019 | J.E. Wallace Sterling Lifetime Achievement Award in Medicine | Stanford University School of Medicine Alumni Association |
| 2019 | Bernese Sleep Award | University of Bern, Bern, Switzerland |
| 2022 | Tom Roth Lecture of Excellence | SLEEP 2022, Charlotte, North Carolina |

## Report of Funded and Unfunded Projects

## Funding Information

## Past

| 1977-1979 | Psychoneuroendocrine rhythms, aging and sleep disorders<br>NIH R01 (National Institute on Aging)<br>Project Director |
|---|---|
| 1977-1979 | Psychoneuroendocrine rhythms and sleep disorders<br>NIH P01 (National Institute of Mental Health)<br>Project Director |
| 1979-1981 | Psychoneuroendocrine rhythms, aging and sleep disorders<br>NIH R01 (National Institute on Aging)<br>Co-I: Project Director |
| 1979-1981 | Psychoneuroendocrine rhythms and sleep disorders<br>NIH P01 (National Institute of Mental Health)<br>Co-I: Project Director |
| 1981-1983 | Development of method to assess endogenous circadian phase/amplitude<br>Peter Bent Brigham Hospital BRSG Grant<br>PI |
| 1983-1985 | Disrupted sleep in the elderly: circadian etiology<br>NIH R01 (National Institute on Aging)<br>PI |
| 1983-1984 | Continuous vigilance simulator with real-time neuroendocrine correlation<br>Air Force Office of Scientific Research; Department of Defense University Research Instrumentation Award<br>PI |
| 1983-1984 | A chronobiotic study of quazepam<br>Schering Plough Pharmaceutical Corporation<br>PI |
| 1983-1984 | Circadian rhythms and athletic performance<br>United States Olympic Committee |

|  | Subcontract PI |
|---|---|
| 1984-1986 | The workplace: an opportunity for health promotion |
|  | W.K. Kellogg Foundation |
|  | Executive Officer |
| 1985-1990 | Disrupted sleep in the elderly: circadian etiology |
|  | NIH R01 (National Institute on Aging) competitive renewal for grant years 3-7 |
|  | PI |
| 1985-1986 | Development of a method to assess the period and amplitude of the endogenous circadian oscillator |
|  | Brigham and Women's Hospital BRSG Grant |
|  | PI |
| 1985-1988 | Reproductive function in women: circadian interaction |
|  | NIH R01 (NICHHD) |
|  | PI |
| 1986-1987 | Brigham and Women's Hospital BRSG Grant |
|  | PI |
| 1987-1988 | Occupational reproductive hazards - rotating shiftwork |
|  | March of Dimes Birth Defect Foundation |
|  | Co-I |
| 1988-1989 | Phase response curve to light in human subjects |
|  | Brigham and Women's Hospital BRSG Grant |
|  | PI |
| 1989-1990 | Development program for resetting the human circadian pacemaker |
|  | National Aeronautics & Space Administration |
|  | PI |
| 1989-1994 | Treatment of circadian sleep disorders with bright light |
|  | NIH R01 (National Institute of Mental Health) |
|  | PI |
| 1990-1991 | Comparative effects of pravastatin and lovastatin on nighttime sleep and daytime performance |
|  | Bristol Myers-Squibb Company |
|  | Investigator |
| 1990-1997 | Disrupted sleep in the elderly: Response to phototherapy |
|  | NIH R01 (National Institute on Aging) competitive renewal for grant years 8-12 |
|  | PI |
| 1991-1993 | Pre-launch adaptation of extended duration orbiter crew members to 12-hr shift operations: Clinical trial with and without bright light exposure |
|  | National Aeronautics & Space Administration |
|  | PI |
| 1991-1998 | Sleep, aging and circadian rhythm disorders |
|  | NIH P01 (National Institute on Aging) |
|  | PI |
| 1994-1995 | Feasibility of evaluating effects of exogenous melatonin, delivered by transdermal therapeutic systems in chronic insomnia in the elderly |
|  | Alza Corporation |
|  | PI |
| 1994 | Pre-Definition: Clinical trial of melatonin as hypnotic for Neurolab crew |
|  | National Aeronautics & Space Administration |
|  | PI |
| 1994 | Antarctic research collaborative on sleep, concentration and fatigue |

|  | National Aeronautics & Space Administration<br>PI |
|---|---|
| 1994-1995 | Definition Phase: "Clinical trial of melatonin as hypnotic for Neurolab crew"<br>National Aeronautics & Space Administration<br>PI |
| 1994-1997 | Pre-launch adaptation of orbiter crew members to earlier shifts following exposure to a single bright light episode<br>National Aeronautics & Space Administration<br>PI |
| 1994-1997 | Effect of exercise on endogenous circadian period, sleep and performance<br>Air Force Office of Scientific Research<br>PI |
| 1994-2001 | Bright light treatment of shift rotation insomnia<br>NIH R01 (National Heart, Lung & Blood Institute)<br>PI |
| 1995-1999 | Clinical trial of melatonin as hypnotic for Neurolab crew (ground-based study program in support of Neurolab mission)<br>NIH U01 (National Institute on Aging)<br>PI |
| 1995-2000 | Clinical trial of the effect of caffeine on the circadian and homeostatic interaction underlying deterioration of neurobehavioral functioning with sleep deprivation<br>Air Force Office of Scientific Research; Partnership in Research Excellence & Transition<br>Subcontract PI |
| 1995-2000 | Flight-Based Protocol Aboard Neurolab Space Shuttle: Clinical trial of melatonin as hypnotic for Neurolab crew<br>National Aeronautics & Space Administration<br>PI |
| 1995-2001 | Treatment of circadian sleep disorders with bright light<br>NIH R01 (National Institute of Mental Health) competitive renewal for grant years 6-10<br>PI |
| 1996 | Double-blind, placebo-controlled study to determine the effect of MK-0677 on sleep in elderly patients with sleep disturbances<br>Merck Research Laboratories<br>PI |
| 1996-1997 | A double-blind, placebo-controlled study to determine the effect of L-754,030 on light-induced melatonin suppression in healthy young men<br>Merck Research Laboratories<br>PI |
| 1997-1999 | Clinical trial of the effect of exercise on resetting of the endogenous circadian pacemaker<br>Air Force Office of Scientific Research<br>PI |
| 1997-2000 | Human Performance Factors, Sleep and Chronobiology Team<br>National Space Biomedical Research Institute<br>Team Leader |
| 1997-2000 | Circadian entrainment, sleep-wake regulation and neurobehavioral performance during extended duration space flight<br>National Space Biomedical Research Institute<br>PI |
| 1997-2001 | Evaluation of intermittent bright light exposure as a spaceflight countermeasure<br>National Aeronautics & Space Administration |

|         | PI |
|---------|----|
| 1998-2003 | Training in sleep, circadian and respiratory neurobiology<br>NIH T32 (National Heart, Lung & Blood Institute)<br>PI |
| 1998-2005 | Disrupted sleep in the elderly: Response to phototherapy<br>NIH R01 (National Institute on Aging) competitive renewal for grant years 13-17<br>PI until 2001; Investigator thereafter |
| 1999-2000 | Polysomnographic Study<br>Merck Research Laboratories<br>PI |
| 1999-2000 | Multi-site investigation of provigil (modafinil) treatment for performance impairing sleepiness associated with night shift work<br>Cephalon Laboratories<br>PI |
| 1999-2000 | Astronaut activity in space flight<br>National Aeronautics & Space Administration<br>PI |
| 1999-2002 | Circadian adaptation to night work in older people<br>NIH R01 (National Heart, Lung & Blood Institute - National Occupational Research Initiative)<br>PI |
| 1999-2006 | Sleep, aging and circadian rhythm disorders<br>NIH P01 (National Institute on Aging) competitive renewal for grant years 6-10<br>PI |
| 2000 | Clinical trial of the effect of exercise on resetting of the endogenous circadian pacemaker<br>Air Force Office of Scientific Research<br>PI |
| 2000-2004 | Circadian entrainment, sleep-wake regulation and performance during space flight<br>National Space Biomedical Research Institute competitive renewal for grant years 4-6<br>PI |
| 2000-2004 | Human Performance Factors, Sleep and Chronobiology Team<br>National Space Biomedical Research Institute competitive renewal for grant years 4-6<br>Team Leader |
| 2000-2005 | Clinical trial of the effect of modafinil on the circadian and homeostatic interaction underlying the deterioration of neurobehavioral functioning during jet lag and sleep deprivation<br>Air Force Office of Scientific Research Partnership in Research Excellence & Transition competitive renewal for grant years 6-10<br>Subcontract PI |
| 2001-2002 | A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Safety and Impact on Quality of Life of 12 Weeks of PROVIGIL® (Modafinil) Therapy at Dosages of 200 and 300 mg Once Daily as Treatment for Adults With Excessive Sleepiness Associated With Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period<br>Cephalon, Inc.<br>PI |
| 2001-2003 | A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 12 Weeks of PROVIGIL® (Modafinil) Therapy at a Dose of 200 mg as Treatment for Adults With Excessive Sleepiness Associated With Chronic Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period |

Cephalon, Inc.
PI

2001-2004    Effects of extended work hours on ICU patient safety
DHHS R01 (Agency for Healthcare Research and Quality)
PI

2001-2005    After-effects of entrainment on human circadian period
NIH R01 (National Institute of Neurological Disorders and Stroke)
PI

2001-2006    Treatment of circadian sleep disorders with bright light
NIH R01 (National Institute of Mental Health) competitive renewal for grant years 11-15
PI

2001-2006    Effects of Extended Work Hours on Intern Health & Safety
CDC R01 (National Institute of Occupational Safety and Health)
PI

2001-2007    Circadian adaptation to non-24-hour sleep-wake schedules
NIH R01 (National Institute of Neurological Disorders and Stroke)
PI

2001-2008    Bright light treatment of shift rotation insomnia
NIH R01 (National Heart, Lung & Blood Institute) competitive renewal for grant years 6-9
PI

2002-2003    Pfizer, Inc.
PI

2004-2005    A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the
Efficacy and Safety of 12 Weeks of R-Modafinil Therapy at a Dose of 200 mg as
Treatment for Adults With Excessive Sleepiness Associated With Chronic Shift Work
Sleep Disorder, Followed by a 12-Month Open-Label Extension Period
Cephalon, Inc.
PI

2004-2008    Human Performance Factors, Sleep and Chronobiology Team
National Space Biomedical Research Institute competitive renewal for grant years 7-10
Team Leader

2004-2008    Circadian entrainment, sleep-wake regulation and performance during space flight
National Space Biomedical Research Institute competitive renewal for grant years 7-10
PI

2004-2008    Sleep Disorders Management, Health and Safety in Police
CDC R01 (National Institute of Occupational Safety and Health)
PI

2004-2009    Adaptation of Circadian Responses to Light Treatment
NIH R01 (National Heart, Lung & Blood Institute)
PI

2005-2006    Optimizing the assessment of circadian and sleep/wake regulatory determinants of human
performance through state of the art analysis of electroencephalogram, ocular activity and
motor activity
AFOSR (DURIP)
PI

2005-2007    Implementing reduced work hours for all ICU staff to improve patient safety
NIH (Agency for Healthcare Research and Quality)
Investigator

2005-2008    Melatonin supplementation in hypertensive patients with beta blockers
NIH (National Center for Complementary and Alternative Medicine)

|  | Co-I |
|---|---|
| 2005-2009 | Testing the Effectiveness of a Comprehensive Fatigue Management for the Boston Police Department of Justice (National Institute of Justice)<br>PI |
| 2006-2008 | Interaction of chronic sleep restriction and circadian misalignment on sleep and neuron-cognitive performance: developing a new model of sleep homeostasis<br>AFOSR<br>PI |
| 2007-2008 | Translating the science of alertness and performance from laboratory to field: Using state-of-the-art monitoring, imaging, and performance enhancement technologies to improve the alertness and safety of the military and civilian workforce<br>AFOSR (DURIP)<br>PI |
| 2008 | Procedural Complications Associated with Attending Physician Extended-Duration Work Shifts<br>RxFoundation<br>Investigator |
| 2003-2008 | Training in sleep, circadian and respiratory neurobiology<br>NIH T32 (National Heart, Lung & Blood Institute) 1 T32 HL07901<br>Competitive renewal for grant years 6-10<br>PI ($2,536,335)<br>THE NHLBI's National Center for Sleep Disorders Research identified the need to train investigators as its highest priority. The Harvard Medical School Division of Sleep Medicine Program for Training in Sleep, Circadian and Respiratory Neurobiology, based at the Brigham and Women's Hospital, is designed to address this need. This program provides structured, comprehensive research training to prepare outstanding individuals for academic positions in the broad field of sleep science and sleep medicine. |
| 2004-2009 | Mechanism Underlying the Effects of Blue Light in Humans<br>NIH (National Center for Complementary and Alternative Medicine) R01 AT002129 (PI: Lockley)<br>Investigator (PI until 2005)<br>The goal of this proposal is to investigate the effects of different colors of light on human physiology, and in particular, test the claims that specific colors of light preferentially stimulate neurobiological, physiological and endocrinological systems. Using classical photobiological techniques, we will construct action spectra for the effects of different colors of light on a range of non-image forming responses in humans. |
| 2005-2009 | Disrupted sleep in the elderly: Response to phototherapy<br>NIH R01 (National Institute on Aging) R01 AG06072<br>competitive renewal for grant years 18-22<br>Investigator<br>The goals of this grant are to test an evening light treatment regimen designed to achieve an optimum phase relationship between sleep and the output of the circadian timing system in older people in order to improve objective and subjective sleep quality. |
| 2008-2009 | Effects of Acute Sleep Deprivation on Visual attention and Gaze Control<br>National Space Biomedical Research Institute HPF00003<br>PI ($79,233)<br>The fundamental objective of this study is to identify the determinants (behavioral, visuomotor, microsleep-induced) of performance lapses (during the psychomotor vigilance task, PVT) under acute sleep deprivation, and to quantify whether those determinants change with circadian phase and/or homeostatic sleep pressure. |

| | |
|---|---|
| 2005-2010 | Photic and nonphotic input to the human circadian system |
| | NIH (National Institute of Neurological Disorders and Stroke) R01 NS040982 (PI: Lockley) |
| | Competitive renewal for grant years 5-8 |
| | Investigator |
| | We are testing the hypotheses that: Study 1) exposure to monochromatic light of 460 nm for 6.5 h in the early biological night will cause a 3 h delay in circadian phase and a 85% suppression in pineal melatonin production whereas exposure to the same photon density of 555 nm will have no effect on circadian phase or melatonin suppression (compared to 1.7 h delay and 37% suppression in sighted subjects); Study 2) Exposure to a non-photic schedule advanced by 0.4 h relative to baseline intrinsic period will cause a phase advance of period of 0.4 h. |
| 2007-2010 | Evaluation of the potential for translation to practice of a sleep disorders management program for police |
| | CDC (National Institute of Occupational Safety and Health) R01OH009403 |
| | PI ($150,847) |
| | We propose (1) to evaluate the potential for translation of the Operation Healthy Sleep program though the RE-AIM (Reach, Effectiveness, Adoption, Implementation, and Maintenance) framework to health behavior interventions; (2) to evaluate the cost, feasibility and sustainability of the Operation Health Sleep program through cost-benefit analysis; and (3) to evaluate the external validity of the Operation Healthy Sleep program by comparing health, safety and productivity outcomes obtained from the primary police sample (Massachusetts State Police) with those obtained from a parallel program in the Philadelphia Police Department and a nationwide sample of more than 4000 police officers participating in a web-based survey. |
| 2009-2010 | Operational evaluation of a photic countermeasure to improve alertness, performance, and mood during nightshift work on a 105-day simulated human exploration mission |
| | National Space Biomedical Research Institute HFP00002 |
| | PI ($221,235) |
| | The purpose of this study is to validate the efficacy and operational feasibility of a photic countermeasure to facilitate adaptation to the 24.65-h Martian sol, thereby improving sleep and performance. We propose to address the following hypotheses: (1) afternoon and evening exposure to moderately bright light will establish a normal entrained circadian phase in subjects living on a 24.65-hour day; (2) afternoon and evening exposure to moderately bright light will result in improved sleep, enhanced alertness and mood; (3) afternoon and evening exposure to moderately bright light will maintain the neurobehavioral performance of crewmembers living on the Martian sol. |
| 2009-2010 | Operational evaluation of a photic countermeasure to improve alertness, performance, and mood during nightshift work on a 105-day simulated human exploration mission |
| | National Space Biomedical Research Institute HFP00002 |
| | PI ($221,235) |
| | The purpose of this study is to validate the efficacy and operational feasibility of a photic countermeasure to facilitate adaptation to the 24.65-h Martian sol, thereby improving sleep and performance. We propose to address the following hypotheses: (1) afternoon and evening exposure to moderately bright light will establish a normal entrained circadian phase in subjects living on a 24.65-hour day; (2) afternoon and evening exposure to moderately bright light will result in improved sleep, enhanced alertness and mood; (3) afternoon and evening exposure to moderately bright light will maintain the neurobehavioral performance of crewmembers living on the Martian sol. |
| 2006-2011 | Treatment of circadian sleep disorders with bright light |

NIH (National Institute of Mental Health) R01 MH045130
Competitive renewal for grant years 16-20
PI ($1,139,040)
In this study we would systematically assess the circadian phase-shifting, melatonin suppressing, and alertness-enhancing response to a monochromatic light stimulus, using a wavelength (460 nm) that has been shown to maximally stimulate the circadian system.

2008-2011    A Comprehensive Firefighter Fatigue Management Program 'Operation Healthy Sleep'
Department of Homeland Security FEMA EMW-2007-FP-02197
PI ($793,651)
We propose to use a station-level, randomized experimental design to test the hypotheses that implementation of a Comprehensive Firefighter Fatigue Management Program will: (1) improve the mean total sleep, alertness and cognitive performance of firefighters; (2) improve firefighter safety, as determined by decreased rates of motor vehicle crashes and on-the-job injuries; (3) improve firefighters' performance, as determined by decreased response time; (4) improve firefighters' health, as determined by diagnosis and treatment of sleep disorders, improved general health indices and decreased number of 'sick' days; (5) improve firefighters' and families' job satisfaction and ability to cope with extended work hours.

2009-2012    Effects of the circadian clock and light on the production of estrogens
NIH R21ES017112 (PI: Lockley)
Investigator
In the current proposal, we would like to take advantage of remaining urine and plasma samples collected under previous federal funds (NIH/NASA). We have a unique opportunity to study the relationships between light, circadian rhythms, shiftwork and melatonin and estrogen endocrinology from $1M-worth of prior research conducted under strictly controlled laboratory conditions. These data will allow us to test the specific hypotheses that; i) there are significant 24-hour diurnal and circadian rhythms in plasma estradiol and urinary estrone-3-glucuronide production; and ii) that these rhythms are inversely related to plasma melatonin and urinary 6-sulfatoxymelatonin, respectively; iii) plasma estradiol will be acutely elevated following suppression of plasma melatonin; and iv) that the circadian rhythm of estradiol will phase-shift in parallel with the melatonin rhythm during a simulated shift-work protocol.

2004-2011    Adaptation of circadian responses to light treatment (supplement)
NIH R01 HL077453-05
PI ($787,401)
The primary aim is to study a fundamental property of the circadian pacemaker, which is the ability of photic history to change the efficacy of light stimuli in modulating circadian regulation. The study may reveal a new method to potentiate light therapy in the treatment of circadian rhythm disturbances.

2008-2012    Evaluation of Photic Countermeasures for Circadian Entrainment of Neurobehavioral Performance and Sleep-Wake Regulation Before and During Spaceflight
National Space Biomedical Research Institute HFP01601
PI ($1,428,571)
This project will test the efficacy of exposure to blue-enriched light at a standard intensity for pre-launch and in-flight phase shifting.

2009-2012    Interactions of genetics, behavioral sleep loss, circadian rhythms & performance
NIH (National Institute on Aging) SupplementP01 AG09975-S2
PI ($499,804)
We propose to study 6 healthy individuals with the PER34/4 genotype and 6 with the PER35/5 genotype. The protocol will include a 23-day inpatient stay with 2 weeks of

22

chronic sleep restriction in a forced desynchrony procedure, which will enable us to investigate both the circadian and wake-dependent contributions to alertness and performance, followed by one 40-hr sleep deprivation, which will enable us to investigate the response to an episode of acute sleep deprivation following chronic sleep restriction. We will record sleep and waking EEG, and test for multiple aspects of cognitive functioning, alertness and mood.

2009-2012    National firefighter sleep disorders management program: translation to practice
             Department of Homeland Security FEMA TBAEMW-2008-FP-02566
             PI ($787,721)
             Work hours, fatigue, performance, health and safety in firefighters; screening for sleep disorders and referral for treatment.

2010-2012    A comprehensive review of the work hours, health and safety of Federal Air Marshals
             FAMS
             PI ($354,330; NCE)
             The goal of this program is to reduce the adverse consequences of fatigue on the Air Marshals' health, safety and performance. The overall goal will be to develop work-hour policies and guidelines, and education and training program and an efficient sleep disorders screening program that can be implemented to improve the health, safety and performance of Federal Air Marshals and thereby improve public safety nationally.

2006-2013    Sleep, aging and circadian rhythm disorders
             NIH P01 (National Institute on Aging) P01 AG09975
             Competitive renewal for grant years 11-15
             PI ($1,056,303; NCE)
             This proposal seeks to address that gap in our knowledge by using a well-established laboratory model to study what differences may exist between the sleep efficiency of older and younger subjects under conditions of chronic sleep restriction (ratio 19 hours scheduled wake: 5 hours scheduled sleep), carried out on a forced-desynchrony protocol, and by assessing the recuperative capabilities under conditions of sleep extension following this restriction. A 'metabolic aging' experiment has been included with the goal of understanding the endocrine and cardiovascular consequences of sleep restriction in both young and older subjects.

2009-2013    Validation of assessment tests and countermeasures for detecting and mitigating changes in cognitive function during robotics operations
             National Space Biomedical Research Institute NBPF02001 (PI: Lockley)
             Investigator
             We will test the effectiveness of blue-enriched light and/or caffeine as fatigue countermeasures during robotic and cognitive performance. Subjects will be exposed to short-wavelength enriched white light and/or continuous low-dose caffeine administration on the robotics performance days in a randomized, placebo-controlled within-subjects design

2008-2013    Training in sleep, circadian and respiratory neurobiology
             NIH T32 (National Heart, Lung & Blood Institute) 1 T32 HL07901
             Competitive renewal for grant years 11-15
             PI
             The NHLBI's National Center for Sleep Disorders Research identified the need to train investigators as its highest priority. The Harvard Medical School Division of Sleep Medicine Program for Training in Sleep, Circadian and Respiratory Neurobiology, based at the Brigham and Women's Hospital, is designed to address this need. This program provides structured, comprehensive research training to prepare outstanding individuals for academic positions in the broad field of sleep science and sleep medicine.

2007-2014     Desensitization of Circadian Responses to Light
              NIH (National Institute of Neurological Disorders and Stroke) R01 NS054277
              PI ($1,000,000; NCE)
              The proposed experimental and modeling efforts are to quantify the influences of acute
              sleep deprivation (short-term homeostatic), chronic sleep restriction (long-term
              homeostatic), circadian rhythmicity, and their interactions on neurocognitive performance
              and to develop a new model of sleep homeostasis that can predict the effects of chronic
              sleep restriction.

2009-2014     Efficacy of melatonin treatment in a phase advance model of insomnia
              NIH 1R01HL093279
              PI ($1,250,000)
              We propose to test the chronobiotic and sleep promoting effects of melatonin in a phase
              advance model of insomnia: (1.) Test the hypothesis that melatonin administered prior to
              scheduled sleep will advance circadian phase, with the plasma cortisol rhythm used as the
              primary phase marker, in a dose-dependent manner when sleep is scheduled to occur 5
              hours before habitual sleep time; (2.) Test the hypothesis that melatonin administered prior
              to scheduled sleep will increase sleep efficiency when sleep is scheduled to occur 5 hours
              before habitual sleep time.

2013-2014     Development of an Algorithm for Identifying Individuals who are Highly Vulnerable vs
              Highly Resistant to the Effects of Sleep Loss on Performance
              DARPA
              PI
              This project seeks to develop measures to predict individual variability in response to acute
              and chronic sleep loss. We will analyze existing data from baseline rested performance
              tests in an attempt to derive measures that can predict subsequent response to acute sleep
              loss or chronic sleep restriction.

2013-2014     Sleep duration required to restore performance during chronic sleep restriction
              NIH/NHLBI R01 HL114088 (PI: Klerman)
              Investigator
              To quantify to what extent the initial level and time course of dissipation of sleep inertia,
              the level of performance for hours 2-6 after awakening, and the rate of decline in
              performance with increased wake duration after 6 hours awake depend on the length of the
              prior sleep episode in addition to sleep:wake ratio and circadian phase.

2011-2014     Clinical trial of an intervention to reduce fatigue and improve safety and health in
              firefighters
              FEMA EMW-2010-FP-00521
              PI
              We propose to conduct a station-level, randomized clinical trial of policies designed to
              maximize sleep opportunities during current 24-hour shifts to improve alertness,
              performance, health and safety in firefighters.

2010-2014     Evaluation of a photic countermeasure for mission controllers
              NASA NNX10AF47G
              Co-PI ($481,181)
              We propose to implement a Comprehensive Fatigue Management Program for the flight
              mission controllers program. The goals of this program are to reduce the adverse
              consequences of fatigue on the mission controllers' alertness, performance, health, and
              safety. The overall goals of our team include developing an online education training
              program and an efficient sleep disorders screening, evaluating the acceptability, feasibility
              and efficacy of a shorter wavelength photic countermeasure during operational night shifts
              to improve the alertness, performance, health and safety of mission controllers.

2009-2015      Effects of attending surgeon and obstetrician fatigue on operating room safety
               NIH/NHLBI R01 HL095472
               PI ($1,000,000)
               In this proposal we will conduct a prospective observational study in the operating rooms
               of two hospitals – a community hospital without resident-physicians, and an academic
               center where residents work as assistant surgeons – to evaluate the effects of sleep
               deprivation on the performance of attending surgeons and obstetrician / gynecologists.

2009-2015      Mechanisms underlying adverse health consequences of shift work
               NIH R01HL094806 (PI: Scheer)
               Investigator
               We aim to determine the progressive physiological changes across a work week of realistic
               simulated shift work focusing on those metabolic, endocrine, inflammatory, and
               cardiovascular variables that are biomarkers of susceptibility to the development of
               diabetes, obesity, and cardiovascular disease. We will use a 14 day/night laboratory
               protocol involving a within-subject, randomized, cross-over design including a simulated
               night shift and day shift schedule using a formal battery of scheduled behaviors and light
               exposures in healthy day workers and shift workers.

2012-2015      Screening for Obstructive Sleep Apnea in National Football League Players
               NFL Charities G.A.M.S. ID 839
               PI ($100,000)
               This project will establish an NFL-wide system of identifying those at high risk of OSA
               and further evaluating those at high risk. The project will also establish a critical database
               that could guide team physicians on the diagnosis and management of OSA among NFL
               players. This will lead to improved cognitive and psychomotor performance in the short-
               term and reduced cardiometabolic risk in the long-term. The project also has the potential
               to raise awareness of the negative cardiovascular-related risks associated with OSA, a
               disease that is highly prevalent in our society at large. The increased awareness and
               involvement of NFL players in the project may motivate the general public to seek
               screening, evaluation and treatment, if necessary, which has the potential to substantially
               reduce morbidity and mortality due to CVD.

2012-2015      The ISS Dynamic Lighting Schedule: An In-Flight Lighting Countermeasure to Facilitate
               Circadian Adaptation, Improve Sleep and Enhance Alertness and Performance on the
               International Space Station
               NSBRI HFP02801(PI: Lockley)
               To study how new lighting would be used operationally to provide a countermeasure to
               shiftwork in a high-fidelity simulation of the ISS lighting environment and sleep patterns.
               Co-Investigator

2001-2017      Flight-Based Protocol Aboard Space Shuttle: "Sleep-Wake Actigraphy and Light Exposure
               During Spaceflight
               NASA NCC9-119
               PI ($1,340,327)
               This project is designed to investigate sleep and circadian rhythm organization and the
               prevalence of space flight-induced insomnia, during short and long-duration space flight.
               This experiment will use state-of-the-art ambulatory technology to monitor sleep-wake
               activity patterns and light exposure in all crewmembers aboard Space Shuttle and
               International Space Station missions.

2010-2016      Sensitization of human circadian responses to light
               NIH/NHLBI R01 HL94654
               PI
               The studies will examine the effect on the human circadian system of four different

durations of dim-light sensitization prior to a standardized light treatment.

2012-2016    Ultra-short light pulses as efficient countermeasures for circadian misalignment and objective performance and subjective alertness decrements
NSBRI HFP02802 (PI: Klerman)
Investigator
The goal of this project is to explore sex differences in response to circadian and length of time awake factors on sleep and performance.

2012-2016    Sleep Duration Required to Restore Performance During Chronic Sleep Restriction
NIH/NHLBI R01 HL114088 (PI: Klerman)
Investigator
The goal of this project is to explore sex differences in response to circadian and length of time awake factors on sleep and performance.

2016-2017    Ambulance Crashes in the United States: 2000 – 2015.
Falck Foundation (PI: Czeisler)
The goal of this grant is to determine the incidence of ambulance crashes in the Unites States over the past 15 years. Report temporal trends in both fatal and non-fatal crashes and use multiple sources of data to describe characteristics of these crashes. We will also estimate the proportion of crashes where fatigue may have been a contributing factor.

2016-2017    Environmental Factors Associated with Sleep Deficiency during Spaceflight
NSBRI HFP04502 (PI: Barger)
Investigator
The major goals of this project are to test the hypotheses that (1) hypoxia will be associated with sleep deficiency; (2) increased noise will be associated with sleep deficiency; and (3) hypercapnia will be associated with sleep deficiency.

2016-2017    The Impact of Objectively Measured Sleep Deficiency and Circadian Misalignment on Performance during Spaceflight
NSBRI HFP04504 (PI: Barger)
Investigator
The major goal of this project is to test the hypothesis that sleep deficiency and circadian misalignment will be associated with performance decrements during spaceflight.

2013-2018    Impact of Eliminating Extended Duration Work Shifts on Resident Health and Safety
CDC/NIOSH R01 OH0103001 (PI: Barger)
Investigator
We propose to conduct a large-scale nationwide survey of interns, similar to that which we conducted from 2002 – 2007. We will collect work hours and sleep data as well as health and safety outcomes on monthly web-based surveys.

2013-2018    Training in sleep, circadian and respiratory neurobiology
NIH T32 (National Heart, Lung & Blood Institute) 1 T32 HL07901
Competitive renewal for grant years 16-21
PI
The NHLBI's National Center for Sleep Disorders Research identified the need to train investigators as its highest priority. The Harvard Medical School Division of Sleep Medicine Program for Training in Sleep, Circadian and Respiratory Neurobiology, based at the Brigham and Women's Hospital, is designed to address this need. This program provides structured, comprehensive research training to prepare outstanding individuals for academic positions in the broad field of sleep science and sleep medicine.

2013-2019    Treatment of Circadian Disruption from Shiftwork in Older Adults
NIH/NIA R01 AG044416 (PI: Duffy)

Investigator
Our proposed study will test in older workers a sleep timing and enhanced lighting regimen that has been successful in allowing young workers to maintain optimal performance at night. Information from this study will be an important step in developing shift work treatments for the nearly 3 million older Americans who work night or rotating shift schedules.

2013-2018    Multi-Scale Modeling of Sleep Behaviors in Social Networks
NIH/NIGMS R01 GM105018
Co-PI (Co-PI: Klerman)
The purpose of this grant is to explore sleep behaviors and social networks in a college population. Using multi-modal data from different cohorts of undergraduates, we will develop the first statistical and multi-scale mathematical models of sleep dynamics within social networks based on sleep and circadian physiology.

2015-2019    Clinical Trial Evaluating the Impact of Sleep and Sleep Deprivation on the Cerebral Glymphatic System
ONR/N00014-15-1-2408
PI
The goals of this project are to test the hypothesis that the volume of Virchow-Robin spaces (VRs) is larger during sleep than during wakefulness; to test the hypothesis that the alteration of nonREM and REM states during sleep is associated with changes in the volume of VRs; to test the hypothesis that the volume of VRs is greater during deep nonREM sleep (N3) than during lighter nonREM sleep (N2) and to test the hypothesis that the volume of VRs is altered by prolonged wakefulness (sleep deprivation).

2012-2020    Multicenter trial of work-hour limits for PGY 2 & 3 resident work hours on patient safety
CCC
NIH/NHLBI U01 HL111478
Co-PI ($8,249,567)
We propose to carry out a randomized study in six intensive care units nationwide that will test whether a scientifically-founded intervention schedule that: 1) limits second and third year resident physicians to 16 consecutive hours of work; 2) promotes sleep; and 3) minimizes chronic sleep restriction, will result in: a decrease in preventable injuries to patients, a decrease in the risk that resident physicians will suffer motor vehicle crashes, increased resident sleep, and increased resident vigilance.

2018-2020    CTA: Open-label Clinical Trial to evaluate the Efficacy of Sodium Oxybate (Xyrem) in the Treatment of two Under-recognized Clinical Conditions: Post-traumatic Narcolepsy and Post-traumatic Hypersomnia.
Jazz Pharmaceuticals, Inc.
PI

2013-2021    Sleep, Aging, and Circadian Rhythm Disorders
NIH/NIA P01 AG009975
Role: PI/PD (Principal Investigator/Program Director)
The central theme of this project is to differentiate the consequences of circadian disruption (while minimizing sleep loss) and sleep deficiency (while minimizing circadian disruption) on glucose regulation.

2014-2020    Development of Countermeasures Against Adverse Metabolic Effects of Shift Work
             NIH/NHLBI R01 HL118601(PI: Scheer)
             Role: Investigator
             The goal of this application is to test whether manipulating the timing of food intake
             prevents the adverse metabolic effects of circadian misalignment, and whether
             desynchrony between the central circadian pacemaker and the behavioral cycle leads to
             internal desynchrony in humans.

2014-2019    Development and Testing of Biomarkers to Determine Individual Astronauts'
             Vulnerabilities to Behavioral Health Disruptions
             NNX14AK53G (PI: Lockley)
             Role: Investigator
             This study will evaluate biomarkers that will test the sensitivity of various sleep and
             circadian challenges to differentiate individuals

2015-2020    Lighting Protocols for Exploration - HERA Campaign
             NASA/NNX15AM28G (PI: Lockley)
             Role: Investigator
             The major goals of this project are to evaluate the efficacy of a combined countermeasure
             of light and exercise on alertness and performance.

2014-2021    Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and
             performance during high fidelity analog and flight studies for the International Space
             Station
             Thomas Jefferson University/NNX15AC14G (PI: Lockley)
             Role: Investigator
             The major goals of this project are to complete final ground-testing required before
             replacement of the current fluorescent General Luminaire Assemblies (GLA) with solid
             state (LED) lighting on the International Space Station, and to conduct the first flight
             studies to examine the operational impact of the new LED lighting to facilitate rapid
             circadian rhythm resetting, and improve alertness and sleep during missions.

2016-2021    Circadian Lipidomics in Constant Routine, Forced Desynchrony, and Non-lab Setting
             NIH/NHLBI 5R01HL132556 (PI: Kristal)
             Role: Investigator
             The major goals of this project are to identify, optimize, validate, and to cross-validate a
             set of nested plasma lipidomics-based biomarker profiles that report circadian phase and
             alignment using well-characterized samples drawn from three constant routine protocols
             and four forced desynchrony protocols.

2016-2021    The Role of Circadian Periodicity in Human Cardiovascular Disease and Diabetes
             NIH/NHLBI 5R01HL103607-05A1 (PI: Forman)
             Role: Investigator
             The major goals of this project are to examine the effects of melatonin supplementation on
             insulin sensitivity using a hypersulinemic euglycemic clamp and β-islet cell function
             measured using a hyperglycemic clamp. We will also evaluate the effects of
             supplementation on HbA1c as a secondary analysis
             Role: Co-I

2017-2021    CTA: Effect of Dupilumab on Sleep Apnea Severity in Patients with Chronic

Rhinosinusitis. (PI: Wellman, D. Andrew) Regeneron Pharmaceuticals, Inc.
Role: Co-I

**Current**

2018-2023    Training in sleep, circadian and respiratory neurobiology
NIH T32 (National Heart, Lung & Blood Institute) 1 T32 HL07901
Competitive renewal for grant years 21-25
Role: Program Director
The NHLBI's National Center for Sleep Disorders Research identified the need to train investigators as its highest priority. The Harvard Medical School Division of Sleep Medicine Program for Training in Sleep, Circadian and Respiratory Neurobiology, based at the Brigham and Women's Hospital, is designed to address this need. This program provides structured, comprehensive research training to prepare outstanding individuals for academic positions in the broad field of sleep science and sleep medicine.

2019-2023    Impact of Lifting Work Hour Restrictions on First-Year Resident Safety, Health and Well-Being. R01OH011773 (Barger, Laura) 09/1/19-08/31/23 Centers for Disease Control (CDC) The study could have important public policy implications related to the health and safety of the more than 116,000 medical and surgical residents, who are the principal providers of medical care in academic medical centers throughout the United States. (PI: Barger LK)
Role: CoI

2019-2023    Clinical Trial—FAA Sleep Deprivation Study for Aviation Research: Comparison across multiple types of sleep deprivation. Contract 6973GH-19-D-00066 from Solicitation 6973GH-19-R-00147 ($5,654,163.32) Federal Aviation Administration Aeronautical Center. The goals of this contract are: (i) To assess gene expression changes associated with reduced and mistimed sleep.; (ii) To explore the relationship between gene expression and neurobehavioral changes from reduced and mistimed sleep; (iii) To enhance general understanding of changes during reduced and mistimed sleep; and (iv)To analyze the concordance of sleep and circadian rhythm-related genetic variants with this study's results. (M-PIs: Klerman EB and Czeisler CA)I
Role: M-PI

2019-2023    CTA: Sleep Training Plan to Improve Individual Sleep, Health and Safety. The major goals of this project are to use personalized sleep app (Dayzz) to develop sleep training plans, improve participants' sleep and reduce overall healthcare costs. Dayzz Live Well Ltd. PI: Barger LK.
Role: Co-I

Role: PI (Principal Investigator)

# Report of Local Teaching and Training

## Teaching of Students in Courses

### Albert Einstein College of Medicine, Bronx, NY

| | | | |
|---|---|---|---|
| 1976-1977 | Biological Rhythms in Man | Department of Neuroscience | |
| | ~15 medical students | Co-organizer and lecturer ; ~55 hours | |
| 1978 | Neuroscience Course | | |
| | ~150 medical students | Guest lecturer ; ~3 hours | |

**Fordham University, Graduate School of Arts and Sciences, Bronx, NY**

| | | |
|---|---|---|
| 1978 | Biology 69302: Introduction to Circadian Oscillations in Biologic Systems | |
| | ~30 graduate/undergraduate students | Course Developer/instructor; ~75 hours |

**Stanford University, Stanford, CA**

| | | |
|---|---|---|
| 1979 | Stanford Medical School: Fiscal and Ideological Crisis. Stanford Workshop on Political and Social Issues | |
| | ~75 undergraduate & medical students | Co-developer/instructor ~70 hours |
| 1979 | Psychiatry 235: Clinical and Experimental Polysomnography | |
| | 30 undergraduates | Guest Lecturer; ~3 hours |

**Harvard College, Cambridge, MA**

| | | |
|---|---|---|
| 1982-1996 | Molecular & Cellular Biology 286: Biological Oscillations & Circadian Clocks | |
| | 1982-1990; alternate yrs Faculty | ~40 hours/year |
| | 15-20 undergraduates per year | |
| | 1992-1996; alternate yrs Co-Organizer/ Faculty | ~85 hr/year |
| | ~30 students/year | |
| 1983-1984, 1989 | Adams House 116: Biological Clocks in Man | |
| | Undergraduate House Seminar Course Developer and Teacher | ~60 hours/year |
| | 15-20 undergraduates per year | |
| 1986-1987 | Adams House 118: AIDS and Public Policy | |
| | Undergraduate House Seminar Course Developer and Teacher | ~60 hours |
| | ~18 undergraduates | |
| 1988 | North House 120: AIDS: Emerging Ethical and Policy Dilemmas | |
| | Undergraduate House Seminar Course Developer and Teacher | ~50 hours |
| | ~25 undergraduates | |
| 1988 | AIDS Education and Outreach Student Counselor Training Program | |
| | Group advisor and training session speaker | |
| 1988 | "Circadian rhythms and entrainment: endocrine aspects" | North House Seminar Guest lecturer |
| 1996-2020 | Molecular & Cellular Biology 186: Circadian Biology:  From Cellular Oscillators to Sleep Regulation | |
| | Co-Organizer/Faculty (1996-2010); Director (2011-) | ~70 hours/year |
| | 50-110 undergraduates per year | |
| 2003 | Harvard Alumni Association, Alumni College | |
| | Lecturer | ~5 hours |

|  |  |  |
|---|---|---|
|  | 200-300 alumni |  |
| 2016-2019 | Freshman Seminar FRSEM 22D Time for Sleep | |
|  | Director/Faculty | ~90 hours per year |
|  | 15 undergraduates per year | |
|  |  |  |
| 2018-2020 | Molecular & Cellular Biology 186 (MCB186): Sleep and Circadian Clocks: From Biology to Public Health | |
|  | Director (2018-) | ~70 hours/year |
|  | 50-115 undergraduates per year | |
|  |  |  |
| 2019-2023 | General Education 1038 (GenEd 1038): Sleep | |
|  | Course Director | ~120 hours/year |
|  | 801 undergraduates per year | |

**Harvard Medical School, Boston, MA**

|  |  |  |
|---|---|---|
| 1976 | Weekly Research Seminar Series | Department of Physiology |
|  | 10-15 graduate students | Lecturer; ~5 hours |
| 1982 | Harvard Medical Society | |
|  | 150 medical students | Lecturer on human circadian physiology; ~5 hours |
| 1979-1991, 1995 | Physiology 225: Physiological Timing Systems | |
|  | 15-20 medical students, graduate students and undergraduates per year | ~35 hours/year (as instructor 1979-1991) ~75 hour/year (as co-organizer 1995) |
| 1995-1998 | Neurobiology 337:  Neurobiology of the Human Circadian Pacemaker | |
|  | Faculty doctoral thesis advisor, Program in Neuroscience, 1 doctoral student | 60-80 hours/year |
| 1996-2002 | Continuing Education 61212:  Diagnosis and Treatment of Sleep Disorders | |
|  | 60-70 postgraduate students/year | ~45 hours/year (as Co-director) ~12 hours/year as organizing committee member and faculty ~6 hours/year as faculty member |
| 2000-2003 | Scholars in Clinical Science: Tools of Physiologic Investigation | |
|  | ~20 graduate students | 8 hours |

**Harvard University Extension School, Cambridge, MA**

|  |  |  |
|---|---|---|
| 2008 | The Physiology of Sleep (BIOS E-210) | |
|  | Invited Guest Lecture, ~20 students | ~5hours |

**Harvard School of Public Health, Boston, MA**

|  |  |  |
|---|---|---|
| 1986 | Occupational Health Weekly Symposium | |
|  | ~30 graduate students, postdoctoral fellows, faculty | Guest lecturer; 2 hours |

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)**

**Stanford Medical School, Stanford CA**

| | | |
|---|---|---|
| 1977, 1979 | Research Center and Sleep Disorders Clinic Seminar Series | |
| | ~10 graduate students and postdoctoral fellows | Lecturer; ~5 hours/year |

**Laboratory and Other Research Supervisory and Training Responsibilities**

**Brigham and Women's Hospital, Boston, MA**

| | | |
|---|---|---|
| 1982-1988 | College Work-Study training program in laboratory research techniques. Developer/supervisor | 30 student-trainees/term, 3 week-long sessions/year |
| 1995-2000 | Special Emphasis Research Career Award Program, National Institute on Aging. Faculty sponsor. | 2 junior faculty trainees |

**Harvard Medical School, Boston, MA**

| | | |
|---|---|---|
| 1983-1987 | Research preceptor, Pre-doctoral Fellow. Medical Scientist Training Program | |
| 2001- | Research Preceptor, HMS Student in HST Program. Division of Health Science and Technology (HMS/MIT) | 1 medical student/year, 50-100 hours/year |
| 1986,1987, 1990 | Faculty mentor, Brigham-Beth Israel Medical Group Program. Summer Research Fellowship Program. | 1 medical student/summer; 25-40 hours/summer |
| 1986-1991 | Faculty advisor. Medical student research traineeship | 1 medical student/year; 40-60 hours/year |
| 1993-1994 | Oral Examination and Ph.D. Dissertation Examining Committees | |
| 1994-1997 | Mentor, Faculty Training Grants, for Charles Weitz, M.D., Assistant Professor of Neurobiology and Emery N. Brown, M.D., Ph.D., Assistant Professor of Anesthesiology, Harvard Medical School | |
| 1994-1995, 2001 | Faculty advisor. Research Rotation, Program in Neuroscience | 1 doctoral student/year; 10-20 hours/year |
| 1995-1998 2000-2004 | Committee Member and/or Advisor. Program in Neuroscience | |
| 2001-2005 | Research Preceptor, two HST students | 40-50 hours/year |
| 2002-2005 | Research Preceptor, HMS student | 20-30 hours/year |
| 2002- | Mentor, Faculty Training Grant (NIH K08), for an Instructor of Pediatrics, Harvard Medical School | |
| 2003-2004 | Mentor, GCRC Medical Student Clinical Research Training Award, for two HMS students | |

**Harvard University Graduate School of Arts and Sciences, Cambridge, MA**

| | |
|---|---|
| 1983-1986, 1994-1997 | Oral Examination and Ph.D. Dissertation Examining Committees, Division of Applied |

Sciences; Co-advisor and Committee Member

## Harvard College, Cambridge, MA

| | | |
|---|---|---|
| 1981-1985, 1987-1988, 1992, 1994 | Biology 90r: Supervised Research. Faculty preceptor first semester, then undergraduate thesis advisor | 1-2 undergraduates per year; ~50 hours/year |
| 1984 | Biology 91r: Supervised Reading. Faculty preceptor, directed reading | 1 undergraduate; ~15 hours/year |
| 1984 | Economics 910r: Supervised Reading and Research. Faculty advisor, directed reading | 1 undergraduate; ~15 hours/year |
| 1984-1987 | Psychology and Social Relations 990: Senior Tutorial. Faculty preceptor first semester, then undergraduate thesis advisor | 1 undergraduate; ~50 hours/year |
| 1994 | Nathaniel Kleitman Undergraduate Summer Fellowship Program in Human Chronobiology. Faculty advisor | 5 summer undergraduate students; ~10 hours |
| 2002-2003 | Biology 90r: Supervised Research. Undergraduate thesis advisor | |

## Formally Supervised Trainees

## Brigham and Women's Hospital, Boston, MA

| | |
|---|---|
| 1983-1986, 1988-1992 | Gary S. Richardson, M.D.<br>Research supervisor; Clinical Fellow Research Residency Program and Faculty sponsor for junior faculty research trainee, Physician Scientist Award Program, National Institute on Aging, NIH. |
| 1985-1987 | Joel Steinberg, M.D.<br>Post-doctoral fellow advisor |
| 1986-1988 | Suzanne Rogacz, M.D.<br>Endocrine Training Program Research supervisor, Post-doctoral fellow advisor, Faculty sponsor for junior faculty clinical research trainee. Clinical Associate Physician Award Program, General Clinical Research Program, National Center for Research Resources, National Institutes of Health. |
| 1994-1996 | Emery N. Brown, M.D., Ph.D./Professor of Health Sciences and Technology and Professor of Computational Neuroscience, Massachusetts Institute of Technology Professor of Anaesthesia, Harvard Medical School Massachusetts General Hospital<br>Endocrine Training Program Research supervisor and Post-doctoral fellow advisor |
| DATE | Janis Anderson, Ph.D./Assistant Professor of Psychology, Department of Psychiatry, Harvard Medical School/Brigham and Women's Hospital<br>Post-doctoral fellow advisor |
| 1988-1990 | Marie Dumont, Ph.D.<br>Post-doctoral fellow advisor |

## Faculty Advisor, Pre-doctoral Fellow, Training Program in Sleep, Circadian and Respiratory Neurobiology, National Heart Lung and Blood Institute

| | |
|---|---|
| 1991 - 1995 | Elizabeth B. Klerman, M.D., Ph.D./Associate Professor of Medicine, Division of Sleep Medicine, Harvard Medical School; Associate Physician, Division of Sleep Medicine, Department of Medicine Brigham and Women's Hospital<br>Endocrine Training Program Research supervisor and Post-doctoral fellow advisor |
| 1997 - 2000 | Kenneth P. Wright Jr., Ph.D./Assistant Professor, Department of Integrative Physiology Director, Sleep and Chronobiology Laboratory, Centers for Neuroscience and the Integrative Study of Work, University of Colorado at Boulder |

| | Endocrine Training Program Research supervisor and Post-doctoral fellow advisor |
|---|---|
| 1994 - 1999 | Jamie M. Zeitzer, Ph.D./ Assistant Professor, Psychiatry and Behavioral Sciences, Stanford University and VA Palo Alto Health Care System, Palo Alto, CA |
| 1997 - 2004 | Angela Ritz-De Cecco, Ph.D./Pharmacist, Switzerland |
| 2002 - 2005 | Kurt A. Smith, M.D./ Resident and Clinical Instructor, Emergency Medicine, University of Cincinnati School of Medicine |
| 2003 - 2006 | Martin W. Schoen, M.D./ Intern, Department of Internal Medicine, Naval Medical Center, San Diego |

**Faculty Advisor, Post-doctoral Fellow, Training Program in Sleep, Circadian and Respiratory Neurobiology, National Heart Lung and Blood Institute**

| | |
|---|---|
| 1986 - 1989 | Steven H. Strogatz, Ph.D./ Director of Center for Applied Mathematics; Professor of Theoretical and Applied Mechanics, Cornell University |
| 1991 - 1994 | Ghada El-Hajj-Fuleihan, M.D./ Professor of Medicine and Director of the Calcium Metabolism and Osteoporosis Program, American University of Beirut Medical Center |
| 1992 - 1997 | Diane B. Boivin, M.D., Ph.D./ Associate Professor, Psychiatry Medicine, McGill University, Sleep Disorders Physician, Psychiatry, Douglas Hospital; Director, Centre for Study and Treatment of Circadian Rhythms |
| 1993 - 1995 | David Neri, Ph.D./ Deputy Director, Cognitive, Neural, and Biomolecular Science & Technology Division, Office of Naval Research |
| 1995 - 1998 | James K. Wyatt, Ph.D., D ABSM/Assistant Professor, Behavioral Sciences, Rush Medical College; Director, Sleep Disorders Center, Rush University Medical Center; Fellow, American Academy of Sleep Medicine |
| 1996 - 1998 | Sat Bir Khalsa, Ph.D./ Assistant Professor of Medicine, Division of Sleep Medicine, Harvard Medical School; Associate Neuroscientist, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital |
| 1996 - 2000 | Todd Horowitz, Ph.D./Instructor In Ophthalmology, Harvard Medical School; Research Associate, Brigham and Women's Hospital |
| 1998 - 2000 | Jeanne Duffy, M.B.A., Ph.D./ Associate Professor of Medicine, Division of Sleep Medicine, Harvard Medical School; Neuroscientist, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital |
| 1999 - 2003 | Claude Gronfier, Ph.D./ Research Assoc., Inserm, France |
| 2000 - 2003 | Steven Lockley, Ph.D./ Associate Professor of Medicine, Division of Sleep Medicine, Harvard Medical School; Neuroscientist, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital |
| 2000 - 2002 | Laura K. Barger, Ph.D./ Instructor in Medicine, Division of Sleep Medicine, Harvard Medical School; Associate Physiologist, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital |
| 2006 - 2007 | Christopher Carello, Ph.D./Medical Liaison, Eli Lilly and Company |
| 2004 - 2006 | Julie Marie Gottselig, Ph.D./ Law student, New England School of Law |
| 2011- | Michael Lee, Ph.D./ Research Fellow in Medicine, Brigham and Women's Hospital, Harvard Medical School |
| 2014- | Nina Vujovic, Ph.D./ Research Fellow in Medicine, Brigham and Women's Hospital, Harvard Medical School |

**Faculty Co-Advisor, Pre- and Post-doctoral Fellows, Training Program in Sleep, Circadian and Respiratory Neurobiology, National Heart Lung and Blood Institute**

| | |
|---|---|
| 1999 - 2001 | Scott P. Grady, M.D., Ph.D./ Clinical Endocrinologist, Portland Diabetes and Endocrinology Center |
| 2002 - 2004 | John Cronin, M.D./ Skaggs Scholar, The Scripps Research Institute; Associate Director, Scripps Clinic Sleep Center |

| 2004 | Shana E. McCormick, M.D./ Pediatric Resident, Massachusetts General Hospital |
|------|------|
| 2002 - 2004 | Nayantara Santhi, Ph.D./Research Fellow, Surrey Sleep Research Centre, Guildford U.K. |
| 2003 - 2004 | Anne-Marie Chang, Ph.D./Assistant Professor of Medicine, Pennsylvania State University |
| 2003 - 2005 | Frank A.J.L. Scheer, Ph.D./ Associate Director, Medical Chronobiology Program, Brigham and Women's Hospital; Assistant Professor of Medicine, Harvard Medical School; Associate Neuroscientist, Brigham and Women's Hospital |
| 2005 - 2007 | Joshua J. Gooley, Ph.D./ Lecturer in Medicine (academic, part-time), Harvard Medical School; Assistant Professor, Duke-NUS Graduate Medical School Singapore |
| 2006 - 2008 | Daniel Cohen, M.D./Associate Staff Neurologist, Beth Israel Deaconess Medical Center |
| 2002 - 2010 | Joseph T. Hull, Ph.D./ Research Fellow in Medicine, Division of Sleep Medicine, Brigham and Women's Hospital, Harvard Medical School |
| 2004 - 2010 | Erin E. Flynn-Evans/Research Psychologist, NASA |
| 2004 - 2011 | Melissa A. St. Hilaire, M.S., Ph.D./Research Fellow in Medicine, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital |
| 2006 - 2011 | Sean W. Cain, Ph.D./ Lecturer in Medicine (academic, part-time), Harvard Medical School; Senior Lecturer, Monash University, Australia. |
| 2007 - 2011 | Melodee Mograss, Ph.D./ Banting Scholar, The Research Institute of the McGill University Health Centre, Montreal, Quebec |
| 2006 - 2013 | Melanie Rüger, Ph.D./ Instructor in Medicine, Brigham and Women's Hospital, Harvard Medical School |

**Formal Teaching of Peers (e.g., CME and other continuing education courses)**

**Academy at Harvard Medical School, Boston, MA**

| 2002 | Medical Education Symposium: How the Brain Learns: Implications for Medical Education from the Neurosciences and Cognitive Theory | Lecture |
|------|------|------|

**Brigham and Women's Hospital, Boston, MA**

| 1986 | "Sleep Disorders" Endocrine Division Postgraduate Medical Series | ~40 CME students; ~3 hours |
|------|------|------|
| 1987 | "Circadian rhythmicity and its disorders" Weekends in Internal Medicine | ~60 CME students; ~3 hours |
| Unknown | Patient Safety Imperative CME Course Division of General Medicine | |

**Harvard T.H. Chan School of Public Health, Boston, MA**

| 1990-1991 | Work Schedules & Circadian Rhythms: Strategies for Improving Health, Safety, and Performance in Shift Work Operations | Faculty course director |
|------|------|------|
| 2007-2009, 2011-2015 | Ergonomics and Human Factors: Strategic Solutions for Workplace Safety and Health | Invited faculty member |
| 2007 | Epidemiology of the Occupational & Environmental Health Standards (EH 236) | Invited faculty member |
| 2012 | Sleep and Shift Work: Optimizing Productivity and Health Management in the 24/7 Global Economy Symposium | Invited faculty member and keynote speaker |

**Harvard Medical School, Boston, MA**

| 2012 | Physician Work Hours, Health and Patient Safety | Course Director and faculty member |
|------|------|------|
| 2013 | The New Science of Resiliency and its Clinical | Faculty member |

| | | |
|---|---|---|
| | Applications | |
| 2014 | "Circadian Regulation of Sleep" for 'Sleep! A CME Course for Physicians' | Faculty member |
| 2015 | "Consciousness" for 'Sleep! A CME Course for Physicians' | Faculty member |
| 2016 | 'Sleep! A CME Course for Physicians' | Faculty member |
| 2017 | Circadian Control of Sleep for 'Sleep! A CME Course for Physicians' | Faculty member |

## Local Invited Presentations

**Stanford Medical School, Stanford CA**

| | |
|---|---|
| 1978 | Stanford Medical and Scientific Highlights |
| | Faculty Senate |

**Harvard Medical School, Boston MA**

| | |
|---|---|
| 1983 | Harvard Medical School Faculty Meeting |
| 1990 | Shiftwork, circadian rhythms and sleep deprivation |
| | Harvard Medical School Committee on Hospital Safety |
| 2000 | Medical Ethics Forum: Medical Error: Patients in Peril? |
| | Division of Medical Ethics and Division of Sleep Medicine |
| 2001 | Conference on Resident Work Hours |
| 2001 | Sleep and Public Policy, New York Regional Council |
| 2002 | Combined Orthopedic Grand Rounds, Resident Work Hours, Safety and Health |
| 2002 | Keynote Speaker, 1st Annual Sleep and Health Benefit Dinner |
| | Division of Sleep Medicine |
| 2010 | Organizing Committee and Speaker "Finding a research path for the identification of biomarkers of sleepiness" |
| | Division of Sleep Medicine |
| 2012 | Invited Speaker |
| | HMS Leadership Summit |

**Harvard College, Cambridge, MA**

| | |
|---|---|
| 1988 | Invited discussant, "The Ethics of AIDS Testing" |
| | Adams House, Harvard College |
| 2013 | Invited Speaker "Sleep, circadian rhythms, health and safety" |
| | Harvard Wellness Project, Harvard College |

**Harvard T.H. Chan School of Public Health, Boston, MA**

| | |
|---|---|
| 2012 | Invited discussant, "FIGHTING THE CLOCK: How America's Sleep Deficit is Damaging Longterm Health" |
| | The Forum webcast, Harvard School of Public Health |
| 2016 | Invited Panel Member, "ASLEEP AT THE WHEEL: Drowsy Driving and Public Health" |
| | Presented in Collaboration with The Huffington Post |
| | The Forum webcast, Harvard School of Public Health |

**Harvard University, Cambridge, MA**

| | |
|---|---|
| 2018 | Invited Faculty "Mind/Brain Puzzle on Sleep" |
| | Harvard University Mind Brain Behavior Interfaculty Initiative (MBB) |

**Beth Israel Hospital, Boston, MA**

| 1983 | Neurology Grand Rounds |
| 1986, 1988 1989, 1991 | Medical Grand Rounds |
| 1990 | "Human circadian rhythmicity and its potential relevance to anesthesia research and clinical care" Anesthesia and Critical Care Grand Rounds |
| 1997, 2000 | Psychiatry Grand Rounds |

**Beth Israel Deaconess Medical Center, Boston MA**

| 2002 | Endocrine Grand Rounds |
| 2002 | Assessment of the Impact of Intern Work Hours on Patient Safety and Intern Health and Performance Chiefs' Council |
| 2006 | OB/GYN Grand Rounds |

**Brigham and Women's Hospital, Boston, MA**

| 1983, 1996, 2001 | Endocrine Grand Rounds |
| 1986, 1988, 1991, 1993, 2001, 2002, 2004, 2008 | Medical Grand Rounds Department of Medicine |
| 1989 | "Sleep Loss, Circadian Rhythms and the Hospital Intern" Graduate Medical Education Committee Program |
| 1994 | "Circadian rhythms, sleep deprivation and emergency medicine" Emergency Medicine Rounds |
| 1995 | "Advances in Circadian and Sleep Medicine, Disorders and Physiology" Medical Staff Grand Rounds |
| 2002 | Noon House Staff Conference Department of Medicine |
| 2002 | Work Hours, Sleep and Safety of Medical House Staff, Faculty Meeting and Executive Committee Department of Medicine |
| 2002 | Sleep and the Healthcare Provider: Impact on Performance, Quality & Safety, Quality Rounds |
| 2004 | Patient Safety Imperative, Division of General Medicine |
| 2007 | Obstetrics and Gynecology Grand Rounds |
| 2009 | "Sleep, Light and the Human Circadian Pacemaker" Sleep Grand Rounds |
| 2010 | "Minding your brain: staying sharp" Men's Health Program, Palm Beach, FL |
| 2013 | Guest Faculty Speaker Women's Health Luncheon, Boston MA |
| 2013 | Guest Speaker Tye Health Coverage Fellowship, Boston MA |
| 2015 | "A Sleep Epidemic" BWH Inspires Event, Palm Beach FL |
| 2015 | "Sleep Deficiency and Public Health" Discover Brigham, Sleep Medicine Session, Brigham Research Institute, Boston MA |
| 2017 | "Sleep Hygiene for Physician Shift Workers" Invited Speaker, Emergency Medicine Resilience Day, Boston MA |

2018            Sleep Epidemic: Why are we sleeping less and What can we do about it?
                Invited Faculty CME, BWH, Boston MA
2018            Speaker and Chair "Sleep Matters Initiative"
                Discover Brigham, Sleep Medicine Session, Brigham Research Institute, Boston MA

**Children's Hospital, Boston, MA**
1998            Neurosurgery Grand Rounds
2010            Invited Speaker "Introduction to Circadian Biology"
                Updates in Pediatric Sleep Disorders Conference

**Massachusetts Eye and Ear Infirmary, Boston, MA**
1992            "Synchronization of the human circadian pacemaker by light: relevance to the treatment of
                'blind' patients"
                Research Symposium: "Advanced Concepts in Vision Science"

**Massachusetts General Hospital, Boston, MA**
1987            Chronobiology Research Group Seminar
                Department of Pediatrics
1988, 2007      Endocrine Grand Rounds
1992            Neuroscience Lecture
2007            Anesthesia and Critical Care Grand Rounds
2013            Endocrine Grand Rounds

**Partners HealthCare System**
2001            Partners Chiefs' Council
2002            Assessment of the Impact of Intern Work Hours on Patient Safety and Intern Health and
                Performance
                Partners Education Committee
2002            Work Hours, Health and Safety in Resident Physicians
                BWH-MGH Joint Chiefs Council
2003            Physiologic Determinants of Alertness and Performance: Implications for Physician Work
                Hours, Safety and Learning
                Partners Faculty Development Conferences (at MGH and at BWH)
2015            Invited Speaker
                1: Thought Leaders Lunch "Technology, Light and Sleep - Implications for Health and
                Medicine"
                2: "Sleep and Consciousness: Clinical Need versus Safety"
                World Medical Innovation Forum, Boston MA

**Spaulding Rehabilitation Hospital, Boston, MA**
2003            Spaulding Distinguished Lecture

**Veterans Administration Hospital, Jamaica Plain, MA**
1986            Grand Rounds

**Veterans Administration Hospital, Brockton, MA**
1995            "Resetting the human circadian pacemaker with light"
                Medical Grand Rounds

**Veterans Administration Hospital, West Roxbury, MA**
2004            Seminar Series

**Report of Regional, National and International Invited Teaching and Presentations**

## Invited Presentations and Courses

**Regional**

| | |
|---|---|
| 1978 | Biological Clockwatchers Club |
| | Boston, MA |
| Between | Invited Speaker. |
| 1985-1987 | Massachusetts Mental Health Center, Boston, MA |
| 1986 | Physiology course on circadian rhythmicity. Lecturer; ~25 medical students; ~3 hours |
| | Boston University Medical School, Boston, MA |
| 1987 | Clinical Research Training Seminar, "Human circadian rhythmicity and its disorders" |
| | Massachusetts Mental Health Center, Boston, MA |
| 1988 | Nursing and Human Resources Departments Seminar "Circadian rhythms, sleep deprivation and the scheduling of nurses" |
| | New England Medical Center, Boston MA |
| 1988 | Invited Speaker. |
| | Northeastern Sleep Society, Boston MA |
| 1989 | Lincoln Laboratory Distinguished Lecture Series. Invited Speaker. |
| | Massachusetts Institute of Technology, Cambridge MA |
| 1990 | Department of Biology Colloquium |
| | Northeastern University, Boston MA |
| 1992-1993 | Biomedical Engineering Undergraduate Program. Faculty research advisor. 1 undergraduate; ~10 hours/year |
| | Boston University, Boston, MA |
| 1992-1999 | Graduate Program in Biology: Physiology and Neurobiology. Faculty research sponsor; 1 doctoral student; ~20 hours/year |
| | Northeastern University, Boston, MA |
| 1994-1995 | Biomedical Engineering Graduate Degree Program. Faculty research sponsor. 1 graduate student; ~10 hours/year |
| | Boston University, Boston, MA |
| Between | Invited Speaker. |
| 1994-1996 | Massachusetts Institute of Technology, Cambridge MA |
| 1995-1998 | Graduate Program in Cardiopulmonary Sciences. Faculty research sponsor; 1 graduate student; ~20 hours/year |
| | Northeastern University, Boston, MA |
| 1996-1997 | Biology 99d:  Senior Research and Senior Honors in Biology. Faculty research sponsor; 1 undergraduate; ~10 hours/year |
| | Brandeis University, Waltham, MA |
| 1997 | Medical Grand Rounds. |
| | Boston University Medical Center, Boston MA |
| Between | Endocrine Grand Rounds |
| 1997-2001 | Risk Management Foundation, Boston, MA |
| Between | Invited Speaker. |
| 1997-2001 | New England College of Occupational and Environmental Medicine, Groveland MA |
| Between | Invited Speaker. |
| 1997-2001 | Boston Society of Neurology and Psychiatry, Boston MA |
| Between | Invited Speaker. Resident Physician Section |
| 2002-2008 | Massachusetts Medical Society, Waltham MA |
| Between | Medical Grand Rounds |
| 2002-2008 | New England Medical Center, Boston MA |
| Between | Advanced Neurobiology BI374. Guest Lecturer. |

| | |
|---|---|
| 2002-2008 | Colby College, Waterville, Maine |
| 2003-2006 | "Circadian Biology: From Clock Genes and Cellular Rhythms to Sleep Regulation". Guest Lecturer. |
| | NSF-Chautauqua Short Courses for College Teachers |
| 2006 | Psychiatry Grand Rounds. |
| | Dartmouth Medical School, Lebanon, NH |
| 2006 | Beckwith Family Lecture. Medical Grand Rounds. |
| | Brown University, Providence, RI |
| 2007 | Drowsy Driving Panel |
| | National Conference of State Legislatures, Boston, MA |
| 2008 | "Bringing Circadian Rhythm Science into the Sleep Clinic". Invited Speaker - Future of Clinical Sleep Medicine Conference. |
| | Sleep Health*Centers,* Boston |
| 2009 | Drowsy Driving Legislation. Invited Speaker |
| | North East Sleep Society Conference, Boston MA |
| 2009 | Speaker in three symposia: |
| | 1. Addressing OSA in commercial drivers |
| | 2. Legislative initiative to reduce drowsy driving crashes |
| | 3. Inter-individual differences in the impact of sleep loss on neurobehavioral performance: Regulatory implications for the transportation industry |
| | Fatigue Management in Transportation Operations 2009 International Conference, Boston MA |
| 2010 | Organizing Committee and Speaker |
| | Sleep, Supervision and Safety Conference, Boston, MA |
| 2011 | Organizer and Speaker "Exploratory Seminar on Drowsy Driving" |
| | Radcliffe Institute for Advanced Study, Harvard University, Cambridge MA |
| 2011 | Invited Speaker "Sleep to Thrive" |
| | TEDx Cambridge 'Thrive', Cambridge MA |
| 2012 | Invited Panelist "Sleep Chat" |
| | NIH Twitter Event, Boston MA |
| 2012 | Invited Speaker "Near-24-hour intrinsic period of the human circadian pacemaker: challenge for adaptation to the Martian sol" |
| | Massachusetts Institute of Technology, Cambridge MA |
| 2012 | Invited Speaker, Discussion Panel "Measuring Sleepiness in Drivers: The Challenges and Controversies" |
| | Association of Professional Sleep Societies Annual Meeting, Boston MA |
| 2012 | Invited Speaker, Discussion Panel "Body Mass Index is an Effective Measure for Occupational Screening of Employees at High Risk for Moderate to Severe Obstructive Sleep Apnea: Implications for DOT Commercial Driver Medical Examinations" |
| | Association of Professional Sleep Societies Annual Meeting, Boston MA |
| 2012 | Chair Oral Presentation Session "Circadian Rhythms: Fiat Lux!" |
| | Association of Professional Sleep Societies Annual Meeting, Boston MA |
| 2014 | Invited Speaker "Sleep, performance and health in a 24/7 culture". |
| | MIT Media Lab, Massachusetts Institute of Technology, Cambridge MA |
| 2015 | Panelist "School Community Meeting on School Start Time" |
| | Latin Academy School (BLA), Boston MA |
| 2015 | Invited Speaker "The Science of Sleep and Health" |
| | 2015 World Congress on Angiogenesis, Angiogenesis Foundation, Boston MA |
| 2015 | Invited Speaker "Light, Sleep Disorders and the Working Environment" |
| | Light in Sight Lecture Series, New England College of Optometry, Boston MA |

| | |
|---|---|
| 2015 | Invited Speaker "Sleep, circadian rhythms, health and performance" |
| | Invited Speaker, Mind+Hand+Heart Wellness Initiative, Computer Science and Artificial Intelligence Lab (CSAIL) at MIT, Cambridge MA |
| 2016 | "Circadian Disorders" |
| | Grand Rounds, Newton-Wellesley Hospital, Newton MA |
| 2016 | Invited Speaker – Panel "Drowsy Driving the Problem with the Accepted Practice" |
| | 2016 Northeast Transportation Safety Conference, Worcester MA |

**National**

| | |
|---|---|
| 1978 | Association for the Psychophysiological Study of Sleep. Invited Speaker |
| 1978 | NY Intradepartmental course on sleep. Guest lecturer; ~20 students; ~3 hours |
| | Columbia University Psychiatric Institute, New York, NY |
| 1980 | Sleep Research Society. Satellite symposium chair on the Timing of REM Sleep |
| 1978 | Department of Biology course. Guest Lecturer. |
| | University of New York, Stony Brook |
| 1981 | American Association for the Advancement of Science.  Symposium co-chair |
| 1982 | Gordon Research Conference on Theoretical Biology and Biomathematics. Guest Lecturer. |
| 1985 | Sleep Research Society. Satellite symposium co-chair |
| 1985 | Postgraduate CME course, |
| | Montefiore Hospital, Bronx NY |
| Between | Satellite symposium co-chair. |
| 1985-1987 | Sleep Research Society |
| 1986 | American Association for the Advancement of Science. Invited Speaker. |
| 1986 | Society for Neuroscience. Invited Speaker. |
| 1986 | Academy of Behavioral Medicine Research. Invited Speaker. |
| 1986 | Grand Rounds, Carrier Foundation. Invited Speaker. |
| 1986 | "Impact of irregular work schedules on circadian training systems: Implications for scheduling emergency room specialists". Invited Lecturer. |
| | American College of Emergency Physicians, Washington DC. |
| 1986 | Postgraduate CME course, Sleep Research Society (faculty/course developer); |
| 1987 | Association of Professional Sleep Societies. Invited Speaker. |
| 1987 | Invited Speaker. |
| | Rockefeller University, New York, NY. |
| 1987 | Invited Speaker. |
| | NASA-Ames Research Center, Moffett Field, CA |
| 1987 | Invited Speaker. |
| | Sandoz Pharmaceutical, Broomfield CO |
| 1987 | "Creating work schedules based on biological needs" Edison Electric Institute and Electrical Council of New England. Invited Speaker. |
| 1987 | Psychiatry Grand Rounds. Invited Speaker. |
| | Cornell University Medical School, New York, NY |
| 1987 | Joint Endocrinology and Metabolism Rounds. |
| | New York Hospital and Memorial Hospital. Invited Speaker New York, NY |
| 1987 | Palo Alto Clinical Monitoring Center. Invited Speaker. |
| | Palo Alto, CA |
| 1987 | Sleep Disorders Medicine Postgraduate CME course. Guest Lecturer. |
| | Medlantic Institute, Washington DC |
| 1988 | "Late luteal phase dysphoric disorder". Invited Speaker. |
| | National Institute of Mental Health Conference |
| 1988 | Elliot D. Weitzman Memorial Lecture. |

|  |  |
|---|---|
|  | Cornell University Medical School, New York NY |
| 1988 | New York Sleep Circle. Invited Speaker. |
| 1988 | Invited Speaker. |
|  | NASA-Goddard Space Flight Center, Greenbelt MD. |
| 1988 | Society of Surgical Chairman. Invited Speaker. |
| 1988 | "Interaction between Sleep and the Circadian System", Society for Research on Biological Rhythms |
| 1988 | Invited Symposium Speaker Association of Professional Sleep Societies, symposium chair |
| 1988 | Medical Grand Rounds. |
|  | Duke University Medical Center, Durham NC |
| 1988 | Clinical Chronobiology Conference. Invited Speaker. |
| 1988 | Faculty Guest lecturer. |
|  | University of California Medical School, Davis, CA |
| Between 1988-1990 | Invited Speaker. NASA Headquarters, Houston TX |
| Between 1988-1990 | Invited Symposium Speaker Society for Neuroscience |
| Between 1988-1990 | Symposium Speaker Academy of Behavioral Medicine Research |
| 1989 | Invited Speaker. |
|  | NASA-Ames Research Center, Moffett Field, CA |
| 1989 | Basic Sleep Research Panel. Invited Speaker. |
|  | Institute of Medicine, National Academy of Sciences, New York, NY |
| 1989 | National Consensus Conference on Therapeutic Treatment of Sleep Disorders in Older People. Invited Speaker. |
|  | National Institute on Aging, Bethesda MD |
| 1989 | "Correlations of Aging and Space: Effects on Biosystems". Invited speaker. |
|  | Joint Research Conference NASA, National Institute on Aging, and the Lew Evans Foundation |
| 1989 | "Fatigue and Driver Alertness". Invited Speaker. |
|  | Federal Highway Administration, U.S. Department of Transportation |
| 1989 | "Sleep and Driving Safety". Invited speaker. |
|  | National Press Club Conference |
| 1989 | Society of Industrial and Occupational Hygienists Annual Meeting. Invited Speaker. |
| 1989 | Invited Symposium Speaker. |
|  | American Association for the Advancement of Science |
| 1989 | Medical Grand Rounds. |
|  | University of Texas Southwestern Medical School, Dallas TX |
| 1989 | General Electric Company. Invited Speaker. |
| 1989 | Smith College Colloquium. Invited Speaker. |
| 1989 | Academic Practice Assembly, Administrators of Internal Medicine. Invited Speaker. |
| 1989 | "Meet the Professor" |
|  | Association of Professional Sleep Societies |
| 1989 | Postgraduate CME Course. Faculty Guest Lecturer. |
|  | Mayo Clinic Medical School, Rochester MN |
| 1989 | Postgraduate CME Course. Faculty Guest Lecturer. |
|  | Presbyterian Hospital, University of Texas Southwestern Medical Center, Dallas TX |
| 1990 | MacArthur Foundation Mental Health Research Network. Invited Speaker |
| 1990 | NASA/National Science Foundation Conference on Antarctic Research. Invited Speaker. |
| 1990 | Invited Speaker. |

|  | Rockefeller University, New York, NY. |
|---|---|
| 1990 | Department of Pharmacology University of Chicago Colloquium. Invited Speaker. University of Illinois/Chicago Circle |
| 1990 | Hypertension Symposium. Invited Speaker Marion Merrell Dow, Kansas City, MO |
| 1990 | NASA Biomedical Research Program, Circadian Rhythms Workshop |
| 1990 | Workshop on Circadian Rhythm Shifting, Medical Sciences Division. Invited Speaker. NASA-Johnson Space Center, Houston TX |
| 1990 | Invited Speaker. American Psychiatric Association. |
| 1990 | Medical Grand Rounds. University of Wisconsin-Madison Medical School, Madison WI |
| 1990 | Endocrine Grand Rounds University of Wisconsin-Madison Medical School, Madison WI |
| 1990 | Endocrine Grand Rounds University of Chicago, Chicago IL |
| 1990 | Society of Research Administrators. Invited Speaker |
| 1990 | Whitney Symposium on Science and Technology, General Electric Corporate Research and Development. Invited Speaker. |
| 1990 | American Association of Homes for the Aging. Invited Speaker. |
| 1990 | Session Chairman. Association of Professional Sleep Societies. |
| 1990 | "Disorders of Circadian Function: Clinical Consequences and Treatment"; NIA/NIH Consensus Development Conference. Invited Speaker. |
| 1990 | "Meet the Professor" Association of Professional Sleep Societies |
| 1991 | National Advisory Council. Invited Speaker. National Institute on Aging, Bethesda MD |
| 1991 | National Science Foundation Science and Technology Center Industrial Outreach Symposium. Invited Speaker. |
| 1991 | 3 teaching hospitals. Invited Speaker. |
| 1991 | Invited Speaker. University of Virginia School of Medicine, Charlottesville VA |
| 1991 | Invited Speaker. University of Chicago Pritzker School of Medicine, Chicago IL |
| 1991 | Keynote Speaker. Central States Occupational Medical Association. |
| 1991 | Invited Speaker Association of Polysomnographic Technologists. |
| 1991 | Invited Speaker. University of Virginia, Charlottesville VA |
| 1991 | Postgraduate CME Course. Faculty Guest Lecturer. Yale-New Haven Sleep Disorders Center |
| Between 1991-1993 | Joint Conference. Invited Speaker. American Psychological Association, Brock University and National Institute of Mental Health |
| Between 1991-1993 | Invited Speaker. Johns Hopkins University School of Medicine, Baltimore MD |
| 1992 | National Advisory Council. Invited Speaker. National Institute of Neurological and Communicative Disorders and Stroke, Bethesda |

|      | MD |
|------|------|
| 1992 | Medical Grand Rounds. |
|      | Sinai Hospital of Baltimore, Baltimore, MD |
| 1992 | Invited speaker. |
|      | American Psychosomatic Society. |
| 1992 | "Human Phase-shifting and Entrainment". Invited Speaker. |
|      | Society for Research on Biological Rhythms |
| 1992 | Invited Speaker. |
|      | National Institute for Brain Research. |
| 1992 | Invited Speaker. |
|      | Gordon Research Conference on Theoretical Biology and Biomathematics. |
| 1992 | Postgraduate CME Course. Invited Speaker. |
|      | Association of Professional Sleep Societies. |
| 1993 | Invited Speaker. |
|      | Inter-urban Clinical Club, Association of Professors of Medicine. |
| 1993 | Invited Speaker. |
|      | United States Army Research Institute of Environmental Medicine. |
| 1993 | Life Sciences Division. Invited Speaker. |
|      | NASA Johnson Space Center, Houston TX |
| 1993 | Invited Speaker. |
|      | Sleep Disorders Round Table, Smith-Kline-Beecham. |
| 1993 | "Circadian rhythms and sleep disorders: Role of melatonin" Workshop. Invited Speaker. |
|      | Institut de Recherches Internationales Servier |
| 1993 | "Sleeping Well: Overcoming Sleep Disorders" American Medical Association Educational Briefing. Invited speaker. |
| 1993 | Invited Speaker. |
|      | Association of Professional Sleep Societies. |
| 1993 | Sleep Onset Mechanisms Conference. Invited Speaker. |
|      | American Psychological Association, Brock University and National Institute of Mental Health, Division of Neuroscience and Behavioral Science |
| 1993 | National Science Foundation Center for Biological Timing Summer Course on Biological Rhythms. Faculty Guest Lecturer. |
|      | University of Virginia, Charlottesville VA |
| 1993 | Faculty Guest Lecturer. |
|      | Gordon Research Conference on Chronobiology. |
| 1993 | Faculty Guest Lecturer. |
|      | Projects in Knowledge Faculty Training Program on Insomnia. |
| 1993 | Postgraduate CME Course "Controversies in Light Therapy". Faculty Guest Lecturer. |
|      | Association of Professional Sleep Societies. |
| 1994 | Strategy Development Workshop on Sleep Education. Invited Speaker. |
|      | National Heart Lung and Blood Institute, Bethesda MD |
| 1994 | Workshop on Neural Basis of Psychopathology. Invited Speaker. |
|      | Division of Neuroscience and Behavioral Science, National Institute of Mental Health, Bethesda MD |
| 1994 | Invited Speaker. |
|      | Rockefeller University, New York NY |
| 1994 | Scripps Clinic. Invited Speaker. |
| 1994 | Philips Forum. Invited Speaker. |
|      | Lighting Research Institute, Rensselaer Polytechnic Institute, Troy NY |
| 1994 | Invited Speaker. |

|  | Interneuron Pharmaceuticals, Inc, Lexington MA |
|---|---|
| 1994 | Invited Speaker. |
|  | Alza Pharmaceutical, Mountain View CA |
| 1994 | Workshop on Sleep Disorders, |
|  | Bristol Myers Squibb, New York NY |
| 1994 | "Circadian Control of REM Sleep". Invited Speaker. |
|  | Society for Research on Biological Rhythms |
| 1994 | Symposium and workshop co-chair |
|  | Association of Professional Sleep Societies. |
| 1994 | AMDD Neurology Conference. Invited Speaker. |
|  | US Army Medical Department, Uniformed Services, University of the Health Sciences |
| 1994 | "Circadian Clocks and Their Adjustment". Invited Speaker. |
|  | Ciba Foundation Symposium. |
| 1994 | Postgraduate CME Course on Sleep Disorders. Faculty Guest Lecturer. |
|  | Scripps Clinic. |
| 1994 | Postgraduate CME Course "Shift Work: Health Effects and Coping Strategies". Faculty Guest Lecturer. |
|  | American College of Occupational and Environmental Medicine, Elk Grove Village IL |
| Between 1994-1996 | Invited Speaker. Woods Hole Marine Biological Laboratory Lecture Series |
| Between 1994-1996 | Invited Speaker. Workshop on Melatonin and Sleep National Institute on Aging, Bethesda MD |
| Between 1994-1996 | Invited Speaker. American Thoracic Society |
| Between 1994-1996 | Postgraduate CME Course American Clinical Neurophysiology Society |
| Between 1994-1996 | Postgraduate CME Course CME, Inc. |
| 1995 | "Managing Fatigue in Transportation: Promoting Safety and Productivity" Multimodal Educational Symposium. Invited speaker. |
|  | National Transportation Safety Board and NASA Ames Research Center |
| 1995 | Neurology Grand Rounds |
|  | Emory University School of Medicine, Atlanta GA |
| 1995 | Invited Speaker. |
|  | Air Force Office of Scientific Research Headquarters |
| 1995 | Invited Speaker. |
|  | Merck Pharmaceutical |
| 1995 | Invited Speaker. |
|  | American Physiological Society, Dartmouth |
| 1995 | Invited Speaker. |
|  | Aerospace Medical Association |
| 1995 | Invited Speaker. |
|  | National Foundation for Brain Research |
| 1995 | Invited Speaker. |
|  | New England Science Writers Association |
| 1995 | Invited Speaker. |
|  | Association of Professional Sleep Societies |
| 1995 | "Meet the Professor" |
|  | Association of Professional Sleep Societies |
| Between | NASA Workshop on Aging and Spaceflight. Invited Speaker. |

| | |
|---|---|
| 1997-2001 | National Institute on Aging, Bethesda MD |
| Between | Plenary session speaker. |
| 1997-2001 | International Conference on Managing Fatigue in Transportation |
| Between | Systems Physiology Workshop. Invited Speaker. |
| 1997-2001 | National Research Council, National Academy of Sciences |
| Between | Invited Speaker. |
| 1997-2001 | National Space Biomedical Research Institute |
| Between | Invited Speaker. |
| 1997-2001 | Federal Transit Administration, Department of Transportation |
| Between | Invited Speaker. |
| 1997-2001 | Johnson Space Center, National Aeronautics and Space Administration |
| Between | Invited Speaker. |
| 1997-2001 | Charleston Air Force Base, Air Force Office of Scientific Research |
| Between | Invited Speaker (2 symposia) |
| 1997-2001 | Society for Research on Biological Rhythms |
| Between | Invited Speaker. |
| 1997-2001 | Recent Progress in Hormone Research Conference, The Endocrine Society |
| Between | Invited Speaker. |
| 1997-2001 | Cephalon, Inc. |
| Between | Workshop Speaker. |
| 1997-2001 | American Physiological Society |
| Between | Symposium Speaker. |
| 1997-2001 | Society for Neuroscience |
| Between | Workshop Speaker. |
| 1997-2001 | Society for Research on Biological Rhythms |
| Between | Workshop Speaker. |
| 1997-2001 | American Academy of Sleep Medicine |
| Between | Keynote Speaker. |
| 1997-2001 | Committee of Interns and Residents |
| Between | Invited Speaker. |
| 1997-2001 | Biological Effects of Light Symposium |
| Between | Faculty Guest Lecturer. Symposium chair |
| 1997-2001 | Gordon Conference on Chronobiology |
| Between | Faculty Guest Lecturer. |
| 1997-2001 | Gordon Conference on Pineal Physiology |
| Between | Postgraduate CME Course. Faculty Guest Lecturer. |
| 1997-2001 | American Medical Association, American Academy of Sleep Medicine. |
| Between | Medicine Conference on Sleep, Fatigue and Medical Training. Faculty Guest Lecturer. |
| 1997-2001 | Virginia |
| Between | Keynote speaker |
| 1997-2001 | Association of Professional Sleep Societies |
| Between | Faculty Guest Lecturer. "Meet the Professor" |
| 1997-2001 | Associated Professional Sleep Societies |
| Between | Postgraduate CME Course. Faculty Guest Lecturer and course organizer. |
| 1997-2001 | Associated Professional Sleep Societies |
| Between | Keynote Speaker. |
| 2002-2008 | Society for Research on Biological Rhythms Annual Meeting |
| Between | Invited Speaker. |
| 2002-2008 | Association for Patient Oriented Research |
| Between | Neurology Grand Rounds |

| 2002-2008 | Johns Hopkins University School of Medicine, Baltimore, MD |
| Between | Invited Speaker. |
| 2002-2008 | Vanda Pharmaceuticals, Rockville, MD |
| Between | Invited Speaker. |
| 2002-2008 | Association of American Medical Colleges, Washington, DC |
| Between | Invited Speaker. |
| 2002-2008 | Accreditation Council of Graduate Medical Education Annual Education Conference, Chicago IL |
| Between | Invited Speaker. |
| 2002-2008 | Institute of Life Sciences: Sleep, Energy and Health Symposium, Washington, DC |
| Between | Invited Speaker. |
| 2002-2008 | Institute for Systems Biology, Seattle WA |
| Between | Invited Speaker. |
| 2002-2008 | Neurocrine Biosciences |
| Between | Faculty guest lecturer |
| 2002-2008 | Neurocrine, San Diego CA |
| Between | Trainee Day Speaker. |
| 2002-2008 | Association of Professional Sleep Societies |
| Between | Postgraduate CME "Year in Review" |
| | Lecturer "Insomnia and Beyond" |
| | Lecturer "Shift Work Sleep Disorder" |
| 2002-2008 | Associated Professional Sleep Societies Annual Meeting |
| 2004 | Invited Speaker. |
| | Bioterrorism and Trauma Conference, University of Maryland, Baltimore MD |
| 2004 | Invited Speaker. National Sleep Conference |
| | National Center for Sleep Disorders research, National Heart, Lung and Blood Institute, NIH, Bethesda, MD |
| 2005 | Semi-Annual Joint Grand Rounds in Surgery and Anesthesia and Pfizer Lecturer in Sleep |
| | University of Michigan Health Systems, Ann Arbor MI |
| 2005 | Invited Symposium Speaker. |
| | Society of Critical Care Medicine, Phoenix, AZ |
| 2005 | Invited Speaker, Trainee Symposium. |
| | Sleep Research Society, Denver, CO |
| 2005 | Keynote Speaker. |
| | Annual Meeting, Committee of Interns & Residents, Washington, DC |
| 2005 | Gordon Wilson Lecture: "Work Hours, Sleep And Patient Safety In Residency Training" |
| | Annual Meeting, American Clinical and Climatological Association |
| 2006 | Invited Speaker. |
| | American Academy of Allergy, Asthma and Immunology Program Directors' Winter Meeting |
| 2006 | Symposium Speaker |
| | Annual Meeting, Association of University Anesthesiologists, Tucson AZ |
| 2006 | Clinical Grand Rounds |
| | National Institutes of Health, Bethesda MD |
| 2006 | Psychiatry Grand Rounds. |
| | Dartmouth Medical School, Lebanon, NH |
| 2006 | Beckwith Family Lecture. Medical Grand Rounds. |
| | Brown University, Providence, Rhode Island |
| 2006 | Faculty Guest Lecturer. |
| | University of Virginia Medical School |

| | |
|---|---|
| 2006 | Faculty Guest Lecturer.<br>University of Pennsylvania, PA |
| 2006 | Grand Rounds.<br>National Institutes of Health, Bethesda MD |
| 2006 | Faculty Guest Lecturer.<br>Center for Patient Safety Research and Practice, Executive Council Meeting, Boston, MA |
| 2007 | "Sleep Deprivation and Fire/Emergency Services— Just How Dangerous Is It?" Invited Speaker<br>U.S. Fire Administration (USFA) Executive Fire Officer Program Graduate Symposium, Emmitsburg, MD |
| 2007 | Dorcas Cummings Lecture "Work Hours, Sleep and Safety: Physician Heal Thyself"<br>Invited Symposium Speaker "Human Circadian Rhythms"<br>72nd Symposium: Clocks and Rhythms, Cold Spring Harbor Laboratory, NY |
| 2007 | "Effects of Extended Work Hours on Intern Safety and Health and Medical Mistakes".<br>Invited Speaker<br>Office of the Director Seminar Series, National Institute for Occupational Safety and Health |
| 2007 | WALS Invited lecture: "Application of Sleep Science and Circadian Biology to Clinical Medicine".<br>National Institutes of Health, Bethesda MD |
| 2007 | "Impact of Sleep Deprivation on Clinical Care"<br>Duke University Medical Center, NC |
| 2007 | Invited Panelist "The Basics. Science & Society Issues. What we think we know about sleep. A clinical primer" and "Influences of Sleep Behavior - from Genes to Environment. Functional Genomics. Drugs. Light. Sleep apnea"<br>The Science Network at the Salk Institute, CA |
| 2007 | Human Research Program Investigators' Workshop<br>NASA, League City TX |
| 2007 | "Circadian Rhythms, Sleep and Work Hours: Ethical Implications for Health Care Workers"<br>Morehouse School of Medicine, Atlanta, GA |
| 2007 | "Circadian rhythm sleep disorders"<br>Neurobiology of Disease Workshop, Society for Neuroscience, CA |
| 2007 | Invited Speaker, Trainee Symposium.<br>Sleep Research Society, Minneapolis, MN |
| 2008 | Invited Symposium Speaker: "Human Circadian Rhythms"<br>and "Meet the Professor"<br>Society for Research on Biological Rhythms Annual Meeting, Destin FL |
| 2008 | Postgraduate Course: "Creating a Division of Sleep Medicine"<br>Trainee day speaker: "Public Health and Sleep"<br>Invited lecturer: "Sleep and circadian rhythms in humans: Tales of translation from the lab to practice"<br>Association of Professional Sleep Societies Annual Meeting, Baltimore MD |
| 2008 | Keynote Speaker "Sleep and Public Policy"<br>9th Annual Upper Midwest Sleep Society, University of Wisconsin, Madison WI |
| 2008 | Invited Speaker: "Genetic vulnerability to neurocognitive dysfunction from sleep loss:  An ethical dilemma for the medical profession"<br>American Clinical and Climatological Association Annual Meeting, Ponte Verde FL |
| 2008 | Invited Speaker: "Duty Hours and Sleep Deprivation:  When Will the Residents Learn?"<br>Association of Professors of Medicine Fall Symposium, Florida |

| 2009 | Invited Speaker: "Work, Sleep Hours and Patient Safety" |
| | Society for Obstetric Anesthesia and Perinatology, 41st Annual Meeting, Washington DC |
| 2009 | Invited Speaker Trainee Symposium "Public Health and Sleep" |
| | Association of Professional Sleep Societies Annual Meeting, Seattle WA |
| 2009 | Medicine Grand Rounds |
| | University of Washington, Seattle, WA |
| 2009 | Guest Faculty: "Medical and Genetic Differences in the Adverse Impact of Sleep Loss on Performance: Ethical Considerations for the Medical Profession" |
| | GME Institutional Lecture Series, University of Virginia, Charlottesville, VA |
| 2010 | Invited Speaker: "The human circadian rhythm" |
| | Nocturnal Frontal Lobe Epilepsy [sponsored by Alliance for Epilepsy Research and the Office of Rare Diseases Research at the NIH] Sanibel Island, FL |
| 2010 | Keynote address: "Neurobiology of the Human Circadian Pacemaker of its Role in the Regulation of Sleep" |
| | MSTP program (MD-PhD), Duke University School of Medicine, Durham, NC |
| 2010 | Organizer & Speaker: "Circadian Rhythm Disorders" |
| | Circadian Rhythms and Metabolic Disease workshop, NIDDK/NIH, Bethesda, MD |
| 2010 | "Meet the Professor" |
| | Society for Research on Biological Rhythms Annual Meeting, Destin FL |
| 2010 | Meet the Professor: "Resetting the human circadian pacemaker with light" |
| | Association of Professional Sleep Societies Annual Meeting, San Antonio, TX |
| 2010 | Invited Speaker: "Regulation of sleep in humans" |
| | Sackler Colloquium - Quantification of Behavior, National Academy of Sciences, Washington, DC |
| 2010 | Conference Co-chair "Shift work and sleep: Optimizing health, safety and performance" |
| | American College of Occupational and Environmental Medicine (ACOEM) and NIH, Arlington, VA [Sponsored by Cephalon, Inc.] |
| 2011 | Invited Speaker "Light, Sleep, and Circadian Regulation of the Pineal Hormone Melatonin" |
| | Endocrine Research Seminar, University of Chicago, Chicago, IL |
| 2011 | Invited Speaker "Resident Physician Work Hours, Patient Safety, and Occupational Health: Striking a Balance" |
| | Medicine Grand Rounds, University of Chicago, Chicago, IL |
| 2011 | Conference Co-chair "Sleep Health and Safety" and Speaker |
| | National Sleep Foundation (NSF), Washington DC |
| 2011 | Keynote Speaker "The Impact of Sleep Deprivation & Shift Work on Medical Errors" |
| | North East Sleep Society, Newport RI |
| 2011 | Session Chair "Circadian Adaptation to Martian Sol Panel" and Invited Speaker "Near-24-hour Intrinsic Period of the Human Circadian Pacemaker: Challenge for Adaptation to the Martian Sol" |
| | 18th IAA Humans in Space Symposium, Houston TX |
| 2011 | Invited Neonatology Lecture "Circadian Rhythms, Development and Neonatal Intensive Care" |
| | University of Colorado, Denver CO |
| 2011 | Pediatric Grand Rounds "Optimizing Physician Work Hours and Sleep to Improve Patient Safety and Occupational Health" |
| | University of Colorado, Denver CO |
| 2011 | Session Chair "Sleep and Memory in Normal Aging" and Invited Speaker "Age-related changes in sleep organization" |
| | Sleep in Aging and Dementias Meeting, NIA, Bethesda MD |

| | |
|---|---|
| 2011 | Invited Program Speaker "Changing the game: Using circadian bio-markers in clinical medicine" |
| | Minneapolis, MN [Sponsored by Philips/Respironics] |
| 2011 | Invited Speaker, Discussion Panel "Sleep Science and the Law: The Legal State of Mind of Drowsy and Sleeping Parties in Legal Proceedings" |
| | Association of Professional Sleep Societies Annual Meeting, Minneapolis MN |
| 2011 | Chair, Discussion Panel "The National Institutes of Health Sleep Research Plan (2011)" |
| | Association of Professional Sleep Societies Annual Meeting, Minneapolis MN |
| 2011 | Invited Speaker, Advisory Committee" Addressing Obstructive Sleep Apnea In CMV Drivers" |
| | Federal Motor Carrier Safety Administration, Alexandria VA |
| 2012 | Invited Speaker, Sleeplessness Panel |
| | WME Entertainment, San Diego CA |
| 2012 | Invited Speaker, Ethics Debate: Sleep Deprived Surgeons Should Not be Allowed to Operate Without Patients' Consent |
| | Society of Thoracic Surgeons, Fort Lauderdale FL |
| 2012 | Invited Speaker; Sleep Health & Safety Conference |
| | National Sleep Foundation, Washington DC |
| 2012 | Invited Speaker |
| | NSBRI Board of Directors, Houston TX |
| 2012 | Panelist "The City Dark" |
| | AAAS, New York City, NY |
| 2012 | Meet the Professor |
| | Society for Research on Biological Rhythms, Destin FL |
| 2012 | Speaker, Discussion Panel "Measuring Sleepiness in Drivers: The Challenges and Controversies" |
| | Association of Professional Sleep Societies Annual Meeting, Boston MA |
| 2012 | Invited Speaker "Body Mass Index is an Effective Measure for Occupational Screening of Employees at High Risk for Moderate to Severe Obstructive Sleep Apnea: Implications for DOT Commercial Driver Medical Examinations" |
| | Association of Professional Sleep Societies Annual Meeting, Boston MA |
| 2012 | Invited Speaker "Sleepless in Seattle (and Elsewhere): Women and the Need for Quality Sleep" |
| | AWHONN (Association of Women's Health, Obstetric and Neonatal Nurses), Annual Meeting, National Harbor MD |
| 2013 | Invited Speaker "Light as a countermeasure for circadian rhythms, sleep, alertness, performance, mood, endocrine and other physiologic factors" and "Effects of sleep and sleep deprivation on brain and behavior" |
| | NSBRI inter-team meeting "Effects of Long Duration Spaceflight on Brain and Behavior", Houston TX |
| 2013 | Invited Speaker "Prevalence and Consequences of Sleep Disorders among American Law Enforcement Officers" |
| | National Sleep Foundation Sleep Health & Safety Conference, Washington DC |
| 2013 | Invited Speaker "The Sleep Gap: Why is it growing?" |
| | Science in Medicine Annual Lecturer, University of Washington, Seattle WA |
| 2013 | Faculty Speaker – Postgraduate Course "Basic and Translational Circadian Science for the Clinician and Trainee" |
| | Association of Professional Sleep Societies Annual Meeting, Baltimore MD |
| 2013 | Speaker – Discussion Group "Advancing Sleep and Circadian Rhythms Research" |
| | Association of Professional Sleep Societies Annual Meeting, Baltimore MD |

| | |
|---|---|
| 2013 | Chair and Speaker "State of the Art Symposium on Drowsy Driving: Impact of Sleep Deficiency on Real Motor Vehicle Driving Performance and Perception of Drowsiness" Association of Professional Sleep Societies Annual Meeting, Baltimore MD |
| 2013 | Invited Speaker "Genetics of Neurobehavioral Functions during the 12-Month ISS Mission (ISS12): Capitalizing on Discoveries in Circadian, Sleep and Stress Neurobiology" NASA, Houston TX |
| 2013 | Invited Special Lecture "Interacting Influence of Sleep and Circadian Clocks on Human Physiology and Cognitive Performance" Society for Neuroscience Annual Conference, San Diego CA |
| 2014 | Faculty Speaker - Emerging Clinical and Business Trends in Sleep Medicine Course. "Sleep and Anesthesia: Are They One in the Same?" and "The Role of Circadian Rhythms in Pilots Who Navigate Across Time Zones" American Academy of Sleep Medicine, Phoenix AZ |
| 2014 | Invited Speaker "Shift Work and Its Effects on Healthcare Workers" Symposium entitled 'The Impact of Circadian Disruption on Shift Workers: Healthcare and Disease', Montefiore Medical Center, Bronx NY |
| 2014 | Invited Speaker – Workshop "Funding outside the NIH" Association of Professional Sleep Societies Annual Meeting, Minneapolis MN |
| 2014 | Speaker – Discussion Group "Stone soup: Leveraging research resources and opportunities" Association of Professional Sleep Societies Annual Meeting, Minneapolis MN |
| 2014 | Meet the Professor Association of Professional Sleep Societies Annual Meeting, Minneapolis MN |
| 2014 | Speaker – Workshop "Clocks in the Clinic: Should we have Chronobiology Clinics?" Society for Research on Biological Rhythms Biennial Meeting, Big Sky MT |
| 2014 | Meet the Professor Society for Research on Biological Rhythms Biennial Meeting, Big Sky MT |
| 2014 | Invited Presenter "Sleep and Circadian Rhythms in Spaceflight - a review" Special Workshop on 'Sleep on Earth and in Space: Risk Factors, Health & Performance Outcomes, and Countermeasures', NASA/NSBRI, Houston TX |
| 2014 | Invited Speaker "Sleep, Health and Safety of First Responders" National Sleep Foundation Sleep Health & Safety Conference, Washington DC |
| 2015 | Advocate, Sleep Leadership Summit National Sleep Foundation, Washington DC |
| 2015 | Invited Speaker "Teasing apart the impact of prior exposure to recurrent circadian disruption and chronic sleep restriction on pancreatic β-cell responsiveness" National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), Workshop on "Impact of Sleep and Circadian Disruption on Energy Balance and Diabetes", Bethesda MD |
| 2015 | Invited Faculty "Sleep, Circadian Rhythms, and Performance" Stanford University School of Medicine/National Sleep Foundation, CME course "Managing Sleep Health in the Primary Care Setting", Stanford CA |
| 2015 | Speaker "Irregular Sleep In College Students: Consequences For Sleep Consolidation Circadian Rhythms And Performance" Association of Professional Sleep Societies Annual Meeting, Seattle WA |
| 2015 | Invited Speaker "The A to ZZZs of Sleep" Robb Report Health and Wellness Summit, Park City UT |
| 2015 | Invited Panelist "Sleep for Performance, Safety and Health" Office of Naval Research workshop 'Restorative Sleep', Arlington VA |
| 2015 | Invited Speaker "Interactive Effects of Sleep and Circadian Rhythms on the Performance, |

Safety and Health: Implications for the Military"
The WRAIR Distinguished Speakers Seminar Program, Walter Reed army Institute of Research, Silver Spring MD

2015    Invited Speaker "Circadian Rhythm Disorders"
Vermont and New Hampshire Society for Respiratory Care, Annual Meeting, Meredith NH

2015    Invited Panelist "Digital Media and Psychological/Emotional/Physical Development in Adolescents"
Arthur M. Sackler Colloquium Digital Media and Developing Minds, Irvine CA

2015    Invited Speaker "Balancing the Needs for Research and Action"
National Highway Traffic Safety Administration (NHTSA) Drowsy Driving Forum, Washington DC

2015    Invited Speaker "Drowsy Driving Overview: Data, Measurement & Contributing Factors"
Sleep Health and Safety Conference, National Sleep Foundation (NSF), Washington DC

2015    Invited Speaker "Impact of Circadian Rhythms on Sleep and Sleep Disorders"
Sleep Summit: Advanced Topics in Narcolepsy and OSA, Sponsored by Jazz Pharmaceuticals, Palo Alto CA

2016    Keynote Speaker "Sleep Deficiency and Motor Vehicle Crashes"
Maryland Sleep Society Seventh Annual Scientific Meeting, Baltimore MD

2016    Speaker – Symposium "Effects of light on human circadian rhythms"
Society for Research on Biological Rhythms Biennial Meeting, Tampa FL

2016    Speaker "Brigham and Women's Hospital Presents: Living Better Longer - The Science Behind Healthy Aging"
BWH Spotlight Health at Aspen Ideas Festival, Aspen CO

2016    Invited Speaker "The Secrets of Sleep"
Robb Report Health and Wellness Summit, Park City UT

2016    Invited Panelist "How Sleep Can Improve Your Bottom Line"
National Sleep Foundation Sleep Works Summit, Washington DC

2017    Invited Panelist "Mini Symposium in Circadian Rhythms"
Hawaii Sleep Health and Wellness Foundation's Conference

2017    Invited Speaker "Circadian Clocks, Sleep and Health"
UC San Diego Circadian Biology Symposium, San Diego CA

2017    Invited Speaker "Sleep Regulation in Humans"
Invited Speaker University of Washington Graduate Program in Neuroscience, Seattle WA

2017    Invited Speaker "Deficient Sleep in Teens: The Consequences. Impact on Health"
Adolescent Sleep, Health, and School Start Times, Washington DC

2017    Invited Speaker "OSA and Trains, Planes and Automobiles"
American Academy of Dental Sleep Medicine Annual Meeting, Boston MA

2017    Speaker "The Global Council on Brain Health Consensus Statement and Recommendations for Maintaining Healthy Sleep for Brain Health"
Association of Professional Sleep Societies Annual Meeting, Boston MA

2017    Invited Speaker "Chronobiology, Circadian Rhythms, and Sleep: Clinical and Advanced Translational FindingsDoD State of the Science Summit Pathophysiology of PTSD: Rethinking Drug Targets

2017    Speaker "Brigham and Women's Hospital Presents: Vulnerabilities and Resiliency across the Life Span: The Brain"
BWH Spotlight Health at Aspen Ideas Festival, Aspen CO

2017    Invited Speaker "Sleep and Fatigue Effect on Performance"
Special Operations Forces (SOF) Performance Nutrition Summit, Fort Bragg NC

2017    Invited Speaker for 4 talks:

52

|      | 1: Sleep Medications and Athletic Performance |
|------|------|
|      | 2: Circadian Effect on Sports Performance |
|      | 3: Sleep and Fatigue Management in the Workplace: Jet lag & Travel Fatigue for Business Management |
|      | 4: Panel Discussion: Going Without Sleep is Nothing to Brag About |
|      | Alaska Sleep Conference, Anchorage AK *sponsored by Ganesco* |
| 2017 | Invited Speaker "Fatigue in our heroes: Addressing fatigue risk in first responders story" |
|      | National Safety Council Annual Meeting, Indianapolis IN |
| 2018 | Invited Speaker "Circadian clock regulation of sleep and wakefulness in humans" |
|      | Salk/Foundation Ipsen/Science Symposium on Biological Complexity: Biology of Time (Circadian, Lunar and Seasonal Rhythms), La Jolla CA |
| 2018 | Invited speaker for colloquium on "Sleep, Chronic Fatigue and Autoimmune Disease" |
|      | AARDA (American Autoimmune Related Disease Association), Washington DC |
| 2018 | Invited Speaker for IES 2018 Research Symposium Light + Human Health |
|      | IES (Illuminating Engineering Society), Atlanta GA |
| 2018 | Invited Speaker "Sleep and Circadian Rhythms: Impact on Performance, Health and Safety of U.S. Navy and Marine Corps Personnel" |
|      | Office of Naval Research (ONR) Distinguished Lecture Series, Arlington VA |
| 2018 | Invited Speaker "Guidelines of OSA Management in Commercial Motor Vehicle Operators" |
|      | American Academy of Dental Sleep Medicine Annual Meeting, Baltimore MD |
| 2018 | Speaker "Is sleeping long bad for you" |
|      | Association of Professional Sleep Societies Annual Meeting, Baltimore MD |
| 2018 | Invited Speaker "Sleep Timing Variability Consensus Panel" |
|      | National Sleep Foundation Sleep Health Forum, Association of Professional Sleep Societies Annual Meeting, Baltimore MD |
| 2018 | Invited Speaker "The Sleep Deprived Brain's Influence on Aging" |
|      | 6th Annual AspenBrainLab, Aspen Brain Institute, Aspen CO |
| 2018 | Expert Panelist for Drowsy Driving Attitudes, Knowledge, and Behavior Project. |
|      | NHTSA, Washington DC |
| 2018 | Invited Panel Speaker, SRS Regulatory Meeting |

**International**

|      |      |
|------|------|
| 1976 | Invited Speaker. |
|      | Max-Planck-Institüt für Verhaltensphysiologie, Erling-Andechs, Germany |
| Between | Invited Speaker. |
| 1976-1980 | 3rd International Congress of Sleep Research, Tokyo |
| Between | Invited Speaker. |
| 1981-1984 | International Union of Physiological Sciences, Budapest |
| Between | Invited Speaker. |
| 1981-1984 | International Workshop on Sleep/wake disorders: natural history, epidemiology and long-term evolution, Ravena, Italy |
| 1984 | Invited Speaker. Symposium on Biological Rhythms. |
|      | International Congress on Neuroreceptor Mechanisms in Human Disease, Fondazione Internationale Menarini, Florence, Italy |
| 1986 | "Effects of automation on operator performance". Invited Speaker |
|      | Commission of the European Communities, Université René Descartes, Paris, France |
| 1987 | Invited Speaker. |
|      | 5th International Congress of Sleep Research, Copenhagen, Denmark |

| 1987 | Invited Speaker. |
| | German Institute for Aerospace Medicine, Köln, Germany |
| 1987 | Invited Speaker. |
| | International Conference on Chronobiology, Leiden, Netherlands |
| 1987 | Invited Speaker. |
| | NATO Defense Research Group Seminar on Sleep and its Implications for the Military, Lyon, France |
| 1988 | Invited Speaker. |
| | European Congress of Sleep Research, Jerusalem |
| 1988 | Invited Speaker. |
| | Workshop on Polyphasic and Ultrashort Sleep-Wake Patterns, Tuscany, Italy |
| 1988 | Invited Speaker. |
| | Institute of Pharmacology, University of Zurich, Zurich, Switzerland |
| 1988 | Invited Speaker. |
| | Tenth International Symposium, Center of Research on Neurological Sciences, University of Montreal, Quebec, Canada |
| 1989 | "Mechanisms in the timing of sleep: Consequences for depression research". Invited Speaker. |
| | University of Groningen 375th Anniversary Symposium, Netherlands |
| 1989 | "Cardiovascular and Nervous System Effects of Ovarian Secretions". Invited Speaker. |
| | Serono Symposium, Dubrovnik, Croatia |
| 1989 | Invited Speaker. |
| | 2nd Milano International Symposium on Sleep, Milan, Italy |
| 1989-1990 | Faculty research sponsor; Research Elective 1 medical student; ~15 hours/year |
| | Philipps University, Marburg, Germany |
| 1992-1994 | Faculty research sponsor; Research Elective 1 medical student; ~15 hours/year |
| | Medical School of the Technical University of Munich, Munich, Germany |
| 1998-2003 | Co-Mentor, Doctoral Student in Pharmacology |
| | Swiss Federal Institute of Technology, Zurich, Switzerland |
| 1990 | Invited Speaker |
| | 17th Congress, Collegium Internationale Neuro-Psychopharmacologicum, Kyoto, Japan |
| 1990 | Invited Speaker |
| | American Society for Photobiology, Vancouver, British Columbia, Canada |
| 1990 | Invited Speaker |
| | Workshop on Psychophysiological Measures in Transport Operations, Commission of the European Communities, Paris, France |
| 1990 | Invited Speaker |
| | Japan Institute for the Science of Labor, Tokyo, Japan |
| 1990 | Invited Speaker |
| | National Institute of Health Services and the Central Health Institution, Tokyo, Japan |
| 1991 | Invited Symposium Speaker/Co-Chairperson: "Endocrine and Metabolic Correlates of Sleep and Wakefulness in Humans" |
| | Invited Workshop Speaker: "Constant Routines" |
| | World Federation of Sleep Research Societies, Cannes, France |
| 1991 | Invited Speaker |
| | Study Group on Circadian Rhythms, Fondation pour L'Etude du Systeme Nerveux et Peripherique, Geneva, Switzerland |
| 1991 | Invited Speaker |
| | Gordon Research Conference on Chronobiology, Irsee, Germany |
| 1991 | Invited Speaker |

| | |
|---|---|
| | Workshop on Concepts and Models of Sleep Regulation, Zurich, Switzerland |
| 1992 | Keynote Speaker |
| | International Brain Research Organization-Suisse, Zurich, Switzerland |
| 1994 | Invited Speaker |
| | International Conference on Work Hours, Sleepiness and Accidents Karolinska Institute, Stockholm, Sweden. |
| Between | Invited Speaker |
| 1994-1996 | Ciba Foundation Symposium, London, United Kingdom |
| | |
| 1995 | Invited Speaker |
| | World Federation of Sleep Research Societies, Bahamas |
| 1996 | Invited Speaker |
| | Japanese Society for Sleep Research, Sapporo, Japan |
| 1996 | Invited Speaker |
| | International Workshop on Circadian Light Reception and Regulation, Lyon, France |
| Between | Invited Speaker |
| 1997-2001 | International Conference on Managing Fatigue in Transportation, Karolinska Institute, Stockholm, Sweden |
| Between | Workshop chair and Trainee Day speaker |
| 1997-2001 | Third International Congress, World Federation of Sleep Research Societies, Dresden, FRG |
| 2002 | Symposium co-chair and Invited Speaker |
| | American Society for Photobiology, Quebec City, Canada |
| Between | Invited Speaker |
| 2002-2008 | 1st International Conference on Circadian Rhythms, Sleep and Cognition, Toronto, Canada |
| 2003 | Plenary Speaker |
| | World Congress on Chronobiology, Sapporo, Japan |
| 2003 | Invited Speaker. Autumn School "Circadian Rhythms" |
| | Institute of Biology, Humboldt-University, Charité Hospital, Berlin, Germany |
| 2003 | Invited Speaker |
| | British Medical Association, London, United Kingdom |
| 2003 | Invited Speaker |
| | Gordon Research Conference on Chronobiology, Barga, Italy |
| 2003 | Invited Speaker |
| | Launch Event, Surrey Sleep Research Centre, Guildford, England |
| 2004 | Invited Speaker |
| | Spark Workshop, Unilever, United Kingdom |
| 2004 | Invited Speaker |
| | 2nd Annual Sleep Disorders Forum, Sanofi Synthelabo, Paris, France |
| 2005 | Plenary Address |
| | X International Congress, Brazilian Sleep Research Society, Curitiba, Brazil |
| 2005 | Plenary Speaker |
| | New Zealand Resident Doctors Association Professional Conference on Safer Working Hours in Medicine, Auckland, New Zealand |
| 2006 | Distinguished Leader in Medicine Lecture "Work Hours, Health and Safety in the Medical Profession" |
| | Dalhousie University, Halifax, Canada |
| 2007 | Invited Speaker "The neurobiology of the human circadian pacemaker, and medical education in the United States" |
| | Osaka University, Japan |

| | |
|---|---|
| 2007 | Invited Speaker ""Neurobiology of the human circadian pacemaker and Sleep Regulation" & "Establishing Divisions of Sleep Medicine at the Harvard Medical School: Fostering education, patient care and research"<br>University of Tsukuba, Japan |
| 2007 | Invited Speaker. "Recent advances of sleep medicine for work safety"<br>Tokyo Electric Power Company, Japan |
| 2007 | Invited Speaker "Clinical trial of the efficacy of Modafinil in the treatment of shift work sleep disorder"<br>Japanese Sleep Research Society, Japan |
| 2007 | Invited Speaker "Sleep loss and sleep disorders: Public health impact"<br>Monash University, Melbourne, Australia |
| 2007 | Invited Speaker "Safe working hours and Fatigue"<br>and Panelist "Different perspectives on the health industry workforce"<br>University of Sydney, Australia |
| 2007 | Invited Speaker "Influence of Internal Circadian Phase on Excessive Sleepiness and Behavioral Alertness in Patients with Shift-Work Sleep Disorder (SWSD)"<br>18th International Symposium on Shiftwork and Working Time, Yeppoon, Australia |
| 2007 | Plenary Speaker "Sleep Medicine in the 21st Century"<br>5th Congress of the World Federation of Sleep Research and Sleep Medicine Societies, Cairns, Australia |
| 2007 | Invited Speaker "Sleep Medicine and Education"<br>University of Zurich, Switzerland |
| 2007 | Invited Speaker "24 Hour Society and Work; an Update on Better Shift Work"<br>Harvard Medical School Dubai Center Institute for Postgraduate Education & Research, Dubai, UAE |
| 2008 | Invited Speaker "Sleep, work, productivity and safety"<br>6th International Sleep Disorders Forum, Toronto, Canada |
| 2010 | Symposium Co-chair "Sleep in unusual and extreme environments"<br>20th Meeting of the European Sleep Research Society, Lisbon, Portugal |
| 2010 | Invited Speaker "Sleep deficiency, drowsiness and circadian dysregulation: assessment, consequences and treatment approaches"<br>Decade of the Mind Conference, Singapore |
| 2010 | Invited Speaker<br>Astronaut Center of China, Beijing, China |
| 2011 | Invited Speaker "Regulation of sleepiness: the importance of light, circadian rhythms, and homeostasis"<br>Stress Research Institute, University of Stockholm: Working Time Society; Satellite Symposium 'The Sleepy Brain', Stockholm, Sweden |
| 2011 | Invited Speaker "Fatigue risk management in transport"<br>Working Time Society; 20th International Symposium on Shiftwork and Working Time |
| 2011 | Keynote Speaker "Sleep and Work Schedules in Modern Society"<br>World Association of Sleep Medicine, Quebec City, Canada |
| 2011 | Invited Educational Lecture "Circadian Rhythms, Human, Sleep & Wake"<br>6th World Congress of the World Sleep Federation, Kyoto, Japan |
| 2011 | Invited Speaker "Sleep in Space"<br>JAXA Symposium, Kyoto, Japan |
| 2011 | Invited Speaker<br>Satellite Meeting 'Translational Sleep Research - From animal research to human study', Kyoto, Japan |
| 2011 | Invited Public Lecture |

|      | Kyoto, Japan |
|------|--------------|
| 2011 | Invited Speaker |
|      | International Symposium on Photonic Bioimaging and Satellite Symposium of WorldSleep 2011 on Human Circadian Clock: the 50th anniversary of temporal isolation study, Sapporo, Japan |
| 2011 | Invited Speaker |
|      | Board of Directors Meeting, Canadian Association of Internes & Residents, Ottawa ON (remote presentation) |
| 2012 | Invited Speaker "Human circadian rhythms: Impact on sleep and cognition" |
|      | Seminar in Neuroscience, Biocentre in Basel, Basel, Switzerland |
| 2012 | Invited Speaker "Shift work, circadian rhythms, health and performance" & "Work hours, sleep and patient safety in medicine" |
|      | International Postgraduate Course "The Risk of Fatigue", University Hospital, Basel, Switzerland |
| 2013 | Invited Speaker |
|      | "Non-visual Forum, University of Manchester, Manchester, United Kingdom |
| 2013 | Invited Speaker "Pathophysiology of Drowsy Driving: Impact of Circadian Rhythms, Sleep Deficiency and Shift Work" |
|      | Excessive Daytime Sleepiness, Work and Road Safety Conference, University of Bologna, Bologna, Italy |
| 2013 | Invited Speaker – Special Lecture "Role of Sleep Medicine and Chronobiology for Optimizing Productivity, Safety and Health in the Workplace" |
|      | 86th Annual Meeting of the Japan Society for Occupational Health, Matsuyama City, Japan (remote presentation) |
| 2014 | Discussion Leader in three sessions (1) 'Rethinking Health', (2) 'Do-it-yourself Health' and (3) 'From Hyper to Healthy' |
|      | World Economic Forum, Annual Meeting 2014, Davos-Klosters, Switzerland |
| 2014 | Invited Lecture |
|      | University of Bordeaux, Bordeaux, France. |
| 2016 | Invited Speaker |
|      | Zurich Global Risk Management Summit, Cannes, France |
| 2016 | Invited Lecture "Non-24-Hour Disorder: History, Pathophysiology and Clinical Assessment" |
|      | Annual Congress of the German Sleep Society (DGSM), Dresden Germany |
| 2017 | Plenary Speaker, "Impact of Artificial Light on Entrainment of the Human Circadian" |
|      | Annual Congress, European Biological Rhythms Society (EBRS), Amsterdam Netherlands |
| 2018 | Keynote Lecture "Sleep and Health: A Clinical Research Priority" |
|      | Zurich Sleep Medicine Symposium 2018 / International Symposium of the CRPP Sleep & Health, University of Zürich, Zürich, Germany |
| 2018 | Invited Faculty |
|      | "The Role of Circadian Biology in Preventing and Treating Pathology" |
|      | Ludwig-Maximilians-University of Munich, Germany |

# Report of Clinical Activities and Innovations

## Current Licensure and Certification

| 1982- | Diplomate, American Board of Sleep Medicine |
|-------|---------------------------------------------|

# Report of Technological and Other Scientific Innovations

| | |
|---|---|
| Assessment and Modification of a Subject's Endogenous Circadian Cycle. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee: Brigham and Women's Hospital. Patent Number 612182. Issue Date: 10/25/91; Country: Australia. |
| Test for Evaluation of Visual Functioning in Visually Impaired Subjects. | **Czeisler CA**, Martens H, Shanahan TL. Assignee: Brigham and Women's Hospital. Patent Number 5,146,927. Issue Date: 9/15/92; Country: U.S. |
| Assessment and Modification of a Subject's Endogenous Circadian Cycle. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee: Brigham and Women's Hospital. Patent Number 5,163,426. Issue Date: 11/17/92; Country: U.S. |
| Assessment and Modification of Endogenous Circadian Phase and Amplitude. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee: Brigham and Women's Hospital. Patent Number 5,167,228. Issue Date: 12/1/92; Country: U.S. |
| Assessment and Modification of Circadian Phase and Amplitude. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee: Brigham and Women's Hospital. Patent Number 5,176,133. Issue Date: 1/5/93; Country: U.S. |
| Assessment and Modification of a Subject's Endogenous Circadian Cycle. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee: Brigham and Women's Hospital. Patent Number 1327630. Issue Date: 3/8/94; Country: Canada. |
| Assessment and Modification of a Human Subject's Circadian Cycle. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee: Brigham and Women's Hospital. Patent Number 5,304,212. Issue Date: 4/19/94; Country: U.S. |
| Apparatus for Producing and Delivering High-Intensity Light to a Subject. | **Czeisler CA**, Kronauer RE, Kyricos CJ. Assignee: Brigham and Women's Hospital and Light Sciences, Inc. Patent Number 5,503,637. Issue Date: 4/2/96; Country: U.S. |
| Intermittent Use of Bright Light to Modify the Circadian Phase. | **Czeisler CA**, Kronauer RE. Assignee: Brigham and Women's Hospital. Patent Number 5,545,192. Issue Date: 8/13/96; Country: U.S. |
| Method of Facilitating the Physiological Adaption to an Activity/Rest Schedule and | **Czeisler CA**, Kronauer RE, Allan JS. Assignee: Brigham and Women's Hospital. Patent Number 363440. Issue Date: 5/14/97; Country: Europe (Recorded in Austria, Belgium, France, Germany, Italy, Luxembourg, Netherlands, Sweden, Switzerland, Liechtenstein & Great Britain). |

| | |
|---|---|
| Apparatus for Prescribing a Substantially Optimum Stimulus Regimen of Pulses of Bright Light to Allow a Subject's Circadian Cycle to be Modified to a Desired State. | |
| Method and Device for Modifying the Circadian Cycle in Humans. | **Czeisler CA**, Kronauer RE, Allan JS.  Assignee:  Brigham and Women's Hospital.  Patent Number 477282.  Issue Date:  5/14/97; Country: Europe (Recorded in Austria, Belgium, Switzerland, Liechtenstein, Germany, Denmark, Spain, France, Great Britain, Italy, Luxembourg, Netherlands & Sweden). |
| Assessment and Modification of a Subject's Endogenous Circadian Cycle. | **Czeisler CA**, Kronauer RE, Allan JS.  Assignee:  Brigham and Women's Hospital.  Patent Number 2739725.  Issue Date:  1/24/98; Country: Japan. |
| Modification of Endogenous Circadian Pacemaker. | **Czeisler CA**, Kronauer RE, Allan JS. Assignee:  Brigham and Women's Hospital.  Patent Number 2928636.  Issue Date: 5/14/99; Country: Japan. |
| Test for evaluation of visual functioning in visually impaired subjects | **Czeisler CA**, Martens H, Shanahan TL. Assignee: Brigham and Women's Hospital.  Filing Date: 6/15/92; Country: WO. |
| Method for modifying or resetting the circadian cycle using short wavelength light | Brainard GC, **Czeisler CA**, Kronauer RE, Lockley SW. Brigham and Women's Hospital.  Filing Date: 7/14/04; Country: WO. CA. JP. U.S (util)  Brainard GC, **Czeisler CA**, Kronauer RE, Lockley SW. Brigham and Women's Hospital.  Filing Date: 4/25/05; Country: U.S. (pct) |
| High sensitivity of the human circadian pacemaker to resetting by short wavelength light. | Brainard GC, **Czeisler CA**, Kronauer RE, Lockley SW. Brigham and Women's Hospital.  Filing Date: 7/14/04; Country: EP |

# Report of Education of Patients and Service to the Community

## Activities

| | |
|---|---|
| 2008 | Panelist, Discovery Panel, NASA Future Forums. Museum of Science, Boston, MA  http://www.nasa.gov/50th/future_forums/bostonWithGallery.html |
| 2011 | Invited Speaker "Sleep to Thrive" TEDx Cambridge 'Thrive', Cambridge, MA  http://www.tedxcambridge.com/thrive/charles-a-czeisler/ |
| 2012 | Invited Speaker webcast FORUM presentation, Harvard School of Public Health, Boston, MA |

"FIGHTING THE CLOCK: How America's Sleep Deficit is Damaging Long-term Health"
http://theforum.sph.harvard.edu/events/sleep-deprivation-fighting-the-clock

2012          Invited Speaker, "The City Dark" AAAS Washington, DC
              http://www.aaas.org/news/releases/2012/0531night_sky.shtml

# Report of Scholarship

## Peer reviewed publications in print or other media

**Research Investigations**

1.  **Czeisler CA**, Moore-Ede MC, Regestein QR, Kisch ES, Fang VS, Ehrlich EN. Episodic 24-hour cortisol secretory patterns in patients awaiting elective cardiac surgery. *J Clin Endocrinol Metab* 1976; 42:273-283. PMID: 1262431

2.  Kokkoris CP, Weitzman ED, Pollak CP, Spielman AJ, **Czeisler CA**, Bradlow H.  Long term ambulatory temperature monitoring in a subject with a hypernychthemeral sleep-wake cycle disturbance.  *Sleep* 1978; 1:177-190. PMID: 756061

3.  **Czeisler CA**, Weitzman ED, Moor e-Ede MC, Zimmerman JC, Knauer RS.  Human sleep: its duration and organization depend on its circadian phase.  *Science* 1980; 210:1264-1267. PMID: 7434029

4.  Lydic R, Schoene WC, **Czeisler CA**, Moore-Ede MC.  Suprachiasmatic region of the human hypothalamus: homolog to the primate circadian pacemaker?  *Sleep* 1980; 2:355-362. PMID: 6773133

5.  **Czeisler CA**, Zimmerman JC, Ronda J, Moore-Ede MC, Weitzman ED.  Timing of REM sleep is coupled to the circadian rhythm of body temperature in man.  *Sleep* 1980; 2:329-346. PMID: 7403736

6.  Weitzman ED, **Czeisler CA**, Zimmerman JC, Ronda JM.  Timing of REM and stages 3 + 4 sleep during temporal isolation in man.  *Sleep* 1980; 2:391-408. PMID: 7403740

7.  Zimmerman JC, **Czeisler CA**, Laxminarayan S, Knauer RS, Weitzman ED.  REM density is dissociated from REM sleep timing during free-running sleep episodes.  *Sleep* 1980; 2:409-416. PMID: 7403741

8.  **Czeisler CA**, Richardson GS, Coleman RM, Zimmerman JC, Moore-Ede MC, Dement WC, Weitzman Ed.  Chronotherapy: resetting the circadian clocks of patients with delayed sleep phase insomnia. *Sleep* 1981; 4:1-21. PMID: 7232967

9.  Weitzman ED, **Czeisler CA**, Coleman RM, Spielman AJ, Zimmerman JC, Dement WC, Richardson GS, Pollak CP.  Delayed sleep phase syndrome: a chronobiological disorder with sleep-onset insomnia. *Archiv Gen Psychiatry* 1981; 38:737-746. PMID: 7247637

10. **Czeisler CA**, Richardson GS, Zimmerman JC, Moore-Ede MC, Weitzman ED.  Entrainment of human circadian rhythms by light-dark cycles: a reassessment.  *Photochem Photobiol* 1981; 34:239-247. PMID: 7267730

11. Bernstein IL, Zimmerman JC, **Czeisler CA**, Weitzman ED.  Meal patterns in free-running humans. *Physiol Behav* 1981; 27:621-623. PMID: 7323164

12. Kronauer RE, **Czeisler CA**, Pilato SF, Moore-Ede MC, Weitzman ED. Mathematical model of the human circadian system with two interacting oscillators.  *Am J Physiol* 1982; 242:R3-R17. PMID: 7058927

13. Weitzman ED, Moline ML, **Czeisler CA**, Zimmerman JC. Chronobiology of aging: temperature, sleep-

wake rhythms and entrainment. *Neurobiol Aging* 1982; 3: 299-309. PMID: 7170047

14. **Czeisler CA**, Moore-Ede MC, Coleman RM.  Rotating shift work schedules that disrupt sleep are improved by applying circadian principles. *Science* 1982; 217:460-463. PMID: 7089576

15. Weitzman ED, Zimmerman JC, **Czeisler CA**, Ronda J. Cortisol secretion is inhibited during sleep in normal man. *J Clin Endocrinol Metab* 1983; 56:352-358. PMID: 6822642

16. Gander PH, Kronauer RE, **Czeisler CA**, Moore-Ede MC.  Simulating the action of zeitgebers on a coupled two-oscillator model of the human circadian system. *Am J Physiol* 1984;247:R418-R426. PMID: 6476142

17. Gander PH, Kronauer RE, **Czeisler CA**, Moore-Ede MC.  Modeling the action of zeitgebers on the human circadian system: comparisons of simulations and data. *Am J Physiol* 1984; 247:R427-R444. PMID: 6476143

18. Richardson GS, Moore-Ede MC, **Czeisler CA**, Dement WC. Circadian rhythms of sleep and wakefulness in mice: analysis using long-term automated recording of sleep. *Am J Physiol* 1985; 248:R320-R330. PMID: 3838419

19. Muller JE, Stone PH, Turi ZG, Rutherford JD, **Czeisler CA**, Parker C, Poole WK, Hartwell TD, Scheiner E, Gold HK, Jaffe AS, Raabe DS, Rude RE, Passamani E, Roberts R, Robertson T, Sobel BE, Willerson JT, Braunwald E, and the MILIS study group.  Circadian variation in the frequency of onset of acute myocardial infarction. *N Engl J Med* 1985; 313:1315-1322. PMID: 2865677

20. Strogatz SH, Kronauer RE, **Czeisler CA**.  Circadian regulation dominates homeostatic control of sleep length and prior wake length in humans. *Sleep* 1986; 9:353-364. PMID: 3505735

21. Moline ML, Monk TH, Wagner DR, Pollak CP, Kream J, Fookson JE, Weitzman ED, **Czeisler CA**. Human growth hormone release is decreased during sleep in temporal isolation (free-running). *Chronobiologia* 1986; 13:13-19. PMID: 3720426

22. Gordon NP, Cleary PD, Parker CE, **Czeisler CA**.  The prevalence and health impact of shift work. *Am J Pub Health* 1986; 76:1225-1228. PMID: 3752325; PMCID: PMC1646676.

23. **Czeisler CA**, Allan JS, Strogatz SH, Ronda JM, Sánchez R, Ríos CD, Freitag WO, Richardson GS, Kronauer RE. Bright light resets the human circadian pacemaker independent of the timing of the sleep-wake cycle. *Science* 1986; 233:667-671. PMID: 3726555

24. Strogatz SH, Kronauer RE, **Czeisler CA**.  Circadian pacemaker interferes with sleep onset at specific times each day: role in insomnia. *Am J Physiol* 1987; 253:R172-R178. PMID: 3605382

25. Tofler GH, Brezinski D, Schafer AI, **Czeisler CA**, Rutherford JD, Willich SN, Gleason RE, Williams GH, Muller JE.  Concurrent morning increase in platelet aggregability and the risk of myocardial infarction and sudden cardiac death. *N Engl J Med* 1987; 316:1514-1518. PMID: 3587281

26. Brezinski DA, Tofler GH, Muller JE, Pohjola-Sintonen S, Willich SN, Schafer AI, **Czeisler CA**, Williams GH.  Morning increase in platelet aggregability: association with assumption of the upright

posture. *Circulation* 1988; 78: 35-40. PMID: 3289790

27.   **Czeisler CA**, Kronauer RE, Allan JS, Duffy JF, Jewett ME, Brown EN, Ronda JM.  Bright light induction of strong (type 0) resetting of the human circadian pacemaker. *Science* 1989; 244:1328-1333. PMID: 2734611

28.   **Czeisler CA**, Johnson MP, Duffy JF, Brown EN, Ronda JM, Kronauer RE.  Exposure to bright light and darkness to treat physiologic maladaptation to night work. *N Engl J Med* 1990; 322:1253-1259. PMID: 2325721

29.   Jewett ME, Kronauer RE, **Czeisler CA**.  Light-induced suppression of endogenous circadian amplitude in humans. *Nature* 1991; 350:59-62. PMID: 2002845

30.   Shanahan TL, **Czeisler CA**.  Light exposure induces equivalent phase shifts of the endogenous circadian rhythms of circulating plasma melatonin and core body temperature in men. *J Clin Endocrinol Metab* 1991; 73:227-235. PMID: 1856258

31.   Johnson MP, Duffy JF, Dijk DJ, Ronda JM, Dyal CM, **Czeisler CA**.  Short-term memory, alertness and performance: a reappraisal of their relationship to body temperature. *J Sleep Res* 1992; 1:24-29. PMID: 10607021

32.   Brown EN, **Czeisler CA**.  The statistical analysis of circadian phase and amplitude in constant-routine core-temperature data. *J Biol Rhythms* 1992; 7:177-202. PMID: 1421473

33.   Gold DR, Rogacz S, Bock N, Tosteson TD, Baum TM, Speizer FE, **Czeisler CA**.  Rotating shift work, sleep, and accidents related to sleepiness in hospital nurses. *Am J of Public Health* 1992; 82:1011-1014. PMID: 1609900; PMCID: PMC1694075.

34.   **Czeisler CA**, Dumont M, Duffy JF, Steinberg JD, Richardson GS, Brown EN, Sánchez R, Ríos CD, Ronda JM.  Association of sleep-wake habits in older people with changes in output of circadian pacemaker. *The Lancet* 1992; 340:933-936. PMID: 1357348

35.   Klein T, Martens H, Dijk DJ, Kronauer RE, Seely EW, **Czeisler CA**.  Chronic non-24-hour circadian rhythm sleep disorder in a blind man with a regular 24-h sleep-wake schedule. *Sleep* 1993; 16:333-343. PMID: 8341894

36.   Dijk DJ and **Czeisler CA**.  Body temperature is elevated during the rebound of slow wave sleep following 40 hours of sleep deprivation on a constant routine. *J Sleep Res* 1993; 2:117-120. PMID: 10607081

37.   Dijk DJ, Hayes B, **Czeisler CA**.  Dynamics of electroencephalographic sleep spindles and slow wave activity in men: effect of sleep deprivation. *Brain Res* 1993; 626:190-199. PMID: 8281430

38.   Allan JS and **Czeisler CA**.  Persistence of the circadian thyrotropin rhythm under constant conditions and after light-induced shifts of circadian phase. *J Clin Endocrinol Metab* 1994; 79:508-512. PMID: 8045970

39.   Budnick LD, Lerman SE, Baker TL, Jones H and **Czeisler CA**.  Sleep and alertness in a 12-hour rotating

shift work environment. *J Occup Med* 1994; 36:1295-1300. PMID: 7884570

40.   Dijk DJ, **Czeisler CA**. Paradoxical timing of the circadian rhythm of sleep propensity serves to consolidate sleep and wakefulness in humans. *Neurosci Lett* 1994; 166:63-68. PMID: 8190360

41.   Boivin DB, Duffy JF, Kronauer RE, **Czeisler CA**.  Sensitivity of the human circadian pacemaker to moderately bright light. *J Biol Rhythms* 1994; 9:315-331. PMID: 7772798

42.   Jewett ME, Kronauer RE, **Czeisler CA**.  Phase-amplitude resetting of the human circadian pacemaker via bright light: a further analysis. *J Biol Rhythms* 1994; 9:295-314. PMID: 7772797

43.   Dijk DJ, **Czeisler CA**.  Contribution of the circadian pacemaker and the sleep homeostat to sleep propensity, sleep structure, electroencephalographic slow waves, and sleep spindle activity in humans. *J Neuroscience* 1995; 15:3526-3538. PMID: 7751928

44.   **Czeisler CA**, Shanahan TL, Klerman EB, Martens H, Brotman DJ, Emens JS, Klein T, Rizzo III JF. Suppression of melatonin secretion in some blind patients by exposure to bright light. *N Engl J Med* 1995; 332:6-11. PMID: 7990870

45.   Klerman EB, Dijk DJ, Kronauer RE, **Czeisler CA**. Simulations of effect of light on human circadian pacemaker: implications for assessment of intrinsic period. *Am J Physiology* 1996; 270:R271-R282. PMID: 8769811

46.   Boivin DB, Duffy JF, Kronauer RE, **Czeisler CA**. Dose-response relationships for resetting of human circadian clock by light. *Nature* 1996; 379:540-542. PMID: 8596632

47.   Waldstreicher J, Duffy JF, Brown EN, Rogacz S, Allan JS, **Czeisler CA**. Gender differences in the temporal organization of prolactin (PRL) secretion: Evidence for a sleep-independent circadian rhythm of circulating prolactin levels. *J Clin Endocrinol Metab*, 1996; 81:1483-1487. PMID: 8636355

48.   Duffy JF, Kronauer RE, **Czeisler CA**.  Phase-shifting human circadian rhythms: Influence of sleep timing, social contact and light exposure. *J Physiol* (London), 1996; 495.1: 289-297. PMID: 8866371; PMCID: PMC1160744.

49.   Richardson GS, Wyatt JK, Sullivan JP, Orav EJ, Ward AE, Wolf MA, **Czeisler CA**.  Objective assessment of sleep and alertness in medical house staff and the impact of protected time for sleep. *Sleep*, 1996; 19:718-726. PMID: 9122559

50.   El-Hajj Fuleihan G, Klerman EB, Brown EN, Choe Y, Brown EM, **Czeisler CA**.  The parathyroid hormone circadian rhythm is truly endogenous. *J Clin Endocrinol Metab* 1997; 82: 281-286. PMID: 8989274

51.   Boivin DB, **Czeisler CA**, Dijk D-J, Duffy JF, Folkard S, Minors DS, Totterdell P, Waterhouse JM. Complex interaction of the sleep-wake cycle and circadian phase modulates mood in healthy subjects. *Arch Gen Psychiatry* 1997; 54: 145-152. PMID: 9040282

52.   Brown EN, Choe Y, Shanahan TL, **Czeisler CA**.  A mathematical model of diurnal variations in human plasma melatonin levels. *Am J Physiology* 1997; 272: E506-E516. PMID: 9124558

53.   Jewett ME, Rimmer DW, Duffy JF, Klerman EB, Kronauer RE, **Czeisler CA**. The human circadian pacemaker is sensitive to light throughout subjective day without evidence of transients. *Am J Physiology* 1997; 273: R1800-1809. PMID: 9374826

54.   Zeitzer JM, Kronauer RE, **Czeisler CA**.  Photopic transduction implicated in human circadian entrainment.  *Neurosci Lett* 1997; 232: 135-138. PMID: 9310298

55.   Dijk DJ, Shanahan TL, Duffy JF, Ronda JM, **Czeisler CA**.  Variation of electroencephalographic activity during non-rapid eye movement sleep with phase of circadian melatonin rhythm in humans.  *J Physiol (London)* 1997; 505.3: 851-858. PMID: 9457658; PMCID: PMC1160058.

56.   Boivin DB, **Czeisler CA**. Resetting of circadian melatonin and cortisol rhythms in humans by ordinary room light. *Neuroreport* 1998; 9: 779-782. PMID: 9579664

57.   Klerman EB, Rimmer DW, Dijk DJ, Kronauer RE, Rizzo III JF, **Czeisler CA**. Nonphotic entrainment of the human circadian pacemaker. *Am J Physiol* 1998; 274: R991-R996. PMID: 9575961

58.   Duffy JF, Dijk DJ, Klerman EB, **Czeisler CA**.  Later endogenous circadian temperature nadir relative to an earlier waketime in older people.  *Am J Physiol* 1998; 275: R1478-R1487. PMID: 9791064

59.   Jewett ME, Wyatt JK, Ritz-De Cecco A, Khalsa SB, Dijk DJ, **Czeisler CA**.  Time course of sleep inertia dissipation in human performance and alertness. *J Sleep Res* 1999; 8: 1-8. PMID: 10188130

60.   Wei HG, Riel E, **Czeisler CA**, Dijk DJ. Attenuated amplitude of circadian and sleep-dependent modulation of electroencephalographic sleep spindle characteristics in elderly human subjects. *Neurosci Lett*; 1999; 260:29-32. . PMID: 10027692

61.   Duffy JF, Dijk D-J, Hall EF, **Czeisler CA**.  Relationship of endogenous circadian melatonin and temperature rhythms to self-reported preference for morning or evening activity in young and older people. *J Investig Med* 1999; 47:141-150. PMID: 10198570

62.   Dijk D-J, Duffy JF, Riel E, Shanahan TL, **Czeisler CA**.  Ageing and the circadian and homeostatic regulation of human sleep during scheduled desynchrony of rest, melatonin and temperature rhythms. *J Physiol (London)* 1999; 516: 611-627. PMID: 10087357; PMCID: PMC2269279.

63.   Kelly TL, Neri DF, Grill JT, Ryman D, Hunt PD, Dijk D-J, Shanahan TL, **Czeisler CA**.  Nonentrained circadian rhythms of melatonin in submariners scheduled to an 18-hour day. *J Biol Rhythms* 1999; 14: 190-196. PMID: 10452330

64.   Shanahan TL, Kronauer RE, Duffy JF, Williams GH, **Czeisler CA**.  Melatonin rhythm observed throughout a three-cycle bright-light stimulus designed to reset the human circadian pacemaker. *J Biol Rhythms* 1999; 14: 237-253. PMID: 10452336

65.   Cajochen C, Khalsa SB, Wyatt JK, **Czeisler CA**, Dijk D-J.  EEG and ocular correlates of circadian melatonin phase and neurobehavioral decrements during sleep loss.  *Am J Physiol* 1999; 277: R640-R649. PMID: 10484479

66.   **Czeisler CA**, Duffy JF, Shanahan TL, Brown EN, Mitchell JF, Rimmer DW, Ronda JM, Silva EJ, Allan JS, Emens JS, Dijk DJ, Kronauer RE.  Stability, precision, and near-24-hour period of the human

circadian pacemaker. *Science* 1999; 284: 2177-2181. PMID: 10381883

67.    Klerman EB, Lee Y, **Czeisler CA**, Kronauer RE.  Linear demasking techniques are unreliable for estimating the circadian phase of ambulatory temperature data.  *J Biol Rhythms* 1999; 14: 260-274. PMID: 10447306

68.    Wyatt JK, Ritz-De Cecco A, **Czeisler CA**, Dijk D-J.  Circadian temperature and melatonin rhythms, sleep, and neurobehavioral function in humans living on a 20-h day.  *Am J Physiol* 1999; 277:R1152-R1163. PMID: 10516257

69.    Zeitzer JM, Daniels JE, Duffy JF, Klerman EB, Shanahan TL, Dijk DJ, **Czeisler CA**.  Do plasma melatonin concentrations decline with age? *Am J Med* 1999; 107: 432-436. PMID: 10569297

70.    Zeitzer JM, Ayas NT, Shea SA, Brown R, **Czeisler CA**.  Absence of detectable melatonin and preservation of cortisol and thyrotropin rhythms in tetraplegia.  *J Clin Endocrinol Metab* 2000; 85:2189-2196.  PMID: 10852451

71.    Spengler CM, **Czeisler CA**, Shea SA.  An endogenous circadian rhythm of respiratory control in humans.  *J Physiol (London)* 2000; 526 Pt 3:683-694. PMID: 10922018; PMCID: PMC2270042.

72.    Cajochen C, Zeitzer JM, **Czeisler CA**, Dijk DJ. Dose-response relationship for light intensity and ocular and electroencephalographic correlates of human alertness.  *Behav Brain Res* 2000; 115:75-83. PMID: 10996410

73.    Zeitzer JM, Dijk DJ, Kronauer RE, Brown EN, **Czeisler CA**.  Sensitivity of the human circadian pacemaker to nocturnal light: melatonin phase resetting and suppression.  *J Physiol (London)* 2000; 526 Pt 3:695-702. PMID: 10922269; PMCID: PMC2270041.

74.    Brown EN, Choe Y, Luithardt H, **Czeisler CA**.  A statistical model of the human core-temperature circadian rhythm.  *Am J Physiol Endocrinol Metab* 2000; 279: 279:E669-E683. PMID: 10950837

75.    Rimmer DW, Boivin DB, Shanahan TL, Kronauer RE, **Czeisler CA**.  Dynamic resetting of the human circadian pacemaker by intermittent light.  *Am J Physiol Regul Integr Comp Physiol* 2000; 279:R1574-R1579. PMID: 11049838

76.    Khalsa SBS, Jewett ME, Duffy JF, **Czeisler CA**. The timing of the human circadian clock is accurately represented by the core body temperature rhythm following phase shifts to a three-cycle light stimulus near the critical zone.  *J Biol Rhythms* 2000; 15:524-530. PMID: 11106069

77.    Klerman EB, Zeitzer JM, Duffy JD, Khalsa SBS, **Czeisler CA**.  Absence of an increase in the duration of the circadian melatonin secretory episode in totally blind human subjects. *J Clin Endocrinol Metab* 2001; 86:3166-3170. PMID: 11443183

78.    Dijk DJ, Duffy JF, **Czeisler CA**.  Age-related increase in the frequency of awakenings:  Impaired consolidation of nonREM sleep at all circadian phases.  *Sleep* 2001;24:565-577. PMID: 11480654

79.    Klerman EB, Duffy JF, Kronauer RE, **Czeisler CA**.  Circadian phase resetting in older people by ocular bright light exposure.  *J Invest Med* 2001; 49:30-40. PMID: 11217145

80.   Duffy JF, Rimmer DW, **Czeisler CA**.  Association of intrinsic period with morningness-eveningness, usual waketime, and circadian phase.  *Behavioral Neurosci* 2001;115:895-899.  PMID: 11508728

81.   Elliott AR, Shea SA, Dijk DJ, Wyatt JK, Riel E, Neri DF, **Czeisler CA**, West JB, Prisk GK. Microgravity reduces sleep-disordered breathing in humans.  *Am J Respir Crit Care Med* 2001; 164:478-485.  PMID: 11500354

82.   Horowitz TS, Cade B, Wolfe JM, **Czeisler CA**.  Efficacy of bright light and sleep/darkness scheduling in alleviating circadian maladaptation to night work. *Am J Physiol: Endocrinol Metab* 2001; 281:E384-E391. PMID: 11440916

83.   Dijk DJ, Neri DF, Wyatt JK, Ronda JM, Riel E, Ritz-De Cecco A, Hughes RJ, Elliott AR, Prisk GK, West JB, **Czeisler CA**.  Sleep, performance, circadian rhythms and light-dark cycles during two space shuttle flights.  *Am J Physiol Regul Integr Comp Physiol* 2001; 281:R1647-R1664.  PMID: 11641138

84.   Wright Jr KP, Hughes RJ, Kronauer RE, Dijk DJ, **Czeisler CA**.   Intrinsic near-24-h pacemaker period determines limits of circadian entrainment to a weak synchronizer in humans.  *Proc Natl Acad Sci* 2001; 98:14027-14032. PMID: 11717461

85.   Duffy JF, Zeitzer JM, Rimmer DW, Klerman EB, Dijk DJ, **Czeisler CA**.  Peak of circadian melatonin rhythm occurs later within the sleep of older subjects.  *Am J Physiol Endocrinol Metab* 2002; 282:E297-E303. PMID: 11788360

86.   Duffy JF, **Czeisler CA**.  Age-related change in the relationship between circadian period, circadian phase, and diurnal preference in humans.  *Neurosci Lett* 2002; 318:117-120.  PMID: 11803113

87.   Khalsa SBS, Conroy DA, Duffy JF, **Czeisler CA**, Dijk DJ.  Sleep and circadian-dependent modulation of REM density.  *J Sleep Res* 2002 11:53-59.  PMID: 11869427

88.   Wright Jr KP, Hull JT, **Czeisler CA**. Relationship between alertness, performance, and body temperature in humans. *Am J Physiol Regul Integr Comp Physiol* 2002; 283: R1370-R1377. PMID: 12388468

89.   Cajochen C, Wyatt J, **Czeisler CA**, Dijk D. Separation of circadian and wake duration-dependent modulation of EEG activation during wakefulness. *Neuroscience*. 2002; 114:1047-1060. PMID: 12379258

90.   Klerman EB, Shanahan TL, Brotman DJ, Rimmer DW, Emens JS, Rizzo JF 3rd, **Czeisler CA**. Photic resetting of the human circadian pacemaker in the absence of conscious vision. *J Biol Rhythms* 2002; 17:548-555. PMID: 12465888

91.   Wright Jr KP, **Czeisler CA**. Absence of circadian phase resetting in response to bright light behind the knees.  *Science* 2002; 297:571. PMID: 12142528

92.   Khalsa SBS, Jewett ME, Cajochen C, **Czeisler CA**. A phase response curve to single bright light pulses in human subjects. *J Physiol (Lond)* 2003; 549:945-952. PMID: 12717008

93.   Hull JT, Wright Jr KP, **Czeisler CA**.  The influence of subjective alertness and motivation on human performance independent of circadian and homeostatic regulation.  *J Biol Rhythms* 2003; 18:329-38.

PMID: 12932085

94.   Lockley SW, Brainard GC, **Czeisler CA**. High sensitivity of the human circadian melatonin rhythm to resetting by short wavelength light. *J Clin Endocrinol Metab* 2003; 88:4502-4505. PMID: 12970330

95.   Horowitz TS, Cade BE, Wolfe JM, **Czeisler CA**. Searching night and day: a dissociation of effects of circadian phase and time awake on visual selective attention and vigilance. *Psychol Sci* 2003; 14: 549-557. PMID: 14629685

96.   Wyatt JK, Cajochen C, Ritz-De Cecco A, **Czeisler CA**, Dijk D-J. Low dose, repeated caffeine administration for circadian-phase dependent performance degradation during extended wakefulness. *Sleep* 2004; 27: 374-381. PMID: 15164887

97.   Gronfier C, Wright Jr KP, Kronauer RE, Jewett ME, **Czeisler CA**. Efficacy of a Single Sequence of Intermittent Bright Light Pulses for Delaying Circadian Phase in Humans. *Am J Physiol: Endocrinol Metab* 2004; 287:E174-E181. PMID: 15039146

98.   Barger LK, Wright Jr KP, Hughes RJ, **Czeisler CA**. Daily exercise facilitates phase delays of circadian melatonin rhythm in very dim light. *Am J Physiol: Regul Integr Comp Physiol* 2004; 286: R1077-R1084. PMID: 15031136

99.   Smith KA, Schoen MW, **Czeisler CA**. Adaptation of human pineal melatonin suppression by prior photic history. *J Clin Endocrinol Metab* 2004; 89:3610-3614. PMID: 15240654

100.  Lockley SW, Cronin JW, Evans EE, Cade BE, Lee CJ, Landrigan CP, Rothschild JM, Katz JT, Lilly CM, Stone PH, Aeschbach D, **Czeisler CA**; Harvard Work Hours, Health and Safety Group. Effect of reducing interns' weekly work hours on sleep and attentional failures. *N Engl J Med* 2004; 351:1829-1837. PMID: 15509816

101.  Landrigan CP, Rothschild JM, Cronin JW, Kaushal R, Burdick E, Katz JT, Lilly CM, Stone PH, Lockley SW, Bates DW, **Czeisler CA**; Harvard Work Hours, Health and Safety Group. Effect of reducing interns' work hours on serious medical errors in intensive care units. *N Engl J Med* 2004; 351:1838-1848. PMID: 15509817

102.  Zeitzer JM, Ayas NT, Wu AD, **Czeisler CA**, Brown R. Bilateral oculosympathetic paresis associated with loss of nocturnal melatonin secretion in patients with spinal cord injury. *J Spinal Cord Med* 2005; 28:55-59. PMID: 15832904

103.  Wright KP Jr, Gronfier C, Duffy JF, **Czeisler CA**. Intrinsic period and light intensity determine the phase relationship between melatonin and sleep in humans. *J Biol Rhythms* 2005; 20:168-177. PMID: 15834113

104.  Barger LK, Cade BE, Ayas NT, Cronin JW, Rosner B, Speizer FE, **Czeisler CA**; Harvard Work Hours, Health, and Safety Group. Extended work shifts and the risk of motor vehicle crashes among interns. *N Engl J Med* 2005; 352:125-134. PMID: 15647575

105.  Zeitzer JM, Khalsa SB, Boivin DB, Duffy JF, Shanahan TL, Kronauer RE, **Czeisler CA**. Temporal dynamics of late-night photic stimulation of the human circadian timing system. *Am J Physiol Regul*

*Integr Comp Physiol* 2005; 289:R839-R844. PMID: 15890792

106.    Santhi N, Duffy JF, Horowitz TS, **Czeisler CA**.  Scheduling of sleep/darkness affects the circadian phase of night shift workers.  *Neurosci Lett* 2005; 384:316-320. PMID: 15919151

107.    **Czeisler CA**, Walsh JK, Roth T, Hughes RJ, Wright KP, Kingsbury L, Arora S, Schwartz JR, Niebler GE, Dinges DF; U.S. Modafinil in Shift Work Sleep Disorder Study Group.  Modafinil for excessive sleepiness associated with shift-work sleep disorder.  *N Engl J Med* 2005; 353:476-486. [Erratum in: N Engl J Med. 2005 353:1078] PMID: 16079371

108.    Rothschild JM, Landrigan CP, Cronin JW, Kaushal R, Lockley SW, Burdick E, Stone PH, Lilly CM, Katz JT, **Czeisler CA**, Bates DW.  The Critical Care Safety Study: The incidence and nature of adverse events and serious medical errors in intensive care.  *Crit Care Med* 2005; 33:1694-1700. PMID: 16096443

109.    Scheer FA, Zeitzer JM, Ayas NT, Brown R, **Czeisler CA**, Shea SA.  Reduced sleep efficiency in cervical spinal cord injury; association with abolished night time melatonin secretion.  *Spinal Cord* 2006; 44:78-81. PMID: 16130027

110.    Lockley SW, Evans EE, Scheer FAJL, Brainard GC, **Czeisler CA**, Aeschbach D.  Short-wavelength sensitivity for the direct effects of light on alertness, vigilance and waking electroencephalogram in humans.  *Sleep* 2006; 29:161-168. PMID: 16494083

111.    Wright KP Jr, Hull JT, Hughes RJ, Ronda JM, **Czeisler CA**.  Sleep and wakefulness out of phase with internal biological time impairs learning in humans.  *J Cognitive Neurosci* 2006; 18:508-521. PMID: 16768357

112.    Wertz AT, Ronda JM, **Czeisler CA**, Wright KP Jr.  The Effects of Sleep Inertia on Cognition.  *JAMA* 2006; 295: 163-164. PMID: 16403927

113.    Grady SP, Nishino S, **Czeisler CA**, Hepner D and Scammell TE.  Diurnal Variation in CSF Orexin-A in Healthy Male Subjects.  *Sleep* 2006; 29:295-297. PMID: 16553014

114.    Rothschild JM, Hurley AC, Landrigan CP, Cronin JW, Martell-Waldrop K, Foskett C, Burdick E, **Czeisler CA**, Bates DW. Recovery from medical errors: the critical care nursing safety net. *Jt Comm J Qual Patient Saf* 2006; 32:63-72. PMID: 16568919

115.    Wyatt JK, Dijk D-J, De Cecco AR, Ronda JM, **Czeisler CA**. Sleep-facilitating effect of exogenous melatonin in healthy young men and women is circadian phase dependent. *Sleep* 2006; 29:609-618. PMID: 16774150

116.    Ayas NT, Barger LK, Cade BE, Hashimoto DM, Rosner B, Cronin JW, Speizer FE, **Czeisler CA**. Extended work duration and the risk of self-reported percutaneous injuries in interns. *JAMA* 2006; 296:1055-1062.  PMID: 16954484

117.    Landrigan CP, Barger LK, Cade BE, Ayas NT, **Czeisler CA**. Interns' compliance with accreditation council for graduate medical education work-hour limits. *JAMA* 2006; 296:1063-1070.  PMID: 16954485

118.    Barger LK, Ayas NT, Cade BE, Cronin JW, Rosner B, Speizer FE, **Czeisler CA**. Impact of extended-

duration shifts on medical errors, adverse events, and attentional failures. *PLoS Med* 2006; 3:e487. PMID: 17194188. PMCID: PMC1705824.

119.   Duffy JF, Zeitzer JM, **Czeisler CA**.  Decreased sensitivity to phase-delaying effects of moderate intensity light in older subjects.  *Neurobiol Aging* 2007; 28:799-807. [2006 Apr 16; Epub ahead of print] PMID: 16621166; PMCID: PMC1855248.

120.   St. Hilaire MA, Klerman EB, Khalsa SB, Wright, Jr. KP, **Czeisler CA**, Kronauer RE.  Addition of a non-photic component to a light-based mathematical model of the human circadian pacemaker.  *J Theoretical Biol* 2007; 247: 583-599. PMID: 17531270; PMCID: PMC3123888.

121.   Scheer FAJL, Wright Jr. KP, Kronauer RE, **Czeisler CA**. Plasticity of the Intrinsic Period of the Human Circadian Timing System. *PLoS ONE* 2007; 2:e721. PMID: 17684566; PMCID: PMC1934931.

122.   Zeitzer JM, Duffy JF, Lockley SW, Dijk DJ, **Czeisler CA**. Plasma melatonin rhythms in young and older humans during sleep, sleep deprivation, and wake. *Sleep* 2007; 30:1437-1443. PMID: 18041478; PMCID: PMC2082092.

123.   Santhi N, Horowitz TS, Duffy JF, **Czeisler CA**. Acute sleep deprivation and circadian misalignment associated with transition onto the first night of work impairs visual selective attention. *PLoS ONE* 2007; 11:e1233. PMID: 18043740; PMCID: PMC2077929.

124.   Cain SW, Rimmer DW, Duffy JF, **Czeisler CA**. Exercise distributed across day and night does not alter circadian period in humans. *J Biol Rhythms* 2007; 22:534-541. PMID: 18057328

125.   Zaidi FH, Hull JT, Peirson SN, Wulff K, Aeschbach D, Gooley JJ, Brainard GC, Gregory-Evans K, Rizzo III JF, **Czeisler CA**, Foster RG, Moseley MJ, Lockley SW. Short-wavelength light sensitivity of circadian, pupillary, and visual awareness in humans lacking an outer retina. *Current Biology* 2007; 17, 2122-2128. PMID: 18082405; PMCID: PMC2151130.

126.   Gronfier C, Wright Jr. KP, Kronauer RE, **Czeisler CA**.  Entrainment of the human circadian pacemaker to longer-than-24h days. *Proc Nat Acad Sci* 2007; 104:9081-9086. PMID: 17502598; PMCID: PMC1885631.

127.   Santhi N, Aeschbach D, Horowitz TS, **Czeisler CA**. The impact of sleep timing and bright light exposure on attentional impairment during night work. *J Biol Rhythms* 2008; 23:341-352. PMID: 18663241; PMCID: PMC2574505.

128.   Duffy JF, Willson HJ, Wang W, **Czeisler CA**. Healthy older adults better tolerate sleep deprivation than young adults. *J Am Geriatr Soc* 2009; 57(7):1245-51. PMID: 19460089; PMCID: PMC3122254.

129.   Aeschbach D, Lockyer BJ, Dijk D-J, Lockley SW, Nuwayser ES, Nichols LD, **Czeisler CA**. Use of transdermal melatonin delivery to improve sleep maintenance during daytime. *Clin Pharmacol Ther* 2009; 86(4):378-82. PMID: 19606092; PMCID: PMC2909186.

130.   Lipton J, Megerian JT, Kothare SV, Cho YJ, Shanahan T, Chart H, Ferber R, Adler-Golden L, Cohen LE, **Czeisler CA**, Pomeroy SL. Melatonin deficiency and disrupted circadian rhythms in pediatric survivors of craniopharyngioma. *Neurology*. 2009;73(4):323-325. PMID: 19636054; PMCID:

PMC2715212.

131.    Rothschild JM, Keohane CA, Rogers S, Gardner R, Lipsitz SR, Salzberg CA, Yu T, Yoon CS, Williams DH, Wien MF, **Czeisler CA**, Bates DW, Landrigan CP. Risks of Complications by Attending Physicians After Performing Nighttime Procedures. *JAMA* 2009; 302(14):1565-72. PMID: 19826026

132.    **Czeisler CA,** Walsh JK, Wesnes KA, Arora S, Roth T. Armodafinil for treatment of excessive sleepiness associated with shift work disorder: A randomized controlled study. *Mayo Clinic Proc* 2009; 84(11):958-972. PMID: 19880686; PMCID: PMC2770907.

133.    Cohen DA, Wang W, Wyatt JK, Kronauer RE, Dijk DJ, **Czeisler CA**, Klerman EB. Uncovering residual effects of chronic sleep loss on human performance. *Sci Transl Med* 2010; 2(14):14ra3. PMID: 20371466; PMCID: PMC2892834.

134.    Münch M, Silva EJ, Ronda JM, **Czeisler CA,** Duffy JF. EEG sleep spectra in older adults across all circadian phases during NREM sleep. *Sleep* 2010; 33(3):389-401. PMID: 20337198; PMCID: PMC2831434.

135.    Gooley JJ, Rajaratnam SMW, Brainard GC, Kronauer RE, **Czeisler CA**, Lockley SW. Spectral responses of the human circadian system depend on the irradiance and duration of exposure to light. *Sci Transl Med* 2010; 2(31): 31ra33. PMID: 20463367

136.    Jung CM, Khalsa SB, Scheer FAJL, Cajochen C, Lockley SW, **Czeisler CA**, Wright KP Jr. Acute effects of bright light exposure on cortisol levels. *J Biol Rhythms* 2010; 25(3):208-216. PMID: 20484692; PMCID: PMC3686562.

137.    Blum AB, Raiszadeh F, Shea S, Mermin D, Lurie P, Landrigan CP, **Czeisler CA.** U.S. Public Opinion Regarding Proposed Limits on Resident-physician Work Hours. *BMC Med* 2010; 8:33. PMID: 20515479; PMCID: PMC2901227.

138.    Grady SP, Aeschbach D, Wright KP Jr., **Czeisler CA**. Effect of modafinil on impairments in neurobehavioral performance and learning associated with extended wakefulness and circadian misalignment. *Neuropsychopharmacol* 2010; 35(9):1910-1920. PMID: 20505660; PMCID: PMC2904872.

139.    Cain SW, Dennison CF, Zeitzer JM, Guzik AM, Khalsa SB, Santhi N, Schoen MW, **Czeisler CA**, Duffy JF. Sex differences in phase angle of entrainment and melatonin amplitude in humans. *J Biol Rhythms* 2010; 25(4):288-296. PMID: 20679498. PMCID: PMC3792014.

140.    Gordon JA, Alexander EK, Lockley SW, Evans EE, Venkatan SK, Landrigan CP, **Czeisler CA**. Does simulator-based clinical performance correlate with actual hospital behavior? The effect of extended work hours on patient care provided by medical interns. *Acad Med* 2010; 85(10):1583-1588. PMID: 20881679. PMCID: PMC3754850.

141.    Gooley JJ, Chamberlain K, Smith KA, Khalsa SB, Rajaratnam SM, Van Reen E, Zeitzer JM, **Czeisler CA**, Lockley SW. Exposure to room light before bedtime suppresses melatonin onset and shortens melatonin duration in humans. *J Clin Endocrinol Metab* 2011; 96(3):E463-72. PMID 21193540; PMCID: PMC3047226.

142.  Chang AM, Scheer FA, **Czeisler CA**. The human circadian system adapts to prior photic history. *J Physiol* 2011; 589(Pt5):1095-1102. PMID 21224217; PMCID: PMC3060589.

143.  Duffy JF, Cain SW, Chang AM, Phillips AJK, Münch MY, Gronfier C, Wyatt JK, Dijk D-J, Wright KP Jr., **Czeisler CA**. Sex difference in the near-24-hour intrinsic period of the human circadian timing system. *Proc Natl Acad Sci* 2011;108 Suppl 3:15602-8. [Epub May 2 2011] PMID 21536890; PMCID: PMC3176605.

144.  Jung CM, Ronda JM, **Czeisler CA**, Wright KP Jr. Comparison of sustained attention assessed by auditory and visual psychomotor vigilance tasks prior to and during sleep deprivation. *J Sleep Res* 2011; 20:348-355. PMID: 20819145; PMCID: PMC3603691.

145.  Phillips AJK, **Czeisler CA,** Klerman EB. Revisiting Spontaneous Internal Desynchrony using a Quantitative Model of Sleep Physiology. *J Biol Rhythms* 2011; 26:441-453. PMID 21921298; PMCID: PMC3557950.

146.  Rajaratnam SM, Barger LK, Lockley SW, Shea SA, Wang W, Landrigan CP, O'Brien CS, Qadri S, Sullivan JP, Cade BE, Epstein LJ, White DP, **Czeisler CA**; Harvard Work Hours, Health and Safety Group. Sleep disorders, health, and safety in police officers. *JAMA* 2011; 306:2567-78. PMID 22187276.

147.  Dijk DJ, Duffy JF, Silva EJ, Shanahan TL, Boivin DB, **Czeisler CA**. Amplitude reduction and phase shifts of melatonin, cortisol and other circadian rhythms after a gradual advance of sleep and light exposure in humans. *PLoS One* 2012; 7(2):e30037. PMID 22363414; PMCID: PMC3281823.

148.  Buxton OM, Cain SW, O'Connor SP, Porter JH, Duffy JF, Wang W, **Czeisler CA**, Shea SA. Metabolic consequences in humans of prolonged sleep restriction combined with circadian disruption. *Sci Transl Med* 2012; 4(129):129ra43. PMID: 22496545. PMCID: PMC3678519.

149.  Chang AM, Santhi N, St Hilaire MA, Gronfier C, Bradstreet DS, Duffy JF, Lockley SW, Kronauer RE, **Czeisler CA**. Human responses to bright light of different durations. *J Physiol* 2012; 590(13):3103-12. PMID: 22526883; PMCID: PMC3406393.

150.  St. Hilaire MA, Gooley JJ, Khalsa SBS, Kronauer RE, **Czeisler CA**, Lockley SW. Human Phase Response Curve (PRC) to a 1-hour pulse of bright white light. *J Physiol* 2012; 590(13):3035-45. PMID: 22547633; PMCID: PMC3406389.

151.  Klerman EB, Wang W, Duffy JF, Dijk D-J, **Czeisler CA**, Kronauer RE. Survival analysis indicates that age-related decline in sleep continuity occurs exclusively during NREM sleep. *Neurobiol Aging* 2013; 34(1):309-18. PMID: 22727943; PMCID: PMC3469724.

152.  Pomplun M, Silva EJ, Ronda JM, Cain SW, Münch MY, **Czeisler CA**, Duffy JF. The effects of circadian phase, time awake, and imposed sleep restriction on performing complex visual tasks: evidence from comparative visual search. *J Vision* 2012; 12(7) pii:14. PMID: 22836655.

153.  Berger M, Varvarigou V, Rielly A, **Czeisler CA,** Malhotra A, Kales SN. Employer-mandated sleep apnea screening and diagnosis in commercial drivers. *J Occup Environ Med* 2012; 54(8):1017-1025. PMID: 22850349; PMCID: PMC3415601.

154.  Anderson C, Sullivan JP, Flynn-Evans EE, Cade BE, **Czeisler CA**, Lockley SW. Deterioration of

neurobehavioral performance in resident physicians during repeated exposure to extended duration work shifts. *Sleep* 2012; 35(8):1137-46. PMID: 22851809; PMCID: PMC3397817.

155.  Lim ASP, Chang AM, Shulman JM, Raj T, Chibnik LB, Cain SW, Rothamel K, Benoist C, Myers AJ, **Czeisler CA**, Buchman AS, Bennett DA, Duffy JF, Saper CB, De Jager PL. A common polymorphism near PER1 and the timing of human behavioral rhythms. *Ann Neurol* 2012; 72(3):324-34. PMID: 23034908; PMCID: PMC3464954.

156.  Gooley JJ, Ho Mien I, St. Hilaire MA, Yeo SC, Chua ECP, Van Reen E, Hanley CJ, Hull JT, **Czeisler CA**, Lockley SW. Melanopsin and Rod–Cone Photoreceptors Play Different Roles in Mediating Pupillary Light Responses during Exposure to Continuous Light in Humans. *J Neurosci* 2012; 32(41):14242-53. PMID: 23055493; PMCID: PMC3515688.

157.  Rüger M, St. Hilaire MA, Brainard G, Khalsa SBS, Kronauer RE, **Czeisler CA**, Lockley SW. Human phase response curve to a single 6.5-h pulse of short-wavelength light. *J Physiol* 2013; 591 (Pt 1):353-63. PMID: 23090946; PMCID: PMC3630790.

158.  Crowley KE, Rajaratnam SMW, Shea SA, Epstein LJ, **Czeisler CA**, Lockley SW. Evaluation of a single-channel nasal pressure device to assess obstructive sleep apnea risk in laboratory and home environments. *J Clin Sleep Med* 2013; 9(2):109-116. PMID: 23372462; PMCID: PMC3544377.

159.  Shekleton JA, Rajaratnam SWM, Gooley JJ, Van Reen E, **Czeisler CA**, Lockley SW. Improved neurobehavioral performance during the wake maintenance zone. *J Clin Sleep Med* 2013; 9(4):353-362. PMID: 23585751; PMCID: PMC3601314.

160.  Sigurdardottir LG, Valdimarsdottir UA, Mucci LA, Fall K, Rider JR, Schernhammer E, **Czeisler CA**, Launer L, Harris T, Stampfer MJ, Gudnason V, Lockley SW. Sleep disruption among older men and risk of prostate cancer. *Cancer Epidemiol Biomarkers Prev* 2013; 22(5):872-9. PMID: 23652374; PMCID: PMC3652595.

161.  Vandewalle G, Collignon O, Hull JT, Daneault V, Albouy G, Lepore F, Phillips C, Doyon J, **Czeisler CA**, Dumont M, Lockley SW, Carrier J. Blue light stimulates cognitive brain activity in visually blind individuals. *J Cogn Neurosci* 2013; 25(12):2072-85. PMID:23859643.

162.  Chang AM, Scheer FAJL, **Czeisler CA,** Aeschbach D. Direct effects of light on alertness, vigilance, and the waking electroencephalogram in humans depend on prior light history. *Sleep* 2013; 36(8):1239-46. PMID: 23904684; PMCID: PMC3700721.

163.  Anderson C, Chang AM, Sullivan JP, Ronda JM, **Czeisler CA**. Assessment of Drowsiness Based on Ocular Parameters Detected by Infra-Red Reflectance Oculography. *J Clin Sleep Med* 2013; 9(9):907-20. PMID: 23997703. PMCID: PMC3746718.

164.  Lucas RJ, Peirson SN, Berson DM, Brown TM, Cooper HM, **Czeisler CA**, Figueiro MG, Gamlin PD, Lockley SW, O'Hagan JB, Price LL, Provencio I, Skene DJ, Brainard GC. Measuring and using light in the melanopsin age. *Trends Neurosci* 2014; 37(1):1-9. PMID: 24287308.

165.  Gradisar M, Wolfson AR, Harvey AG, Hale L, Rosenberg R, **Czeisler CA**. The Sleep and Technology Use of Americans: Findings from The National Sleep Foundation's 2011 Sleep in America Poll. *J Clin*

*Sleep Med* 2013; 9(12):1291-9. PMID 24340291. PMCID: PMC3836340.

166.   Balasubramanian R, Cohen DA, Klerman EB, Pignatelli D, Hall JE, Dwyer AA, **Czeisler CA**, Pitteloud N, Crowley WF Jr. Absence of Central Circadian Pacemaker Abnormalities in Humans With Loss of Function Mutation in Prokineticin 2. *J Clin Endocrinol Metab*. 2014; 99(3):E561-6. PMID: 24423319. PMCID: PMC3942237.

167.   Rahman SA; Flynn-Evans EE; Aeschbach D; Brainard GC; **Czeisler CA**; Lockley SW. Diurnal spectral sensitivity of the acute alerting effects of light. *Sleep* 2014; 37(2):271-281. PMID: 24501435. PMCID: PMC3942237.

168.   Devore EE, Grodstein F, Duffy JF, Stampfer MJ, **Czeisler CA**, Schernhammer ES. Sleep Duration in Midlife and Later Life in Relation to Cognition. *J Am Geriatr Soc* 2014 62(6):1073-81. PMID: 24786726. PMCID: PMC4188530.

169.   Sigurdardottir LG, Markt SC, Rider JR, Haneuse S, Fall K, Schernhammer ES, Tamimi RM, Flynn-Evans E, Batista JL, Launer L, Harris T, Aspelund T, Stampfer MJ, Gudnason V, **Czeisler CA**, Lockley SW, Valdimarsdottir UA, Mucci LA. Urinary Melatonin Levels, Sleep Disruption, and Risk of Prostate Cancer in Elderly Men. *Eur Urol* 2014; 67(2):191-194. PMID 25107635.

170.   Barger LK, Flynn-Evans EE, Kubey A, Walsh L, Ronda JM, Wang W, Wright KP Jr, **Czeisler CA**. Prevalence of sleep deficiency and use of hypnotic drugs in astronauts before, during, and after spaceflight: an observational study. *Lancet Neurol* 2014; 13(9): 904-12. PMID: 25127232. PMCID: PMC4188436.

171.   Markt SC, Valdimarsdottir UA, Shui IM, Sigurdardottir LG, Rider JR, Tamimi RM, Batista JL, Haneuse S, Flynn-Evans E, Lockley SW, **Czeisler CA**, Stampfer MJ, Launer L, Harris T, Smith AV, Gudnason V, Lindstrom S, Kraft P, Mucci LA. Circadian clock genes and risk of fatal prostate cancer. *Cancer Causes Control* 2015; 26(1):25-33. PMID: 25388799. PMCID: PMC4282953.

172.   Rahman SA, Castanon-Cervantes O, Scheer FAJL, Shea SA, **Czeisler CA**, Davidson AJ, Lockley SW. Endogenous circadian regulation of pro-inflammatory cytokines and chemokines in the presence of bacterial lipopolysaccharide in humans. *Brain Behav Immun* 2015; 47:4-13. PMID: 25452149.

173.   Chang AM, Aeschbach D, Duffy JF, **Czeisler CA**. Evening Use of Light-Emitting eReaders Negatively Affects Sleep, Circadian Timing, and Next-Morning Alertness. *Proc Natl Acad Sci* 2015; 112(4):1232-7. PMID: 25535358.

174.   Barger LK, Rajaratnam SMW, Wang W, O'Brien CS, Sullivan JP, Qadri S, Lockley SW, **Czeisler CA**. Common sleep disorders increase risk of motor vehicle crashes and adverse health outcomes in firefighters. *J Clin Sleep Med* 2015; 11(3):233-40. PMID: 25580602.

175.   Aronow HD, Gurm HS, Blankenship JC, **Czeisler CA**, Wang TY, McCoy LA, Neely ML, Spertus JA. Middle-of-the-night percutaneous coronary intervention and its association with percutaneous coronary intervention outcomes performed the following day: An analysis from the National Cardiovascular Data Registry. *JACC Cardiovasc Interv* 2015; 8(1 Pt A):49-56. PMID: 25616817.

176.   Wright KP Jr, Drake AL, Frey DJ, Fleshner M, Desouza CA, Gronfier C, **Czeisler CA**. Influence of sleep deprivation and circadian misalignment on cortisol, inflammatory markers, and cytokine balance.

Brain *Behav Immun* 2015; 47:24-34. PMID 25640603.

177.  Burke TM, Scheer FA, Ronda JM, **Czeisler CA**, Wright KP Jr. Sleep inertia, sleep homeostatic and circadian influences on higher-order cognitive functions. *J Sleep Res* 2015; 24(4):364-71. PMID: 25773686.

178.  Rajaratnam SMW, Landrigan CP, Wang W, Kaprielian R, Moore RT, **Czeisler CA.** Teen driver crashes decreased after massachusetts increased restrictions, penalties, and made education classes mandatory. *Health Affairs* 2015; 34(6):963-970. PMID: 26056201.

179.  de la Iglesia HO, Fernández-Duque  E, Golombek DA, Lanza N, Duffy JF, **Czeisler CA**, Valeggia CR. Access to electric light is associated with shorter sleep duration in a traditionally hunter-gatherer community. *J Biol Rhythms* 2015; 30(4):342-50. PMID: 26092820.

180.  Maurer L, Zitting KM, Elliott K, **Czeisler CA**, Ronda JM, Duffy JF. A new face of sleep: The impact of post-learning sleep on recognition memory for face-name associations. *Neurobiol Learn Mem*. 2015; 126:31-38. doi:10.1016/j.nlm.2015.10.012. Epub 2015 Nov 5. PMID: 26549626; PMCID: PMC4666502.

181.  Flynn-Evans EE, Barger LK, Kubey AA, Sullivan JP, **Czeisler CA**. Circadian misalignment affects sleep and medication use before and during spaceflight. *NPJ Microgravity*. 2016; 2:15019. doi: 10.1038/npjmgrav.2015.19. PMID: 28725719; PMCID: PMC5515517.

182.  Markt SC, Flynn-Evans EE, Valdimarsdottir UA, Sigurdardottir LG, Tamimi RM, Batista JL, Haneuse S, Lockley SW, Stampfer M, Wilson KM, **Czeisler CA**, Rider JR, Mucci LA. Sleep Duration and Disruption and Prostate Cancer Risk: a 23-Year Prospective Study. *Cancer Epidemiol Biomarkers Prev*. 2016 Feb;25(2):302-8. doi: 10.1158/1055-9965.EPI-14-1274. Epub 2015 Dec 16. PMID: 26677208; PMCID: PMC4767658.

183.  Lee ML, Howard ME, Horrey WJ, Liang Y, Anderson C, Shreeve MS, O'Brien CO, **Czeisler CA**. High risk of near-crash driving events following night-shift work. *Proc Natl Acad Sci U S A*. 2016 Jan 5;113(1):176-81. doi: 10.1073/pnas.1510383112. Epub 2015 Dec 22. PMID: 26699470; PMCID: PMC4711869.

184.  Lane JM, Chang AM, Bjonnes AC, Aeschbach D, Anderson C, Cade BE, Cain SW, **Czeisler CA**, Gharib SA, Gooley JJ, Gottlieb DJ, Grant SF, Klerman EB, Lauderdale DS, Lockley SW, Münch M, Patel S, Punjabi NM, Rajaratnam SM, Rueger M, St Hilaire MA, Santhi N, Scheuermaier K, Van Reen E, Zee PC, Shea SA, Duffy JF, Buxton OM, Redline S, Scheer FA, Saxena R. Impact of common diabetes risk variant in MTNR1B on sleep, circadian and melatonin physiology. *Diabetes* 2016; 65(6):1741-1751. PMID: 26868293.

185.  Bermudez EB, Klerman EB, **Czeisler CA**, Cohen DA, Wyatt JK, Phillips AJ. Prediction of vigilant attention and cognitive performance using self-reported alertness, circadian phase, hours since awakening, and accumulated sleep loss. *PLoS ONE* 2016; 11(3): e0151770. PMID: 27019198.

186.  Barger LK, O'Brien CS, Rajaratnam SM, Qadri S, Sullivan JP, Wang W, **Czeisler CA**, Lockley SW. Implementing a Sleep Health Education and Sleep Disorders Screening Program in Fire Departments: A Comparison of Methodology. *J Occup Environ Med* 2016; 58(6):61-9. PMID: 27035103.

187.  Burks SV, Anderson JE, Bombyk M, Haider R, Ganzhorn D, Jiao X, Lewis C, Lexvold A, Liu H, Ning J,

Toll A, Hickman JS, Mabry E, Berger M, Malhotra A, **Czeisler CA**, Kales SN. Non-adherence with employer-mandated sleep apnea treatment and increased risk of serious truck crashes. *Sleep* 2016; 39(5):967-75. PMID: 27070139.

188.   Chang AM, Bjonnes A, Aeschbach D, Buxton OM, Gooley JJ, Anderson C, Van Reen E, Cain SW, **Czeisler CA,** Duffy JF, Lockley SW, Shea S, Scheer FAJL, Saxena R. Circadian Gene Variants Influence Sleep and the Sleep Electroencephalogram in Humans. *Chronobiol Int* 2016; 33(5):561-73. PMID: 27089043

189.   Sigurdardottir LG, Markt SC, Sigurdsson S, Aspelund T, Fall K, Schernhammer E, Rider JR, Launer L, Harris T, Stampfer MJ, Gudnason V, **Czeisler CA**, Lockley SW, Valdimarsdottir UA, Mucci LA. Pineal gland volume assessed by MRI and its correlation with 6-sulfatoxymelatonin levels among older men. *J Biol Rhythms* 2016; 31(5):1171-3. PMID: 27449477.

190.   Walsh L, McLoone S, Ronda J, Duffy JF, **Czeisler CA**. Non-contact Pressure-based Sleep/Wake Discrimination. *IEEE Trans Biomed Eng* 2017; 64(8):1750-1760. PMID: 27845651.

191.   Cain SW, Chang AM, Vlasac I, Tare A, Anderson C, **Czeisler CA**, Saxena R. Circadian rhythms in plasma brain-derived neurotrophic factor differ in men and women. *J Biol Rhythms*. 2017 Feb;32(1):75-82. PMID: 28326910.

192.   Sullivan JP, O'Brien CS, Barger LK, Rajaratnam SM, **Czeisler CA**, Lockley SW; Harvard Work Hours, Health and Safety Group. Randomized, prospective study of the impact of a sleep health program on firefighter injury and disability. *Sleep* 2017; 40(1). PMID: 28364446.

193.   Rahman SA, St Hilaire MA, Chang AM, Santhi N, Duffy JF, Kronauer RE, **Czeisler CA**, Lockley SW, Klerman EB. Circadian phase resetting by a single short-duration light exposure. *JCI Insight*. 2017 Apr 6;2(7):e89494. PMID: 28405608.

194.   Phillips AJK, Clerx WM, O'Brien CS, Sano A, Barger LK, Picard RW, Lockley SW, Klerman EB, **Czeisler CA**. Irregular sleep/wake patterns are associated with poorer academic performance and delayed circadian and sleep/wake timing. *Scientific Reports* 2017; 7(1):3216. PMID: 28607474 PMCID: PMC5468315.

195.   Swanson C, Shea SA, Wolfe P, Markwardt S, Cain SW, Münch M, **Czeisler CA**, Orwoll ES, Buxton OM. 24-hour profile of serum sclerostin and its association with bone biomarkers in men. *Osteoporos Int* 2017; 28(11):3205-3213. PMID: 28744601. PMCID: PMC5859541.

196.   Rachmin I, O'Meara CC, Ricci-Blair EM, Feng Y, Christensen EM, Duffy JF, Zitting KM, **Czeisler CA**, Pancoast JR, Cannon CP, O'Donoghue ML, Morrow DA, Lee RT. Soluble interleukin-13rα1: A circulating regulator of glucose. *Am J Physiol Endocrinol Metab* 2017; 313(6):E663-E671. PMID: 28874358. PMCID: PMC5814599.

197.   McHill AW, Phillips AJK, **Czeisler CA**, Keating L, Yee K, Barger LK, Garaulet M, Scheer FAJL, Klerman EB. Later circadian timing of food intake is associated with increased body fat. *Am J Clin Nutr* 2017; 106(5):1213-1219. PMID: 28877894. PMCID: PMC5657289.

198.   Grant LK, Cain SW, Chang AM, Saxena R, **Czeisler CA**, Anderson C. Impaired cognitive flexibility during sleep deprivation among carriers of the Brain Derived Neurotrophic Factor (BDNF) Val66Met

allele. *Behav Brain Res* 2018; 338:51-55. PMID: 28947280.

199.   Swanson C, Shea SA, Wolfe P, Cain SW, Münch M, Vujovic N, **Czeisler CA**, Buxton OM, Orwoll ES. Bone turnover markers after sleep restriction and circadian disruption: A mechanism for sleep-related bone loss in humans. *J Clin Endocrinol Metab* 2017; 102(10):3722-3730. PMID: 28973223 PMCID: PMC5630251.

200.   Barger LK, Rajaratnam SMW, Cannon CP, Lukas MA, Im K, Goodrich EL, **Czeisler CA**, O'Donoghue ML. Short sleep duration, obstructive sleep apnea, shiftwork, and the risk of adverse cardiovascular events in patients after an acute coronary syndrome. *J Am Heart Assoc* 2017; 6(10): pii: e006959. PMID: 29018021.

201.   Liang Y, Horrey WJ, Howard ME, Lee ML, Anderson C, Shreeve MS, O'Brien CS, **Czeisler CA**. Prediction of drowsiness events in night shift workers during morning driving. *Accid Anal Prev*. 2017 Nov 7. [Epub ahead of print]. PMID: 29126462.

202.   Williams JS, Autori PJ, Kidd SK, Piazza G, Connors MC, **Czeisler CA**, Scheuermaier KD, Duffy J, Klerman EB, Scheer FA, Kozak M, Driscoll SM, Goldhaber SZ. Heparin-induced thrombocytopenia in healthy individuals with continuous heparin infusion. *TH Open*. 2018 Jan 30;2(1):e49-e53. doi: 10.1055/s-0038-1624565. eCollection 2018 Jan. PubMed PMID: 31249929; PubMed Central PMCID: PMC6524859.

203.   Anderson C, Ftouni S, Ronda JM, Rajaratnam SMW, **Czeisler CA**, Lockley SW. Self-reported drowsiness and safety outcomes while driving after an extended duration work shift in trainee physicians. *Sleep* 2018; 41(2):1-11. PMID: 29281091.

204.   Stern HS, Blower D, Cohen ML, **Czeisler CA**, Dinges DF, Greenhouse JB, Guo F, Hanowski RJ, Hartenbaum NP, Krueger GP, Mallis MM, Pain RF, Rizzo M, Sinha E, Small DS, Stuart EA, Wegman DH. Data and methods for studying commercial motor vehicle driver fatigue, highway safety and long-term driver health. *Accid Anal Prev* 2018; 125(8): 1160-1171. PMID: 29530304.

205.   Gottlieb DJ, Ellenbogen JM, Bianchi MT, **Czeisler CA**. Sleep deficiency and motor vehicle crash risk in the general population: a prospective cohort study. *BMC Med* 2018; 16(1):44. PMID: 29554902 PMCID: PMC5859531.

206.   Hull JT, **Czeisler CA**, Lockley SW. Suppression of melatonin secretion in totally visually blind people by ocular exposure to white light: Clinical characteristics. *Ophthalmology* 2018; 125(8):1160-1171. PMID: 29625838.

207.   Rahman SA, St Hilaire MA, Gronfier C, Chang AM, Santhi N, **Czeisler CA**, Klerman EB, Lockley SW. Functional decoupling of melatonin suppression and circadian phase resetting in humans. *J Physiol* 2018; 596(11): 2147-2157. PMID: 29707782.

208.   McHill AW, Hull J, Wang W, **Czeisler CA**, Klerman E. Chronic sleep curtailment, even without extended (>16 h) wakefulness, degrades human vigilance performance. *Proc Natl Acad Sci* 2018; 115(23):6070-6075. PMID: 29784810.

209.   Vidafar P, Gooley JJ, Burns AC, Rajaratnam SMW, Rueger M, Van Reen E, **Czeisler CA**, Lockley SW, Cain SW. Increased vulnerability to attentional failure during acute sleep deprivation in women depends

on menstrual phase. *Sleep* 2018; 41(8). PMID: 29790961.

210.   Chinoy ED, Duffy JF, **Czeisler CA**. Unrestricted evening use of light-emitting tablet computers delays self-selected bedtime and disrupts circadian timing and alertness. *Physiol Rep*. 2018; 6(10):e13692. PMID: 29845764.

211.   Zitting KM, Münch MY, Cain SW, Wang W, Wong A, Ronda JM, Aeschbach D, **Czeisler CA**, Duffy JF. Young adults are more vulnerable to chronic sleep deficiency and recurrent circadian disruption than older adults. *Sci Reports* 2018; 8(1):11052. PMID: 30038272.

212.   Weaver MD, Vetter C, Rajaratnam SMW, O'Brien CS, Qadri S, Benca RM, Rogers AE, Leary EB, Walsh JK, **Czeisler CA**, Barger LK. Sleep disorders, depression, and anxiety are associated with adverse safety outcomes in healthcare workers: A prospective cohort study. *J Sleep Res* 2018 Aug 1. [Epub ahead of print]. PMID: 30069960.

213.   Ogeil RP, Barger LK, Lockley SW, O'Brien CS, Sullivan JP, Qadri S, Lubman DI, **Czeisler CA**, Rajaratnam SMW. Cross-sectional analysis of sleep-promoting and wake-promoting drug use on health, fatigue-related error, and near-crashes in police officers. *BMJ Open*. 2018; 8(9):e022041. PMID: 30232109.

214.   Zitting KM, Vujovic N, Yuan RK, Isherwood CM, Medina JE, Wang W, Buxton OM, Williams JW, **Czeisler CA**, Duffy JF. Human resting energy expenditure varies with circadian phase. *Curr Biol* 2018; 28(22):3685-3690.e3. PMID: 30416064.

215.   Vandewalle G, van Ackeren MJ, Daneault V, Hull JT, Albouy G, Lepore F, Doyon J, **Czeisler CA**, Dumont M, Carrier J, Lockley SW, Collignon O. Light modulates oscillatory alpha activity in the occipital cortex of totally visually blind individuals with intact non-image-forming photoreception. *Sci Reports* 2018; 8(1):16968. PMID: 30446699.

216.   Rhodes JA, Lane JM, Vlasac IM, Rutter MK, **Czeisler CA**, Saxena R. Association of DAT1 genetic variants with habitual sleep duration in the UK Biobank. *Sleep*. 2019 Jan 1;42(1):zsy193. doi: 10.1093/sleep/zsy193. PMID: 30299516; PMCID: PMC6335867.

217.   Wolkow AP, Barger LK, O'Brien CS, Sullivan JP, Qadri S, Lockley SW, **Czeisler CA**, Rajaratnam SMW. Associations between sleep disturbances, mental health outcomes and burnout in firefighters, and the mediating role of sleep during overnight work: A cross-sectional study. *J Sleep Res*. 2019 May 26:e12869. doi:10.1111/jsr.12869. [Epub ahead of print] PubMed PMID: 31131535.

218.   Barger LK, Sullivan JP, Blackwell T, O'Brien CS, St Hilaire MA, Rahman SA, Phillips AJK, Qadri S, Wright KP, Segar JL, McGuire JK, Vitiello MV, de la Iglesia HO, Poynter SE, Yu PL, Zee P, Sanderson AL, Halbower AC, Lockley SW, Landrigan CP, Stone KL, **Czeisler CA**; ROSTERS Study Group. Effects on Resident Work Hours, Sleep duration and work experience in a randomized order safety trial evaluating resident-physician schedules (ROSTERS). *Sleep*. 2019 May 20. pii:zsz110. doi: 10.1093/sleep/zsz110. [Epub ahead of print] PubMed PMID: 31106381.

219.   Robbins R, Grandner MA, Buxton OM, Hale L, Buysse DJ, Knutson KL, Patel SR, Troxel WM, Youngstedt SD, **Czeisler CA**, Jean-Louis G. Sleep myths: an expert-led study to identify false beliefs about sleep that impinge upon population sleep health practices. *Sleep Health*. 2019 Apr 16. pii: S2352-

7218(19)30025-7. doi:10.1016/j.sleh.2019.02.002. [Epub ahead of print] PubMed PMID: 31003950.

220.    Chang AM, Duffy JF, Buxton OM, Lane JM, Aeschbach D, Anderson C, Bjonnes AC, Cain SW, Cohen DA, Frayling TM, Gooley JJ, Jones SE, Klerman EB, Lockley SW, Münch M, Rajaratnam SMW, Rueger M, Rutter MK, Santhi N, Scheuermaier K, Van Reen E, Weedon MN, **Czeisler CA**, Scheer FAJL, Saxena R. Chronotype genetic variant in PER2 is associated with intrinsic circadian period in humans. *Sci Reports* 2019 Mar 29;9(1):5350. doi: 10.1038/s41598-019-41712-1. PubMed PMID: 30926824; PubMed Central PMCID: PMC6440993.

221.    Blackwell T, Kriesel DR, Vittinghoff E, O'Brien CS, Sullivan JP, Viyaran NC, Rahman SA, Lockley SW, Barger LK, Halbower AC, Poynter SE, Wright KP Jr, Yu PL, Zee PC, Landrigan CP, **Czeisler CA**, Stone KL; ROSTERS Study Group. Design and recruitment of the randomized order safety trial evaluating resident-physician schedules (ROSTERS) study. *Contemp Clin Trials*. 2019 May;80:22-33. doi:10.1016/j.cct.2019.03.005. Epub 2019 Mar 15. PubMed PMID: 30885799; PubMed Central PMCID: PMC6482052.

222.    McHill AW, **Czeisler CA**, Phillips AJK, Keating L, Barger LK, Garaulet M, Scheer FAJL, Klerman EB. Caloric and macronutrient intake differ with circadian phase and between lean and overweight young adults. *Nutrients*. 2019 Mar 11;11(3). pii: E587. doi: 10.3390/nu11030587. PubMed PMID: 30862011; PubMed Central PMCID: PMC6471585.

223.    St Hilaire MA, Anderson C, Anwar J, Sullivan JP, Cade BE, Flynn-Evans EE, **Czeisler CA**, Lockley SW; Harvard Work Hours Health and Safety Group. Brief (<4 hr) sleep episodes are insufficient for restoring performance in first-year resident physicians working overnight extended-duration work shifts. *Sleep*. 2019 May 1;42(5). pii: zsz041. doi: 10.1093/sleep/zsz041. PubMed PMID: 30794317; PubMed Central PMCID: PMC6519906.

224.    Rahman SA, Bibbo C, Olcese J, **Czeisler CA**, Robinson JN, Klerman EB. Relationship between endogenous melatonin concentrations and uterine contractions in late third trimester of human pregnancy. *J Pineal Res*. 2019 May;66(4):e12566. doi: 10.1111/jpi.12566. Epub 2019 Mar 10. PubMed PMID: 30739346; PubMed Central PMCID: PMC6453747.

225.    McHill AW, Hull JT, Cohen DA, Wang W, **Czeisler CA**, Klerman EB. Chronic sleep restriction greatly magnifies performance decrements immediately after awakening. *Sleep*. 2019 May 1;42(5). pii: zsz032. doi: 10.1093/sleep/zsz032. PubMed PMID: 30722039; PubMed Central PMCID: PMC6519907.

226.    Kronauer RE, St Hilaire MA, Rahman SA, **Czeisler CA**, Klerman EB. An exploration of the temporal dynamics of circadian resetting responses to short- and long-duration light exposures: Cross-species consistencies and differences. *J Biol Rhythms*. 2019:748730419862702. doi: 10.1177/0748730419862702. [Epub ahead of print] PubMed PMID: 31368391.

227.    Fischer D, McHill AW, Sano A, Picard RW, Barger LK, **Czeisler CA**, Klerman EB, Phillips AJK. Irregular sleep and event schedules are associated with poorer self-reported well-being in US college students. *Sleep*. 2019 Dec 14. pii: zsz300. doi: 10.1093/sleep/zsz300. [Epub ahead of print] PubMed PMID: 31837266.

228.    Peterson SA, Wolkow AP, Lockley SW, O'Brien CS, Qadri S, Sullivan JP, **Czeisler CA**, Rajaratnam SMW, Barger LK. Associations between shift work characteristics, shift work schedules, sleep and burnout in North American police officers: a cross-sectional study. *BMJ Open*. 2019 Dec

1;9(11):e030302. doi: 10.1136/bmjopen-2019-030302. PubMed PMID: 31791964; PubMed Central PMCID: PMC6924705.

229.   St Hilaire MA, Kristal BS, Rahman SA, Sullivan JP, Quackenbush J, Duffy JF, Barger LK, Gooley JJ, **Czeisler CA**, Lockley SW. Using a single daytime performance test to identify most individuals at high-risk for performance impairment during extended wake. *Sci Rep*. 2019 Nov 13;9(1):16681. doi: 10.1038/s41598-019-52930-y. PubMed PMID: 31723161; PubMed Central PMCID: PMC6853981.

230.   Grant LK, Gooley JJ, St Hilaire MA, Rajaratnam SMW, Brainard GC, **Czeisler CA**, Lockley SW, Rahman SA. Menstrual phase-dependent differences in neurobehavioral performance: the role of temperature and the progesterone/estradiol ratio. *Sleep*. 2019 Oct 31. [Epub ahead of print] *Sleep*. 2020 Feb 13;43(2):zsz227. doi:10.1093/sleep/zsz227. PMID: 31670824; PMCID: PMC7457328.

231.   Rahman SA, Wright KP Jr, Lockley SW, **Czeisler CA**, Gronfier C. Characterizing the temporal dynamics of melatonin and cortisol changes in response to nocturnal light exposure. *Sci Rep*. 2019 Dec 23;9(1):19720. doi: 10.1038/s41598-019-54806-7. PubMed PMID: 31873098; PubMed Central PMCID: PMC6928018.

232.   Swanson CM, Kohrt WM, Wolfe P, Wright KP Jr, Shea SA, Cain SW, Münch M, Vujović N, **Czeisler CA**, Orwoll ES, Buxton OM. Rapid suppression of bone formation marker in response to sleep restriction and circadian disruption in men. *Osteoporos Int*. 2019 Dec;30(12):2485-2493. doi: 10.1007/s00198-019-05135-y. Epub 2019 Aug 24. PubMed PMID: 31446439; PubMed Central PMCID: PMC6879850.

233.   Chua EC, Sullivan JP, Duffy JF, Klerman EB, Lockley SW, Kristal BS, **Czeisler CA**, Gooley JJ. Classifying attentional vulnerability to total sleep deprivation using baseline features of Psychomotor Vigilance Test performance. *Sci Rep*. 2019 Aug 20;9(1):12102. doi: 10.1038/s41598-019-48280-4. PubMed PMID: 31431644; PubMed Central PMCID: PMC6702200.

234.   Rahman SA, Grant LK, Gooley JJ, Rajaratnam SMW, **Czeisler CA**, Lockley SW. Endogenous circadian regulation of female reproductive hormones. *J Clin Endocrinol Metab*. 2019 Dec 1;104(12):6049-6059. doi: 10.1210/jc.2019-00803. PubMed PMID: 31415086; PubMed Central PMCID: PMC6821202.

235.   Burks SV, Anderson JE, Panda B, Haider HS, Haider R, Shi D, Li Y, Cagle M, Ostroushko D, Sun Z, Zaharick J, Hickman J, Mabry E, Berger M, **Czeisler C**, Kales SN. The pre-registry commercial driver medical examination: screening sensitivity and certification lengths for two safety-related medical conditions. *J Occup Environ Med*. 2020 Mar;62(3):237-245. doi: 10.1097/JOM.0000000000001816. PMID: 31977920.

236.   Stack N, Zeitzer JM, **Czeisler C**, Diniz Behn C. Estimating Representative Group Intrinsic Circadian Period from Illuminance-Response Curve Data. *J Biol Rhythms*. 2020 Apr;35(2):195-206. doi: 10.1177/0748730419886992. Epub 2019 Nov 29. PMID: 31779499.

237.   Burks SV, Anderson JE, Panda B, Haider R, Ginader T, Sandback N, Pokutnaya D, Toso D, Hughes N, Haider HS, Brockman R, Toll A, Solberg N, Eklund J, Cagle M, Hickman JS, Mabry E, Berger M, **Czeisler CA**, Kales SN. Employer-mandated obstructive sleep apnea treatment and healthcare cost savings among truckers. *Sleep*. 2019 Oct 24 [Epub ahead of print] *Sleep*. 2020 Apr 15;43(4):zsz262. doi: 10.1093/sleep/zsz262. PMID: 31648298; PMCID: PMC7457325.

238. Amira SA, Bressler BL, Lee JH, **Czeisler CA**, Duffy JF. Psychological screening for exceptional environments: laboratory circadian rhythm and sleep research. *Clocks Sleep*. 2020 Apr 15;2(2):13. doi: 10.3390/clockssleep2020013. PMID: 33089194; PMCID: PMC7445832.

239. Azarbarzin A, Younes M, Sands SA, Wellman A, Redline S, **Czeisler CA**, Gottlieb DJ. Interhemispheric sleep depth coherence predicts driving safety in sleep apnea. *J Sleep Res*. 2020 May 22:e13092. doi: 10.1111/jsr.13092. Epub ahead of print. PMID: 32441843.

240. Yuan RK, Zitting KM, Wang W, Buxton OM, Williams JS, Duffy JF, **Czeisler CA**. Fasting blood triglycerides vary with circadian phase in both young and older people. *Physiol Rep*. 2020 Jun;8(11):e14453. doi: 10.14814/phy2.14453. PMID: 32519460; PMCID: PMC7283043.

241. Fischer D, McHill AW, Sano A, Picard RW, Barger LK, **Czeisler CA**, Klerman EB, Phillips AJK. Irregular sleep and event schedules are associated with poorer self-reported well-being in US college students. *Sleep*. 2020 Jun 15;43(6):zsz300. doi: 10.1093/sleep/zsz300. PMID: 31837266; PMCID: PMC7294408.

242. Czeisler MÉ, Tynan MA, Howard ME, Honeycutt S, Fulmer EB, Kidder DP, Robbins R, Barger LK, Facer-Childs ER, Baldwin G, Rajaratnam SMW, **Czeisler CA**. Public attitudes, behaviors, and beliefs related to COVID-19, stay-at-home orders, nonessential business closures, and public health guidance - United States, New York City, and Los Angeles, May 5-12, 2020. *MMWR Morb Mortal Wkly Rep*. 2020 Jun 19;69(24):751-758. doi: 10.15585/mmwr.mm6924e1. PMID: 32555138; PMCID: PMC7302477.

243. Daniel DA, Poynter SE, Landrigan CP, **Czeisler CA**, Burns JP, Wolbrink TA. Pediatric resident engagement with an online critical care curriculum during the intensive care rotation. *Pediatr Crit Care Med*. 2020 Jun 25. DOI: https://doi.org/10.1097/PCC.0000000000002477. Epub ahead of print. PMID: 32590830.

244. Landrigan CP, Rahman SA, Sullivan JP, Vittinghoff E, Barger LK, Sanderson AL, Wright KP Jr, O'Brien CS, Qadri S, St Hilaire MA, Halbower AC, Segar JL, McGuire JK, Vitiello MV, de la Iglesia HO, Poynter SE, Yu PL, Zee PC, Lockley SW, Stone KL, **Czeisler CA**; ROSTERS Study Group. Effect on patient safety of a resident physician schedule without 24-hour shifts. *N Engl J Med*. 2020 Jun 25;382(26):2514-2523. DOI: https://doi.org/10.1056/NEJMoa1900669. PMID: 32579812; PMCID: PMC7405505.

245. Swanson CM, Shea SA, Kohrt WM, Wright KP, Cain SW, Münch M, Vujović N, **Czeisler CA**, Orwoll ES, Buxton OM. Sleep restriction with circadian disruption negatively alter bone turnover markers in women. *J Clin Endocrinol Metab*. 2020 Jul 1;105(7):2456–63. DOI: https://doi.org/10.1210/clinem/dgaa232. PMID: 32364602; PMCID: PMC7448297.

246. Weaver MD, Landrigan CP, Sullivan JP, O'Brien CS, Qadri S, Viyaran N, Wang W, Vetter C, **Czeisler CA**, Barger LK. The association between resident physician work-hour regulations and physician safety and health. *Am J Med*. 2020 Jul;133(7):e343-e354. DOI: https://doi.org/10.1016/j.amjmed.2019.12.053. Epub 2020 Feb 13. PMID: 32061733; PMCID: PMC7469904.

247. Czeisler MÉ, Lane RI, Petrosky E, Wiley JF, Christensen A, Njai R, Weaver MD, Robbins R, Facer-Childs ER, Barger LK, **Czeisler CA**, Howard ME, Rajaratnam SMW. Mental health, substance use, and suicidal ideation during the COVID-19 pandemic—United States, June 24-30, 2020. *MMWR Morb Mortal Wkly Rep*. 2020 Aug 14;69(32):1049-1057. DOI: https://doi.org/10.15585/mmwr.mm6932a1.

PMID: 32790653; PMCID:PMC7440121.

248. Czeisler MÉ, Marynak K, Clarke KEN, Salah Z, Shakya I, Thierry JM, Ali N, McMillan H, Wiley JF, Weaver MD, **Czeisler CA**, Rajaratnam SMW, Howard ME. Delay or avoidance of medical care because of COVID-19-related concerns—United States, June 2020. *MMWR Morb Mortal Wkly Rep*. 2020 Sep 11;69(36):1250-1257. DOI: https://doi.org/10.15585/mmwr.mm6936a4. PMID: 32915166; PMCID: PMC7499838.

249. Grant LK, **Czeisler CA**, Lockley SW, Rahman SA. Time-of-day and meal size effects on clinical lipid markers. *J Clin Endocrinol Metab*. 2020 Oct 14:dgaa739. DOI: https://doi.org/10.1210/clinem/dgaa739. Epub ahead of print. PMID: 33051649.

250. Barger LK, Sullivan JP, Lockley SW, **Czeisler CA**. Exposure to short wavelength-enriched white light and exercise improves alertness and performance in operational NASA flight controllers working overnight shifts. *J Occup Environ Med*. 2020 Oct 14. DOI: https://doi.org/10.1097/JOM.0000000000002054. Epub ahead of print. PMID: 33065729.

251. Czeisler MÉ, Garcia-Williams AG, Molinari N, Gharpure R, Li Y, Barrett CE, Robbins R, Facer-Childs ER, Barger LK, **Czeisler CA**, Rajaratnam SMW, Howard ME. Demographic characteristics, experiences, and beliefs associated with hand hygiene among adults during the COVID-19 pandemic — United States, June 24–30, 2020. *MMWR Morb Mortal Wkly Rep* 2020;69:1485–1491. DOI: http://dx.doi.org/10.15585/mmwr.mm6941a3

252. Robbins R, Weaver MD, Quan SF, Rosenberg E, Barger LK, Czeisler CA, Grandner MA. Employee Sleep Enhancement and Fatigue Reduction Programs: Analysis of the 2017 CDC Workplace Health in America Poll. Am J Health Promot. 2021 May;35(4):503-513. DOI: https://doi.org/10.1177/0890117120969091. Epub 2020 Nov 11. PMID: 33172286.

253. Robbins R, DiClemente RJ, Troxel AB, Jean-Louis G, Butler M, Rapoport DM, **Czeisler CA**. Sleep medication use and incident dementia in a nationally representative sample of older adults in the US. *Sleep Med*. 2020 Nov 11:S1389-9457(20)30496-2. DOI: http://10.1016/j.sleep.2020.11.004. Epub ahead of print. PMID: 33248901.

254. McHill AW, Hilditch CJ, Fischer D, **Czeisler CA**, Garaulet M, Scheer FAJL, Klerman EB. Stability of the timing of food intake at daily and monthly timescales in young adults. *Sci Rep*. 2020 Nov 30;10(1):20849. DOI: http://10.1038/s41598-020-77851-z. PMID: 33257712; PMCID: PMC7705740.

255. Weaver MD, Robbins R, Quan SF, O'Brien CS, Viyaran NC, **Czeisler CA**, Barger LK. Association of Sleep Disorders with Physician Burnout. *JAMA Netw Open*. 2020 Oct 1;3(10):e2023256. DOI: http://10.1001/jamanetworkopen.2020.23256. PMID: 33125492; PMCID: PMC7599440.

256. Rahman SA, Sullivan JP, Barger LK, St Hilaire MA, O'Brien CS, Stone KL, Phillips AJK, Klerman EB, Qadri S, Wright KP Jr, Halbower AC, Segar JL, McGuire JK, Vitiello MV, de la Iglesia HO, Poynter SE, Yu PL, Sanderson AL, Zee PC, Landrigan CP, **Czeisler CA**, Lockley SW; ROSTERS STUDY GROUP. Extended work shifts and neurobehavioral performance in resident-physicians. *Pediatrics*. 2021 Feb 22:e2020009936. DOI: https://doi.org/10.1542/peds.2020-009936. Epub ahead of print. PMID: 33619044.

257. Robbins R, Affouf M, Weaver MD, Czeisler MÉ, Barger LK, Quan SF, **Czeisler CA**. Estimated sleep

duration before and during the COVID-19 pandemic in major metropolitan areas on different continents: Observational study of smartphone App data. *J Med Internet Res*. 2021; 23(2):e20546. DOI: https://doi.org/10.2196/20546. Erratum in: *J Med Internet Res*. 2021 Feb 22;23(2):e28057. PMID: 33493126; PMCID: PMC7857389.

258.  McHill AW, Sano A, Hilditch CJ, Barger LK, **Czeisler CA**, Picard R, Klerman EB. Robust stability of melatonin circadian phase, sleep metrics, and chronotype across months in young adults living in real-world settings. *J Pineal Res*. 2021 Feb 1:e12720. DOI: https://doi.org/10.1111/jpi.12720. Epub ahead of print. PMID: 33523499.

259.  Robbins R, Quan SF, Weaver MD, Bormes G, Barger LK, **Czeisler CA**. Examining sleep deficiency and disturbance and their risk for incident dementia and all-cause mortality in older adults across 5 years in the United States. *Aging* (Albany NY). 2021 Feb 11;13(3):3254-3268. DOI: https://doi.org/10.18632/aging.202591. Epub 2021 Feb 11. PMID: 33570509.

260.  Czeisler MÉ, Lane RI, Wiley JF, **Czeisler CA**, Howard ME, Rajaratnam SMW. Follow-up survey of US adult reports of mental health, substance use, and suicidal ideation during the COVID-19 pandemic, September 2020. *JAMA Netw Open*. 2021 Feb 1;4(2):e2037665. DOI: https://doi.org/10.1001/jamanetworkopen.2020.37665. PMID: 33606030.

261.  Rahman SA, Brainard GC, **Czeisler CA**, Lockley SW. Spectral sensitivity of circadian phase resetting, melatonin suppression and acute alerting effects of intermittent light exposure. *Biochem Pharmacol*. 2021 Sep;191:114504. doi: 10.1016/j.bcp.2021.114504. Epub 2021 Mar 10. PMID: 33711285.

262.  Czeisler MÉ, Howard ME, Robbins R, Barger LK, Facer-Childs ER, Rajaratnam SMW, **Czeisler CA**. Early public adherence with and support for stay-at-home COVID-19 mitigation strategies despite adverse life impact: a transnational cross-sectional survey study in the United States and Australia. *BMC Public Health*. 2021 Mar 15;21(1):503. DOI: https://doi.org/10.1186/s12889-021-10410-x. PMID: 33722226; PMCID: PMC7957462.

263.  Weaver MD, Sletten TL, Foster RG, Gozal D, Klerman EB, Rajaratnam SMW, Roenneberg T, Takahashi JS, Turek FW, Vitiello MV, Young MW, **Czeisler CA**. Adverse impact of polyphasic sleep patterns in humans: Report of the National Sleep Foundation sleep timing and variability consensus panel. *Sleep Health*. 2021 Mar 29:S2352-7218(21)00030-9. DOI: https://doi.org/10.1016/j.sleh.2021.02.009. Epub ahead of print. PMID: 33795195..

264.  Bazzi LA, Sigurdardottir LG, Sigurdsson S, Valdimarsdottir U, Torfadottir J, Aspelund T, **Czeisler CA**, Lockley SW, Jonsson E, Launer L, Harris T, Gudnason V, Mucci LA, Markt SC. Exploratory assessment of pineal gland volume, composition, and urinary 6-sulfatoxymelatonin levels on prostate cancer risk. *Prostate*. 2021 Jun;81(8):487-496. doi: 10.1002/pros.24130. Epub 2021 Apr 16. PMID: 33860950; PMCID: PMC8194005.

265.  Czeisler MÉ, Wiley JF, **Czeisler CA**, Rajaratnam SMW, Howard ME. Uncovering survivorship bias in longitudinal mental health surveys during the COVID-19 pandemic. *Epidemiol Psychiatr Sci*. 2021 May 26;30:e45. DOI: https://doi.org/10.1017/S204579602100038X. PMID: 34036933; PMCID: PMC8207539.

266.  Brown LS, St Hilaire MA, McHill AW, Phillips AJK, Barger LK, Sano A, **Czeisler CA**, Doyle FJ 3rd, Klerman EB. A classification approach to estimating human circadian phase under circadian alignment

from actigraphy and photometry data. *J Pineal Res*. 2021 Aug;71(1):e12745. doi: 10.1111/jpi.12745. Epub 2021 Jun 20. PMID: 34050968.

267.   Robbins R, Weaver MD, Barger LK, Wang W, Quan SF, **Czeisler CA**. Sleep difficulties, incident dementia and all-cause mortality among older adults across 8 years: Findings from the National Health and Aging Trends Study. *J Sleep Res*. 2021 Jun 2:e13395. DOI: https://doi.org/10.1111/jsr.13395. Epub ahead of print. PMID: 34080234.

268.   Czeisler MÉ, Kennedy JL, Wiley JF, Facer-Childs ER, Robbins R, Barger LK, **Czeisler CA**, Rajaratnam SMW, Howard ME. Delay or avoidance of routine, urgent and emergency medical care due to concerns about COVID-19 in a region with low COVID-19 prevalence: Victoria, Australia. *Respirology*. 2021 Jul;26(7):707-712. doi: 10.1111/resp.14094. Epub 2021 Jun 3. PMID: 34081819; PMCID: PMC8242886.

269.   Czeisler MÉ, Wiley JF, Facer-Childs ER, Robbins R, Weaver MD, Barger LK, **Czeisler CA**, Howard ME, Rajaratnam SMW. Mental health, substance use, and suicidal ideation during a prolonged COVID-19-related lockdown in a region with low SARS-CoV-2 prevalence: Relationships with demographics, sleep, and behavioural changes and comparisons with acute-phase lockdowns. *J Psychiatr Res*. 2021 Aug;140:533-544. doi: 10.1016/j.jpsychires.2021.05.080. Epub 2021 Jun 4. PMID: 34174556; PMCID: PMC8177437.

270.   Grant LK, St Hilaire MA, Brainard GC, **Czeisler CA**, Lockley SW, Rahman SA. Endogenous circadian regulation and phase resetting of clinical metabolic biomarkers. *J Pineal Res*. 2021 Jun 12:e12752. DOI: https://doi.org/10.1111/jpi.12752. Epub ahead of print. PMID: 34118084.

271.   Czeisler MÉ, Rohan EA, Melillo S, Matjasko JL, DePadilla L, Patel CG, Weaver MD, Drane A, Winnay SS, Capodilupo ER, Robbins R, Wiley JF, Facer-Childs ER, Barger LK, **Czeisler CA**, Howard ME, Rajaratnam SMW. Mental Health Among Parents of Children Aged <18 Years and Unpaid Caregivers of Adults During the COVID-19 Pandemic - United States, December 2020 and February-March 2021. *MMWR Morb Mortal Wkly Rep*. 2021 Jun 18;70(24):879-887. DOI: https://doi.org/10.15585/mmwr.mm7024a3. PMID: 34138835.

272.   Robbins R, Weaver MD, Czeisler MÉ, Barger LK, Quan SF, **Czeisler CA**. Associations between changes in daily behaviors and self-reported feelings of depression and anxiety about the COVID-19 pandemic among older adults. *J Gerontol B Psychol Sci Soc Sci*. 2021 Jun 22:gbab110. DOI: https://doi.org/10.1093/geronb/gbab110. Epub ahead of print. PMID: 34156467.

273.   Epstein LJ, Cai A, Klerman EB, **Czeisler CA**. Resolving delayed sleep-wake phase disorder with a pandemic: two case reports. *J Clin Sleep Med*. 2021 Jul 13. doi: 10.5664/jcsm.9526. Epub ahead of print. PMID: 34254935.

274.   Emens JS, Hilaire MAS, Klerman EB, Brotman DJ, Lin AL, Lewy AJ, **Czeisler CA**. Behaviorally and environmentally induced non-24-hour sleep-wake rhythm disorder in sighted patients. *J Clin Sleep Med*. 2021 Aug 17. doi: 10.5664/jcsm.9612. Epub ahead of print. PMID: 34402783.

275.   Czeisler MÉ, Board A, Thierry JM, **Czeisler CA**, Rajaratnam SMW, Howard ME, Clarke KEN. Mental Health and Substance Use Among Adults with Disabilities During the COVID-19 Pandemic - United States, February-March 2021. *MMWR Morb Mortal Wkly Rep*. 2021 Aug 27;70(34):1142-1149. doi:

10.15585/mmwr.mm7034a3. PMID: 34437518; PMCID: PMC8389385.

276. Czeisler MÉ, Drane A, Winnay SS, Capodilupo ER, **Czeisler CA**, Rajaratnam SM, Howard ME. Mental health, substance use, and suicidal ideation among unpaid caregivers of adults in the United States during the COVID-19 pandemic: Relationships to age, race/ethnicity, employment, and caregiver intensity. *J Affect Disord*. 2021 Dec 1;295:1259-1268. doi: 10.1016/j.jad.2021.08.130. Epub 2021 Sep 3. PMID: 34706440; PMCID: PMC8413485.

277. Yuan RK, Zitting KM, Duffy JF, Vujovic N, Wang W, Quan SF, Klerman EB, Scheer FAJL, Buxton OM, Williams JS, **Czeisler CA**. Chronic Sleep Restriction While Minimizing Circadian Disruption Does Not Adversely Affect Glucose Tolerance. *Front Physiol*. 2021 Oct 20;12:764737. doi: 10.3389/fphys.2021.764737. PMID: 34744800; PMCID: PMC8564292.

278. Czeisler MÉ, Barrett CE, Siegel KR, Weaver MD, **Czeisler CA**, Rajaratnam SMW, Howard ME, Bullard KM. Health Care Access and Use Among Adults with Diabetes During the COVID-19 Pandemic - United States, February-March 2021. *MMWR Morb Mortal Wkly Rep*. 2021 Nov 19;70(46):1597-1602. doi: 10.15585/mmwr.mm7046a2. PMID: 34793416; PMCID: PMC8601412.

279. Koller DP, Kasanin V, Flynn-Evans EE, Sullivan JP, Dijk DJ, **Czeisler CA**, Barger LK. Altered sleep spindles and slow waves during space shuttle missions. *NPJ Microgravity*. 2021 Nov 18;7(1):48. doi: 10.1038/s41526-021-00177-1. PMID: 34795291; PMCID: PMC8602337.

280. Robbins R, Quan SF, Barger LK, **Czeisler CA**, Fray-Witzer M, Weaver MD, Zhang Y, Redline S, Klerman EB. Self-reported sleep duration and timing: A methodological review of event definitions, context, and timeframe of related questions. *Sleep Epidemiol*. 2021 Dec;1:100016. doi: 10.1016/j.sleepe.2021.100016. Epub 2021 Nov 25. PMID: 35761957; PMCID: PMC9233860.

281. Chellappa SL, Qian J, Vujovic N, Morris CJ, Nedeltcheva A, Nguyen H, Rahman N, Heng SW, Kelly L, Kerlin-Monteiro K, Srivastav S, Wang W, Aeschbach D, **Czeisler CA**, Shea SA, Adler GK, Garaulet M, Scheer FAJL. Daytime eating prevents internal circadian misalignment and glucose intolerance in night work. *Sci Adv*. 2021 Dec 3;7(49):eabg9910. doi: 10.1126/sciadv.abg9910. Epub 2021 Dec 3. PMID: 34860550; PMCID: PMC8641939.

282. Klerman EB, Barbato G, **Czeisler CA**, Wehr TA. Can People Sleep Too Much? Effects of Extended Sleep Opportunity on Sleep Duration and Timing. *Front Physiol*. 2021 Dec 22;12:792942. doi: 10.3389/fphys.2021.792942. PMID: 35002775; PMCID: PMC8727775.

283. Robbins R, Weaver MD, Quan SF, Barger LK, Zhivotovsky S, Czeisler CA. The Hidden Cost of Caregiving: The Association Between Self-Assessed Caregiving-Related Awakenings and Nighttime Awakenings and Workplace Productivity Impairment Among Unpaid Caregivers to Older Adults in the US. *J Occup Environ Med*. 2022 Jan 1;64(1):79-85. doi: 10.1097/JOM.0000000000002355. PMID: 34412088; PMCID: PMC8727389. Epub ahead of print. 2021 Aug 18

284. Robbins R, Weaver MD, Quan SF, Sullivan JP, Cohen-Zion M, Glasner L, Qadri S, **Czeisler CA**, Barger LK. A clinical trial to evaluate the dayzz smartphone app on employee sleep, health, and productivity at a large US employer. *PLoS One*. 2022 Jan 5;17(1):e0260828. doi: 10.1371/journal.pone.0260828. PMID: 34986183; PMCID: PMC8730427.

285. Kent BA, Rahman SA, St Hilaire MA, Grant LK, Rüger M, **Czeisler CA**, Lockley SW. Circadian lipid

and hepatic protein rhythms shift with a phase response curve different than melatonin. *Nat Commun*. 2022 Feb 3;13(1):681. doi: 10.1038/s41467-022-28308-6. Erratum in: *Nat Commun*. 2022 Apr 20;13(1):2241. PMID: 35115537; PMCID: PMC8814172.

286.  Zitting KM, Vetrivelan R, Yuan RK, Vujovic N, Wang W, Bandaru SS, Quan SF, Klerman EB, Scheer FAJL, Buxton OM, Williams JS, Duffy JF, Saper CB, **Czeisler CA**. Chronic circadian disruption on a high-fat diet impairs glucose tolerance. *Metabolism*. 2022 Feb 9:155158. doi: 10.1016/j.metabol.2022.155158. Epub ahead of print. PMID: 35150732.

287.  Xin Q, Yuan RK, Zitting KM, Wang W, Purcell SM, Vujovic N, Ronda JM, Quan SF, Williams JS, Buxton OM, Duffy JF, **Czeisler CA**. Impact of Chronic Sleep Restriction on Sleep Continuity, Sleep Structure, and Neurobehavioral Performance. *Sleep*. 2022 Feb 26:zsac046. doi: 10.1093/sleep/zsac046. Epub ahead of print. PMID: 35218665.

288.  Qian J, Morris CJ, Phillips AJK, Li P, Rahman SA, Wang W, Hu K, Arendt J, **Czeisler CA**, Scheer FAJL. Unanticipated daytime melatonin secretion on a simulated night shift schedule generates a distinctive 24-h melatonin rhythm with antiphasic daytime and nighttime peaks. *J Pineal Res*. 2022 Apr;72(3):e12791. doi: 10.1111/jpi.12791. Epub 2022 Mar 10. PMID: 35133678; PMCID: PMC8930611.

289.  Czeisler MÉ, Capodilupo ER, Weaver MD, **Czeisler CA**, Howard ME, Rajaratnam SMW. Prior sleep-wake behaviors are associated with mental health outcomes during the COVID-19 pandemic among adult users of a wearable device in the United States. *Sleep Health*. 2022 Jun; 8(3):311-321. doi: 10.1016/j.sleh.2022.03.001. Epub 2022 Apr 20. PMID: 35459638; PMCID: PMC9018118.

290.  Rahman SA, St Hilaire MA, Grant LK, Barger LK, Brainard GC, **Czeisler CA**, Klerman EB, Lockley SW. Dynamic lighting schedules to facilitate circadian adaptation to shifted timing of sleep and wake. *J Pineal Res*. 2022 Aug;73(1):e12805. doi: 10.1111/jpi.12805. Epub 2022 May 25. PMID: 35501292.

291.  Duffy JF, Wang W, Ronda JM, **Czeisler CA**. High dose melatonin increases sleep duration during nighttime and daytime sleep episodes in older adults. *J Pineal Res*. 2022 Aug;73(1):e12801. doi: 10.1111/jpi.12801. Epub 2022 May 13. PMID: 35436355; PMCID: PMC9288519.

292.  Weaver MD, Landrigan CP, Sullivan JP, O'Brien CS, Qadri S, Viyaran N, **Czeisler CA**, Barger LK. National improvements in resident physician-reported patient safety after limiting first-year resident physicians' extended duration work shifts: a pooled analysis of prospective cohort studies. *BMJ Qual Saf*. 2022 May 10:bmjqs-2021-014375. doi: 10.1136/bmjqs-2021-014375. Epub ahead of print. PMID: 35537821.

293.  Heacock RM, Capodilupo ER, Czeisler MÉ, Weaver MD, **Czeisler CA**, Howard ME, Rajaratnam SMW. Sleep and Alcohol Use Patterns During Federal Holidays and Daylight Saving Time Transitions in the United States. *Front Physiol*. 2022 Jul 11;13:884154. doi: 10.3389/fphys.2022.884154. PMID: 35899022; PMCID: PMC9309397.

294.  Robbins R, Quan SF, Buysse DJ, Weaver MD, Walker MP, Drake CL, Monten K, Barger LK, Rajaratnam SMW, Roth T, **Czeisler CA**. A Nationally Representative Survey Assessing Restorative Sleep in US Adults. *Front Sleep*. 2022 July 21;1. doi: 10.3389/frsle.2022.935228.

295.   Wang W, Yuan RK, Mitchell J, Zitting K-M, St. Hilaire MA, Wyatt JK, Scheer FAJL, Wright Jr KP, Brown EN, Ronda JM, Klerman EB, Duffy JF, Dijk D-J, **Czeisler CA**. Using Kleitman's Forced Desynchrony protocol to assess the intrinsic period of circadian oscillators and estimate the contributions of the circadian pacemaker and the sleep-wake homeostat to physiology and behavior in clinical research. *Nature Protocols*, in press, 2022.

296.   Rahman SA, Kent BA, Grant LK, Clark T, Hanifin JP, Barger LK, **Czeisler CA**, Brainard GC, St Hilaire MA, Lockley SW. Effects of dynamic lighting on circadian phase, self-reported sleep and performance during a 45-day space analog mission with chronic variable sleep deficiency. *J Pineal Res*. 2022 Aug 23. doi: 10.1111/jpi.12826. Epub ahead of print. PMID: 35996978.

**Proceedings of Meetings**

1.   Moore-Ede MC, **Czeisler CA**, Schmelzer WS, Kass DA.  Circadian internal desynchronization induced by circadian arrhythmias in synchronizing mediators: an etiological hypothesis.  In: Halberg F, ed. Proceedings XII international conference, International Society for Chronobiology.  Milan: Il Ponte, 1977:477-482.

2.   Weitzman ED, Weinberg U, D'Elletto R, Lynch H, Wurtman R, **Czeisler C**, Erlich S.  Studies of the 24 hour rhythm of melatonin in man.  *J Neural Transm* 1978;13[Suppl.]:325-337.

3.   Weitzman ED, **Czeisler CA**, Moore-Ede MC.  Biological rhythms of man living in isolation from time cues.  In: Nicholson AN, ed.  Sleep, wakefulness and circadian rhythm.  NATO-OTAN Advisory Group for Aerospace Research & Development, AGARD lecture series no. 105.  Paris, France:NATO,1979:7/1-7/9.

4.   Weitzman ED, **Czeisler CA**, Moore-Ede MC.  Sleep-wake, neuroendocrine and body temperature circadian rhythms under entrained and non-entrained (free-running) conditions in man.  In: Suda M, Hayaishi O, Nakagawa H, eds.  Proceedings of the first international NAITO Foundation symposium on biological rhythms and their central mechanism.  Amsterdam: Elsevier,1979:199-227.

5.   Weitzman ED, **Czeisler CA**, Moore-Ede MC.  Sleep-wake, endocrine and temperature rhythms in man during temporal isolation.  In: Johnson LC, Tepas DI, Colquhoun WP, Colligan MJ, eds.  The twenty-four hour workday: proceedings of a NIOSH symposium of variations in work-sleep schedules.  Washington: NIOSH, 1981, publication 81-127:105-124.

6.   Weitzman ED, **Czeisler CA**, Zimmerman JC, Ronda JM.  The sleep-wake pattern of cortisol and growth hormone secretion during non-entrained (free-running) conditions in man.  In: Nijhoff M, ed.  Circadian and ultradian variations of pituitary hormones in man.  Belgium,1981:29-41.

7.   Weitzman ED, **Czeisler CA**, Zimmerman JC, Moore-Ede MC.  Biological rhythms in man: relationship of sleep-wake, cortisol, growth hormone, and temperature during temporal isolation.  In: Martin JB, Reichlin S, Bick KL, eds.  Neurosecretion and brain peptides, Vol. 28.  New York: Raven Press, 1981:475-499.

8.   Weitzman ED, **Czeisler CA**, Zimmerman JC, Ronda JM.  The sleep-wake pattern of cortisol and growth hormone secretion during non-entrained (free-running) conditions in man.  In: Van Cauter E, Copinschi

G, eds.  Human pituitary hormones: development in endocrinology, vol. 1.  Boston: Martinus Nijhoff, 1981:29-41.

9.   Fookson J, Weitzman ED, **Czeisler CA**, Zimmerman JC, Ronda JM.  Development of mathematical techniques to describe chronophysiological rhythms in man during temporal isolation.  Proceedings of the 15th international conference of the International Society for Chronobiology.  Basel: S. Karger, 1982:73-81.

10.  Guilleminault C, **Czeisler C**, Coleman R, Miles L.  Circadian rhythm disturbances and sleep disorders in shift workers.  In: Buser PA, Cobb WA, Okuma T, eds.  Kyoto Symposia. *Electroencephalogr Clin Neurophysiol Suppl*. 1982;36:709-714. PMID: 6962057.

11.  Kronauer RE, **Czeisler CA**, Pilato SF, Moore-Ede MC, Weitzman ED.  Mathematical representation of the human circadian system: two interacting oscillators which affect sleep.  In: Chase MH, ed.  Sleep disorders: basic and clinical research. Spectrum Publications, Inc., 1983:173-194.

12.  **Czeisler CA**, Moore-Ede MC, Coleman RM.  Resetting circadian clocks: applications to sleep disorders medicine and occupational health.  In: Guilleminault C, Lugaresi E, eds.  Sleep/wake disorders: natural history, epidemiology and long-term evolution.  New York: Raven Press, 1983:243-260.

13.  **Czeisler CA**, Kennedy WA, Allan JS.  Circadian rhythms and performance decrements in the transportation industry.  In:  Proceedings, Workshop on the effects of automation on operator performance.  Coblentz AM, ed.  Commission of the European Communities, Medical and Public Health Research Program, Université René Descartes: Paris, 1986:146-171.

14.  Willich SN, **Czeisler CA**, Tofler GH, Ludmer P, Aylmer G, Rutherford J, Stone P, Muller J.  Circadian variation in the frequency of occurrence of acute cardiovascular disease.  In: Reinberg A, Smolensky M, Labrecque G, eds.  Annual review of chronopharmacology. Oxford: Pergamon Press Ltd., 1986:vol 3,327-330.

15.  **Czeisler CA**, Kronauer RE, Johnson MP, Allan JS, Johnson TS, Dumont M.  Action of light on the human circadian pacemaker: treatment of patients with circadian rhythm sleep disorders.  In: Horne J, ed.  Sleep '88 - Proceedings of the ninth European congress on sleep research.  Stuttgart: G. Fischer Verlag, 1989:42-47.

16.  Richardson GS, Miner JD, **Czeisler CA**.  Impaired driving performance in shift workers: the role of the circadian system in a multifactorial model.  In: Moskowitz H, ed.  Alcohol, drugs and driving.  Los Angeles: Alcohol Information Service, 1990:265-273.

17.  **Czeisler CA**, Rogacz S, Duffy JF.  Reproductive function in women: circadian interaction.  In: Naftolin F, Gutmann JN, DeCherney AH, Sarrel PM, eds.  Ovarian secretions and cardiovascular and neurological function.  New York: Raven Press, 1990:239-247.

18.  Mermin JH, **Czeisler CA**.  Continuous body temperature monitoring at varying levels of physical exertion in cross-country bicyclists.  In: Miles LE, Broughton RJ, eds.  Medical monitoring in the home and work environment.  New York: Raven Press, 1990:165-174.

19.  **Czeisler CA**, Allan JS, Kronauer RE.  A method for assaying the effects of therapeutic agents on the period of the endogenous circadian pacemaker in man.  In: Montplaisir J, Godbout R, eds.  Sleep and biological rhythms: Basic mechanisms and applications to psychiatry.  New York: Oxford University

Press, 1990:87-98.

20.   Wolf MA, Richardson G, **Czeisler CA**.  Improved sleep: a means of reducing the stress of internship.  In: Transactions of the American Clinical and Climatological Association, vol 102.  New York: Waverly Press, 1990:225-231.

21.   **Czeisler CA**, Chiasera AJ, Duffy JF.  Research on sleep, circadian rhythms and aging: applications to manned spaceflight.  *Exp Gerontol* 1991;26:217-232.

22.   Dijk DJ, Duffy JF, **Czeisler CA**.  Circadian and sleep/wake dependent aspects of subjective alertness and cognitive performance.  *J Sleep Res* 1992;1:112-117.

23.   Kronauer RE, **Czeisler CA**.  Understanding the use of light to control the circadian pacemaker in humans.  In: Wetterberg L, ed.  Light and biological rhythms in man.  Oxford: Pergamon Press, 1993;217-236.

24.   **Czeisler CA**, Dijk DJ, Duffy JF.  Entrained phase of the circadian pacemaker serves to stabilize alertness and performance throughout the waking day.  In: J.R. Harsh and R.D. Ogilvie, eds.  Sleep onset: Normal and abnormal processes.  American Psychological Association, Washington, D.C., 1994;89-110.

25.   Åkerstedt TA, **Czeisler CA**, Dinges DF, Horne JA.  Accidents and sleepiness:  a consensus statement from the International Conference on Work Hours, Sleepiness and Accidents, Stockholm, 8-10 September 1994.  *J Sleep Res* 1994;3:195.

26.   **Czeisler CA**.  The effect of light on the human circadian pacemaker. In: Circadian clocks and their adjustment.  John Wiley and Sons, Inc., Chichester (Ciba Found Symp 183) 1995:254-302.

27.   **Czeisler CA**, Dijk D-J. Use of bright light to treat maladaptation to night shift work and circadian rhythm sleep disorders.  *J Sleep Res* 1995;4:70-73.

28.   **Czeisler CA**.  Melatonin, bright light and overnight operations.  In: Fatigue symposium proceedings, National Transportation Safety Board and NASA Ames Research Center, Washington, D.C., 1995: 59-69.

29.   **Czeisler CA**.  Alertness during space flight: lessons for the earthbound.  International conference proceedings: Managing fatigue in transportation.  American Trucking Association Foundation, Inc., Alexandria, VA. (Government Institutes, Inc., Rockville, Maryland) 1997: 51-60.

30.   Belenky G, **Czeisler CA**, Åkerstedt T (Donohue, T, Moderator).  Multi-modal Perspective on Fatigue.  American Trucking Association Foundation, Inc., Alexandria, VA. (Government Institutes, Inc., Rockville, Maryland) 1997: 61-68.

31.   Kronauer RE, Jewett, ME, **Czeisler CA**. Modeling human circadian phase and amplitude resetting.  In: Y. Touitou, ed.  Biological clocks: Mechanisms and applications.  Amsterdam: Elsevier Science, B.V., International Congress Series 1152:  1998: 63-72.

32.   **Czeisler CA**, Klerman EB.  Circadian and sleep-dependent regulation of hormone release in humans.  *Recent Prog Horm Res* 1999, 54: 97-132.

33.   **Czeisler CA**, Brown EN. Commentary: Models of the effect of light on the human circadian system:

Current state of the art.  *J Biol Rhythms* 1999; 14:538-543.

34.    Hilton MF, Umali MU, **Czeisler CA**, Wyatt JK, Shea SA. Endogenous circadian control of the human autonomic nervous system.  *Comput Cardiol* 2000; 27:197-200.

35.    **Czeisler CA**.  Gordon Wilson Lecture: Work Hours, Sleep and Patient Safety in Residency Training. *Trans Am Clin Climatol Assoc* 2006; 117: 159-188.

36.    **Czeisler CA**, Gooley JJ. Sleep and Circadian Rhythms in Humans. In: Cold Spring Harbor Symposia on Quantitative Biology: Clocks and Rhythms, 2007; 72:579-97.

37.    **Czeisler CA.** Medical and genetic differences in the adverse impact of sleep loss on performance: ethical considerations for the medical profession. *Trans Am Clin Climatol Assoc* 2009; 120:249-85.

38.    **Czeisler CA**. Impact of sleepiness and sleep deficiency on public health--utility of biomarkers. *J Clin Sleep Med* 2011; 7(5 Suppl):S6-8.

39.    Mullington JM, **Czeisler CA**, Goel N, Krueger JM, Balkin TJ, Johns M, Shaw PJ. Panel discussion: current status of measuring sleepiness. *J Clin Sleep Med* 2011; 7(5 Suppl):S22-5.

40.    **Czeisler CA,** Pellegrini CA, Sade RM. Should sleep-deprived surgeons be prohibited from operating without patients' consent? *Ann Thorac Surg* 2013; 95(2):757-66. PMID: 23336899.

41.    Arble DM, Bass J, Behn CD, Butler MP, Challet E, **Czeisler C**, Depner CM, Elmquist J, Franken P, Grandner MA, Hanlon EC, Keene AC, Joyner MJ, Karatsoreos I, Kern PA, Klein S, Morris CJ, Pack AI, Panda S, Ptacek LJ, Punjabi NM, Sassone-Corsi P, Scheer FA, Saxena R, Seaquest ER, Thimgan MS, Van Cauter E, Wright KP. Impact of sleep and circadian disruption on energy balance and diabetes: a summary of workshop discussions. *Sleep* 2015; 38(12):1849–1860. PMID: 26564131. PMCID: PMC4667373.

42.    **Czeisler CA**, Wickwire EM, Barger LK, Dement WC, Gamble K, Hartenbaum N. Ohayon MM, Pelayo R, Phillips B, Strohl K, Tefft B, Rajaratnam SMW, Malhotra R, Whiton K, Hirshkowitz M. Sleep-deprived motor vehicle operators are unfit to drive: a multidisciplinary expert consensus statement on drowsy driving. *Sleep Health* 2016; 2(2):94-99.

43.    Higgins JS, Michael J, Austin R, Åkerstedt T, Van Dongen HP, Watson N, **Czeisler C**, Pack AI, Rosekind MR. Asleep at the Wheel-The Road to Addressing Drowsy Driving. *Sleep*. 2017 Feb 1;40(2). doi: 10.1093/sleep/zsx001. PMID: 28364516.

44.    Brown TM, Brainard GC, Cajochen C, **Czeisler CA**, Hanifin JP, Lockley SW, Lucas RJ, Münch M, O'Hagan JB, Peirson SN, Price LLA, Roenneberg T, Schlangen LJM, Skene DJ, Spitschan M, Vetter C, Zee PC, Wright KP Jr. Recommendations for daytime, evening, and nighttime indoor light exposure to best support physiology, sleep, and wakefulness in healthy adults. *PLoS Biol*. 2022 Mar 17;20(3):e3001571. doi: 10.1371/journal.pbio.3001571. PMID: 35298459; PMCID: PMC8929548.


**Reviews and Educationally Relevant Publications**

1.    **Czeisler CA**, Guilleminault C.  250 years ago: tribute to a new discipline [1729-1979].  *Sleep* 1979;2:155-160.

2.    **Czeisler CA**, Guilleminault C.  Editorial - REM sleep: a workshop on its temporal distribution.  *Sleep* 1980;2:285-286.

3.    **Czeisler CA**, Borbély A, Hume KI, Kobayashi T, Kronauer RE, Schulz H, Weitzman ED, Zimmerman J, Zulley J.  Glossary of standardized terminology for sleep-biological rhythm research.  *Sleep* 1980;2:287-288.

4.    Moore-Ede MC, Gander P, **Czeisler CA**.  Importance of circadian time of day effects in scheduling aircrew: a proposed modification to Federal Aviation Administration rules.  Response to Federal Register Docket no. 17669, 1980.

5.    Weitzman ED, **Czeisler CA**, Zimmerman JC, Ronda JM, Knauer RS.  Chronobiological disorders: analytic and therapeutic techniques.  In: Guilleminault C, Ed.  Disorders of Sleeping and Waking: Indications and Techniques.  Reading, MA: Addison-Wesley, 1981: 297-329.

6.    Weitzman ED, **Czeisler CA**, Zimmerman JC, Moore-Ede MC.  Biological rhythms in man: relationship of sleep-wake, cortisol, growth hormone, and temperature during temporal isolation.  *Adv Biochem Psychopharmacol* 1981; 28: 475-499.

7.    **Czeisler CA**.  Sleep, biological clocks, and health.  From: Health and Behavior: a Research Agenda.  Report of the Institute of Medicine, U.S. National Academy of Sciences, Washington, DC: National Academy Press, 1982: 108-123.

8.    Moore-Ede MC, **Czeisler CA**, Richardson GS.  Circadian timekeeping in health and disease: part I.  *N Engl J Med* 1983;309:469-476.

9.    Moore-Ede MC, **Czeisler CA**, Richardson GS.  Circadian timekeeping in health and disease: part II.  *N Engl J Med* 1983;309:530-536.

10.   **Czeisler CA**.  Testimony at hearings before the Subcommittee on Investigations and Oversight of the Committee on Science and Technology, House of Representatives; Biological Clocks and Shift Work Scheduling, House of Representatives, 98th Congress, first session, March 23, 1983.  Washington, DC: .S. Government Printing Office, 1983;vol. 7:171-232.

11.   Dement W, Richardson G, Prinz P, Carskadon M, Kripke D, Czeisler C.  Changes of sleep and wakefulness with age.  In: Finch CE and Schneider EL, eds.  Handbook of the biology of aging.  New York: Van Nostrand Reinhold Co., 1985: 692-717.

12.   **Czeisler CA**.  Circadian rhythmicity and its disorders.  In: Nicholson AN, Welbers IB, eds.  Sleep and wakefulness: pharmacology and pathology.  Ingelheim-am-Rhein: Boehringer Ingelheim Intl. GmbH, 1986; 6:1-49.

13.   **Czeisler CA**, Kronauer RE, Mooney JJ, Anderson JL, Allan JS.  Biologic rhythm disorders, depression, and phototherapy: a new hypothesis.  *Psychiatr Clin North Am* 1987; 10:687-709.

14.   Mitler MM, Carskadon MA, **Czeisler CA**, Dement WC, Dinges DF, Graeber RC.  Catastrophes, sleep and public policy: consensus report.  *Sleep* 1988;11:100-109.

15.   **Czeisler CA**, Allan JS.  Pathologies of the sleep-wake schedule.  In: Williams RL, Karacan I, Moore C,

eds. Sleep Disorders: diagnosis and treatment. New York: John Wiley & Sons, Inc., 1988: 109-129.

16.    **Czeisler CA**, Jewett ME. Human circadian physiology: interaction of the behavioral rest-activity cycle with the output of the endogenous circadian pacemaker. In: Thorpy MJ, Ed. Handbook of Sleep Disorders. New York: Marcel Dekker, Inc., 1990: 117-137.

17.    **Czeisler CA**, Richardson GS, Martin JB. Disorders of sleep and circadian rhythms. In: Wilson JD, Braunwald E, Fauci AS, Isselbacher KJ, Martin JB, Petersdorf RG, Root RK, eds. Harrison's Principles of Internal Medicine, 12th ed, New York: McGraw-Hill, Inc., 1991: 209-217.

18.    **Czeisler CA**, Richardson GS. Detection and assessment of insomnia. *Clin Ther* 1991; 13:663-679.

19.    Hastings JW, **Czeisler CA**. Day-night differences are not always due to circadian control. Comment. *Ann Emerg Med* 1992; 21: 1236.

20.    Hayes B, **Czeisler CA**. Chronobiology of human sleep and sleep disorders. In: Touitou Y, Haus E, eds. Biologic Rhythms in Clinical and Laboratory Medicine, Berlin: Springer-Verlag, 1992: 256-264.

21.    Kronauer RE, Jewett ME, **Czeisler CA**. The human circadian response to light: Strong *and* weak resetting. *J Biol Rhythms* 1993; 8:351-360.

22.    **Czeisler CA**. Light. In: Carskadon MA, ed. Encyclopedia of Sleep and Dreaming, New York: Macmillan Publishing Co., 1993: 328-331.

23.    **Czeisler CA**, Shapiro CM. Circadian Rhythm Disorders. In: Sleep Solutions. St-Laurent, Québec, Canada: Kommunicom Publications, 1993; 9:1-24.

24.    **Czeisler CA**, Richardson GS, Martin JB. Disorders of sleep and circadian rhythms. In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper DL, eds. Harrison's Principles of Internal Medicine, 13th ed, New York: McGraw-Hill, Inc., 1994; 29:162-170.

25.    **Czeisler CA**, Turek, FW. Is Melatonin a treatment for insomnia and jet lag? Goldberg JR, ed. National Sleep Foundation, Washington, D.C., 1997: 1-24.

26.    Shanahan TL, Zeitzer JM, **Czeisler CA**. Resetting the melatonin rhythm with light in humans. *J Biol Rhythms* 1997; 12: 556-567.

27.    **Czeisler CA**. Commentary: Evidence for melatonin as a circadian phase shifting agent. *J Biol Rhythms* 1997; 12: 618-623.

28.    **Czeisler CA**, Turek FW. Melatonin. *J Biol Rhythms* 1997; 12: 485-486.

29.    **Czeisler CA**, Richardson GS. Disorders of sleep and circadian rhythms. In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper DL, et al. eds. Harrison's Principles of Internal Medicine, 14th ed, New York: McGraw-Hill, Inc., 1997: 150-159.

30.    Turek FW, **Czeisler CA**. Role of melatonin in the regulation of sleep. In: Turek FW and Zee PC, eds. Regulation of Sleep and Circadian Rhythms (for series on Lung Biology in Health and Disease), New York: Marcel Dekker, Inc., 1999.

31.  **Czeisler CA**, Wright Jr, KP.  Influence of light on circadian rhythmicity in humans.  In: Turek FW and Zee PC, eds.  Regulation of Sleep and Circadian Rhythms (for series on Lung Biology in Health and Disease), New York:  Marcel Dekker, Inc., 1999: 147-180.

32.  **Czeisler CA**, Winkelman JW, Richardson GS.  Sleep Disorders.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL, Longo DL, Jameson JL.  Harrison's Principles of Internal Medicine, 15th ed, New York: McGraw-Hill, Inc., 2001: Chapter 27.

33.  **Czeisler CA**, Dijk DJ.  Human circadian physiology and sleep-wake regulation.  In:  Takahashi JS, Turek FW, Moore RY, eds.  Handbook of Behavioral Neurobiology: Circadian Clocks, New York: Plenum Publishing Corporation, 2001.

34.  **Czeisler CA**, Cajochen C, Turek FW.  Melatonin in the regulation of sleep and circadian rhythms.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, Philadelphia: W.B. Saunders Company, 2000: 400-406.

35.  **Czeisler CA**, Khalsa SBS.  The human circadian timing system and sleep-wake regulation.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, Philadelphia: W.B. Saunders Company, 2000: 353-375.

36.  Dijk DJ, Duffy JF, **Czeisler CA**.  Contribution of circadian physiology and sleep homeostasis to age-related changes in human sleep.  *Chronobiol Int* 2000; 17:285-311.

37.  Shanahan TL, **Czeisler CA**.  Physiological effects of light on the human circadian pacemaker.  *Semin Perinatol* 2000; 24:299-320.

38.  Dijk, DJ, Neri DF, Wyatt JK, Ronda JM, Riel E, Ritz-DeCecco A, Hughes RJ, **Czeisler CA**.  Sleep, circadian rhythms, and performance during space shuttle missions.  In: The Neurolab Spacelab Mission: Neuroscience Research in Space.  2002; 211-221.

39.  Dijk, DJ, Buckey JC, Neri DF, Wyatt JK, Ronda JM, Reil E, Prisk GK, West JB, **Czeisler CA**.  Portable sleep monitoring system.  In: The Neurolab Spacelab Mission: Neuroscience Research in Space.  2002; 249-251.

40.  **Czeisler CA**. Quantifying consequences of chronic sleep restriction. *Sleep* 2003; 26: 247-248.

41.  **Czeisler CA**, Winkelman JW, Richardson GS.  Sleep disorders.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL, Longo DL, Jameson JL.  Harrison's Principles of Internal Medicine, 16th ed, New York: McGraw-Hill, Inc., 2005:153-162.

42.  **Czeisler CA**. Work hours and sleep in residency training.  *Sleep* 2004; 27: 371-372.

43.  Scheer FA, **Czeisler CA**.  Melatonin, sleep, and circadian rhythms.  *Sleep Med Rev* 2005; 9:5-9.

44.  Scheer FAJL, Cajochen C, Turek FW, **Czeisler CA**.  Melatonin in the regulation of sleep and circadian rhythms.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, 4th Edition.  Philadelphia: W.B. Saunders Company, 2005:395-404.

45.  **Czeisler CA**, Buxton OM, Khalsa SBS. The human circadian timing system and sleep-wake regulation. In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, 4th Edition.

Philadelphia: W.B. Saunders Company, 2005:375-394.

46.    Lockley SW, Landrigan CP, Barger LK, **Czeisler CA**; Harvard Work Hours Health and Safety Group. When policy meets physiology: the challenge of reducing resident work hours. *Clin Orthop Relat Res.* 2006; 449:116-127.

47.    **Czeisler CA**. Sleep deficit: the performance killer. A conversation with Harvard Medical School Professor Charles A. Czeisler. *Harv Bus Rev* 2006; 84: 53-59,148.

48.    Lockley SW, Barger LK, Ayas NT, Rothschild JM, **Czeisler CA**, Landrigan CP. Effects of health care provider work hours and sleep deprivation on safety and performance. *Jt Comm J Qual Patient Saf* 2007; 33:7-18

49.    Landrigan CP, **Czeisler CA**, Barger LK, Ayas NT, Rothschild JM, Lockley SW. Effective implementation of work-hour limits and systemic improvements. *Jt Comm J Qual Patient Saf* 2007; 33:19-29

50.    **Czeisler CA**, Winkelman JW, Richardson GS.  Sleep disorders.  In: Fauci AS, Braunwald E, Kasper DL, Hauser SL, Longo DL, Jameson JL, Loscalzo J, eds.  Harrison's Principles of Internal Medicine, 17th Edition, New York: McGraw-Hill, Inc., 2008:171-180.

51.    Duffy JF, **Czeisler CA**. Effect of light on human circadian physiology. *Sleep Med Clin* 2009; 4:165-177

52.    **Czeisler CA**. Ethical considerations for the scheduling of work in continuous operations: physicians in training as a case study. In: Cappuccio FP, Miller MA, Lockley SW, eds. Sleep, Health and Society: From Aetiology to Public Health. Oxford, U.K.: Oxford University Press, 2010: 435-456.

53.    **Czeisler CA**, Buxton OM. The human circadian timing system and sleep-wake regulation.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, 5th Edition.  Philadelphia: W.B. Saunders Company, 2011.

54.    **Czeisler CA**, Winkelman JW, Richardson GS.  Sleep disorders.  In: Fauci AS, Braunwald E, Kasper DL, Hauser SL, Longo DL, Jameson JL, Loscalzo J, eds.  Harrison's Principles of Internal Medicine, 18th Edition, New York: McGraw-Hill, Inc., 2010.

55.    Balkin TJ, Horrey WJ, Graeber RC, **Czeisler CA**, Dinges DF. The challenges and opportunities of technological approaches to fatigue management. *Accid Anal Prev* 2011; 43(2):565-572.

56.    Nurok M, **Czeisler CA,** Lehmann LS. Sleep deprivation, elective surgical procedures, and informed consent. *N Engl J Med* 2010; 363(27):2577-2579. PMID: 21190452

57.    Blum AB, Shea S, **Czeisler CA**, Landrigan CP, Leape L. Implementing the 2009 Institute of Medicine recommendations on resident physician work hours, supervision, and safety. *Nature Sci Sleep* 2011; 3:47-85.

58.    Lee CJ, Sanna RA, **Czeisler CA**. Public Policy, Sleep Science, and Sleep Medicine. In: Kushida C (ed) The Encyclopedia of Sleep, Vol 2. Waltham, MA: Academic Press, 2013: 156-166.

59.    Cohen IG, **Czeisler CA**, Landrigan CP. Making Residency Work Hour Rules Work. *J Law Med Ethics* 2013; 4(1):310-314. PMID: 23581673.

60.   **Czeisler CA**. Perspective: casting light on sleep deficiency. *Nature* 2013; 497(7450):S13. PMID:23698501

61.   Duffy JF, Zitting K-M, **Czeisler CA**. The Case for Addressing Operator Fatigue. *Rev Human Factors Ergonomics* 2015; 10:29–78.

62.   **Czeisler CA**, Scammell TE, Saper CB.  Sleep disorders.  In: Kasper DL, Fauci AS, Hauser SL, Longo DL, Jameson JL, Loscalzo J, eds.  Harrison's Principles of Internal Medicine, 19th Edition, New York: McGraw-Hill, Inc., 2015.

63.   Kales SN, **Czeisler CA**. Obstructive Sleep Apnea and Work Accidents: Time for Action. *Sleep* 2016; 39(6):1171-3. PMID: 27166231.

64.   **Czeisler CA**. Measuring the passage of brain time. *Science* 2016; 353(6300):648-649. PMID: 27516585

65.   **Czeisler CA**, Shanahan TL. Problems Associated With Use of Mobile Devices in the Sleep Environment-Streaming Instead of Dreaming. *JAMA Pediatr* 2016 Oct 31. [Epub ahead of print]. PMID: 27802458

66.   **Czeisler CA**, Buxton OM. The human circadian timing system and sleep-wake regulation.  In: Kryger MH, Roth T, Dement WC, eds.  Principles and Practice of Sleep Medicine, 6th Edition.  Philadelphia: W.B. Saunders Company, 2017.

67.   Scammell TE, Saper CB, **Czeisler CA**.  Sleep disorders.  In: Fauci AS, Hauser SL, Jameson JL, Kasper DL, Longo D, and Loscalzo J, eds.  Harrison's Principles of Internal Medicine, 20th Edition, New York: McGraw-Hill, Inc., 2018.

68.   McHill AM, **Czeisler CA**, Shea SA. Editorial: Resident physician extended work hours and burnout. *Sleep* 2018; 41(8). PMID: 29901751.

69.   **Czeisler CA**. Housing Immigrant Children - The Inhumanity of Constant Illumination. *New Engl J Med* 2018; 379(2): e3. PMID: 29932841.

70.   Quan SF, Ziporyn PS, **Czeisler CA**. Sleep Education for College Students: The Time Is Now. *J Clin Sleep Med* 2018; 14(7):1269. PMID: 29991433.

71.   Scammell TE, Saper CB, **Czeisler CA**.  Sleep disorders.  In: Fauci AS, Hauser SL, Jameson JL, Kasper DL, Longo D, and Loscalzo J, eds.  Harrison's Principles of Internal Medicine, 21th Edition, New York: McGraw-Hill, Inc., 2021, in press.

72.   Czeisler MÉ, Wiley JF, **Czeisler CA**, Rajaratnam SM, Howard ME. Tempering optimism from repeated longitudinal mental health surveys. *Lancet Psychiatry*. 2021 Apr;8(4):274-275. doi: 10.1016/S2215-0366(21)00045-6. PMID: 33743874.

73.   Czeisler MÉ, Rajaratnam SMW, Howard ME, **Czeisler CA**. Accommodating vaccine preferences among women of childbearing age. *Am J Obstet Gynecol*. 2021 Jul 31:S0002-9378(21)00833-4. doi: 10.1016/j.ajog.2021.07.017. Epub ahead of print. PMID: 34343503; PMCID: PMC8372432.

74.   **Czeisler CA**, Buxton OM. The human circadian timing system and sleep-wake regulation.  In: Kryger

MH, Roth T, Goldstein CA, Dement WC, eds.  <u>Principles and Practice of Sleep Medicine</u>, 7th Edition. Philadelphia: W.B. Saunders Company, 2022.

## *Non-peer* reviewed scientific or medical publications/materials in print or other media

**Books and Monographs**

1. **Czeisler CA**, Guilleminault C, eds.  <u>REM sleep: Its temporal distribution</u>.  New York: Raven Press, 1980.

2. Moore-Ede MC, **Czeisler CA**, eds.  <u>Mathematical models of the circadian sleep-wake cycle</u>.  New York: Raven Press, 1984.

3. **Czeisler CA**, Turek FW, eds.  <u>Melatonin, sleep and circadian rhythms: Current progress and controversies</u>.  Special issue of the *Journal of Biological Rhythms*.  Thousand Oaks CA: Sage Science Press, 1997.

**Letters to the Editor**

1. **Czeisler CA**, Allan JS.  Moonlight and circadian rhythms.  Response to a letter by R.M. Sinclair. *Science* 1987; 235:145.

2. Tofler GH, Brezinski D, Schafer AI, **Czeisler CA**, Rutherford JD, Willich SN, Gleason RE, Williams GH, Muller JE.  Concurrent morning increase in platelet aggregability and the risk of myocardial infarction and sudden cardiac death.  Response to letters by C.C.T. Smith *et al*. and T.W. Meade  *et al*., *New Engl J Med* 1987; 317:1737.

3. Dinges DF, Graeber RC, Carskadon MA, **Czeisler CA**, Dement WC.  Attending to inattention. Letter to the editor, *Science* 1989: 245:342.

4. **Czeisler CA**, Duffy JF, Kronauer RE.  Treatment of physiologic maladaptation to night work.  Letter to the editor, *N Engl J Med* 1990;323:918-919.

5. Kronauer RE, Jewett ME, **Czeisler CA**.  Human circadian rhythms.  Response to commentary by A.T. Winfree.  *Nature* 1991; 351: 193.

6. Dijk DJ, Jewett ME, **Czeisler CA**, Kronauer RE.  Nonlinear interactions between circadian and homeostatic processes: models or metrics? Reply to technical note by Achermann P.  *J Biol Rhythms* 1999; 14:604-605.

7. **Czeisler CA**, Dijk DJ, Kronauer RE, Brown EN, Duffy JF, Allan JS, Shanahan TL, Rimmer DW, Ronda JS, Mitchell JF, Silva EJ, Emens JS.  Is there an intrinsic period of the circadian clock? Response to letter from Campbell SS.  *Science* 2000; 288: 1174-1175.

8. **Czeisler CA**, Lockley SW, Landrigan CP, Katz JT, Barger LK, Ayas NT, Rothschild JM, Kaushal R, Stone PH, Bates DW. Current resident work hours: Too many or not enough? [Letter] *JAMA* 2002; 287:1802-1803.

9. Landrigan CP, Lockley SW, **Czeisler CA**, Interns' Work Hours. Response to Letters, *N Engl J Med*

2005; 352: 727-728.

10.    Landrigan CP, Lockley SW, **Czeisler CA**, Effect of Interns' Consecutive Work Hours on Safety, Medical Education and Professionalism. [Letter], *Critical Care* 2005; 9:528-530.

11.    Barger LK, Ayas N, **Czeisler CA**.  Post-call accidents.  Response to Letters. *N Engl J Med* 2005; 352: 1491-1492.

12.    **Czeisler CA.** Wake-promoting therapeutic medications not an appropriate alternative to implementation of safer work schedules for resident physicians. Letter to Editor. *Mayo Clinic Proc*. 2010; 85:955-957.

13.    Chang AM, **Czeisler CA**. Reply to Zeitzer: Good science, in or out of the laboratory, should prevail. *Proc Natl Acad Sci USA* 2015; 112(13):E1514. PMID 25762077.

14.    Rajaratnam SM, Landrigan CP, **Czeisler CA**. Graduated Driver-Licensing: The Authors Reply. *Health Aff (Millwood)*. 2015 Sep 1;34(9):1610.

*15.*    de la Iglesia HO, Moreno C, Lowden A, Louzada F, Marqueze E, Levandovski R, Pilz LK, Valeggia C, Fernandez-Duque E, Golombek DA, **Czeisler CA**, Skene DJ, Duffy JF, Roenneberg T. Ancestral Sleep. *Curr Biol* 2016; 26(7):R271-272. PMID: 27046809

16.    Landrigan CP, **Czeisler CA**. Patient Safety under Flexible and Standard Duty-Hour Rules. *N Engl J Med*. 2019 Jun 13;380(24):2379-2380. doi: 10.1056/NEJMc1905064. PubMed PMID: 31189044.

17.    Landrigan CP, Rahman SA, **Czeisler CA**. Patient Safety and Resident Schedules without 24-Hour Shifts. Reply. *N Engl J Med*. 2020 Sep 24;383(13):1288. doi: 10.1056/NEJMc2025843. PMID: 32966732.

18.    Czeisler MÉ, Wiley JF, **Czeisler CA**, Rajaratnam SMW, Howard ME, Tempering optimism from repeated longitudinal mental health surveys. *Lancet Psych* 2021 April 01; 8(4): 274-275. doi: https://doi.org/10.1016/S2215-0366(21)00045-6

19.    Emens JS, Klerman EB, **Czeisler CA**. Toward a new nosology for non-24-hour sleep-wake rhythm disorder. *J Clin Sleep Med*. 2021 Dec 1. doi: 10.5664/jcsm.9810. Epub ahead of print. PMID: 34846294.

## Professional educational materials or reports, in print or other media

**Television Documentaries**

*The Infinite Voyage: Chronobiology* (*WQED, PBS/Pittsburgh*)—Served on five-member expert advisory panel for this documentary in a series co-produced by WQED and the NAS under the auspices of the National Academy of Sciences Film Committee.  1989. Michael S. Shaw, MD, Lee Bobker, Dita Domonkos (Producers and Directors).

*Journey Into Sleep (Health Science Media)*.  1990 Winner: Cine Golden Eagle Film & Video Competition. William Bensen (Senior Producer/Director), Darrell Mohr (Producer/Editor), Jennifer Pulley (Host).

*NASA CONNECT™—The Right Ratio of Rest: Proportional Reasoning*.  Appeared in and served as scientific advisor for this educational film produced for middle school children grades 5-8 by NASA Langley Research

Center's Office of Educational Programs; first broadcast September 22, 2005. (Winner or Regional Emmy in Service Program category from the National Capital Chesapeake Bay Chapter of the National Academy of Television Arts and Sciences)

*Chronobiology: The Time of Our Lives.*  Roger Bingham (Executive Producer and Writer), Teyra Ryan (Producer), John Rubin (Writer).  KCET-TV (PBS/Los Angeles) Science and Society Unit, *Frontiers of the Mind*—A KCET production; Community Television of Southern California. 1998; 58 minutes.

*The Nature of Things: The Sleep Famine (SBS Television, Australia).*  David Suzuki (Host), Michael Allder (Executive Producer), Bruce Martin (Screenwriter), Vishnu Mathur (Producer, Director).  2000 (A New York Times Critic's Pick)

## Reports

Institute of Medicine, Division of Mental Health and Behavioral Medicine, *Health and Behavior: Frontiers of Research in the Biobehavioral Sciences*, Hamburg DA, Elliott GR, Parron DL, eds. Washington DC: National Academy Press, 1982. Member of Task Force on Health and Behavior Monograph.

Committee on Science and Technology House of Representatives. Ninety-eighth Congress. *Biological Clocks and shift work scheduling.* Washington DC: US Government Printing Office, 1983. Witness in the Hearings before the Subcommittee on Investigations and Oversight

Center for Design of Industrial Schedules. *Final Report on the Philadelphia Police Department Shift Rescheduling Program.* Prepared for the Fraternal Order of Police, Lodge No. 5, Philadelphia PA, 1988.

U.S. Congress, Office of Technology Assessment, *Biological Rhythms: Implications for the worker*, OTA-BA-463. Washington, DC: Government Printing Office, September 1991. Member of Biological Rhythms Study Panel.

American Academy of Sleep Medicine. *The International Classification of Sleep Disorders, Revised. Diagnostic and Coding Manual.* Chicago, IL: American Academy of Sleep Medicine 2001. Member of Diagnostic Classification Steering Committee of the American Academy of Sleep Medicine.

American Academy of Sleep Medicine. *The International Classification of Sleep Disorders, 2nd Ed. Diagnostic and Coding Manual.* Westchester, IL: American Academy of Sleep Medicine 2005. Member of Circadian Rhythm Sleep Disorders Task Force.

U.S. Department of Transportation's Federal Motor Carrier Safety Administration. *Expert Panel Recommendations: Obstructive Sleep Apnea and Commercial Motor Vehicle Safety* January 2008. Ancoli-Israel S, **Czeisler CA**, George CF, Guilleminault C, Pack AI.
Available at:  http://www.fmcsa.dot.gov/rules-regulations/TOPICS/mep/report/Sleep-MEP-Panel-Recommendations-508.pdf

National Academy of Sciences. *Commercial Motor Vehicle Driver Fatigue, Long-Term Health, and Highway Safety: Research Needs.* Washington DC: National Academies Press, 2016.  Panel on Research Methodologies and Statistical Approaches to Understanding Driver Fatigue Factors in Motor Carrier Safety and Driver Health; Committee on National Statistics; Board on Human-Systems Integration; Division of Behavioral and Social Sciences and Education; Transportation Research Board; National Academies of Sciences, Engineering, and Medicine. Member of the Panel on Research Methodologies and Statistical Approaches to Understanding Driver Fatigue Factors in Motor Carrier Safety and Driver Health. Available at:

http://www.nap.edu/catalog/21921/commercial-motor-vehicle-driver-fatigue-long-term-health-and-highway-safety

## Thesis

1.  **Czeisler CA**.  Psychoendocrine study on the effects of anxiety: the nychthemeral pattern of plasma cortisol levels in patients awaiting elective cardiac surgery (A.B. thesis, summa cum laude).  Cambridge MA: Harvard College, 1974;1-94.

2.  **Czeisler CA**.  Internal organization of temperature, sleep-wake, and neuroendocrine rhythms monitored in an environment free of time cues (Ph.D. thesis).  Stanford CA: Stanford University, 1978;1-346.

## Abstracts, Poster Presentations and Exhibits Presented at Professional Meetings (Past 3 years only)

**2012**

1.  Chang AM, Anderson C, Cain S, Czeisler C. Effect of different light regimens for circadian entrainment to an 8-hour advance of sleep. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:S21

2.  Cain S, Vlassac I, Gooley J, Rahman S, Van Reen E, Rueger M, St. Hilaire M, Klerman E, Czeisler C, Lockley S. Sex differences in seasonal timing of the circadian clock in humans. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:S66

3.  Duffy JF, Ward K, Silva EJ, Dennison CF, Kronauer RE, **Czeisler CA**. One day of dim light sensitizes the human circadian timing system. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:P53.

4.  Flynn-Evans E, Barger L, Kubey A, Wright K, **Czeisler CA**. Sleep and circadian rhythms in crewmembers during space shuttle missions. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:P224.

5.  Lee M, Howard M, Liang Y, Horrey W, Anderson C, Shreeve M, O'Brien C, **Czeisler CA**. Ocular measurements of drowsiness and driving performance after night shift work. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:P280.

6.  Sazuka N, Wang W, Wyatt J, **Czeisler CA**, Klerman E. Differential effects of two alertness promoting agents on sleep quantified using transition analysis. Sex differences in seasonal timing of the circadian clock in humans. Abstract. 13th Biennial Meeting of the Society for Research in Biological Rhythms (SRBR) Destin, FL; 2012 May 19-23:P135.

7.  Barger L, Rajaratnam SM, Lockley SW, Sullivan J, O'Brien C, Qadri S, **Czeisler CA**. Sleep disorders are associated with adverse health and safety in firefighters. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35:A60.

8.  Barger L, Rajaratnam SM, Lockley SW, Wang W, Landrigan CP, O'Brien C, Qadri S, Sullivan J, Cade BE, **Czeisler CA**. Sleep disorders are associated with adverse performance and safety in police officers. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A442.

9.   Buxton AM, Hu K, Wang W, Cain SW, Porter J, O'Connor SP, Mohamed YA, Duffy JF, **Czeisler CA**, Shea SA. Energy balance considerations during chronic sleep restriction and circadian misalignment. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35:A105.

10.  Chang A, Aeschbach D, Duffy JF, **Czeisler CA**. Impact of evening use of light-emitting electronic readers on circadian timing and sleep latency. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35:A205.

11.  Chang A, Anderson C, Cain SW, **Czeisler CA**. Evaluation of photic countermeasures for circadian entrainment to an 8-hour advance of sleep. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; Sleep 2012; 35:A212.

12.  **Czeisler CA**, Shea SA, Lockley SW, Barger L, O'Brien C, Qadri S, Epstein LJ, White D, Rajaratnam S. Body Mass Index is an effective measure for occupational screening of employees at high risk for moderate to severe Obstructive Sleep Apnea: Implications for DOT commercial driver medical examinations. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A138.

13.  Flynn-Evans EE, Kubey A, Wang W, Wright KP, **Czeisler CA**, Barger L. Sleep duration among 64 astronauts on space shuttle missions. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35:A116.

14.  Lee ML, Howard ME, Horrey WJ, Liang Y, Anderson C, Shreeve MS, O'Brien C, **Czeisler CA**. Ocular measurement of drowsiness and driving impairment in shift-workers. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A68.

15.  Phillips AJ, Breslow ER, Huang JM, St. Hilaire MA, Klerman EB. Actigraphic sleep patterns and obesity in older men and women. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A212.

16.  Rajaratnam S, Barger L, Lockley SW, Shea SA, Wang W, Landrigan CP, O'Brien C, Qadri S, Sullivan J, **Czeisler CA**. Sleep disorders are associated with adverse physical and mental health outcomes in police officers. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A442.

17.  Tucker AM, **Czeisler CA**, Wright KP. Individual differences in lapses of attention during sleep deprivation are stable across the biological night and subsequent biological day. Abstract. 26th Annual Meeting of the Associated Professional Sleep Societies, LLC (APSS) Boston, MA; *Sleep* 2012; 35: A111.

**2013**

18.  Flynn-Evans EE, Barger LK, Kubey A, Wright KP Jr., Klerman EB, and **Czeisler CA**. Sleep duration and medication use among astronauts during predicted circadian misalignment on long duration missions. NASA Investigators Working Group Meeting, Galveston, TX, February 2013.

19.  Bollweg LJ, Barger LK, Sullivan JP, Lockley SW and **Czeisler CA**. Development of an educational program for flight controllers working nightshifts (Orbit 1). NASA Investigators Working Group Meeting, Galveston, TX, February 2013.

20.    Barger LK, Sullivan JP, Bollweg LJ, Lockley SW and **Czeisler CA**. Experimental trial of fatigue countermeasure program in operational flight controllers. NASA Investigators Working Group Meeting, Galveston, TX, February 2013.

21.    Buxton O, Hu K, Hussain MV, Cain SW, McLaren DT, Porter J, O'Connor SP, Duffy JF, **Czeisler CA**, Shea SA. Sleep restriction with circadian disruption increases sympathovagal balance in older healthy humans. Sleep 2013; 36:A19.

22.    Chang AM, Buxton OM, **Czeisler CA**, Duffy JF, Lockley SW, Scheer FAJL, Saxena R. PER2 polymorphism influences slow-wave sleep in humans. Sleep 2013; 36:A322.

23.    Aeschbach DA, Cohen DA, **Czeisler CA**, Klerman EB. Distinct non-additive effects of acute and chronic sleep loss and circadian phase on inadvertent attentional failures. Sleep 2013;36:A87.

24.    Klerman EB, Wyatt JK, Cohen, DA, Aeschbach D, Gronfier C, Wang W, **Czeisler CA**. Effects of Prior Time Awake and Time Asleep on Sleep Structure: Analyses across Forced Desynchrony Protocols with Different Sleep/Wake Cycle Durations. Sleep 2013; 36:A42.

25.    Wang W, Wyatt JK, Cohen DA, Aeschbach D, Gronfier C, Beckett SA, Mankowski P, **Czeisler CA** Klerman EB. Modeling Circadian Influences on Actigraphy Data With Zero-inflated Poisson Distribution. Sleep 2013; 36: A50.

26.    Rahman SA, St. Hilaire MS, Flynn-Evans EE, Barger LK, Brainard GC, **Czeisler CA**, Lockley SW. The ISS dynamic lighting schedule: An in-flight lighting countermeasure to facilitate circadian adaptation, improve sleep and enhance alertness and performance on the International Space Station. Abstract. 2013 NASA Human Research Program Investigators' Workshop; 2013 Feb 12-14; Houston, USA.

**2014**

27.    Zitting KM, Cain SW, Münch MY, Silva EJ, Wang W, **Czeisler CA**, Duffy JF. Chronic sleep restriction leads to dissociation of subjective and objective sleepiness. Sleep 2014; 37:A83-4.

28.    Wang W, Duffy JF, **Czeisler CA**, Klerman EB. Sex differences in sleep quantified using survival analyses of sleep and wake bouts: A meta-analysis across forced desynchrony protocols. Sleep 2014; 37:A46.

29.    Maurer L, Elliott KJ, Ronda JM, Zitting K-M, Ward KE, **Czeisler CA**, Duffy JF. A new face of sleep: The impact of post-learning sleep on recognition memory for face-name associations. Journal of Sleep Research 2014; 23 (suppl 1): 98.

30.    Zitting KM, Cain SW, Münch MY, Wang W, Ronda JM, **Czeisler CA**, Duffy JF. Objective sleepiness in young and older adults during 3 weeks of chronic sleep restriction. Journal of Sleep Research 2014; 23 (suppl 1):269..

31.    Bermudez E, Klerman EB, Cohen DA, Wyatt JK, **Czeisler CA**, Phillips AJK. The Relationship Between Subjective Alertness and Objective Performance during Chronic Sleep Restriction. Sleep 2014. Minneapolis MN. 37: A84

32.    Cohen DA, Wang W, Wyatt JK, **Czeisler CA**, Klerman EB. Sleep Inertia during Chronic Sleep Restriction is Affected by Circadian Phase, Length of Time Awake, and Duration of Sleep Restriction. Sleep 2014. Minneapolis MN. 37:A86.

33.   Lee ML, Strangman GE, Hull JT, Kamath TV, Wang W, Rahman SA, Lockley SW, Ivkovic V, Zhang Q, Czeisler C, Klerman EB. (June, 2014) Assessing the Circadian  Rhythmicity and Impact of Chronic Sleep Loss on Performance-Associated Regional Brain Activation Using Near Infrared Spectroscopy. Society for Research and Biological Rhythms meeting abstract. Big Sky, Montana.

34.   Clerx WM, Phillips AJK, Lockley SW, O'Brien CS, Klerman EB, **Czeisler CA**. Impact of irregularity of sleep-wake schedules on circadian phase and amplitude in college undergraduates. 2014 SRBR Meeting. Big Sky, Montana. 2014.

35.   Rahman SA, St. Hilaire MS, Flynn-Evans EE, Barger LK, Brainard GC, **Czeisler CA**, Lockley SW. The ISS dynamic lighting schedule: An in-flight lighting countermeasure to facilitate circadian adaptation, improve sleep and enhance alertness and performance on the International Space Station. Abstract. 2014 NASA Human Research Program Investigators' Workshop; 2014 Feb 12-13; Houston, USA

36.   Barger LK, Sullivan JP, Lockley SW, **Czeisler CA**. Fatigue countermeasure program improves alertness and performance in operational flight controllers. Abstract. 2014 NASA Human Research Program Investigators' Workshop; 2014 Feb 12-13; Houston, USA.

37.   Rahman SA, St. Hilaire MA, Chang AM, Santhi N, Gronfier C, Kronauer RE, **Czeisler CA**, Klerman EB, Lockley SW. Functional decoupling of melatonin suppression and circadian phase resetting in humans. Abstract. 14th meeting of the Society for Research in Biological Rhythms (SRBR); 2014 June 14-18; Big Sky, USA.

38.   Hull JT, Dijk DJ, **Czeisler CA**, Lockley SW. Suppression of melatonin secretion by ocular exposure to bright light in the blind. Abstract. 14th meeting of the Society for Research in Biological Rhythms (SRBR); 2014 June 14-18; Big Sky, USA.

**2015**

39.   Brainard, G, Barger, L, Clark T, Coyle, W, Czeisler, C, Hanifin, J, Johnston, S, Maida J, Moomaw, R, Pineda, C, Warfield, B, and Lockley, S. Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and performance during high fidelity analog and flight studies for the international space station. NASA Investigators Working Group Meeting, Galveston, TX, January 2015.

40.   Rahman SA, St. Hilaire MS, Flynn-Evans EE, Barger LK, Brainard GC, **Czeisler CA**, Lockley SW. The ISS dynamic lighting schedule: An in-flight lighting countermeasure to facilitate circadian adaptation, improve sleep and enhance alertness and performance on the International Space Station. Abstract. 2015 NASA Human Research Program Investigators' Workshop; 2015 Jan 13-15; Houston, USA.

41.   St. Hilaire MS, Rahman SA, Sullivan JP, Kristal BS, Quackenbush J, Duffy JF, Barger LK, **Czeisler CA**, Lockley SW. Development and testing of biomarkers to determine individual astronauts' vulnerabilities to behavioral health disruptions. Abstract. 2015 NASA Human Research Program Investigators' Workshop; 2015 Jan 13-15; Houston, USA.

42.   Brainard G, Lockley S, Barger L, Clark T, Coyle W, Czeisler C, Hanifin J, Johnston S, Maida J, Moomaw R, Pineda C, Warfield B. Testing solid state lighting countermeasures to improve circadian adaptation, sleep, and performance during high fidelity analog and flight studies for the International Space Station. Abstract. 2015 NASA Human Research Program Investigators' Workshop; 2015 Jan 13-15; Houston, USA.

**Narrative Report**

 **Charles A. Czeisler, Ph.D., M.D.** is the Baldino Professor of Sleep Medicine, Director of the Division of Sleep Medicine at Harvard Medical School and Chief of the Division of Sleep Medicine in the Department of Medicine at Brigham and Women's Hospital in Boston, Massachusetts. Dr. Czeisler has more than 30 years' experience in the field of basic and applied research on the physiology of the human circadian timing system and its relationship to the sleep-wake cycle including the application of sleep science and sleep medicine to public health, occupational medicine, health policy and medical practice. He is interested in the physiology of the hypothalamic circadian pacemaker in humans, photic and non-photic synchronizers of the human circadian pacemaker, temporal dynamics in neuroendocrine systems, homeostatic and circadian factors in the regulation of sleep and alertness, and the application of circadian physiology to public health, occupational medicine health policy, particularly as it relates to the extended duration work shifts and long work weeks.

Appendix B: Charles A. Czeisler, PhD, MD, DABSM, FAASM 4-year Testimony List as of September 2, 2022

*Devyn Paulsen Dally, Individually, on Behalf of the Estate of Clinton Dally and as Next Friend for Josiah Dally and Mack Dally, Minors, Anca Humphrey as Next Friend for Stone P. Dally, a Minor, Gloria Dally and Robert Dally, Plaintiffs, vs. C&J Spec-Rent Services, Inc., d/b/a C&J Energy Services, C&J Well Services, Inc., d/b/a C&J Energy Services and Joshua Van Nguyen, Defendants, Cause No. 201843843 in the District Court of the 129th Judicial District in Harris County, Texas.*
Deposition:  February 12, 2020
Contract:  Todd Clement, Attorney
17855 Dallas Parkway, Suite 155
Dallas, Texas  75287
(T) 972-250-9250
todd@clementspeer.com

*Domingo Amaya, Individually; Brenda Sifuentes, Individually; & Domingo Amaya and Brenda Sifuentes,*
*as heirs to the Estate of Alvaro Xavier Amaya, Deceased, Plaintiffs, vs. C&J Spec-Rent*
*Services, Inc. D/B/A C&J Energy Services, Inc.; and Sergio Adalberto Cantu, Jr.,*
*Defendants, Cause No. DC-19-37 District Court, 381st Judicial District, Starr County, TX*
Deposition:  May 19, 2020
Contact:  Daniel D. Horowitz III, Attorney
2100 Travis Street, Suite 280
Houston, TX 77002
O: 832-460-5181
daniel@ddhlawyers.com

*Nicole Marie Keas, Individually and Independently as Personal Representative of the Estate of Isaac Keas III, and as Next Friend of C.K. and I.K, minors; and the Parents of Isaac Keas III; Isaac Keas, Jr. and Vicky Keas, v. The Estate of Michael Eric Rendon, and the Estate of Brennon Hilton, Covenant Testing Technologies, LLC., and Catapult Energy Services Group, LLC Intervenor Brittany Skonecki, as Next Friend of R.H., a minor*
Videotaped Deposition July 30, 2021
Contact: Zach McFarlane, Attorney
Galleria Tower I
2700 Post Oak Blvd., Suite 1000
Houston, Texas 77056
Office: 713.491.6064 | Fax: 713.583.8545

Vanda Pharmaceuticals, Inc.v Teva Pharmaceuticals, Inc.
*For Plantiff*
Paul Weiss Patent Deposition
Deposition:  December 15, 2021 by videoconference
Contact: Daniel Klein, Associate
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3330 (Direct Phone) | 212 492 0330 (Direct Fax) | 845 781 0557 (Cell)
daklein@paulweiss.com | www.paulweiss.com

*Vanda Pharmaceuticals Inc., Plaintiff, v. Teva Pharmaceuticals USA, Inc./Apotex Inc and Apotex Corp., MSN Pharmaceuticals Inc and MSN Laboratories Private Limited*
March 28, 2022
Contact:  Daniel Klein, Attorney
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3327 (Direct Phone) | 212 492 0327 (Direct Fax)
daklein@paulweiss.com | www.paulweiss.com

*Ruben Torres and Evelyn Martinez, Individually and as Next Friends to E.T. and R.T., Jr., Minor Children and as Representatives of the Estate of E.T., Deceased and Azul Martinez, Plantiffs, v. Martin Kipchirchir Serem, Top Run Energy Services, LLC, and Butch's Rat Hole & Anchor Services, Inc., Defendants*
Deposition:  June 20, 2022
Location:  Video from Sherborn, MA
Contact:  Ron Armstrong III, Attorney
The Armstrong Firm, PPLC
310 S. Saint Mary's St., Suite 2700
San Antonio, Texas 78205
rwaii@tafpllc.com
Office 210-277-0542