Expert Report
Page 1 of 9
September 2, 2022

JESS GHANNAM, PhD
1939 Divisadero, Suite 3
San Francisco, CA 94115
415.921.8096 (Tel)
4.5.354.3377 (Fax)

September 2, 2022

Yolanda Huang, Esq.
PO Box 5475
Berkeley, CA 94705

Re:     NORBERT, et al. v. SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, et al.
        United States District Court Case No. 3:19-cv-02724-SK

Dear Ms. Huang:

Per your request, I have prepared my expert report in the case of Norbert, et al. v. San Francisco County Sheriff's Department, et al.

I.      Case Referral

I was first contacted by YOU, attorney Yolanda Huang, during the early summer of 2019 regarding the conditions of confinement, at the County Jail in San Bruno, California, particularly with regard to the individuals held in administrative segregation, who at that time were provided only one hour out of cell per day; with a lockdown of 23 hours per day.

Since that time, with the advent of Covid, I have learned that the entire inmate population of County Jail at San Bruno suffered these lock down experiences for a significant period of time, with administrative segregation being locked down to release from the cell for only 15 minutes a day, four times a week.

While the general population inmates appear to now be provided out of cell time for up to 90 minutes a day, the administrative segregation population is still subject to lock down for 23 and ¾ hours up to 24 hours a day on a regular basis (with release from the cell for only 15 minutes a day, four times a week).

I was asked to provide my expert opinion on:

1)   Whether these conditions constitute solitary confinement;

Expert Report
Page 2 of 9
September 2, 2022

    2)   The psychological and health consequences to these incarcerated individuals.

II.      My Expert Qualifications

    I am currently a Clinical Professor of Psychiatry in the Department of Psychiatry and Behavioral Sciences at the University of California San Francisco and have served as an expert in multiple forensic settings, from local county, state, to federal jurisdictions. I am an expert and have published in the area of the impart of trauma, PTSD, and brain injury, and torture. A true and accurate copy of my current Curriculum Vitae is attached hereto as Attachment 1.

    I currently charge $ 250.00 per hour for research and review of case materials, $ 500.00 per hour for testifying at deposition, $ 1000.00 per hour for testifying at deposition and at trial, with a 2 hour minimum; and $ 250.00 per hour for travel time plus reimbursement for out-of-pocket expenses.  If my attendance at deposition is canceled within one business day, there is a cancellation fee of $1,000.00

III.      Facts and Data Which I Have Considered in Forming Opinions in this Case

    The list of documents I have been provided with is attached as Attachment 2.  I have reviewed and relied upon these documents in reaching my opinions in this case:

    Based upon my review of these materials, the following is my understanding of facts at issue in this matter.

    After the Court issued its order for Preliminary Injunction on January 31, 2020, Defendants provided one hour out of cell for those prisoners in administrative segregation. Other inmates in general population were provided ample out of cell time, including and up to eight hours a day, which included programming. [Dec. Armando Carlos ¶11; Dec. Poot ¶3; Dec. McFarland ¶4]

    However, all of that changed approximately two months later. Starting in March 25, 2020, on the excuse of COVID, the Sheriff implemented a lockdown procedure whereby everyone in the San Bruno County jail was limited to only one hour of out of cell time. [Dec. Carlos ¶11; Dec. McFarland ¶8; Dec. Beloy ¶3; Dec. Harris ¶5; Dec. Alexis ¶4] The gym was locked and all access was denied. Exercise in the common area was prohibited. Prisoners were told they could only exercise inside their individual cells. Prisoners were only permitted to exercise inside their small cells.

    The general schedule is that four cells at a time are released for one hour, once a day. If all four cells are double occupied, that results in eight (8) prisoners having out of cell time together. [Dec. McFarland ¶9, Dec. Beloy ¶4] If less than eight (8) prisoners occupy the cells,

Expert Report
Page 3 of 9
September 2, 2022

the jail does not permit an additional person to come out of cell or provide any additional out of cell time for others. [Dec. Beloy ¶8]

Cells were released either in the morning, or later in the afternoon. The schedule provides that a prisoner receives out of cell time in the morning, at 9 am, he does not receive out of cell time until the next day in the later afternoon, starting around 4 pm, and would be locked in the cell for 30 hours. There are also complete lock down days in which no one gets out of cell, resulting in prisoners being locked down for up to 50 hours in a row. [Dec. McFarland ¶8; Dec. Beloy ¶50; Dec. Garcia ¶3]

During these out of cell times prisoners can shower and use the phones. All programs and learning have ceased. Books were removed from the Housing Units. The Public Library no longer provided services or new books. [Dec. Carlos ¶4; Dec. Poot ¶15; Dec. Norbert ¶7; Harris ¶10]

Prisoners are prohibited from having individual radios, or small television sets, or any other personal electronics. [Dec. Harris ¶17; Dec. Alexis ¶12] Prisoners are essentially in complete enforced idleness.  This has been the schedule for the majority of the population for almost ten months.

For some of the prisoners in administrative segregation, the current general schedule was applied. However, for at least two Housing Unit of administrative segregation, 2B and 4B, the restrictions have been more severe. For these inmates, starting in June 2020, they were allowed out of cell, only every other day, and only for a shower. [Dec. Poot ¶2.] These inmates, for almost seven months, have then been allowed out of cell for 10-15 minutes, once, every other day; for almost seven months and denied all opportunities for exercise [Dec. Norbert ¶¶2, 3, Dec. Poot ¶2. ]

Kenyon Norbert, a pretrial detainee, has been in custody for over six years. [Dec. Norbert  ¶2. Due to COVID, he has not been able to proceed to trial. [Dec. Norbert ¶2.] Kenyon is housed in Housing Unit 4A, which is an administrative segregation and has no out of cell time, zero. He is only permitted out of his cell every other day for 10-15 minutes to take a shower. Kenyon is 6 feet 4 inches, and 256 pounds. Due to his size, he is unable to exercise in his cell because there is no space. [Dec. Norbert ¶3.] He has repeatedly asked to be given access to the gym and to be provided out of cell time.

During the first three months of COVID, up until June 2020, Mr. Norbert and the other inmates in his housing unit were provided at least one hour per day of POD time. [Dec. Norbert ¶3.] POD access was removed in June 2020, when for an unexplained reason all the POD time for the entire housing unit was reduced to showers only, every other day. [Dec. Norbert ¶3.]

Expert Report
Page 4 of 9
September 2, 2022

The men of HU 4A get no other out of cell time. During his six (6) years incarcerated in a San Francisco jail, Kenyon Norbert has been in direct sunlight for a few minutes total, and that was only while being transported to Court. [Dec. Norbert ¶5.] Kenyon Norbert has previously experienced health issues, including vascular problems, and swelling of his ankles and feet.

As of the date of his Declaration, he had inflammation of various sorts, and experienced numbness in his wrists and hands. [Dec. Norbert ¶6.] He was experiencing memory loss and had to use notes as reminders. [Dec. Norbert ¶6.] Kenyon Norbert was 29 years old at the time he executed his declaration.

Nicky Garcia is a pretrial detainee. He has been in custody for five years. Nicky Garcia is 5 feet 10 inches tall. Although he is under six feet in height, he cannot exercise in his cell because his cell is so small that he can touch both walls from his bed to the toilet when he stretches out his arms (Dec. N. Garcia ¶3.) Doing exercises, he has to duck under the table and be careful not to hit his head. Exercising in his cell is like playing Tetris. (Dec. N. Garcia ¶3.)

The window in Mr. Garcia's cell is very small. It is the length of his forearm from his elbow to his fingertips. No direct sunlight comes in from the outside. At most, he gets some reflection of something outside. (Dec. N. Garcia ¶8.)

Michael Alexis is a pretrial detainee who has been in custody for four and a half years. He is 59 years old. Since he is only allowed to exercise in his cell, Michael finds it difficult because the cell is so small. Michael is 6 feet 2 inches tall. When he does jumping jacks, his hands hit the bed. He has to be careful doing other types of exercise because he hits his head. (Dec. M. Alexis ¶6.) While his doctor told him he should exercise, and even wrote him a note, Michael has not been given access to the gym. (Dec. M. Alexis ¶6.)

The medical staff has told Mr. Alexis that he could have a heart attack or a stroke. (Dec. M. Alexis ¶7.) Michael has told the medical staff that with the lockdown all the time, no movement, and having all this time on his hands, he is stressed out. Michael has told them that it would help if he could have access to the gym or be able to go outside and be in the sun. The medical people say we can't help you with that.  His physical  health has gotten worse. His blood pressure is getting higher. (Dec. M. Alexis ¶7.)

Breathing now is difficult for Mr. Alexis, and he especially has a hard time breathing with a mask on. Sometimes in the morning, he gets nose bleeds. He gets nose bleeds four or five times a week. (Dec. M. Alexis  ¶5.) Michael also gets frequent rashes on his skin. He did not get rashes before he came to jail, because he was in the sun a lot. He thinks that he is low in Vitamin D. The Jail gives him Vitamin D, but the rashes still appear. (Dec. M. Alexis ¶10.)

Prisoners all report that there is a lot of tension in the housing unit because people are having difficulty coping. There is no programming, and lots of anger and conflict. (Dec. M. Alexis

Expert Report
Page 5 of 9
September 2, 2022

¶13.) Getting access to the phone is difficult because there are not enough phones and so little time. (Dec. M. Alexis ¶11.) No prisoner under the custody of defendants has been in the sun, or received any contact with the outdoors except walking from the bus to Court.


IV.      My Opinions in This Case

I have reached numerous opinions in this case.  All such opinions are to a reasonable scientific certainty.  As part of my opinions in the matter of Norbert v. San Francisco County Sheriff's Department, et al., I have also reviewed the psychiatric information obtained by Ms. Huang, that includes the psychological diagnostic tests of 20 incarcerated individuals. Over my 25-year career I have also interviewed and evaluated over 100 incarcerated individuals at the county, state and federal districts, many of whom were subjected to the same conditions of confinement as the plaintiffs in this case have alleged. I have also reviewed the extensive scientific literature on the impact of prolonged detention, solitary confinement, and prolonged sleep dysregulation on incarcerated individuals.

The literature suggests that there are clear, compelling, and unambiguous negative psychological and health consequences of prolonged solitary confinement and light exposure on incarcerated individuals and that these consequences are often chronic. Additionally, it is my opinion, based on my own clinical experience and review of the literature, that there is a negative synergistic relationship between prolonged light exposure on an individual's psychological symptoms – prolonged light exposure potentiates and exacerbates psychiatric distress and psychiatric distress potentiates and exacerbates sleep dysfunction.

Based on the totality of the evidence I have reviewed from the current plaintiffs and other evidence described in this expert report, in conjunction with my own experience working with and evaluating incarcerated individuals, it is my expert opinion that the conditions sustained in the past and ongoing at the present time constitute solitary confinement.  For my expert opinion, I am relaying of the definition of solitary confinement as described by the National Commission on Correctional Health Care (https://www.ncchc.org/).


*"Solitary confinement is the housing of an adult or juvenile with minimal to rare meaningful contact with other individuals. Those in solitary confinement often experience sensory deprivation and are offered few or no educational, vocational, or rehabilitative programs. Different jurisdictions refer to solitary confinement by a variety of terms, such as isolation; administrative, protective, or disciplinary segregation; permanent lockdown; maximum security; supermax; security housing; special housing; intensive management; and restrictive housing units. Regardless of the term used, an individual who is deprived of meaningful contact with others is considered to be in solitary confinement."*

Expert Report
Page 6 of 9
September 2, 2022

Based on the totality of the evidence I have reviewed from the current plaintiffs and other evidence described in this expert report, in conjunction with my own experience working with and evaluating incarcerated individuals in the same and similar conditions, it is my further expert opinion that the conditions of confinement experienced by the current plaintiffs have caused and contributed to a worsening of their overall mental health that could result in profound chronic, life-long disability, and chronic psychiatric and neurocognitive impairments.

V.      Exhibits

I have not prepared any exhibits at the present time to summarize or support my opinions.  However, I expect that at the trial in this matter I may be shown photographs or other documents and may be asked to comment on them.  I reserve the right to revise or augment my opinions upon presentation of additional materials.

September 2, 2022

Signed

Jess Ghannam, PhD, MSc, QME
Clinical Professor of Psychiatry
University of California San Francisco

Expert Report
Page 7 of 9
September 2, 2022

LIST OF CASES

Raed Jaser v. Government of Canada

ADNAN IBRAHIM HARUN A HAUSA, 12 Cr. 0134 (BMC) v USA

UNITED STATES OF AMERICA Criminal Action No. 1:16-cr-143 v MOHAMAD JAMAL KHWEIS

David Ghent . State of CA (DP)

Lawyer McBride v Contra Costa County (DP)

March Scott Thornton v Ron Davis (DP)

Ronald Jones v State of CA

Paul Watkins v State of Texas (DP)

Lucero v State of CA (DP)

Upshaw, et al. v. Alameda County Sheriff's Office, 3:18-cv-07814, CAND

Expert Report
Page 8 of 9
September 2, 2022

# ATTACHMENT 1

Ghannam, Jess
CV: March 2022

# CURRICULUM VITAE

# JESS GHANNAM

## University Address

Department of Psychiatry and Behavioral Sciences
Institute for Global Health Sciences
School of Medicine
University of California, San Francisco
San Francisco, California 94118

## Office Address/Mailing Address

1939 Divisadero, Suite 3
San Francisco, California 94115
415.921.8096 (Tel)
415.354.3377 (Fax)

Place of Birth: Detroit, Michigan

## Education

*Post-Doctoral Scholar*
Department of Psychology
Stanford University
Stanford, California 1984-1985

*Post-Doctoral Fellow*
Department of Psychiatry
Mount Zion Hospital and Medical Center
San Francisco, California 1984

*PhD – Clinical Psychology*
Department of Psychology
University of California, Berkeley
Berkeley, California 1984

Ghannam, Jess
CV: March 2022

*MSc – Medical Sciences*
Department of Health and Medical Sciences
University of California, Berkeley
Berkeley, California 1983

*MA – Clinical Psychology*
Department Of Psychology
University of California, Berkeley
Berkeley, California 1981

*AB – Psychology, Philosophy*
LS&A College of Honors
University of Michigan
Ann Arbor, MI 1979

**Licenses/Certifications**

Licensed Clinical Psychologist, California, PSY9261, 1986
Qualified Medical Evaluator, California, 2007
Certified for National Security Cases requiring TS/SCI/SAP Clearance, 2012

**Professional Positions/Employment**

Clinical Professor of Psychiatry, Department of Psychiatry, University of
California, San Francisco, 1989-Current

Chief, Medical Psychology, UCSF-Mount Zion Medical Center, University of
California, San Francisco, 1993-2014

Faculty, Global Health Sciences, University of California San Francisco, 2004-
Current

Director, Behavioral and Health Psychology, Northern California Functional
Restoration Program, Emeryville, CA 2005- 2014

Chief, Behavioral Medicine and Health Psychology, Pain and Rehabilitative
Consultants Medical Group, Berkeley, CA 2002-Current

Adjunct Professor of Ethnic Studies, San Francisco State University, San
Francisco, California, 2002-2012

Faculty, UCSF Comprehensive Cancer Center, 1997-Current

2

Ghannam, Jess
CV: March 2022

Director, Geriatric Mental Health Program and Clinic, UCSF Center on Aging, University of California, San Francisco, 1992-2002

Director of Training, Department of Psychiatry, UCSF Stanford Health Care, UCSF Mount Zion, San Francisco, 1989-2000

Assistant Clinical Professor of Psychiatry, Department of Psychiatry, University of California, San Francisco, 1985-2002

Visiting Professor, Department of Psychology, University of California, Berkeley, Berkeley, California, 1989,1990

Guest Editor, American Psychiatric Press, 1995-Current

Member, Board of Directors, Lacanian School for Psychoanalysis, Berkeley, California, 1996-2007

Member, Academic Board, Gaza Community Mental Health Programme, 1997-Current

Staff Psychologist, Department of Psychiatry, Outpatient Services, California Pacific Medical Center, 1991-1999

Assistant Director of Training, Crisis Clinic, Department of Psychiatry, Mount Zion Hospital and Medical Center, 1986-1991

Crisis Clinic Supervisor, Crisis Clinic, Department of Psychiatry, Mount Zion Hospital and Medical Center, 1984-1991

Assistant Research Psychologist and Residential Scientist, Department of Psychiatry, University of California, San Francisco, 1985-1989

Adjunct Professor of Psychology, San Francisco State University, San Francisco, 1983-1990

Staff Psychologist, Children's Comprehensive Crisis Service, Children's Hospital and Medical Center, San Francisco, 1983-1984

## **Special Honors and Awards**

TransTech 200 Class of 2017, 2016 Leaders and Influencers Awardee

Mayor's Award for Outsatnding Community Service, San Francisco, 2016

3

Ghannam, Jess
CV: March 2022

Novus Award for Distinction in Global Health, San Francisco, 2015.

Champion of Diversity Award, for outstanding contribution to diversity at UCSF, 2004.

Certificate of Appreciation, UCSF-Mount Zion Hospital and Medical Center, for outstanding community service contribution, 1990

Certificate of Appreciation, San Francisco Police Department, for outstanding contribution to community work with the Psychiatric Liaison Unit, 1989

University of California, San Francisco, School of Medicine, Nomination for Outstanding Teacher by 1st year medical students, 1989

University of California, San Francisco, School of Medicine, Nomination for Outstanding Teacher by 1st year medical students, 1988

Sigma XI Scientific Society, 1984

Honor Roll, University of California, Berkeley, 1979-1984

National Institute of Mental Health Fellowship, Bethesda, Maryland, 1979-1982

Angell Scholar, University of Michigan, 1980

Phi Beta Kappa, University of Michigan, 1979

Pillsbury Award for Outstanding Honors Thesis, University of Michigan, 1979

Special Instructional Aide Fellowship, Department of Psychology, University of Michigan, 1978

Institute for Human Adjustment Quarter-time Fellowship, University of Michigan, 1978

College Honors, University of Michigan, 1975-1979

## **Hospital and Medical Group Affiliations**

Member, UCSF Medical Staff, San Francisco, 1992-Current

Member, Summit Medical Center, Medical Staff, 2005-2017

Ghannam, Jess
CV: March 2022

Member, Alta Bates Medical Center, Medical Staff, 2001-2017

Member, UCSF-Stanford Health Care Medical Group, San Francisco 1998-2000

Member, Brown and Toland Medical Group, San Francisco, 1996-Current

Attending Medical Staff, Department of Psychiatry, Mount Zion Hospital and Medical Center, 1986-2000

Attending Medical Staff, Department of Psychiatry, San Francisco Veterans Administration Hospital, 1988-1990

San Francisco Medical Group, Affiliate, San Francisco, 1990-1999

## **Internships**

Pre- and Post-Doctoral Fellowship, Department of Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1982-1984

Psychology Intern, Psychology Clinic, University of California, Berkeley, 1981-1982 (APA Approved)

Psychology Intern, Psychology Clinic, University of California, Berkeley, 1980-1981 (APA Approved)

Neuro-psychology Intern, Departments of Rehabilitation and Neurology, University of Michigan, 1978- 1979

## **Clinical and Consultation Experience**

Consultant and Expert Witness, Department of Defense, OMC. For National Security Cases involving PTSD and Torture, 2006-Current

Consultant for the Center for Constitutional Rights, Guantanamo Detainee Project for Rehabilitation and Resettlement, 2005-Current

Consultant for REPRIEVE, Guantanamo Detainee Project for Rehabilitation and Resettlement, 2005-Current

Forensic Consultant for Death Penalty Cases Texas, Oregon, and California, 2015-Current

Consultant for Survivors International on Cultural Competence in working with Torture Survivors from the Middle East, Arab and Muslim World, 1996-current

Ghannam, Jess
CV: March 2022

Consultant for the IRCT and RCT on Cultural Competence in working with Torture Survivors from the Middle East, Arab and Muslim World, 2000-current

Psychiatric Consultant, Alta Bates Medical Center, 4E Oncology Service, 2000-2012

Psychiatric Consultant, Summit Medical Center, Oncology Service, 2004-2012

Consultant, San Francisco Art Institute, Center for Individual Learning, 2000-2002

Psychiatric Consultant, UCSF, Department of Surgery, 1997-Current

Psychiatric Consultant, UCSF, Cancer Center, 1996-Current

Psychiatric Consultant, Senior Health Program, UCSF Institute on Aging, San Francisco, 1996-2002

Psychiatric Consultant, Bayview-Hunter's Point Adult Day Health Program, San Francisco, 1994-1995

Psychiatric Consultant, Alzheimer's Day Center, Institute on Aging, San Francisco, 1992-2002

Psychiatric Consultant, CORF Program, Institute on Aging, San Francisco, 1992-2002

Consultant, Research Center, UCSF Institute on Aging, San Francisco, 1988-2002

Neuropsychological and psychiatric consultation-liaison, Lakeside Senior Health Program. University of California, San Francisco, San Francisco, 1990-2000

Neuropsychological and psychiatric consultation-liaison with Pediatric Rehabilitation Program, Department of Pediatrics, University of California, San Francisco, San Francisco, 1990-2001

Psychiatric Consultant, Adult Day Health Center, UCSF Institute on Aging, San Francisco, 1989-2002

Neuropsychological and psychiatric consultation-liaison with Rehabilitation Unit, Mount Zion Hospital and Medical Center, University of California, San Francisco, 1988-2001

Ghannam, Jess
CV: March 2022

Neuropsychological and psychiatric consultation-liaison with AIDS Unit, Mount Zion Hospital and Medical Center, University of California, San Francisco, 1988-1996

## **Publications**

Segal SP, Khoury VC, Salah R, Ghannam J "Unattended Mental Health Needs in Primary Care: Lebanon's Shatila Palestinian Refugee Camp". ECPsychology and Psychiatry 10.2 (2021): 04-14.

Steven P Segal , Vicky C Khoury, Ramy Salah and Jess Ghannam.
Unattended Mental Health Needs in Primary Care: Lebanon's Shatila Palestinian Refugee Camp. Clinical Medicine Insights: Psychiatry Volume 11: 1–9:2020

Ghannam J, Afana A, Ho E, Al Khal A, Bylund CL. The impact of a stress management intervention on medical residents' stress and burnout. *International Journal of Stress Management*. 2020; 27:65-73.

Afana, A. Trenblay, J. Ghannam, J. and Veronese, G. Coping with Trauma and Adversity Among Palestinians in the Gaza Strip: A Qualitative, Culture-Informed Aanalysis. Journal of Health Psychology. June, 2018.

Ghannam, J. New Frontiers in Industrial Psychiatric Injury, In: The Longshore Textbook, 7th Edition, Edited by Steven Birnbaum and Ralph Lorberbaum, Lawyers and Judges Publsihing Company, 2017

Steven P. Segal, Vicky C. Khoury,Ramy Salah,and Jess Ghannam. Contributors to Screening Positive for Mental Illness in Lebanon's Shatila Palestinian Refugee Camp, Journal and Nervous and Mental Disease, In Press, 2017

Afana, J. Ghannam, E.Y. Ho, A. Al-Khal, B. Al-Arab and C.L. Bylund. Burnout and sources of stress among medical residents at Hamad Medical Corporation, Qatar. Eastern Mediterranean Health Journal. 2016.

Wesbrock,S. Monshipouri, M. Ghannam, J. Grassroots sanctions:
A new tool for domestic and transnational resistance for Palestine. Information Politics, Protests, and Human Rights in the Digital Age. Cambridge University Press, 2016.

Ghannam, J. Empowering Communities and Individuals: Building Mental Health Capacity in the MENA Region. Proceedings of the 7th Annual Conference on Health in the Arab World, ACCESS Institure. 2015.

Subbaraman, R., Nolan, L., Shitole, T., Sawad, K., Shitole, S., Sood, K., Nanarkat, M., Ghannam, J., Betancort, T., Bloom, D., Patil-Deshmukh, A. The

psychological toll of slum living in Mumbai, India: A mixed methods study. Social Science & Medicine. Vol 18. pp 155-169, 2014.

Subbaraman, R., Nolan, L., Shitole, T., Sawad, K., Shitole, S., Sood, K., Nanarkat, M., Ghannam, J., Betancort, T., Bloom, D., Patil-Deshmukh, A. The psychological toll of slum living – an assessment of mental health, disability, and slum-related adversities in Mumbai, India. The Lancet Global Health. Vol. 2. p 26, 2014.

Sinhaab, Rakhi., Andrews, Allen A., Lawrence, Robert S.,& Ghannam, Jess. Refugees' Right to Employment and Evolving Responsibilities of Host Countries: The Urgency of Iraqi Refugees to Realize Economic, Social, and Cultural Rights. Journal of Immigrant & Refugee Studies; Volume 10, Issue 4, 2012

Ghannam, J. Human Rights in the Middle East: Frameworks, Goals, and Strategies. Mahmood Monshipouri (ed.) Health and Human Rights in Palestine: The Siege and Invasion of Gaza and the Role of the Boycott, Divestment and Sanctions Movement**.** 2012.

Bailony, M. R., Hararah, M. K., Salhab, A. R., Ghannam, I., Abdeen, Z., & Ghannam, J. (2011). Cancer registration and healthcare access in West Bank, Palestine: A GIS analysis of childhood cancer, 1998–2007. *International Journal of Cancer*, *129*(5), 1180-1189.

Ghannam, J. Palestine—A Nation Traumatized. In, "Psycho-Political Aspects of Suicide Bombers, Terrorism and Martyrdom", J. Marvasti (Ed.). C.C. Thomas: Springfiled, 2008

Elbedour, S., Onwuegbuzie, T.,Ghannam, J., Hallaq, E., & Abu-Saad, A. Preliminary Investigation of the traumatic Effects of War on Children: A Psychological Report From Jenin, In Press

Hein, F. A., Elbe, S., Onwuegbuzie, A. J., Ghannam, J., & Whitcome, J. A. (2007). Posttraumatic stress disorder, depression, and anxiety among Gaza Strip adolescents in the wake of the second uprising (Intifada).

Haj-Yahia, M.; Quota, S. Punamaki, R., Montgomery, E.; Sarraj, E..Elbedour, S., Ghannam, J., Abu Heine, F. Challenges in studying the psychological effects of Palestinian children's exposure to political violence and their coping with this traumatic experience: Commentary. Child Abuse & Neglect. July 2007, vol. 31, No. 7, Pages 691-719.

Elbedour**,** S., Onwuegbuzie, A., Ghannam, J.,Whitcome, J., & Abu Hein Posttraumatic Stress Disorder, Depression, and Anxiety Among Gaza Strip

Ghannam, Jess
CV: March 2022

Adolescents in the Wake of the Second Uprising (Intifada), F. Child Abuse and Neglect, 2007: Volume 31, Issue 7, July 2007, Pages 719-729

Ghannam, J. (2005). The use of psychoanalytic constructs in the service of empire: Comment on Baruch (2003).

Ghannam, J.Courageous Analysis. ObGynNews, Vol 42(20), p.9 (2007).

Ghannam, J. (2005). The Use of Psychoanalytic Constructs in the Service of Empire; Psychoanal. Psychol., 22:135-138.

Lifton, R., Ghannam, J. & Beinin, J.  Definitions of Terrorism. Journal of the American Medical Association, 2003:2254.

Shevrin, H., Ghannam, J. and Libet, B. (2002) "A Neural Correlate of Consciousness Related to Repression". Consciousness and Cognition, Vol 11(2), 334-341.

Shevrin, H., Ghannam, J. and Libet, B. (2002) "Response to Commentary on: A Neural Correlate of Consciousness Related to Repression". Consciousness and Cognition, Vol 11(2), 345-346.

Ghannam, J.H. Chateau Pommard: Reflections on Jean-Louis La Planche, (1995) Vol1. #1,Fort Da.

Ghannam, J.H. What is Attention Deficit Disorder? (1996) View. p.3.

Ghannam, J.H. What is Depression? (1995) View. p.4.

Jones, E.E., Ghannam, J.H., Nigg, J.T., Dyer, J.T.; (1993), A Paradigm for Single Case Research: A Time Series Study of a Long-Term Psychotherapy for Depression. Journal of Consulting and Clinical Psychology, 61(3): 381-394.

Horowitz, L. M., Locke, K. D., Morse, M. B., Waikar, S. V., Dryer, D. C., Tarnow, E., & Ghannam, J. (1991). Self-derogations and the interpersonal theory. *Journal of Personality and Social Psychology*, *61*(1), 68.

Horowitz, M., Merluzzi, T., Ewert, M., Ghannam, J., Hartley, D., and Stinson, C. (1991), Role-Relationship Model Configurations In M.. Horowitz (Ed.) Person Schemas and Maladaptive Interpersonal Patterns. Chicago: University of Chicago Press.

Horowitz, M., Markman, H., & Ghannam, J.(1990). A classification theory of defense. In Jerome L. Singer (Ed.) Regression and Dissociation: Implications for Personality Theory. Psychopathology and Health, Chicago: University of Chicago

Ghannam, Jess
CV: March 2022

Press.

Horowitz, M. J., Merluzzi, T. V., Ewert, M., Ghannam, J. H., Hartley, D., & Stinson, C. H. (1988). Rote-Retationship Modets Configuration. *Psychodynamics and Cognition*, 115.

Ghannam, J.H. and Gresham, G. (1989) The anatomy of duty-to-warn: Clinical and legal implications. The California Psychologist, vol.23, #3, p9, p.14.

Ghannam, J.H. and Gresham, G. (1989) Supreme Court to review consent with involuntary psychiatric patients. The California Psychologist vol .23 #2, p. 5

Gresham, G. and Ghannam, J.H. (1988) A preliminary exploration of informed consent in involuntarily detained patients. The California Psychologist vol. 22,#4, p 18.

Ghannam, J.H. (1988) Structural change: A text analytic approach. Proceedings of the International Society for Psychotherapy Research. Santa Fe, New Mexico.

Ghannam, J.H. (1987) The Traumatized Self. A Look at Trauma and Its Vicissitudes. Contemporary Psychiatry. 6(3), 184- 185.

Ghannam, J.H. and Horowitz, M. (1987) The Social and Psychological Structure of Disaster. Contemporary Psychiatry. 6(2), 133-134.

Ghannam, J.H. (1987). A Method for Characterizing Representations of Self and Other from Clinical Transcripts. Proceedings of the Psychotherapy Research Meeting. Ulm, West Germany.

Gevins, A.S., Doyle, J.D., Cutillo, B., & Ghannam, J.H. (1981). Electrical Potentials in Human Brain During Cognition: New Methods Reveal Dynamic Patterns of Correlation. Science,213., 918-922.

Papsdorf, J.D., & Ghannam, J.H. (1978). Anxiety and Hemispheric Specialization: Implications for EEG Biofeedback. In L. Kimmel (Ed.) Biofeedback and Self-Regulation, LEA: New York.

## **Published Abstracts**

Ghannam, J.H. (1984c). Language and the Psychotherapeutic Process: An Empirical Exploration. DOCTORAL DISSERTATION; University of California, Berkeley.

Ghannam, J.H. (1983). A Critical Analysis of Neurobiological Plasticity. Criteria for

Ghannam, Jess
CV: March 2022

a New Model. MASTERS' THESIS, University of California, Department of Health
and Medical Sciences.

Ghannam, J.H. (1981). Human Hippocampal Correlates of Memory Function and
Dysfunction. MASTERS' THESIS, University of California, Department of
Psychology

## **Papers Presented**

Ghannam, J. Emergency Psycho-Social Interventions for Displaced Communities
in the Arab World. 8th International Arab Health Summit, Washington, DC.
September, 2018.

Ghannam, J. & Robinson, M. Torture By Other Means: CIA Victims and the Denial
of Rehabilitation to Survivors at Guantanamo Bay. International Rehabilitation
Council for Torture Victims, Annual Convention, Mexico City. December, 2016.

Bylund CL, Ghannam J, Afana A, Ho E, Al-Arab B, Al-Khal A. Implementation and
evaluation of a stress management and wellness course for residents in Qatar.
Accreditation Council for Graduate Medical Education Annual Conference,
National Harbor, Maryland: February 2016.

Steven P, Segal, Vicky C. Khoury, Ramy Salah, and Jess Ghannam. Unrecognized
Mental Health Needs in Primary Care: Lebanon's Shatila Palestinian Refugee
Camp. 2016 Society for Social Work and Research Annual Conference,
Washington, DC.  January 14, 2016, Renaissance Washington, DC Downtown
Hotel

Steven P, Segal,  Vicky C. Khoury, Ramy Salah, and Jess Ghannam. **"**Contributors
to Mental Health and Illness in Lebanon's Shatila Palestinian Refugee
Camp**"** 2016 Society for Social Work and Research Annual Conference,
Washington, DC.  January 16, 2016, Renaissance Washington, DC Downtown
Hotel

Ghannam, J. Empowering Communities and Individuals: Building Mental Health
Capacity in the MENA Region. 7th International Conference: Health Issues in Arab
Communities. Muskat, Oman. March 2015.

Vicky C. Khoury, Steven P, Segal, Ramy Salah, and Jess Ghannam.. The
Prevalence of Mental Illness and Social Stigma among Refugees: Age and Gender
Differences at Shatila Camp, Beirut, Lebanon. As part of the symposia: Mental
Health and Social Conflict. XXXIV International Congress of Law and Mental
Health, July 2015, Vienna, Austria**.**

Ghannam, Jess
CV: March 2022

Steven P. Segal, Vicky C. Khoury, Ramy Salah, and Jess Ghannam. Contributors to Refugee Mental Health and Illness in Lebanon's Shatila Palestinian Refugee Camp. As part of the symposia: Mental Health and Social Conflict.
XXXIV International Congress of Law and Mental Health, July 2015, Vienna, Austria**.**

Ghannam, J. Planning Future Community Mental Health Programs in Gaza: The Therapeutic Playground. 7th International Conference: Health Issues in Arab Communities. Muskat, Oman. March 2015.

Ghannam, J. (2013, November). Mental health in a state of war: An intervention and service model for the children of gaza. In 141st APHA Annual Meeting and Exposition (November 2-November 6, 2013). APHA.

Ghannam, J. The Psychiatric and Psychological Effects of Detention at Guantanamo: A Review. University of California, Berkeley, School of Public Health, March 2010.

Ghannam, J. Health, Human Rights, and Social Responsibility: The Humanitarian Crisis in Gaza. California State University Fresno. March 2010.

Ghannam, J. The Health Consequences of War and Occupation.  UCSF Medical School and Medical Center, 2003,2004,2005,2006, 2007, 2008, 2009, 2010

Ghannam, J. The Effects of Racialization, Profiling, and Special Registration on Muslim-American Identity. University of California, Berkeley Conference on Islam in America, 2003

Ghannam, J. The Mental Health Consequences of War and Occupation. University of California, Berkeley, School of Public Health, 2003.2004,2005,2006

Ghannam, J. Mental Health and Human Rights, Physicians for Human Rights, Stanford Medical School, Stanford, California. 2002,2003.

Ghannam, J.H. and Abdel Hamid Afana, A. Mental Health Training in Palestine: Current Perspectives and Future Considerations. (1997). International Conference on Mental Health and Human Rights. Gaza Community Mental Health Programme, Gaza.

Ghannam, J.H. Oppression and Torture: Psychoanalysis Under Occupation. (1996). Association for Psychoanalysis, Society and Culture. Washington, D.C.

Ghannam, J.H., & Merganthaler, E. (1989). Heart Rate Correlates of Conflictual Topics in Psychotherapy Text, European Society for Psychotherapy Research, Berne, Switzerland

Ghannam, Jess
CV: March 2022

Ghannam, J.H. (1989) Physiological Correlates of Different Themes in Psychotherapy, Society for Psychotherapy Research, Annual Convention, Toronto, Canada

Ghannam, J.H. & Gresham, G.L. (1989). Informed consent to receive antipsychotic medication in involuntarily detained patients. American Society of Law and Medicine Annual Convention, London.

Ghannam, J.H. (1988). Structural Change: A Text Analytic Approach. Society for Psychotherapy Research. Santa Fe, New Mexico.

Ghannam, J.H. & Metzler, T. (1988). Threshold Determination in Pathological Grief, Social Phobia & Controls. Experimental Studies Group. MacArthur Foundation Project on Conscious and Unconscious Mental Processes. University of California, San Francisco.

Ghannam, J.H. & Marmar, C.R. (1987). Experimental Probe Studies of Unconscious Mental Processes. Swedish Research Society, Umea, Sweden.

Ghannam, J.H. (1987). Representations of Self and Other From Clinical Transcripts: A Quantitative Approach for Characterizing Schemas. Paper Prepared to the Society for Psychotherapy Research Meeting, Ulm, West Germany.

Horowitz, M.J., Markman, H., Tunis, S., & Ghannam, J.H. (1986). Towards a Theory of Defense Classification. Paper presented at Yale University, MacArthur Foundation Conference on Repression, 1986.

Ghannam, J.H. (1985). Psychoanalysis as a Science: Ontology Versus Methodology. American Psychological Association Annual Convention, Los Angeles, California.

Ghannam, J.H. (1984b). The Function of Speech in Psychoanalysis: An Empirical Study. American Psychological Association Annual Convention, Toronto, Canada.

Ghannam, J.H. (1984a). Speech Clarity: A Measure of the Psychotherapeutic Process. international Society for Psychotherapy Research, Annual Convention; Banff, Canada.

Ghannam, J.H. (1983). Research in Psychoanalysis: A Methodological Evaluation. American Psychological Association Annual Convention; Anaheim, California

Ghannam, J.H. (1983). A Critical Evaluation of Neurobiological  Plasticity: Criteria

Ghannam, Jess
CV: March 2022

for a Comprehensive Model for the Recovery of Function.  International
Neuropsychological Society Convention, Lisbon, Portugal.

Ghannam, J.H. (1983). Theoretical Perspectives on the Recovery of Cognitive
Functions after CNS Insult. California State Psychological Association Annual
Convention, San Francisco, California.

Papsdorf, J.D. & Ghannam, J.H. (1978). Asymmetric Digit Response to Test
Anxiety Imagery. Southeastern Psychological Association National Convention,
Atlanta, Georgia.

Papsdorf, J.D. & Ghannam, J.H. (1978). Test Anxiety and Hemispheric
Specialization: Implications for Research. Southeastern Psychological Association
National Convention, Atlanta, Georgia.

Papsdorf, J.D. & Ghannam, J.H. (1977). Test Anxiety and Lateral Eye
Movements. American Psychological Association, Annual Convention, San
Francisco, California.

## Invited Lectures and Panels

University of California, San Francisco. Family and Community Medicine Plenary
Session on Community Engagement. Working with Arab and Muslim
Communities, 2017.

US Department of Labor, Psychological Work-Related Issues – Is it TBI, PSTD, or
Merely a General Psychiatric Diagnosis?. San Francisco, September, 2016.

University of California San Francisco, San Francisco General Hospital, General
Rounds. Confronting Hate and Islamophobia in the Workplace. April, 2016.

Yale University, Moral Economies and Social Change. Humanatarian Responses in
the Wake of Catastrophe. September, 2015.

San Francisco General Hospital, Grand Rounds. Islamophobia and Hate Crimes.
October, 2015.

American Studies Association Annual Meeting, The Indivisibility of Justice:
Palestine in the American Imaginary.  The Health Effects of the Gaza Invasion and
Siege on Palestinians, San Antonio, November, 2010.

Psychologists for Social Responsibility, Panel Discussion, New Directions for The
Anti-Torture Movement, July 2010

Ghannam, Jess
CV: March 2022

The Psychiatric AME/QME Report and the GAF. California Association of Applicant Attorneys. Oakland, California. July 2010.

International Day in Support of Victims of Torture, Panel Discussion, Amnesty International, San Francisco, CA, June, 2010

Western Regional International Health Conference, "War & Global Health: Transforming our professions, Changing our World". Health Professionals and Torture: Perpetrators, Activists, and Healers, University of Washington, April, 2010

University of California Berkeley, School of Public Health. "The Mental Health Effects of Torture in Guantanamo". March 2010

Commonwealth Club, San Francisco. The Quest for Palestinian National Identity, Panel discussion, 2009

University of California San Francisco, School of Medicine, Physicians for Social Responsibility, "Health, Human Rights and Social Responsibility: The Humanitarian Crisis in Gaza, 2009.

Claremont Collage, Scripts Campus, "Health, Human Rights and Social Responsibility: The Humanitarian Crisis in Gaza, 2009.

University of California Davis, "Health, Human Rights and Social Responsibility: The Humanitarian Crisis in Gaza, 2009.

UC Berkeley, Boalt Law School, Symposium on "Overcoming Divisions Within Communities of Color, February, 2008.

UCSF School of Medicine Symposium on Health Effects of War, "The Psychiatric Effects of War and Occupation", 2007,2008

University of Nevada, Reno School of Medicine. "Health and Mental Health Effects of War and Occupation", 2007.

University of California, San Francisco Global Health Sciences, Seminar on Global Health, "Mental Health Research and Practice Globally", 2004, 2005, 2006, 2007,2008,2009, 2010, 2011, 2012, 2013, 2014, 2015.

Department of Psychiatry, UCSF, "Cultural and Clinical Competence in Working with Arab and Muslim Americans." 2002,2003, 2004

Ghannam, Jess
CV: March 2022

Tenderlion Clinic, "Cultural and Clinical Competence in Working with Arab and Muslim Americans." 2001, 2002, 2003

Department of Equal Employment (EEOC), San Francisco, "Cultural and Clinical Competence in Working with Arab and Muslim Americans." 2002

Department of Psychiatry, San Francisco General Hospital, Psychiatric Emergency Services, "Traumatic Effects of Racial Profiling and Hate Crimes", October, 2002

Department of Psychiatry, San Francisco General Hospital Grand Rounds, "Traumatic Effects of Racial Profiling and Hate Crimes", 2001

School of Social Welfare, University of California, Berkeley, "Psychoanalytic Perspectives in Working With Older Adults", 2000

San Francisco Psychoanalytic Institute, Friends Society, "Money, Class, and Resistance", 2000

Department of Orthopedic Surgery, UCSF, Grand Rounds, "Psychological Care of the Poly-Traumatized Patient", 1998

American Academy of Orthopedic Surgeons, "Psychological Care of the Poly-traumatized Patient", San Francisco, 1997

Wright Institute, Berkeley, California. "What is Psychoanalysis", 1995, 1996, 1997, 1998

Pacific Gas, & Electric Company, System Wide Symposium on "Coping with Depression in the Workplace". 1997

UCSF Brown Bag Lecture. "Advances in the Treatment of Depression". 1997

UCSF Healthy Aging Series, UCSF Medical Group. "Coping with Loss and Change". 1994, 1995, 1996

UCSF Center on Aging, Geriatric Noon Conference, "Depression in the Elderly". UCSF Mount Zion Medical Center, 1996

UCSF Mount Zion, Department of Medicine, Noon Conference, "Advances in the Treatment of Depression", 1996

University of California, San Francisco, Center on Aging, Symposium on Chronic Illness and Depression in the Elderly. " The Treatment of MDD in the Elderly Cardiac Patient". 1994

Ghannam, Jess
CV: March 2022

Eureka General Hospital and Mad River Community Hospital, "Diagnostic Psychological Evaluations", Medical Grand Rounds, 1991

The Wright Institute, Berkeley, "Crisis Intervention", 1990

University of California, Berkeley, Department of Psychology Colloquium, "Informed Consent with Involuntarily Detained Psychiatric Patients", 1989.

University of California, Berkeley, Department of Psychology, Clinical Psychology Program Conference, "Epidemiology and Psychodynamics of Suicide ", 1989

San Francisco General Hospital, Department of Psychiatry, Consultation-Liaison Service, Post-Traumatic Stress Disorder and Severe Personality Pathology, 1988.

Highland General Hospital, Department of Medicine, Grand Rounds, "Post-Traumatic Stress Disorders in Medical Practice, 1988

Mount Zion Hospital and Medical Center, Department of Psychiatry , Grand Rounds. "Research into the Supervisory Experience." (with Drs. Schupak and Marrott), 1988

San Francisco State University, Department of Psychology, Clinical Case Conference. Invited consultant to clinical graduate students, 1988

University of California, Berkeley, Department of Psychology. "Suicide: Theory, Assessment, and Intervention." Presented to faculty and graduate students in clinical psychology, 1987

Wells Fargo Employee Assistance Services, "Psychodynamic Principles of Individuals in Organizations." Presented to the clinical staff, 1987

San Francisco State University, Department of Psychology. "Psychoanalytic Psychotherapy. Theory and Technique." Presented to advanced graduate students in clinical psychology, 1987

Tenderloin Clinic, San Francisco, "Psychodynamic Treatment of Severe Personality Disorders." Presented to staff and trainees, 1986

Wells Fargo Employee Assistance Services,  "Psychodynamic Principles of individuals in Organizations." Presented to the clinical staff, 1986

San Francisco State University, Department of Psychology, "Psychoanalytic Psychotherapy: Theory and Technique." Presented to advanced graduate

Ghannam, Jess
CV: March 2022

students in clinical psychology, 1986

San Francisco Psychoanalytic Institute, "The Evolution of the Theme
of  Castration in Freud's Writings." Presented to first year candidates, course on
Oedipal Development, 1985

San Francisco State University, Department of Psychology, "Psychoanalytic
Psychotherapy: Theory and Technique." Presented to advanced graduate
students in clinical psychology, 1985

San Francisco Psychoanalytic Institute, "The Evolution of the Theme of
Castration in Freud's Writings." Presented to first year candidates, course on
oedipal development", 1984

San Francisco State University, Department of Psychology, "Psychoanalytic
Psychotherapy. Theory and Technique." Presented to advanced graduate
students in clinical psychology, 1984

San Francisco State University, Department of Psychology,  "Psychoanalytic
Psychotherapy. Theory and Technique." Presented to advanced graduate
students in clinical psychology, 1983

## Teaching Experience

Health Consequences of Occupation and War, University of California, Berkeley,
School of Public Health. Course Instructor and Lecturer. 2010

Post-Colonial Formulations of Arab and Arab American Identity, SFSU Ethinic
Studies, 2003, 2004, 2005, 2006, 2007

Advanced Seminar in Geropsychology. Post-Doctoral Fellows, UCSF Institute on
Aging, 1999-2002

Continuous Case Conference, Advanced Interns, UCSF-Stanford Health Care,
Department of Psychiatry, 1995-2000

Introduction to Clinical Psychology and the DSM4, Diploma Programme, Gaza
Community Mental Health Programme, Gaza, 1996-Current.

Introduction to Psychoanalysis, Department of Psychiatry, University of
California, San Francisco, Mount Zion Campus, 1992-2000

Psychoanalytic Theories: Five Perspectives. Department of Psychiatry, California
Pacific Medical Center, 1991-1995

18

Ghannam, Jess
CV: March 2022

Core Readings and Case Conference in Psychoanalytic Psychotherapy.
Department of Psychiatry, Mount Zion Hospital and Medical Center of UCSF,
1990-2000

Introduction to the Work of Lacan Mount Zion Crisis Clinic, 1991

Theoretical and Technical Considerations in the Treatment of Character
Pathology, Department of Psychiatry, Mount Zion Hospital and Medical Center,
1989, 1990

Diagnostic Neuropsychological and Psychological Differential Diagnosis
Department of Psychiatry, Crisis Clinic, Mount Zion Hospital and Medical Center,
1989-1990

Fundamentals of Psychopathology Third year Clerkship in Psychiatry, Department
of Psychiatry, University of California, San Francisco, 1989-1994

Introduction to Clinical Psychology, Department of Psychology, University of
California, Berkeley, 1989

Treatment of Severe Personality Disorders. Department of Psychiatry, Mount
Zion Hospital and Medical Center, San Francisco, 1988

Psychiatric Aspect of Medical  Practice. University of California, San Francisco and
Mount Zion Hospital, 1987, 1988

Seminar Leader, Psychiatry 100A and 100B - Introduction to Psychiatry.
Department of Psychiatry, University of California, San Francisco, 1986, 1987,
1988

Introduction to Masochism and Object Relations, Department of Psychiatry,
Mount Zion Hospital and Medical Center, 1986,1987

Training Seminar, Crisis Clinic, Department of Psychiatry, Mount Zion Hospital
and Medical Center, 1986, 1987, 1988

Teaching Associate, Seminar on Research Methods. Department of Health and
Medical Sciences, University of California, Berkeley, Winter 1981, Spring 1981,
Fall 1981, Winter 1982, Fall 1982, Winter 1983, Spring 1983

Teaching Assistant, Introduction to Psychology-Department of Psychology,
University of California, Berkeley, Fall 1980, Spring 1981, Fall 1981, Winter 1982

Ghannam, Jess
CV: March 2022

Teaching Assistant, Department of Psychology, University of Michigan, Fall 1978, Winter 1979


## Research-Experience

Pproject on The Medical and Psychiatric Effects of Tear-Gas Exposure on Refugees Living in the West Bank. 2017-Current

Project on the Psychological and Psychiatric Consequences of Detention and Release from Guantanamo, Collaborative project with the UC Berkeley School of Law International Human Rights Law Clinic and Human Rights Center, 2009-Current.

Project on Differential Cancer Rates Using GIS in Palestine, UCSF, 2008-Current

Project on the Traumatic Effects of War and Occupation, Gaza Community Mental Health Program, 1996-Current

Project on Burnout Among Medicial Residents, Hamad Medical Center, Doha, Qatar, 2013-Current

Project on Quality of Life Outcomes in Differential Treatments of Lung Cancer, with David Jablons, UCSF Department of Surgery, 1997-2000.

Project on Psychiatric Co-morbidity of Dermatology Disorders, with Tim Berger, Department of Dermatology, UCSF, 1995-2000

Member, Alzheimer's Project, Center for Clinical Aging Services Research, UCSF Institute on Aging, San Francisco, 1990-2000

Member, Geriatric Depression Project, Institute on Aging and Department of Psychiatry, University of California, San Francisco, 1990-2000

Member, Berkeley Psychotherapy Project, Department of Psychology, University Of California, Berkeley, 1989-1992

Co-Director, Project on Duty to Warn with Psychiatric Liaison Unit, 1988-1991

Co-Director, Project on the Study of Informed Consent, Department of Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1988-1991

Residential Scientist, MacArthur Foundation Program on Conscious and

Ghannam, Jess
CV: March 2022

Unconscious Mental Processes, Langley Porter Psychiatric Institute, University of California, San Francisco, 1984-1989

Joint Project on Neural Correlates Unconscious Mental Processes (with Drs. Ben Libet and Howard Shevrin), University of California, San Francisco and University of Michigan, 1981-1988

Research Project on Medical Student Supervision (with Dr. Mel Schupack), Department of Psychiatry , Mount Zion Hospital and Medical Center, 1984-1989

Communication Mismatches in Depression, Department of Psychology, Stanford University, 1984-1985

Interpersonal Correlates of Process and Outcome in Psychotherapy (with Dr. Leonard Horowitz), Stanford University and Kaiser Hospital, 1984-1985

Co-Director, Project on the Use of Computer Technology in the Rehabilitation and Recovery of Cognitive Functions After Central Nervous System Insult, Departments of Psychiatry, Neurology, and Rehabilitative Medicine, Mount Zion Hospital and Medical Center, 1983-1984

Psychotherapy Research Project (with Dr. Enrico Jones), Department of Psychology, University of California, Berkeley, 1983-1984

Member (with Drs. Weiss and Sampson), Mount Zion Psychotherapy Research Group, 1981-1989

Staff Research Associate I (with Alan Gevins), EEG Systems Laboratory, Langley Porter Psychiatric Institute, University of California, San Francisco, 1980-1982

Research Assistant (with Dr. Enoch Callaway), Department of Psychiatry, University of California, San Francisco, 1980

Research Assistant (with Dr. Sheldon Korchin), Department of Psychology, University of California, San Francisco, 1980

Research Assistant (with Dr. Howard Shevrin), Adult Psychiatric Hospital, University of Michigan, 1979

Research Assistant (with Dr. Aaron Smith), Neuropsychological Laboratory, University of Michigan, 1979

Consultant, Mental Health Unit, Milan Federal Prison, 1978-1979

Ghannam, Jess
CV: March 2022

Research Assistant (with Dr. James Papsdorf), Laboratory of Applied Psychology, University of Michigan, 1977-1979

Research Assistant (with Dr. Howard Shevrin), Neuropsychiatric Institute, Department of Psychiatry, University of Michigan, 1978-1979

Research Fellow (with Dr. James Papsdorf), Institute of Human Adjustment, University of Michigan, 1977-1978

## Supervision Experience

Supervision of Medical Students and GHS Students, University of California, San Francisco, 1997 - Current

Supervision of Psychiatric Residents, Department of Psychiatry, University of California, San Francisco, 1986-Current

Supervision of UCSF Medical Students, Department of Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1983-2009

Supervision of Pre- and Post-Doctoral Students, Department of Psychiatry, Mount Zion Campus, University of California, San Francisco, 1989-2000

Supervision of Interns, Wright Institute, Berkeley, CA, 1992-2010

Supervision of Psychology and Psychiatry Trainees, Department of Psychiatry, California Pacific Medical Center, 1991 -1993

Supervision of Psychology Trainees, Department of Psychiatry, San Francisco veterans Administration Hospital, 1988-1992

Supervision of Trainees, Department of Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1983-1989

Supervision of Post-Doctoral Trainees, Outpatient Department of Psychiatry, Mount Zion Hospital and Medical Center, San Francisco, 1984-1989

Supervision of Clinical Graduate Students, Department of Psychology, San Francisco State University, San Francisco, 1983-1985

## Workshops

Ghannam, Jess
CV: March 2022

Cultural and Clinical Competence in Working with Arab and Muslim Americans, San Francisco Community Mental Health and the San Francisco Department of Public Health, 2002,2004.

Psychoanalysis and Art: The Re-Embodiment of Desire. Morphos Gallery and Somar,1994. Co-Chair.

California State Psychological Association, Current Trends in Mental Health and the Law, San Francisco, 1989, Chair

Protection and Advocacy Services, Informed Consent, Invited Address, 1989

California State Psychological Association, The Anatomy of Duty-to-Warn: Clinical and Legal Foundations, San Francisco, 1989, Chair

Society for Psychotherapy Research, Text Analytic Approaches in Psychotherapy, Toronto, 1989, Participant

## **Committees**

Center for Communiy Engagement, Faculty Co-Chair, University of California, San Francisco, 2016-Current

Board of Trustees, Sofia University, 2016-2018.

Chancellor's Committee on Climate and Diversity, University of California, San Francisco, 2010-2016

University Community Partnerships Council, University of California, San Francisco, 2010-2016

Geriatric Advisory Committee, UCSF-Stanford Health Care, 1997-2000

HIV Advisory Committee, Mount Zion Medical of the University of California, San Francisco, 1991-1997

Collaborative practice committee, AIDS Unit, Mount Zion Hospital and Medical center of UCSF, 1990-1997

Collaborative practice committee, 4 East Telemetry Unit, Mount Zion Hospital and Medical center of UCSF, 1990-1997

Chairman, Utilization Review Committee, Crisis Clinic, Department of Psychiatry, Mount Zion Hospital and Medical Center, 1986-1991

Ghannam, Jess
CV: March 2022

## **Organizational Consultation**

Hospital consultant for administration, nursing, and medical staff, Mount Zion
Hospital and Medical Center of UCSF, 1990-1997

Hospital consultant for administration and nursing, Moffitt-Long Hospital,
University of California, San Francisco, 1991-1997

Consultant, Employee Assistance Services, Wells Fargo Bank, 1986, 1987, 1995

Consultant, Mental Health Unit, Milan Federal Prison, Milan, Michigan, 1978-1979

## **Professional and Society Memberships**

Member, Royal Society of Medicine
Member, Health Professionals Against Torture
Member, Phi Beta Kappa Honor Society
Member, Division39; American Psychological Association
Member, American Psychological Association
Member, Sigma XI Scientific Society
Member, International Society for Psychotherapy Research
Member, California Society of Industrial Medicine and Surgery
Member, Psychologists for Social Responsibility

## **Radio and Television Experience**

Commonwealth Club
KPOO Radio
BBC Radio and Television
Al Jazeera English
Air America Radio WBAI, New York, Invited Guest, 2004
Free Speech Radio, Invited Guest, 2004
WorldLink TV, Invited Guest
KQED Radio, Invited Guest on Perspectives on the War
KCSM TV, Invited Guest on Racial Profiling
KALW Radio, Invited Guest on Racial Profiling
KQED Radio, Invited Guest on Racial Profiling
BAY TV, Invited Guest on Depression in the Elderly
BAY TV Invited Guest on Seasonal Affective Disorder
KGO Talk Radio, Invited Discussant on Depression
KCBS Radio, Invited discussant on Depression
KGO Talk Radio, Invited discussant on Addictions
KQED Radio, Invited discussant on Work Stress

Ghannam, Jess
CV: March 2022

## **Medical-Legal and Forensic Experience**

Expert Witness, National Security Cases Requiring TS/SCI/SAP Level Clearance
(DoD and DoJ)

Worker's Compensation, Evaluation, Treatment, and Testimony.
Expert Witness, Testimony, Evaluation, and Deposition, State and
Federal Courts.

Qualified Medical Evaluator, Agreed Medical Evaluator, Independent Medical
Evaluator

## **Grants and Awards**

Mount Zion Hospital and Medical Center Research Fund, San Francisco, for
studying the informed consent process in psychiatric patients, l988

Mount Zion Hospital and Medical Center Research Fund, San Francisco, for
studying the characteristic of HIV infected individuals in emergency psychiatric
facilities, 1989.

Fluoxetine/Placebo Trial in Geriatric Patients with MDD. Eli-Lilly, 1990

Mount Zion Health Systems, Grant for the implementation of psychiatric services
for Russian Immigrants, 1994-1998.

A Placebo Controlled Comparison of Nefazadone and Fluoxetine in the Treatment
of Elderly Patients with Major Depressive Illness. Bristol-Meyers Squibb 1991

An Open Label Multicenter Trial of Nefazodone in the Treatment of Patients with
Mood Disorders. Bristol-Myers Squibb. 1991

A Multicenter Trial of t Efficacy of Extended-Release Oral Physostigmine in
Alzheimer's Disease and Senile Dementia of t Alzheimer Type. Forest
Laboratories, 1993

Efficacy and Safety Study of Besipirdine hydrochloride (HP 749) in Patients with
Alzheimer's Disease. Hoechst-Roussel Pharmaceuticals, Inc., 1993

A Multicenter, Double-Blind Trial to Evaluate the Efficacy and Safety of Two Dose
Ranges of Buspirone HCl (15-35mg and 40-6Omg) Compared to Placebo in the
Management of Agitated Behavior in Patients with Dementia of the  Alzheimer's
Type, Multi-lnfarct Dementia, or Mixed-Type Dementia. Bristol-Myers Squibb

Ghannam, Jess
CV: March 2022

Company, 1994

Longitudinal Study of Adrenocorticoids & Functioning in Alzheimer's Disease.
Alzheimer's Association, 1995

Double-Blind Controlled Study of Venlafaxine and Fluoxitine in Geriatric
Outpatients with Major Depression, 1996

A 48 Week Study to Compare Efficacy an1d Safety of Propentofylline (HW A285)
with Placebo in Outpatients with Alzheimer's Disease, 1996

A 24 Week Study to Compare Efficacy and Safety of Propentofylline (HW A 285)
with Placebo in Outpatients with Vascular Dementia, 1996

A Randomized, Double-Blind, Placebo Controlled Evaluation of t Effects of
Donepezel Hydrochloride (E2020) in the Management of Patients  in a Nursing
Home Facility, Eisai, Inc., 1996

Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020) in
Patients with Dementia Associated with Cerebovascular Disease. Pfizer
Pharmaceutica1s, 1996

A Multicenter, Double-Blind Comparison of Efficacy and Safety of Seroquel,
Haloperidol, and placebo in the treatment of elderly subjects residing in nursing
homes or assisted care facilities and presenting with Alzheimer's Dementia and
psychoses or other selected psychoses.  Zeneca Pharmaceuticals, 1997

**<u>Community Service</u>**

Numerous and extensive invited talks on depression, coping with stress,
adjustment issues related to aging and coping with hate crimes. These activities
have taken place in community centers and places of secondary education in San
Francisco, Marin, and Alameda counties.

Professional References: Available upon request

26

# References

Bonta, J. , & Gendreau, P. (1990). Reexamining the cruel and unusual punishment of prison life. Law and Human Behavior, 14(4), 347-372.

Bonta, J. , & Gendreau, P. (1995). Reexamining the cruel and unusual punishment of prison life. In T. J. Flanagan (Ed.), Long-term imprisonment: Policy, science, and correctional practice (pp. 75-94). Thousand Oaks, CA: Sage.

Cockburn, A. (2001, July 15). Commentary: Insane in the SHU box. Los Angeles Times, p. M5.

Committee to End the Marion Lockdown. (1992 ). From Alcatraz to Marion to Florence: Control unit prisons in the United States. Retrieved November 18, 2006, from www.unix.oit.umass.edu/~kastor/ceml.html

Favril Louis, Yu Rongqin, Hawton Keith, et al. Risk factors for self-harm in prison: a systematic review and meta-analysis. *The Lancet Psychiatry.* 2020;7(8):682-691.

Foucault, M. (1995). Discipline and punish: The birth of the prison . New York: Vintage.

French, S.A. , & Gendreau, P. (2006). Reducing prison misconduct: What Works! Criminal Justice and Behavior, 33(2), 185-218.

Grassian, S. (1983). Psychopathological effects of solitary confinement . American Journal of Psychiatry, 140(11), 1450-1454.

Grassian, S. , & Friedman, N. (1986). Effects of sensory deprivation in psychiatric seclusion and solitary confinement. International Journal of Law and Psychiatry, 8(1), 49-65.

Hagan B. O., Wang E. A., Aminawung J. A., et al. History of Solitary Confinement Is Associated with Post-Traumatic Stress Disorder Symptoms among Individuals Recently Released from Prison. *J Urban Health.* 2018;95(2):141-148.

Haney, C. (1993). "Infamous punishment": The psychological consequences of isolation. National Prison Project Journal, 8(2), 3-7, 21.

Haney, C. (2003). Mental health issues in long-term solitary and "supermax" confinement. Crime & Delinquency, 49(2), 124-156.

Haney, C. (2006). Reforming punishment: Psychological limitations to the pains of imprisonment. Washington, DC: American Psychological Association.

Haney, C. , & Lynch, M. (1997). Regulating prisons of the future: A psychological analysis of supermax and solitary confinement. New York University Review of Law and Social Change, 23(4), 477-570.

Human Rights Watch. (1997). Human rights watch world report. New York: Author.

Human Rights Watch. (2000). Out of sight: Super-maximum security confinement in the United States. Retrieved December 2, 2007, from www.hrw.org/reports/2000/supermax/.

Jackson, M. (2001). The psychological effects of administrative segregation . Canadian Journal of Criminology, 43(1), 109-116.

James K. , Vanko E. The Impacts of Solitary Confinement. Brooklyn, New York: Vera Institute of Justice; 2021.

King, R.D. (1999). The rise and rise of supermax: An American solution in search of a problem? Punishment and Society, 1, 163-168.

Kupers, T. (1999). Prison madness: The mental health crisis behind bars and what we must do about it. San Francisco: Jossey-Bass.

Kurki, L. , & Morris, N. (2001). The purposes, practices, and problems of supermax prisons. Crime and Justice: A Review of Research, 28, 385-423

Luigi M., Dellazizzo L., Giguere C. E., et al. Shedding Light on "the Hole": A Systematic Review and Meta-Analysis on Adverse Psychological Effects and Mortality Following Solitary Confinement in Correctional Settings. *Front Psychiatry*. 2020;11:840.

Luise, M.A. (1989). Solitary confinement: Legal and psychological considerations. New England Journal on Criminal and Civil Confinement, 15(2), 301-324.

McCorkle, R.C. (1995). Gender, psychopathology, and institutional behavior: A comparison of male and female mentally ill prison inmates. Journal of Criminal Justice, 23(1), 53-61.

Mears, D.P. (2005). A critical look at supermax prisons. Corrections Compendium, 30, 6-7, 45-49.

Mears, D.P. , & Reisig, M.D. (2006). The theory and practice of supermax prisons. Punishment and Society, 8, 33-57.

Mears, D.P. , & Watson, J. (2006). Towards a fair and balance assessment of supermax prisons Justice Quarterly, 23, 232-270.

Miller, H.A. (1994). Reexamining psychological distress in the current conditions of segregation. Journal of Correctional Health Care, 1(1), 39-53.

Miller, N. (1995). International protection of the rights of prisoners: Is solitary confinement a violation of international standards? California Western International Law Journal, 26, 139-172.

National Institute of Corrections. (1997). Supermax housing: A survey of current practices, special issues in corrections . Longmont, CO: National Institute of Corrections Information Center.

Pizarro, J. , & Stenius, V.M.K. (2004). Supermax prisons: Their rise, current practices, and effects on prisoners. Prison Journal, 84(2), 248-264.

Poole, E.D. , & Regoli, R.M. (1980). Race, institutional rule breaking, and disciplinary response: A study of discretionary decision making in prison. Law and Society Review, 14(4), 931-946.

Ramirez, J. (1983). Race and the apprehension of inmate misconduct . Journal of Criminal Justice, 11(4), 413-427.

Reiman, J. (2005). The rich get richer and the poor get prison: Ideology, class and criminal justice (7th ed.). Boston: Allyn & Bacon.

Reiter K., Ventura J., Lovell D., et al. Psychological Distress in Solitary Confinement: Symptoms, Severity, and Prevalence in the United States, 2017-2018. *Am J Public Health.* 2020;110(S1):S56-S62**.**

Rhodes, L. (2004). Total confinement: Madness and reason in the maximum security prison. Berkley: University of California Press.

Roberts, J.V. , & Gebotys, R.J. (2001). Prisoners of isolation: Research on the effects of administrative segregation. Canadian Journal of Criminology , 43(1), 85-97.

Roberts, J.V. , & Jackson, M. (1991). Boats against the current: A note on the effects of imprisonment. Law and Human Behavior, 15(5), 557-562.

Rogers, R. (1993). Solitary confinement. International Journal of Offender Therapy and Comparative Criminology, 37(4), 339-349.

Shaylor, C. (1998). "It's like living in a black hole": Women of color and solitary confinement in the prison industrial complex. New England Journal of Criminal and Civil Confinement, 24(2), 385-416.

Strong J. D., Reiter K., Gonzalez G., et al. The body in isolation: The physical health impacts of incarceration in solitary confinement. *PLoS One.* 2020;15(10):e0238510.

Suedfeld, P. (1974). Solitary confinement in the correctional setting: Goals, problems, and suggestions. Corrective and Social Psychiatry and Journal of Behavior Technology, Methods and Therapy, 20(3), 10-20.

Suedfeld, P. , Ramirez, C. , Deaton, J. , & Baker-Brown, G. (1982). Reactions and attributes of prisoners in solitary confinement. Criminal Justice and Behavior, 9(3), 303-340.

Suedfeld, P. , & Roy, C. (1975). Using social isolation to change the behavior of disruptive inmates. International Journal of Offender Therapy and Comparative Criminology, 19(1), 90-99.

Thomas, C. , Peterson, D. , & Zingraff, R. (1978). Structural and social psychological correlates of prisonization. Criminology, 16(3), 383-393.

Toch, H. (1977). Living in prison. New York: Free Press.

Toch, H. (2001). The future of supermax confinement. Prison Journal, 81(3), 376-388.

Toch, H. (2003). The contemporary relevance of early experiments with supermax reform. Prison Journal, 83(2), 221-228.

Walker, S. (2006). Sense and nonsense about crime and drugs (6th ed.). Belmont, CA: Wadsworth.

Wright, K.N. (1991). A study of individual, environmental, and interactive effects in explaining adjustment to prison. Justice Quarterly , 18(2), 217-242.

Zamble, E. , & Porporino, F.J. (1988). Coping behavior and adaptation in prison inmates. New York: Springer-Verlag .

Zinger, I. , & Wichmann, C.G. (1999). The psychological effects of 60 days in administrative segregation (Research Report R-#85). Ottawa: Correctional Services of Canada.

Zinger, I. , Wichmann, C. , & Andrews, D.A. (2001). The psychological effect of 60 days in administrative segregation. Canadian Journal of Criminology, 43(1), 47-83.

Zubeck, J.P. (1969). Sensory deprivation: Fifteen years of research . New York: Appleton-Century-Crofts .

Expert Report
Page 9 of 9
September 2, 2022

# ATTACHMENT 2

# DOCUMENTS REVIEWED

## Docket Items

1. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES CLASS ACTION (ECF 1)
2. DECLARATION OF TERRY KUPERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (ECF 8-2)
3. DECLARATION OF JAMIE M. ZEITZER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (ECF 8-3)
4. SEALED PROCEEDINGS: TRANSCRIPT OF EVIDENTIARY HEARING (SEALED) BEFORE THE HONORABLE SALLIE KIM UNITED STATES MAGISTRATE JUDGE (OCT. 23, 2019) (ECF 10-2)
5. EXPERT WITNESS QUESTIONS (ECF 10-2)

## Gathered Data

6. Norbert: Research log for October 2021 (spreadsheet).
7. Spreadsheet of psychological data collected from inmates
8. Research Methods summary
9. Coded data files for 21 inmates (folder)
10. Coded data files grouped by Metric (folder)
11. Data collection tools: Interview Questions & Surveys (folder)
12. Coded psychological data file on inmates (spreadsheet)

## Health Records

13. ANNOTATED VERSION of CCSF Medical Records of Jose Poot (337 pages)
14. ANNOTATED VERSION of CCSF Medical Records of Troy McAllister (2372 pages)
15. ANNOTATED VERSION of CCSF Medical Records of Montrail Brackens (1111 Pgs)
16. CCSF Medical Records of Troy McAllister (2372 pages) (original, Bates Numbered received from CCSF)
17. CCSF Medical Records of Montrail Brackens (1111 pages) (original, Bates Numbered received from CCSF)
18. CCSF Medical Records of Jose Poot (337 pages) (original, Bates Numbered received from CCSF)
19. CCSF Medical Records of Troy McAllister (2372 pages) (renumbered for index)
20. Medical Chronology/Summary of Troy McAllister (2015-2017) (index) (125 pages)
21. Combined & Hyperlinked Chronology and Medical Records of Troy McAllister (2495 pages)
22. CCSF Medical Records of Montrail Brackens (1111 pages) (renumbered for index)
23. Medical Chronology/Summary of Montrail Brackens (2014-2019) (index) (75 pages)
24. Combined & Hyperlinked Chronology and Medical Records of Montrail Brackens (1185 pgs)
25. CCSF Medical Records of Jose Poot (337 pages) (renumbered for index)
26. Medical Chronology/Summary of Jose Poot (2015-2019) (index) (46 pgs)
27. Combined & Hyperlinked Chronology and Medical Records of Jose Poot (383 pages)
28. Medical Records Delivery Note - Troy McAllister
29. Medical Records Delivery Note - Montrail Brackens
30. Medical Records Delivery Note - Jose Poot
31. Medical Records Delivery Note - Jose Poot (highlighted)
32. Medical Records Delivery Note - Troy McAllister (highlighted)
33. Medical Records Delivery Note - Montrail Brackens (highlighted)

## Trial Exhibits/Demonstratives/Visuals

34. Floor plan of jail pod section (Bates number: CCSF-NORBERT_097824)
35. Various graphs produced at Dr. Czeisler's direction (folder)
36. Graph of quiet periods on 10-15-2022
37. Photo of jail entrance
38. Overhead photo of jail
39. Photo showing inside view of jail pod
40. Installation of Light Logger - CJ 3 (folder)
41. Photos documenting data collection at County Jail 3 (folder)
42. Installation of Light Logger - CJ 3 (folder)

## Correspondence

43. Various correspondence and communication with attorneys