I, Jamie Zeitzer, took a series of recordings to quantitate light levels present at San Francisco County Jail #3. The first set of recordings took place in the afternoon of Monday July 18th, 2022, from ~14:45 until 15:30 in cell 13 of cellblock 8. Spot (single) light measurements were made with a calibrated International Light IL1400A research photometer with an SCL110 head (photopic sensitivity, measurement range: 0.09 – 1,000,000 lux). Unless noted, light measurements were made at approximately 5'8" in height. The head of the light meter was placed on my forehead without obstruction and in an angle of gaze in which no other individuals were present. Measurements were examined until the photometer produced a stable illuminance reading. Maximum light in the room (placing the sensor a few inches away from the light) was 1345 lux. Other measurements (Table 1, Figure 1) were made as specified.

| Position | Angle | Illuminance (lux) |
|---|---|---|
| Face pressed against the window to the outside | horizontal | 356 |
| Face pressed against the interior window | horizontal | 60 |
| Bottom bunk (head by interior window) | upward | 30 |
| Bottom bunk (head by exterior window) | upward | 30 |
| Top bunk (head by interior window) | upward | 310 |
| Top bunk (head by interior window) | at light | 657 |
| Top bunk (head by exterior window) | upward | 140 |
| Top bunk (head by exterior window) | at light | 175 |

*Table 1.* **Spot measurements of cell illumination**



**Figure 1. Layout of the cell with illuminance values obtained in the horizontal angle of gaze in the direction indicated by the arrow.**

Additional ambulatory measurements were taken in the common area including the basketball court. In the common area, illuminance ranged 22 to 116 lux in the horizontal angle of gaze and 140 to 262 lux in an upward angle of gaze. In the separate basketball court area, illuminance in the horizontal angle of gaze was 6-100 lux and 117-160 lux in an upward direction, including directly at a frosted window.

At 15:40 on Monday July 18th, 2022, outside of the jail that interior light measurements were made, illuminance ranged from 10,000 (horizontal angle of gaze) to 40,000 (slight upward angle of gaze) lux.

In addition to the spot measurements, I obtained more than 48 hours of continuous measurements using a datalogger (Light Logger, Mindsets, sensitivity range: 5 lux – 70,000 lux). Three dataloggers were placed in the same cell in which the spot light measurements were made. One was attached to the middle of the horizontal crossbar of the top bunk (head of the bed by the interior window) pointed upward at an approximately 30° angle. Spot measurement was 475 lux. A second unit was attached to the wall and pointing in the horizontal plane. It was placed at a height of 5' 8" and located 36" laterally from the door. Spot measurement was 157 lux. A third unit was attached to the middle of the horizontal crossbar of the bottom bunk (head of the bed by the exterior window) and pointed upward at an approximately 30° angle. Spot measurement was 33 lux. These units recorded ambient illumination (lux) once per minute for the next 48 hours (Figure 2). The units were calibrated against the IL1400 meter to ensure reliability and consistency of the measurements among the units.



*Figure 2.* **48-hour illuminance measurements from three fixed position light loggers.**

I also took a second set of light recordings at San Francisco County Jail #3. These took place in the afternoon of Monday August 22nd, 2022, from ~11:30 until 12:05 in cell 17 of cellblock 5B. As with the first set of recordings, all single recordings were taken with the same IL1400A research photometer and all continuous (48-hr) recordings were taken with the datalogger. Identical recording procedures were used at both visits. I was informed that the cell in which the second set of recordings occurred used LED lights, as opposed to the fluorescent lights that were in the cell in which the first set of recordings occurred.

| Position | Angle | Illuminance (lux) |
|---|---|---|
| Face pressed against the window to the outside | horizontal | 1800 |
| Face pressed against the interior window | horizontal | 50 |
| Bottom bunk (head by exterior window) | upward | 31 |
| Top bunk (head by interior window) | Upward | 813 |
| *Table 2.* **Spot measurements of cell illumination** | | |

Ambulatory spot measurements were done in the horizontal angle of gaze at the eye level of a 5'10" observer (Table 2, Figure 3).



*Figure 3.* Approximate direction of measurements within cell are represented with the spot illuminance measurement. All measurements were done in the horizontal angle of gaze.

A single measurement of light spectrum was made. The sensor (BlueIris) was placed flat on the top bunk facing the ceiling (Figure 4). This registered 924 lux, 3702 °K CCT, and 579 Equivalent Melanopic Lux (EML).



*Figure 4.* Spectral Power Distribution.

Three Light Loggers were placed in the same cell in which the spot light recordings occurred. One was attached to the middle of the horizontal crossbar of the top bunk (head of the bed by the interior window) pointed upward at an approximately 30° angle. Spot measurement was 813 lux. A second unit was attached to the wall and pointing in the

horizontal plane. It was placed at a height of 5' 8" and located 36" laterally from the door. Spot measurement was 205 lux. A third unit was attached to the middle of the horizontal crossbar of the bottom bunk (head of the bed by the exterior window) and pointed upward at an approximately 30° angle. Spot measurement was 31 lux. These units recorded ambient illumination (lux) once per minute for the next 48 hours (Figure 5). The units were calibrated against the IL1400 meter to ensure reliability and consistency of the measurements among the units.



*Figure 5.* 48-hour illuminance measurements from three fixed position light loggers.

September 9, 2022

Jamie Zeitzer, PhD

---

EXPERT FEE SCHEDULE

| | |
|---|---|
| Case review and trial preparation | $500 per hour |
| Travel | $250 per hour |
| Deposition (2 hour minimum) | $500 per hour ($500 cancelation fee if cancellation less than 1 business day in advance) |

PRIOR EXPERT EXPERIENCE

Upshaw, et al. v. Alameda County Sheriff's Office, 3:18-cv-07814, CAND