Light Readings at San Francisco County Jail #3 (1 Moreland Drive, San Bruno CA) [37°37'22.1"N 122°27'34.6"W], cell #17, cell block #5B

All measurements were done in the afternoon of Monday August 22nd, 2022, from ~11:30 until 12:05.

Cell dimensions were not obtained but were similar to the previous cell measurements (confirmed window size). The cell was mostly square and illuminated by three sources: (1) by the door, there was a window that looked out into the interior of the jail; (2) opposite the door, there was a window that, through an interior space, had exposure to outside light (less interference to visualize outside light than previous cell); (3) ceiling-mounted, centrally located, enclosed, presumably LED light fixture. From the perspective of the door, there was a bunk bed in the upper left corner, desk in the lower left corner and toilet in the upper right corner.

Light measurements were made with an International Light IL1400A research photometer with an SCL110 head (photopic sensitivity, measurement range: 0.09 – 1,000,000 lux). Unless noted, light measurements were made at approximately 5'8" in height. The head of the light meter was placed on the forehead of the observer (JMZ) without obstruction and in an angle of gaze in which no other individuals were present. Measurements were examined until the photometer produced a stable illuminance reading. Maximum light in the room (placing the sensor a few inches away from the light at head height) was 1800 lux. To understand the readings, the following approximations are relevant: 0 lux [complete darkness], 0.5 lux [full moon], 10 lux [very dim room light], 50 lux [low room light, similar to a bedroom], 100 lux [moderately low room light, similar to a living room], 200 lux [well light office space], 500 lux [very well lit office space, like a doctor's office], 10,000 lux [sunrise/sunset], 50,000 lux [moderately bright daylight], 100,000 lux [bright daylight].

| Position | Angle | Illuminance (lux) |
|---|---|---|
| Face pressed against the window to the outside | horizontal | 1800 |
| Face pressed against the interior window | horizontal | 50 |
| Bottom bunk (head by exterior window) | upward | 31 |
| Top bunk (head by interior window) | Upward | 813 |
| *Table 1.* **Spot measurements of cell illumination** | | |

Ambulatory spot measurements were done in the horizontal angle of gaze at the eye level of a 5'10" observer.



*Figure 1.* **Approximate direction of measurements within cell are represented with the spot illuminance measurement. All measurements were done in the horizontal angle of gaze.**

Three illumination recorders (Light Logger, Mindsets, sensitivity range: 5 lux – 70,000 lux) were placed in the cell. One (Z1) was attached to the middle of the horizontal crossbar of the top bunk (head of the bed by the interior window) pointed upward at an approximately 30° angle. Spot measurement was 813 lux. A second unit (Z2) was attached to the wall and pointing in the horizontal plane. It was placed at a height of 5' 8" and located 36" laterally from the door. Spot measurement was 205 lux. A third unit (Z3) was attached to the middle of the horizontal crossbar of the bottom bunk (head of the bed by the exterior window) and pointed upward at an approximately 30° angle. Spot measurement was 31 lux. These units recorded ambient illumination (lux) once per minute for the next 48 hours. The units were calibrated against the IL1400 meter to ensure reliability and consistency of the measurements among the units.



*Figure 2.* **48-hour illuminance measurements from three fixed position light loggers.**

Levels on the top bunk angled upwards towards the fluorescent fixture were ~750 lux. On the wall in the horizontal plane, illuminance was ~260 lux. In the bottom bunk angled upward, illuminance was ~55 lux. 'Lights out' lasted from approximately 9:30pm until 6:30am (9 hours). Light levels were reduced to approximately 0 lux in the bottom bunk and from the wall sensor and were at ~27 lux on the upper bunk.



*Figure 3.* **Spectral Power Distribution.**

A single measurement of light spectrum was made. The sensor (BlueIris) was placed flat on the top bunk facing the ceiling. This registered 924 lux, 3702 °K CCT, and 579 Equivalent Melanopic Lux (EML).