# JAMIE M. ZEITZER, PH.D.

Associate Professor, Psychiatry and Behavioral Sciences, Stanford University
Health Science Specialist, Mental Illness Research Education and Clinical Center, VA Palo Alto
Co-Chair, Center for Sleep and Circadian Sciences at Stanford University

| | |
|---|---|
| Stanford University | 650-493-5000, |
| VA Palo Alto Health Care System | ext. 62410 |
| 3801 Miranda Avenue (151Y) | jzeitzer@stanford.edu |
| Palo Alto CA  94304 | |

## EDUCATION

| | | |
|---|---|---|
| 1989 - 1993 | Vassar College | A.B., Highest Honors, Biology |
| 1993 - 1999 | Harvard University | Ph.D., Neurobiology |
| 1999 - 2001 | UCLA School of Medicine | Post-doctoral Fellow, Neurology |
| 2001 - 2006 | Stanford University | Post-doctoral Fellow, Psychiatry |

## FACULTY APPOINTMENTS

| | |
|---|---|
| 2006-current | Department of Psychiatry and Behavioral Sciences, Stanford University |
| 2006-current | Division of Sleep Sciences and Medicine, Stanford University |
| 2006-current | Psychiatry Service, VA Palo Alto Health Care System |

## FACULTY AFFILIATIONS

| | |
|---|---|
| 2021-current | Center for Sleep and Circadian Sciences at Stanford University |
| 2018-current | Stanford Wearable Electronics Initiative (eWEAR) |
| 2018-current | Stanford Precision Health and Integrated Diagnostics Center |
| 2018-current | Stanford University Bio-X |
| 2007-current | Stanford University Center on Stress and Health |
| 2007-2017 | Stanford University Program in Neuroscience |
| 2008-current | Stanford Center on Longevity |
| 2008-current | Stanford University Program in Human Biology |
| 2010-2013 | Stanford Institute for Neuro-Innovation & Translational Neurosciences |
| 2013-current | Stanford Neurosciences Institute |
| 2014-current | Child Health Research Institute at Stanford |
| 2015-current | Stanford Center for Population Health Sciences |

## COURTESY APPOINTMENTS

| | |
|---|---|
| 2014-current | Research and Development Service, James A. Haley Veterans' Hospital |

## RESEARCH EXPERIENCE

| | |
|---|---|
| 2017-current | Associate Professor, Department of Psychiatry and Behavioral Sciences, Stanford University, Palo Alto CA |
| 2006-2017 | Assistant Professor, Department of Psychiatry and Behavioral Sciences, Stanford University, Palo Alto CA |
| 2006-current | Research Health Science Specialist, Psychiatry Service, VA Palo Alto Health Care System, Department of Veterans Affairs |
| 2001-2006 | Post-doctoral Fellow in Psychiatry, Stanford Center for Narcolepsy Research, advisor, Emmanuel Mignot, Stanford University, California |
| 2000-2003 | Post-doctoral Fellow in Medicine; advisor, Robert Brown, Boston VAMC (titular appointment) |
| 1999-2001 | Post-doctoral Fellow in Neurology; advisors, Charles L. Wilson, Jerome Engel Jr., University of California, Los Angeles |
| 1994-1999 | Research Assistant in Circadian Biology; Circadian, Neuroendocrine, and Sleep Disorders Section; advisor, Charles A. Czeisler, Brigham and Women's Hospital, Boston |
| 1995 | Research Assistant in Retinal Neurobiology; advisor, Elio Raviola, Harvard Medical School, Boston |
| 1994 | Research Assistant in Molecular Neurobiology; Laboratory of Developmental Chronobiology; advisors, Steven M. Reppert, David R. Weaver, Massachusetts General Hospital |
| 1991-1992 | Research Assistant in Cellular Neurophysiology; advisor, Kathleen Raley-Susman, Vassar College, New York |
| 1990 | Research Assistant in Pulmonary Neurophysiology; advisor, Anthony Sica, Long Island Jewish Medical Center, New York |

## AWARDS AND HONORS

| | |
|---|---|
| 2014,18,19 | Faculty Fellow in Human Biology, Stanford University |
| 2006 | National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award |
| 2005 | Young Investigator Award, Honorable Mention, American Academy of Sleep Medicine |

| | |
|---|---|
| 2003 | Sleep Research Society Trainee Research Merit Award |
| 2003 | National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award |
| 2002 | Pickwick Fellowship in Sleep Medicine, National Sleep Foundation |
| 2002 | C.F. Aaron Dean's Fellowship, Stanford University School of Medicine |
| 2002 | Travel Fellowship, SRBR Annual meeting |
| 2001 | Travel Fellowship, APSS Annual meeting |
| 2000 | Travel Fellowship, American Paraplegia Society Annual Meeting |
| 1999 | Travel Fellowship, American Paraplegia Society Annual Meeting |
| 1998 | Travel Fellowship, Gordon Conference on Pineal Cell Biology |
| 1996 | Travel Fellowship, Northeast Sleep Society Annual Meeting |
| 1995 | Certificate of Distinction in Teaching, Harvard University |
| 1994 | Honorable Mention, National Science Foundation Fellowship |
| 1993 | Phi Beta Kappa, Vassar College |
| 1993 | Kate Roberts Prize in Biology, Vassar College |
| 1992 | Council on Undergraduate Research Academic-Industrial Undergraduate Research Partnership Fellowship, Vassar College/Merck Sharpe & Dohme Research Laboratories |
| 1991 | Harriet Gurnee Van Allen Prize, Vassar College |

## INVITED LECTURES

### GRAND ROUNDS/LOCAL

| | |
|---|---|
| 04/22 | Stanford University, Stanford Center for Clinical Research, "Modern Sleep Medicine or: How I Learned to Stop Worrying and Love my Sleep," Stanford CA |
| 03/22 | Johns Hopkins University, "Monitoring sleep in the 21st century," virtual |
| 10/21 | University of Pennsylvania, "Neurobiology-guided treatments of circadian-based sleep disorders," Philadelphia PA |
| 03/21 | University of Arizona, Behavioral Sleep Medicine Grand Rounds, "Neurobiology-guided treatments of circadian-based sleep disorders," virtual |
| 02/20 | NASA Ames Research Center, "Neurobiology-guided treatments of circadian-based sleep disorders," Mountain View CA |

| | |
|---|---|
| 02/19 | eWear Annual Affiliate Members Meeting, "Recording sleep in the 21st century: Opportunities to redefine a medical discipline," Stanford University, Stanford CA |
| 03/18 | Stanford University Precision Health and Integrated Diagnostics Center, "Monitoring sleep in the 21st century," Stanford CA |
| 12/17 | University of Tsukuba, "Monitoring sleep in the 21st century – what is clinically-actionable data?" Tsukuba, Japan |
| 10/17 | UCSF Interdisciplinary Sleep Breakfast, "Human centric lighting: using light to manipulate biology and behavior," San Francisco CA |
| 10/16 | Lumileds, "Impact of light on circadian rhythms and alertness," San Jose CA |
| 05/16 | Samsung Digital Health Algorithm Summit, "Sleep – the good, the bad, and the unknown," San Jose CA |
| 04/16 | Wearable Devices & the 24-hour Activity Cycle: A Framework for Developing Daily Activity Recommendations, "Circadian rhythm research and functional analysis," Stanford CA |
| 01/16 | Oregon Health and Science University, "The price of modernity: circadian dysregulation and its countermeasures," Portland OR |
| 10/13 | Neuroscience Seminar Series, SRI International, "Sight unseen: non-visual effects of light on brain function," Menlo Park CA |
| 02/13 | Psychiatry Grand Rounds, Stanford University, "Circadian rhythms in health and disease," Stanford CA |
| 02/12 | Sleep Grand Rounds, Stanford University, "Talking to the pacemaker during sleep: circadian phase shifting without disturbing sleep," Stanford CA |
| 09/09 | Disability Awareness Day, "Sleep: a primer," San Jose CA |
| 05/08 | Spinal Cord Rehabilitation Grand Rounds, VA Palo Alto Health Care System, "Melatonin and sleep in individuals with tetraplegia," Palo Alto CA |
| 05/08 | Sleep Grand Rounds, Stanford University, "Circadian influence on sleep in healthy aging," Stanford CA |
| 05/08 | Spinal Cord Injuries conference, "Sleep disturbances among individuals with SCI," Palo Alto CA |
| 07/07 | SCI/Rehabilitation Grand Rounds, Santa Clara Valley Medical Center, "Melatonin and sleep in individuals with tetraplegia," San Jose CA |
| 05/07 | Sleep Grand Rounds, Stanford University, "Hypocretin and the consolidation of wake," Stanford CA |
| 12/06 | Spinal Cord Rehabilitation Grand Rounds, VA Palo Alto Health Care System, "Melatonin and sleep in individuals with tetraplegia," Palo Alto CA |
| 11/05 | Sleep Grand Rounds, Stanford University, "Normal aging of the human circadian timing system," Stanford CA |
| 05/04 | Sleep Grand Rounds, Stanford University, "Human circadian photoreception and melatonin regulation - Hypocretin physiology in a primate model, a two-part talk," Stanford CA |

| | |
|---|---|
| 04/04 | Sleep Grand Rounds, Emory University, "Neuromodulators and state control – human microdialysis and monkey models," Atlanta GA |
| 09/02 | Sleep Grand Rounds, Stanford University, "Circadian and homeostatic regulation of hypocretin in a primate model: implications for consolidation of wake," Stanford CA |
| 06/97 | Sleep Seminar Series, Brigham and Women's Hospital, Department of Medicine, "Neuroanatomy of the human circadian timing system," Boston MA |
| 09/92 | Undergraduate Research Symposium, Vassar College, "A study of the mechanisms underlying ischemic damage to protein synthesis in the rat hippocampal slice," Poughkeepsie NY |

*INTERNATIONAL*

| | |
|---|---|
| 08/21 | Lewy Body Dementia Association, "Functional approaches to actigraphy analyses," virtual |
| 07/21 | Illuminating Engineering Society, "Integrated, Personalized, Passive Phototherapy," virtual |
| 06/21 | Sleep, "A Daylight Saving Time Discussion: Early Sunrises or Late Sunsets? How Should We Set the Clock?" panel discussant, virtual |
| 08/20 | Sleep, Sleep Research Society Trainee Symposium Series, "Manipulating circadian rhythms," virtual |
| 02/20 | U.S. Department of Defense Sleep Workshop, "Ultrashort (msec) light exposure as a countermeasure to circadian desynchrony," Arlington VA |
| 01/20 | U.S. Department of Energy Lighting R&D Workshop, "Humancentric lighting – is light all we need?" San Diego CA |
| 09/19 | World Federation of Sleep Research Societies, "When a gold standard isn't so golden: predicting subjective sleep quality from sleep polysomnography," Vancouver BC |
| 06/19 | Society for Light Treatment and Biological Rhythms, "Less is more: ultrashort light flashes for resetting the human circadian clock," Chicago IL |
| 10/18 | B•Debate, Sleep: The Fourth Pillar of Health, "Defining healthy sleep and circadian rhythms," Barcelona, Spain |
| 09/18 | 2018 Comprehensive Treatment of Sleep Disordered Breathing Symposium, "Human centric lighting: using light to manipulate sleep behavior," Tainan City, Taiwan |
| 09/18 | Taiwan Ministry of Education Mobile Learning Project's Teacher Professional Development Workshop, "Sleep and the adolescent brain," Taipei, Taiwan |
| 12/17 | 6th Annual IIIS Symposium, "Understanding of the impact of light on circadian rhythms: efficacious phototherapy of circadian sleep disorders," Tokyo, Japan |

| | |
|---|---|
| 12/17 | Human Centric Lighting for Health Symposium, "Optimizing human centric lighting in the 21st century," Seoul, South Korea |
| 08/17 | Military Health System Research Symposium, "Rapid resetting of human circadian timing with ultrashort flashes of light," Kissimmee FL |
| 07/17 | Lighting for Health and Wellbeing, "Biological impacts of human centric lighting," Newport Beach CA |
| 05/17 | Fortune Brainstorm Health, "The science of sleep: roundtable," San Diego CA |
| 02/17 | U.S. Department of Energy Solid State Lighting Research and Development Workshop, "Non-image forming effects of light: Bridging the gap from the lab to the home," Long Beach CA |
| 09/16 | Board of Registered Polysomnographic Technologists Symposium, "Alternatives to benzodiazepines: the role of melatonin agonism and hypocretin antagonism in sleep medicine," Atlanta GA |
| 07/16 | U.S. Department of Energy Human Physiologic Responses to Light, "Circadian illusions – sights unseen," Washington DC |
| 06/16 | Association of Professional Sleep Societies Annual Conference, "Hacking the human biological clock with light flashes," Denver CO |
| 05/16 | Society for Research in Biological Rhythms annual conference, "Dichotomous impact of light flashes on circadian phase shifting and melatonin suppression in humans," Palm Harbor FL |
| 02/15 | Center for Circadian Biology Symposium at UCSD, "Temporal integration of light in the human circadian timing system," San Diego CA |
| 06/14 | Association of Professional Sleep Societies Annual Conference, "Effects of light on sleep and use of light to improve sleep," Minneapolis MN |
| 06/14 | Association of Professional Sleep Societies Annual Conference, "Year-in-Review: circadian rhythms and sleep," Minneapolis MN |
| 03/08 | Lighting and Health Symposium, "The biological functions of sleep," San Francisco CA |
| 10/07 | Narcolepsy Network Annual Conference, "So what exactly does hypocretin do? Lessons from other primates," San Diego CA |
| 06/06 | Sleep, 20th Annual Meeting, "Sleep-wake mechanisms: neurochemistry and CNS peptides," Salt Lake City UT |
| 06/06 | Sleep, 20th Annual Meeting, "Narcolepsy and excessive daytime sleepiness: neural mechanisms," Salt Lake City UT |
| 03/02 | Vassar College, Symposium series, "Neuromodulation of states of consciousness," Poughkeepsie NY |
| 09/00 | American Paraplegia Society Annual Meeting, Symposium, "Consequences of chronic spinal cord injury: alteration of basal neuroendocrine function," Las Vegas NV |

## PROFESSIONAL COMMITTEES/PLANNING

*Grant reviewer*

| | |
|---|---|
| 2022 | Human Performance Alliance, Stanford University |
| 2021 | Special Emphasis Panel, National Institutes of Health |
| 2020 | Nutrition Obesity Research Center at Harvard |
| 2019-20 | American Academy of Sleep Medicine Foundation |
| 2019 | Peer Reviewed Medical Research Programs FP – US Department of Defense |
| 2019-20 | Peer Reviewed Medical Research Programs – US Department of Defense |
| 2019 | Military Operation Medicine – US Army Medical Research and Material Command |
| 2018 | Stanford University Precision Health and Integrated Diagnostics |
| 2018 | National Science Centre (Poland) |
| 2018 | Medical Research Council (UK) |
| 2017-2018 | Stanford University Child Health Research Institute |
| 2016 | Cancer Research UK |
| 2015 | National Institute of Diabetes and Digestive and Kidney Diseases/NIH |
| 2015 | National Center for Complementary and Integrative Health/NIH |
| 2013, 2014 | Research Council of Norway |
| 2013 | National Institute of Environmental Health Sciences/NIH |
| 2013 | National Research Foundation (South Africa) |
| 2012 | National Heart Lung and Blood Institute/NIH |
| 2011 | Veterans Administration Health Services Research and Development Committee |
| 2011 | National Research Foundation (South Africa) |
| 2010-2011 | National Science Foundation (NSF) |
| 2009-2010 | Veterans Administration Rehabilitation Research and Development Committee |
| 2008-2009 | National Institutes of Health |
| 2007, 2015, 2019 | Swiss National Science Foundation |
| 2007 | Marsden Fund (New Zealand) |

*National society leadership*

| | |
|---|---|
| 2019- | Sleep Research Society, Advances in Sleep and Circadian Science conference, Chair: design and organize an international conference for basic sleep researchers (n=150) |
| 2013-2014 | Sleep Research Society Bulletin, Editor |

*National society membership*

| 2021 | Associated Professional Sleep Societies, annual meeting, session reviewer |
| 2021 | Sleep Research Society, Nominating Committee, member |
| 2021 | American Academy of Sleep Medicine Foundation, Sleep Research Program for Advancing Careers, core faculty |
| 2018-2019 | Sleep Research Society, Advances in Sleep and Circadian Science conference, committee member |
| 2018 | Sleep Research Society, Strategic Planning Committee, member |
| 2016-2018 | Sleep Research Society, Scientific Review Committee, member |
| 2015-2016 | Sleep Research Society, Communication Committee, member |
| 2014-2015 | Sleep Research Society, Metrics Task Force |
| 2013-2015 | Sleep Research Society, Membership and Communication Committee, member |
| 2012 | Sleep Research Society, trainee grant abstract reviewer |
| 2011-2013 | Sleep Research Society, Research Committee, member |
| 2010-11, 13-15, 17-18, 20 | Associated Professional Sleep Societies, annual meeting abstract reviewer |

*Stanford committees*

| 2021-current | Center for Sleep and Circadian Sciences, Stanford University, co-chair |
| 2020-2021 | Stanford University Optimization of Physical Performance Symposium, co-chair/moderator |
| 2020 | Stanford University Precision Health and Integrated Diagnostics Center, grant reviewer |
| 2020-2021 | Stanford University Department of Psychiatry, Transition Advisory Group for Sleep Research Center, co-chair |
| 2017-current | Stanford University Human Biology Awards Committee, member |
| 2015, 2018 | Stanford University Grant Writing Academy's Faculty Review Workshops, faculty reviewer |
| 2013-2015 | Stanford University Department of Psychiatry, annual awards committee, member |
| 2012-2014 | Stanford University Department of Psychiatry, faculty search committee member |
| 2009-2010 | Stanford University Department of Psychiatry, faculty search committee member |

| 2009 | Stanford University Department of Psychiatry, Chair search subcommittee member |
| 2008-2009 | Sleep Grand Rounds, Stanford University, organizer |

*VA committees*

| 2021-current | Research and Development Scientific Review Subcommittee, VA Palo Alto Health Care System, chair |
| 2014-current | VA Palo Alto Health Care System, Center for Clinical Research advisory board |
| 2009-current | Research and Development Scientific Review Subcommittee, VA Palo Alto Health Care System, member |
| 2009 | Biomedical Basic Subcommittee, VA Palo Alto Health Care System, member |

*Other professional committees*

| 2020-current | Consumer Technology Association, Standards Group: R11 WG01 Sleep Monitors [CTA Standard Definitions and Characteristics for Wearable Sleep Monitors, CTA/NSF-2052.1-A, 2022] |
| 2017 | NASA, Optimization of Translational Animal Models to Assess Human Spaceflight Performance for Studying the In-Flight Effects of Space Radiation: The Journey to Mars and Back, external consultant |
| 2013-current | Osteoporotic Fractures in Men (MrOS) publications committee, member |
| 2012 | DSM 5 Sleep Workgroup, Circadian Rhythm Sleep/Wake Disorders committee, external consultant |
| 2004 | Melatonin for Treatment of Sleep Disorders, University of Alberta Evidence-based Practice Center for the Agency for Healthcare Research and Quality, external reviewer |
| 2003 | Narcolepsy: A Guide for Understanding, Diagnosing and Treating Narcolepsy, National Sleep Foundation, associate editor |
| 1997 | 25th Anniversary of the Discovery of the SCN, organizing committee member, Harvard University |
| 1997 | Nathaniel Kleitman Summer Fellowship, Harvard University/Brigham and Women's Hospital, co-organizer |

## PROFESSIONAL SOCIETY MEMBERSHIP

Sleep Research Society
Society for Research in Biological Rhythms

World Federation of Sleep Research Societies
Consumer Technology Association

## ID's

ORCID: 0000-0001-6174-5282
eRA Commons: ZEITZER.JAMIE
My bibliography: https://www.ncbi.nlm.nih.gov/myncbi/jamie.zeitzer.1/bibliography/public/

## JOURNAL EDITORIAL BOARDS

| | |
|---|---|
| 2008-current | *Nature and Science of Sleep,* Editorial Board |
| 2013-current | *BMC Psychiatry,* Associate Editor |
| 2015-current | *Sleep Science and Practice,* Editorial Board |
| 2018-current | *Frontiers in Neuroscience – Sleep and Circadian Rhythms*, Associate Editor |
| 2019-current | *Scientific Reports*, Editorial Board (Neuroscience) |
| 2022-current | *Frontiers in Physiology – Chronobiology,* Review Editor |

## AD HOC JOURNAL REVIEWER *[latest review year]*

*American Journal of Epidemiology* [2017], *American Journal of Physiology* [2012]*, Behavioral Brain Research* [2012]*, Behavioral Sleep Medicine* [2018]*, Biochemical Pharmacology* [2020], *Biology* [2016], *Brain Research* [2008]*, Chronobiology International* [2015], *Clinical Interventions in Aging* [2013], *Clocks and Sleep* [2022], *CNS Drugs* [2016], *Computational and Structural Biotechnology Journal* [2013], *Computers in Human Behavior* [2021], *Current Pharmaceutical Design* [2011]*, Drugs of Today* [2007]*, eLife* [2017], *European Journal of Neurology* [2014], *Experimental Gerontology* [2005]*, Expert Opinion on Investigational Drugs* [2007]*, Frontiers in Neuroscience* [2019], *Frontiers in Physiology* [2022], *International Journal of Molecular Sciences* [2014], *JAMA Psychiatry* [2021], *JCI Insight* [2016], *Journal of Alzheimer's Disease* [2013], *Journal of Alzheimer's Research* [2012], *Journal of Applied Physiology* [2010], *Journal of Biological Rhythms* [2018], *Journal of Clinical Investigation* [2021], *Journal of Clinical Sleep Medicine* [2021]*, Journal of Medical Internet Research* [2020], *Journal of Neurochemistry* [2014], *Journal of Nutrition, Health, and Aging* [2014], *Journal of Physiology* (London) [2014]*, Journal of Pineal Research* [2018], *Journal of Psychiatric Research* [2017]*, Journal of Rehabilitation Research and Development* [2010], *Journal of Sleep Research* [2018], *Journal of Spinal Cord Medicine* [2018], *Lancet Neurology* [2021], *Nature and Science of Sleep* [2022], *Nature Human Behavior* [2020], *Neurobiology of Aging* [2012], *Neurobiology of Sleep and Circadian Rhythms* [2018], *Neurology* [2014], *Neuropsychopharmacology* [2021], *Neurorehabilitation and Neural Repair* [2016], *npj Digital Medicine* [2021], *Photochemistry and Photobiology* [2014], *Physiology and Behavior* [2015], *PLoS ONE* [2011], *PM R* [2022],

*Proceedings of the National Academy of Sciences* (USA) [2022], *Scientific Reports* [2021], *Sleep* [2022], *Sleep and Biological Rhythms* [2015], *Sleep Health* [2021], *Sleep Medicine* [2021], *Sleep Science* [2016], *Sleep Science and Practice* [2018], *Swiss Medical Weekly* [2008]

## SELF-REPORT OF TEACHING

| | |
|---|---|
| 2022 | **Design Thinking in Human Performance Research,** Stanford University<br>Approximately 15 undergraduate students<br>One 90-min on sleep and circadian rhythms |
| 2022 | **Your Body at Stanford: The Physiology of College**, Stanford University<br>Approximately 35 undergraduate students<br>Two 90-min lectures on sleep |
| 2018-22 | **CNI-X/CNR-X**, Stanford University<br>Approximately 30 Chinese high school students (CNR-X), one-hour lecture on circadian rhythms<br>Approximately 100 high school students (CNI-X), two one-hour lectures on circadian rhythms |
| 2016-22 | **Sleep and Dreams**, Stanford University<br>PSYC135/235<br>Approximately 300 undergraduate students<br>One 90 min lecture on circadian rhythms |
| 2013-22 | **Sleep Medicine Didactics**, Stanford University<br>One-hour lecture on the impact of light on circadian rhythms, approximately 10 fellows |
| 2011-2,17 | **Human Biology Core – The Human Organism**, Stanford University<br>HUMBIO4A<br>Approximately 200 undergraduate students<br>One-hour lectures on circadian rhythms |
| 2011,17 | **Human Biology Core – The Human Organism**, Stanford University<br>HUMBIO4A<br>Approximately 200 undergraduate students<br>One-hour lecture on sleep |
| 2011 | **Sleep and Dreams**, Stanford University<br>PSYC135/235<br>Approximately 300 undergraduate students |

10 hours/week

| | |
|---|---|
| 2003, 08, 12, 13, | **Neurobiology of Sleep and Rhythms**, Stanford University |
| 15, 17, 19, 20, 22 | BIO149/249, HUMBIO161, PSYC149/261 |
| | Co-taught with H.C. Heller, P. Mourrain |
| | 20 undergraduate and graduate students |
| | 6 hours/week |

2006-7      **Biology of the Sleeping Brain**, Stanford University
CSPBio50
Co-taught with J. Faraco
16 Continuing Education students
2 hours/week

2005-6      **Biological Clocks**, Stanford University
BIOSCI135/HUMBIO182
H.C. Heller course organizer
14 undergraduate and graduate students
Single two-hour lecture on "Human Circadian Rhythms"

2002-19      **Introductory Neurobiology**, Stanford University
NEURO200, Nbio206
Approximately 100 graduate, medical, and advanced undergraduate students
Single one-hour lecture on "Sleep Mechanisms and Disorders"

1995-8      **Circadian Rhythms**, Harvard University
MCB186/286
Teaching Fellow, section leader
20 undergraduate, graduate, and post-doctoral students
15 hours/week

1995-7      **Nathaniel Kleitman Summer Fellowship**, Harvard University
Mentor to an undergraduate for a summer
Co-organizer in 1997
25 hours/week

1995      **Physiological Timing Systems**, Harvard Medical School
PHYS225
Teaching Fellow

12 undergraduate, graduate, and post-doctoral students
6 hours/week

1992      **Introductory Neurobiology**, Vassar College
Laboratory Intern
25 undergraduate students
6 hours/week

1991      **Introductory Cellular Biology**, Vassar College
Laboratory Intern
25 undergraduate students
6 hours/week

## MENTEES – VISITING SCHOLARS

2017-2018    Ya-Ting (Carolyn) Yang, Visiting Scholar, Institute of Education, National Cheng Kung University, Tainan City Taiwan; project: cross-cultural approaches to studying sleep in teens
2012-2014    Dr. Sheau Hwa Wong, Visiting Scholar, Kandang Kerbau Women's and Children's Hospital, Singapore; project: short wavelength light as a countermeasure to fatigue during simulated flight
2010-2011    Dr. Renaud David, Visiting Scholar, University Hospital of Nice; project: analysis of apathy in AD using actigraphy and genetic association; current position: physician, Centre Hospitalier Universitaire de Nice

## MENTEES – POST DOCTORAL

2020-current    Dr. Renske Lok, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: non-image forming effects of light
2016-2017    Dr. Marcelle Dougan, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: circadian variation in immune function in women with breast cancer (co-mentored with D. Spiegel)
2016-2019    Dr. Daniel Joyce, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: non-image forming effects of light
2016-2017    Dr. Manuel Spitschan, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: non-image forming effects of light
2016-2019    Dr. Virginie Gabel, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: dawn simulation as a countermeasure to orthostatic hypotension in elderly
2014-2016    Dr. Amanda McBean, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: equipoise of light on balance and alertness in elderly

| | |
|---|---|
| 2013-2016 | Dr. Katherine Kaplan, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: millisecond light exposure to treat delayed sleep phase in teens |
| 2013-2014 | Dr. Cheng Chu, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: sleep and melatonin in individuals with spinal cord injury |
| 2012-2015 | Dr. Raymond Najjar, post doctoral fellow, Psychiatry and Behavioral Sciences, Stanford University; project: non-image forming effects of light |
| 2012-2013 | Dr. Michelle Rissling, post doctoral fellow, MIRECC, Palo Alto VA; project: development of a geriatric insomnia scale |
| 2010-2015 | Dr. Lucy Wang, post doctoral fellow, Psychiatry and Behavioral Sciences, University of Washington; project: use of actigraphy to discriminate agitation in individuals with AD (VA Career Development Award) (co-mentor with Drs. Elaine Peskind, Charles Wilkinson, John Stratton, University of Washington/VAPSHCS) |
| 2003-2004 | Dr. Shengwen Zhang; Stanford University post-doctoral fellow in Psychiatry and Behavioral Sciences; project: circadian regulation of hypocretin and effects of hypocretin on metabolism in rodents |

## MENTEES – CLINICAL FELLOWS

| | |
|---|---|
| 2016-2017 | Dr. Arthur (Tom) Carter, clinical geropsychiatry fellow, Psychiatry and Behavioral Sciences, Stanford University; project: actigraphic patterns of depression and apathy |
| 2014-2015 | Dr. Navneet Iqbal, geropsychiatry fellow, Psychiatry and Behavioral Sciences, Stanford University; project: interaction of PTSD and sleep apnea |
| 2012-2013 | Dr. Viet Vu, fellow, Spinal Cord Injury Service, Palo Alto VA; project: characterization of sleep disruption in individuals with spinal cord injury (co-mentor with Dr. B. Jenny Kiratli) |

## MENTEES – PRE DOCTORAL

| | |
|---|---|
| 2021-current | Ms. Lara Weed, Stanford University bioengineering Master's student; project: predicting circadian phase from ambulatory light data |
| 2019-2021 | Mr. Santiago Allende, PGSP student; project: source of diurnal cortisol variation |
| 2019-2020 | Mr. Zhong Liu, Beijing University engineering student; project: algorithms for detecting sleep using high frequency movement data |
| 2017-2021 | Mr. Afik Faerman, PGSP student; project: TBI and actigraphy |
| 2017-2018 | Ms. Nirosha Perera, Stanford University medical student; project: heart rate variability and cancer (co-mentor with David Spiegel) |
| 2016-2019 | Ms. Natalie Solomon, PGSP student; project: chronotype and helpfulness |

| 2010-2019 | Mr. Dan Pardi, Leiden University doctoral student; project: effects of impairments in vigilance, cognition, and mood on eating decisions (co-mentor with Dr. Gert Jan Lammers, Leiden University, and Dr. Jed Black, Stanford University) |

## MENTEES – UNDERGRADUATE

| 2022 | Emily Brieant, Stanford University undergraduate; project: the impact of wrist versus forehead light monitoring on circadian phase estimation |
| 2021 | Bryce Martinez, Stanford University undergraduate; project: impact of sleep variability on elite athletic performance |
| 2020 | Cristina De La Cruz, Stanford University undergraduate; project: development of geriatric sleepiness scale |
| 2019 | Ms. Flora Hon, University of Michigan undergraduate; project: sensitivity of actigraphy in patients with brain injury, and machine learning analyses of objective correlates of subjective sleep |
| 2019-2020 | Mr. Joseph McGrath, Stanford University undergraduate; project: impact of light flashes on pupil function |
| 2018 | Ms. Marlene Goetz, Brown University undergraduate; project: machine learning analyses of objective correlates of subjective sleep |
| 2017 | Mr. Matt Anderson, Stanford University undergraduate; project: heart rate variability and light therapy |
| 2017 | Ms. Emma Hampson, Bates College undergraduate; project: objective markers of subjective sleep quality in actigraphy data |
| 2015-2016 | Ms. Brianna Wright, Stanford University undergraduate; project: effects of the history of light exposure on performance and sleepiness in older adults |
| 2015 | Ms. Virginia Robards, Indiana University undergraduate; project: validation of a novel mattress-based sleep tracker |
| 2015 | Ms. Rachel Seo, Stanford University undergraduate; project: relationship between benzodiazepines and sleep apnea |
| 2014-2015 | Ms. Lauren Nguyen, Stanford University undergraduate; Notation in Science Communication advisor |
| 2014 | Ms. Linn Aasly, Columbia University undergraduate; project: immune function in women with advanced breast cancer and abnormal cortisol secretion |
| 2014-2016 | Ms. Gao Yang, Stanford University undergraduate; project: changes in vigilance during exposure to colored light at night |
| 2013-2015 | Ms. Angie Koo, Stanford University undergraduate; project: light as a countermeasure to sleepiness during a night flight |
| 2013 | Ms. Stephanie Munoz, Vassar College undergraduate; project: sleep in individuals with spinal cord injury |
| 2013-2014 | Mr. Prajesh Hardas, Emory University undergraduate; project: nocturnal light, balance, and sleep in older adults |
| 2011-2013 | Ms. Melissa Ada, Stanford University undergraduate; project: kinetics of post-illumination pupillary response |

| 2010 | Ms. Mollie Sands, Stanford University undergraduate; project: sleep disruption in women with metastatic breast cancer |
| 2009 | Dr. Christina Mather, Keck School of Medicine medical student; project: Alzheimer disease caregiver and care recipient dyads – interactive effects on sleep and mood |
| 2009 | Ms. Abena Bruce, Stanford University undergraduate; project: thermoregulation and sleep in humans |
| 2008-2010 | Mr. Ryan Fisicaro, Stanford University undergraduate; project: regulation of human alertness with millisecond flashes of light |
| 2008 | Ms. Megan Grove, Stanford University undergraduate; project: genetics of insomnia |
| 2008-2010 | Mr. Philip Nova; Stanford University undergraduate; project: caffeine consumption patterns and effects on sleep |
| 2007-2009 | Mr. Ronny Hamed; Stanford University undergraduate; project: sleep and social stressors in squirrel monkeys |
| 1996-1997 | Dr. Jessica E. Daniels, Harvard University undergraduate; project: changes in melatonin with aging and sleep |

## UNDERGRADUATE ADVISEES

*Human Biology*: Nick Fajardo (2024), Hallie Schiffman (2024), Camilla Lewis (2023), Francesca Belibi (2023), Joe McGrath (2021), George Nakahara (2021), Anna Newman (2019), Angie Koo (2015)
*Pre-major advisor*: Linnea Barros (2016), Cami Chapus (2016), Tolu Alimi (2016), Alison Valentine (2016)

## MENTEES – HIGH SCHOOL

| 2020-2021 | Dwijen Chawra, Freemont High School; project: machine learning derived association of subjective measures of sleep with physiologic correlates |
| 2020-2021 | Heeya Das, BASIS Independent Fremont; project: causes of sleep disruptions in teens |
| 2019-2020 | Patricia Luc, Suncoast High School; project: removing the need for sleep |
| 2019 | Radhika Jain, Harker School; project: subjective impact of suvorexant on daytime sleep in shift workers |
| 2018 | Juan Velez, White Plains High School; project: sleepiness and performance in high school students and teachers |
| 2016-2018 | Mirelle Kass, Castilleja High School (2016-2017) and Connecticut College (2018); projects: EEG responses to polychromatic light; auditory PVT performance in older adults |
| 2011-2012 | Nila Nathan, Mountain View High School; project: influence of cell phone utilization on adolescent sleep; current position: undergraduate student, University of California at Santa Barbara |

## THESES (READER/SUPERVISOR/COMMITTEE)

2021-2022    Jonathan Artal: GABAergic inhibition, hippocampal memory, and sleep architecture in Down syndrome model mice: pentylenetetrazol as a therapeutic agent; Stanford University undergraduate; secondary reader

2019-2022    Joseph McGrath: Exploring the emotional and general cognitive effects of acute ketamine administration; Stanford University undergraduate, reader

2018-2021    Amanda Ting: Adult attachment and sleep disturbance in cancer patients; doctoral student in Psychology, University of Miami; thesis committee member

2017-2018    Lauren Murphy: Perceived mental health stigma and service-related factors in military suicidal behaviors: a cross-sectional investigation; Stanford University undergraduate; secondary reader

2017    Megha Makam: Glabrous skin regions as thermal portals for human temperature regulation; Stanford University doctoral student (Biology) thesis committee defense member

2017    Meagan Shinbashi: The significance of sleep and circadian rhythms in learning and memory; Stanford University undergraduate; secondary reader

2013    Jordan Nechvatal: Stress coping changes the brain; Stanford University doctoral student (Neuroscience) thesis committee member

2010-2019    Daniel Pardi, Leiden University doctoral student; project: The effects of impairments in vigilance, cognition, and mood on eating decisions; co-mentor with Dr. Gert Jan Lammers, Leiden University, and Dr. Jed Black, Stanford University

2010-2013    Fanuel Muindi: Retino-hypothalamic regulation of light-induced sleep in mice; Stanford University doctoral (Biology) thesis committee member

2009    Kathryn Stephenson: Non-Circadian Effects of Light on Mood in Mice – A Novel Approach; Stanford University undergraduate; secondary reader

2008-2010    Philip Nova, senior honors thesis: Caffeine intake, mood, and sleep in college students: caffeine-associated sleep disruption is modulated by chronotype; Stanford University undergraduate; primary mentor

2008-2010    Ryan Fisicaro, senior honors thesis: Spectral analysis of electroencephalographic activity in the human cortex to describe sleep pathology and countermeasures to sleepiness; Stanford University undergraduate; primary mentor

## PEER-REVIEWED MANUSCRIPTS (115 PUBLISHED + 2 IN PRESS)

1. Bayley PJ, Schulz-Heik RJ, Tang JS, Mathersul DC, Avery TJ, Wong M, **Zeitzer JM**, Rosen CS, Burn AS, Hernandez B, Lazzeroni LC, Seppälä EM (2022) Randomised clinical non-inferiority trial of breathing-based meditation and

cognitive processing therapy for symptoms of post-traumatic stress disorder in military veterans. *BMJ Open 12*(8):e056609.

2. Yang Y-T, Chang H-Y, Hsu C-Y, Lin C-Y, **Zeitzer JM** (2022) Chinese translation and validation of the Adolescent Sleep Wake Scale. Sleep Science and Practice in press

3. Olsen M, **Zeitzer JM**, Richardson RN, Davidenko P, Jennum PJ, Sørensen HBD, Mignot EJ (2022) A flexible deep learning architecture for temporal sleep stage classification using accelerometry and photoplethysmography. In press: IEEE Transactions on Biomedical Engineering. R&R.

4. Lok R, Joyce DS, **Zeitzer JM** (2022) Impact of daytime spectral tuning on daytime cognitive function. *Journal of Photochemistry and Photobiology, B: Biology 230*: 112439.

5. Mathersul DC, Dixit K, Schulz-Heik RJ, Avery TJ, **Zeitzer JM**, Bayley PJ (2022) Emotion dysregulation and heart rate variability improve in US Veterans undergoing treatment for posttraumatic stress disorder: Secondary exploratory analyses from a randomised controlled trial. *BMC Psychiatry 22*:268. PMCID: PMC9012004

6. Xiao Q, Lu J, **Zeitzer JM**, Matthews CE, Saint-Maurice PF, Bauer C (2022) Rest-activity profiles among U.S. adults in a nationally representative sample: a functional principal component analysis. *International Journal of Behavioral Nutrition and Physical Activity 19:* 32. PMCID: PMC8944104

7. Lok R, Chawra D, Hon F, Ha M, Kaplan KA, **Zeitzer JM** (2022) Physiologic underpinnings of subjective sleep quality in middle-aged and older adults: the importance of N2 and wakefulness. *Biological Psychology 170:*108290.

8. Joyce DS, Spitschan M, **Zeitzer JM** (2022) Duration invariance and intensity dependence of the human circadian system phase shifting response to brief light flashes. *Proceedings B 289:* 20211943.

9. Kaladchibachi S, Negelspach D, **Zeitzer JM**, Fernandez F (2022) Investigation of the aging clock's intermittent-light responses uncovers selective deficits to green millisecond flashes. *Journal of Photochemistry and Photobiology B: Biology 228*, 112389.

10. Gonzalez R, Dwivedi A, **Zeitzer J,** Suppes T, Tohen M, Alvarado A, Forero A (2022) Chronobiologically-based sub-groups in bipolar I disorder: a latent profile analysis. *Journal of Affective Disorders 299:* 691-697.

11. Xiao Q, Sampson JN, LaCroix AZ, Shadyab AH, **Zeitzer JM**, Ancoli-Israel S, Yaffe K, Stone K, Osteoporotic Fractures in Men (MrOS) Study Group (2022)

Nonparametric parameters of 24-hour rest-activity rhythms and long-term cognitive decline and incident cognitive impairment in older men. *Journals of Gerontology A 77:* 250-258.

12. Miner B, Stone KL, **Zeitzer JM**, Han L, Doyle M, Blackwell T, Gill TM, Redeker NS, Hajduk A, Yaggi HK (2021) Self-reported and actigraphic short sleep duration in persons with advanced age. *Journal of Clinical Sleep Medicine 18:* 403-413.

13. Lok R, **Zeitzer JM** (2021) Physiological correlates of the Epworth sleepiness scale reveal different dimensions of daytime sleepiness. *Sleep Adv 2*(1): zpab008. PMCID: PMC8266524

14. Mathersul DC, Dixit K, Avery TJ, Schulz-Heik RJ, **Zeitzer JM**, Mahoney LA, Cho RH, Bayley PJ (2021) Heart rate and heart rate variability as outcomes and longitudinal moderators of treatment for pain across follow-up in Veterans with Gulf War illness. *Life Sciences 277*:119604.

15. Posner AB, Tranah GJ, Blackwell T, Yaffe K, Ancoli-Israel S, Redline S, Leng Y, **Zeitzer JM,** Chen DM, Webber KR, Stone KL (2021) Predicting incident dementia and mild cognitive impairment in older women with nonparametric analysis of circadian activity rhythms in the Study of Osteoporotic Fractures. *Sleep 44:* zsab119. PMCID: PMC8503832

16. Johnson S, Swerdlow B, Tharp JA, Chen S, Tackett J, **Zeitzer JM** (2021) Social dominance and multiple dimensions of psychopathology: an experimental test of reactivity to leadership and subordinate roles. *PLoSOne 16*(4):e0250099. PMCID: PMC8081185

17. Yang Y-T, Chang H-Y, Hsu C-Y, **Zeitzer JM** (2021) Translation and validation of a Chinese version of the Cleveland Adolescent Sleepiness Questionnaire. *Nature and Science of Sleep 13*:695-702. PMCID: PMC8179797

18. Yang Y-T, Chang H-Y, Hsu C-Y, Lin C-Y, **Zeitzer JM** (2020) Chinese translation and validation of the Child and Adolescent Sleep Checklist for Parents. *Sleep Medicine Research 11*(2):102-107.

19. Yang Y-T, Kaplan KA, **Zeitzer JM** (2020) A comparison of sleep, depressive symptoms, and parental perceptions between U.S. and Taiwan adolescents with self-reported sleep problems. *Sleep Advances 1*(1): zpaa004. PMCID: PMC7731573

20. Lok R, **Zeitzer JM** (2020) A temporal threshold for distinguishing off-wrist from inactivity periods: a retrospective actigraphy analysis. *Clocks & Sleep 2*(4):466-472. PMCID: PMC7712166

21. Cheung J, Leary E, Lu H, **Zeitzer J**, Mignot E (2020) PSG validation of minute-to-minute scoring for sleep and wake periods in a consumer wearable device. *PLoSOne 15*(9):e0238464. PMCID: PMC7498244

22. **Zeitzer JM**, Joyce DS, McBean A, Quevedo YL, Hernandez B, Holty J-E (2020) Effect of suvorexant vs placebo on total daytime sleep hours in shift workers: a randomized clinical trial. *JAMA Open 3*(6): e206614. PMCID: PMC7267849

23. Yesavage JA, Noda A, Heath A, McNerney MW, Domingue BW, Hernandez Y, Benson G, Hallmayer J, O'Hara R, Williams LM, Goldstein-Piekarski A, **Zeitzer** JM, Fairchild JK (2020) Sleep-wake disorders in Alzheimer's disease: further genetic analyses in relation to objective sleep measures. *International Psychogeriatrics 32*(7):807-813.

24. Faerman A, Kaplan KA, **Zeitzer JM** (2020) Poor association between actigraphy, heart rate measures and subjective sleep quality in healthy older men. *Sleep Medicine 73*:154-161.

25. Gabel V, Miglis M, **Zeitzer JM** (2020) Effect of artificial dawn light on cardiovascular function, alertness, and balance in older adults. *Sleep 43*(10):zsaa082.

26. Allende S, Medina J, Spiegel D, **Zeitzer JM** (2020) Evening salivary cortisol as a single stress marker in women with metastatic breast cancer. *Psychoneuroendocrinology 115*: 104648.

27. **Zeitzer JM**, Hon F, Whyte J, Monden KR, Bogner J, Dahdah M, Wittine L, Bell KR, Nakase-Richardson R (2020) Coherence between sleep detection by actigraphy and polysomnography in a multi-center, in-patient cohort of individuals with traumatic brain injury. *PMR 12*(12):1205-1213.

28. Boussard J, Kochenderfer MJ, **Zeitzer JM** (2019) Predicting subjective sleep quality using recurrent neural networks. 2019 IEEE Signal Processing in Medicine and Biology Symposium, L01.06.

29. Stack N, **Zeitzer JM**, Czeisler C, Diniz Behn C (2019) Estimating group intrinsic period from illuminance-response curve data. *Journal of Biological Rhythms 35*(2):195-206. PMCID: PMC9363110

30. Nakase-Richardson R, Schwartz DJ, Drasher-Phillips L, Ketchum JM, Calero K, Dahdah MN, Monden KR, Bell K, Magalang U, Hoffman J, Whyte J, Bogner J, **Zeitzer JM** (2019) Comparative effectiveness of sleep apnea screening instruments during inpatient rehabilitation following moderate to severe TBI. *Archives of Physical Medicine and Rehabilitation 101*(2): 283-296.

31. Kaplan KA, Mashash M, Williams R, Batchelder H, Star-Glass L, **Zeitzer JM** (2019) Effect of light flashes vs sham therapy during sleep with adjunct cognitive behavioral therapy on sleep quality among adolescents: a randomized clinical trial. *JAMA Network Open 2*: e1911944. PMCID: PMC6763980

32. Kaladchibachi S, Negelspach DC, **Zeitzer JM**, Fernandez F (2019) Optimization of circadian responses with shorter and shorter millisecond flashes. *Biology Letters 15:* 20190371. PMCID: PMC6731482

33. Solomon N, **Zeitzer JM** (2019) The impact of chronotype on prosocial behavior. *PLoSOne 14(4)*:e0216309. PMCID: PMC6490933

34. Gabel V, Kass M, Joyce DS, Spitschan M, **Zeitzer JM** (2019) Auditory psychomotor vigilance testing in older and young adults – a revised threshold setting procedure. *Sleep and Breathing 23*: 1021-1025.

35. Cheung J, **Zeitzer JM**, Lu H, Mignot E (2018) Validation of minute-to-minute scoring for sleep and wake periods in a consumer wearable device compared to an actigraphy device. *Sleep Science and Practice 2:*11.

36. Kaufmann CN, Gershon A, Depp CA, Miller S, **Zeitzer JM**, Ketter TA (2018) Daytime midpoint as a digital biomarker for chronotype in bipolar disorder. *Journal of Affective Disorders 241:* 586-591. PMCID: PMC6436809

37. Gonzalez R, Suppes T, **Zeitzer J**, McClung C, Tamminga C, Tohen M, Forero A, Dwivedi A, Alvarado A (2018) The association between mood state and chronobiological characteristics in bipolar I disorder: a naturalistic, variable cluster analysis-based study. *International Journal of Bipolar Disorders 6*: 5. PMCID: PMC6161964

38. **Zeitzer JM**, Najjar RP, Wang C-A, Kass M (2018) Impact of blue-depleted white light on pupil dynamics, melatonin suppression and subjective alertness following real-world light exposure. *Sleep Science and Practice 2*: 1.

39. **Zeitzer JM**, Blackwell T, Hoffman AR, Ancoli-Israel S, Stone K, MrOS (2018) Daily patterns of accelerometer activity predict changes in sleep, cognition, and mortality in older men. *Journal of Gerontology A Biological Science and Medical Science 73:* 682-687. PMCID: PMC5905637

40. Kim Y, Carver CS, Hallmayer JF, **Zeitzer JM**, Palesh O, Neri E, Nouriani B, Spiegel D (2017) Serotonin transporter polymorphism, depressive symptoms, and emotional impulsivity among advanced breast cancer patients. *Supportive Care in Cancer 26:* 1181-1188. PMCID: PMC7322579

41. Gershon A, Kaufmann CN, Depp CA, Miller S, Do D, **Zeitzer JM**, Ketter TA (2017) Subjective versus objective evening chronotypes in bipolar disorder. *Journal of Affective Disorders 225:* 342-349. PMCID: PMC5626649

42. Pardi DJ, Buman MP, Black J, Lammers GJ, **Zeitzer JM** (2017) Eating decisions based on alertness levels after a single night of sleep manipulation. *Sleep 40:* zsw039.

43. Kaplan KA, Hardas P, Redline S, **Zeitzer JM** (2017) Correlates of sleep quality in midlife and beyond: a machine learning analysis. *Sleep Medicine 34:*162-167. PMCD: PMC5456454.

44. Althoff T, Horvitz E, White RW, **Zeitzer J** (2017) Harnessing the web for population-scale physiologic sensing: a case study of sleep and performance. *Proceedings of the 26th International Conference on World Wide Web:* 113-122.

45. Kaplan KA, Hirshman J, Hernandez B, Stefanick M, Hoffman AR, Redline S, Ancoli-Israel S, Stone K, Friedman L, **Zeitzer JM** (2017) When a gold standard isn't so golden: lack of prediction of subjective sleep quality from sleep polysomnography. *Biological Psychology 123:* 37-46. PMCID: PMC5292065

46. McBean AL, Najjar RP, Schuchard R, Hall CD, **Zeitzer JM** (2016) Standing balance and temporal and spatial aspects of gait are impaired upon nocturnal awakening in healthy older adults. *Journal of Clinical Sleep Medicine 12:* 1477-1486. PMCID: PMC5078702

47. Towns SJ, **Zeitzer JM**, Kamper J, Holcomb E, Silva MA, Schwartz DJ, Nakase-Richardson R (2016) Implementation of actigraphy in acute traumatic brain injury neurorehabilitation admissions: a Veterans Administration TBI Model Systems feasibility study. *PM&R 8:* 1046-1054.

48. Gershon A, Ram N, Johnson SL, Harvey AG, **Zeitzer JM** (2016) Daily actigraphy profiles distinguish depressive and interepisode states in bipolar disorder. *Clinical Psychological Science 4:*641-650. PMCID: PMC5022043

49. **Zeitzer JM**, Nouriani B, Rissling M, Sledge G, Kaplan KA, Aasly L, Palesh O, Jo B, Neri E, Dhabhar F, Spiegel D (2016) Aberrant nocturnal cortisol and disease progression in women with breast cancer. *Breast Cancer Research and Treatment 158*:43-50. PMCID: PMC4938753

50. Najjar RP, **Zeitzer JM** (2016) Temporal integration of light flashes by the human circadian system. *Journal of Clinical Investigation 126:* 938-947. PMCID: PMC4767340

51. Kamper JE, Garofano J, Schwartz D, Silva MA, **Zeitzer JM**, Modarres M, Barnett S, Thomas BA, Nakase-Richardson R (2016) The concordance of actigraphy

with polysomnography in TBI neurorehabilitation admissions. *Journal of Head Trauma Rehabilitation 31:117-125.*

52. Iqbal N, Kinoshita LM, Noda A, Yesavage JA, **Zeitzer JM** (2016) Ubiquity of undiagnosed sleep disordered breathing in community-dwelling older male Veterans. *American Journal of Geriatric Psychiatry 24:*170-173.

53. Rissling MB, Gray KE, Ulmer C, Martin JL, Zaslavsky O, Gray SL, Hale L, **Zeitzer JM**, Naughton M, Woods NF, LaCroix A, Calhoun PS, Stefanick M, Weitlauf JC (2016) Sleep disturbance, diabetes, and cardiovascular disease in postmenopausal Veteran women. *The Gerontologist 56:*S54-S66. PMCID: PMC5881622

54. **Zeitzer JM**, Nouriani B, Neri E, Spiegel D (2014) Correspondence of plasma and salivary cortisol patterns in women with breast cancer. *Neuroendocrinology 100:*153-161. PMCID: PMC4304942

55. **Zeitzer JM**, Fisicaro RA, Ruby NF, Heller HC (2014) Millisecond flashes of light phase delay the human circadian clock during sleep. *Journal of Biological Rhythms 29:*370-376. PMCID: PMC5056587

56. Bliwise DL, Friedman L, Hernandez B, **Zeitzer JM**, Yesavage JA (2014) Nocturia reported in nightly sleep diaries: common occurrence with significant implications? Health Psychology 33:1362-1365. PMCID: PMC4119089

57. Yesavage JA, Kinoshita LM, Noda A, Lazzeroni LC, Fairchild JK, Friedman L, Sekhon G, Thompson S, Cheng J, **Zeitzer JM** (2014) Longitudinal assessment of sleep disordered breathing in Vietnam veterans with post-traumatic stress disorder. *Nature and Science of Sleep 6:*123-127. PMCID: PMC4219637

58. Yesavage JA, Kinoshita LM, Noda A, Lazzeroni LC, Fairchild JK, Taylor J, Kulick D, Friedman L, Cheng J, **Zeitzer J,** O'Hara R (2014) Effects of body mass index-related disorders on cognition: preliminary results. *Diabetes, Metabolic Syndrome and Obesity: Targets and Therapy 7:*145-151. PMCID: PMC4020904

59. Palesh O, Gerry-Aldridge A, **Zeitzer JM**, Koopman C, Neri E, Giese-Davis J, Jo B, Kraemer HC, Nouriani B, Spiegel D (2014) Actigraphy-measured sleep disruption as a predictor of survival among women with advanced breast cancer. *Sleep 37:*837-842.PMCID: PMC3985107.

60. Hahm B-J, Jo B, Dhabhar FS, Palesh O, Aldridge-Gerry A, Bajestan SN, Neri E, Nouriani B, Spiegel D, **Zeitzer JM** (2014) Circadian misalignment of preferred vs. habitual bedtime and progression of breast cancer. *Chronobiology International 31:*214-221. PMCID: PMC5063046

61. Zeitzer JM, Ku B, Ota D, Kiratli BJ (2014) Randomized controlled trial of pharmacologic replacement of melatonin for sleep disruption in individuals with tetraplegia. *Journal of Spinal Cord Medicine 37:*46-53. PMCID: PMC4066551.

62. Aldridge-Gerry A, Zeitzer JM, Palesh OG, Jo B, Nouriani B, Neri E, Spiegel D (2013) Psychosocial correlates of objective sleep quality and architecture in women with metastatic breast cancer. *Sleep Medicine 14:*1178-1186. PMCID: PMC3886805.

63. Nathan N, **Zeitzer JM** (2013) A retrospective survey study of mobile phone use and its effects on daytime sleepiness in California high school students. *BMC Public Health 13*:840. PMCID: PMC3847218

64. Muindi F, **Zeitzer JM,** Colas D, Heller HC (2013) The acute effects of light on murine sleep during the dark phase: importance of melanopsin for maintenance of light-induced sleep. *European Journal of Neuroscience 37:*1727-1736. PMCID: PMC5079684

65. **Zeitzer JM**, David R, Friedman L, Mulin E, Garcia R, Wang J, Yesavage JA, Robert PH, Shannon W (2013) Phenotyping apathy in individuals with Alzheimer's using functional principal component analysis. *American Journal of Geriatric Psychiatry 21:*391-397. PMCID: PMC3603283.

66. **Zeitzer JM**, Bliwise DL, Hernandez B, Friedman L, Yesavage JA (2013) Nocturia compounds nocturnal wakefulness in older individuals with insomnia. *Journal of Clinical Sleep Medicine 9:*259-262. PMCID: PMC3578689 Commented on by: P Budhiraja (2013) Nocturia and disturbed sleep: where do we stand? *Journal of Clinical Sleep Medicine 9:*263-264.

67. Kinoshita LM, Yesavage JA, Noda A, Jo B, Hernandez B, Taylor J, **Zeitzer JM**, Friedman L, Fairchild JK, Cheng J, Kuschner W, O'Hara R, Holty JE, Scanlon BK (2012) Modeling the effects of obstructive sleep apnea and hypertension in Vietnam Veterans with PTSD. *Sleep and Breathing 16:*1201-1209.

68. David R, Mulin E, Friedman L, Le Duff F, Cygankiewicz E, Deschaux O, Garcia R, Yesavage JA, Robert PH, **Zeitzer JM** (2012) Decreased daytime motor activity associated with apathy in Alzheimer's disease: an actigraphic study. *American Journal of Geriatric Psychiatry 20:*806-814.

69. Friedman L, Spira AP, Hernandez B, Mather C, Sheikh J, Ancoli-Israel S, Yesavage JA, **Zeitzer JM** (2012) Brief morning light treatment for sleep/wake disturbances in older memory-impaired individuals and their caregivers. *Sleep Medicine 13:*546-549. PMCID: PMC3337852

70. **Zeitzer JM**, Kodama T, Buckmaster CL, Matsumura M, Honda Y, Lyons DM, Mignot E, Nishino S (2012) Time-course of CSF histamine in the wake-

consolidated squirrel monkey. *Journal of Sleep Research 21*:189-194. PMCID: PMC3237761

71. Nova P, Hernandez B, Ptolemy A, **Zeitzer JM** (2012) Modeling caffeine concentrations with the Stanford Caffeine Questionnaire: preliminary evidence for an interaction of chronotype on the effects of caffeine on sleep. *Sleep Medicine 13:* 362-367.

72. Yesavage JA, Kinoshita LM, Kimball T, **Zeitzer J**, Friedman L, Noda A, David R, Hernandez B, Lee T, Cheng J, O'Hara R (2012) Sleep-disordered breathing in Vietnam veterans with posttraumatic stress disorder. *American Journal of Geriatric Psychiatry 20:* 199-204.

73. David R, Friedman L, Mulin E, Noda A, Le Duff F, Kennedy Q, Garcia R, Robert P, Yesavage JA, **Zeitzer JM**, ADNI (2011) Lack of association between COMT polymorphisms and apathy in Alzheimer's disease. *Journal of Alzheimer's Disease 27*:155-161. [cover]

74. Mulin E, **Zeitzer JM**, Friedman L, Le Duff F, Yesavage J, Robert PH, David R (2011) Relationship between apathy and sleep disturbances in mild and moderate Alzheimer's disease: an actigraphic study. *Journal of Alzheimer's Disease 25:* 85-91.

75. **Zeitzer JM**, Friedman L, Yesavage JA (2011) Effectiveness of evening phototherapy for insomnia is reduced by bright daytime light exposure. *Sleep Medicine 12*: 805-807. PMCID: PMC3176957

76. Yesavage JA, Jo B, Adamson MM, Kennedy Q, Noda A, Hernandez B, **Zeitzer JM**, Friedman LF, Fairchild K, Scanlon BK, Murphy Jr GM, Taylor JL (2011) Initial cognitive performance predicts longitudinal aviator performance. *Journal of Gerontology: Psychological Sciences 66B:* 444-453. PMCID: PMC3132267

77. Kennedy Q, Taylor JL, Noda A, Adamson M, Murphy Jr. GM, **Zeitzer JM**, Yesavage JA (2011) The roles of *COMT val158met* status and aviation expertise in flight simulator performance and cognitive ability. *Behavior Genetics 41:* 700-708. PMCID: PMC3163820

78. **Zeitzer JM**, Ruby NF, Fisicaro RA, Heller HC (2011) Response of the human circadian system to millisecond flashes of light. *PLoSOne 6:* e22078. PMCID: PMC3132781

79. Yesavage JA, Noda A, Hernandez B, Friedman L, Cheng JJ, Tinklenberg JR, Hallmayer J, O'Hara R, David R, Robert P, Landsverk E, ADNI, **Zeitzer JM** (2011) Circadian clock gene polymorphisms and sleep/wake disturbance in Alzheimer's disease. *American Journal of Geriatric Psychiatry 19:* 635-643. PMCID: PMC3128424

80. Gooley JJ, Chamberlain K, Smith KA, Khalsa SB, Rajaratnam SM, Van Reen E, **Zeitzer JM**, Czeisler CA, Lockley SW (2011) Exposure to room light prior to bedtime suppresses melatonin onset and shortens melatonin duration in humans. *Journal of Clinical Endocrinology and Metabolism 96:* E463-E472. PMCID: PMC3047226

81. **Zeitzer JM**, Fisicaro RA, Grove ME, Mignot E, Yesavage JA, Friedman L (2011) Faster REM sleep EEG and worse sleep satisfaction in older insomniacs with HLA DQB1*0602. *Psychiatry Research 187:* 397-400. PMCID: PMC3079052

82. David R, Rivet A, Robert PH, Mailland V, Friedman L, **Zeitzer JM**, Yesavage J (2010) Ambulatory actigraphy correlates with apathy in mild Alzheimer's disease. *Dementia 9:* 509-516.

83. Schwimmer H, Stauss H, Abboud F, Nishino S, Mignot E, **Zeitzer JM** (2010) The effect of sleep on the cardiovascular and thermoregulatory systems: a possible role for hypocretins. *Journal of Applied Physiology 109:* 1053-1063. PMCID: PMC5243202

84. Cain SW, Dennison CF, **Zeitzer JM**, Guzik AM, Khalsa SBS, Santhi N, Schoen MW, Czeisler CA, Duffy JF (2010) Sex differences in phase angle of entrainment and melatonin amplitude in humans. *Journal of Biological Rhythms 25:* 288-296. PMCID: PMC3792014.

85. Parker KJ, Kenna HA, **Zeitzer JM**, Keller J, Blasey CM, Amico JA, Schatzberg AF (2010) Preliminary evidence that plasma oxytocin levels are elevated in major depression. *Psychiatry Research 178:* 359-362. PMCID: PMC2902664

86. **Zeitzer JM**, Buckmaster CL, Landolt H-P, Lyons DM, Mignot E (2009) Modafinil and γ-hydroxybutyrate have sleep state-specific pharmacological actions on hypocretin-1 physiology in a primate model of human sleep. *Behavioural Pharmacology 20:* 643-652. PMCID: PMC2939929

87. Aran A, Lin L, Nevsimalova S, Plazzi G, Hong SC, Weiner K, **Zeitzer J,** Mignot E (2009) Elevated anti-streptococcal antibodies in patients with recent narcolepsy onset. *Sleep 32:* 979-983. PMCID: PMC2717204

88. Friedman L, **Zeitzer JM**, Kushida C, Zhdanova I, Noda A, Lee T, Schneider B, Guilleminault C, Sheikh J, Yesavage JA (2009) Scheduled bright light for treatment of insomnia in older adults. *Journal of the American Geriatrics Society 57:* 441-452. PMCID: PMC2743069

89. Palesh OG, **Zeitzer JM**, Conrad A, Giese-Davis J, Mustian K, Popek V, Nga K, Spiegel D (2008) Vagal regulation, cortisol and sleep disruption in women with

metastatic breast cancer. *Journal of Clinical Sleep Medicine 4:* 441-449. PMCID: PMC2576311

90. Arnulf I, Lin L, Gadoth N, File J, Lecendreux M, Franco P, **Zeitzer JM**, Lo B, Faraco JH, Mignot E (2008) Kleine-Levin syndrome: a study of 108 patients. *Annals of Neurology 63:* 482-493.

91. Lyons DM, Parker KJ, **Zeitzer JM**, Buckmaster CL, Schatzberg AF (2007) Preliminary evidence that hippocampal volumes in monkeys predict stress levels of adrenocorticotropic hormone. *Biological Psychiatry 62:* 1171-1174. PMCID: PMC2129091

92. **Zeitzer JM**, Duffy JF, Lockley SW, Dijk D-J, Czeisler CA (2007) Plasma melatonin rhythms in young and older humans during sleep, sleep deprivation, and wake. *Sleep 30:* 1437-1443. PMCID: PMC2082092

93. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2007) Increasing length of wakefulness on hypocretin-1 in the wake-consolidating squirrel monkey. *American Journal of Physiology 293:* R1736-R1742.

94. St. Hilaire MA, Gronfier C, **Zeitzer JM**, Klerman EB (2007) A physiologically-based mathematical model of blood or saliva melatonin concentrations, including ocular light suppression of melatonin and interactions with the circadian pacemaker. *Journal of Pineal Research 43:* 294-304. PMCID: PMC2714090

95. Zhang S, **Zeitzer JM**, Sakurai T, Nishino S, Mignot E (2007) Sleep-wake fragmentation disrupts metabolism in a mouse model of narcolepsy. *Journal of Physiology 581:* 649-663. PMCID: PMC2075199

96. Taiwo OB, Russell IJ, Mignot E, Lin L, Michalek JE, Haynes W, Xiao Y, **Zeitzer JM**, Larson AA (2007) Normal cerebrospinal fluid levels of hypocretin-1 (orexin A) in patients with fibromyalgia syndrome. *Sleep Medicine 8:* 260-265.

97. Duffy JF, **Zeitzer JM**, Czeisler CA (2007) Decreased sensitivity to phase-delaying effects of moderate light intensity in older subjects. *Neurobiology of Aging 28:* 799-807. PMCID: PMC1855248

98. Friedman L, **Zeitzer JM**, Lin L, Hoff D, Mignot E, Peskind ER, Yesavage JA (2007) In Alzheimer disease, increased wake fragmentation found in those with lower hypocretin-1. *Neurology 68:* 793-794.

99. **Zeitzer JM**, Morales-Villagran A, Maidment NT, Behnke EJ, Ackerson LC, Lopez-Rodriguez F, Fried I, Engel Jr J, Wilson CL (2006) Extracellular adenosine in the human brain during sleep and sleep deprivation: an *in vivo* microdialysis study. *Sleep 29:* 455-461. Commented on by: RE Strecker, R Basheer, JT

McKenna, RW McCarley (2006) Another chapter in the adenosine story. *Sleep 29*: 426-428.

100.     Scheer FAJL, **Zeitzer JM**, Ayas NT, Brown R, Czeisler CA, Shea SA (2006) Reduced sleep efficiency in cervical spinal cord injury; association with abolished nighttime melatonin secretion. *Spinal Cord 44:* 78-81. PMCID: PMC2882209

101.     Arnulf I, **Zeitzer JM**, File J, Farber N, Mignot E (2005) Kleine-Levin syndrome: a meta-analysis and review of 186 cases in the literature. *Brain 128:* 2763-2776.

102.     **Zeitzer JM**, Khalsa SBS, Duffy JF, Boivin DB, Shanahan TL, Kronauer RE, Dijk D-J, Czeisler CA (2005) Temporal dynamics of late-night photic stimulation of the human circadian timing system. *American Journal of Physiology 289:* R839-R844.

103.     **Zeitzer JM**, Ayas NT, Wu AD, Czeisler CA, Brown R (2005) Bilateral oculosympathetic paresis is associated with a loss of nocturnal melatonin secretion in spinal cord injury patients. *Journal of Spinal Cord Medicine 28:* 55-59.

104.     **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2004) Locomotor-dependent and -independent components to hypocretin-1 (orexin A) regulation in a sleep/wake consolidating monkey. *Journal of Physiology (London) 57:* 1045-1053. PMCID: PMC1665142

105.     Zhang S, **Zeitzer JM**, Yoshida Y, Wisor JP, Nishino S, Edgar DM, Mignot E (2004) Suprachiasmatic nucleus lesions eliminate daily rhythm of hypocretin-1 release. *Sleep 27*: 619-627.

106.     Salomon RM, Ripley B, Kennedy JS, Johnson B, Schmidt D, **Zeitzer JM**, Nishino S, Mignot E (2003) Diurnal variation of CSF hypocretin-1 (orexin-A) levels in control and depressed subjects. *Biological Psychiatry 54*: 96-104.

107.     **Zeitzer JM**, Buckmaster CL, Parker KJ, Hauk CM, Lyons DM, Mignot E (2003) Circadian and homeostatic regulation of hypocretin in a primate model: implications for consolidation of wake. *Journal of Neuroscience 23*: 3555-3560.

108.     Cornford EM, Shamsa K, **Zeitzer JM**, Enriquez CM, Wilson CL, Behnke EJ, Fried I, Engel Jr J (2002) Regional analyses of CNS microdialysate glucose and lactate in seizure patients. *Epilepsia 43*: 1360-1371.

109.     **Zeitzer JM**, Maidment NT, Behnke EJ, Ackerson L, Fried I, Engel Jr J, Wilson CL (2002) Ultradian sleep-cycle variation of serotonin in the human lateral ventricle. *Neurology 59*:1272-1274. Commented on by: DB Rye (2002)

Commentary: Microdialysis probes: opening a window on the sleeping but still behaving brain. *Neurology 59*: 1123.

110.    Duffy JF, **Zeitzer JM**, Rimmer DW, Klerman EB, Dijk D-J, Czeisler CA (2002) Peak of circadian melatonin rhythm occurs later within the sleep of older subjects. *American Journal of Physiology 282*:E297-E303.

111.    Klerman EB, **Zeitzer JM**, Duffy JF, Khalsa SB, Czeisler CA (2001) Absence of an increase in the duration of the circadian melatonin secretory episode in totally blind human subjects. *Journal of Clinical Endocrinology and Metabolism 86*:3166-3170.

112.    **Zeitzer JM**, Dijk D-J, Kronauer RE, Brown EN, Czeisler CA (2000) Sensitivity of the human circadian pacemaker to nocturnal light: melatonin phase resetting and suppression. *Journal of Physiology (London) 526:* 695-702. PMCID: PMC2270041

113.    Cajochen C, **Zeitzer JM**, Czeisler CA, Dijk D-J (2000) Dose-response relationship for light intensity and ocular and electroencephalographic correlates of alertness in humans. *Behavioral Brain Research 115:* 75-83.

114.    **Zeitzer JM**, Ayas N, Shea SA, Brown R, Czeisler CA (2000) Absence of detectable melatonin and preservation of cortisol and thyrotropin rhythms in tetraplegia. *Journal of Clinical Endocrinology and Metabolism 85*: 2189-2196.

115.    **Zeitzer JM**, Daniels JE, Duffy JF, Klerman EB, Shanahan TL, Dijk D-J, Czeisler CA (1999) Plasma melatonin concentration: does it decline with age? *American Journal of Medicine 107:* 432-436.

116.    **Zeitzer JM**, Kronauer RE, Czeisler CA (1997) Photopic transduction implicated in human circadian entrainment. *Neuroscience Letters 232*: 135-138.

117.    Shearman LP, **Zeitzer J**, Weaver DR (1997) Widespread expression of functional D1-dopamine receptors in fetal rat brain. *Developmental Brain Research 102:* 105-115.

## REVIEWS/LETTERS (18)

1.  **Zeitzer JM**, Lok R (2022) Circadian photoreception: the impact of light on human circadian rhythms. *Progress in Brain Research 273*(1):171-180.

2.  **Zeitzer JM** (2021) The neurobiological underpinning of the circadian wake signal. *Biochemical Pharmacology 191:* 114386.

3.  Houser KW, Boyce PR, **Zeitzer JM**, Herf M (2021) Human-centric lighting: myth, magic, or metaphor? *Lighting Research and Technology 53:* 97-118.

4. **Zeitzer JM** (2018) When is a proxy not a proxy? The foibles of non-image forming light. *Journal of Physiology 596*(11): 2029-2030. [Letter] PMCID: PMC5983144

5. **Zeitzer JM**, Watson EM, Holcomb E (2018) Circadian rhythms: disruptions and treatments in acute traumatic brain injury. *Brain Injury Professional 14*(4):16-19. [Review]

*6.* **Zeitzer JM** (2015) Real life trumps laboratory in matters of public health. Proceedings of the *National Academy of Sciences USA 112*:E1513 [Letter] PMCID: PMC4386401

7. Muindi F, **Zeitzer JM**, Heller HC (2014) Retino-hypothalamic regulation of light-induced murine sleep. *Frontiers in Neuroscience 8*:135. [Review] PMCID: PMC4121530

8. David R, **Zeitzer J**, Friedman L, Noda A, O'Hara R, Robert P, Yesavage JA (2010) Non-pharmacologic management of sleep disturbance in Alzheimer's Disease. *Journal of Nutrition, Health and Aging 14:* 203-206. [Review]

9. **Zeitzer JM**, Friedman L, O'Hara R (2009) Insomnia in the context of traumatic brain injury. *Journal of Rehabilitation Research and Development 46:* 827-836. [Review]

10. Halbauer JD, Ashford JW, Zeitzer JM, Adamson MM, Lew H, Yesavage JA (2009) Neuropsychiatric diagnosis and management of chronic sequelae of war-related mild to moderate traumatic brain injury. *Journal of Rehabilitation Research and Development 46*: 757-796. [Review]

11. O'Hara R, Luzon A, Hubbard J, **Zeitzer JM** (2009) Sleep apnea, apolipoprotein epsilon 4 allele, and TBI: mechanism for cognitive dysfunction and development of dementia. *Journal of Rehabilitation Research and Development 46:* 837-850. [Review]

12. Bourgin P, **Zeitzer JM**, Mignot E (2008) CSF hypocretin (orexin) evaluation in sleep and neurological disorders: significance and clinical relevance. *Lancet Neurology 7:* 649-662. [Review] PMCID

13. **Zeitzer JM** (2008) Understanding the sleep-wake cycle. *Practical Neurology* 7:30-34. [invited review]

14. Mignot E, **Zeitzer J**, Yokogawa T, Mourrain P (2007) Indeed, it does. *PLoS Biology* [online letter].

15. **Zeitzer JM**, Nishino S, Mignot E (2006) The neurobiology of hypocretins (orexins), narcolepsy and therapeutic interventions. *Trends in Pharmacological Sciences 27*:368-374. [Review]

16. Taheri S, **Zeitzer JM**, Mignot E (2002) The role of hypocretins (orexins) in sleep regulation and narcolepsy. *Annual Review of Neuroscience 25:* 283-313. [Review]

17. **Zeitzer JM**, Duffy JF, Klerman EB, Shanahan TL, Dijk D-J, Czeisler CA (1999) Plasma melatonin concentration: does it decline with age? – The Reply. *American Journal of Medicine 109:* 345. [letter]

18. Shanahan TL, **Zeitzer JM**, Czeisler CA (1997) Resetting the melatonin rhythm with light in humans. *Journal of Biological Rhythms 12*: 556-567. [Review]

## BOOK CHAPTERS (15)

1. Burgess HJ, Zeitzer JM (2022) *Melatonin.* In: *Principles and Practice of Sleep Medicine.* 7th edition. Ch. 51, M Kryger, T Roth, CA Goldstein, WC Dement, eds. Elsevier: Philadelphia PA, pp. 506-509.

2. Mignot E, Zeitzer J, Pizza F, Plazzi G (2021) Sleep problems in narcolepsy and the role of hypocretin/orexin deficiency. In: *Frontiers in Neurology and Neuroscience: The Orexin System. Basic Science and Role in Sleep Pathology*. MA Steiner, M Yanagisawa, M Clozel, eds. Karger: Basel, pp. 103-116.

3. Blum DJ, Zeitzer JM (2020) Irregular Sleep-Wake, Non-24h Sleep-Wake, Jet Lag and Shift Work Disorders. In: *Clinical Sleep Medicine: A Comprehensive Guide for Mental Health and Other Medical Professionals*. EH During, CA Kushida, eds. American Psychiatric Association Publishing: Washington DC, pp. 245-270.

4. Joyce DS, Zeitzer JM (2020) Circadian rhythms. In: *Management of Sleep Disorders in Psychiatry*. A Chopra, P Das, K Doghramji, eds.; Oxford University Press: New York, pp. 41-53.

5. **Zeitzer JM** (2018) Jet lag. World Book Encyclopedia.

6. Najjar RP, **Zeitzer JM** (2017) Anatomy and physiology of the circadian system. In: *Sleep and Neurologic Disease*. Miglis MG, ed. Academic Press: San Diego, pp. 29-53.

7. **Zeitzer JM** (2013) Control of sleep and wakefulness in health and disease. In: *Chronobiology: Biological Timing in Health and Disea*se. Ch. 6, Gillette MU, ed. *Prog Mol Biol Transl Sci.119:* 137-154.

8. Friedman L, **Zeitzer JM**, Mumenthaler MS (2010) Role of healthy sleep practices: alcohol/caffeine/exercise/scheduling. In: *Insomnia: Diagnosis and Treatment,* Sateia MJ, Buysse D, eds. Informa Healthcare: New York, pp. 260-267.

9. **Zeitzer JM** (2009) Neurobiology and Neurochemistry of Sleep: Neurochemistry. In: *SRS Basics of Sleep Guide, 2nd Edition.* Sleep Research Society: Westchester IL, pp. 63-68.

10. Mignot E, **Zeitzer JM** (2007) Neurobiology of narcolepsy and hypersomnia. In: *Neurobiology of Disease.* Ch. 66, Gilman S, ed. Academic Press: San Francisco, pp. 715-722.

11. **Zeitzer JM**, Mignot E (2007) Role of hypocretin/orexin in the neurobiology of sleep and alertness. In: *Narcolepsy and Hypersomnia.* Ch. 33, Bassetti C, Billiard M, Mignot E, eds. Informa Healthcare: New York, pp. 359-374.

12. Lin L, Nishino S, **Zeitzer JM**, Bassetti C, Billiard M, Broughton R, Dauvilliers Y, Guilleminault C, Honda Y, Lammers GJ, Overeem S, Pollmächer T, Mayer G, Montplaisir J, Silber M, Thorpy M, Mignot E (2007) Guidelines for the appropriate use of CSF measurements to diagnose narcolepsy. In: *Narcolepsy and Hypersomnia.* Bassetti C, Billiard M, Mignot E, eds. Informa Healthcare: New York, pp. 663-670.

13. Chen W, **Zeitzer JM**, Mignot E (2005) The hypocretins and narcolepsy: pathophysiology and diagnosis. In: *The Hypocretins: Integrators of Physiological Functions.* de Lecea L, Sutcliffe JG, eds. Springer Science: New York, pp. 233-252.

14. Bourgin P, **Zeitzer JM**, Mignot E (2005) Hypocretin deficiency in human narcolepsy: mutation screening, neuropathology and CSF hypocretin-1 level. In: *The Orexin/Hypocretin System, Its Physiology and Pathophysiology.* Nishino S, Sakurai T, eds., Humana: Totowa NJ, pp. 269-286.

15. **Zeitzer JM**, Mignot E (2005) Sleep mechanisms: neurochemistry and CNS peptides. In: *SRS Basics of Sleep Guide.* Sleep Research Society: Westchester IL, pp. 67-71.

## BOOKS (1)
Zeitzer JM (1999) *Physiology and Anatomy of Human Circadian Photoreception and Melatonin Regulation.* Doctoral Thesis, Harvard University, 181 p. ISBN: 9780599371224.

## CONFERENCE ABSTRACTS (150)

1. Ting A, Zeitzer JM, Wohlgemuth W, Tsai TC, Ajmera NB, Kim Y (2022) Dyadic investigations of adult attachment and sleep in adult cancer patients and their caregivers. Psychosomatic Medicine 84(5):A67.

2. Tsai TC, Ting A, Llabre M, Martinez L, Zeitzer J, Kim Y (2022). Effects of self-regulation on sleep in colorectal cancer patients: the mediating role of negative affect recovery. Psychosomatic Medicine 84(5):A82.

3. Lok R, Weed L, Chawra D, Winer J, Zeitzer J (2022) Sleep-wake stability and variability in the middle-aged adult population: a UK Biobank study. *Sleep 45* (S1):A72.

4. Lok R, Chawra D, Hon F, Ha M, Kaplan K, Zeitzer J (2022) N2 and wakefulness drive subjective sleep satisfaction in adults. *Sleep 45* (S1):A99.

5. Winer J, Lok R, Cahuas A, Bueno F, Poston K, Mormino E, Zeitzer J, During E (2022) Isolated REM sleep behavior disorder is associated with 24-hour rhythm disruption. *Sleep 45* (S1):A125.

6. Ahmadi M, Krause A, O'Hora K, Hernandez B, Lazzeroni L, Zeitzer J, Friedman L, Posner D, Kushida C, Yesavage J, Saletin J, Goldstein-Piekarski A (2022) The effect of distinct components of CBT-I on slow wave power and energy. *Sleep 45* (S1):A197.

7. Krause A, Ahmadi M, O'Hora K, Hernandez B, Lazzeroni L, Zeitzer J, Friedman L, Posner D, Kushida C, Yesavage J, Saletin J, Goldstein-Piekarski A (2022) Non-pharmacological insomnia therapy is robust to co-occurring pain in older adults. *Sleep 45* (S1):A197-198.

8. Lopez M, Krause A, O'Hora K, Hernandez B, Lazzeroni L, Zeitzer J, Friedman L, Posner D, Kushida C, Yesavage J, Goldstein-Piekarski A (2022) The impact of non-pharmacological insomnia therapy on mood and sleep in morning and evening chronotypes in older adults. *Sleep 45* (S1):A211.

9. Morehouse A, O'Hora K, Hernandez B, Lazzeroni L, Zeitzer J, Friedman L, Posner D, Kushida C, Yesavage J, Goldstein-Piekarski A (2022) The effects of insomnia therapy on depression, anxiety, and daily functioning in individuals with insomnia and mild cognitive impairment. *Sleep 45* (S1):A275.

10. Xiao Q, Lu J, Matthews C, Zeitzer J, Saint-Maurice P, Bauer C (2022) Rest-activity profiles among U.S. adults in a nationally representative sample: a functional principal component analysis. *Sleep 45* (S1):A72.

11. Lok R, Joyce DS, Zeitzer JM (2022) Broad spectrum daytime light exposure improves cognition independent of changes in alertness. Society for Research on Biological Rhythms Meeting, Amelia Island FL.

12. Joyce DS, Lok R, Zeitzer JM (2022) Brief exposures to sequences of flashing light shift the human circadian timing system. Society for Research on Biological Rhythms Meeting, Amelia Island FL.

13. Weed L, Zeitzer JM (2022) Predicting circadian rhythms from wrist-worn wearable sensors. Society for Research on Biological Rhythms Meeting, Amelia Island FL.

14. Krause A, Ahmadi M, O'Hora K, Hernandez B, Lazzeroni L, **Zeitzer J**, Friedman L, Posner D, Kushida C, Yesavage J, Saletin J, Goldstein-Piekarski A (2022) Non-pharmacological insomnia therapy is robust to co-occurring pain in older adults. *Biological Psychiatry 91:*S370.

15. Ahmadi M, Krause A, O'Hora K, Hernandez B, Lazzeroni L, **Zeitzer J**, Friedman L, Posner D, Kushida C, Yesavage J, Saletin J, Goldstein-Piekarski A (2022) The effect of distinct components of CBT-I on slow wave power and energy. *Biological Psychiatry 91:*S369-S370.

16. Gonzalez R, Dwivedi A, **Zeitzer J**, Suppes T, Tohen M, Forero A, Alvarado L (2022) Circadian sub-groups in bipolar I disorder. *Biological Psychiatry 91:*S153-S154.

17. Heath A, **Zeitzer J**, McNerney W (2021) Repetitive transcranial magnetic stimulation improvement of memory consolidation is time of day dependent. Society for Neuroscience, virtual meeting, P850.10.

18. Morehouse A, O'Hora K, Hernandez B, Lazzeroni L, Zeitzer JM, Friedman L, Posner D, Kushida C, Yesavage JA, Goldstein-Piekarski AN (2021) The effects of non-pharmacological insomnia interventions on depression, anxiety, and daily functioning in individuals with insomnia and mild cognitive impairment. Trends in Psychology Summit, virtual meeting.

19. O'Hora K, Hernandez B, Lazeroni L, **Zeitzer JM**, Friedman L, Posner D, Kushida C, Yesavage JA, Goldstein-Piekarski A (2021) Efficacy of behavioral therapy, cognitive therapy, and cognitive behavioral therapy in improving insomnia symptoms in older adults. *Sleep 44*(S2):A144.

20. Tranah GJ, Bradshaw P, Blackwell-Hoge T, **Zeitzer JM**, Ancoli-Israel S, Yaffe K, Stone K, Chen D (2021) Rest-activity rhythm patterns and physical functional performance in community-dwelling older men. *Innovation in Aging 5*(suppl 1): 338. PMCID: PMC8679377

21. Showen K, O'Hora K, Hernandez B, Lazeroni L, **Zeitzer JM**, Friedman L, Posner D, Kushida C, Yesavage JA, Goldstein-Piekarski A (2021) Efficacy of CBT-I and

its components on health-related quality of life outcomes in older adults. *Sleep 44*(S2):A143-A144.

22. Lok R, **Zeitzer JM** (2021) Physiological correlates of the Epworth Sleepiness Scale reveal different dimensions of daytime sleepiness. *Sleep 44*(S2):A45.

23. Faerman A, **Zeitzer JM** (2020) Sleep and emotional stressors in Mars analog simulation crew. Western Psychological Association conference, virtual meeting.

24. Ting A, **Zeitzer JM**, Hahn K, Pedreira PB, Kim Y (2020) Role of adult attachment and intimacy in sleep in colorectal cancer patients and spousal caregivers. *Annals of Behavioral Science 54*:S645.

25. Ting A, **Zeitzer JM**, Wohlgemuth WK, Ramos AR, Madigan E, Hahn K, Kim Y (2020) Adult attachment predicts daily sleep variation in colorectal cancer patients. *Psychosomatic Medicine 6*:A216.

26. Joyce DS, Spitschan M, **Zeitzer JM** (2020) Hacking the circadian system with flashed light. Society for Research on Biological Rhythms Meeting, virtual meeting.

27. **Zeitzer JM**, Joyce DS, Sterkel AL, Quevedo YL, Hernandez B, Holty J (2020) Impact of suvorexant on total daytime sleep hours in shift workers: a randomized, double-blind, placebo-controlled clinical field trial. *Sleep 43*(suppl):A297.

28. Nakase-Richardson R, Schwartz D, Drasher-Phillips L, Ketchum J, Calero K, Dahdah M, Monden K, Bell K, Hoffman J, Magalang U, Bogner J, Whyte J, **Zeitzer J** (2020) Comparative effectiveness of sleep apnea screening tools during inpatient rehabilitation for moderate to severe TBI. *Sleep 43*(suppl):A231-232.

29. Faerman A, Kaplan KA, **Zeitzer JM** (2019) Subjective experience of sleep is largely unrelated to objective sleep measures. Association for the Scientific Study of Consciousness 23, Abstract 1.17. London Canada.

30. Stone K, Blackwell T, Yaffe K, **Zeitzer J**, Ancoli-Israel S, Redline S, Leng Y, Tranah G (2019) Non-parametric analysis of rest-activity rhythms and risk of incident mild cognitive impairment and dementia in older women. *Sleep Medicine 64*(suppl 1):S364-S365.

31. Blum DJ, During E, Barwick F, Davidenko P, **Zeitzer J**, Parkar S (2019) Restless legs syndrome: Does it start with a gut feeling? *Sleep Medicine 64*(suppl 1):S42.

32. **Zeitzer JM** (2019) Less is more: ultrashort light flashes for resetting the human circadian clock. *Neuropsychobiology 78*(3): 173.

33. O'Hora K, Lee C, Buchanan A, Hernandez B, **Zeitzer JM**, Friedman L, Posner D, Kushida C, Yesavage JA, Goldstein-Piekarski AN (2019) The effects of CBT-I on cognitive functioning in individuals with insomnia and mild cognitive impairment. Cognitive Neuroscience Society 26th Annual Meeting, San Francisco CA, p. 76-77.

34. **Zeitzer JM**, Joyce DS, Spitschan M (2019) Exquisite sensitivity of the human circadian system to light flashes. Sleep, San Antonio TX, p. 95.

35. Nakase-Richardson R, Silva M, Lapcevic W, Schwartz DJ, Calero K, **Zeitzer JM** (2019) Comparison of alternative scoring paradigms of rest-activity consolidation to inform a biomarker of circadian disruption after TBI. *Brain Injury 33* (suppl 1):19

36. Ambati A, Lin L, Zitting K-M, Duffy JF, **Zeitzer J**, Spiegel D, Czeisler CA, Mignot E (2019) Proteomic biomarkers of circadian time. *Sleep 42* (suppl):A17-18.

37. Blum DJ, During E, Barwick F, Davidenko P, **Zeitzer JM** (2019) Restless Leg Syndrome: does it start with a gut feeling? *Sleep 42* (suppl):A4.

38. Guerrero GY, Schwartz D, Silva MY, **Zeitzer JM**, Monden K, Wittine L, Bogner J, Reljic T, Nakase-Richardson R (2019) A comparison of medical-grade actigraphy devices with polysomnography during inpatient rehabilitation for traumatic brain injury (TBI). *Sleep 42* (suppl):A379-380.

39. Richardson R, Silva M, Calero K, **Zeitzer J** (2019) Alternative scoring paradigms of rest-activity consolidation (RAC) in moderate to severe traumatic brain injury (TBI) during inpatient rehabilitation. *Sleep 42*(suppl):A253-254.

40. Stone KL, Blackwell T, **Zeitzer J**, Yaffe K, Ancoli-Israel S, Redline S, Mariani S, Leng Y, Tranah GJ (2019) Non-parametric analysis of rest-activity rhythms and risk of incident mild cognitive impairment and dementia in older women. *Alzheimer's and Dementia 15*(7S): P1178

41. Tranah GJ, Blackwell TL, **Zeitzer JM**, Lane NE, Cawthon PM, Redline S, Mariani S, Stone KL (2018) Associations of circadian activity rhythms with functional limitations in older adults: the Study of Osteoporotic Fractures (SOF) and the Outcomes of Sleep Disorders in Older Men (MrOS Sleep) study. *Innovation in Aging 2*(suppl 1): 96.

42. Gabel V, **Zeitzer JM** (2018) Morning physiological changes after a dawn simulation light. *Journal of Sleep Research 27*(suppl 1): P268.

43. Silva MA, Brennan E, Schwartz DJ, **Zeitzer JM**, Nakase-Richardson R (2018) Feasibility of actigraphy and validity in measuring sleep during rehabilitation for

traumatic brain injury. *Archives of Physical Medicine and Rehabilitation 99*(11):e164. Correction in *Arch Phys Med Rehabil* 2019; 100(4): 788.

44. Gabel V, **Zeitzer JM** (2018) The impact of light during sleep on sympathetic function in older adults. Society for Research on Biological Rhythms Meeting, Amelia Island FL.

45. Joyce DS, **Zeitzer JM** (2018) The effect of ultrashort light pulse intensity on human circadian phase. Society for Research on Biological Rhythms Meeting, Amelia Island FL.

46. Blackwell TL, Figueiro MG, Jones GE, Tranah GJ, **Zeitzer JM**, Yaffe K, Ancoli-Israel S, Stone KL (2018) The association of cognitive function with 24-hour light exposure and activity patterns in older men: a pilot study within the MrOS Sleep Study. *Sleep 41* (suppl): A239-A240.

47. Goldstein-Piekarski AN, O'Hora K, Buchanan A, Lee C, Hernandez B, **Zeitzer JM**, Friedman L, Kushida C, Yesavage J (2018) The effects of CBT-I on cognitive functioning in individuals with insomnia and mild cognitive impairment. *Sleep 41* (suppl): A154-A155.

48. Cheung J, **Zeitzer J**, Lu H, Leary E, Mignot E (2018) PSG validation of minute-to-minute scoring for sleep and wake periods in a consumer wearable device. *Sleep 41* (suppl): A120-A121.

49. Gabel V, **Zeitzer JM** (2018) Dawn simulation as a passive countermeasure to morning dizziness in older adults. *Sleep 41* (suppl): A108-A109.

50. Reichert KB, Valdez A, **Zeitzer J**, Pickham D, Smuck M, Tierney DK (2018) Physical activity and standardized performance scores in hematopoietic cell transplantation patients. CSM APTA Combined Sections Meeting, New Orleans LA.

51. **Zeitzer JM**, Najjar RP (2017) Rapid resetting of human circadian timing with ultrashort flashes of light. Military Health System Research Symposium, Kissimmee, FL.

52. Nakase-Richardson R, Schwartz D, Calero K, Magalang U, Bogner J, Whyte J, Watanabe T, Hoffman J, Fann J, DahDah M, Bell K, Ketchum J, Gerber D, Monden K, Harrison-Felix C, Modarres M, **Zeitzer J**, Scholten J, Grammer G, Coulter J, Coulter J, Keiffer K, Martin K, Montemayor-Wong C, Picon L, Pieragowski A, Scott S, Massengale J (2017) Comparative effectiveness of sleep apnea screening and diagnostic tools in TBI: an interagency collaboration funded by the Patient Centered Outcomes Research Institute (PCORI). Military Health System Research Symposium, Kissimmee, FL.

53. Spira AP, Zipunnikov V, Urbanek J, Wu MN, Rosenberg PB, Friedman LF, Yesavage JA, **Zeitzer JM** (2017) Links of 24-hour rest/activity rhythms to depressive symptoms and cognition in the memory impaired. *Innovations in Aging 1* (S1):867.

54. Carter AT, Hoffman AR, **Zeitzer JM**, for the Osteoporotic Fractures in Men (MrOS) Study Research Group (2017) 24-hour activity patterns as biomarkers for depression and anxiety in older men. American Psychiatric Association 2017 Annual Meeting, San Diego CA, p. 224-225.

55. Kaplan KA, Mashash M, Williams R, Batchelder H, Star-Glass L, **Zeitzer JM** (2017) Light flashes during sleep with adjunct cognitive behavioral therapy increases sleep in teens. *Sleep 40* (suppl): A337.

56. Gabel V, **Zeitzer JM** (2017) Light as a countermeasure to the risk of falling during nocturnal awakenings. *Sleep 40* (suppl): A316-317.

57. Cheung J, **Zeitzer JM**, Leary E, Mignot E (2017) Validation of minute-to-minute scoring for sleep and wake periods in a consumer wearable device. *Sleep 40* (suppl): A288.

58. Friedman L, Hernandez B, Buchanan A, Dinh M, Cooper B, Hou D, Posner D, Kushida C, Yesavage JA, **Zeitzer JM** (2017) Cognitive arousal in older individuals with insomnia complaints. *Sleep 40* (suppl): A129.

59. **Zeitzer JM,** Najjar RP (2016) Dichotomous impact of light flashes on circadian phase shifting and melatonin suppression in humans. Society for Research on Biological Rhythms 2016 Annual Meeting, Palm Harbor FL, p. 112.

60. Kaplan KA, Hirshman J, Hernandez B, Stefanick M, Hoffman AR, Redline S, Ancoli-Israel S, Stone K, Friedman L, **Zeitzer JM**, for the Osteoporotic Fractures in Men (MrOS), Study of Osteoporotic Fractures (SOF) Research Groups (2016) Correlates of subjective sleep quality in older men and women: a machine learning analysis. *Sleep 39* (suppl): A366.

61. Kaplan KA, Hardas P, **Zeitzer JM** (2016) Using machine learning to explore subjective sleep quality in middle and late adulthood *Sleep 39* (suppl): A354.

62. **Zeitzer JM**, Blackwell T, Hoffman AR, Cummings S, Ancoli-Israel S, Stone K, for the Osteoporotic Fractures in Men (MrOS) Study Research Group (2016) Patterns of daily motor activity predict changes in sleep, cognition, and mortality in older men. *Sleep 39* (suppl): A374.

63. McBean AL, Najjar RP, Hall CD, **Zeitzer JM** (2016) Standing balance and temporal and spatial aspects of gait are impaired upon nocturnal awakening in older adults. *Sleep 39* (suppl):A347.

64. Lee R, Thompson S, Posner D, Hernandez B, Hou D, Kushida C, **Zeitzer JM**, Friedman L, Yesavage J (2016) The effect of CBT-I on insomnia in older individuals with comorbid mild sleep apnea. *Sleep 39* (suppl):A204-205.

65. Palesh O, Haddad N, Schnyer R, Neri E, Packer MM, **Zeitzer JM**, Manber R (2016) Moderators of acupuncture effectiveness in breast cancer survivors: randomized clinical trial (RCT). *Journal of Clinical Oncology 34* (suppl 3S): abstr 162.

66. Kamper JE, Garofano J, Schwartz D, Silva MA, **Zeitzer JM**, Modarres M, Barnett S, Thomas BA, Nakase-Richardson R (2016) The concordance of actigraphy with polysomnography in TBI neurorehabilitation admissions. *American Journal of Physical Medicine and Rehabilitation 95* (3, S1):A113.

67. Najjar R, **Zeitzer JM** (2016) A bigger bang for the buck: non-image forming responses to ultra-short light flashes. *Neuropsychobiology 74*(4):245.

68. Yesavage JA, Yessengaliyeva E, Hernandez B, Noda A, Thompson S, Lee R, Posner D, Lin J, Neylan T, **Zeitzer J**, Friedman L (2016) Indirect effects of behavioral treatment for insomnia on depression, anxiety, perceived stress and telomere length. *American Journal of Geriatric Psychiatry 24* (3, S1):S84-S85.

69. **Zeitzer JM**, Najjar RP (2016) Temporal integration of light in a human non-visual circuit. *Journal of Vision 16:*46-47.

70. **Zeitzer JM**, Nouriani B, Rissling MB, Sledge GW, Palesh O, Jo B, Neri E, Spiegel D (2015) Aberrant nocturnal cortisol as a vulnerability trait for more rapid progression of advanced breast cancer. *Neuropsychopharmacology 40* (S1):S194-195.

71. Palesh O, Koopman C, **Zeitzer J**, Innominato P, Neri E, Spiegel D (2015) The association between use of sleep medication and polysomnography (PSG) measured sleep in women with advanced breast cancer (ABC). *Supportive Care in Cancer 23 (suppl 1):* S240.

72. Palesh O, Haddad N, Schnyer R, **Zeitzer JM**, Neri E, Manber R (2015) RCT utilizing acupuncture for management of insomnia associated with cancer. *Journal of Clinical Oncology 33* (suppl): abstr e20572.

73. Rissling MB, Gray K, Martin J, Ulmer C, Calhoun PS, Gray SL, Hale L, LaCroix A, Naughton M, Stefanick M, Woods NF, Zaslavsky O, **Zeitzer JM**, Weitlauf JC (2015) Sleep disturbance, diabetes and cardiovascular disease in postmenopausal Veteran and non-Veteran women. *Sleep 38* (Suppl 1): A416.

74. Dressman MM, **Zeitzer JM**, Licamele L, Xiao D, Olivadoti M, Medicis J, Baroldi P, Polymeropoulos MH (2015) Longitudinal measures of sleep diaries can be used clinically to assess tasimelteon effectiveness in Non-24-Hour Sleep-Wake Disorder. *Sleep 38* (Suppl 1): A209.

75. Kaplan KA, Mashash M, **Zeitzer JM** (2015) Relationships between risk taking, distress tolerance and sleep in adolescence. *Sleep 38* (Suppl 1): A71.

76. Friedman L, Lee R, Thompson S, Hernandez B, Posner D, Kushida C, **Zeitzer JM**, Yesavage J (2015) Nocturia and the experience of insomnia. *Sleep 38* (Suppl 1): A247.

77. McBean AL, Najjar RP, **Zeitzer JM** (2015) Light to optimize vision and minimize alertness in older adults. *Sleep 38* (Suppl 1): A34.

78. Mashash M, Kaplan K, **Zeitzer JM** (2015) Prospective sleep and psychological symptoms in adolescents reporting for a sleep treatment trial. *Sleep 38* (Suppl 1): A25.

79. Najjar RP, **Zeitzer JM** (2015) Selective NIF responses to millisecond flashes of light. *Sleep 38* (Suppl 1): A66.

80. Yesavage JA, Iqbal N, Goodale G, Noda A, Hernandez B, Cheng J, **Zeitzer JM**, Friedman L, Kinoshita L (2015) Increased prevalence of sleep disordered breathing in older Veterans with PTSD. *American Journal of Geriatric Psychiatry 23:* S180-S181.

81. Najjar RP, Heller HC, **Zeitzer JM** (2014) Non-image forming temporal integration of ultra-short flashes of light. Society for Research on Biological Rhythms 2014 Annual Meeting, Big Sky MT, p. 214.

82. Yesavage JA, Kinoshita LM, Noda A, Lazzeroni LC, Fairchild JK, Friedman L, Cheng J, **Zeitzer J** (2014) Longitudinal assessment of sleep disordered breathing and cognition in Vietnam Veterans with PTSD. American Association for Geriatric Psychiatry Annual Meeting, Orlando FL, p. 37

83. **Zeitzer JM**, Hernandez B, Jo B, Stefanick M, Hoffman A, Redline S, Ancoli-Israel S, Stone K, Friedman L (2014) Objective sources of subjective sleep quality in older men and women. *Sleep 37* (Suppl 1): A371.

84. Palesh O, Gerry-Aldridge A, Koopman C, Neri E, Giese-Davis J, Jo B, Kraemer H, Nouriani B, Spiegel D, **Zeitzer JM** (2014) Sleep and survival in women with advanced breast cancer. *Sleep 37* (Suppl 1): A263-264.

85. Najjar R, Heller HC, **Zeitzer JM** (2014) Sub-cortical temporal integration of ultra-short flashes of light. *Sleep 37* (Suppl 1): A42.

86. Nakase-Richardson R, Schwartz D, Modarres M, **Zeitzer J**, Anderson W, Midkiff M (2014) Implementation of objective sleep monitoring during acute neurorehabilitation: feasibility and clinical findings. *Brain Injury 28* (5-6): 770.

87. Najjar RP, Heller HC, **Zeitzer JM** (2013) Temporal integration of non-image forming light. *Journal of Vision 13*: P5.

88. **Zeitzer JM**, Ku B, Ota D, Kiratli BJ (2013) Randomized controlled trial of pharmacologic replacement of melatonin for sleep disruption in individuals with tetraplegia. *Sleep 36* (Suppl 1): A267.

89. Rissling M, Aldridge-Gerry A, Neri E, Nouriani B, Palesh O, Spiegel D, **Zeitzer JM** (2013) Cortisol is associated with higher trait anxiety and difficulties in emotion regulation in women with metastatic breast cancer. *Sleep 36* (Suppl 1): A291.

90. Klerman EB, **Zeitzer J,** Wang W (2013) Survival-based analyses of monkey sleep. *Sleep 36* (Suppl 1): A40.

91. Friedman L, Bliwise DL, Hernandez B, Yesavage JA, **Zeitzer JM** (2013) Nocturia associated with greater nocturnal wakefulness in older individuals with insomnia. *Sleep 36* (Suppl 1): A392.

92. Aldridge-Gerry A, **Zeitzer J**, Palesh O, Dhabhar F, Jo B, Neri E, Nouriani B, Spiegel D (2013) Cancer progression and alterations of sleep architecture in women with metastatic breast cancer. *Annals of Behavioral Medicine 45*:S159.

93. Palesh O, Koopman C, **Zeitzer J**, Aldridge-Gerry A, Neri E, Mustian K, Nouriani B, Spiegel D (2013) Obesity in women with metatstic breast cancer is associated with disrupted circadian rhythms, poor sleep, depression and reduced physical activity. *Annals of Behavioral Medicine 45*:S160.

94. Dhabhar F, Jo B, Neri E, **Zeitzer J**, Bricker NM, Nouriani B, Aldridge-Gerry A, Spiegel D (2013). Natural killer (NK) cell diurnal rhythms and sleep disruption in metastatic breast cancer. *Annals of Behavioral Medicine 45:*S160.

95. Bajestan SN, Koopman C, Aldridge-Gerry A, Palesh OG, Jo B, Neri E, **Zeitzer JM**, Spiegel D (2013) Relationships of pain with subjective and objective sleep measures in women with advanced breast cancer (P104). *Journal of Neuropsychiatry and Clinical Neurosciences 25*(2):161-166.

96. Aldridge-Gerry A, Palesh P, Rissling M, **Zeitzer JM**, Dhabhar FS, Jo B, Neri E, Nouriani B, Spiegel D (2013) Losing sleep over cancer: relationships with negative affect, blood pressure, and disease-free interval among women with metastatic breast cancer. *Journal of Clinical Oncology 31*(suppl): abstr 9504.

97. Palesh O, Gerry AA, **Zeitzer JM**, Koopman C, Jo B, Neri E, Nouriani B, Spiegel D (2013) Actigraphy measured sleep disruption as a predictor of survival in advanced breast cancer. *Journal of Clinical Oncology 31*(suppl): abstr 9532.

98. Spiegel D, Palesh O, Aldridge-Gerry A, **Zeitzer J**, Koopman C, Giese-Davis J, Jo B, Kraemer H, Neri E, Nouriani B (2013) Actigraphy measured sleep disruption as a predictor of survival among women with advanced breast cancer. *Neuropsychopharmacology 38*(S2):S352-S353.

99. Dhabhar FS, Jo B, Neri E, **Zeitzer J**, Tillie JM, Bricker NM, Nouriani B, Spiegel D (2012) Lower peak numbers, blunted diurnal rhythms of immune cell distribution, and sleep disruption in metastatic breast cancer. *European Journal of Psychotraumatology 3*(S1):0.

100. **Zeitzer JM**, Ruby NF, Heller HC (2012) Light flashes phase shift human circadian rhythms during and without disturbing sleep. *Sleep 35* (Suppl 1): A63.

101. Aldridge-Gerry A, Jo B, Palesh OG, Neri E, **Zeitzer JM**, Spiegel D (2012) Psychosocial correlates of sleep architecture in women with advanced breast cancer. *Journal of Clinical Oncology 30* (Suppl): abstr 9051.

102. **Zeitzer JM**, Ruby NF, Heller HC (2012) Millisecond light flashes phase shift the human circadian pacemaker during sleep without disrupting sleep. Society for Research on Biological Rhythms 2012 Annual Meeting, Destin FL, p. 106.

103. Kennedy Q, Taylor JL, Yesavage J, Noda A, Adamson MM, Murphy G, **Zeitzer JM** (2011) Individual difference factors in flight control and decision making performance. *Gerontologist 51* (Suppl 2): 552.

104. Daniels BJ, Nakase-Richardson R, Kretzmer TS, Gootam PK, McCarthy M, Schwartz D, Anderson WM, **Zeitzer J** (2011) Do epoch and thresholds alter polysomnography and actigraphy agreement among medically complex TBI patients? *Archives of Physical Medicine and Rehabilitation* 92 (10): 1723-1724.

105. **Zeitzer JM**, Ruby NF, Heller HC (2011) Millisecond light flashes phase shift human circadian rhythms. *Sleep 34* (Suppl 1): A56.

106. **Zeitzer JM**, David R, Friedman L, Mulin E, Wang J, Robert PH, Shannon W (2011) Functional principal component analysis reveals disrupted activity rhythm in individuals with Alzheimer's disease and apathy. *Sleep 34* (Suppl 1): A249.

107. Friedman L, Spira AP, Hernandez B, Sheikh J, Yesavage JA, **Zeitzer JM** (2011) Differential effects of morning light treatment combined with sleep hygiene

therapy on memory-impaired individuals and their caregivers. *Sleep 34* (Suppl 1): A217.

108.     David R, Friedman L, Mulin E, Noda A, Le Duff F, Garcia R, Kennedy Q, Robert P, Yesavage J, **Zeitzer J** (2011) Association between COMT polymorphisms and apathy in Alzheimer's disease. *Neurology 76* (S9): A414.

109.     Kinoshita LM, Luther E, Noda A, Cooper R, Hernandez B, **Zeitzer J**, Yesavage JA (2011) PTSD, sleep disordered breathing, APOE e4 and cognitive functioning on the RAVLT. Poster at 39th Annual International Neuropsychological Society Annual Meeting, Boston MA, p. 23.

110.     Kennedy Q, Taylor JL, Noda A, Murphy G, **Zeitzer JM**, Yesavage JA (2010) The roles of COMT status and aviation expertise in flight simulator performance. Poster at Cognitive Aging Conference in Atlanta GA.

111.     David R, Mulin E, Friedman L, **Zeitzer JM**, Deschaux O, Cygankiewicz E, Yesavage J, Robert PH (2010) Apathy assessment using 7-days ambulatory actigraphy in alzheimer's disease. *Alzheimer's and Dementia 6* (Suppl 1):S318.

112.     **Zeitzer JM**, Fisicaro RA, Ruby NF, Heller HC (2010) Exposure to bright, millisecond light flashes enhance objective measures of nocturnal alertness in humans. *Sleep 33* (Suppl 1): A90.

113.     Friedman L, Mather C, Spira AP, Hernandez B, Kim E, Wicks D, Sheikh J, Yesavage JA, **Zeitzer JM** (2010) Incidental improvement of depression in caregivers during non-pharmacologic treatment of sleep disruption in individuals with memory impairment. *Sleep 33* (Suppl 1): A353.

114.     Palesh O, **Zeitzer J**, Giese-Davis J, Mustian K, Conrad A, Peppone L, Purnell J, Morrow G, Spiegel D (2009) Vagal regulation, cortisol, and sleep disruption in women with metastatic breast cancer. *Annals of Behavioral Medicine 37* (Suppl 1): s133.

115.     Friedman L, Spira A, Noda A, Hernandez B, Kim E, Wicks D, Sheikh J, Yesavage J, **Zeitzer JM** (2009) Association between nighttime sleep and daytime activity in memory-impaired individuals and their caregivers. *Sleep 32* (Suppl 1):A120.

116.     **Zeitzer JM,** Grove ME, Mignot E, Yesavage YA, Friedman L (2009) HLA DQB1*0602 is associated with sleep perception in older individuals with insomnia. *Sleep 32* (Suppl 1):A262.

117.     Schwimmer H, **Zeitzer JM**, Yanagisawa M, Nishino S, Stauss HM, Abboud FM, Mignot E (2009) The effects of sleep on the cardiovascular and the

thermoregulatory systems – possible role for hypocretin. *FASEB Journal 23*:609.13.

118.     David R, Mulin E, Bordone N, Rivet A, Deschaux O, Friedman L, **Zeitzer JM**, Yesavage J, Robert PH (2009) Relationships between locomotor activity and cognitive performance in Alzheimer's disease. Poster at International Psychogeriatric Association congress in Montréal, Canada.

119. **Zeitzer JM**, Friedman L, Zhdanova I, Lin L, Kushida C, Yesavage JA (2008) Genetic polymorphism in *CLOCK* predicts timing of circadian light sensitivity in humans. *Sleep 31* (Suppl 1):A365.

120. Lin L, **Zeitzer JM**, Einen M, Zhang J, Markovitz J, Bourgin P, Mignot E, Hong S, Plazzi G, Nevsimalova S (2008) Hypocretin deficiency in narcolepsy with atypical or without cataplexy. *Sleep 31* (Suppl 1):A222.

121. **Zeitzer JM**, Friedman LF, Lin L, Mignot E, Peskind ER, Yesavage JA (2007) Hypocretin-1 is inversely associated with wake fragmentation in Alzheimer's disease. *Sleep 30* (Suppl 1):A302.

122. Kodama T, **Zeitzer JM**, Honda Y, Buckmaster CL, Lyons DM, Mignot E, Nishino S (2006) Diurnal fluctuation of histamine and glutathione levels in the primate CSF. *Journal of Sleep Research 15* (Suppl 1):239.

123. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2006) Modeling the effects of homeostatic drive, circadian time, locomotor activity, and HPA axis activation on hypocretin-1 (orexin A) concentrations in the squirrel monkey. *Sleep 29* (Suppl 1):A10.

124. Schwimmer H, **Zeitzer JM**, Yanagisawa M, Nishino S, Zhang S, Mignot E (2006) Hypocretin/orexin effects on cardiovascular regulation during sleep. *Sleep 29* (Suppl 1):A31.

125. Lyons DM, Parker KJ, **Zeitzer JM**, Buckmaster CL, Schatzberg AF (2005) Hippocampal volume variation and stress-related psychopathology. Program No. 243.3. Abstract Viewer/Itinerary Planner. Washington, DC: Society for Neuroscience.

126. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2005) Sleep-deprivation dose response effects on hypocretin-1 (orexin A) concentrations in a diurnal, sleep consolidating primate, the squirrel monkey. *Sleep 28* (Suppl 1):A142.

127. Scheer FAJL, **Zeitzer JM**, Ayas NT, Brown R, Czeisler CA, Shea SA (2005) Reduced sleep efficiency in cervical spinal cord injury; association with abolished nighttime melatonin secretion. *Sleep 28* (Suppl 1):A68.

128. Scheer FAJL, **Zeitzer JM**, Ayas NT, Brown R, Czeisler CA, Shea SA (2005) Sleep disturbance after SCN-pineal pathway disruption in humans. *Chronobiology International 22* (6):1279-1280.

129. Lyons DM, Parker KJ, Buckmaster CL, **Zeitzer JM**, Schatzberg AF (2004) Postnatal programming of the hypothalamic-pituitary-adrenal stress response. Program No. 662.21. Abstract Viewer/Itinerary Planner. Washington, DC: Society for Neuroscience.

130. **Zeitzer JM**, Zhang S, Buckmaster CL, Lyons DM, Mignot E (2004) Circadian control and locomotor feedback in the regulation of hypocretin-1 (orexin A) in sleep consolidating squirrel monkeys and polyphasic rats. Society for Research on Biological Rhythms 9th Annual Meeting, Whistler BC, p. 69.

131. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2004) Locomotor-dependent and –independent regulation of hypocretin-1 (orexin A) in the squirrel monkey. *Sleep 27* (Suppl 1):A25.

132. Zhang S, **Zeitzer JM**, Yoshida Y, Wisor JP, Nishino S, Edgar DM, Mignot E (2004) Effect of suprachiasmatic nucleus lesions on rat cerebrospinal fluid hypocretin-1 regulation. *Sleep 27* (Suppl 1):A1.

133. **Zeitzer JM**, Buckmaster CL, Lyons DM, Mignot E (2003) Hypocretin regulation in a primate model of human wake regulation. *Sleep 26* (Suppl 1):A23*.*

134. Morales-Villagran A, **Zeitzer J**, Medina-Ceja L, Behnke EJ, Fried I, Maidment NT, Engel Jr J, Wilson CL (2003) Adenosine levels in human limbic and frontal areas during sleep deprivation in epileptic patients. *Epilepsia 44* (Suppl 9):36.

135. **Zeitzer JM**, Lyons DM, Mignot E (2002) Hypocretin physiology in a primate model of human wake regulation. American College of Neuropsychopharmacology 41st Annual Meeting, San Juan, Puerto Rico, p. 375.

136. **Zeitzer JM**, Buckmaster CL, Parker KJ, Hauck CM, Lyons DM, Mignot E (2002) Diurnal variation of hypocretin-1 in the cisternal cerebrospinal fluid of a diurnal sleep-consolidating primate, *Saimiri sciureus.* Society for Research on Biological Rhythms 8th Annual Meeting, Amelia Island FL, p. 33.

137. Salomon RM, Ripley B, Kennedy JS, Schmidt D, **Zeitzer J**, Nishino S, Mignot E (2002) Diurnal variation of CSF hypocretin-1 (orexin A) levels in controls and depressed subjects. *Sleep 25* (Suppl. 1):A12.

138. Mignot E, Ripley B, Schmidt D, **Zeitzer J**, Nishino S, Salomon R (2002) Diurnal variation of CSF hypocretin-1 (orexin-A) in control and depressed patients. *Journal of Sleep Research 11* (Suppl. 1): 155.

139. Maidment NT, Fried I, Lopez F, **Zeitzer JM**, Behnke EJ, Ackerson LC, Engel Jr. J, Wilson CL (2001) Fluctuations in neurotransmitter concentrations in human brain dialysates during sleep or wakefulness, during epileptic seizures or following cognitive challenge. Monitoring Molecules in Neuroscience, University College, Dublin Ireland.

140. **Zeitzer JM**, Lopez-Rodriguez F, Behnke E, Ackerson LC, Fried I, Maidment N, Engel Jr. J, Wilson CL (2001) Serotonin and dopamine in the human cortex and limbic system during a 40 h sleep deprivation challenge. *Sleep 24:* A76.

141. Dineen SS, Duffy JF, Hall EF, **Zeitzer JM**, Polidori P, Czeisler CA (2001) Salivary melatonin as a phase marker in elderly subjects. *Sleep 24: A197.*

142. **Zeitzer JM**, Lopez-Rodriguez F, Ackerson LC, Fried I, Maidment N, Engel Jr. J, Wilson CL (2000) Changes in extracellular adenosine in the human brain during conditions of sleep and sleep deprivation, as revealed by *in vivo* microdialysis. *Sleep 23* (Suppl 2): A143.

143. **Zeitzer JM**, Ayas NT, Shea SA, Brown R, Czeisler CA (2000) Consequences of chronic spinal cord injury: Alteration of basal neuroendocrine function. *Journal of Spinal Cord Medicine 23* (3): 194-195.

144. Cajochen C, **Zeitzer JM**, Czeisler CA, Dijk DJ (1999) Dose-response relationship for light intensity and alertness and its ocular and EEG correlates. *Sleep Research Online 2* (Suppl. 1): 517.

145. **Zeitzer JM**, Ayas NT, Shea SA, Brown R, Czeisler CA (1999) Temporal organization of neuroendocrine function in chronic spinal cord injury. *Journal of Spinal Cord Medicine 22* (4): 347-348.[abstract]

146. Ayas NT, **Zeitzer JM**, Shea SA, Wu AD, Brown R, Czeisler CA (1999) Ptosis and cocaine eyedrop response may predict melatonin secretion rhythmicity. *Journal of Spinal Cord Medicine 22* (4): 348-349.

147. **Zeitzer JM**, Dijk D-J, Czeisler CA (1996) Plasma melatonin concentration increases during extended wakefulness on a constant routine. Northeastern Sleep Society 10th Annual Meeting, Warwick RI, p. 16.

148. Boivin DB, **Zeitzer JM**, Czeisler CA (1996) Resetting of the endogenous circadian rhythm of plasma melatonin and body temperature by ordinary room light in humans. *Journal of Sleep Research 5* (Suppl. 1): 20.

149. **Zeitzer JM**, Czeisler CA (1996) Red light induces shifts in the human circadian rhythm of plasma melatonin. Society for Research on Biological Rhythms 5th Annual Meeting, Amelia Island FL, p. 108.

150. **Zeitzer JM**, Boivin DB, Kronauer RE, Czeisler CA (1995) Wavelength sensitivity of the human circadian pacemaker. *Sleep Research 24A:* 554.

## CONFERENCE RECORD

| | | | |
|---|---|---|---|
| APSS | NC | 2022 | Oral presentation |
| SRBR | FL | 2022 | Poster presentation |
| APSS | virtual | 2021 | Oral/poster |
| APSS | virtual | 2020 | Oral/poster |
| U.S. Department of Defense | VA | 2020 | Oral presentation |
| U.S. DOE | CA | 2020 | Oral presentation |
| World Federation of Sleep Research Societies | Canada | 2019 | Invited presentation |
| Society for Light Treatment and Biological Rhythms | IL | 2019 | Invited presentation |
| APSS | TX | 2019 | Oral/poster |
| Advances in Sleep and Circadian Sciences | FL | 2019 | Organizer |
| SRBR | FL | 2018 | Attendee |
| Military Health System Research Symposium (MHSRS) | FL | 2017 | Oral/poster |
| APSS | MA | 2017 | Oral/poster |
| U.S. Department of Energy (DOE) | CA | 2017 | Oral presentation |
| APSS | CO | 2016 | Oral/poster |
| SRBR | FL | 2016 | Oral presentation |
| Optical Society of America Fall Vision Meeting | CA | 2015 | Oral presentation |
| APSS | WA | 2015 | Oral/poster |
| SRBR | MT | 2014 | Attendee |
| APSS | MN | 2014 | Oral/poster |
| APSS | MD | 2013 | Poster presentations |
| APSS | MA | 2012 | Oral presentation |
| SRBR | FL | 2012 | Oral presentation |
| APSS | MN | 2011 | Oral/poster |
| APSS | TX | 2010 | Poster presentation |
| APSS | WA | 2009 | Poster presentation |
| APSS | MD | 2008 | Poster presentation |
| APSS | MN | 2007 | Oral/poster |
| APSS | UT | 2006 | Oral/poster |
| APSS | CO | 2005 | Oral presentation |
| SFN | CA | 2004 | Attendee |
| SRBR | Canada | 2004 | Oral presentation |
| APSS | PA | 2004 | Oral presentation |
| APSS | IL | 2003 | Oral presentation |
| American College of Neuropsychopharmacology | PR | 2002 | Oral presentation |
| SFN | FL | 2002 | Attendee |
| Society for Research in Biological Rhythms (SRBR) | FL | 2002 | Oral presentation |
| APSS | WA | 2002 | Attendee |
| APSS | IL | 2001 | Oral presentation |
| American Epilepsy Society | CA | 2000 | Attendee |
| APA | NV | 2000 | Oral presentation |

| APSS | NV | 2000 | Poster presentation |
| American Paraplegic Association (APA) | NV | 1999 | Poster presentation |
| Gordon Conference on Pineal Cell Biology | CA | 1999 | Attendee |
| NESS | RI | 1996 | Oral presentation |
| American Physiological Society (APS) | NH | 1995 | Attendee |
| Northeast Sleep Society (NESS) | MD | 1995 | Poster presentation |
| Association of Professional Sleep Societies (APSS) | MA | 1994 | Attendee |
| Society for Neuroscience (SFN) | DC | 1993 | Attendee |

**Community Engagement**

| 05/08/21 | Stanford High School Neuroscience Virtual Forum, moderator |
| 05/05/21 | Science of Sleep podcast, interviewed by Hannah Brennen and Mark Coombs |
| 03/17/21 | Psych Summaries Podcast, interviewed by Hannah Dakin |
| 05/28/20 | Instagram Live, interviewed by Andrew Huberman |
| 07/13/19 | Presented at Mood Disorders Education Day at Stanford University |
| 08/27/18 | Roundtable discussion about sleep and teens, City Visions, KALW |
| 10/13/17 | Spoke with Fremont Police night shift on the importance of sleep |
| 10/02/17 | Interviewed by Rona Renner on KPFA and took questions on sleep |

**FUNDING – Current**

| 09/01/22-08/31/24 | Injury Risk in Women Assessed via Remote Biomechanical Monitoring: Confluence of Circadian, Sleep, and Menstrual Factors; Wu Tsai Human Performance Alliance, Stanford University (Jamie Zeitzer, PI) |
| 09/20/21-08/31/23 | The Impact of Early Tau Pathology on Cognitive Progression and Neuropsychiatric Symptoms in Parkinson's Disease, 3R01NS11511403S, (Kathleen Poston, PI); Role: Co-I |
| 05/18/21-01/31/26 | Passive Phototherapy to Improve Sleep in Teens, 1 R01 HD102344-01A1 (Jamie Zeitzer, PI) |
| 09/30/20-08/31/23 | Prognostic Biomarkers for High-Impact Chronic Pain: Development and Validation, 1 R61 NS118651-01A1 (NIH HEAL) (Sean Mackey, PI); Role: Co-I |
| 09/26/16-07/31/23 | Biological and Psychosocial Mechanisms of Cancer Caregivers' Elevated Health Risk, NINR NR016838-01 (Youngmee Kim, PI); Role: Co-I |
| 09/01/16-08/31/23 | Ultrashort Light Pulses as a Personalized Countermeasure for Circadian Desynchrony, W81XWH-16-1-0223, Department of Defense (Jamie Zeitzer, PI) |

**FUNDING – Completed**

| 02/01/18-01/31/22 | Cognitive Behavioral Therapy for Insomnia in Chronic Traumatic Brain Injury, 1 I01 RX002319-01A2, VA RR&D (Ansgar Furst, PI); Role: Co-I |
| 01/01/19-06/30/21 | The Impact of Artificial Sunlight on Human Sleep and Circadian Rhythms, Seoul Semiconductor (Jamie Zeitzer, PI) |

| | |
|---|---|
| 10/01/16-09/30/19 | Comparative Effectiveness of Sleep Apnea Assessment Strategies to Maximize TBI Rehabilitation Outcome (C-SAS), Patient-Centered Outcomes Research Institute. PCORI R-1511-33005 (Risa Nakase-Richardson, PI) Role: Co-I |
| 01/01/18-07/14/19 | Restless Leg Syndrome: Does it Start with a Gut Feeling? Stanford University Department of Psychiatry and Behavioral Sciences Small Grant Program (Jamie Zeitzer, PI) |
| 07/01/15-06/30/19 | Breathing Meditation Intervention for Post Traumatic Stress Disorder, VA RR&D, I01 RX001485-01 (Peter Bayley PI); Role: Consultant |
| 09/15/17-05/31/19 | Rest-Activity Rhythms Associated with Aging Traits in the Elderly, 1R21AG051380-01A1 NIA (Gregory Tranah, PI); Role: Consultant |
| 01/03/17-06/30/19 | Circadian Immune Variation Disruption, and Breast Cancer Progression, Stanford Cancer Institute 2017 Cancer Innovation Grant (David Spiegel, PI); Role: Co-I |
| 12/01/15-05/31/19 | A Double-Blind, Placebo-Controlled, Randomized, Parallel Design Study to Examine the Effectiveness of 10 mg Suvorexant in Improving Daytime Sleep in Shift Workers, Merck Pharmaceuticals (Jamie Zeitzer, PI) |
| 06/01/16-05/31/19 | Dawn Simulation as a Passive Countermeasure to Postural Hypotension in Healthy Older Adults, Velux Stiftung (Jamie Zeitzer, PI) |
| 11/01/17-10/31/18 | Novel EEG Biomarkers of Sleep Health: A Machine Learning Study, Stanford University Precision Health and Integrated Diagnostics Center (Jamie Zeitzer, PI) |
| 09/25/17-12/31/18 | Characterization and Genetics of Objectively-Verified Long Sleep Hypersomnia, 1K23NS101094-01A1 NINDS (Joseph Cheung, PI); Role: Mentor |
| 04/01/14-03/31/18 | Sleep and Circadian Dysregulation in Pediatric Bipolar Disorder, NIH/NIMH, 1K01MH100433-01A1 (Gershon PI); Role: Mentor |
| 01/01/17-12/31/17 | Applications and Validation Assessments of Consumer Mobile & Wearable Devices and Mobile Applications for Sleep Monitoring, Spectrum-SPADA (Joseph Cheung, PI); Role: Co-I |
| 03/01/16-06/30/17 | Effect of Light on Pupil Function, Soraa (Jamie Zeitzer, PI) |
| 04/01/13-08/31/16 | Treating Sleep Disruption in Teens with Millisecond Light Exposure during Sleep, NIH/NICHD 1R21HD073095-01 (Jamie Zeitzer, PI); |
| 08/01/11-06/30/16 | Ultrashort (msec) Light Exposure as a Countermeasure to Circadian Desynchrony, NIH/NHLBI, 1R01HL108441-01A1 (Jamie Zeitzer, PI) |
| 07/01/13-06/30/16 | Toileting at Night in Older Adults: Light to Maximize Vision, Minimize Insomnia, VA RR&D, 1I21RX000773-01A2 (Jamie Zeitzer PI); Direct costs for project period = $174,300 |
| 11/17/10-03/01/15 | A Multicenter, Randomized, Double-mask, Placebo-Controlled, Parallel Study to Investigate the Efficacy and Safety of 20 mg |

|  | Tasimelteon Versus Placebo in Totally Blind Subjects with N24HSWD Followed by an OLE Phase, Vanda Pharmaceuticals (Jamie Zeitzer, site PI) |
|---|---|
| 10/01/12-01/01/14 | Repetitive Transcranial Magnetic Stimulation (rTMS) for the Treatment of Chronic Pain in GW1 Veterans (J Wesson Ashford, PI), VA RR&D Merit RX-1210-01; Role: Consultant |
| 08/01/14-10/31/14 | Millisecond Light Pulses to Shift Circadian Rhythms and Treat Jet Lag, Stanford Innovation Project, Stanford University, S98-051 (Jamie Zeitzer, PI) |
| 09/30/09-08/31/12 | CAM Approaches to Management of Sleep and Disease Progression in Cancer, NIH 1P30AT005886-0110 (David Spiegel PI); Role, Co-Investigator |
| 09/27/06-08/31/12 | Sleep, Circadian Hormonal Dysregulation, and Breast Cancer Survival, NCI, 1R01 CA118567 (David Spiegel PI); Role, investigator |
| 04/01/08-03/31/11 | Melatonin Replacement for Treatment of Sleep Disruption in Tetraplegia, VA Merit Review B6010-R (Jamie Zeitzer PI) |
| 10/01/08-01/01/11 | Short-Wavelength Countermeasure for Circadian Desynchrony, Phase II, AFOSR F2-4506 (H Craig Heller PI); Role: Co-Investigator |
| 2007-2010 | A Study of Ramelteon Treatment in Spinal Cord Injury Subjects with Sleep Disruption, Takeda Pharmaceuticals 06-038R (Jamie Zeitzer PI) |
| 2007-2008 | Effects of Xyrem Administration on Hypocretin-1 Concentrations in a Primate Model of Human Wakefulness, Jazz Pharmaceuticals 38422 (Jamie Zeitzer PI) |
| 2006-2008 | Sleep Regulation, Depression, and Hypocretin, NARSAD (The Mental Health Research Association) Young Investigator Award 34633 (Jamie Zeitzer PI) |
| 2005-2006 | Metabolic Consequences of Chronic Sleep Restriction, NIMH, 1 RO1 MH073435-01 (Emmanuel Mignot PI); Role: investigator |
| 2003-2005 | Sleep Deprivation, Hypocretin, and Depression, National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award (Jamie Zeitzer PI) |
| 2002-2004 | Hypocretin Physiology in the Consolidation of Sleep/Wake, Pickwick Postdoctoral Fellowship Program, National Sleep Foundation (Jamie Zeitzer PI) |
| 2002-2003 | Role of Hypocretin Physiology in the Consolidation of Sleep and Wake, C. F. Aaron Dean's Postdoctoral Fellowship, Stanford University School of Medicine (Jamie Zeitzer PI) |
| 1999-2002 | Mulitsite Training Program for Basic Sleep Research, NIH/NIMH, MH18825-12 (Michael Chase PI); Role: post-doctoral fellow |
| 1999-2001 | Clinical Trial of Melatonin Replacement in Tetraplegics with Sleep Disturbances, Christopher Reeves Paralysis Foundation, post-doctoral fellowship, ZA1-9802-2A (Jamie Zeitzer PI) |

| | |
|---|---|
| 1997-1999 | Clinical Trial on the Effects of Caffeine on the Circadian Homeostatic Interaction Underlying the Deterioration of Neurobehavioral Functioning during Jet Lag and Sleep Deprivation, AFOSR, F49620-95-10388 (Charles Czeisler PI); Role: graduate student |
| 1997-1999 | Treatment of Circadian Sleep Disorders with Bright Lights, NIH/NIMH, MH45130 (Charles Czeisler PI); Role: graduate student |
| 1995-1997 | Pre-launch Adaptation of Orbiter Crew Members to Earlier Shifts Following Exposure to a Single Bright Light Episode, NASA, NAG-4033 (Charles Czeisler PI); Role: graduate student |
| 09/01/93-08/31/95 | Molecular and Cellular Approaches to Substance Abuse, NIH/NIDA, 5-T32-DA007282-02 (Steven Hyman PI); Role: graduate student |