# Lucas Fogarty PA-C

2222 Prince Street, Berkeley CA 94705
510-982-9006 | fogarty.lucas@gmail.com

Ms. Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, California 94610

## Federal Rules of Civil Procedure 26 (a)(2)(B) Report

**KENYON NORBERT, et al, Plaintiffs**
**vs.**
**San Francisco Sheriff's Department, et al. Defendants**
**Case No.: 3:19-cv-02724 SK**

Dear Ms. Huang,

Thank you for retaining me to analyze and render opinions regarding the physical health of Montrail Brackens. Pursuant to the requirements of Rule 26, I have studied his medical records, the reports of defendants 'experts reports, Dr, Czeisler's expert report, and had the opportunity to interview Montrail Brackens. Please be advised that if additional documents related to this matter are provided, it may be necessary to write a supplemental report to refine or express additional opinions.

LUCAS FOGARTY

Case 3:19-cv-02724-SK   Document 269-7   Filed 11/07/22   Page 2 of 9

6

MATERIALS REVIEWED

1. Montrail Brackens Medical Records –
    SF General:  CCSF-Norbert 000148 – CCSF-Norbert 006766

    SFDPH ZSFG 8/13/2022, 35 pages, printed on 10/3/22

    SFDPH, (Jail) 44 pages, printed on 10/3/22

2. Report – David M. Mathis
3. Interview with Montrail Brackens conducted on Oct. 7, 2022 via Zoom

Opinions:

## Opinion Number 1

David M. Mathis report opines:
"       Brackens 'Diabetes was caused by his obesity, his family history, and his inactivity, not by Vitamin D Deficiency." P. 39      Dr. Mathis 'report notes:
   (a)  Brackens has a family history of diabetes.
   (b) (b) His grandfather is insulin dependent.
   (c) His father his diabetes but only took pills as of 2015
   (d) 12/14/16 Brackens reported that both of his parents had diabetes
   (e) Brackens stated that he had been in administrative segregation for the previous two years, didn't exercise, slept until 1 PM or 2 PM every day, "Forgot to exercise", and gained 55#
   (f) He eats candy, soups and a lot of bread and chips
   (g) 4/7/16 Brackens weighted 281#.  He was still eating candy but requesting a "no bread" diet".
   (h) 8/16/19 SFMP initiated metformin therapy.
   (i) 10/4/19 Brackens' hemoglobin A1c was now 6.2% with a goal of less than 7%
   (j) 12/16/19 SFMP diagnosed Brackens with microalbuminuria, a complication of diabetes, and initiated lisinopril treatment."

a)There is a weak correlation between age of onset of diagnosis for diabetes for Mr Brackens compared to his family members age of onset. Mr. Brackens was diagnosed much earlier in age. This difference increases the likelihood that obesity, inactivity and chronic stress are more significant factors in the onset of diabetes for Mr Brackens.

B) Mr. Brackens, according to his Medical chart had the most significant weight loss and lowest normal blood pressures when released out of Ad Seg and to the Gen Pop while incarcerated as noted in his Medical

Basis of Opinion: Data on weight and blood pressures from Mr. Brackens Medical record while incarcerated

Opinion Number 2

David M. Mathis report opines:

> a. SFMP reasonably and appropriately treated Brackens' diabetes and its complication of Microalbuminuria.

For many years, Montrail Brackens was pre-diabetic. The ways to treat pre-diabetes so that the condition does not worsen and become insulin dependent diabetes are well known and documented and include diabetes education, peer support, access to low carbohydrate food options, daily exercise and access to diabetes management supplies in prompt and effective timeframe for vital time based medical diction making needs.

There is no indication that the medical provider at SF County Jail provided any significant education around weight loss besides stating, "lose weight" repeatedly in medical notes. The notes do not indicate that the SF County jail provided disease state information specific to diabetes, in regards to medicines, hypo and hyperglycemic symptom awareness, how diabetes medications work such as metformin, NPH and Regular insulin and Liraglutide, as these are the medications he was prescribed while incarcerated, and specific techniques to self manage diabetes such low carbohydrates food substitutions, and immediate blood glucose monitoring such as a continuous glucose monitor. In addition, The SF County Jail did not provide or prescribe at any time the standard rescue medication of Glucagon for Mr Bracken in the case of severe hypoglycemia that could result in seizure and serious negative health outcomes. In addition, Mr. Bracken was not given any opportunity for peer education or chronic disease mental health support. These avenues of multidisciplinary have been shown to increase diabetes management compliance and diabetes self management skills. Diabetes self management skills are used to reduce severe negative health outcomes when related to diabetes such as diabetes ketoacidosis and severe hypoglycemia seizures.

There is no indication that the SF Sheriff's Department did provide reasonable time or accommodation for Mr. Bracken in the setting of his hyper or hypoglycemia symptom sensation and the need for prompt glucose testing that is effective in managing such a potential hypo or hyperglycemic event other than at meal times. In addition, the prompting of morning glucose check between the hours of 0230 and 0430 am significantly affect the circadian rhythm of Mr. Bracken, likely resulting in increased levels of the stress hormone cortisol which lead to glycogen release from the liver and elevated blood sugars (hyperglycemia).

On that basis, my opinion is defendants failed to provide adequate medicines, prompt glucose testing in the case of symptomatic episodes of hypo and hyperglycemia, increased stress cortisol levels by disrupting sleep leading to increase blood glucose levels and neglectfully disempowered Mr. Bracken by providing no education on diabetes or diabetes management to prevent Montrail Bracken's pre-diabetes, which led to his hospital admission with diabetic ketoacidosis and to the need for multiple daily injections and multiple oral medications, creating an exaggerated burden of disease care management and diabetes care burnout.

Basis of opinion Review of medical records for Mr. Bracken, American Diabetes Association guidelines for severe hypoglycemia management, overwhelming qualitative studies regarding diabetes patient empowerment for improved health outcomes via diabetes management education. One such article is "Overview of Peer Support Models to Improve Diabetes Self-Management and Clinical Outcomes" (Heisler et al, *Diabetes Spectr* 2007;20(4):214–221)

Opinion Number 3

SF Sheriff's Department and its medical provider has not provided Montrail Brackens with sufficient education to understand diabetes disease process, diabetes management and specifically diabetes management in the confined and restricted setting such as in Ad-Seg.

Basis of opinion comes from the interview with Mr. Bracken on Oct 7th in which he stated he has been told that he has diabetes and that was it. Mr. Bracken stated that he has no choices in the menu items provided by the jail, and that the menu items include a significant amount of starch, and that he cannot find food substitutions for lower carbohydrate options at commissary. According to Mr. Bracken, there are only junk food and high caloric options in the commissary, no low carbohydrate options exist for Mr. Bracken and low carbohydrate options are vital to reducing weight and lowering blood glucose levels. He has not been given any supplemental or basic education on the disease process of diabetes nor on the management.

Opinion Number 4

SF Sheriff's. Department and its medical provider has not provided Montrail Brackens with sufficient access to glucose monitoring to promptly act on his hypo and hyperglycemic symptom recognition. When Mr Bracken feels symptoms such as tiredness, sweatiness, drowsiness and wants to check his blood sugar to make data driven medical decision he has not been allowed to check his blood glucose in a timely manner that is vital to maintain his health.

Basis of opinion from interview with Mr Bracken on Oct 7th 2022 in regards to access to blood glucose monitoring. Mr. Bracken states that he is allowed to check his blood sugar prior to meals but if he becomes symptomatic at any other time his allowance to check his blood glucose is limited by not having immediate supplies available and his blood glucose checking ability is limited by the medical staff's time availability which is not always prompt and able to provide basic medical care. One option for addressing this need of timely glucose monitoring to avoid severe adverse hypoglycemic and hyperglycemic blood sugars such as hypoglycemic seizure and diabetes ketoacidosis is the continuous glucose monitor. Mr. Bracken has asked for a continuous glucose monitor and has been denied by the SF Sheriff's Department and its medical provider.

Opinion Number 5

SF Sheriff's. Department and its medical provider has not provided Montrail Brackens with a healthy diet in order to reduce his weight or provide low carbohydrate options

Basis of opinion per interview with Mr. Bracken, starch is the mainstay of all his meals, bread is served with every meal, and his snacks include a caloric dense carb. In reference to his Medical reports plan, most of the providers stressed weight loss and reducing carbohydrate intake. Mr. Bracken has been prescribed "diabetic diet" which includes a starch based carbohydrate diet. The recommendation is an empty plan without adequate options to do so. Mr. Bracken is not in control of his diet, the SF Sheriffs Department and its medical provider and contractor of food are in control of what he eats. They are responsible for his caloric intact and this has resulted in weight gain and decreased his body's ability to use insulin and therefore increased his blood glucose levels to the level of diabetes, causing his body significant harm and potential for life threatening health outcomes.

Opinion Number 6

SF Sheriff's. Department and its medical provider has not provided Montrail Brackens with the ability to engage in sufficient exercise and movement in order to maintain glucose control. Exercise and movement are essential in a patient's ability to control, moderate and create insulin sensitivity which aid in blood glucose regulation and lead to improved health outcomes.

Basis of opinion International and national diabetes management research from as early as the 1970's has tracked people with diabetes and their health outcomes with overwhelming support for exercise and diet modification as key components of diabetes management to reduce poor health outcomes such as elevated blood glucose, kidney disease, retinopathy and cardiovascular disease. Such studies include those stemming from the National Institute of Diabetes and Digestive and Kidney Disease, and multiple studies from the American Diabetes Association

Appearances and depositions in the last five years:  None

<u>Fees</u>

| | |
|---|---|
| Document Review and Report Writing | $250/hr |
| Depositions: 3 hr minimum | $750 |

# Lucas Fogarty

2222 Prince Street, Berkeley CA 94705
510-982-9006 | fogarty.lucas@gmail.com

## GRADUATE EDUCATION
**Samuel Merritt University, PA School, California**
December 2018
- Masters in Physician Assistant program
- PA-C, CA License: 56730

## PROFESSIONAL EXPERIENCE
**PA-C Pediatric Cardiothoracic Surgery, UCSF Mission Bay Campus**     March 2021- Present
- 1st and 2nd assist in OR, manage Pt's in CICU and CTCU, manage Pre op and wound care, attend weekly pediatric cardiac case conference with UCSF and Kaiser providers

**PA-C Pediatric Cardiothoracic Surgery, Pediatric Cardiac Catheterization, Kaiser Oakland Regional Medical Center**     Sept 2019- March 2020
- 2nd Assist in Peds Cardiac Surgery, manage Pt's in PICU, pre-op and post op assessments and manage weekly medical conference and STS database
- Train in OR with UCSF Pediatric Cardiothoracic Surgery Team

**PA-C Interventional Radiology, Kaiser Oakland Regional Medical Center**     Feb 2020 – Feb 2021
- Outpatient and in hospital clinic procedures
- Assist in procedural IR rooms
- Manage Pt drains, tubes and other procedures

**DASH Sports Education,** Berkeley California     March 2012 - Present
*Medical Director and Founder*
- Non-profit organization to empower youth with diabetes
- Organized DASH programing through school-based PE class diabetes education, adult education classes and basketball diabetes education for violent prevention programs in the City of Oakland
- Developed culturally competent curriculum to serve diverse and under-resourced communities, including the West Oakland, East Oakland, North Oakland, and Bali, Indonesia diabetes communities
- Led annual pediatric and adult diabetes management training for over 100 nursing school students
- Medical Director for all participants and programs, serving over 1,000 families since 2012

**Alameda County Medical Center, Highland Hospital, Oakland California**     March 2012 - 2017
*Panel Manager Coordinator, Patient Advocate and Health Coach at the Adult Diabetes Clinic*
- Managed insulin pump, medication adjustments and goal setting with medical team and patients
- Worked one-on-one with patients to create a better understanding of how to manage their diabetes.

**Stanford University, Lucile Packard Children's Hospital**     February 2016 - July 2016

*Community Program Coordinator and Interventionist for the Stanford NICH (Novel Interventions in Child Health Care) Program*
- On call 24-hours 7-days a week for patients, medical team and family members
- Lead organizer and point person for an interdisciplinary approach to complex chronic medical management
- Improved no show rates, labs, decreased DKA's and increased medication management for optimal quality of life

## 2018 PA STUDENT CLINICAL EXPERIENCE
**Pediatric Endocrinology, UCSF Benioff Children's Hospital Oakland**, Oakland, CA 7/18
- Performed daily check ins and well being assessment for patients in hospital
- Provided in clinic diabetes education for teens, children struggling with diabetes

**Trauma Surgery, Highland Hospital,** Oakland, CA 5/18
- A part of Trauma team from ER to OR
- Provided ICU post-opt care and secondary trauma examinations
- A part of crash cart team

**Emergency Medicine Kawea Delta Medical Center,** Visalia, CA 2/18
- Performed intubations, ran primary and secondary trauma examinations on MVAs and GSWs
- Learned and practiced suturing techniques on over 60 cases

**Internal Medicine, Urgent Care VA Martinez Clinic,** Martinez, CA 3/18
**Family Medicine, Sutter Health Castro Clinic**, San Francisco, CA 4/18
**Ophthalmology Surgery and Clinic, VA Martinez Clinic,** Martinez, CA 1/18
**Obstetrics and Gynecology, Foothill Family Medicine,** San Jose, CA 9/18
**Pediatrics, Faye Lundergan Clinic**, Santa Rosa CA 10/18
**Geriatric Medicine, Spherical Medical,** San Leandro, CA 11/18

## EXPERIENCES
**League of DiAthletes Member**, London, Costa Rica, Kuwait                November   2017 – present
- International speakership, global diabetes community advocacy and athletic challenges
- 3-day 30 mile rain forest trek, 5k's across the globe, and thousands of diabetes events

**A Balinese Diabetes Program,** Novo Nordisk Indonesia, Bali, Indonesia        December 2013 - December 2015
- With funding from Novo Nordisk Indonesia, piloted and ran diabetes education programs for over 500 Balinese residents
- Taught young leaders to run their own carbohydrate counting and physical activity events in schools and ashrams in Klungkung and Ubud.

**West Oakland Youth Center Partner**, West and North Oakland                November 2015 - 2017
- Created dynamic education programs around health that included cooking, nutrition, diabetes management, sports and self-expression for the black and brown communities of Oakland

## AWARDS
*Outstanding Student of the Program Nominee,* Samuel Merritt University                December  2018
- One of three nominated by staff and preceptors during PA program at Samuel Merritt University

***Guest Speaker at International Diabetes and Endocrine Conference***
August 2016

- *Spoke on life and exercise with diabetes management in Karachi, Pakistan*

**World Diabetes Congress, Melbourne Australia & Vancouver, BC**　　　　　　　　November 2013 - 2015

- *Awarded Young Leader in Diabetes from the American Association of Diabetes Educators*

**San Francisco 49ers, Quarterback in the Community Award**
November 2016

- *Award received for contribution to the community as founder of DASH*

## SUCCESSFUL GRANTWRITING

- *Business Association of Stanford Entrepreneurial Students, Diabetes Hands Foundation, Novo Nordisk Indonesia, Eli Lily, Cliff Bar, San Francisco 49ers Community Fund*

## UNDERGRADUATE EDUCATION

**Pitzer College (member of the Claremont Colleges), California**
May 2010

- Bachelor of Arts in Psychology and minor in Sociology

**Middle Eastern Technical University, Ankara, Turkey**
December 2008

- Psychology / Sociology Exchange Student

## SKILLS

- Expert in the field of sports and diabetes management
- Fluent in French and working knowledge of Turkish, Indonesian, Spanish and German
- Extensive clinic/school/wilderness experience in pediatric and adult diabetes medicine
- Worked in Brussels, Belgium as a professional baseball and football player, baseball coach and sustainability research assistant for the Royal Institute of Chartered Surveyors