DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
Telephone:     (415) 554-3867 [Murphy]
Facsimile:     (415) 554-3837
E-Mail:        sabrina.m.berdux@sfcityatty.org
E-Mail:        kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
VICKI HENNESSY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50,<br><br>    Defendants. | Case No. 19-cv-02724-SK (LB)<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION REQUESTING A CASE MANAGEMENT CONFERENCE (ECF NO. 279)**<br><br>Trial Date:            March 7, 2023 |

Defendants submit the following response to Plaintiffs' administrative motion requesting a case management conference on December 12, 2022. (ECF No. 279). Defendants note Plaintiffs did

not discuss this issue with defense counsel or seek a stipulation from defense counsel prior to filing their administrative motion, in violation of Civil Local Rule 7-11(a) and that this is not the first time Plaintiffs have improperly submitted papers Court without first permitting Defendants appropriate time to participate. (*See* ECF No. 253).

Defendants have no objection to discussing the three issues identified in Plaintiffs' administrative motion at the Court's convenience. However, Plaintiffs' motion states that they would like to discuss these "among other issues." (ECF No. 279 at 2:5.) To ensure that that the parties have a shared understanding of the issues to be addressed and to ensure that the parties make the best use of the Court's time during any Case Management Conference, defense counsel requests the Court direct Plaintiffs to provide Defendants a full list of the issue Plaintiffs wish to discuss during the Case Management Conference within three business days of the Court's order on the administrative motion.

Dated: November 10, 2022

```
                              DAVID CHIU
                              City Attorney
                              MEREDITH B. OSBORN
                              Chief Trial Deputy
                              SABRINA M. BERDUX
                              KAITLYN MURPHY
                              Deputy City Attorneys


                       By:  /s/ Sabrina M. Berdux
                              SABRINA M. BERDUX

                              Attorneys for Defendants
                              CITY AND COUNTY OF SAN FRANCISCO and
                              VICKI HENNESSY
```