DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
Telephone:     (415) 554-3867 [Murphy]
Facsimile:     (415) 554-3837
E-Mail:        sabrina.m.berdux@sfcityatty.org
E-Mail:        kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
VICKI HENNESSY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50,<br><br>Defendants. | Case No. 19-cv-02724-SK (LB)<br><br>**DECLARATION OF SABRINA M. BERDUX IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF NO. 259) AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 273)**<br><br>Hearing Date:   December 12, 2022<br>Time:           9:30 a.m.<br>Place:          Courtroom C, 15th Floor<br><br>Trial Date:     March 7, 2023 |

**DECLARATION OF SABRINA M. BERDUX**

I, Sabrina M. Berdux, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am employed as a Deputy City Attorney with the Office of the City Attorney for the City and County of San Francisco. I am assigned to represent Defendants City and County of San Francisco and Vicki Hennessy in the above-captioned litigation. I have personal knowledge of the facts contained herein, and could and would testify competently thereto.

2. Attached hereto and marked as **Exhibit W** is a true and correct copy of a screenshot of Plaintiff Armando Carlos taken from his video recorded deposition on November 11, 2021.

3. Attached hereto and marked as **Exhibit X** is a true and correct copy of a screenshot of Plaintiff Jose Poot taken from his video recorded deposition on January 20, 2022.

4. Attached hereto **Exhibit Y** is a true and correct copy of a screenshot of Plaintiff Jose Poot taken from his video recorded deposition on March 3, 2022.

5. Attached hereto as **Exhibit Z** is a true and correct copy of Plaintiffs' Rebuttal Expert Disclosure that identified Dr. Robert Bernstein and Lucas Fogarty as rebuttal experts.

6. Attached hereto as **Exhibit AA** is a true and correct copy of the expert report of Dr. Jamie Zeitzer served by Plaintiffs, excluding the CV of Dr. Zeitzer that was also attached.

7. Attached hereto as **Exhibit AB** is a true and correct copy of select portions of the deposition of Dr. Jamie Zeitzer.

8. Attached hereto as **Exhibit AC** is a true and correct copy of Plaintiffs' Responses to Requests For Admissions that admit they waived time in their criminal cases.

9. Attached hereto as **Exhibit AD** is a true and correct copy of select portions of the deposition transcript of Ross Mirkarimi.

10. Attached hereto as **Exhibit AE** is a true and correct copy of ECF No. 8-5, Brackens Declaration.

11. Attached hereto as **Exhibit AF** is a is a true and correct copy of ECF No. 251, Order Regarding Supplemental Discovery Brief.

12. Attached hereto as **Exhibit AG** is a true and correct copy of ECF No. 11, Defendants' Opposition to Preliminary Injunction.

13. Attached hereto as **Exhibit AH** is a true and correct copy of ECF No. 11-3, Photographs of grates in ceiling.

14. Attached hereto as **Exhibit AI** is a true and correct copy of ECF No. 37, Defendants' Motion to Dismiss.

15. Attached hereto as **Exhibit AJ** is a true and correct copy of ECF No. 42-1, Responses to Court Questions.

16. Attached hereto as **Exhibit AK** is a true and correct copy of ECF No. 107, Order on Motion to Compel.

17. Attached hereto as **Exhibit AL** is a true and correct copy of ECF No. 110, Order on Plaintiffs' Preliminary Injunction and Defendants' Motion to Dismiss.

18. Attached hereto as **Exhibit AM** is a true and correct copy of ECF No. 125, Answer to Complaint.

19. Attached hereto as **Exhibit AN** is a true and correct copy of ECF No. 164-3, Declaration of Undersheriff Freeman.

20. Attached hereto as **Exhibit AO** is a true and correct copy of ECF No. 196, Defendants Opposition to Motion for Class Certification.

21. Attached hereto as **Exhibit AP** is a true and correct copy of ECF No. 196-1, Berdux Declaration in Support of Opposition to Motion for Class Certification.

22. Attached hereto as **Exhibit AQ** is a true and correct copy of ECF No. 198-3, COVID Mortality Analysis.

23. Attached hereto as **Exhibit AR** is a true and correct copy of ECF No. 198-4, COVID FAQ.

24. Attached hereto as **Exhibit AS** is a true and correct copy of ECF No. 198-5, COVID Facts.

25. Attached hereto as **Exhibit AT** is a true and correct copy of ECF No. 198-6, Stay At Home Order.

26. Attached hereto as **Exhibit AU** is a true and correct copy of ECF No. 198-10, COVID Data for San Francisco County Jail.

27. Attached hereto as **Exhibit AV** is a true and correct copy of ECF No. 198-16, Declaration of Kevin McConnell.

28. Attached hereto as **Exhibit AW** is a true and correct copy of ECF No. 198-17, Exhibit A (COVID-19 Response Efforts) to Declaration of Kevin McConnell.

29. Attached hereto as **Exhibit AX** is a true and correct copy of ECF No. 204, Response to Court Request for Further Information.

30. Attached hereto as **Exhibit AY** is a true and correct copy of ECF No. 204-1, Declaration of Sheriff Miyamoto.

31. Attached hereto as **Exhibit AZ** is a true and correct copy of ECF No. 228, Minute Entry Re: Motion for Class Certification.

32. Attached hereto as **Exhibit BA** is a true and correct copy of ECF No. 238, Order Granting Class Certification.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 21st day of November 2022 at San Francisco, California.

                                             */s/ Sabrina M. Berdux*
                                               SABRINA M. BERDUX