**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Berkeley, CA 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 8055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL, and John & Jane DOEs Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br><br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR SUMMARY JUDGMENT & OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Federal Rule of Evidence 201(b) provides that this Court may take judicial notice of any "fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

Rule 201 of the Federal Rules of Evidence allows judicial notice to be taken of the existence and authenticity of public and quasi-public documents. *Del Puerto Water Dist. v. U.S. Bureau of Reclamation*, 271 F. Supp. 2d 1224, 1234 (E.D. Cal. 2003); *see also, California ex rel. RoNo, LLC v. Altus Finance S.A.*, 344 F.3d 920, 931 (9th Cir. 2003) ("requests for judicial notice are GRANTED to the extent that they are compatible with Federal Rule of Evidence 201 and do not require the acceptance of facts 'subject to reasonable dispute.'"); *Kent v. Daimlerchrysler Corp.*, 200 F. Supp. 2d 1208, 1219 (N.D. Cal. 2002); *Rosenfeld v. JPMorgan Chase Bank, N.A.*, 732 F. Supp. 2d 952, 959 (N.D. Cal. 2010).

Plaintiffs request that the Court take judicial notice of the following facts not reasonably subject to dispute:

1. The existence and content of the 2001 California Building Code, Section 470A-Local Detention Facilities, attached to the **Compendium of Evidence (ECF 283/284)**[1] as **Exhibit 11**.

2. The existence and content of the 2007 California Building Code, Section 1231 Local Detention, attached to the **Compendium of Evidence (ECF 283/284)** as **Exhibit 12**.

3. The existence and content of the 2013 Title 24, Minimum Standards for Local Detention Facilities (excerpts), attached to the **Compendium of Evidence (ECF 283/284)** as **Exhibit 13**.

4. The existence and content of the 2021 Final Proposed Revisions, Title 24, Minimum Standards for Local Detention Facilities, attached to the **Compendium of Evidence (ECF 283/284)** as **Exhibit 14**.

---

[1] **ECF 283** is the Compendium of Evidence in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment **(ECF 266)** and **ECF 284** is the Compendium of Evidence in Support of Plaintiffs' Motion for Summary Judgment **(ECF 273)**. The two compendia are identical in content.

5. The History of the California Building Standards Code, Title 24, available at: https://www.dgs.ca.gov/BSC/About/History-of-the-California-Building-Standards-Code---Title-24 (last accessed November 7, 2022).

6. The fact of staffing shortages at the Jail resulting in reduced programming and over 23 hours per day time in cells, as described in the Article from Mission Local entitled "Staff shortages nix programming in SF jails; guards warn they can't take influx", author: Joe Eskenazi, dated July 25, 2022, included in the **Compendium of Evidence (ECF 283/284)** as **Exhibit 19**.

A request for judicial notice was filed on November 7, 2022 (ECF 272) which asked that identical notice be taken upon identical grounds. Since the corrected compendia of evidence were filed later, this request is re-refiled to ensure that the references to the compendia of evidence are correct in the version before the Court.

                                                Respectfully Submitted by:

Dated: 12/2/22                           GREENFIRE LAW, PC

                                   By:   */s/ Rachel S. Doughty*
                                             Rachel Doughty
                                             ATTORNEY FOR PLAINTIFFS

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**
Case No.: 3:19-cv-02724 SK