United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 19-cv-02724-SK<br><br>**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF**<br><br>Regarding Docket No. 299 |

On November 21, 2022, Defendants filed a combined Reply in Support of Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment. (Dkt. No. 296.) Defendants' brief was a total of 36 pages long. Civil Local Rule 7-3(a) limits oppositions to 25 pages. In its Reply in support of Motion for Summary Judgment, Plaintiffs request the Court strike pages 26-36 of Defendants brief or otherwise grant Plaintiffs leave to file supplemental briefing in response to pages 26-36. (Dkt. No. 299.) The Court hereby DENIES Plaintiffs request to strike pages 26-36 and GRANTS Plaintiffs leave to file supplemental briefing in response to pages 26-36. Supplemental briefing shall not exceed 10 pages in length and shall be filed by December 7, 2022.

**IT IS SO ORDERED**.

Dated: December 2, 2022

_____
SALLIE KIM
United States Magistrate Judge