UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 19-cv-02724-SK<br><br>**ORDER TO DISMISS DEFENDANTS AND FOR PLAINTIFF TO SUBSTITUTE DEFENDANT**<br><br>Regarding Docket Nos. 110,125 |

On January 31, 2020, the Court dismissed with prejudice the claims for violation of the Eighth Amendment and Fourteenth Amendment under 42 U.S.C. § 1983 against the San Francisco Sheriff's Department and the individual defendants and all claims against former Sheriff Hennessy in her individual capacity. (Dkt. No. 110.) Also on January 31, 2020, the Court dismissed with leave to amend the claims for violation of the California Constitution and the common law claims against the individual defendants. (Dkt. No. 110.) Plaintiffs did not amend the Complaint, and Defendants filed their Answer on February 26, 2020. (Dkt. No. 125.) Therefore, the Court DISMISSES WITH PREJUDICE individual defendants Paul Miyamoto, Captain Jason Jackson, Captain McConnell because no claims exist against them.

//
//
//
//
//
//
//

1   Sheriff Hennessy was sued in her official capacity and is no longer Sheriff.  The Court
2 ORDERS Plaintiffs to submit a proposed order substituting as a defendant the current Sheriff, to
3 be sued only in his official capacity.  Plaintiffs must submit that proposed order by January 9,
4 2023.

**IT IS SO ORDERED**.

Dated: December 22, 2022



SALLIE KIM
United States Magistrate Judge