DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3929 [Berdux]
Telephone:    (415) 554-3867 [Murphy]
Facsimile:    (415) 554-3837
E-Mail:       sabrina.m.berdux@sfcityatty.org
E-Mail:       kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
VICKI HENNESSY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50,<br><br>Defendants. | Case No. 19-cv-02724-SK (LB)<br><br>STIPULATION AND ORDER TO COMPLETE KEN LOMBA'S DEPOSITION PAST DISCOVERY DEADLINES<br><br>Trial Date:         August 8, 2023 |

STIP. AND ORDER TO COMPLETE KEN
LOMBA'S DEPO. CASE NO. 19-cv-02724-SK (LB)

1

\\candsf.cand.circ9.dcn\data\users\skall\_cv\2019\2019_02724_norbert_v_san_francisco_sheriffs_department\19-cv-02724-sk-stip_and_order_re_deposition.docx

1  IT IS HEREBY STIPULATED by and between Plaintiffs Troy McAllister, Montrail Bracken, and Jose Poot and remaining Defendants City and County of San Francisco and former Sheriff Vicky Hennessy, in her official capacity, through their respective counsel, that the deposition of Ken Lomba can be completed on February 3, 2023.

Whereas, the Court extended the expert discovery deadline to January 31, 2023 only for the purpose of completing the remaining expert deposition. (ECF No. 294)

Whereas, Defendants commenced the deposition of Plaintiffs' non-retained expert witness Ken Lomba on January 23, 2023 at 10:00 a.m. Ken Lomba was represented by an attorney at the deposition and required a 1.5 hour break from 12 p.m. to 1:30 p.m. and requested to suspend the deposition at 4:00 p.m. Accordingly, neither Defendants nor Plaintiffs were able to complete their questioning.

Whereas, Plaintiffs' counsel's next available date to complete Mr. Lomba's deposition is February 3, 2023. Defendants counsel for Mr. Lomba agreed to that date.

Whereas, the parties seek an order allowing Mr. Lomba's deposition to proceed and conclude on February 3, 2023.

Whereas, no other depositions are contemplated to extend beyond the January 31, 2023 deadline.

Dated:  January 25, 2023

        DAVID CHIU
        City Attorney
        MEREDITH B. OSBORN
        Chief Trial Deputy
        SABRINA M. BERDUX
        KAITLYN MURPHY
        Deputy City Attorneys

By: */s/ Sabrina M. Berdux*
     SABRINA M. BERDUX

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and VICKI HENNESSY

Dated: January 27, 2023

          LAW OFFICES OF YOLANDA HUANG

    By: *** /s/ Yolanda Huang*
       YOLANDA HUANG

       Attorneys for Plaintiffs
       TROY MCALLISTER, MONTRAIL BRACKEN, AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS

*\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory*

# ORDER

Pursuant to the Parties' stipulation, and good cause appearing therein, the parties may complete the deposition of Ken Lomba on February 3, 2023.

**IT IS SO ORDERED.**

Dated:  January 31, 2023

_____

Magistrate Judge, United States District Court