UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER DENYING STIPULATION FOR CLASS COUNSEL**<br><br>Regarding Docket No. 327 |

　　　　The Court has an independent obligation to the class of plaintiffs to appoint class counsel to represent them adequately. Although the Court appreciates the stipulation of the parties to appoint class counsel, this stipulation does not absolve the Court of its duty. Thus, the Court DENIES the parties' stipulation for appointment of class counsel and ORDERS Plaintiffs to move for appointment of class counsel by April 28, 2023. The Court presumes that Defendant has no objection or opposition, so there will be no additional briefing or hearing unless a party requests it.

　　　　**IT IS SO ORDERED**.

Dated: April 14, 2023

_____
SALLIE KIM
United States Magistrate Judge