UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER REGARDING REQUEST FOR CLARIFICATION**<br><br>Regarding Docket No. 333 |

This Court's May 2, 2023 order which stated in part : "[a]nd to the extent that parties wish to object to expert witnesses for trial, they are directed to do so through motions *in limine*;" applies to all expert witnesses. (Dkt. No. 332.) The Court clarifies its statement made in the April 10, 2023 case management conference regarding this issue. The Court will not reconsider arguments regarding expert witnesses that were already ruled on in the summary judgment stage. If a party wishes to exclude an expert witness based on an argument that the Court has already decided, the party must file a motion *in limine* but need not re-argue the issues.

However, if parties wish to bring in expert witnesses previously excluded for a *different* reason than that raised in summary judgment (i.e. as a rebuttal expert to an expert, as long as within the deadlines set by the Court), the Court will consider these arguments.

**IT IS SO ORDERED**.

Dated: May 8, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge