UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 19-cv-02724-SK   (LB)<br><br>NOTICE AND ORDER REGARDING SETTLEMENT CONFERENCE |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This case was referred to Magistrate Judge Laurel Beeler for a settlement conference.

**A. Time and Location of Settlement Conference**

The court sets an in-person settlement conference on **Tuesday, July 11, 2023**, at **10:00 A.M.**, Courtroom B, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

**B. Meet-and-Confer For Settlement Conferences**

The court will read the docket to date but asks the parties to confer as soon as is reasonably practicable and in any event no later than **July 6, 2023** about any additional information that they will submit to the court. (The court has all the prior submissions including the last draft settlement agreement, so there is no need to submit anything previously submitted.) Then, the next day after the meeting, by **Noon**, the plaintiff must submit an updated demand to the CCSF. The CCSF must respond by **Noon** on the day after. The parties must thereafter meet and discuss their positions and submit a joint update by no later than **July 10, 2023 at 2:00 p.m**., about their remaining disputes. They must do so by email to lbsettlement@cand.uscourts.gov and lbcrd@cand.uscourts.gov.

**C. Participants**

Lead trial counsel must attend the settlement conference with the parties and with the persons

NOTICE AND ORDER (No. 19-cv-02724-SK)

having full authority to negotiate and settle the case.

**1. <u>Corporation or Other Non-Government Entity</u>**. A party other than a natural person (such as a corporation or association) satisfies the attendance requirement if represented by a person (other than outside counsel) who has final authority to settle up to the full amount of the opposing party's existing settlement demand or offer and who is knowledgeable about the facts of the case. If the authority to settle is vested only in a governing board, claims committee, or equivalent body and cannot be delegated, a party must comply with the requirements of Northern District of California ADR Local Rule 7-4(a) and must designate a person with authority to participate in the settlement conference and, if a tentative settlement agreement is reached, to recommend the agreement to the approving body for its approval.

**2. <u>Government Entity</u>**. A party that is a government entity satisfies the attendance requirement if represented by a person (in addition to counsel of record) who (a) has, to the greatest extent feasible, authority to settle, (b) is knowledgeable about the facts of the case, the government entity's position, and the positions and policies under which the government entity decides whether to accept proposed settlements, and (c) has the authority, if a tentative settlement agreement is reached, to recommend the agreement to the government entity for its approval. *See* N.D. Cal. ADR Local R. 7-4(b). If the action is brought by the government on behalf of one or more individuals, at least one such individual also must attend. *See id*.

**3. <u>Insured Party</u>**. An insured party must appear with a representative of the carrier with full authority to negotiate up to the limits of coverage.

**4. <u>Personal Attendance By Counsel and Parties</u>**. Personal attendance by counsel will not be excused. Personal attendance of a party representative rarely will be excused and then only on a written request made at least two weeks before the conference demonstrating that attendance would constitute an extraordinary or unjustified hardship. A copy of the written request must be served on all other parties. Any objection to the request must be submitted within 48 hours. If telephone attendance is allowed, the party must be available throughout the entire conference.

**IT IS SO ORDERED.**

**Dated: July 3, 2023**

_____
LAUREL BEELER
United States Magistrate Judge