# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** June 30, 2023     **Time:** 1 hour, 9 minutes     **Judge:** SALLIE KIM

**Case No.:** 19-cv-02724-SK     **Case Name:** Norbert, et al. v. City and County of San Francisco

**Attorney for Plaintiff:** Yolando Huang and Richard Brody
**Attorney for Defendant:** Kaitlyn Murphy and Sabrina Berdux

**Deputy Clerk:** Melinda K. Lock     **Court Reporter:** Belle Ball

## PROCEEDINGS

Pretrial Conference - held.

## SUMMARY

The Court has set aside eight days for the bench trial (August 8-11 and 15-18). The trial hours will be 8:00 AM to 2:30 PM. Each side will get 20 hours to present their case. There will be no opening and closing arguments.

Given that the representative plaintiffs are in custody, the trial will be held in Courtroom 4 on the 17th Floor for security reasons. Plaintiffs' counsel will need to submit a proposed writ of habeas corpus for each plaintiff and witness currently in custody whose presence is required during the trial.

Judge Beeler is willing to hold a further settlement conference with the parties. The Court orders the parties to attend a further settlement conference with Judge Beeler in person with the representative plaintiffs and a representative from the City and County of San Francisco with settlement authority present.

By 7/14/2023, Plaintiffs are directed to submit re-designations to Defendant's deposition designations and address whether the designations are for the rule of completeness or another purpose.

The Court would be willing to address the conditions of the jail as of August 2022 and the current conditions, only if the parties agree. Parties to meet and confer and notify the Court in writing by 7/14/2023.

Discussion held regarding motions *in limine* and other pretrial issues. The Court will issue a written order on the motions *in limine*.

One week after the Court's ruling on the motions *in limine*, each side is directed to select their top 100 exhibits to be used at trial and file an updated exhibit list.