**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br><br><br><br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ~~PROPOSED~~ ORDER |

The Plaintiffs, by and through their attorneys, YOLANDA HUANG move this Court for an order directing the issuance of a Writ of Habeas Corpus Ad Testificandum to secure the attendance of the following persons, to appear on July 11, 2023 at 10 am, in Courtroom B, 15th Floor, Federal District Courthouse, 450 Golden Gate Avenue, San Francisco, California for Court Ordered mediation of the following individuals:

1. MONTRAIL BRACKENS
   San Francisco County Jail 3
   1 Moreland Drive
   San Bruno, California

2. JOSE POOT
   San Francisco County Jail 3
   1 Moreland Drive
   San Bruno, California

3. Troy McAlister
   San Francisco County Jail 3
   1 Moreland Drive
   San Bruno, California

In order to secure the presence of the named plaintiffs listed above, it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued commanding the warden or commander to produce Montrail Brackens, Jose Poot and Troy McAlister, at the place and date requested for the purpose of participating in court ordered mediation in Norbert v. SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT.

On Jun3 30, 2023, the parties participated in a pretrial conference in this matter. Hon Sallie Kim ordered the parties to participate, in person, in a settlement conference in this matter for July 11, 2023, to commence in Courtroom C at 10 a.m. with Magistrate Judge Laurel Beeler. The Court has ordered that the parties also appear and participate. The three inmates named herein are named

1 | plaintiffs and the class representatives of the Norbert v. SAN FRANCISCO COUNTY SHERIFF'S
2 | DEPARTMENT litigation.
3 |     In support of this motion, it is requested the Court consider the following memorandum of
4 | law and attached declaration of counsel. The plaintiffs therefore requests an order directing the
5 | issuance of a Writ of Habeas Corpus Ad Testificandum out of and under the seal of this Court,
6 | directed to the warden or commander responsible for the custody of said witnesses and commanding
7 | them to produce said plaintiffs at the United States Courthouse, Courtroom B on ~~February 27, 2018,~~ July 11, 2023
8 | at 10:00 a.m., to be returned to the sheriff at the conclusion of the proceedings.

MEMORANDUM OF LAW

    A federal court may issue a Writ of Habeas Corpus Ad Testificandum to secure the attendance of an incarcerated witness. *Greene v. Prunty*, 938 F. Supp. 637, 638 (S.D. Cal. 1996) (citing 28 U.S.C. § 2241(c)(5) and 28 U.S.C. § 1651(a)). The writ serves as a substitute for an ordinary subpoena. Ordinary subpoenas may be requested by an indigent defendant ex parte. See Fed. R. Crim. Pro. 17(b). The purpose of permitting such ex parte requests is to avoid requiring an indigent defendant to disclose his theory of defense to the prosecution. See Notes of Advisory Committee on Rules, Federal Rule of Criminal Procedure 17(b) (1966 Amendment). The standards for issuance of subpoenas under Rule 17(b) govern the issuance of Writs of Habeas Corpus Ad Testificandum. See *United States v. Smith*, 924 F.2d 889, 896 (9th Cir. 1987).

    As for the showing necessary to require issuance of a writ, there must be "a satisfactory showing . . . that the presence of the witness is necessary to an adequate defense." *Smith*, 924 F.2d at 896 (quoting *United States v. Rinchack*, 820 F.2d 1557, 1567 (11th Cir. 1987)). The standard that the Ninth Circuit has adopted for necessity is as follows:

    If the accused avers facts which, if true, would be relevant to any issue in the case, the request for subpoenas must be granted, unless the averments are inherently incredible on their face, or unless the Government shows, either by introducing evidence or for matters already of record, that the averments are untrue or that the request is otherwise frivolous. *Smith*, 924 F.2d at 896 (quoting *United States v. Sims*, 637 F.2d 625, 627 (9th Cir. 1980)).

Therefore, Plaintiffs respectfully requests this Court issue a Writ of Habeas Corpus Ad Testificandum to secure the presence of:

Montrail Brackens, Jose Poot and Troy McAlister

for participation in the court ordered settlement conference in this matter.

Respectfully Submitted by:

Dated: July 5, 2023

LAW OFFICE OF YOLANDA HUANG

By:  /s/  Yolanda Huang
Yolanda Huang
ATTORNEY FOR PLAINTIFFS

(PROPOSED )
ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS

The COURT hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus Ad Testificandum be issued to secure the appearance of the following inmates:    Montrail Brackens; Jose Poot; and Troy McAlister;  who are confined at SAN FRANCISCO COUNTY JAIL 3, located at: 1 Moreland Drive, Dublin, CA 94066, in the custody of the San Francisco Sheriff's Department.

These inmates are necessary and material parties for the court ordered mediation in the above entitled matter. In order to secure these inmates attendance at these proceedings, a Writ of Habeas Corpus Ad Testificandum shall issue, commanding the Sheriff to produce these inmates before Magistrate Judge Laurel Beeler, United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom B (15th Floor), San Francisco, California, 94102, on Tuesday, July 11, 2023, no later than 10 a.m.

Dated:  July 5 , 2023

JUDGE OF THE DISTRICT COURT

_____
Laurel Beeler, U.S. Magistrate Judge