**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**UNOPPOSED EX PARTE APPLICATION FOR ORDER CONTINUING DUE DATES FOR JOINT SUBMISSIONS, DECLARATION OF RICHARD A. BRODY IN SUPPORT THEREOF**<br><br>Dept:  Courtroom C, 15th Floor<br>    Federal District Court<br>    450 Golden Gate Ave.<br>    San Francisco, CA<br><br>Hon. Sallie Kim, Presiding<br><br>Trial Date:  August 8, 2023 |

## I. INTRODUCTION AND RELIEF SOUGHT

Plaintiffs seek an Order from the Court continuing the due dates for the submission of the Plaintiffs' re-designations of deposition testimony and the date for the parties to notify the Court whether they are willing to address current conditions at the San Bruno Jail. Plaintiffs do not seek to change the date for the parties to submit their "Top 100" exhibits for trial. Plaintiffs seek an Order setting a new due date of Friday, July 21, 2023, for the submission of these pleadings.

Good cause exists for the granting of this unopposed Ex Parte Application in that the parties are currently engaged in good faith settlement negotiations before Judge Beeler which may make the submission of these pleadings unnecessary. This Ex Parte Application is supported by the facts set forth below and the attached Declaration of Richard A. Brody.

## II. GRANTING THIS EX PARTE APPLICATION IS IN THE INTERESTS OF JUDICIAL ECONOMY AND SUBSTANTIAL JUSTICE

The parties held an initial Mandatory Settlement Conference with Judge Beeler on Tuesday, January 11, 2023. Progress was made in narrowing issues. Judge Beeler requested that Defendants provide Plaintiffs with a draft settlement proposal by noon on Thursday, July 13, 2023. Plaintiffs have been requested to respond to that draft settlement proposal by noon on Friday, July 14, 2023. A further Mandatory Settlement Conference is set with Judge Beeler this coming Tuesday, July 18, 2023.

Pursuant to this Court's Orders at the Pretrial Conference in this matter, as reflected in the Court's Civil Minutes (ECF 384), on or before July 14, 2023, Plaintiffs are required to submit re-designations of Defendant's deposition designations and address whether the designations are for the rule of completeness or another purpose. In addition, on or before July 14, 2023, the Parties are to meet and confer and notify the Court in writing whether they are willing to address current conditions in the San Bruno Jail, as well as conditions at the jail as of August 2022.

The Court's Orders and Civil Minutes initially stated that "one week after the Court's ruling on the motions in limine each side is direct to select their top 100 exhibits to be used at trial and file an updated exhibit list." (ECF 384). The Court's Order Regarding Motions in Limine was filed on July 6, 2023, making these joint submissions also due on Friday, July 14, 2023. (ECF

**UNOPPOSED EX PARTE APPLICATION FOR ORDER CONTINUING DUE DATES FOR JOINT SUBMISSIONS, DECLARATION OF RICHARD A. BRODY IN SUPPORT THEREOF**
**-- Case No.: 3:19-cv-02724 SK**

387).  However, in that same Order, the Court extended the deadline for submitting the "Top 100" exhibit list and objections to those exhibits to two weeks following the issuance of the Order, i.e. Thursday, July 20, 2023.  Plaintiffs do not seek a continuance of this due date.

Plaintiffs request a one-week continuance of the due dates for the submission of the Plaintiffs' re-designations of deposition testimony and the date for the parties to notify the Court whether they are willing to address current conditions at the San Bruno Jail. , with a new due date of Friday, July 21, 2023.  Granting this extension should not prejudice the Court.  Trial is set for August 8, 2023.  The Court has set a Final Pretrial Conference for August 1, 2023. (ECF 391). Plaintiffs believe that granting this extension will provide the Court with sufficient time to review these additional materials prior to the Final Pretrial Conference.  Granting the extension will also allow counsel for all parties to focus their time and energy on activities aimed at the potential resolution of this case.

Plaintiffs' counsel has met and conferred with counsel for Defendants, who have stated that they do not oppose this Ex Parte Application. (See, attached Declaration of Richard A. Brody).

### III. CONCLUSION

For the reasons set forth herein and in the attached Declaration of Richard A. Brody, Plaintiffs respectfully request that the Court grant this Ex Parte Application and set a new due date of July 21, 2023, for the submission of the Plaintiffs' re-designations of deposition testimony and the date for the parties to notify the Court whether they are willing to address current conditions at the San Bruno Jail.

Respectfully Submitted by:

Dated: 7/14/2023

GREENFIRE LAW, PC

By:  */s/ Richard A. Brody*
Richard A. Brody
ATTORNEY FOR PLAINTIFFS