**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**(PROPOSED) ORDER GRANTING UNOPPOSED EX PARTE APPLICATION FOR ORDER CONTINUING DUE DATES FOR JOINT SUBMISSIONS**<br><br>Date:<br>Time:<br>Dept: Courtroom C, 15th Floor<br>Federal District Court<br>450 Golden Gate Ave.<br>San Francisco, CA<br><br>Hon. Sallie Kim, Presiding<br><br>Trial Date: August 8, 2023 |

    The Court, having reviewed Plaintiffs' Unopposed Ex Parte Application for Order Continuing Due Dates for Joint Submissions and Declaration of Richard A. Brody in Support Thereof, and Good Cause Appearing,

    IT IS HEREBY ORDERED that Plaintiffs' Unopposed Ex Parte Application for Order Continuing Due Dates for Joint Submissions is hereby granted.

    IT IS FURTHER ORDERED that the due dates for the submission of the Plaintiffs' re-designations of deposition testimony and the date for the parties to notify the Court whether they are willing to address current conditions at the San Bruno Jail are continued to a new due date of Friday, July 21, 2023, for the submission of these two pleadings.

    IT IS SO ORDERED.

Dated: July \_\_\_\_\_, 2023

                                                _____
                                                Hon. Sallie Kim
                                                Magistrate Judge

**(PROPOSED) ORDER GRANTING UNOPPOSED EX PARTE APPLICATION FOR ORDER CONTINUING DUE DATES FOR JOINT SUBMISSIONS**
**-- Case No.: 3:19-cv-02724 SK**