**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF RICHARD A. BRODY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLARIFICATION OF THIS COURT'S ORDER REGARDING DEFENDANTS' MOTION *IN LIMINE* NUMBER 1 (ECF 387)**<br><br>Dept:  Courtroom C, 15th Floor<br>       Federal District Court<br>       450 Golden Gate Ave.<br>       San Francisco, CA<br><br>Hon. Sallie Kim, Presiding<br><br>Trial Date:  August 8, 2023 |

- 1 -

DECLARATION OF RICHARD A. BRODY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLARIFICATION OF THIS COURT'S ORDER REGARDING DEFENDANTS' MOTION *IN LIMINE* NUMBER 1 (ECF 387)
-- 3:19-CV-02724 SK

I, Richard A. Brody, do declare and state:

1. I am an attorney at law duly licensed to practice before the United States District Court for the Northern District of California, the Ninth Circuit Court of Appeals, and the Courts of the State of California. I am Of Counsel at Greenfire Law PC, and am one of the attorneys for the Plaintiffs in this matter. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. On Friday, July 14, 2023, co-counsel Yolanda Huang emailed defense counsel requesting a clarification of their position that defendants are asserting that this Court, in its Order on the motions in limine has excluded the entirety of Dr. Jess Ghannam's testimony at trial. (ECF 387, p. 5). Attached as Exhibit A is a true and correct copy of this email.

3. Sabrina Berdux, co-counsel for defendants responded that defendants consider the Court's order as excluding the entirety of Dr. Ghannam's testimony, and that he will not be permitted to testify at trial. Attached as Exhibit B is a true and correct copy of Ms. Berdux's email.

4. Jess Ghannam, Ph.D. is a Clinical Professor of Psychiatry in the Department of Psychiatry and Behavioral Sciences at the University of California San Francisco. He is an expert in the fields of the impact of trauma, Post Traumatic Stress Disorder, brain injury, torture and solitary confinement. (ECF 273-4, Page 2 of 3:3-11). It is Dr. Ghannam's expert opinion that the conditions sustained by Plaintiffs in the past and at the time he prepared his expert report in this case dated September 2, 2022, constitute solitary confinement. It is Dr. Ghannam's further expert opinion that those conditions of confinement have caused and contributed to a worsening of Plaintiffs' overall mental health that could result in profound chronic, life-long disability and chronic psychiatric and neurocognitive impairments. (ECF 273-4, Page 2 of 3:17-25).

3. Dr. Ghannam was deposed on November 7, 2022, and January 20, 2023. Dr. Ghannam testified for the full 7 hour time allowed by Fed. R. Civ. P. 30(d)(1).

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 14th day of July 2023, at Sebastopol, California.

/s/ Richard A. Brody

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on July 14, 2023, from signatory for the filing of this document.

/s/ *Yolanda Huang*
Yolanda Huang, Esq.
ATTORNEY FOR PLAINTIFFS

# EXHIBIT A



Richard Brody <rbrody@greenfirelaw.com>

## Judge Kim's Rulings on MIL

**Yolanda Huang** <yhuang.law@gmail.com>     Fri, Jul 14, 2023 at 2:05 PM
To: "Murphy, Kaitlyn (CAT)" <Kaitlyn.Murphy@sfcityatty.org>, Sabrina Berdux <sabrina.m.berdux@sfcityatty.org>
Cc: Richard Brody <rbrody@greenfirelaw.com>, Rachel Doughty <rdoughty@greenfirelaw.com>

Ms. Murphy &Berdux,
Plaintiffs are contemplating a motion for clarification on Judge Kim's rulings on MILs.  Regarding Dr. Ghannam, Judge Kim's order states:   (ECF 387, p. 5)
**4. Jess Ghannam**
Defendant's motion is GRANTED. Ghannam states that he formed opinions independently of the inadmissible survey results but refuses to disclose the basis of his opinions for "privacy reasons" and patient confidentiality. Thus, Defendant was not able to examine him fully, and Plaintiffs cannot offer these opinions at trial.

Plaintiffs interprets that this pertains solely to the issue of whether inmates prior to covid were locked down 23 hours per day in ad seg.

Your confidential settlement communication date July 7, 2023 asserts that Judge Kim excluded all of Dr. Ghannam's testimony (2nd to last paragraph).  Please confirm that, this is your interpretation of Judge Kim's order.  If I am misreading your July 7, 2023 letter, please advise, so we don't unduly place demands on Judge Kim's time.

Yours truly,
--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 •  Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B



**Richard Brody <rbrody@greenfirelaw.com>**

## Judge Kim's Rulings on MIL

**Berdux, Sabrina (CAT)** <Sabrina.M.Berdux@sfcityatty.org>     Fri, Jul 14, 2023 at 3:11 PM
To: Yolanda Huang <yhuang.law@gmail.com>, "Murphy, Kaitlyn (CAT)" <Kaitlyn.Murphy@sfcityatty.org>
Cc: Richard Brody <rbrody@greenfirelaw.com>, Rachel Doughty <rdoughty@greenfirelaw.com>

Ms. Huang,

Thank you for your email. Defendants motion sought to exclude Dr. Ghannam's testimony in its entirety. The Court granted Defendants' motion in its entirety. Dr. Ghannam is not permitted to testify at trial.

Additionally, per the Court's minute order (ECF 384) to meet and confer regarding "current conditions," I write to ask whether you agree to allow the Court to consider both the conditions as of August 2022 and the current conditions regarding out of cell time and direct sunlight. Please confirm your position.

Thank you,

**Sabrina M. Berdux** *(she/hers)*

Deputy City Attorney

Office of City Attorney David Chiu

(415) 554-3929 Direct

www.sfcityattorney.org

---

**From:** Yolanda Huang <yhuang.law@gmail.com>
**Sent:** Friday, July 14, 2023 2:06 PM
**To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Berdux, Sabrina (CAT) <Sabrina.M.Berdux@sfcityatty.org>
**Cc:** Richard Brody <rbrody@greenfirelaw.com>; Rachel Doughty <rdoughty@greenfirelaw.com>
**Subject:** Judge Kim's Rulings on MIL

Ms. Murphy &Berdux,

Plaintiffs are contemplating a motion for clarification on Judge Kim's rulings on MILs. Regarding Dr. Ghannam, Judge Kim's order states: (ECF 387, p. 5)

**4. Jess Ghannam**
Defendant's motion is GRANTED. Ghannam states that he formed opinions independently of the inadmissible survey results but refuses to disclose the basis of his opinions for "privacy reasons" and patient confidentiality. Thus, Defendant was not able to examine him fully, and Plaintiffs cannot offer these opinions at trial.

Plaintiffs interprets that this pertains solely to the issue of whether inmates prior to covid were locked down 23 hours per day in ad seg.

Your confidential settlement communication date July 7, 2023 asserts that Judge Kim excluded all of Dr. Ghannam's testimony (2nd to last paragraph).  Please confirm that, this is your interpretation of Judge Kim's order.  If I am misreading your July 7, 2023 letter, please advise, so we don't unduly place demands on Judge Kim's time.

Yours truly,

--

Yolanda Huang, Esq.

PO Box 5475 • Berkeley • CA • 94705 •   Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.



image001.png
32K