**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**[Proposed] ORDER ON MOTION FOR CLARIFICATION**<br><br>Hon. Sallie Kim, presiding<br><br>Trial Date:  May 7, 2023 |

- 2 -

Having reviewed Plaintiffs' Motion for Clarification of this Court's Order on Motions *In Limine* (ECF 387), and Good Cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' expert witness Dr. Jess Ghannam is barred from offering only those opinions based solely upon the surveys of 20 inmates at the San Bruno Jail and his refusal to identify those patients who provided information on the hours of confinement in administrative segregation only.  Dr. Ghannam is not entirely barred from testifying at trial as to other matters and other opinions.

Dated:      July __, 2023

                                                                      _____
                                                                      Hon. Sallie Kim
                                                                      Magistrate Judge