UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No.  19-cv-02724-SK<br><br>**ORDER REGARDING REQUEST FOR CLARIFICATION**<br><br>Regarding Docket No. 394 |

　　　　On July 14, 2023, Plaintiffs filed a motion for clarification regarding the Court's Order on Defendant's motion *in limine* 1.  (Dkt. Nos 394, 387.)  Specifically, Plaintiffs requested clarification as to whether the Court's order barred expert witness Jess Ghannam from testifying at trial entirely or solely on one question.  The Court hereby clarifies that Ghannam is entirely barred from testifying at trial.  Ghannam's opinions relied on improperly gathered and inadmissible surveys and on independent data that Ghannam did not disclose to Defendant.  (See Dkt. No. 349.)

　　　　The Court notes that Plaintiffs appear to have filed a motion for reconsideration couched as a request for clarification and admonishes Plaintiffs that they may not file motions for reconsideration without first filing a motion for leave to do so.  After Plaintiffs' one page description of the issue they wished to clarify, Plaintiffs spend five pages arguing why Ghannam should be allowed to testify at trial.  (Dkt. No. 394 at 3-7.)  If Plaintiffs wish to file a motion for reconsideration and have the Court relitigate issues that have already been decided, they must file a motion for leave to file a motion for reconsideration.  See Civ. L.R. 7-9.

　　　　**IT IS SO ORDERED**.

Dated: July 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge