DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
Telephone:     (415) 554-6762 [Murphy]
Facsimile:     (415) 554-3837
E-Mail:     sabrina.m.berdux@sfcityatty.org
E-Mail:     kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS, | Case No. 19-cv-02724-SK (LB) |
|---|---|
| Plaintiffs, | **DEFENDANTS NUMERICAL LIST OF 100 EXHIBITS THAT WILL BE OFFERED AS EVIDENCE IN ITS CASE IN CHIEF (ECF NO. 387)** |
| vs. | |
| SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50, | Trial Date:          August 8, 2023 |
| Defendants. | |

Pursuant to the Court's Case Management, Scheduling, and Pretrial Order (ECF No. 59),

section IV.D.4, and the Court's July 6, 2023 Order on Motions in Limine (ECF No. 387), Defendants

submit this numerical list of no more than 100 exhibits that will be offered as evidence in its case in

chief in support of a claim or defense, with a brief statement describing the substance and purpose of

each exhibit and the name of the sponsoring witness. For the disputed exhibits, Defendants also submit

a chart, which tracks, the exhibit number, a brief description of the basis for the objection, and the

response thereto, with space for the Court's ruling.

**I. Numerical List of Exhibits Defendants Will Offer As Evidence in Its Case in Chief, With a Brief Statement Describing the Substance and Purpose of Each Exhibit and the Name of the Sponsoring Witness**

| Ex. | Filename | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 1001 | Library and Video Records | 1. Combined Law Library CJ4 2019 to Present | Plaintiff, Captain Tilton, Captain McConnell, Captain Quanico, Alissa Riker, James Comez |
| 1002 | Library and Video Records | 1. Combined Law library CJ5 2019 to Present | Plaintiff, Captain Tilton, Captain McConnell, Captain Quanico, Alissa Riker, James Comez |
| 1004 | Library and Video Records | 2019 - 491966 - McAlister Troy | Plaintiff, Captain Tilton, Captain McConnell, Captain Quanico, Alissa Riker, James Comez |
| 1007 | Library and Video Records | 2020 - 402287 - Harris Marshall | Plaintiff, Captain Tilton, Captain McConnell, Captain Quanico, Alissa Riker, James Comez |
| 1009 | Library and Video Records | 2020 - 491966 - McAlister Troy | Plaintiff, Captain Tilton, Captain McConnell, Captain Quanico, Alissa Riker, James Comez |
| 1012 | Library and Video Records | 2020 - 661765 - Brackens Montrail | Plaintiff, Captain Tilton, Captain McConnell, Captain Quanico, Alissa Riker, James Comez |
| 1014 | Library and Video Records | 2021 - 491966 - McAlister Troy | Plaintiff, Captain Tilton, Captain McConnell, Captain Quanico, Alissa Riker, James Comez |
| 1016 | Library and Video Records | 2021 - 642643 - Norbert Kenyon | Plaintiff, Captain Tilton, Captain McConnell, Captain Quanico, Alissa Riker, James Comez |

| Ex. | Filename | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 1018 | Library and Video Records | 2022 - 491966 - McAlister Troy | Plaintiff, Captain Tilton, Captain McConnell, Captain Quanico, Alissa Riker, James Comez |
| 1020 | Library and Video Records | 2022 - 661765 - Brackens Montrail | Plaintiff, Captain Tilton, Captain McConnell, Captain Quanico, Alissa Riker, James Comez |
| 1021 | 1196_001 - Multi-Flo Air Filter.pdf | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1022 | 1197_001 - Multi-Pleat Panel Filter.pdf | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1023 | AHU 1 & 2.jpg | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1024 | AHU 1&2.jpg | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1025 | AHU 3 & 4.jpg | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1026 | AHU 3&4.jpg | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1027 | AHU 5 & 6.jpg | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1028 | AHU 5&6.jpg | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1029 | AHU 7 & 8.jpg | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1030 | AHU 7&8.jpg | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1031 | Cell Return Duct.jpg | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1032 | Cell Supply.jpg | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |

| Ex. | Filename | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 1033 | CJ3 Housing Air Handler Unit BMS layout.pdf | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1034 | CJ3 Housing Unit Fan Coils.pdf | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1035 | CJ3 Housing Unit POD Exhaust Fans.pdf | Air Flow RFP4, relevant re: fresh air access | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1063 | 25321352-01.pdf | BSCC\BSCC | Sheriff Miyamoto, Sheriff Vicki Hennessey, Sheriff Michael Hennessey, Undersherrif Matthew Freeman, Undersheriff Kathy Johnson, Steve Wicklander, Facilit Commanders Stephen Tilton, James Quanico |
| 1070 | Report of Jay Rosenthal | Charts, visuals, diagrams in report regarding weather patterns at CJ3 | Jay Rosenthal |
| 1071 | CJ5 Housing Units CCSF-NORBERT 006767.pdf | CJ5 Diagram - AEO | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1072 | CJ 5 Manual REDACTED CCSF-NORBERT 006769-006963.pdf | CJ5 Manual Redacted - AEO, relevant re: jail operations, conditions, security | Captain Stephen Tilton, Captian Kevin McConnell, Sheriff Paul Miyamoto, Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1073 | Custody Division Policy and Procedures Appendix 5 | COD Appendix 5 | Captain Stephen Tilton, Captian Kevin McConnell, Sheriff Paul Miyamoto, Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1079 | CCSF-NORBERT_009071-CCSF-NORBERT_009110.pdf | DOCUMENT PRODUCTIONS | Captain Stephen Tilton, Captain Kevin McConnell, SFSO Jeffrey Miller, SFSO Lena Cosme |
| 1080 | Facility Operations Changes-Final Revison 6.24.19.xlsx | Documents re Conditions of Sleep, relevant re: claimed harm from conditions of confiment | Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico |
| 1088 | 2019 CJ5 Grievance Log DID.xlsx | Grievances | Captain Stephen Tilton, Captain Kevin McConnell |

| Ex. | Filename | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 1109 | CODM 7.15 Inmate Orientation Policies.pdf | Inmate Orientation | Sheriff Paul Miyamoto, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1110 | CODM 7.19 Inmate Grievances.pdf | Inmate Orientation | Sheriff Paul Miyamoto, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1111 | Inmate Orientation Handbook 2018.pdf | Inmate Orientation | Sheriff Paul Miyamoto, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1131 | County Jail 3 Inmate Video Visiting Stats.pdf | Inmate Visits | Captain Stephen Tilton, Captain John Ramirez, Captain Kevin McConnell |
| 1132 | JHS Nursing Standardized Procedures.zip?Headache 01.19.18.docx | JHS Policies | Lisa Pratt, MD; Tanya Mera, LCSW |
| 1133 | 311 provision of essential mental health services.doc | JHS Policies\JHS Policies 300 Series.1 | Lisa Pratt, MD; Tanya Mera, LCSW |
| 1134 | CJ5 Gym.jpg | Judicial Questions | Captain John Ramirez |
| 1135 | 00326 0000-01-00.pdf | Kitchen Logs & Count, Mail Return, Fire Safety & Pro Per Logs | Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Lt. Linda Bui, Lt. James Gomez |
| 1136 | 1. Combined Law library CJ5 2019 to Present.pdf | Library and Video Records | Sheriff Paul Miyamoto, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |

| Ex. | Filename | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 1137 | Lock Down 2020-2021.xlsx | Lockdown | Captain Stephen Tilton, Captain John Ramirez, Captain Kevin McConnell, Undersheriff Mathew Freeman, Undersheriff Kathy Johnson |
| 1138 | 05415 2021-12-15.pdf | Log & Inter Office Correspondence | Captain Stephen Tilton |
| 1139 | 05416 2021-12-15.pdf | Log & Inter Office Correspondence | Captain Stephen Tilton, Captain James Quanico, Captain Kevin McConnell |
| 1152 | CCSF-NORBERT 000040-000051 Phone Changes.pdf | Phone changes | Captain Stephen Tilton, Captian Kevin McConnell, Sheriff Paul Miyamoto, Undersheriff Matthew Freeman, Undersheriff Kathy Johnson |
| 1153 | SFSD PIN Usage 04.18.21_05.02.21_CJ3.xlsx | Phone Usage | Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico |
| 1154 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1156 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1158 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1159 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1160 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1161 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1162 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1164 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |

| Ex. | Filename | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 1165 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1167 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1168 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1171 | Photograph of CJ5 | Photograph of CJ5, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1172 | Photogrpah of CJ5 | Photogrpah of CJ5, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1173 | Plaintiff Montrail Brackens, Troy McAllister and Jose Poot's Responses to Defendants' Requests for Admissions, Set One | Plaintiff Montrail Brackens, Troy McAllister and Jose Poot's Responses to Defendants' Requests for Admissions, Set One | Plaintiffs |
| 1174 | Plaintiffs Responses to Defendants Request for Production of Documents, Set Two; served July 24, 2022 | Plaintiffs Responses to Defendants Request for Production of Documents, Set Two; served July 24, 2022 | Plaintiffs |
| 1175 | Plaintiffs Responses to Defendants Rqeuest for Production of Documents, Set One; served on February 16, 2020 | Plaintiffs Responses to Defendants Rqeuest for Production of Documents, Set One; served on February 16, 2020 | Plaintiffs |
| 1176 | Plaintiffs Responses to Defendants Special Interrogatories, Set Two; served on July 24, 2022 | Plaintiffs Responses to Defendants Special Interrogatories, Set Two; served on July 24, 2022 | Plaintiffs |

| Ex. | Filename | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 1177 | Plaintiffs Responses to Defendatns Special Interrogatories, Set One, erroneously titled Responses to Request for Production; Served on February 15, 2020 | Plaintiffs Responses to Defendatns Special Interrogatories, Set One, erroneously titled Responses to Request for Production; Served on February 15, 2020 | Plaintiffs |
| 1178 | Plaintiffs Responses to Special Interrogatories, Set One, in the Poot v. CCSF case; served on January 17, 2020 | Plaintiffs Responses to Special Interrogatories, Set One, in the Poot v. CCSF case; served on January 17, 2020 | Plaintiffs |
| 1180 | CODM 4.04 Jail Security Rounds.pdf | Priority Muster Training | Captain Stephen Tilton, Captian Kevin McConnell, Sheriff Paul Miyamoto, Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1181 | ATI CGJ FV1 - Statistics on Programs and Pretrial.pptx | Program Schedules, relevant re: out of cell time, recreation | Alissa Riker, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico |
| 1182 | COVER Schedule Rev. 7-17-19.pdf | Program Schedules, relevant re: out of cell time, recreation | Alissa Riker, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico |
| 1183 | Current PSLU Schedule 3B Pod CYM.docx | Program Schedules, relevant re: out of cell time, recreation | Alissa Riker, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico |
| 1184 | Re-Entry Pod Schedule Aug to Nov 19 JH revised 8.12.19.pdf | Program Schedules, relevant re: out of cell time, recreation | Alissa Riker, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico |
| 1185 | RSVP Schedule 9 6 19.docx | Program Schedules, relevant re: out of cell time, recreation | Alissa Riker, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico |
| 1187 | 5A - Schedule Semester 4.docx | Program Schedules, relevant re: out of cell time, recreation | Alissa Riker, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico |

| Ex. | Filename | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 1188 | 5B - Schedule Semester 4.docx | Program Schedules, relevant re: out of cell time, recreation | Alissa Riker, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico |
| 1189 | CJ3 formerly CJ5 In-Custody Programs updated 1-3-2020.pdf | Programming | Alissa Riker, Sheriff Paul Miyamoto, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1190 | CJ 5 Operations Manual Appendices combined_Redacted.pdf | Redacted Op Appendices | Sheriff Paul Miyamoto, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1191 | CJ3 Operations Manual - Revised December 2020 | Redacted Op Appendices | Sheriff Paul Miyamoto, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1192 | 06152 2021-01-01.pdf | Round Sheets, relevant re: general jail operations and needs/duties/security issues | Captain Stephen Tilton, Captain James Quanico, Captain Kevin McConnell, Lt. James Gomez, Lt. Alissa Riker |
| 1194 | Red Book notes | Sample of montly Red Book notes, February 2021 | Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson, Joseph Greene, Jeffrey Miller, Lena Cosme |

| Ex. | Filename | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 1195 | Overtime Payroll Report & OT Sheets | Sample Overtime Payroll Report & OT Sheet | Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson, Joseph Greene, Jeffrey Miller, Lena Cosme |
| 1196 | Classification Operations Manual.pdf | SFSD Policies and Manuals - UNREDACTED Appendix 5 - Classification Op Manual | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1198 | Policy and Procedures Manual - Part 1.pdf | SFSD Policies and Manuals from SFSD Website | Sheriff Paul Miyamoto, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1199 | Policy and Procedures Manual - Part 2.pdf | SFSD Policies and Manuals from SFSD Website | Sheriff Paul Miyamoto, Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1200 | CCSF-NORBERT_008735 | Statistical data re: inmate population in April 2020 | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1202 | McAlister - SFSD | Subpoena Updates | Captain Stephen Tilton, Captian Kevin McConnell, Sheriff Paul Miyamoto, Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1221 | Brackens 12683128.xls | Updated Housing, relevent re: out of cell time, classification, recreation time, security concerns and issues | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1224 | Kenyon 14672255.xls | Updated Housing, relevent re: out of cell time, classification, recreation time, security concerns and issues | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1226 | Mcallister 15671973.xls | Updated Housing, relevent re: out of cell time, classification, recreation time, security concerns and issues | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1227 | Poot 16668927.xls | Updated Housing, relevent re: out of cell time, classification, recreation time, security concerns and issues | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |

| Ex. | Filename | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|
| 1228 | Brackens  AD-SEG_No Redactions Necessary.pdf | Updated Inmate Packets - July 2021 relevant re: classification, out of cell time, jail operations, conditions, security | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1230 | Brackens- Housing History_No Redactions Necessary.pdf | Updated Inmate Packets - July 2021 relevant re: classification, out of cell time, jail operations, conditions, security | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1240 | McAlister- Housing History | Updated Inmate Packets - July 2021 relevant re: classification, out of cell time, jail operations, conditions, security | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1241 | Norbert  AD-SEG Histry | Updated Inmate Packets - July 2021 relevant re: classification, out of cell time, jail operations, conditions, security | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1242 | Norbert - Housing History | Updated Inmate Packets - July 2021 relevant re: classification, out of cell time, jail operations, conditions, security | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1246 | Poot AD SEG | Updated Inmate Packets - July 2021 relevant re: classification, out of cell time, jail operations, conditions, security | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1247 | Poot- Housing History | Updated Inmate Packets - July 2021 relevant re: classification, out of cell time, jail operations, conditions, security | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1266 | 08307 2021-11-01.pdf | Van List, relevant re: general jail operations and needs/duties/security issues | Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Lt. Linda Bui |
| 1267 | Staffing Reduction and Walk Group Directive.docx | Walk Groups | Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Lt. Linda Bui, Lt. Lucas Gennings, Lt. James Gomez |
| 1268 | 09182 2021-08-24.pdf | Walk-Shower-Phone Logs | Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Lt. Linda Bui |
| 1269 | 09197 2021-01-01.pdf | Walk-Shower-Phone Logs | Captain Stephen Tilton, Captain Kevin McConnell, Captain James Quanico, Lt. Linda Bui |

## II.  Defendants' Chart of Disputed Exhibits, Stating Basis of the Objection, and Response Thereto

The only exhibits remaining to which Plaintiffs raised no objection are: 1071, 1072, 1109, 1110, 1111, 1133, 1134, 1139, 1156, 1158, 1161, 1165, 1168, 1172, 1172, 1180, 1189, 1190, 1191, 1198, 1202, 1230, 1240, 1242, and 1247. Below is a chart of Plaintiffs' objections to Defendants' narrowed exhibit list and Defendants' resposnes, with space for the Court's ruling:

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| 1001 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1002 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1004 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1007 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1009 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1012 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1014 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| 1016 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1018 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1020 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1021 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1022 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1023 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1024 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1025 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | Authentication (Fed. R. Evid. 901) | truth of the matter asserted; foundation to be laid at trial | |
| 1026 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1027 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1028 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1029 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1030 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1031 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1032 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
| 1033 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1034 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1035 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1063 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1070 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted | |
| 1071 | | | |
| 1072 | | | |
| 1073 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted | |
| 1079 | Irrelevant (Fed. R. Evid. 401), More prejudicial than probative (Fed. R. Evid. 403) | Relevant based on Plaintiffs' claims; low risk of prejudice given bench trial | |
| 1080 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), "This record has been produced in a native format" is vague and ambiguous | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; identified by bates number | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| 1088 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), "This record has been produced in a native format" is vague and ambiguous | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; identified by bates number | |
| 1109 | | | |
| 1110 | | | |
| 1111 | | | |
| 1131 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1132 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1133 | | | |
| 1134 | | | |
| 1135 | Irrelevant (Fed. R. Evid. 401), More prejudicial than probative (Fed. R. Evid. 403), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; risk of undue prejudice low because bench trial; business record; public record; some portions may not be offered for the truth; authenticity to be established at trial | |
| 1136 | Irrelevant (Fed. R. Evid. 401), More prejudicial than probative (Fed. R. Evid. 403), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; risk of undue prejudice low because bench trial; business record; public record; some portions may not be offered for the truth; authenticity to be established at trial | |
| 1137 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), "This record has been produced in a native format" is vague and ambiguous | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; identified by bates number | |
| 1138 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1139 | | | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| 1152 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1153 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Relevant based on Plaintiffs' claims; document identified by bates number | |
| 1154 | Depicts individuals in violation of agreements/court orders that individuals not be depicted in Jail photos, violative of the privacy rights of individuals in the photograph | Any privacy/security concerns can be addressed by the Protective Order. | |
| 1156 | | | |
| 1158 | | | |
| 1159 | Cumulative, does not accurately depict conditions at CJ#3 | Relevant based on Plaintiffs' claims; objection is proper subject for cross-examination, not exclusion | |
| 1160 | Cumulative, does not accurately depict conditions at CJ#3 | Relevant based on Plaintiffs' claims; objection is proper subject for cross-examination, not exclusion | |
| 1161 | | | |
| 1162 | Cumulative, does not accurately depict conditions at CJ#3 | Relevant based on Plaintiffs' claims; objection is proper subject for cross-examination, not exclusion | |
| 1164 | Depicts individuals in violation of agreements/court orders that individuals not be depicted in Jail photos, violative of the privacy rights of individuals in the photograph | Any privacy/security concerns can be addressed by the Protective Order. | |
| 1165 | | | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|------------------------|----------------|
| 1167 | Cumulative, does not accurately depict conditions at CJ#3 | Relevant based on Plaintiffs' claims; objection is proper subject for cross-examination, not exclusion | |
| 1168 | | | |
| 1171 | | | |
| 1172 | | | |
| 1173 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1174 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1175 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1176 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1177 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1178 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1180 | | | |
| 1181 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1182 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1183 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1184 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1185 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| 1187 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1188 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1189 | | | |
| 1190 | | | |
| 1191 | | | |
| 1192 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1194 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1195 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1196 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1198 | | | |
| 1199 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1200 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been | Relevant based on Plaintiffs' claims; document identified by bates number | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|-----------------------|----------------|
|  | produced in a native format" |  |  |
| 1202 |  |  |  |
| 1221 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Relevant based on Plaintiffs' claims; document identified by bates number |  |
| 1224 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Relevant based on Plaintiffs' claims; document identified by bates number |  |
| 1226 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Relevant based on Plaintiffs' claims; document identified by bates number |  |
| 1227 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Relevant based on Plaintiffs' claims; document identified by bates number |  |
| 1228 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial |  |
| 1230 |  |  |  |
| 1240 |  |  |  |
| 1241 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial |  |
| 1242 |  |  |  |
| 1246 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the |  |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | Authentication (Fed. R. Evid. 901) | truth of the matter asserted; foundation to be laid at trial | |
| 1247 | | | |
| 1266 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1267 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1268 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1269 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |

Dated:  July 20, 2023

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
SABRINA M. BERDUX
KAITLYN MURPHY
Deputy City Attorneys

By: */s/ Sabrina M. Berdux*
SABRINA M. BERDUX

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
SHERIFF PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY