**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**PLAINTIFFS' 100 EXHIBITS FOR TRIAL**<br><br>Trial Date: August 8, 2023 |

Pursuant to the Court's Case Management, Scheduling, and Pretrial Order (ECF No. 59), section IV.D.4, and the Court's Civil Minutes (ECF No. 384), Plaintiffs submit their Top 100 exhibits to be used at trial. The parties have previously submitted a joint numerical list of exhibits that will be offered as evidence in a party's case in chief in support of a claim or defense, with a brief statement describing the substance and purpose of each exhibit and the name of the sponsoring witness. For the disputed exhibits, the parties have also previously submitted a joint chart, which tracks, the exhibit number, a brief description of the basis for the objection, and the response thereto, with space for the Court's ruling. (ECF No. 361).

| Evidence # | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|
| P 0001 | Czeisler Expert Report | Czeisler |
| P 0002 | Czeisler Suppl. Expert Report | Czeisler |
| P 0003 | Zeitzer Light Readings and C.V. | Czeisler/Zeitzer |
| P 0005 | Surveys of Class Members | Julianna de Miceli |
| P 0006 | Medical Records-Brackens, McAllister, Poot | Documents subpoenaed by Defendants, anticipate stipulation to foundation |
| P 0007 | Complaint, Kupers Declaration, Zeitzer Decl., Zeitzer Report, Zeitzer Testimony, Photos Taken Measuring Light Levels at Jail | Czeisler (as basis for opinion), Zeitzer, Judicial Notice of Official Court Records |
| P 0008 | Light Measurements, Defense Expert Report, Discovery Response and Depo Excerpts | Zeitzer |
| P 0009 | Jail Medical Records for Brackens, Brown, Carlos, Harris, McAlister, Norbert and Poot | Documents subpoenaed by Defendants, anticipate stipulation to foundation |
| P 0014 | Ghannam Expert Report attached as Exh. B to Ghannam deposition | Ghannam |
| P 0016 | Zeitzer Jail Light Readings attached as Exhibit D to Zeitzer Depo Transcript | Zeitzer |
| P 0017 | Decl. of Zeitzer ISO Motion for Preliminary Injunction | Zeitzer |
| P 0018 | 39 Photos of Light Measurements (indoor) and Equipment at CJ#5 | Zeitzer |
| P 0019 | 14 Photos of Outdoor Areas and Outdoor Light Measurements at CJ5 | Zeitzer |
| P 0027 | 7 Photos of the Gym and Grated Windows at CJ5 | Zeitzer |
| P 0028 | 16 Photos of Common Areas/Day Room at CJ#5 | Zeitzer |

| | | |
|---|---|---|
| P 0029 | 111 Photos of Light Measurements at CJ#5 taken on August 22, 2022, by Brooke Anderson | Zeitzer |
| P 0030 | 4 Photos of Cells at CJ#5 | Zeitzer |
| P 0032 | Light Readings-Excel Spreadsheet | Zeitzer |
| P 0033 | Light Readings-Excel Spreadsheet | Zeitzer |
| P 0034 | Light Readings-Numbers Spreadsheet | Zeitzer |
| P 0035 | Light Readings-Numbers Spreadsheet | Zeitzer |
| P 0036 | Handwritten notes on Stanford Center on Longevity notepad | Zeitzer |
| P 0037 | Handwritten notes on Stanford Center on Longevity notepad | Zeitzer |
| P 0038 | Light Readings Report of Measurements done July 18, 2022 | Zeitzer |
| P 0039 | Light Readings Report of Measurements done on August 22, 2022 | Zeitzer |
| P 0040 | Photo of Radiometer Photometer | Zeitzer |
| P 0058 | Mirkami File Documents BATES stamped | Mirkarimi |
| P 0059 | Office of the San Francisco Controller's Office re: Staffing Concerns | Mirkarimi |
| P 0060 | E-Mails to and from San Francisco Controller's Office re: Staffing and Deficit Concerns | Mirkarimi |
| P 0061 | November 20, 2020, letter from Sheriff Paul Miyamoto to Supervisor Sandra Fewer re: projected budget deficit | Miyamoto |
| P 0062 | SF Deputy Sheriff's Association v. CCSF, Sheriff's Department-Arbitrator's Opinion and Award, dated January 8, 2017 | Judicial Notice |
| P 0063 | Letter dated December 26, 2019, from Ken Lomba to Sheriff Hennessey and Sheriff Elect Miyamoto (part of Mirkarimi reliance materials) | Lomba |
| P 0064 | Letter dated January 13, 2022, from Ken Lomba to Sheriff Miyamoto (part of Mirkarimi reliance materials) | Lomba |
| P 0065 | Title 24 Minimum Standards for Detention Facilities 2018 | Official Govt Document |
| P 0066 | Title 15 Minimum Standards for Local Detention Facilities-Effective April 1, 2017 | Official Govt Document |
| P 0067 | Sheriff's Dept, Custody Division Policy and Procedure Jail Security Rounds | Mirkarimi |
| P 0068 | Letter and Attachments to Paul Miyamoto, from counsel for SF Deputy Sheriffs' Ass'n dated August 8, 2022 re: Crow's Nest Staffing Pilot Project | Lomba |

| | | |
|---|---|---|
| P 0069 | Letter to Carol Isen (HR) from counsel for SF Deputy Sheriffs' Ass'n dated May 5, 2021, and exhibits | Lomba |
| P 0070 | Letter to Ardis Graham, Employee Relations Director, from counsel for SF Deputy Sheriffs' Ass'n, dated April 26, 2022 | Lomba |
| P 0071 | Letter to Sheriff Paul Miyamoto from counsel for SF Deputy Sheriffs' Ass'n dated April 7, 2022, and attachments | Lomba |
| P 0072 | Unfair Labor Practice Charge filed by SF Deputy Sheriffs' Ass'n before the Public Employment Relations Board, dated August 9, 2022 | Lomba |
| P 0074 | Emails rec'd by Lomba confirming Deputy drafts | Lomba |
| P 0075 | Global Staffing Reports from SFSD rec'd by Lomba, January 10, 2023 | Lomba |
| P 0177 | Staff Report | Lomba |
| P 0178 | Staff Report | Lomba |
| P 0179 | Staff Report | Lomba |
| P 0180 | Staff Report | Lomba |
| P 0181 | Staff Report | Lomba |
| P 0182 | Staff Report | Lomba |
| P 0183 | Staff Report | Lomba |
| P 0184 | Staff Report | Lomba |
| P 0185 | Staff Report | Lomba |
| P 0186 | Staff Report | Lomba |
| P 0187 | Staff Report | Lomba |
| P 0188 | Staff Report | Lomba |
| P 0189 | Staff Report | Lomba |
| P 0190 | Staff Report | Lomba |
| P 0191 | Staff Report | Lomba |
| P 0192 | Staff Report | Lomba |
| P 0193 | Staff Report | Lomba |
| P 0194 | Staff Report | Lomba |
| P 0195 | Staff Report | Lomba |
| P 0196 | Staff Report | Lomba |
| P 0197 | Staff Report | Lomba |
| P 0198 | Staff Report | Lomba |
| P 0199 | Staff Report | Lomba |
| P 0200 | Staff Report | Lomba |

| | | |
|---|---|---|
| P 0201 | Staff Report | Lomba |
| P 0202 | Staff Report | Lomba |
| P 0203 | Staff Report | Lomba |
| P 0204 | Staff Report | Lomba |
| P 0205 | Staff Report | Lomba |
| P 0206 | Staff Report | Lomba |
| P 0207 | Staff Report | Lomba |
| P 0208 | Staff Report | Lomba |
| P 0209 | Staff Report | Lomba |
| P 0210 | Staff Report | Lomba |
| P 0211 | Staff Report | Lomba |
| P 0212 | Staff Report | Lomba |
| P 0213 | CJ#5 Manual Redacted | Lomba |
| P 0214 | Sheriff Office Promotions & consultant report re vacancy | Lomba |
| P 0215 | 2015 Inquiry Into the Operation and Programs of the San Francisco Jails | Lomba |
| P 0216 | 2016 Report: "Our Largest Mental Health Facility Needs Attention" | Lomba |
| P 0217 | Civil Grand Jury complaint against SF Sheriff | Lomba |
| P 0227 | Email CORR re staffing and promotions | Lomba |
| P 0228 | Email CORR re staffing and promotions | Lomba |
| P 0229 | Email CORR re staffing and promotions | Lomba |
| P 0231 | CORR re staffing and promotions | Lomba |
| P 0232 | Staff Report | Lomba |
| P 0234 | Exh A to Lomba Depo, Officer Safety Discussion | Lomba |
| P 0236 | Exh C to Lomba Depo, County Jail #3 Lockdowns July 2021 | Lomba |
| P 0256 | Exh. 1 to Miyamoto Depo, Ltr from Miyamoto to Mayor Breed re: SFSO Operational and Financial Challenges Resulting from Covid dated January 26, 2022 | Miyamoto |
| P 0259 | Exh. 1 to McConnell Depo, SFSD Mission Statement | McConnell |
| P 0260 | Exh. 3 to McConnell Depo, 20/20 Vision: Revitalize and Redefine the Sheriff's Office | McConnell |

**PLAINTIFFS' 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

Respectfully Submitted by:

Dated: 7/20/23

GREENFIRE LAW, P.C.

By: */s/ Richard A. Brody*

Richard A. Brody
ATTORNEY FOR PLAINTIFFS

**PLAINTIFFS' 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**