UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER REGARDING DEFENDANT'S LIST OF 100 EXHIBITS**<br><br>Regarding Docket No. 399 |

On July 20, 2023, Defendant filed its numerical list of 100 exhibits that will be offered at trial. (Dkt. No. 399.) Comparing this list to the physical trial exhibits supplied by Defendant, the Court is confused by some of the Brief Statements of Substance and Purpose. (See Table 1, Column 3 in Dkt. No. 399.) These statements are not substantially descriptive of the purposes of these documents such that the Court can make rulings as to the relevance of these exhibits. (*See, e.g.*, Ex. 1001 "Combined Law Library CJ4 2019 to Present;" Ex. 1073 "COD Appendix 5.") At times, the Brief Statement of Substance provided for a document does not appear to conform with the actual substance of the document. For example, exhibit 1004's brief statement says "2019-491966 -McAlister Troy" and the actual document is what appears to be a portion of a floor plan. Additionally, Exhibit 1007 is described as "2020 – 402287 – Harris Marshall" but the document is a list of orders made by inmate Troy McAllister. The Court ORDERS Defendant to file a clarification regarding these descriptions or otherwise amend its exhibit list by July 21, 2023.

**IT IS SO ORDERED**.

Dated: July 20, 2023



SALLIE KIM
United States Magistrate Judge