**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384**<br><br><br><br>Hon. Sallie Kim, Presiding<br><br>Trial Date:  August 8, 2023 |

Pursuant to the Court's Orders contained in the Civil Minutes following the Pretrial Conference in this case (ECF No. 384), Plaintiffs submit their re-designations to Defendants' deposition designations, addressing whether the designations are for purposes of the Rule of Completeness (Evidence Code §106) or another purpose. The updated, responsive information is set forth in **bold type face** below.

### A. Defendants' Deposition Excerpts And Other Discovery Responses

#### 1. Michael Brown

June 4, 2021

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 32:2-3 | | | | | |
| 42:11-23 | Irrelevant (Fed. R. Evid. 401), Lack of Personal Knowledge (Fed. R. Evid. 602) | | | Directly relevant to operation of out-of-cell time; personal knowledge exists as inmate and witness to security threats in County Jail | |
| 43:13-17 | Irrelevant (Fed. R. Evid. 401), Lack of Personal Knowledge (Fed. R. Evid. 602) | 43:18-25 **Rule of Completeness** | 401/402 – Relevance; Court order striking claim for medical relief (ECF No. 339); Def. MIL No. 1, Def. MIL No. 4 | Not limited to medical relief; relevant to out-of-cell time for administrative segregation inmates | |
| 48:14-21 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | | Relevant to classification status, witness credibility, Defs. Oppo. to Plaintiffs' MIL No. 1, admissible per FRE 608, 609(A) | |

- 2 -
**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384-- Case No.: 3:19-cv-02724 SK**

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 49:17-50:18 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | | Relevant to classification status, witness credibility, Defs. Oppo. to Plaintiffs' MIL No. 1, admissible per FRE 608, 609(A) | |
| 51:11-20 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b) | | | Relevant to reason for length of incarceration and alleged deprivation of outdoor access | |
| 53:1-7 | | | | | |
| 54:12-21 | | | | | |
| 80:7-21 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | | Relevant to classification status, witness credibility, Defs. Oppo. to Plaintiffs' MIL No. 1, admissible per FRE 608, 609(A) | |
| 81:18-22 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | | Relevant to classification status, witness credibility, Defs. Oppo. to Plaintiffs' MIL No. 1, admissible per FRE 608, 609(A) | |

**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384-- Case No.: 3:19-cv-02724 SK**

July 8, 2021

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 108:1-4 | | 108:12-15, 20-22 **Rule of Completeness** | | | |
| 113:14-114:2 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) | 114:3-9 **Rule of Completeness** | Def. MIL No. 1, Def. MIL No. 4 Speculation, Def. MIL 5 | Relevant to classification status; generalized harm allowed to be presented (MSJ order); relevant re: out-of-cell time claim and outdoor access claim | |
| 123:20-124:3 | | | | | |
| 136:14-137:6 | | | | | |
| 137:16-22 | | 137:7-11, 137:23-138:5 **Rule of Completeness** | | | |
| 138:6-139:6 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) | | | Relevant to generalized harm allowed to be testified to (MSJ order) | |
| 143:23-25 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) | | | Relevant to generalized harm allowed to be testified to (MSJ order) | |
| 144:17-19 | | | | | |
| 152:17-25 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) | | | Relevant to generalized harm allowed to be testified to (MSJ order) | |

**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384-- Case No.: 3:19-cv-02724 SK**

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 154:22-155:1 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) | 154:11-21 **Rule of Completeness** | Incomplete | Directly relevant to witness credibility due to memory problems | |
| 166:12-18 | | 166:4-11 **Rule of Completeness** | | | |
| 181:13-17 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) | | | Relevant to whether harm actually occurred from outdoor access or out-of-cell time; relevant to Defense | |
| 200:8-11 | | | | | |

2.   Armando Carlos

November 22, 2021

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 14:2-9 | 14:4-9. Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). | | | Relevant to witness credibility, using false names, identifying authored evidence | |
| 15:7-13 | Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). | 15:1-6 **Rule of Completeness** | | Relevant to witness credibility, using false names identifying authored evidence | |
| 16:5-19 | | | | | |

**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384-- Case No.: 3:19-cv-02724 SK**

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 16:24-17:24 | 16:24-17:7, 17:14-20. Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). | | | Custody history relevant to general harm alleged and causation re: same (MSJ Order) and conditions of confinement | |
| 18:24-19:16 | Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). | 19:20-25. **Rule of Completeness** | New designation, not a counter | Relevant to general harm alleged and causation re: same (MSJ order) | |
| 22:10-25 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | | Relevant to classification status, witness credibility, Defs. Oppo. to Plaintiffs' MIL No. 1, admissible per FRE 608, 609(A) | |
| 23:7-24:9 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a). | | | Relevant to classification status, witness credibility, Defs. Oppo. to Plaintiffs' MIL No. 1, admissible per FRE 608, 609(A) | |
| 25:24-26:8 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | | | Relevant to classification status which is directly relevant to out-of-cell time | |
| 29:8-12 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. | | | Incarceration history relevant to alleged general harm | |

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| | 401 and 403) | | | (MSJ Order) and causation for same | |
| 29:16-31:1 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | | | Relevant to classification status which is directly relevant to out-of-cell time; relevant re: causation for alleged general harm | |
| 34:10-19 | Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). | | | Relevant to classification status which is directly relevant to out-of-cell time; relevant re: causation for alleged general harm | |
| 35:21-36:4 | Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). | | | Relevant to classification status which is directly relevant to out-of-cell time; relevant re: causation for alleged general harm | |
| 36:5-16 | | | | | |
| 37:11-21 | | | | | |
| 38:22-39:7 | | 38:17-21 **Rule of Completeness** | | | |
| 39:13-40:8 | | 39:8-12 **Rule of Completeness** | | | |
| 41:11-42:12 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | 42:21-43:3 **Rule of Completeness** | New testimony, not related to designation | Relevant to length of incarceration and causation for alleged | |

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| | | | | deprivation of outdoor access | |
| 43:21-44:7 | | | | | |
| 45:8-13 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | | | Relevant to out-of-cell time, length of incarceration, and generalized harm alleged and causation for same. | |
| 45:22-46:2 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | | | Relevant to out-of-cell time, length of incarceration, and generalized harm alleged and causation for same. | |
| 46:18-47:10 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | 47:11-48:2 **Rule of Completeness** | | Relevant to generalized harm alleged (MSJ Order), causation for same | |
| 48:3-10 | | 48:11-48:24 **Rule of Completeness** | 401/402 – Relevance (Statute of Limitations) | | |
| 54:23-55:2 | | 54:9-22, 55:3-8 **Rule of Completeness** | 401/402 – Relevance; Court order striking claim for medical relief (ECF No. 339); Def. MIL No. 1, Def. MIL No. 4 | | |
| 69:6-7 | | | | | |
| 69:24-70:14 | | 70:15-22 **Rule of Completeness** | 401/402 – Relevance | | |

**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384-- Case No.: 3:19-cv-02724 SK**

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 71:1-72:17 | Lack of Personal Knowledge (Fed. R. Evid. 602) | 72:18-73:20 **Rule of Completeness** | Not a counter; new testimony; 401/402 – Relevance; Court order striking claim for medical relief (ECF No. 339); Def. MIL No. 1, Def. MIL No. 4 | Testimony confirms personal knowledge | |
| 73:21-25 | | | | | |
| 76:5-77:13 | | 77:14-18 **Rule of Completeness** | 401/402 – Relevance; Court order striking claim for medical relief (ECF No. 339); Def. MIL No. 1, Def. MIL No. 4 | | |
| 80:6-16 | | | | | |
| 85:13-86:20 | | | | | |
| 97:5-16 | | | | | |
| 98:24-99:9 | | 99:10-18 **Rule of Completeness** | Not a counter; new testimony | | |
| 106:21-107:3 | | 107:4-11 **Rule of Completeness** | Not a counter; new testimony; Relevance; MIL 4 | | |
| 107:12-23 | | | | | |
| 108:14-16 | | | | | |
| 108:22-109:19 | | 109:20-110:4 **Rule of Completeness** | | | |
| 110:5-14 | | | | | |
| 112:7-114:1 | | | | | |
| 132:7-11 | | | | | |

- 9 -

**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384-- Case No.: 3:19-cv-02724 SK**

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 141:8-142:1 | | 142:2-25 **Rule of Completeness** | | | |
| 156:6-25 | | | | | |

3. **Marshall Harris**

January 5, 2022

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 17:12-13 | | | | | |
| 20:13-21:6 | | 21:7-11 **Rule of Completeness** | New testimony, not counter; Relevance; Court order striking claim for medical relief (ECF No. 339); Def. MIL No. 1, Def. MIL No. 4 | | |
| 30:20-31:4 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | | Incarceration history relevant to alleged general harm alleged and causation for same | |
| 32:9-16 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | | Incarceration history relevant to alleged general harm alleged and causation for same | |
| 47:2-48:17 | Irrelevant (Fed. R. Evid. 401, | | | Relevant to classification | |

- 10 -
**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384-- Case No.: 3:19-cv-02724 SK**

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
|  | Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). |  |  | status, witness credibility, Defs. Oppo. to Plaintiffs' MIL No. 1, admissible per FRE 608, 609(A) |  |
| 49:4-24 |  |  |  |  |  |
| 50:10-13 |  |  |  |  |  |
| 51:7-10 |  |  |  |  |  |
| 59:6-24 |  |  |  |  |  |
| 64:24-65:6 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). |  |  | Relevant to classification status, witness credibility, Defs. Oppo. to Plaintiffs' MIL No. 1, admissible per FRE 608, 609(A); incarceration history relevant to alleged general harms and causation for same. |  |
| 65:12-14 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). |  |  | Relevant to classification status, witness credibility, Defs. Oppo. to Plaintiffs' MIL No. 1, admissible per FRE 608, 609(A); incarceration history relevant to alleged |  |

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
|  |  |  |  | general harms and causation for same. |  |
| 73:14-74:11 |  |  |  |  |  |
| 94:14-95:3 |  |  |  |  |  |
| 95:14-96:10 |  |  |  |  |  |
| 96:19-21 |  |  |  |  |  |
| 111:7-17 |  | 111:18-22 **Rule of Completeness** |  |  |  |
| 111:25 - 112:12 |  | 112:13-16 **Rule of Completeness** |  |  |  |

June 21, 2022

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 185:22 - 186:13 | Irrelevant (Fed. R. Evid. 401) |  |  | Relevant to alleged harms caused by conditions of confinement and when they began as it relates to lawsuit |  |
| 221:7-25 |  |  |  |  |  |
| 243:13-19 |  | 243:8-12, 20-22 **Rule of Completeness** |  |  |  |

**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384-- Case No.: 3:19-cv-02724 SK**

### 4. Kenyon Norbert

<u>March 8, 2022</u>

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 9:25-10:2 | | | | | |
| 14:4-8 | | 14:16-16:12 **Rule of Completeness (relates to Defense designations at pp. 41:25-42:4).** | New testimony, not counter; Relevance; Court order striking claim for medical relief (ECF No. 339); Def. MIL No. 1, Def. MIL No. 4 | | |
| 16:13-24 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | | | Incarceration history relevant to alleged general harms and causation for same. | |
| 20:10-20 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | | | Relevant to amount of out-of-cell time and otherwise meaningful recreation; relevant to general harm alleged and defense re: same incarceration history relevant to alleged general harms and causation for same. | |
| 21:9-25 | | | | | |
| 25:3-6 | | | | | |
| 25:9-10 | | | | | |
| 31:7-32:2 | Irrelevant and Unduly | | | Incarceration history relevant | |

- 13 -

**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384-- Case No.: 3:19-cv-02724 SK**

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| | Prejudicial (Fed. R. Evid. 401 and 403) | | | to alleged general harms and causation for same. | |
| 32:18-33:12 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | | Relevant to classification status, witness credibility, Defs. Oppo. to Plaintiffs' MIL No. 1, admissible per FRE 608, 609(A); incarceration history relevant to alleged general harms and causation for same. | |
| 35:10-24 | | | | | |
| 37:10-38:4 | | 38:10-22 **Rule of Completeness** | New testimony, not counter; Relevance; Def. MIL No. 4 | | |
| 41:25-42:4 | | | | | |
| 47:8-10 | | | | | |
| 47:18-21 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | | Relevant to length of incarceration and defense re: conditions of confinement | |

| Desig. | Objections | Counter-Desig. | Objections to Counter Desig | Response to Objections | Court Ruling |
|---|---|---|---|---|---|
| 65:13-14 | | 65:9-25 **Rule of Completeness** | Incomplete | | |
| 106:6-8 | | 106:9-25 **Rule of Completeness** | | | |
| 112:5-12 | | | | | |

```
                                        Respectfully Submitted by:


Dated: 7/21/23                          GREENFIRE LAW, PC

                                   By:  /s/ Richard A. Brody
                                        Richard A. Brody
                                        ATTORNEYS FOR PLAINTIFFS
```

**PLAINTIFFS' RE-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS PURSUANT TO ECF 384-- Case No.: 3:19-cv-02724 SK**