1  DAVID CHIU, State Bar #189542
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Attorney
3  SABRINA M. BERDUX, State Bar #248927
   KAITLYN MURPHY, State Bar #293309
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3929 [Berdux]
   Telephone:     (415) 554-6762 [Murphy]
7  Facsimile:     (415) 554-3837
   E-Mail:        sabrina.m.berdux@sfcityatty.org
8  E-Mail:        kaitlyn.murphy@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO and
10 PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13 KENYON NORBERT, TROY                    Case No. 19-cv-02724-SK (LB)
   MCALLISTER, MARSHALL HARRIS,
14 ARMANDO CARLOS, MONTRAIL              **JOINT STIPULATED ADMINISTRATIVE**
   BRACKEN, MICHAEL BROWN AND JOSE      **REQUEST FOR ORDER ALLOWING**
15 POOT, ON BEHALF OF THEMSELVES        **EQUIPMENT THROUGH SECURITY;**
   INDIVIDUALLY AND OTHERS              **[PROPOSED] ORDER**
16 SIMILARLY SITUATED, AS A CLASS
   AND SUBCLASS,
17                                       Trial Date:        August 8, 2023
           Plaintiffs,
18
           vs.
19
   SAN FRANCISCO COUNTY SHERIFF'S
20 DEPARTMENT, CITY AND COUNTY OF
   SAN FRANCISCO, SAN FRANCISCO
21 SHERIFF VICKI HENNESSY; CHIEF
   DEPUTY SHERIFF PAUL MIYAMOTO;
22 CAPTAIN JASON JACKSON, CAPTAIN
   MCCONNELL AND JOHN AND JANE
23 DOES, NOS. 1 -50,

24         Defendants.

25

26

27

28

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, the parties seek an Order from the Court directing the Federal Marshall and/or Federal Security Services to allow into the Federal Courthouse the following items for use at trial in the above-referenced matter:

1. Laptop computers;

2. Elmo;

3. Projector (with stand);

4. Oversized Projector Screen

5. VGA Extension Box;

6. USB-C to HDMI adapters and any other necessary adapters;

7. Extension cords, power cords, power strips, and other necessary cords;

8. Speakers for use with laptop;

9. Additional monitors;

10. Foamboard demonstratives;

11. Easels and pad;

12. Wireless Laser Pointer;

13. A printer;

///
///
///
///
///
///
///
///
///
///
///
///

Joint Admin. Motion Re Equipment                    2                    n:\lit\li2019\191337\01682042.docx
Case No. 19-cv-02724-SK (LB)

1    14.    Food and drink, and

2    15.    Small air filter.

3

4    Dated:  July 21, 2023

5                                          DAVID CHIU
                                           City Attorney
6                                          MEREDITH B. OSBORN
                                           Chief Trial Deputy
7                                          SABRINA M. BERDUX
                                           KAITLYN MURPHY
8                                          Deputy City Attorneys

9                                   By: */s/ Sabrina M. Berdux*
10                                         SABRINA M. BERDUX

11                                         Attorneys for Defendants
                                           CITY AND COUNTY OF SAN FRANCISCO and
12                                         SHERIFF PAUL MIYAMOTO, IN HIS OFFICIAL
                                           CAPACITY
13

14   Dated:  July 21, 2023

15

16                                  By: **/s/ Yolanda Huang*
                                           YOLANDA HUANG
17
                                           Attorney for Plaintiffs
18                                         TROY MCALLISTER, MONTRAIL BRACKEN, AND
                                           JOSE POOT, ON BEHALF OF THEMSELVES
19                                         INDIVIDUALLY AND OTHERS SIMILARLY
                                           SITUATED, AS A CLASS AND SUBCLASS
20
                                           **Pursuant to Civil L.R. 5-1(i)(3), the electronic*
21                                         *signatory has obtained approval from this signatory*

22

23

24

25

26

27

28

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Defendants' administrative motion is GRANTED.  The

Court Orders the United States Marshals Service to allow the following equipment through security:

1.      Laptop computers;

2.      Elmo;

3.      Projector (with stand);

4.      Oversized Projector Screen

5.      VGA Extension Box;

6.      USB-C to HDMI adapters and any other necessary adapters;

7.      Extension cords, power cords, power strips, and other necessary cords;

8.      Speakers for use with laptop;

9.      Additional monitors;

10.     Foamboard demonstratives;

11.     Easels and pad;

12.     Wireless Laser Pointer;

13.     A printer;

14.     Food and drink; and

15.     Small air filter.


IT IS SO ORDERED.


Dated: _____          _____

                                        HONORABLE SALLIE KIM
                                        United States Magistrate Judge