DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3929 [Berdux]
Telephone:      (415) 554-6762 [Murphy]
Facsimile:      (415) 554-3837
E-Mail:         sabrina.m.berdux@sfcityatty.org
E-Mail:         kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS,<br><br>        Plaintiffs,<br><br>        vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50,<br><br>        Defendants. | Case No. 19-cv-02724-SK (LB)<br><br>**DEFENDANTS' AMENDED NUMERICAL LIST OF 100 EXHIBITS THAT WILL BE OFFERED AS EVIDENCE IN THEIR CASE IN CHIEF (ECF NO. 401)**<br><br>Trial Date:          August 8, 2023 |

        Defendants City and County of San Francisco and Sheriff Paul Miyamoto, in his official

capacity, provide the following in response to the Court's Order regarding Defendants' exhibit list.

(ECF No. 401). Defendants have amended the statements of substance and purpose in connection with their exhibit list below to provide the Court additional description to make rulings as to the relevance of the exhibits. Additionally, Defendants identified an error in their exhibit binder production. As a result, the numbered tabs in the exhibit binder do not match the exhibit numbers from the parties' joint exhibit list. Defendants apologize for the inconvenience and will provide the Court with an updated exhibit binder with correct tabbing by Tuesday, July 25, 2023. In the interim, Defendants' exhibit list below includes a cross-reference for each of their trial exhibits indicating the document's tab numbering in the Court's current binder.

## I. Numerical List of Exhibits Defendants Will Offer As Evidence in Their Case in Chief, With a Brief Statement Describing the Substance and Purpose of Each Exhibit and the Name of the Sponsoring Witness

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| 1001 | 1267 | Law Library Logs CJ4 2019 to Present | Records showing inmates received out-of-cell time for access to the law library relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Plaintiffs, Captain Tilton, Chief McConnell, Captain Quanico, Alissa Riker, James Gomez |
| 1002 | 1266 | Law Library Logs CJ5 2019 to Present | Records showing inmates received out-of-cell time for access to the law library relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Plaintiffs, Captain Tilton, Chief McConnell, Captain Quanico, Alissa Riker, James Gomez |
| 1004 | 1249 | 2019 Library and Video Logs of Troy McAlister | Records showing Plaintiff McAlister's access to law library resources relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Plaintiffs, Captain Tilton, Chief McConnell, Captain Quanico, Alissa Riker, James Gomez |
| 1007 | 1252 | 2020 Library and Video Logs of Marshall Harris | Records showing Plaintiff Harris' access to law library resources relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Plaintiffs, Captain Tilton, Chief McConnell, Captain Quanico, Alissa Riker, James Gomez |
| 1009 | 1254 | 2020 Library and Video Logs of Troy McAlister | Records showing Plaintiff McAlister's access to law library resources relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Plaintiffs, Captain Tilton, Chief McConnell, Captain Quanico, Alissa Riker, James Gomez |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| 1012 | 1257 | 2020 Library and Video Logs of Montrail Brackens | Records showing Plaintiff Brackens' access to law library resources relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Plaintiffs, Captain Tilton, Chief McConnell, Captain Quanico, Alissa Riker, James Gomez |
| 1014 | 1259 | 2021 Library and Video Logs of Troy McAlister | Records showing Plaintiff McAlister's access to law library resources relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Plaintiffs, Captain Tilton, Chief McConnell, Captain Quanico, Alissa Riker, James Gomez |
| 1016 | 1261 | 2021 Library and Video Logs of Norbert Kenyon | Records showing Plaintiff Norbert's access to law library resources relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Plaintiffs, Captain Tilton, Chief McConnell, Captain Quanico, Alissa Riker, James Gomez |
| 1018 | 1263 | 2022 Library and Video Logs of Troy McAlister | Records showing Plaintiff McAlister's access to law library resources relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Plaintiff, Captain Tilton, Chief McConnell, Captain Quanico, Alissa Riker, James Gomez |
| 1020 | 1265 | 2022 Library and Video Logs of Montrail Brackens | Records showing Plaintiff Brackens' access to law library resources relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Plaintiff, Captain Tilton, Chief McConnell, Captain Quanico, Alissa Riker, James Gomez |
| 1021 | 1176 | Specifications of Multi-Flo-Air Filter at CJ3 | Information about the jail's air filters relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1022 | 1177 | Specifications of Multi-Pleat Panel Filter at CJ3 | Information about the jail's air filters relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1023 | 1178 | Diagram of Air Filter System at CJ3, AHU 1 & 2 | Information about the jail's air filters relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| 1024 | 1179 | Diagram of Air Filter System at CJ3, AHU 1&2 | Information about the jail's air filters relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1025 | 1180 | Diagram of Air Filter System at CJ3, AHU 3 & 4 | Information about the jail's air filters relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1026 | 1181 | Diagram of Air Filter System at CJ3, AHU 3&4 | Information about the jail's air filters relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1027 | 1182 | Diagram of Air Filter System at CJ3, AHU 5 & 6 | Information about the jail's air filters relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1028 | 1183 | Diagram of Air Filter System at CJ3, AHU 5&6 | Information about the jail's air filters relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1029 | 1184 | Diagram of Air Filter System at CJ3, AHU 7 & 8 | Information about the jail's air filters relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1030 | 1185 | Diagram of Air Filter System at CJ3, AHU 7&8 | Information about the jail's air filters relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1031 | 1186 | Diagram of Air Filter System at CJ3, Cell Return Duct | Blueprint of jail's ventilation system relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1032 | 1187 | Diagram of Air Filter System at CJ3, Cell Supply | Blueprint of jail's ventilation system relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| 1033 | 1188 | Specifications of CJ3 Housing Air Handler Unit BMS layout | Information abou the jail's air handling units relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1034 | 1189 | Specifications of CJ3 Housing Unit Fan Coils | Information about the jail's fan coil units relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1035 | 1190 | Specifications of CJ3 Housing Unit POD Exhaust Fans | Information about the jail's exhaust fans relevant to Plaintiffs' claims regarding fresh air | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1063 | 1116 | Subpoenaed records from Board of State and Community Corrections California | Historic records showing weather factors considered when evaluating whether to build an indoor or outdoor exercise area; records showing biannual inspections of jails both relevant to show legitimate non-punitive purpose for jail policies | Sheriff Miyamoto, Sheriff Vicki Hennessey, Sheriff Michael Hennessey, Undersherrif Matthew Freeman, Undersheriff Kathy Johnson, Steve Wicklander, Facility Commanders Stephen Tilton, James Quanico |
| 1070 | 1241 | Report of Weather Expert Jay Rosenthal | Report of meterologist including diagrams relevant to show legitimate non-punitive purpose of jail policies | Jay Rosenthal |
| 1071 | 1033 | Diagram of CJ5 Housing Units CCSF-NORBERT 006767, AEO | Blueprint of jail layout relevant to show legitimate non-punitive purpose of jail policies | Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino |
| 1072 | 1034 | CJ5 Custody Operations Manual CCSF-NORBERT 006769-006963, AEO | Facility Operations Manual relevant to show Sheriff's Office written policies and procedures relevant to jail operations | Captain Stephen Tilton, Chief Kevin McConnell, Sheriff Paul Miyamoto, Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1073 | 1141 | CJ5 Custody Division Policy and Procedures Appendix 5 | Custody Division specific policy and procedures appendix relevant to show Sheriff's Office written | Captain Stephen Tilton, Chief Kevin McConnell, Sheriff |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| | | | policies and procedures relevant to jail operations | Paul Miyamoto, Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1079 | 1108 | CJ5 Lockdown reports Jan 2020-April 2021 | Lockdown reports from jail relevant to rebut Plaintiffs' claims regarding staffing | Captain Stephen Tilton, Chief Kevin McConnell, SFSO Jeffrey Miller, SFSO Lena Cosme |
| 1080 | 1025 | Facility Operations Changes 2019 | Operation changes, relevant re: out-of-cell time, recreation, claimed harm from conditions of confinement | Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico |
| 1088 | 1008 | 2019 CJ5 Grievance Log | Inmate grievances, relevant re: out-of-cell time, claimed harm from conditions of confinement | Captain Stephen Tilton, Chief Kevin McConnell |
| 1109 | 1152 | SFSO POLICY CODM 7.15 Inmate Orientation Policies | Inmate orientation policies relevant to show jail operations | Sheriff Paul Miyamoto, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1110 | 1153 | SFSO POLICY CODM 7.19 Inmate Grievances | Inmate grievance policies relevant to show opportunities to file grievances | Sheriff Paul Miyamoto, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1111 | 1154 | Inmate Orientation Handbook 2018 | Inmate Orientation handbook relevant to show information made available to inmates | Sheriff Paul Miyamoto, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| | | | | Undersheriff Kathy Johnson |
| 1131 | 1029 | CJ3 Inmate Video Visiting Statistics | Logs tracking availability of video visits to inmates during COVID-19 to rebut Plaintiffs' claims of injury | Captain Stephen Tilton, Captain John Ramirez, Chief Kevin McConnell |
| 1132 | 1001 | Jail Health Services (JHS) Nursing Standardized Procedures re Headache | Jail health policies for responding to an inmate who presents with a headache to rebut Plaintiffs' claims of injury | Lisa Pratt, MD; Tanya Mera, LCSW |
| 1133 | 1002 | Jail Health Services (JHS) Policy 311 Provision of Essential Mental Health Services | Jail health policies for mental health services to rebut Plaintiffs' claims of injury | Lisa Pratt, MD; Tanya Mera, LCSW |
| 1134 | 1004 | Diagram of CJ5 Gym | Blueprint of gym with dimensional measurements relevant to Plaintiffs' claims regarding exercise | Captain John Ramirez |
| 1135 | 1213 | Pro Per Tracking Log re phone time | Tracking log of opportunity for calls given to pro per inmates including Plaintiff Norbert relevant to rebut Plaintiffs claims about prison conditions | Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Lt. Linda Bui, Lt. James Gomez |
| 1136 | 1157 | CJ5 Law Library Log 2019 to Present | Records showing Plaintiff Brackens' access to law library resources relevant to Plaintiffs' claims about out-of-cell time and/or resources available inside cells | Sheriff Paul Miyamoto, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1137 | 1028 | Lock Down Statistics 2020-2021 | Lockdown reports from jail relevant to rebut Plaintiffs' claims regarding staffing | Captain Stephen Tilton, Captain John Ramirez, Chief Kevin McConnell, Undersheriff Mathew Freeman, Undersheriff Kathy Johnson |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| 1138 | 1214 | SFSO Lock Down Memo dated December 15, 2021 | SFSO Memo regarding justification for lockdown relevant to rebut Plaintiffs' claims regarding staffing | Captain Stephen Tilton |
| 1139 | 1215 | SFSO Memo re available overtime slots, dated December 15, 2021 | Overtime records relevant to rebut Plaintiffs' claims regarding staffing | Captain Stephen Tilton, Captain James Quanico, Chief Kevin McConnell |
| 1152 | 1031 | SFSO Memo re Phone Changes, dated May 14, 2019 | Memo describing changes to the jail's written policies and procedures to rebut Plaintiffs' claims about the same | Captain Stephen Tilton, Chief Kevin McConnell, Sheriff Paul Miyamoto, Undersheriff Matthew Freeman, Undersheriff Kathy Johnson |
| 1153 | 1027 | CJ3 Phone Log April-May 2021 | Chart tracking phone usage relevant to rebut Plaintiffs' claims about the same | Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico |
| 1154 | 1222 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1156 | 1224 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1158 | 1226 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1159 | 1227 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1160 | 1228 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1161 | 1229 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| 1162 | 1230 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1164 | 1232 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1165 | 1233 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1167 | 1235 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1168 | 1236 | Photograph of CJ5 from Court Visit | Photograph of CJ5 from Court Visit, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1171 | 1239 | Photograph of CJ5 | Photograph of CJ5, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1172 | 1240 | Photogrpah of CJ5 | Photograph of CJ5, relevant re: actual conditions in jail | Captain John Ramirez, Daniel Santizo, John Guidino |
| 1173 | 1242 | Plaintiff Montrail Brackens, Troy McAlister and Jose Poot's Responses to Defendants' Requests for Admissions, Set One | Plaintiffs' discovery responses relevant to rebut claims of injury | Plaintiffs |
| 1174 | 1243 | Plaintiffs' Responses to Defendants' Requests for Production of Documents, Set Two; served July 24, 2022 | Plaintiffs' discovery responses relevant to rebut claims of injury | Plaintiffs |
| 1175 | 1247 | Plaintiffs' Responses to Defendants' Requests for Production of Documents, Set One; | Plaintiffs' discovery responses relevant to rebut claims of injury | Plaintiffs |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| | | served on February 16, 2020 | | |
| 1176 | 1244 | Plaintiffs' Responses to Defendants' Special Interrogatories, Set Two; served on July 24, 2022 | Plaintiffs' discovery responses relevant to rebut claims of injury | Plaintiffs |
| 1177 | 1245 | Plaintiffs' Responses to Defendants' Special Interrogatories, Set One, erroneously titled Responses to Requests for Production; served on February 15, 2020 | Plaintiffs' discovery responses relevant to rebut claims of injury | Plaintiffs |
| 1178 | 1246 | Plaintiffs' Responses to Special Interrogatories, Set One, in the Poot v. CCSF case; served on January 17, 2020 | Plaintiffs' discovery responses in Poot litigation relevant to rebut claims of injury | Plaintiffs |
| 1180 | 1003 | SFSO POLICY CODM 4.04 Jail Security Rounds | Jail's written policies regarding security rounds relevant to show legitimate non-punitive purpose of challenged policies | Captain Stephen Tilton, Chief Kevin McConnell, Sheriff Paul Miyamoto, Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1181 | 1016 | PowerPoint on SFSO Alternatives to Incarceration and Strategies for Recidivism Reduction | Schedule of programming relevant to rebut Plaintiffs' claims regarding the same and rebut claimed injuries | Alissa Riker, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico |
| 1182 | 1017 | Schedule for Community of Veterans Engaged in Restoration (COVER) Schedule Rev. 7-17-19 | Schedule of programming relevant to rebut Plaintiffs' claims regarding the same and rebut claimed injuries | Alissa Riker, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico |
| 1183 | 1018 | Schedule for Psychiatric Sheltered Living Unit (PSLU) | Schedule of programming relevant to rebut Plaintiffs' claims regarding the same and rebut claimed injuries | Alissa Riker, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico |
| 1184 | 1019 | Schedule for Five Keys School Re-Entry Aug to Nov 2019 | Schedule of programming relevant to rebut Plaintiffs' claims regarding the same and rebut claimed injuries | Alissa Riker, Captain Stephen Tilton, Chief Kevin McConnell, |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| | | | | Captain James Quanico |
| 1185 | 1020 | Schedule for Resolve to Stop the Violence (RSVP) 2019 | Schedule of programming relevant to rebut Plaintiffs' claims regarding the same and rebut claimed injuries | Alissa Riker, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico |
| 1187 | 1022 | Schedule for Keys to College 5A | Schedule of programming relevant to rebut Plaintiffs' claims regarding the same and rebut claimed injuries | Alissa Riker, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico |
| 1188 | 1023 | Schedule for Keys to College 5B | Schedule of programming relevant to rebut Plaintiffs' claims regarding the same and rebut claimed injuries | Alissa Riker, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico |
| 1189 | 1156 | CJ3 formerly CJ5 In-Custody Programs updated January 2020 | Schedule of programming relevant to rebut Plaintiffs' claims regarding the same and rebut claimed injuries | Alissa Riker, Sheriff Paul Miyamoto, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1190 | 1158 | CJ5 Operations Manual Appendices | Jail Operations Manual relevant to show jail's written policies regarding topics at issue in lawsuit | Sheriff Paul Miyamoto, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1191 | 1159 | CJ3 Operations Manual - Revised December 2020 | Custody Division specific policy and procedures appendix relevant to show Sheriff's Office written policies and procedures relevant to jail operations | Sheriff Paul Miyamoto, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| | | | | Matthew Freemen, Undersheriff Kathy Johnson |
| 1192 | 1216 | Housing Observation Sheets | Sample Housing Observation Log relevant to show security and welfare purposes of jail's policies and highlight lack of Plaintiffs' evidence | Captain Stephen Tilton, Captain James Quanico, Chief Kevin McConnell, Lt. James Gomez, Lt. Alissa Riker |
| 1194 | 1150 | Deputies' shift notes from "Red Book" ledger | Sample Red Book entries relevant to show security and welfare purposes of jail's policies and highlight lack of Plaintiffs' evidence | Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson, Joseph Greene, Jeffrey Miller, Lena Cosme |
| 1195 | 1151 | Overtime Payroll Report & OT Sheets | Overtime payroll report rebutting Plaintiffs' claims regarding staffing | Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson, Joseph Greene, Jeffrey Miller, Lena Cosme |
| 1196 | 1060 | SFSO Classification Operations Manual | Classification Operations Manual relevant to show legitimate non-punitive purposes for providing ad seg inmates less out-of-cell time | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1198 | 1062 | SFSO Policy and Procedures Manual - Part 1 | Part 1 of the Jail Policy and Procedure Manual relevant to show jail's policies regarding issues in the litigation | Sheriff Paul Miyamoto, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|-----|-----------|----------|------------------------------------------|--------------------|
| 1199 | 1063 | SFSO Policy and Procedures Manual - Part 2 | Part 2 of the Jail Policy and Procedure Manual relevant to show jail's policies regarding issues in the litigation | Sheriff Paul Miyamoto, Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Former Undersheriff Matthew Freemen, Undersheriff Kathy Johnson |
| 1200 | 1268 | Statistical Data Inmate Population April 2020 | Statistical breakdown of inmate population by classification status and length of incarceration, relevant to show legitimate non-punitive purpose for jail's challenged policies | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1202 | 1139 | Jail Phone History of Troy McAlister | Inmate Housing History report showing where Plaintiff McAlister was housed | Captain Stephen Tilton, Chief Kevin McConnell, Sheriff Paul Miyamoto, Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1221 | 1169 | Inmate Housing History of Montrail Brackens | Inmate Housing History report showing where Plaintiff Brackens was housed | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1224 | 1172 | Inmate Housing History of Kenyon Norbert | Inmate Housing History report showing where Plaintiff Norbert was housed | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1226 | 1174 | Inmate Housing History of Troy McAlister | Inmate Housing History report showing where Plaintiff McAlister was housed | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1227 | 1175 | Inmate Housing History of Jose Poot | Inmate Housing History report showing where Plaintiff Poot was housed | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1228 | 1117 | AD-SEG Sheet of Montrail Brackens | Sample Administrative Segregation Questionnaire to show the factors considered in classification relevant to legitimate non-punitive purpose for providing fewer out of cell opportunities for inmates in ad seg | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1230 | 1119 | Inmate Housing History of Montrail Brackens | Inmate Housing History Report showing where Plaintiff Brackens was housed | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| 1240 | 1129 | Housing History of Troy McAlister | Inmate Housing History Report showing where Plaintiff McAlister was housed | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1241 | 1130 | AD-SEG Sheet of Kenyon Norbert | Sample Administrative Segregation Questionnaire to show the factors considered in classification relevant to legitimate non-punitive purpose for providing fewer out of cell opportunities for inmates in ad seg | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1242 | 1131 | Inmate Housing History of Kenyon Norbert | Inmate Housing History report showing where Plaintiff Norbert was housed | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1246 | 1135 | AD-SEG Sheet of Jose Poot | Sample Administrative Segregation Questionnaire to show the factors considered in classification relevant to legitimate non-punitive purpose for providing fewer out-of-cell opportunities for inmates in ad seg | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1247 | 1136 | Inmate Housing History of Jose Poot | Inmate Housing History report showing where Plaintiff Poot was housed | Lt. Linda Bui, Lt. Lucas Jennings, Lt. James Gomez |
| 1266 | 1219 | Van List | Van list showing names and volume of inmates moved out of the jail to court or hospital each day, relevant to show a legitimate non-punitive purpose for jail's policies | Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Lt. Linda Bui |
| 1267 | 1026 | Staffing Reduction and Walk Group Directive | Memo describing walking groups during COVID relevant to show legitimate non-punitive purpose for jail's policies | Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Lt. Linda Bui, Lt. Lucas Gennings, Lt. James Gomez |
| 1268 | 1220 | Quarantine Walk-Shower-Phone Logs | Log of inmates offered phone time, showers, and walk time during COVID relevant to rebut Plaintiffs' claims regarding the jail's policies and show lack of injury | Captain Stephen Tilton, Chief Kevin McConnell, Captain James Quanico, Lt. Linda Bui |
| 1269 | 1221 | AD-SEG Walk-Shower-Phone Logs | Log of inmates offered phone time, showers, and walk time | Captain Stephen Tilton, Chief Kevin |

| Ex. | Binder Tab | Document | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|---|---|
| | | | during COVID relevant to rebut Plaintiffs' claims regarding the jail's policies and show lack of injury | McConnell, Captain James Quanico, Lt. Linda Bui |

## II. Defendants' Chart of Disputed Exhibits, Stating Basis of the Objection, and Response Thereto

The only exhibits remaining to which Plaintiffs raised no objection are: 1071, 1072, 1109, 1110, 1111, 1133, 1134, 1139, 1156, 1158, 1161, 1165, 1168, 1172, 1172, 1180, 1189, 1190, 1191, 1198, 1202, 1230, 1240, 1242, and 1247. Below is a chart of Plaintiffs' objections to Defendants' narrowed exhibit list and Defendants' resposnes, with space for the Court's ruling:

| Ex. No. | Binder Tab | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|---|
| 1001 | 1267 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1002 | 1266 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1004 | 1249 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1007 | 1252 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1009 | 1254 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1012 | 1257 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the | |

| Ex. No. | Binder Tab | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|---|
| | | | matter asserted; foundation to be laid at trial | |
| 1014 | 1259 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1016 | 1261 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1018 | 1263 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1020 | 1265 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1021 | 1176 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1022 | 1177 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1023 | 1178 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1024 | 1179 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. | Relevant based on Plaintiffs' claims; business record; public | |

| Ex. No. | Binder Tab | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|---|
| | | Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1025 | 1180 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1026 | 1181 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1027 | 1182 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1028 | 1183 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1029 | 1184 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1030 | 1185 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1031 | 1186 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |

| Ex. No. | Binder Tab | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|---|
| 1032 | 1187 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1033 | 1188 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1034 | 1189 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1035 | 1190 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1063 | 1116 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1070 | 1241 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted | |
| 1071 | 1033 | | | |
| 1072 | 1034 | | | |
| 1073 | 1141 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted | |
| 1079 | 1108 | Irrelevant (Fed. R. Evid. 401), More prejudicial than probative (Fed. R. Evid. 403) | Relevant based on Plaintiffs' claims; low risk of prejudice given bench trial | |

| Ex. No. | Binder Tab | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|---|
| 1080 | 1025 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), "This record has been produced in a native format" is vague and ambiguous | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; identified by bates number | |
| 1088 | 1008 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), "This record has been produced in a native format" is vague and ambiguous | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; identified by bates number | |
| 1109 | 1152 | | | |
| 1110 | 1153 | | | |
| 1111 | 1154 | | | |
| 1131 | 1029 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1132 | 1001 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1133 | 1002 | | | |
| 1134 | 1004 | | | |
| 1135 | 1213 | Irrelevant (Fed. R. Evid. 401), More prejudicial than probative (Fed. R. Evid. 403), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; risk of undue prejudice low because bench trial; business record; public record; some portions may not be offered for the truth; authenticity to be established at trial | |
| 1136 | 1157 | Irrelevant (Fed. R. Evid. 401), More prejudicial than probative (Fed. R. Evid. 403), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; risk of undue prejudice low because bench trial; business record; public record; some portions may not be offered for the truth; authenticity to be established at trial | |
| 1137 | 1028 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), "This record has been produced in a native format" is vague and ambiguous | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; identified by bates number | |
| 1138 | 1214 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1139 | 1215 | | | |

| Ex. No. | Binder Tab | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|------------|-----------|----------------------|----------------|
| | | | | |
| 1152 | 1031 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1153 | 1027 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Relevant based on Plaintiffs' claims; document identified by bates number | |
| 1154 | 1222 | Depicts individuals in violation of agreements/court orders that individuals not be depicted in Jail photos, violative of the privacy rights of individuals in the photograph | Any privacy/security concerns can be addressed by the Protective Order. | |
| 1156 | 1224 | | | |
| 1158 | 1226 | | | |
| 1159 | 1227 | Cumulative, does not accurately depict conditions at CJ#3 | Relevant based on Plaintiffs' claims; objection is proper subject for cross-examination, not exclusion | |
| 1160 | 1228 | Cumulative, does not accurately depict conditions at CJ#3 | Relevant based on Plaintiffs' claims; objection is proper subject for cross-examination, not exclusion | |
| 1161 | 1229 | | | |
| 1162 | 1230 | Cumulative, does not accurately depict conditions at CJ#3 | Relevant based on Plaintiffs' claims; objection is proper subject for cross-examination, not exclusion | |
| 1164 | 1232 | Depicts individuals in violation of agreements/court orders that individuals not be depicted in Jail photos, violative of the privacy rights of individuals in the photograph | Any privacy/security concerns can be addressed by the Protective Order. | |
| 1165 | 1233 | | | |

| Ex. No. | Binder Tab | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|---|
| 1167 | 1235 | Cumulative, does not accurately depict conditions at CJ#3 | Relevant based on Plaintiffs' claims; objection is proper subject for cross-examination, not exclusion | |
| 1168 | 1236 | | | |
| 1171 | 1239 | | | |
| 1172 | 1240 | | | |
| 1173 | 1242 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1174 | 1243 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1175 | 1247 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1176 | 1244 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1177 | 1245 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1178 | 1246 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1180 | 1003 | | | |
| 1181 | 1016 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1182 | 1017 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1183 | 1018 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1184 | 1019 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1185 | 1020 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |

| Ex. No. | Binder Tab | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|---|
| 1187 | 1022 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1188 | 1023 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1189 | 1156 | | | |
| 1190 | 1158 | | | |
| 1191 | 1159 | | | |
| 1192 | 1216 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1194 | 1150 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1195 | 1151 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1196 | 1060 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1198 | 1062 | | | |
| 1199 | 1063 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1200 | 1268 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has | Relevant based on Plaintiffs' claims; document identified by bates number | |

| Ex. No. | Binder Tab | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|---|
| | | been produced in a native format" | | |
| 1202 | 1139 | | | |
| 1221 | 1169 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Relevant based on Plaintiffs' claims; document identified by bates number | |
| 1224 | 1172 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Relevant based on Plaintiffs' claims; document identified by bates number | |
| 1226 | 1174 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Relevant based on Plaintiffs' claims; document identified by bates number | |
| 1227 | 1175 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Relevant based on Plaintiffs' claims; document identified by bates number | |
| 1228 | 1117 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1230 | 1119 | | | |
| 1240 | 1129 | | | |
| 1241 | 1130 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1242 | 1131 | | | |
| 1246 | 1135 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1247 | 1136 | | | |

| Ex. No. | Binder Tab | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|---|
| 1266 | 1219 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Relevant based on Plaintiffs' claims; business record; public record; some portions may not be offered for the truth of the matter asserted; foundation to be laid at trial | |
| 1267 | 1026 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1268 | 1220 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |
| 1269 | 1221 | Irrelevant (Fed. R. Evid. 401) | Relevant based on Plaintiffs' claims | |

Dated:  July 21, 2023

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
SABRINA M. BERDUX
KAITLYN MURPHY
Deputy City Attorneys

By: */s/ Sabrina M. Berdux*
SABRINA M. BERDUX

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
SHERIFF PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY