1   DAVID CHIU, State Bar #189542
    City Attorney
2   MEREDITH B. OSBORN, State Bar #250467
    Chief Trial Attorney
3   SABRINA M. BERDUX, State Bar #248927
    KAITLYN MURPHY, State Bar #293309
4   Deputy City Attorneys
    Fox Plaza
5   1390 Market Street, 6th Floor
    San Francisco, California 94102-5408
6   Telephone:     (415) 554-3929 [Berdux]
    Telephone:     (415) 554-6762 [Murphy]
7   Facsimile:     (415) 554-3837
    E-Mail:        sabrina.m.berdux@sfcityatty.org
8   E-Mail:        kaitlyn.murphy@sfcityatty.org

9   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO and
10  PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  KENYON NORBERT, TROY                    Case No. 19-cv-02724-SK (LB)
    MCALLISTER, MARSHALL HARRIS,
14  ARMANDO CARLOS, MONTRAIL                **JOINT STIPULATED ADMINISTRATIVE**
    BRACKEN, MICHAEL BROWN AND JOSE         **REQUEST FOR ORDER ALLOWING**
15  POOT, ON BEHALF OF THEMSELVES           **EQUIPMENT THROUGH SECURITY;**
    INDIVIDUALLY AND OTHERS                 **ORDER**
16  SIMILARLY SITUATED, AS A CLASS
    AND SUBCLASS,
17                                          Trial Date:        August 8, 2023
            Plaintiffs,
18
            vs.
19
    SAN FRANCISCO COUNTY SHERIFF'S
20  DEPARTMENT, CITY AND COUNTY OF
    SAN FRANCISCO, SAN FRANCISCO
21  SHERIFF VICKI HENNESSY; CHIEF
    DEPUTY SHERIFF PAUL MIYAMOTO;
22  CAPTAIN JASON JACKSON, CAPTAIN
    MCCONNELL AND JOHN AND JANE
23  DOES, NOS. 1 -50,

24          Defendants.

25

26

27

28

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, the parties seek an Order from the Court directing the Federal Marshall and/or Federal Security Services to allow into the Federal Courthouse the following items for use at trial in the above-referenced matter:

1. Laptop computers;

2. Elmo;

3. Projector (with stand);

4. Oversized Projector Screen

5. VGA Extension Box;

6. USB-C to HDMI adapters and any other necessary adapters;

7. Extension cords, power cords, power strips, and other necessary cords;

8. Speakers for use with laptop;

9. Additional monitors;

10. Foamboard demonstratives;

11. Easels and pad;

12. Wireless Laser Pointer;

13. A printer;

///
///
///
///
///
///
///
///
///
///
///
///

1     14.    Food and drink, and

2     15.    Small air filter.

3

4  Dated:  July 21, 2023

5
               DAVID CHIU
               City Attorney

6               MEREDITH B. OSBORN
               Chief Trial Deputy

7               SABRINA M. BERDUX
               KAITLYN MURPHY

8               Deputy City Attorneys

9
              By: */s/ Sabrina M. Berdux*

10             SABRINA M. BERDUX

11             Attorneys for Defendants
             CITY AND COUNTY OF SAN FRANCISCO and

12             SHERIFF PAUL MIYAMOTO, IN HIS OFFICIAL
             CAPACITY

13

14  Dated:  July 21, 2023

15

16             By: ***/s/ Yolanda Huang*
             YOLANDA HUANG

17

18             Attorney for Plaintiffs
             TROY MCALLISTER, MONTRAIL BRACKEN, AND
             JOSE POOT, ON BEHALF OF THEMSELVES

19             INDIVIDUALLY AND OTHERS SIMILARLY
             SITUATED, AS A CLASS AND SUBCLASS

20

21             ***Pursuant to Civil L.R. 5-1(i)(3), the electronic*
             *signatory has obtained approval from this signatory*

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

GOOD CAUSE APPEARING, the Defendants' administrative motion is GRANTED.  The Court Orders the United States Marshals Service to allow the following equipment through security:

1.      Laptop computers;

2.      Elmo;

3.      Projector (with stand);

4.      Oversized Projector Screen

5.      VGA Extension Box;

6.      USB-C to HDMI adapters and any other necessary adapters;

7.      Extension cords, power cords, power strips, and other necessary cords;

8.      Speakers for use with laptop;

9.      Additional monitors;

10.     Foamboard demonstratives;

11.     Easels and pad;

12.     Wireless Laser Pointer;

13.     A printer;

14.     Food and drink; and

15.     Small air filter.

IT IS SO ORDERED.

Dated: July 24, 2023

HONORABLE SALLIE KIM
United States Magistrate Judge