**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**PLAINTIFFS' REQUEST FOR CLARIFICATION REGARDING DEFENDANTS' PROPOSED WITNESS DESIGNATIONS FOR TRIAL; [PROPOSED] ORDER**<br><br>Trial Date: August 8, 2023<br><br>Hon. Sallie Kim, Presiding |

**- 1 -**

**Plaintiffs' Request for Clarification Re: Defendants' Proposed Trial Witness List**
**Case No.: 3:19-cv-02724 SK**

At the Pretrial Conference held on July 6, 2023, the Court instructed the parties that each side would have a limit of 20 hours for direct and cross-examination of witnesses.  On the parties' Joint List of Witnesses filed on June 15, 2023, of the witnesses not excluded by the Court, Plaintiffs have 9 witnesses listed for approximately 19 hours of anticipated direct examination.  In sharp contrast, Defendants listed 34 primary witnesses, with an estimated anticipated length of direct examination of 55 hours; and 101 secondary witnesses, with an estimated anticipated length of direct examination of 50 hours.  At the Pretrial Conference, the Court indicated that the Court would, at a later date, instruct the parties on any changes required for an amended proposed witness lists.

Inasmuch as the trial date of August 8, 2023 is just two weeks away, in order to assist with the final trial preparation, and to permit Plaintiffs' counsel to accurately prepare for cross-examination, Plaintiffs respectfully request that the Court clarify and instruct the parties on amending their witness lists to comply with the Court's limit of 20 hours of trial time per party; and to set a date for submission of an amended, joint List of Witnesses with a pared-down list of all witnesses whom Defendants truly intend to call at the trial of this matter.

Respectfully Submitted by:

Dated: 7/24/2023

LAW OFFICE OF YOLANDA HUANG

By:  */s/ Yolanda Huang*

YOLANDA HUANG
ATTORNEY FOR PLAINTIFFS

**Plaintiffs' Request for Clarification Re: Defendants' Proposed Trial Witness List**
**Case No.: 3:19-cv-02724 SK**

[Proposed] ORDER

The parties shall file an amended joint list of witnesses, listing witnesses with an estimated anticipated length of direct examination for each side of no longer than _____ hours, by the end of day on July __, 2023.


Dated:  July __, 2023                              _____
                                                   HONORABLE SALLIE KIM
                                                   United States Magistrate Judge

**Plaintiffs' Request for Clarification Re: Defendants' Proposed Trial Witness List**
**Case No.: 3:19-cv-02724 SK**