UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER REGARDING OBJECTIONS TO PLAINTIFFS' EXHIBITS**<br><br>Regarding Docket No. 400 |

On July 20, Plaintiffs filed their updated exhibit list. (Dkt. No. 400.) Plaintiffs did not provide a chart of objections and responses in this document and instead directed the Court to look to a previously filed document to see objections. (Dkt. No. 361.) The Court hereby ORDERS Plaintiffs to file an amended exhibit list with the table of objections and responses for the 100 exhibits by July 26, 2023.

**IT IS SO ORDERED**.

Dated: July 25, 2023

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge