UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 19-cv-02724-SK <br><br> **ORDER REGARDING DEFENDANT'S WITNESS LIST** <br><br> Regarding Docket Nos. 408, 362 |

On July 24, 2023 Plaintiffs filed an administrative motion seeking clarification regarding Defendant's proposed witness list. (Dkt. Nos. 408, 362.) Currently, Defendants have listed 34 primary witnesses and 101 secondary witnesses. (Id.) Defendants have stated that they do not intend to call all of these witnesses in their case in chief. However, in order for Plaintiffs to be able to adequately prepare for trial, Defendant is hereby ORDERED to submit a ranked list of the witnesses it intends to call by July 31, 2023

**IT IS SO ORDERED**.

Dated: July 25, 2023

_____
SALLIE KIM
United States Magistrate Judge