**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass, | Case No.: 3:19-cv-02724 SK |
| Plaintiffs, | **PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL** |
| vs. | Trial Date: August 8, 2023 |
| SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50. | |
| Defendants. | |

- 1 -

Pursuant to the Court's Case Management, Scheduling, and Pretrial Order (ECF No. 59), section IV.D.4, the Court's Civil Minutes (ECF No. 384), and the Order Regarding Objections to Plaintiffs' Exhibits (ECF No. 409), Plaintiffs submit their Top 100 exhibits to be used at trial. This amended pleading includes the Exhibit Number, Brief Statement of Substance and Purpose, Sponsoring Witness, Table of Objections and Responses thereto. The Exhibit Numbers track those that were originally submitted by Plaintiffs.

## I. Numerical List of Exhibits Plaintiffs' Will Offer As Evidence in Their Case In Chief With a Brief Statement Describing the Substance and Purpose of Each Exhibit and the Name of the Sponsoring Witness

| Evidence # | Brief Statement of Substance and Purpose | Sponsoring Witness |
|---|---|---|
| P 0001 | Czeisler Expert Report | Czeisler |
| P 0002 | Czeisler Suppl. Expert Report | Czeisler |
| P 0003 | Zeitzer Light Readings and C.V. | Czeisler/Zeitzer |
| P 0005 | Surveys of Class Members | Julianna de Miceli |
| P 0006 | Medical Records-Brackens, McAllister, Poot | Documents subpoenaed by Defendants, anticipate stipulation to foundation |
| P 0007 | Complaint, Kupers Declaration, Zeitzer Decl., Zeitzer Report, Zeitzer Testimony, Photos Taken Measuring Light Levels at Jail | Czeisler (as basis for opinion), Zeitzer, Judicial Notice of Official Court Records |
| P 0008 | Light Measurements, Defense Expert Report, Discovery Response and Depo Excerpts | Zeitzer |
| P 0009 | Jail Medical Records for Brackens, Brown, Carlos, Harris, McAlister, Norbert and Poot | Documents subpoenaed by Defendants, anticipate stipulation to foundation |
| P 0014 | Ghannam Expert Report attached as Exh. B to Ghannam deposition | Ghannam |
| P 0016 | Zeitzer Jail Light Readings attached as Exhibit D to Zeitzer Depo Transcript | Zeitzer |
| P 0017 | Decl. of Zeitzer ISO Motion for Preliminary Injunction | Zeitzer |
| P 0018 | 39 Photos of Light Measurements (indoor) and Equipment at CJ#5 | Zeitzer |
| P 0019 | 14 Photos of Outdoor Areas and Outdoor Light Measurements at CJ5 | Zeitzer |
| P 0027 | 7 Photos of the Gym and Grated Windows at CJ5 | Zeitzer |

| P 0028 | 16 Photos of Common Areas/Day Room at CJ#5 | Zeitzer |
|---|---|---|
| P 0029 | 111 Photos of Light Measurements at CJ#5 taken on August 22, 2022, by Brooke Anderson | Zeitzer |
| P 0030 | 4 Photos of Cells at CJ#5 | Zeitzer |
| P 0032 | Light Readings-Excel Spreadsheet | Zeitzer |
| P 0033 | Light Readings-Excel Spreadsheet | Zeitzer |
| P 0034 | Light Readings-Numbers Spreadsheet | Zeitzer |
| P 0035 | Light Readings-Numbers Spreadsheet | Zeitzer |
| P 0036 | Handwritten notes on Stanford Center on Longevity notepad | Zeitzer |
| P 0037 | Handwritten notes on Stanford Center on Longevity notepad | Zeitzer |
| P 0038 | Light Readings Report of Measurements done July 18, 2022 | Zeitzer |
| P 0039 | Light Readings Report of Measurements done on August 22, 2022 | Zeitzer |
| P 0040 | Photo of Radiometer Photometer | Zeitzer |
| P 0058 | Mirkami File Documents BATES stamped | Mirkarimi |
| P 0059 | Office of the San Francisco Controller's Office re: Staffing Concerns | Mirkarimi |
| P 0060 | E-Mails to and from San Francisco Controller's Office re: Staffing and Deficit Concerns | Mirkarimi |
| P 0061 | November 20, 2020, letter from Sheriff Paul Miyamoto to Supervisor Sandra Fewer re: projected budget deficit | Miyamoto |
| P 0062 | SF Deputy Sheriff's Association v. CCSF, Sheriff's Department-Arbitrator's Opinion and Award, dated January 8, 2017 | Judicial Notice |
| P 0063 | Letter dated December 26, 2019, from Ken Lomba to Sheriff Hennessey and Sheriff Elect Miyamoto (part of Mirkarimi reliance materials) | Lomba |
| P 0064 | Letter dated January 13, 2022, from Ken Lomba to Sheriff Miyamoto (part of Mirkarimi reliance materials) | Lomba |
| P 0065 | Title 24 Minimum Standards for Detention Facilities 2018 | Official Govt Document |
| P 0066 | Title 15 Minimum Standards for Local Detention Facilities-Effective April 1, 2017 | Official Govt Document |
| P 0067 | Sheriff's Dept, Custody Division Policy and Procedure Jail Security Rounds | Mirkarimi |
| P 0068 | Letter and Attachments to Paul Miyamoto, from counsel for SF Deputy Sheriffs' Ass'n | Lomba |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| | | |
|---|---|---|
| | dated August 8, 2022 re: Crow's Nest Staffing Pilot Project | |
| P 0069 | Letter to Carol Isen (HR) from counsel for SF Deputy Sheriffs' Ass'n dated May 5, 2021, and exhibits | Lomba |
| P 0070 | Letter to Ardis Graham, Employee Relations Director, from counsel for SF Deputy Sheriffs' Ass'n, dated April 26, 2022 | Lomba |
| P 0071 | Letter to Sheriff Paul Miyamoto from counsel for SF Deputy Sheriffs' Ass'n dated April 7, 2022, and attachments | Lomba |
| P 0072 | Unfair Labor Practice Charge filed by SF Deputy Sheriffs' Ass'n before the Public Employment Relations Board, dated August 9, 2022 | Lomba |
| P 0074 | Emails rec'd by Lomba confirming Deputy drafts | Lomba |
| P 0075 | Global Staffing Reports from SFSD rec'd by Lomba, January 10, 2023 | Lomba |
| P 0177 | Staff Report  January 2020 | Lomba |
| P 0178 | Staff Report  February 2020 | Lomba |
| P 0179 | Staff Report  March 2020 | Lomba |
| P 0180 | Staff Report  April 2020 | Lomba |
| P 0181 | Staff Report  May 2020 | Lomba |
| P 0182 | Staff Report  June 2020 | Lomba |
| P 0183 | Staff Report  July 2020 | Lomba |
| P 0184 | Staff Report  August 2020 | Lomba |
| P 0185 | Staff Report  September 2020 | Lomba |
| P 0186 | Staff Report  October 2020 | Lomba |
| P 0187 | Staff Report  November 2020 | Lomba |
| P 0188 | Staff Report  December 2020 | Lomba |
| P 0189 | Staff Report  January 2021 | Lomba |
| P 0190 | Staff Report  February 2021 | Lomba |
| P 0191 | Staff Report  March 2021 | Lomba |
| P 0192 | Staff Report  April 2021 | Lomba |
| P 0193 | Staff Report  May 2021 | Lomba |
| P 0194 | Staff Report  June 2021 | Lomba |
| P 0195 | Staff Report  July 2021 | Lomba |
| P 0196 | Staff Report  August 2021 | Lomba |
| P 0197 | Staff Report  September 2021 | Lomba |
| P 0198 | Staff Report  October 2021 | Lomba |
| P 0199 | Staff Report  November 2021 | Lomba |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| P 0200 | Staff Report  December 2021 | Lomba |
|---|---|---|
| P 0201 | Staff Report  December 2021 | Lomba |
| P 0202 | Staff Report  January 2022 | Lomba |
| P 0203 | Staff Report  February 2022 | Lomba |
| P 0204 | Staff Report  March 2022 | Lomba |
| P 0205 | Staff Report  April 2022 | Lomba |
| P 0206 | Staff Report  May 2022 | Lomba |
| P 0207 | Staff Report  June 2022 | Lomba |
| P 0208 | Staff Report  July 2022 | Lomba |
| P 0209 | Staff Report  August 2022 | Lomba |
| P 0210 | Staff Report  September 2022 | Lomba |
| P 0211 | Staff Report  October 2022 | Lomba |
| P 0212 | Sabor Consulting Staffing Recommendations | Lomba |
| P 0213 | CJ#5 Manual Redacted | Lomba |
| P 0214 | Sheriff Office Promotions & consultant report re vacancy | Lomba |
| P 0215 | 2015 Inquiry Into the Operation and Programs of the San Francisco Jails | Lomba |
| P 0216 | 2016 Report: "Our Largest Mental Health Facility Needs Attention" | Lomba |
| P 0217 | Civil Grand Jury complaint against SF Sheriff | Lomba |
| P 0227 | Email CORR re staffing and promotions | Lomba |
| P 0228 | Email CORR re staffing and promotions | Lomba |
| P 0229 | Email CORR re staffing and promotions | Lomba |
| P 0231 | CORR re staffing and promotions | Lomba |
| P 0232 | Staff Report | Lomba |
| P 0234 | Exh A to Lomba Depo, Officer Safety Discussion | Lomba |
| P 0236 | Exh C to Lomba Depo, County Jail #3 Lockdowns July 2021 | Lomba |
| P 0241 | Medical Records for Brackens from 10/8/2019 to 7/15/2022 | Brackens |
| P 0248 | Medical Records for McAllister 8/30/2020 to 10/31/2020 | McAllister |
| P 0254 | Medical Records for Poot 6/4/2021 to 9/13/2022 | Poot |
| P 0256 | Exh. 1 to Miyamoto Depo, Ltr from Miyamoto to Mayor Breed re: SFSO Operational and Financial Challenges Resulting from Covid dated January 26, 2022 | Miyamoto |
| P 0259 | Exh. 1 to McConnell Depo, SFSD Mission Statement | McConnell |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| P 0260 | Exh. 3 to McConnell Depo, 20/20 Vision: Revitalize and Redefine the Sheriff's Office | McConnell |
|---|---|---|

## II. Plaintiffs' Chart of Disputed Exhibits, Stating Basis Of The Objection And Response Thereto

The only exhibit remaining to which Defendants raised no objection is Exhibit 213. Below is a chart of Defendants' objections to Plaintiffs' exhibit list and Plaintiffs' responses, with space provided for the Court's ruling:

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| P 0001 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, CCSF MIL No. 1 – Apply MSJ Rulings, FRE 401, 402 - Relevance, FRE 805 - Hearsay w/in Hearsay, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 3 – Late Disclosed Evidence, FRE 801, 802 - Hearsay | The Expert Report was timely served on September 2, 2022. The deadline for Initial Expert Disclosures was 9/2/2022. (ECF 241). FRE 703 provides that "an expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed. If experts in the particular field would reasonably rely on those kinds of facts or data in forming an opinion on the subject, they need not be admissible for the opinion to be admitted." FRE 703 permits an expert to testify to an opinion even if that opinion is based on otherwise inadmissible facts or data. *Williams v. Illinois,* 132 S. Ct. 2221, 2242, (2012). Rule 703 permits an expert to base opinion testimony on personal knowledge, evidence admitted at trial, or evidence not admitted so long as it supplies the kind of facts or data that experts in the field "reasonably rely" on in forming an opinion. *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 591 (1993) ; Fed. R. Evid. 703. See also, Plaintiffs' Opposition to Defendants' MILs Nos. 1, 3 and 4. | |
| P 0002 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, CCSF MIL No. 1 – Apply MSJ Rulings, FRE 401, 402 - | On November 1, 2022, Plaintiffs served Defendants with Dr. Czeisler's Supplementary Expert Report. On January 17, 2023, Defendants completed Dr. Czeisler's deposition. There is no prejudice to Defendants. Defendants were able to, and | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | Relevance, FRE 805 - Hearsay w/in Hearsay, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 3 – Late Disclosed Evidence, FRE 801, 802 - Hearsay | did, address the Second Czeisler Report in the January 17, 2023, deposition—two and a half months after their receipt of the report and all materials upon which Dr. Czeisler relied. FRE 703 provides that "an expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed. If experts in the particular field would reasonably rely on those kinds of facts or data in forming an opinion on the subject, they need not be admissible for the opinion to be admitted." FRE 703 permits an expert to testify to an opinion even if that opinion is based on otherwise inadmissible facts or data. *Williams v. Illinois,* 132 S. Ct. 2221, 2242, (2012). Rule 703 permits an expert to base opinion testimony on personal knowledge, evidence admitted at trial, or evidence not admitted so long as it supplies the kind of facts or data that experts in the field "reasonably rely" on in forming an opinion. *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579, 591 (1993) ; Fed. R. Evid. 703. See also, Plaintiffs' Opposition to Defendants' MILs Nos. 1, 3 and 4. | |
| P 0003 | FRE 401, 402 - Relevance, CCSF MIL No. 1 – Apply MSJ Rulings | Light readings are relevant to harm from lack of exposure to natural sunshine and sunlight (ECF 1), this evidence was not excluded by the Court's Summary Judgment Orders. See also, Plaintiffs' Opposition to Defendants' MILs Nos. 1 and 4. | |
| P 0005 | FRE 901 - Authenticy, FRCP 26 - Not Timely disclosed/produced, Combines Multiple Documents, CCSF MIL No. 1 - Apply MSJ Rulings, FRE 401, 402 - Relevance, FRE 805-Hearsay within Hearsay, CCSF MIL No. 4-Claims Not at Issue, CCSF MIL No. 3-Late Disclosed | FRE 702-surveys are product of reliable principles and methods; evidence was not obtained in violation of a Court Order (ECF 307,pp. 9:24-10:7), evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. See Plaintiffs' Oppositions to Defendants' MILs 1, 3 and 4. | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | Evidence, FRE 801, 802 - Hearsay | | |
| P 0006 | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 4 – Claims Not At Issue | Documents were produced in same manner as they were produced to Plaintiffs' counsel, relevant to existence of damage from conditions of confinement and need for injunctive relief and incidental damages. See Plaintiffs' Oppositions to Defendants' MILs 1 and 4. | |
| P 0007 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 2 – Late Disclosed Witnesses | FRE 702-surveys are product of reliable principles and methods; evidence was not obtained in violation of a Court Order (ECF 307,pp. 9:24-10:7), evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. See Plaintiffs' Oppositions to Defendants' MILs 1, 2, 3 and 4. | |
| P 0008 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, FRE 1002 - Best Evidence, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses, CCSF MIL No. 3 – Late Disclosed Evidence | FRE 702-surveys are product of reliable principles and methods; evidence was not obtained in violation of a Court Order (ECF 307,pp. 9:24-10:7), evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. See Plaintiffs' Oppositions to Defendants' MILs 1, 2, 3 and 4. | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| P 0009 | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 801, 802 - Hearsay, CCSF MIL No. 4 – Claims Not At Issue, FRE 805 - Hearsay w/in Hearsay | Documents were produced in same manner as they were produced to Plaintiffs' counsel, relevant to existence of damage from conditions of confinement and need for injunctive relief and incidental damages. See Plaintiffs' Oppositions to Defendants' MILs 2, and 4. | |
| P 0014 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 4 – Claims Not At Issue, FRE 701 - Speculation | The Expert Report was timely served on September 2, 2022. The deadline for Initial Expert Disclosures was 9/2/2022. (ECF 241). FRE 703 provides that "an expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed. If experts in the particular field would reasonably rely on those kinds of facts or data in forming an opinion on the subject, they need not be admissible for the opinion to be admitted." FRE 703 permits an expert to testify to an opinion even if that opinion is based on otherwise inadmissible facts or data. *Williams v. Illinois,* 132 S. Ct. 2221, 2242, (2012). Rule 703 permits an expert to base opinion testimony on personal knowledge, evidence admitted at trial, or evidence not admitted so long as it supplies the kind of facts or data that experts in the field "reasonably rely" on in forming an opinion. *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579, 591 (1993) ; Fed. R. Evid. 703. Plaintiffs' Opposition to Defendants MILs Nos. 1 and 4. | |
| P 0016 | FRE 403 - Duplicative, Cumulative | Defendants have not stated why this Exhibit is either duplicative or cumulative. Accordingly, there is no basis for the Court to sustain this objection. | |
| P 0017 | FRE 403 - Substantially More Prejudicial Than Probative, FRE 801, 802 - Hearsay, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 805 - Hearsay w/in Hearsay, | FRE (b)(1) Former Testimony, See also Plaintiffs' Oppositions to Defendants' MILs cited in this Objection. Plaintiffs' Opposition to Defendants MILs Nos. 1 and 4. | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
|  | CCSF MIL No. 1 – Apply MSJ Rulings |  |  |
| P 0018 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication | These photographs have been or will be authenticated at trial by Dr. Zeitzer. |  |
| P 0019 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication, FRE 403- Cumulative, Combines Multiple Documents, FRE 401, 402 - Relevance | These photographs have been or will be authenticated at trial by Dr. Zeitzer. |  |
| P 0027 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication | Pursuant to FRE 602 and FRE 901, photographs of CJ5 will be authenticated at trial by Plaintiffs' witnesses Dr. Jaime Zeitzer, Ross Mirkarimi and Ken Lomba, as well as the Plaintiff Class Representatives and class members who will testify at trial. The photographs can also be authenticated by current Sheriff Paul Miyamoto (listed on both Plaintiffs' and Defendants' Witness Lists), as well as many of the numerous Sheriff's Deputies listed on Defendants' Witness List. |  |
| P 0028 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication | Pursuant to FRE 602 and FRE 901, photographs of CJ5 will be authenticated at trial by Plaintiffs' witnesses Dr. Jaime Zeitzer, Ross Mirkarimi and Ken Lomba, as well as the Plaintiff Class Representatives and class members who will testify at trial. The photographs can also be authenticated by current Sheriff Paul Miyamoto (listed on both Plaintiffs' and Defendants' Witness Lists), as well as many of the numerous Sheriff's Deputies listed on Defendants' Witness List. |  |
| P 0029 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication | These photographs will be authenticated at trial by either Dr. Jaime Zeitzer or by Brooke Anderson. |  |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| P 0030 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication | Pursuant to FRE 602 and FRE 901, photographs of CJ5 will be authenticated at trial by Plaintiffs' witnesses Dr. Jaime Zeitzer, Ross Mirkarimi and Ken Lomba, as well as the Plaintiff Class Representatives and class members who will testify at trial. The photographs can also be authenticated by current Sheriff Paul Miyamoto (listed on both Plaintiffs' and Defendants' Witness Lists), as well as many of the numerous Sheriff's Deputies listed on Defendants' Witness List. | |
| P 0032 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. The evidence is also relevant to demonstrate the differences between the light provided inside CJ5 contrasted with the light that would be available outdoors. The evidence is also relevant to harm caused by excessive in-cell confinement. The evidence will be authenticated at trial by Dr. Jaime Zeitzer or by Brooke Anderson. See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0033 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. The evidence is also relevant to demonstrate the differences between the light provided inside CJ5 contrasted with the light that would be available outdoors. The evidence is also relevant to harm caused by excessive in-cell confinement. The evidence will be authenticated at trial by Dr. Jaime Zeitzer or by Brooke Anderson. See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0034 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural | |

- 11 -

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
| | | sunlight. The evidence is also relevant to demonstrate the differences between the light provided inside CJ5 contrasted with the light that would be available outdoors. The evidence is also relevant to harm caused by excessive in-cell confinement. The evidence will be authenticated at trial by Dr. Jaime Zeitzer or by Brooke Anderson. See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0035 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. The evidence is also relevant to demonstrate the differences between the light provided inside CJ5 contrasted with the light that would be available outdoors. The evidence is also relevant to harm caused by excessive in-cell confinement. The evidence will be authenticated at trial by Dr. Jaime Zeitzer or by Brooke Anderson. See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0036 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. The evidence is also relevant to demonstrate the differences between the light provided inside CJ5 contrasted with the light that would be available outdoors. The evidence is also relevant to harm caused by excessive in-cell confinement. The evidence will be authenticated at trial by Dr. Jaime Zeitzer or by Brooke Anderson. See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0037 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. The evidence is also relevant to demonstrate the differences between the | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
| | | light provided inside CJ5 contrasted with the light that would be available outdoors. The evidence is also relevant to harm caused by excessive in-cell confinement. The evidence will be authenticated at trial by Dr. Jaime Zeitzer or by Brooke Anderson. See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0038 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. The evidence is also relevant to demonstrate the differences between the light provided inside CJ5 contrasted with the light that would be available outdoors. The evidence is also relevant to harm caused by excessive in-cell confinement. The evidence will be authenticated at trial by Dr. Jaime Zeitzer or by Brooke Anderson. See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0039 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. The evidence is also relevant to demonstrate the differences between the light provided inside CJ5 contrasted with the light that would be available outdoors. The evidence is also relevant to harm caused by excessive in-cell confinement. The evidence will be authenticated at trial by Dr. Jaime Zeitzer or by Brooke Anderson. See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0040 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to harm suffered by Plaintiff Class Members and Class Representatives as a result of excessive lockdowns and lack of exposure to natural sunlight. The evidence is also relevant to demonstrate the differences between the light provided inside CJ5 contrasted with the light that would be available outdoors. | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
| | | The evidence is also relevant to harm caused by excessive in-cell confinement. The evidence will be authenticated at trial by Dr. Jaime Zeitzer or by Brooke Anderson. See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0058 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | The Expert Report was timely served on September 2, 2022. The deadline for Initial Expert Disclosures was 9/2/2022. (ECF 241). FRE 703 provides that "an expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed. If experts in the particular field would reasonably rely on those kinds of facts or data in forming an opinion on the subject, they need not be admissible for the opinion to be admitted." FRE 703 permits an expert to testify to an opinion even if that opinion is based on otherwise inadmissible facts or data. *Williams v. Illinois,* 132 S. Ct. 2221, 2242, (2012). Rule 703 permits an expert to base opinion testimony on personal knowledge, evidence admitted at trial, or evidence not admitted so long as it supplies the kind of facts or data that experts in the field "reasonably rely" on in forming an opinion. *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 591 (1993) ; Fed. R. Evid. 703. | |
| P 0059 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, | 703 provides that "an expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed. If experts in the particular field would reasonably rely on those kinds of facts or data in forming an opinion on the subject, they need not be admissible for the opinion to be admitted." FRE 703 permits an expert to testify to an opinion even if that opinion is based on otherwise inadmissible facts or data. *Williams v. Illinois,* 132 S. Ct. 2221, 2242, (2012). Rule 703 permits an expert to base opinion testimony on personal knowledge, evidence admitted at | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | trial, or evidence not admitted so long as it supplies the kind of facts or data that experts in the field "reasonably rely" on in forming an opinion. *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 591 (1993) ; Fed. R. Evid. 703. See also, Plaintiffs' Oppositions to Defendants' MILs 1 and 4. | |
| P 0060 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0061 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| P 0062 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0063 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0064 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0065 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to the issue of Defendants' failure to provide the required outdoor exercise area and sufficient exercise space at CJ3. The evidence is an Official Publication (FRE 902(5)). See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0066 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | This evidence is relevant to the issue of Defendants' failure to provide the required outdoor exercise area and sufficient exercise space at CJ3. The evidence is an Official Publication (FRE 902(5)). See also, Plaintiffs' Opposition to Defendants' MIL No. 4. | |
| P 0067 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | | |
| P 0068 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0069 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0070 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0071 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0072 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0074 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0075 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | | |
| P 0177 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0178 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0179 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See* | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
| | | *also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0180 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0181 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0182 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
| P 0183 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0184 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0185 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0186 | FRCP 26 - Not timely disclosed/produced, FRE | Defendants have not identified why this evidence was allegedly not timely disclosed | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0187 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0188 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0189 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus | |

- 24 -

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0190 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0191 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0192 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible | |

- 25 -

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0193 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0194 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0195 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0196 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0197 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0198 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
|  | 3 – Late Disclosed Evidence | primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. |  |
| P 0199 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. |  |
| P 0200 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. |  |
| P 0201 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See* |  |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | | *also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0202 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0203 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0204 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
| P 0205 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0206 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0207 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0208 | FRCP 26 - Not timely disclosed/produced, FRE | Defendants have not identified why this evidence was allegedly not timely disclosed | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0209 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0210 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0211 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
| | Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0212 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 702 - Improper Expert Opinion, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0214 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 106 - Rule of Completeness, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, FRE 1002 - Best Evidence, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| P 0215 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0216 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0217 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 702 - Improper Expert Opinion, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, Improper Legal | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | Opinion, CCSF MIL No. 3 – Late Disclosed Evidence | | |
| P 0227 | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0228 | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0229 | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| P 0231 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0232 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0234 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0236 | FRCP 26 - Not timely disclosed/produced, FRE | Defendants have not identified why this evidence was allegedly not timely disclosed | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---------|-----------|----------------------|----------------|
|  | 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. |  |
| P 0241 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 5 – Lay Opinions | This document was produced as it was produced to Plaintiffs' counsel. FRE 703 provides that "an expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed. If experts in the particular field would reasonably rely on those kinds of facts or data in forming an opinion on the subject, they need not be admissible for the opinion to be admitted." FRE 703 permits an expert to testify to an opinion even if that opinion is based on otherwise inadmissible facts or data. *Williams v. Illinois,* 132 S. Ct. 2221, 2242, (2012). Rule 703 permits an expert to base opinion testimony on personal knowledge, evidence admitted at trial, or evidence not admitted so long as it supplies the kind of facts or data that experts in the field "reasonably rely" on in forming an opinion. *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579, 591 (1993) ; Fed. R. Evid. 703. See also, Plaintiffs' Oppositions to Defendants' MILs 1 and 4. This evidence is also relevant to the need for the injunctive relief sought by Plaintiffs, as well as incidental damages. |  |
| P 0248 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More | This document was produced as it was produced to Plaintiffs' counsel. FRE 703 provides that "an expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed. If experts in the particular field |  |

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 5 – Lay Opinions | would reasonably rely on those kinds of facts or data in forming an opinion on the subject, they need not be admissible for the opinion to be admitted." FRE 703 permits an expert to testify to an opinion even if that opinion is based on otherwise inadmissible facts or data. *Williams v. Illinois,* 132 S. Ct. 2221, 2242, (2012). Rule 703 permits an expert to base opinion testimony on personal knowledge, evidence admitted at trial, or evidence not admitted so long as it supplies the kind of facts or data that experts in the field "reasonably rely" on in forming an opinion. *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 591 (1993) ; Fed. R. Evid. 703. See also, Plaintiffs' Oppositions to Defendants' MILs 1 and 4. This evidence is also relevant to the need for the injunctive relief sought by Plaintiffs, as well as incidental damages. | |
| P 0254 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 5 – Lay Opinions | This document was produced as it was produced to Plaintiffs' counsel. FRE 703 provides that "an expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed. If experts in the particular field would reasonably rely on those kinds of facts or data in forming an opinion on the subject, they need not be admissible for the opinion to be admitted." FRE 703 permits an expert to testify to an opinion even if that opinion is based on otherwise inadmissible facts or data. *Williams v. Illinois,* 132 S. Ct. 2221, 2242, (2012). Rule 703 permits an expert to base opinion testimony on personal knowledge, evidence admitted at trial, or evidence not admitted so long as it supplies the kind of facts or data that experts in the field "reasonably rely" on in forming an opinion. *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 591 (1993) ; Fed. R. Evid. 703. See also, Plaintiffs' Oppositions to Defendants' MILs 1 and 4. This evidence is also relevant to the | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

| Ex. No. | OBJECTION | RESPONSE to OBJECTION | Court's Ruling |
|---|---|---|---|
| | | need for the injunctive relief sought by Plaintiffs, as well as incidental damages. | |
| P 0256 | FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0259 | FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, FRCP 26 - Not timely disclosed/produced | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |
| P 0260 | FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | Defendants have not identified why this evidence was allegedly not timely disclosed or produced (FRCP 26). This evidence was generated by Defendants and thus objections based on FRE 701, 602 and 901 are unfounded. This evidence is admissible under FRE 803(5), (6), (8), FRE 805 and FRE 807. This evidence supports Plaintiffs' allegations that the excessive and un-Constitutional lockdowns at CJ3 were the primarily the result of Defendants' budget and staffing decisions. (FRE 401, 402) *See also* Plaintiffs' Oppositions to the Defense MILs cited in this Objection. | |

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**

1

2                                        Respectfully Submitted by:

3

4    Dated: 7/26/23                       GREENFIRE LAW, P.C.

5                            By:   */s/ Richard A. Brody*

6                                  Richard A. Brody
                                   ATTORNEY FOR PLAINTIFFS
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFFS' AMENDED 100 EXHIBITS FOR TRIAL-- Case No.: 3:19-cv-02724 SK**