UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER REGARDING PLAINTIFFS' APPLICATION FOR WRIT OF HABEAS**<br><br>Regarding Docket No. 411 |

On July 26, 2023, Plaintiffs filed two applications for writ of habeas corpus ad testificandum. (Dkt. Nos. 411, 412.) One of these applications contained multiple errors within, including listing the Courtroom for trial as Courtroom B, listing the jail where Plaintiffs are incarcerated as located in Dublin, and listing July 11 as a trial date. (Dkt. No. 411.) Plaintiffs are hereby ORDERED to resubmit this application and proposed order with corrections by July 31, 2023.

**IT IS SO ORDERED**.

Dated: July 27, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　United States Magistrate Judge