United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al., | Case No. 19-cv-02724-SK |
| Plaintiffs, | |
| v. | **ORDER GRANTING HABEAS CORPUS APPLICATION** |
| CITY AND COUNTY OF SAN FRANCISCO, | Regarding Docket No. 416 |
| Defendant. | |

The COURT hereby ORDERS the Application for Writ of Habeas Corpus submitted by Plaintiffs on July 28, 2023 be GRANTED and that a Writ of Habeas Corpus Ad Testificandum be issued to secure the appearance of the following inmates: Montrail Brackens; Jose Poot; and Troy McAlister; who are confined at SAN FRANCISCO COUNTY JAIL 3, located at: 1 Moreland Drive, San Bruno, CA 94066, in the custody of the San Francisco Sheriff's Department.

These inmates are necessary and material parties for the trial in the above entitled matter. In order to secure these inmates attendance at these proceedings, a Writ of Habeas Corpus Ad Testificandum shall issue, commanding the Sn Francisco Sheriff to produce these inmates before Magistrate Judge Sallie Kim, United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom 4 (17 th Floor), San Francisco, California, 94102, on the following dates:

August 8, 2023;

August 9, 2023;

August 10, 2023;

August 11, 2023;

August 15, 2023;

1         August 16, 2023;

2         August 17, 2023; and,

3         August 18, 2023,

4 no later than 8 a.m. each date.

5         **IT IS SO ORDERED**.

6 Dated: July 28, 2023

*[signature]*

SALLIE KIM
United States Magistrate Judge