**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER EXCLUDING PLAINTIFFS' EXPERT WITNESS, JESS GHANNAM, PH.D., FROM TESTIFYING AT TRIAL (ECF NO. 387), AND ORDER DENYING PLAINTIFFS' MOTION FOR CLARIFICATION (ECF NO. 395)**<br><br>Hon. Sallie Kim, Presiding<br><br>Trial Date:  August 8, 2023 |

- 1 -

Having reviewed Plaintiffs' Administrative Motion for Leave to File Motion for Reconsideration of Order Excluding Plaintiffs' Expert Witness, Jess Ghannam, Ph.D, from Testifying at Trial (ECF No. 387) and Order Denying Plaintiffs' Motion for Clarification (ECF No. 395), and Good Cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion for Leave to File Motion for Reconsideration of Order Excluding Plaintiffs' Expert Witness, Jess Ghannam, Ph.D, from Testifying at Trial (ECF No. 387) and Order Denying Plaintiffs' Motion for Clarification (ECF No. 395) is hereby granted.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Reconsideration of Order Excluding Plaintiffs' Expert Witness, Jess Ghannam, Ph.D, from Testifying at Trial (ECF No. 387) and Order Denying Plaintiffs' Motion for Clarification (ECF No. 395) is hereby set for hearing on August ____, 2023, at _____.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall file Plaintiffs' Motion for Reconsideration of Order Excluding Plaintiffs' Expert Witness, Jess Ghannam, Ph.D, from Testifying at Trial (ECF No. 387) and Order Denying Plaintiffs' Motion for Clarification (ECF No. 395) on the first Court date following issuance of this Order.

IT IS FURTHER ORDERED that Defendants' Opposition, if any, shall be filed on or before August ___, 2023.

IT IS SO ORDERED.

Dated: _____, 2023

_____
Hon. Sallie Kim
Magistrate Judge