**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**REQUEST FOR CLARIFICATION AND GUIDANCE REGARDING REQUIRED SETS OF DOCUMENTS AT TRIAL**<br><br>Trial Date:  August 8, 2023<br>        Federal District Court<br>        450 Golden Gate<br>        San Francisco, CA 94102<br>        Courtroom 4, 17th Floor<br><br>Hon. Sallie Kim, presiding |

### I.      Statement of Facts

The Court's Order (ECF 185, ¶ VI (I)]) states that the Court requires two copies of exhibits in addition to the official record exhibits.  Plaintiffs have provided the Court with a larger set of proposed exhibits, which was reduced to 100, per the Court's Order.

Plaintiffs seek guidance on whether Plaintiffs need to provide the Court with two additional copies of exhibits, or whether the first, larger set, will count as one set.

Secondly, common practice has the party introducing a document, in addition to the official record exhibit, also makes a set of all exhibits, as a courtesy copy for opposing counsel.

Plaintiffs' queried defense counsel as to whether defense counsel would stipulate that an electronic set was sufficient.  Defense counsel demurred in a response, stating this is an issue that should be raised with the Court.

### II.      Plaintiffs Request

Exemplified by this year's heat waves, due to global warming, and climate chaos, plaintiffs seek clarification on whether it is permission to avoid the need for extra paper copies.  Plaintiffs seek clarification on whether:

1. whether Plaintiffs need to provide the Court with two additional copies of exhibits, or whether the first, larger set, will count as one set; and,
2. whether Plaintiffs may serve defense counsels with an electronic copy of the exhibits in lieu of a paper copy.

### III.      REQUESTS FOR CLARIFICATION ARE APPROPRIATE TO CLARIFY A LITIGANT'S DUTY

While there is no specific Federal Rule of Civil Procedure which governs requests for clarification, *United States v. Philip Morris USA, Inc* 793 F. Supp. 2d 165 (DC Dist. Ct. 2011); applying to the Courts for clarification is appropriate to clarify a litigant's duty. See *Regal Knitwear Co. v. NLRB*, 324 U.S. 9, 15 (1945)("…we think courts would not be apt to withhold a

clarification in the light of a concrete situation that left parties or "successors and assigns" in the dark as to their duty toward the court.")

Fed. R. Civ. P. 60(a) also provides in pertinent part that "the court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice."  The Court has authority to modify its own interlocutory orders even when a motion for clarification does not meet the requirements for a motion for reconsideration.  *Nancy Zhang v. Realty,* 2022 U.S. Dist. LEXIS 218965, at 7-8 (C.D. Cal. August 24, 2022).

Plaintiffs make this request in advance of the final pretrial conference because as the pretrial conference is only two business days before the trial, Plaintiffs seek clarification now so as to have sufficient time to make additional copies if the Court should so order.

Plaintiffs respectfully request that the Court issue an Order clarifying the obligation and number of paper copies of exhibits Plaintiffs need to provide the Court and defendants.

Respectfully Submitted by:


 Dated: 7/29/2023                                LAW OFFICE OF YOLANDA HUANG

                                           By:   */s/ Yolanda Huang*
                                                 YOLANDA HUANG
                                                 ATTORNEY FOR PLAINTIFFS

Request For Clarification Required Sets of Documents At Trial No.: 3:19-cv-02724 SK

[Proposed]

ORDER

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Plaintiffs shall provide on the first day of trial [one]  or  [two] sets of exhibits to the Court in addition to one set of official exhibits.  (ECF 185. ¶VI (I)].

IT IS FURTHER ORDERED that to comply with this Court's Case Management and Pretrial Order, Plaintiffs may serve defendants with an electronic copy of the trial exhibits in lieu of a paper copy.

Or

IT IS FURTHER ORDERED that to comply with this Court's Case Management and Pretrial Order, Plaintiffs shall serve defendants with a paper copy of the trial exhibits.

Dated:  July 28, 2023

_____
SALLIE KIM
United States Magistrate Judge