**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF YOLANDA HUANG IN SUPPORT OF REQUEST FOR CLARIFICATION RE SETS OF DOCUMENTS REQUIRED AT TRIAL**<br><br>Trial Date:  August 8, 2023<br>Dept: Courtroom 4, 17th Floor<br>      Federal District Court<br>      450 Golden Gate Ave.<br>      San Francisco, CA<br><br>Hon. Sallie Kim, presiding |

I, YOLANDA HUANG, do declare and state:

1. I emailed defense counsels Sabrina Berdux and Kaitlyn Murphy stating:

"I acknowledge that normal protocol requires providing a copy to the witness, and a copy to opposing counsel.  It is also an enormous amount of paper and I am very mindful of waste and climate change.

Would you be willing to stipulate that we can provide the witness and opposing counsel with electronic copies which can be shown on the flat screen in lieu of paper copies - if this is acceptable, I can draft a stipulation."

2. Attached as Exhibit A is a true and correct copy of this email.

3. Ms. Berdux responded:

"I think we should bring this issue to the Court's attention at our final pre-trial conference. I don't feel comfortable answering wholesale yes or no for all of the witnesses. I do distinctly remember difficulties with the screen/computer connections in Judge Alsup's courtroom."

4. Attached as Exhibit B is a true and correct copy of this email.


I make this declaration under penalty of perjury under the laws of the United States of America, executed this 28th day of July, 2023, in Berkeley, California

By:  */s/ Yolanda Huang*
        **YOLANDA HUANG**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

 Gmail                                                                                                  Yolanda Huang <yhuang.law@gmail.com>

## Norbert - Exhibit Binders

**Yolanda Huang** <yhuang.law@gmail.com>                                                                  Fri, Jul 28, 2023 at 9:14 AM
To: "Berdux, Sabrina (CAT)" <Sabrina.M.Berdux@sfcityatty.org>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>, Richard Brody <rbrody@greenfirelaw.com>, "Hill, Kathleen (CAT)" <Kathleen.Hill@sfcityatty.org>

Counsels,
I just emailed Judge Kim's clerk on the actual number of physical copies of the exhibit binders required.

I acknowledge that normal protocol requires providing a copy to the witness, and a copy to opposing counsel. It is also an enormous amount of paper and I am very mindful of waste and climate change.

Would you be willing to stipulate that we can provide the witness and opposing counsel with electronic copies which can be shown on the flat screen in lieu of paper copies - if this is acceptable, I can draft a stipulation.

Yours truly,

--

Yolanda Huang, Esq.

PO Box 5475 • Berkeley • CA • 94705 •  Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

On Tue, Jul 25, 2023 at 11:26 AM Berdux, Sabrina (CAT) <Sabrina.M.Berdux@sfcityatty.org> wrote:
[Quoted text hidden]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

   Yolanda Huang <yhuang.law@gmail.com>

## Norbert - Exhibit Binders

**Berdux, Sabrina (CAT)** <Sabrina.M.Berdux@sfcityatty.org>   Fri, Jul 28, 2023 at 1:20 PM
To: Yolanda Huang <yhuang.law@gmail.com>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>, Richard Brody <rbrody@greenfirelaw.com>, "Murphy, Kaitlyn (CAT)" <Kaitlyn.Murphy@sfcityatty.org>

Good Morning,

I think we should bring this issue to the Court's attention at our final pre-trial conference. I don't feel comfortable answering wholesale yes or no for all of the witnesses. I do distinctly remember difficulties with the screen/computer connections in Judge Alsup's courtroom.

We already have the appropriate number of binders printed.

Thanks,

   **Sabrina M. Berdux Cohen (she/hers)**

Deputy City Attorney

Office of City Attorney David Chiu

(415) 554-3929 Direct

www.sfcityattorney.org

[Quoted text hidden]

   **image001.jpg**
51K