DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3929 [Berdux]
Telephone:      (415) 554-6762 [Murphy]
Facsimile:      (415) 554-3837
E-Mail:         sabrina.m.berdux@sfcityatty.org
E-Mail:         kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS, <br><br> Plaintiffs, <br><br> vs. <br><br> SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50, <br><br> Defendants. | Case No. 19-cv-02724-SK (LB) <br><br> **DEFENDANTS' UPDATED WITNESS LIST** <br><br> Trial Date:          August 8, 2023 |

| Full Name | Subject of Testimony | Anticipated Length of Direct Examination |
|---|---|---|
| SFSO Sheriff Chief Paul Miyamoto | SFSO, jail conditions, jail operations, jail standards, interactions with plaintiffs, statements of plaintiffs, health conditions of plaintiffs, complaints of plaintiffs, housing status of plaintiffs, jail inspections, jail approvals, jail security, staffing of jails | 1.5 hours |
| SFSO Former Sheriff Michael Hennessey | SFSO, building CJ3, design of CJ3, BSCC waivers and approvals of CJ3, San Mateo County and City of San Bruno permits, objections, conditions to CJ3 building, considerations in designing and building CJ3, funding building of CJ3, jail operations, jail standards, interactions with plaintiffs, statements of plaintiffs, health conditions of plaintiffs, complaints of plaintiffs, housing status of plaintiffs, jail inspections, jail approvals, jail security | 1 hours |
| SFSO Current Undersheriff Kathy Johnson | SFSO, jail conditions, jail operations, jail standards, outdoor access, out of cell time, staffing, jail inspections, jail approvals, jail security | 1 hours |
| SFSO Captain Stephen Tilton – Former Facility Commander of County Jail 3 | SFSO, jail conditions, jail operations, jail standards, interactions with plaintiffs, statements of plaintiffs, health conditions of plaintiffs, complaints of plaintiffs, housing status of plaintiffs, jail inspections, jail approvals, jail security, Covid management, data, and response, out of cell time, outdoor access | 1 hours |
| SFSO Captain James Quanico – Current Facility Commander of County Jail 3 | SFSO, jail conditions, jail operations, jail standards, interactions with plaintiffs, statements of plaintiffs, health conditions of plaintiffs, complaints of plaintiffs, housing status of plaintiffs, jail inspections, jail approvals, jail security, Covid management, data, and response, out of cell time, outdoor access | 1 hours |
| SFSO Lieutenant Linda Bui – Former Lt. re: inmate data or SFSO Lucas Jennings – | SFSO, inmate populations, inmate assignments, population data regarding length of time in jail, population data regarding classification of inmates | 30 minutes |

| Full Name | Subject of Testimony | Anticipated Length of Direct Examination |
|---|---|---|
| Current Lt. re: inmate data | | |
| SFSO Captain John Ramirez or SFSO John Gudino – Current facilities manager | SFSO, building CJ3, design of CJ3, BSCC waivers and approvals, permits, considerations in designing and building CJ3, jail conditions, jail operations, jail standards, interactions with plaintiffs, jail inspections, jail approvals, jail security, jail maintenance, jail lighting, jail facilities, jail air flow, air filters, fresh air, planning and resources projects, jail facilities, jail security, outdoor access, pod gyms, jail standards jail inspections, jail approvals, jail security, jail facilities, air handlers, air exchange rates, fresh air in jail | 30 minutes |
| SFSO Lieutenant James Gomez or SFSO Scott Bergstresser | SFSO, classification, disciplinary history, administrative segregation, jail operations, jail standards, interactions with plaintiffs, statements of plaintiffs, jail security, keep-away orders, how to maintain keep away orders, maximum security inmates, how to keep maximum security inmates secure, staffing needed for maximum security inmates, staffing needed for administrative segregation inmates, security and safety concerns regarding maximum security and administrative segregation inmates | 1 hour |
| SFSO Alissa Riker | SFSO Director of Programs, jail programming, programming offered, programming of plaintiffs, programming status, programming success, programming limitations, programming during Covid, programming for administrative segregation, programming for mental health | 30 minutes |
| SFSO Captain Kevin McConnell | SFSO, jail conditions, jail operations, jail standards, interactions with plaintiffs, statements of plaintiffs, health conditions of plaintiffs, complaints of plaintiffs, housing status of plaintiffs, jail inspections, jail approvals, jail security, Covid management, data, and response, jail schedule, inmate schedules, visiting protocols, phone protocols, grievances protocols, classification, experience with plaintiffs | 1 hours |

| Full Name | Subject of Testimony | Anticipated Length of Direct Examination |
|---|---|---|
| Plaintiffs' Counsel's Photographer | Photographs taken at County Jail 3 during Court inspection | 30 minutes |
| Class member Kenyon Norbert (by depo designation) | Jail conditions, out of cell time, outdoor access, effects of out of cell time and outdoor access, classification status, disciplinary history, grievances | 30 minutes |
| Plaintiff Troy McAllister | Jail conditions, out of cell time, outdoor access, effects of out of cell time and outdoor access, classification status, disciplinary history, grievances | 30 minutes |
| Class member Marshall Harris (by depo designation) | Jail conditions, out of cell time, outdoor access, effects of out of cell time and outdoor access, classification status, disciplinary history, grievances | 30 minutes |
| Class member Michael Brown (by depo designation) | Jail conditions, out of cell time, outdoor access, effects of out of cell time and outdoor access, classification status, disciplinary history, grievances | 30 minutes |
| Plaintiff Jose Poot | Jail conditions, out of cell time, outdoor access, effects of out of cell time and outdoor access, classification status, disciplinary history, grievances | 30 minutes |
| Plaintiff Montrail Bracken | Jail conditions, out of cell time, outdoor access, effects of out of cell time and outdoor access, classification status, disciplinary history, grievances | 30 minutes |
| Class member Armando Carlos (by depo designation) | Jail conditions, out of cell time, outdoor access, effects of out of cell time and outdoor access, classification status, disciplinary history, grievances | 30 minutes |
| Defendants' Expert Lawrence S. Mayer, MD PHD | Lawrence S. Mayer, MD, PhD, is a retained expert in statistics, biostatistics, epidemiology, psychiatry, public health, biomedical informatics, and health economics. He may offer opinions regarding whether there is sufficient epidemiologic evidence to support a claim of a causal relationship between the conditions of | 1 hours |

| Full Name | Subject of Testimony | Anticipated Length of Direct Examination |
|---|---|---|
| | confinement alleged in Plaintiffs' complaint and the health issues Plaintiffs allege those conditions caused, and what information would be necessary to reach an opinion regarding issues of causation. Dr. Mayer's opinions, curriculum vitae, list of prior testimony, and fee schedule were included with his reports. | |
| Defendants' Expert Jay Rosenthal | Jay Rosenthal, CCM, is a retained expert in meteorology and climatology. He will testify regarding the range and variability of weather and climate conditions at County Jail 3, formerly known as County Jail 5, in San Bruno, California, including the frequency of adverse weather conditions and the feasibility of constructing expanded recreational facilities outdoors. Mr. Rosenthal's opinions, curriculum vitae, list of prior testimony, and fee schedule were included with his report. | 30 minutes |
| Defendants' Expert Michael Rogers, MD | Michael S. Rogers, MD, is a retained expert in psychiatry and more specifically correctional psychiatry. Dr. Rogers will testify concerning his review of Plaintiffs' medical records, discovery responses, deposition testimony, and document production as well as the applicable academic literature. He may offer opinions regarding Plaintiffs' physical and/or psychological state and in particular whether the conditions of confinement alleged in Plaintiffs' complaint would have supported any injury Plaintiffs allege they suffer, as well as the nature and extent of Plaintiffs' injuries; causation of injury; Plaintiffs' medical history; the reasonableness and necessity of Plaintiffs' medical treatment; Plaintiffs' disabilities; and Plaintiffs' prognosis for future care. Dr. Rogers' opinions, curriculum vitae, list of prior testimony, and fee schedule are included with his report. | 1 hours |
| Defendants' Expert Julian Martinez | Julian Martinez is a retained expert in the fields of detention facility operations, detention facility practices, policies, and procedures. Mr. Martinez will testify regarding correctional practices and | 1 hours |

| Full Name | Subject of Testimony | Anticipated Length of Direct Examination |
|---|---|---|
| | operations, including but not limited to out-of-cell time, recreation, security, access to medical care, access to dental care, access to mental health care, lighting, orientation, grievance process, ADA facilities, access to courts and attorneys, safe living conditions, educational programs, clothing and bedding issuance and exchange, food program, telephone services, visiting, exercise, out-of-cell programming, access to light, library services, mail/correspondence, library services, showers and hair care, sanitation and cleanliness, self-help programs, religious programs, inmate population trends and changes, and whether the jail operations and management comported with San Francisco Sheriff's Department ("SFSO") policies and procedures, State and Federal standards, including Title 15, Title 24, the U.S. Constitution, Americans with Disabilities Act ("ADA"), the Board of State and Community of Corrections ("BSCC"), American Correctional Association, National Commission on Correctional Health Care, and sound correctional practices. Mr. Martinez's opinions, curriculum vitae, list of prior testimony, and fee schedule were included with his reports. | |
| Lisa Pratt MD, Director of Jail Health Medical Services | DPH, SFSO and Jail Health Services, Covid policies, responses to Covid, recommendations for Covid, outbreaks of Covid, lack of deaths from Covid, mental health services, policies, availability of care, treatments available, staffing, treatment protocols, inmate health, staffing and services compared to other jails and prisons, availability of mental health services, treatment of plaintiffs, health conditions of plaintiffs, status of plaintiffs, complaints of plaintiffs, presentations of plaintiffs, diagnoses and prognosis of plaintiffs | 1 hours |
| Defendants' Expert David Mathis, MD | David M Mathis, MD, FAAPF, CCHP-P, is a retained expert in internal medicine and more specifically correctional medicine. Dr. Mathis will testify concerning his review of Plaintiffs' medical records, discovery responses, deposition testimony, and document productions, as well as the applicable academic literature. He may offer | 1.5 hours |

| Full Name | Subject of Testimony | Anticipated Length of Direct Examination |
|---|---|---|
| | opinions regarding Plaintiffs' physical and/or psychological state and in particular whether the conditions of confinement alleged in Plaintiffs' complaint would have supported any injury Plaintiffs allege they suffer, as well as the nature and extent of Plaintiffs' injuries; causation of injury; Plaintiffs' medical history; the reasonableness and necessity of Plaintiffs' medical treatment; Plaintiffs' disabilities; and Plaintiffs' prognosis for future care. Dr. Mathis' opinions, curriculum vitae, list of prior testimony, and fee schedule were included with his report. | |

Dated:  July 31, 2023

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
SABRINA M. BERDUX
KAITLYN MURPHY
Deputy City Attorneys


By: */s/ Sabrina M. Berdux*
SABRINA M. BERDUX

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
SHERIFF PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY