DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Attorney
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
Telephone:     (415) 554-6762 [Murphy]
Facsimile:     (415) 554-3837
E-Mail:        sabrina.m.berdux@sfcityatty.org
E-Mail:        kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50,<br><br>    Defendants. | Case No. 19-cv-02724-SK (LB)<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION REGARDING REQUIRED SETS OF DOCUMENTS AT TRIAL (ECF NO. 420)**<br><br>Trial Date:          August 8, 2023 |

Defendants will abide by the Court's instructions regarding the number of copies of exhibit binders required for trial and respectfully submit that this is an issue the parties can efficiently address with the Court orally at the upcoming final pretrial conference rather than through motion practice.

Dated:  August 1, 2023

>    DAVID CHIU
>    City Attorney
>    MEREDITH B. OSBORN
>    Chief Trial Deputy
>    SABRINA M. BERDUX
>    KAITLYN MURPHY
>    Deputy City Attorneys
>
>    By: */s/ Kaitlyn Murphy*
>    KAITLYN MURPHY
>
>    Attorneys for Defendants
>    CITY AND COUNTY OF SAN FRANCISCO and SHERIFF PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY