**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>APPLICATION FOR LEAVE TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AT THE START OF THE TRIAL AND LEAVE TO AMEND SAID FINDINGS AND CONCLUSIONSVUPON THE CONCLUSION OF THE TRIAL AND (Proposed) ORDER<br><br>Trial Date:  August 8, 2023 |

Plaintiffs request leave to file proposed findings of fact and conclusions of law on the first day of trial.

The Civil Litigation Management Manual, 3rd Edition[1], by the Judicial Conference of the United States Committee on Court Administration and Case Management suggests in bench trials:

> Judges may have trouble finding time to decide the case once it is submitted, but cases become more difficult to decide as they grow cold with the passage of time. If you do take a case under submission, you should try to issue a written decision as soon as practicable. Keep in mind that as part of the March 31 and September 30 CJRA Reports (discussed in supra Chapter 4, Section B.1), you must list any civil bench trial that has been submitted for more than six months and any civil case pending more than three years after filing. A prompt decision saves resources, increases satisfaction with the court, and helps avoid listing the case on your CJRA Report.
>
> Consider:
> - having counsel submit proposed findings of fact and conclusions of law before trial begins, enabling you to accept or reject findings as the trial progresses (see Fed. R. Civ. P. 52);
> - having counsel argue the case immediately following the close of the evidence, as in a jury trial, instead of using post-trial briefings;
> - if briefing is needed, having briefs submitted before rather than after trial;
> - deciding the case, whenever possible, promptly after the closing arguments
> - by dictating findings of fact and conclusions of law into the record; and
> - adopting your own time standards for reaching decisions as soon as is practical.

---

[1] https://www.fjc.gov/sites/default/files/materials/29/Civil_Litigation_Management_Manual_Third_Edition.pdf

**Application for Leave to File Proposed Findings of Fact and Conclusions of Law -- Case No.: 3:19-cv-02724 SK**

> Your fact-finding can be greatly aided by using counsel-prepared materials, such as proposed findings of fact and conclusions of law, as well as through trial briefs. Regarding the former, you may find it helpful to require that each finding of fact and conclusion of law be brief, noncontentious, limited to a single assertion, and supported by appropriate citation to either the record or legal authority. Some judges also require that counsel mark the opponent's proposals to indicate which ones are contested and which are not (for an example of this approach, see online appendix). At the end of trial, you may consider allowing the parties a brief period to submit revised findings of fact and conclusions of law to conform to the evidence presented during the trial.

(Civil Litigation Management Manual, p. 110)

In light of the suggestions contained in the Civil Litigation Management Manual, plaintiffs request:

1) leave to file on the first day of trial:
    a. proposed Findings of Fact, and
    b. proposed Conclusions of law

and

2) leave to file at the conclusion of the trial, amended Findings of Fact and Conclusions of law, to conform with the evidence adduced and admitted at trial.

Respectfully Submitted by:

Dated: 8/2/2023

LAW OFFICE OF YOLANDA HUANG

By: */s/ Yolanda Huang*

Yolanda Huang
ATTORNEY FOR PLAINTIFFS

[Proposed]
ORDER

Plaintiffs' request for leave to file proposed Findings of Facts and Findings of Law was reviewed at the pretrial conference, held on August 3, 2023.

Good cause appearing,

IT IS ORDERED that the parties may each file proposed Findings of Facts and Conclusions of Law no later than the start of trial on August 8, 2023.

IT IS FURTHER ORDERED that the parties may either file amended proposed Findings of Facts and Conclusions of Law, after the trial, in order to conform with evidence adduced and admitted at the trial, or if said party did not initially do so on August 8, 2023, a proposed Findings of Facts and Conclusions of Law. Any such proposed findings or amended proposed Findings and Conclusions shall be submitted no later than September __, 2023.

Dated:  August __, 2023

_____
United States Magistrate Judge