1  DAVID CHIU, State Bar #189542
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Attorney
3  SABRINA M. BERDUX, State Bar #248927
   KAITLYN MURPHY, State Bar #293309
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:  (415) 554-3929 [Berdux]
   Telephone:  (415) 554-6762 [Murphy]
7  Facsimile:  (415) 554-3837
   E-Mail:     sabrina.m.berdux@sfcityatty.org
8  E-Mail:     kaitlyn.murphy@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO and
10 PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13  KENYON NORBERT, TROY                     Case No. 19-cv-02724-SK (LB)
    MCALLISTER, MARSHALL HARRIS,
14  ARMANDO CARLOS, MONTRAIL                 **DEFENDANTS' STATEMENT REGARDING
    BRACKEN, MICHAEL BROWN AND JOSE          KENYON NORBERT'S TRIAL TESTIMONY**
15  POOT, ON BEHALF OF THEMSELVES
    INDIVIDUALLY AND OTHERS
16  SIMILARLY SITUATED, AS A CLASS           Trial Date:      August 8, 2023
    AND SUBCLASS,
17
            Plaintiffs,
18
       vs.
19
    SAN FRANCISCO COUNTY SHERIFF'S
20  DEPARTMENT, CITY AND COUNTY OF
    SAN FRANCISCO, SAN FRANCISCO
21  SHERIFF VICKI HENNESSY; CHIEF
    DEPUTY SHERIFF PAUL MIYAMOTO;
22  CAPTAIN JASON JACKSON, CAPTAIN
    MCCONNELL AND JOHN AND JANE
23  DOES, NOS. 1 -50,

24          Defendants.

On August 3, 2023, the Court informed the parties Mr. Kenyon Norbert, who is no longer housed in any San Francisco County Jail, refused to appear to testify at trial. Accordingly, Defendants withdraw Mr. Norbert's deposition designations from their trial witness list.

Dated: August 3, 2023

                      DAVID CHIU
                      City Attorney
                      MEREDITH B. OSBORN
                      Chief Trial Deputy
                      SABRINA M. BERDUX
                      KAITLYN MURPHY
                      Deputy City Attorneys

                By: */s/ Kaitlyn Murphy*
                      KAITLYN MURPHY

                      Attorneys for Defendants
                      CITY AND COUNTY OF SAN FRANCISCO and SHERIFF PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY