1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONTRAIL BRACKENS, et al.,

          Plaintiffs,

   v.

CITY AND COUNTY OF SAN FRANCISCO,

          Defendant.

Case No.  19-cv-02724-SK

**ORDER REGARDING PLAINTIFFS' TRIAL EXHIBITS**

Regarding Docket No. 413

On July 26, 2023 Plaintiffs submitted their amended 100 exhibits for trial.  (Dkt. No. 413.)  The Court notes that Plaintiffs' exhibits have created undue burden for the Court and for opposing counsel.  Numerous exhibits combined several documents into one, in violation of Court Orders that Plaintiffs select only their top 100 exhibits.  (Exhibits 7, 8.)  Other records were so voluminous as to be unworkable by the Court.  (Exhibits 6,7.)  When admissible, the Court has specified additional steps below which Plaintiffs need to take to present these exhibits at trial.  For those documents where the Court has reserved ruling, Defendant may renew its objections at trial and the Court will allow spoken objections.

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| P 0001 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, CCSF MIL No. 1 – Apply MSJ Rulings, FRE 401, 402 - Relevance, FRE 805 - Hearsay w/in Hearsay, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 3 – Late Disclosed Evidence, FRE | Reserve Ruling. Parties may object at hearing |

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | 801, 802 - Hearsay | |
| P 0002 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, CCSF MIL No. 1 – Apply MSJ Rulings, FRE 401, 402 - Relevance, FRE 805 - Hearsay w/in Hearsay, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 3 – Late Disclosed Evidence, FRE 801, 802 - Hearsay | Reserve Ruling. Parties may object at hearing |
| P 0003 | FRE 401, 402 - Relevance, CCSF MIL No. 1 – Apply MSJ Rulings | Overruled |
| P 0005 | FRE 901 - Authentic, FRCP 26 - Not Timely disclosed/produced, Combines Multiple Documents, CCSF MIL No. 1 - Apply MSJ Rulings, FRE 401, 402 - Relevance, FRE 805- Hearsay within Hearsay, CCSF MIL No. 4-Claims Not at Issue, CCSF MIL No. 3-Late Disclosed Evidence, FRE 801, 802 - Hearsay | Sustained |
| P 0006 | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 4 – Claims Not At Issue | Overruled.  Portions of exhibit may come in. However, Plaintiff is admonished that this exhibit is too voluminous for the Court to take as a whole. Plaintiffs will need to specifically cite to pages or sections they wish to bring in. |
| P 0007 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 | Reserve Ruling.<br><br>Portions of exhibit may be admitted based on good showing at trial.  Plaintiffs must create subsections |

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | - Relevance, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 2 – Late Disclosed Witnesses | for this exhibit for each individual item.  Plaintiffs are admonished that combining multiple exhibits into one is impermissible. |
| P 0008 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, FRE 1002 - Best Evidence, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses, CCSF MIL No. 3 - Late Disclosed Evidence | Sustained<br><br>Plaintiffs are admonished that combining multiple exhibits into one is impermissible. |
| P 0009 | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 801, 802 - Hearsay, CCSF MIL No. 4 – Claims Not At Issue, FRE 805 - Hearsay w/in Hearsay | Overruled.  Portions of exhibit may come in. However, Plaintiff is admonished that this exhibit is too voluminous for the Court to take as a whole. Plaintiffs will need to specifically cite to pages or sections they wish to bring in. |
| P 0014 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 4 – Claims Not At | Sustained |

3

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Issue, FRE 701 - Speculation | |
| P 0016 | FRE 403 - Duplicative, Cumulative | Sustained.<br><br>This appears to be a copy of P 0003 |
| P 0017 | FRE 403 - Substantially More Prejudicial Than Probative, FRE 801, 802 - Hearsay, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 805 - Hearsay w/in Hearsay, CCSF MIL No. 1 – Apply MSJ Rulings | Overruled |
| P 0018 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication | Overruled |
| P 0019 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication, FRE 403- Cumulative, Combines Multiple Documents, FRE 401, 402 - Relevance | Overruled |
| P 0027 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication | Overruled |
| P 0028 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication | Overruled |
| P 0029 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication | Overruled |
| P 0030 | FRE 602 - Lacks Foundation/Personal Knowledge, FRE 901 - Authentication | Overruled |
| P | FRE 401, 402 - | Overruled |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| 0032 | Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | |
| P 0033 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | Overruled |
| P 0034 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | Overruled |
| P 0035 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | Overruled |
| P 0036 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | Sustained |
| P 0037 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | Sustained |
| P 0038 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | Overruled |
| P 0039 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | Overruled |
| P 0040 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | Overruled |
| P 0058 | FRCP 26 - Not timely disclosed/produced, | Sustained |

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | |
| P 0059 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | Sustained |
| P 0060 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks | Sustained |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | |
| P 0061 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | Sustained |
| P 0062 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – | Sustained |

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Claims Not At Issue | |
| P 0063 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Sustained |
| P 0064 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Sustained |
| P 0065 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF | Sustained |

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | MIL No. 4 – Claims Not At Issue | |
| P 0066 | FRE 401, 402 - Relevance, FRE 901 - Authentication, CCSF MIL No. 4 – Claims Not At Issue | Sustained |
| P 0067 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Sustained |
| P 0068 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – | Sustained |

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | |
| P 0069 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Sustained |
| P 0070 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Sustained |
| P | FRCP 26 - Not timely | Sustained |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Ex. No. | OBJECTION | Court's Ruling |
|---------|-----------|----------------|
| 0071 | disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | |
| P 0072 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | Sustained |
| P 0074 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - | Reserve Ruling.<br><br>For this exhibit and those below the Court reserves ruling.  If this document originated from Defendants, it might be admissible.  If this is a |

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | personal document from Ken Lomba, Defendant may object.<br><br>With regard to the Staff Reports, Exhibits 75-211, the Court presumes these documents originated from Defendant and finds them to be admissible, but Defendant may renew an objection at trial. |
| P 0075 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 701 - Speculation, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 2 – Late Disclosed Witnesses | See Exhibit 74 |
| P 0177 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 | See Exhibit 74 |

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0178 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0179 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0180 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0181 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks | See Exhibit 74 |

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0182 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0183 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0184 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0185 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than | See Exhibit 74 |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0186 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0187 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0188 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0189 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, | See Exhibit 74 |

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0190 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0191 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0192 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P | FRCP 26 - Not timely | See Exhibit 74 |

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| 0193 | disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0194 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0195 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0196 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed | See Exhibit 74 |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Evidence | |
| P 0197 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0198 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0199 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0200 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 | See Exhibit 74 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0201 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0202 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0203 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0204 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks | See Exhibit 74 |

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0205 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0206 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0207 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0208 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than | See Exhibit 74 |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0209 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0210 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0211 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0212 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, | See Exhibit 74 |

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 702 - Improper Expert Opinion, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0214 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 106 - Rule of Completeness, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, FRE 1002 - Best Evidence, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0215 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, | See Exhibit 74 |

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0216 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0217 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 702 - Improper Expert Opinion, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, Improper Legal Opinion, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0227 | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 | See Exhibit 74 |

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---------|-----------|----------------|
|  | - Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence |  |
| P 0228 | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0229 | Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0231 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0232 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than | See Exhibit 74 |

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
| | Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | |
| P 0234 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0236 | FRCP 26 - Not timely disclosed/produced, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence | See Exhibit 74 |
| P 0241 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, | Overruled |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Ex. No. | OBJECTION | Court's Ruling |
|---|---|---|
|  | 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 5 – Lay Opinions |  |
| P 0248 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, FRE 901 - Authentication, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 5 – Lay Opinions | Overruled |
| P 0254 | FRCP 26 - Not timely disclosed/produced, Combines Multiple Documents, FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 602 - Lacks Foundation/Personal Knowledge, FRE 701 - Speculation, FRE 801, 802 - Hearsay, FRE 805 - Hearsay w/in Hearsay, | Overruled |

United States District Court
Northern District of California

| Ex. No. | OBJECTION | Court's Ruling |
|---------|-----------|----------------|
| | FRE 901 - Authentication, CCSF MIL No. 1 – Apply MSJ Rulings, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, CCSF MIL No. 5 – Lay Opinions | |
| P 0256 | FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | Overruled |
| P 0259 | FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue, FRCP 26 - Not timely disclosed/produced | Overruled |
| P 0260 | FRE 401, 402 - Relevance, FRE 403 - Substantially More Prejudicial Than Probative, FRE 801, 802 - Hearsay, CCSF MIL No. 3 – Late Disclosed Evidence, CCSF MIL No. 4 – Claims Not At Issue | Overruled |

**IT IS SO ORDERED**.

Dated: August 4, 2023

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge