UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER REGARDING DEFENDANT'S TRIAL EXHIBITS**<br><br>Regarding Docket No. 405 |

On July 21, 2023 Defendant submitted its amended list of 100 exhibits for trial. (Dkt. No. 405.) The Court's rulings are listed below. For those documents where the Court has reserved ruling, Plaintiffs may renew their objections at trial and the Court will allow spoken objections.

| Ex. No. | Binder Tab | OBJECTION | Court's Ruling |
|---|---|---|---|
| 1001 | 1267 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1002 | 1266 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1004 | 1249 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1007 | 1252 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1009 | 1254 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), | Overruled |

| Ex. No. | Binder Tab | OBJECTION | Court's Ruling |
|---|---|---|---|
|  |  | Lack of Authentication (Fed. R. Evid. 901) |  |
| 1012 | 1257 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1014 | 1259 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1016 | 1261 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1018 | 1263 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1020 | 1265 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1021 | 1176 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1022 | 1177 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1023 | 1178 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1024 | 1179 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), | Overruled |

| Ex. No. | Binder Tab | OBJECTION | Court's Ruling |
|---|---|---|---|
| | | Lack of Authentication (Fed. R. Evid. 901) | |
| 1025 | 1180 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1026 | 1181 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1027 | 1182 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1028 | 1183 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1029 | 1184 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1030 | 1185 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1031 | 1186 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1032 | 1187 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1033 | 1188 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), | Overruled |

| Ex. No. | Binder Tab | OBJECTION | Court's Ruling |
|---|---|---|---|
| | | Lack of Authentication (Fed. R. Evid. 901) | |
| 1034 | 1189 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1035 | 1190 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1063 | 1116 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Sustained |
| 1070 | 1241 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802) | Overruled |
| 1071 | 1033 | | |
| 1072 | 1034 | | |
| 1073 | 1141 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802) | Reserve Ruling |
| 1079 | 1108 | Irrelevant (Fed. R. Evid. 401), More prejudicial than probative (Fed. R. Evid. 403) | Overruled |
| 1080 | 1025 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), "This record has been produced in a native format" is vague and ambiguous | Overruled |
| 1088 | 1008 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), "This record has been produced in a native format" is vague and ambiguous | Overruled |
| 1109 | 1152 | | |
| 1110 | 1153 | | |

4

| Ex. No. | Binder Tab | OBJECTION | Court's Ruling |
|---|---|---|---|
| 1111 | 1154 | | |
| 1131 | 1029 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1132 | 1001 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1133 | 1002 | | |
| 1134 | 1004 | | |
| 1135 | 1213 | Irrelevant (Fed. R. Evid. 401), More prejudicial than probative (Fed. R. Evid. 403), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1136 | 1157 | Irrelevant (Fed. R. Evid. 401), More prejudicial than probative (Fed. R. Evid. 403), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1137 | 1028 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), "This record has been produced in a native format" is vague and ambiguous | Overruled |
| 1138 | 1214 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1139 | 1215 | | |
| 1152 | 1031 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overrule |
| 1153 | 1027 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Reserve Ruling |
| 1154 | 1222 | Depicts individuals in violation of | Overruled |

| Ex. No. | Binder Tab | OBJECTION | Court's Ruling |
|---|---|---|---|
| | | agreements/court orders that individuals not be depicted in Jail photos, violative of the privacy rights of individuals in the photograph | |
| 1156 | 1224 | | |
| 1158 | 1226 | | |
| 1159 | 1227 | Cumulative, does not accurately depict conditions at CJ#3 | Overruled |
| 1160 | 1228 | Cumulative, does not accurately depict conditions at CJ#3 | Overruled |
| 1161 | 1229 | | |
| 1162 | 1230 | Cumulative, does not accurately depict conditions at CJ#3 | Overruled |
| 1164 | 1232 | Depicts individuals in violation of agreements/court orders that individuals not be depicted in Jail photos, violative of the privacy rights of individuals in the photograph | Overruled |
| 1165 | 1233 | | |
| 1167 | 1235 | Cumulative, does not accurately depict conditions at CJ#3 | Overruled |
| 1168 | 1236 | | |
| 1171 | 1239 | | |
| 1172 | 1240 | | |
| 1173 | 1242 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1174 | 1243 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1175 | 1247 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1176 | 1244 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1177 | 1245 | Irrelevant (Fed. R. Evid. 401) | Overruled |

| Ex. No. | Binder Tab | OBJECTION | Court's Ruling |
|---|---|---|---|
| 1178 | 1246 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1180 | 1003 | | |
| 1181 | 1016 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1182 | 1017 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1183 | 1018 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1184 | 1019 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1185 | 1020 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1187 | 1022 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1188 | 1023 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1189 | 1156 | | |
| 1190 | 1158 | | |
| 1191 | 1159 | | |
| 1192 | 1216 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1194 | 1150 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), | Overruled |

| Ex. No. | Binder Tab | OBJECTION | Court's Ruling |
|---|---|---|---|
|  |  | Lack of Authentication (Fed. R. Evid. 901) |  |
| 1195 | 1151 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1196 | 1060 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Reserve Ruling. This appears to be a duplicate of other exhibits |
| 1198 | 1062 |  |  |
| 1199 | 1063 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1200 | 1268 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Overruled |
| 1202 | 1139 |  |  |
| 1221 | 1169 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Overruled |
| 1224 | 1172 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Overruled |
| 1226 | 1174 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Overruled |
| 1227 | 1175 | Irrelevant (Fed. R. Evid. 401), Vague as to the term "This record has been produced in a native format" | Overruled |
| 1228 | 1117 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Reserve Ruling |

| Ex. No. | Binder Tab | OBJECTION | Court's Ruling |
|---|---|---|---|
| 1230 | 1119 | | |
| 1240 | 1129 | | |
| 1241 | 1130 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Reserve Ruling |
| 1242 | 1131 | | |
| 1246 | 1135 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Reserve Ruling |
| 1247 | 1136 | | |
| 1266 | 1219 | Irrelevant (Fed. R. Evid. 401), Hearsay (Fed. R. Evid. 802), Lack of Authentication (Fed. R. Evid. 901) | Overruled |
| 1267 | 1026 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1268 | 1220 | Irrelevant (Fed. R. Evid. 401) | Overruled |
| 1269 | 1221 | Irrelevant (Fed. R. Evid. 401) | Overruled |

**IT IS SO ORDERED**.

Dated: August 4, 2023

_____
SALLIE KIM
United States Magistrate Judge