UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONTRAIL BRACKENS, et al., Plaintiffs, v. CITY AND COUNTY OF SAN FRANCISCO, Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER REGARDING DEPOSITION DESIGNATIONS**<br><br>Regarding Docket Nos. 363, 402 |
|---|---|

On June 15, 2023 parties submitted their joint deposition designation list. (Dkt. No. 363.) Plaintiffs submitted a redesignation of deposition designations on July 21, 2023. (Dkt. No. 402.) The Court rules as follows regarding Defendant's deposition excerpts:

**A.   Michael Brown**

| Desig. | Objections | Counter-Designation offered under Fed.R.Evid. 106 | Court Ruling |
|---|---|---|---|
| 32:2-3 | | | Admitted |
| 42:11-23 | Irrelevant (Fed. R. Evid. 401), Lack of Personal Knowledge (Fed. R. Evid. 602) | | Admitted |
| 43:13-17 | Irrelevant (Fed. R. Evid. 401), Lack of Personal Knowledge (Fed. R. Evid. 602) | 43:18-25 | Admitted:  43:13-17<br><br>Excluded:  43:18-25 |
| 48:14-21 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial | | Admitted |

| Desig. | Objections | Counter-Designation offered under Fed.R.Evid. 106 | Court Ruling |
|---|---|---|---|
| | (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | |
| 49:17-50:18 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | Admitted |
| 51:11-20 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b) | | Admitted |
| 53:1-7 | | | Admitted |
| 54:12-21 | | | Admitted |
| 80:7-21 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | Admitted |
| 81:18-22 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | Admitted |
| 108:1-4 | | 108:12-15, 20-22 | Admitted: 108:1-4<br><br>Excluded: 108:12-15, 20-22 |
| 113:14-114:2 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) | 114:3-9 | Admitted: 113:14-114:2<br><br>Admitted: 114:3-9 |
| 123:20-124:3 | | | Admitted |
| 136:14-137:6 | | | Admitted |
| 137:16-22 | | 137:7-11, 137:23-138:5 | Admitted: 137:16-22 |

| Desig. | Objections | Counter-Designation offered under Fed.R.Evid. 106 | Court Ruling |
|---|---|---|---|
|  |  |  | Admitted: 137:7-11, 137:23-138:5 |
| 138:6-139:6 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) |  | Admitted |
| 143:23-25 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) |  | Admitted |
| 144:17-19 |  |  | Admitted |
| 152:17-25 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) |  | Admitted |
| 154:22-155:1 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) | 154:11-21 | Admitted: 154:22-155:1<br><br>Admitted: 154:11-21 |
| 166:12-18 |  | 166:4-11 | Admitted: 166:12-18<br><br>Admitted: 166:4-11 |
| 181:13-17 | Irrelevant ((Fed. R. Evid. 401, (Fed. R. Evid. 403) |  | Excluded |
| 200:8-11 |  |  | Admitted |

### B.   Armando Carlos

| Desig. | Objections | Counter-Designation offered under Fed.R.Evid. 106 | Court Ruling |
|---|---|---|---|
| 14:2-9 | 14:4-9. Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). |  | Admitted |
| 15:7-13 | Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). | 15:1-6 | Admitted: 15:7-13<br><br>Admitted: 15:1-6 |
| 16:5-19 |  |  | Admitted |
| 16:24-17:24 | 16:24-17:7, 17:14-20. Irrelevant (Fed. R. Evid. 401) |  | Admitted |

| Desig. | Objections | Counter-Designation offered under Fed.R.Evid. 106 | Court Ruling |
|---|---|---|---|
|  | Unduly Prejudicial (Fed. R. Evid. 403). |  |  |
| 18:24-19:16 | Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). | 19:20-25. | Admitted: 18:24-19:16<br><br>Admitted: 19:20-25 |
| 22:10-25 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). |  | Admitted |
| 23:7-24:9 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a). |  | Admitted |
| 25:24-26:8 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) |  | Excluded |
| 29:8-12 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) |  | Admitted |
| 29:16-31:1 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) |  | Admitted |
| 34:10-19 | Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). |  | Ruling reserved because parties did not provide these pages of transcript. |
| 35:21-36:4 | Irrelevant (Fed. R. Evid. 401) Unduly Prejudicial (Fed. R. Evid. 403). |  | Ruling reserved because parties did not provide these pages of transcript. |
| 36:5-16 |  |  | Admitted |

| Desig. | Objections | Counter-Designation offered under Fed.R.Evid. 106 | Court Ruling |
|---|---|---|---|
| 37:11-21 | | | Admitted |
| 38:22-39:7 | | 38:17-21 | Admitted: 38:22-39:7<br><br>Admitted: 38:17-21 |
| 39:13-40:8 | | 39:8-12 | Admitted: 39:13-40:8<br><br>Admitted: 39:8-12 |
| 41:11-42:12 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | 42:21-43:3 | Admitted: 41:11-42:12<br><br>Excluded: 42:21-43:3 |
| 43:21-44:7 | | | Admitted |
| 45:8-13 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | | Admitted |
| 45:22-46:2 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | | Admitted |
| 46:18-47:10 | Irrelevant and Unduly Prejudicial (Fed. R. Evid. 401 and 403) | 47:11-48:2 | Admitted: 46:18-47:10<br><br>Admitted: 47:11-48:2 |
| 48:3-10 | | 48:11-48:24 | Admitted: 48:3-10<br><br>Admitted: 48:11-48:24 |
| 54:23-55:2 | | 54:9-22, 55:3-8 | Admitted: 54:23-55:2<br><br>Admitted: 54:9-22, 55:3-8 |
| 69:6-7 | | | Admitted |
| 69:24-70:14 | | 70:15-22 | Admitted: 69:24-70:14<br><br>Excluded: 70:15-22 |
| 71:1-72:17 | Lack of Personal Knowledge (Fed. | 72:18-73:20 | Excluded: 71:1-72:17 |

| Desig. | Objections | Counter-Designation offered under Fed.R.Evid. 106 | Court Ruling |
|---|---|---|---|
|  | R. Evid. 602) |  | Excluded: 72:18-73:20 |
| 73:21-25 |  |  | Admitted |
| 76:5-77:13 |  | 77:14-18 | Admitted: 76:5-77:13<br><br>Excluded: 77:14-18 |
| 80:6-16 |  |  | Admitted |
| 85:13-86:20 |  |  | Admitted |
| 97:5-16 |  |  | Admitted |
| 98:24-99:9 |  | 99:10-18 | Admitted: 98:24-99:9<br><br>Admitted: 99:10-18 |
| 106:21-107:3 |  | 107:4-11 | Excluded: 106:21-107:3<br><br>Excluded: 107:4-11 |
| 107:12-23 |  |  | Excluded |
| 108:14-16 |  |  | Excluded |
| 108:22-109:19 |  | 109:20-110:4 | Excluded: 108:22-109:19<br><br>Excluded: 109:20-110:4 |
| 110:5-14 |  |  | Admitted |
| 112:7-114:1 |  |  | Admitted |
| 132:7-11 |  |  | Admitted |
| 141:8-142:1 |  | 142:2-25 | Admitted: 141:8-142:1<br><br>Admitted: 142:2-25 |
| 156:6-25 |  |  | Admitted |

**C.     Marshall Harris**

| Desig. | Objections | Counter-Designation offered under Fed.R.Evid. 106 | Court Ruling |
|---|---|---|---|
| 17:12-13 | | | Admitted |
| 20:13-21:6 | | 21:7-11 | Admitted: 20:13-21:6<br><br>Excluded: 21:7-11 |
| 30:20-31:4 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | Admitted |
| 32:9-16 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | Admitted |
| 47:2-48:17 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | Admitted |
| 49:4-24 | | | Admitted |
| 50:10-13 | | | Admitted |
| 51:7-10 | | | Admitted |
| 59:6-24 | | | Admitted |
| 64:24-65:6 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | Admitted |
| 65:12-14 | Irrelevant (Fed. R. Evid. 401, Fed. R. Evid. 609(a), (b), | | Admitted |

| Desig. | Objections | Counter-Designation offered under Fed.R.Evid. 106 | Court Ruling |
|---|---|---|---|
| | Unduly Prejudicial (Fed. R. Evid. 403 and Fed. R. Evid. 609(a), (b)). | | |
| 73:14-74:11 | | | Admitted |
| 94:14-95:3 | | | Admitted |
| 95:14-96:10 | | | Admitted |
| 96:19-21 | | | Admitted |
| 111:7-17 | | 111:18-22 | Admitted: 111:7-17<br><br>Admitted: 111:18-22 |
| 111:25-112:12 | | 112:13-16 | Admitted: 111:25-112:12<br><br>Admitted: 112:13-16 |
| 185:22-186:13 | Irrelevant (Fed. R. Evid. 401) | | Excluded |
| 221:7-25 | | | Admitted |
| 243:13-19 | | 243:8-12, 20-22 | Admitted: 243:13-19<br><br>Admitted: 243:8-12, 20-22 |

**IT IS SO ORDERED**.

Dated: August 4, 2023

SALLIE KIM
United States Magistrate Judge