# Exhibit 2

20 footcandles (216 lux) of illumination at desk level. Night lighting is required in these areas to provide good visibility for supervision and be conducive to sleep.

**1230.2.7 Padding.** In safety rooms, padding shall cover the entire floor, door, walls and everything on the walls to a clear height of 8 feet (2438 mm). Benches or platforms are not to be placed on the floor of this room.

All padded rooms must be equipped with a tamper-resistant fire sprinkler as approved by the State Fire Marshal. All padding must be:

1. Approved for use by the State Fire Marshal;
2. Nonporous to facilitate cleaning;
3. At least $1/2$ inch (12.7 mm) thick;
4. Of a unitary or laminated construction to prevent its destruction by teeth, hand tearing or small metal objects;
5. Firmly bonded to all padded surfaces to prevent tearing or ripping; and,
6. Without any exposed seams susceptible to tearing or ripping.

**1230.2.8 Seating.** Seating shall be designed to the level of security. When bench seating is used, 18 inches (457 mm) of bench is seating for one person.

**1230.2.9 Weapons lockers.** Weapons lockers are required in all secure juvenile facilities and shall be located outside the security perimeter of the facility. Personnel shall not bring any weapon into the security area. Weapons lockers shall be equipped with individual compartments, each with an individual locking device.

**1230.2.10 Security glazing.** Security glazing shall comply with the minimum requirements of one of the following test standards: American Society for Testing and Materials, ASTM F 1233-98, Class III glass, or ; California Department of Corrections, CDC 860-94d, Class C glass or; H.P. White Laboratory, Inc., HPW-TP-0500.02, Forced Entry Level III.

## SECTION 1231 [CSA]
## LOCAL DETENTION

**1231.1 Definitions.**

**CORRECTIONS STANDARDS AUTHORITY** means the State Corrections Standards Authority, which acts by and through its executive officer, deputy directors and field representatives.

**LIVING AREAS** means those areas of a facility utilized for the day-to-day housing and activities of inmates. These areas do not include special-use cells such as sobering, safety and holding or staging cells normally located in receiving areas.

**LOCAL DETENTION FACILITY** is any city, county, city and county, or regional jail, camp, court holding facility or other correctional facility, whether publicly or privately operated, and court holding facility used for the confinement of adults or of both adults and minors, but does not include that portion of a facility for the confinement of both adults and minors which is devoted only to the confinement of minors. The types of local detention facilities are as follows:

**Court holding facility** means a local detention facility constructed within a court building after January 1, 1978, used for the confinement of persons solely for the purpose of a court appearance for a period not to exceed 12 hours.

**Temporary holding facility** means a local detention facility constructed after January 1, 1978, used for the confinement of persons for 24 hours or less pending release, transfer to another facility or appearance in court.

**Type I facility** means a local detention facility used for the detention of persons usually pending arraignment for not more than 96 hours, excluding holidays, after booking. Such a Type I facility may also detain persons on court order either for their own safe-keeping or sentenced to a city jail as an inmate worker, and may house inmate workers sentenced to the county jail provided such placement in the facility is made on a voluntary basis on the part of the inmate. As used in this section, an inmate worker is defined as a person assigned to perform designated tasks outside of his or her cell or dormitory, pursuant to the written policy of the facility, for a minimum of four hours each day on a five-day scheduled work week.

**TYPE II FACILITY** means a local detention facility used for the detention of persons pending arraignment, after arraignment, during trial and upon a sentence of commitment.

**TYPE III FACILITY** means a local detention facility used only for the detention of convicted and sentenced persons.

**TYPE IV FACILITY** means a local detention facility or portion thereof designated for the housing of inmates eligible, under Penal Code Section 1208, for work/education furlough and/or other programs involving inmate access into the community.

**RATED CAPACITY** means the number of inmate occupants for which a facility's single-and double-occupancy cells or dormitories, except those dedicated for medical or disciplinary isolation housing, were planned and designed in conformity to the standards and requirements contained herein and in Title 15, C.C.R.

**1231.2 Design criteria for required spaces.**

**1231.2.1 Reception and booking.** Facilities where booking and housing occur shall have the following space and equipment:

1. Weapons locker as specified in Section 1231.3.12.
2. A cell or room for the confinement of inmates pending their booking, complying with Section 1231.2.2.
3. A sobering cell as described in Section 1231.2.4 if intoxicated, inmates who may pose a danger to themselves or others are held. For those facilities that accept male and female intoxicated inmates two sobering cells shall be provided.
4. Access to a shower within the secure portion of the facility.
5. Provide access to a secure vault or storage space for inmate valuables.

6. A safety cell or cells as described in Section 1231.2.5 if the program statement identifies the need for such a cell.
7. Telephones which are accessible to the inmates.
8. Unobstructed access to hot and cold running water for staff use.

**1231.2.2 Temporary holding cell or room.** *A temporary holding cell or room shall:*

1. *Contain a minimum of 10 square feet (0.93 m²) of floor area per inmate;*
2. *Be limited to no more than 16 inmates;*
3. *Be no smaller than 40 square feet (3.7 m²) and have a clear ceiling height of 8 feet (2438 mm) or more;*
4. *Contain seating to accommodate all inmates as required in Section 1231.3;*
5. *Contain a toilet, wash basin and drinking fountain as specified in Section 1231.3;*
6. *Maximize visual supervision of inmates by staff; and*
7. *When located in a temporary holding facility, the cell or room shall be equipped with a bunk if inmates are to be held longer than 12 hours.*

**TABLE 1231A**
**REQUIRED SPACES AND EQUIPMENT IN LOCAL DETENTION FACILITIES**

|  | TYPE I | TYPE II | TYPE III | TYPE IV | COURT HOLDING | TEMP. HOLDING |
|---|---|---|---|---|---|---|
| Reception/booking | x | x | * | * |  | * |
| Temporary holding cells or room | x | x |  |  | x | x |
| Detoxification cell | * | x |  |  |  | * |
| Safety cell | * | * |  |  |  |  |
| Single-occupancy cell | x | x | * |  |  |  |
| Dormitories | * | x | x | x |  |  |
| Day room | * | x | x |  |  |  |
| Exercise area |  | x | x | x[1] |  |  |
| Shower area/delousing room | x | x |  |  |  | * |
| Program/multipurpose space |  | x | x | x |  |  |
| Medical exam room[2] |  | x | x |  |  |  |
| Pharmaceutical storage space | X | X | X | X |  | * |
| Medical care housing |  | * | * |  |  |  |
| Hair care space |  | x | x |  |  |  |
| Commissary[3] |  | x | x | x[3] |  |  |
| Dining facility[4] | * | x | x | * |  |  |
| Visiting space | x | x | x | x |  |  |
| Attorney interview rooms | x | x | x |  | x | x |
| Confidential interview rooms |  | x[2] | * |  |  |  |
| Safety equipment storage | x | x | x | x | x | x |
| Janitor closet | x | x[5] | x | x | x | x |
| Storage rooms | x | x | x | x | x | x |
| Audio/video-monitoring systems | x | x | x[6] | * | x | x |
| Laundry facility |  |  |  | x[7] |  |  |
| Fire-detection alarm system | x | x | x | x | x | x |
| Emergency | x | x | x | x | x | x |

x - Required.
* - Required when program statement identifies need.
1 Not required if community recreation facilities are available.
2 Not required if the inmate population is less than 25.
3 Not required if community access is available.
4 Not required if meals are served in day room.
5 Must be securely lockable and located within the security area.
6 Required in areas housing prisoners of higher than minimum security.
7 Not required if community access is permitted.

*1231.2.3 Temporary staging cell or room.* A temporary staging cell or room shall:

1. Be constructed for the purpose of holding inmates who have been classified and segregated in accordance with Sections 1050 and 1053 of Title 15, Division 1, California Code of Regulations.
2. Be limited to holding inmates up to four hours.
3. Be limited to no more than 80 inmates.
4. Contain a minimum of 10 square feet (0.93 m$^2$) of floor area per inmate and a clear ceiling height of 8 feet (2438 mm) or more.
5. Be no smaller than 160 square feet (14.9 m$^2$).
6. Contain seating to accommodate all inmates as required in Section 1231.3.
7. Contain toilet, wash basin and drinking fountain as specified in Section 1231.3.
8. Maximize visual supervision of inmates by staff.

*1231.2.4 Sobering cell.* A sobering cell shall:

1. Contain a minimum of 20 square feet (1.9 m$^2$) of floor area per inmate;
2. Be limited to eight inmates;
3. Be no smaller than 60 square feet (5.6 m$^2$) and have a clear ceiling height of 8 feet (2438 mm) or more;
4. Contain a toilet, wash basin and drinking fountain as specified in Section 1231.3;
5. Have padded partitions located next to toilet fixture in such a manner that they provide support to the user;
6. Maximize visual supervision of inmates by staff;
7. Be padded on the floor as specified in Section 1231.3; and,
8. Have accessible a shower in the secure portion of the facility.

*1231.2.5 Safety cell.* A safety cell shall:

1. Contain a minimum of 48 square feet (4.5 m$^2$) of floor area with no one floor dimension being less than 6 feet (1829 mm) and a clear ceiling height of 8 feet (2438 mm) or more;
2. Be limited to one inmate;
3. Contain a flushing ring toilet, capable of accepting solid waste, mounted flush with the floor, the controls for which must be located outside of the cell;
4. Be padded as specified in Section 1231.3;
5. Be equipped with a variable intensity, security-type lighting fixture which is inaccessible to the inmate occupant, control of which is located outside of the cell; and
6. Provide one or more vertical view panels not more than 4 inches (102 mm) wide nor less than 24 inches (610 mm) long which shall provide a view of the entire room; and
7. Provide a food pass with lockable shutter, no more than 4 inches (102 mm) high, and located between 26 inches (660 mm) and 32 inches (813 mm) as measured from the bottom of the food pass to the floor;
8. Any wall or ceiling mounted devices must be inaccessible to the inmate occupant.

*1231.2.6 Single-occupancy cells.* Single-occupancy cells shall:

1. Have a maximum capacity of one inmate;
2. Contain a minimum of 60 square feet (5.6 m$^2$) of floor area in Type I facilities and 70 square feet (6.5 m$^2$) of floor area in Type II and Type III facilities;
3. Have a minimum clear ceiling height of 8 feet (2438 mm) and a minimum width of 6 feet (1829 mm);
4. Contain a toilet, wash basin and drinking fountain as specified in Section 1231.3; and
5. Contain a bunk, desk and seat as specified in Section 1231.3.

**Exception:** A Type I facility does not require a desk and seat.

*1231.2.7 Double-occupancy cells.* Double-occupancy cells shall:

1. Have a maximum capacity of two inmates;
2. Contain a minimum of 60 square feet (5.6 m$^2$) of floor area in Type I facilities and 70 square feet (6.5 m$^2$) of floor area in Type II and Type III facilities;
3. Have a minimum clear ceiling height of 8 feet (2438 mm) and a minimum width of 6 feet (1829 mm);
4. Contain a toilet, wash basin and drinking fountain as specified in Section 1231.3; and
5. Contain two bunks, and at least one desk and seat as specified in Section 1231.3.

**Exception:** A Type I facility does not require a desk and seat.

*1231.2.8 Dormitories.* Dormitories shall:

1. Contain a minimum of 50 square feet (4.7 m$^2$) of floor area per inmate for a single-bed unit; a minimum of 70 square feet (7 m$^2$) for a double-bed unit; and a minimum of 90 square feet (9.3 m$^2$) for triple-bed unit and have a minimum ceiling height of 8 feet (2438 mm);
2. Be designed for no more than 64 inmates and no less than four inmates;
3. Provide access to water closets separate from the wash basin and drinking fountains as specified in Section 1231.3; and
4. In other than Type I facilities, provide secure storage of personal items and clothing for each occupant.

*1231.2.9 Dayrooms.* Dayrooms or dayroom space shall:

1. Contain 35 square feet (3.3 m$^2$) of floor area per inmate exclusive of circulation corridors of 3 feet (914 mm) in width in front of cells/rooms;
2. Contain tables and seating to accommodate the maximum number of inmates;
3. Provide access to water closets, wash basins and drinking fountains as specified in Section 1231.3;

4. Provide access to a shower or showers as specified in Section 1231.3; and
5. Be provided to all inmates in Type II and Type III facilities (except those housed in special-use cells) and to inmate workers in Type I facilities.

Dayroom space as described in this section may be a part of a single occupancy cell used for administrative segregation or a dormitory, in which case the floor area of the cell or a dormitory must be increased by the square footage required for the dayroom.

**1231.2.10 Exercise area.** An outdoor exercise area or areas must be provided in every Type II and Type III facility. The mini mum clear height must be 15 feet (4572 mm) and the minimum number of square feet of surface area will be computed by multiplying 80 percent of maximum rated population by 50 square feet (4.7 m$^2$) and dividing the result by the number of one-hour exercise periods per day.

The exercise area must contain or provide free access to a toilet, wash basin, and drinking fountain as provided in Section 1231.3.

There must be at least one exercise area of not less than 600 square feet (55.7 m$^2$). The design shall facilitate security and supervision appropriate to the level of custody.

Type IV facilities shall have an outdoor recreation area or access to community recreation facilities.

**1231.2.11 Correctional program/multipurpose space.** An area for correctional programming must be provided in every Type II and Type III facility. The program area and furnishings shall be designed to meet the needs specified by the facility's program statement.

Type IV facilities shall have multipurpose space for games and activities, dining, visiting, TV meetings, and quiet space for study and reading, such that activities do not conflict with each other.

**1231.2.12 Medical examination room.** There must be a minimum of one suitably equipped medical examination room in every facility which provides on-site health care. The examination room shall be designed in consultation with the responsible physician/health authority. Such a medical examination room shall:

1. Be located within the security area and provide for privacy of the inmates;
2. Provide not less than 100 square feet (9.3 m$^2$) of floor space with no single dimension less than 7 feet (2134 mm);
3. Provide hot and cold running water;
4. Provide lockable storage for medical supplies; and
5. Any room where medical procedures are provided must be equipped with hot and cold running water.

**1231.2.13 Pharmaceutical storage space.** Provide lockable storage space for medical supplies and pharmaceutical preparations as referenced by Title 15, California Code of Regulations, Section 1216.

**1231.2.14 Medical care housing.** There shall be some means to provide medical care and housing of ill and/or infirm inmates. When the program statement for a Type II or Type III facility indicates that medical care housing is needed, such housing must provide lockable storage space for medical instruments and must be located within the security area of the facility accessible to both female and male inmates, but not in the living area of either. The medical care housing unit shall be designed in consultation with the health authority. Medical/mental health areas may contain other than single occupancy cells.

If negative pressure isolation rooms are being planned, they shall be designed to recognized industry standards.

**1231.2.15** Reserved.

**1231.2.16 Commissary.** In all Type II, III and IV facilities, except where community access is available, there shall be provisions made for inmates to purchase items (such as candy, toilet articles, stationery supplies, books, newspapers and magazines, etc.). An area shall be provided for the secure storage of the stock for such inmate canteen items.

**1231.2.17 Dining facilities.** In all Type II, III and IV facilities which serve meals, dining areas shall be provided which will allow groups of inmates to dine together. Such dining areas shall not contain toilets, wash basins or showers in the same room without appropriate visual barrier. Wherever the facility contains a central dining room or rooms, it shall contain a minimum of 15 square feet (1.4 m$^2$) of floor space and sufficient tables and seating for each inmate being fed.

**1231.2.18 Visiting space.** Space shall be provided in all Types I, II, III and IV facilities for visiting.

**1231.2.19 Safety equipment storage.** A secure area shall be provided for the storage of safety equipment such as fire extinguishers, self-contained breathing apparatus, wire and barcutters, emergency lights, etc.

**1231.2.20 Janitors' closet.** In Type II facilities, at least one securely lockable janitors' closet with sufficient area for the storage of cleaning implements and supplies must be provided within the security areas of the facility. A mop sink shall also be available within the security area of the facility. In court holding, temporary holding, Types I, III and IV facilities, the closet need not be in the security area.

**1231.2.21 Storage rooms.** One or more storage rooms shall be provided to accommodate a minimum of 80 cubic feet (2.3 m$^3$) of storage area per inmate for inmate clothing and personal property, institutional clothing, bedding and supplies. Court holding, temporary holding and Type I facilities may be excluded from the storage space requirement for personal and institutional clothing unless clothing is issued.

**1231.2.22 Audio monitoring system.** In court holding, temporary holding, Type I and Type II facilities, and in Type III facilities housing inmates classified higher than minimum security, there must be an inmate or sound-actuated audio monitoring system which is capable of alerting personnel stationed in a central control point.

**1231.2.23 Laundry facilities.** In Type IV facilities, provision shall be made for washing and drying personal cloth-

ing by machines, either in the facility or in the community, if access is permitted for same.

**1231.2.24 Emergency power.** There shall be a source of emergency power in all detention facilities capable of providing minimal lighting in all housing units, activities areas, corridors, stairs and central control points, and to maintain fire and life safety, security, communications and alarm systems. Such an emergency power source shall conform to the requirements specified in Title 24, Part 3, Article 700, California Electrical Code, California Code of Regulations.

**1231.2.25 Confidential interview rooms.** There must be a minimum of one suitably furnished interview room for confidential interviews in every facility which provides on-site health care. The interview room shall be designed in consultation with responsible custodial staff and health care staff. Such an interview room shall:

1. Be located within the security area accessible to both female and male inmates; and
2. Provide not less than 70 square feet (6.5 m²) of floor space with no single dimension less than 6 feet (1829 mm).

**1231.2.26 Attorney interview space.** All facilities except Type IV facilities shall include attorney interview areas which provide for confidential consultation with inmates.

*Exception:* The design of court holding and temporary holding facilities shall include the following required spaces from Sections 1231.2.2, 1231.2.19, 1231.2.20, 1231.2.21, 1231.2.22, 1231.2.24 and 1231.2.26.

**1231.3 Design criteria for furnishings and equipment.** Furnishings and equipment shall be as follows:

**1231.3.1 Toilets/urinals.**

1. Toilets/urinals must be provided in single-occupancy cells and double-occupancy cells.
2. In dormitories, toilets/urinals must be provided in a ratio to inmates of 1:10.
3. Toilets/urinals must be accessible to the occupants of day-rooms and exercise areas.
4. In temporary holding cells and temporary staging cells toilets/urinals must be provided in a ratio to inmates of 1:16.
5. In sobering cells toilets/urinals must be provided in a ratio to inmates of 1:8.
6. One urinal or 2 feet (610 mm) of urinal trough may be substituted for each toilet up to one third of the total number of toilets required, except in those facilities or portions thereof used for females.

*Note:* Toilet areas shall provide modesty for inmates with staff being able to visually supervise.

**1231.3.2 Wash basins.**

1. Wash basins must be provided in single occupancy cells and double occupancy cells.
2. In dormitories, wash basins must be provided in a ratio to inmates of 1:10.

3. Wash basins must be accessible to the occupants of day-rooms and exercise areas.
4. In temporary holding cells and temporary staging cells, wash basins must be provided in a ratio to inmates of 1:16.
5. In sobering cells, wash basins must be provided in a ratio to inmates of 1:8.
6. Wash basins must be provided with hot and cold or tempered water.
7. Two feet (610 mm) of wash basin trough may be substituted for each basin required.

**1231.3.3 Drinking fountains.** There must be a minimum of one drinking fountain in every single-occupancy cell, double-occupancy cell, dormitory, temporary holding cell, temporary staging cell, sobering cell, and be accessible to the occupants of day rooms and exercise areas. Additional drinking fountains shall be located in other areas of the facility so that drinking water will be available to inmates and staff. Such drinking fountains must meet the following minimum health requirements:

1. The drinking fountain bubbler shall be on an angle which prevents waste water from flowing over the drinking fountain bubbler.
2. Water flow shall be actuated by mechanical means.

**1231.3.4** Showers must be available to all inmates on a ratio of at least one shower to every 20 inmates or fraction thereof and must provide hot and cold water or tempered water. Shower stalls/shower areas must be designed and constructed of materials which are impervious to water and soap so they may be easily cleaned.

*Note.* Shower areas shall provide modesty for inmates with staff being able to visually supervise.

**1231.3.5** Beds must be elevated off the floor, have a solid bottom, and a sleeping surface of at least 30 inches (762 mm) wide and 76 inches (1930 mm) long. Multiple beds must have a minimum of 21 inches (533 mm) between bed pans. Except in minimum security areas, beds must be securely fastened to the floor or the wall.

**1231.3.6 Lighting.** Lighting in housing units, dayrooms and activity areas must be sufficient to permit easy reading by a person with normal vision, and shall not be less than 20 footcandles (215.2 lux) at desk level and in the grooming area. Lighting shall be centrally controlled and/or occupant controlled in housing cells or rooms. Night lighting in these areas shall be sufficient to give good visibility for purposes of supervision. In minimum-security areas, lighting may be supplied by ordinary lighting fixtures, and in areas of higher security, light fixtures must be of secure design.

**1231.3.7 Windows.** In housing areas of higher than minimum security, windows which are constantly accessible to inmates for escape must be designed and constructed so that if broken out, the net area accessible for escape is no greater than 5 inches (127 mm) in one dimension.

**1231.3.8 Cell padding.** In sobering cells, the floor and partition shall be padded. In safety cells, padding must cover

*the entire floor, doors, and walls and everything on them to a clear height of 8 feet (2438 mm).*

*All such padded cells must be equipped with a tamper-resistant fire sprinkler as approved by the State Fire Marshal. All padding must be:*

1. *Approved for use by the State Fire Marshal;*
2. *Nonporous to facilitate cleaning;*
3. *At least $^1/_2$-inch (12.7 mm) thick;*
4. *Of a unitary or laminated construction to prevent its destruction by teeth, hand tearing or small metal objects;*
5. *Firmly bonded to all padded surfaces to prevent tearing or ripping; and*
6. *Without any exposed seams susceptible to tearing or ripping.*

**1231.3.9 Mirrors.** *A mirror of a material appropriate to the level of security must be provided near each wash basin specified in these regulations.*

**1231.3.10 Seating.** *In temporary holding and temporary staging cells, seating must be securely fixed to the floor and/or wall. When bench seating is used, 18 inches (457 mm) of bench is seating for one person.*

**1231.3.11 Table/seat.** *In single- and double-occupancy cells, a table and seat for the purpose of writing and dining shall be provided.*

> **Exception:** *A Type I facility does not require a table and a seat.*

**1231.3.12 Weapons locker.** *A secure weapons locker shall be located outside the security perimeter of the facility such that no officer shall bring into the security area any weapon. Such weapons lockers shall be equipped with individual compartments, each with an individual locking device. Weapons lockers are required in temporary and court holding facilities and in all facilities of higher than minimum security.*

> **Exception:** *The design of court holding and temporary holding facilities shall include the design criteria for furnishings and equipment from Sections 1231.3.1, 1231.3.2, 1231.3.3, 1231.3.6, 1231.3.10 and 1231.3.12.*

**1231.4 Enclosure of vertical openings.** *Elevator shafts, vent shafts and other vertical openings shall be enclosed, and the enclosure shall be as set forth in Chapter 7.*

**1231.5 Fire-extinguishing systems.** *Automatic fire-extinguishing systems, standpipes and basement pipe inlets shall be installed when and as required by Chapter 9.*

**1231.6 Existing Group I occupancies.** *Existing buildings housing existing protective social-care homes or facilities established prior to the effective date of these regulations may have their use continued if they conform, or are made to conform, to the following provisions.*

**1231.6.1 Use of floors.** *The use of floor levels in buildings of Type III, IV or V nonfire-rated construction may be as follows:*

> *Nonambulatory—first floor only;*

> *Ambulatory—not higher than the third-floor level, provided walls and partitions are constructed of materials equal in fire-resistive quality to that of wood lath and plaster in good repair and all walls are firestopped at each floor level.*

**1231.6.2 Enclosure of exits and vertical openings.** *Except for two-story structures housing ambulatory guests, all interior stairs shall be enclosed in accordance with Chapter 10. In lieu of stairway enclosures, floor separations or smoke barriers may be provided in such a manner that fire and smoke will not spread rapidly to floors above or otherwise impair exit facilities. In these instances, floor separations or smoke barriers shall have a fire resistance equal to not less than $^1/_2$-inch (12.7 mm) gypsum wall board on each side of wood studs with openings protected by not less than a 1 $^3/_4$-inch (44 mm) solid bonded wood-core door of the self-closing type. All other vertical openings shall be enclosed in accordance with the provisions of Chapter 7.*

**1231.6.3 Exit access.** *Each floor or portion thereof of buildings used for the housing of existing protective social-care homes or facilities shall have access to not less than two exits in such a manner as to furnish egress from the building or structure in the event of an emergency substantially equivalent to the provisions of Chapter 10.*

**1231.6.4 Corridor openings.** *Openings from rooms to interior corridors shall be protected by not less than $1^3/_4$-inch (44 mm) solid-bonded wood-core doors. Transoms and other similar openings shall be sealed with materials equivalent to existing corridor wall construction.*

**1231.6.5** *Interior wall and ceiling finishes shall conform to the requirements for a Group R, Division 1 Occupancy as specified in Chapter 8.*

**1231.6.6** *Automatic sprinkler systems shall be installed in existing protective social-care occupancies in accordance with the provisions of Chapter 9.*

**1231.6.7 Fire alarm systems.** *Automatic fire alarm systems shall be installed in existing protective social-care homes or facilities in accordance with the provisions of Chapter 9.*

> **Exception:** *When an approved automatic sprinkler system conforming to Chapter 9 is installed, a separate fire alarm system as specified in this subsection need not be provided.*

**SECTION 1232
Reserved**

**SECTION 1233
Reserved**