# Exhibit 3

# Title 24
# Minimum standards for Local detention facilities

..........................................

**Part One, Administrative Regulations for the Board of State and Community Corrections**
**Chapter 13, Article 1, Section 13-102**
**and**
**Part Two, Section 1231, Minimum Standards for Adult Detention Facilities**



**BOARD of STATE and**
**COMMUNITY CORRECTIONS**

600 Bercut Drive, Sacramento, CA 95811
916.445.5073 PHONE
916.327.3317 FAX
bscc.ca.gov

Leadership  Excellence  Support

    4. Provide access to a shower or showers as specified in Section 1231.3; and

    5. Be provided to all inmates in Type II and Type III facilities (except those housed in special-use cells) and to inmate workers in Type I facilities. Dayroom space as described in this section may be a part of a single occupancy cell used for administrative segregation or a dormitory, in which case the floor area of the cell or a dormitory must be increased by the square footage required for the dayroom.

**1231.2.10 Exercise area.** An outdoor exercise area or areas must be provided in every Type II and Type III facility. The minimum clear height must be 15 feet (4572 mm) and the minimum number of square feet of surface area will be computed by multiplying 80 percent of maximum rated population by 50 square feet (4.7 m$^2$) and dividing the result by the number of one-hour exercise periods per day.

The exercise area must contain or provide free access to a toilet, wash basin, and drinking fountain as provided in Section 1231.3.

There must be at least one exercise area of not less than 600 square feet (55.7 m$^2$). The design shall facilitate security and supervision appropriate to the level of custody.

Type IV facilities shall have an outdoor recreation area or access to community recreation facilities.

**1231.2.11 Correctional program/multipurpose space.** An area for correctional programming must be provided in every Type II and Type III facility. The program area and furnishings shall be designed to meet the needs specified by the facility's program statement.

Type IV facilities shall have multipurpose space for games and activities, dining, visiting, TV meetings and quiet space for study and reading, such that activities do not conflict with each other.

**1231.2.12 Medical examination room.** There must be a minimum of one suitably equipped medical examination room in every facility which provides on-site health care. The examination room shall be designed in consultation with the responsible physician/health authority. Such a medical examination room shall:

    1. Be located within the security area and provide for privacy of the inmates;

    2. Provide not less than 100 square feet (9.3 m$^2$) of floor space with no single dimension less than 7 feet (2134 mm);

    3. Provide hot and cold running water;

    4. Provide lockable storage for medical supplies; and

    5. Any room where medical procedures are provided must be equipped with hot and cold running water.

**1231.2.13 Pharmaceutical storage space.** Provide lockable storage space for medical supplies and pharmaceutical preparations as referenced by Title 15, California Code of Regulations, Section 1216.

**TABLE 1231A**
**REQUIRED SPACES AND EQUIPMENT IN LOCAL DETENTION FACILITIES**

| | Type I | Type II | Type II | Type IV | Court Holding | Temp Holding |
|---|---|---|---|---|---|---|
| Reception/Booking | X | X | * | * | | * |
| Temporary holding cells/room | X | X | * | * | X | X |
| Detoxification cell | * | X | | | | |
| Safety cell | * | * | | | | |
| Single-occupancy cell | X | X | * | | | |
| Dormitories | * | X | X | X | | |
| Day room | * | X | X | | | |
| Exercise area | | X | X | X[1] | | |
| Shower area/delousing room | X | X | | | | * |
| Program/multipurpose space | | X | X | X | | |
| Medical exam room[2] | | X | X | | | |
| Pharmaceutical storage space | X | X | X | X | | * |
| Medical care housing | | * | * | | | |
| Hair care space | | X | X | | | |
| Commissary[3] | | X | X[3] | | | |
| Dining facility[4] | * | X | X | * | | |
| Visiting space | X | X | X | X | | |
| Attorney interview rooms | X | X | X | | X | X |
| Confidential interview rooms | | X | * | | | |
| Safety equipment storage | X | X[2] | X | X | X | X |
| Janitor closet | X | X | X | X | X | X |
| Storage rooms | X | X[5] | X | X | X | X |
| Audio/video-monitoring systems | X | X | X[6] | * | X | X |
| Laundry facility | | X | | X[7] | | |
| Fire-detection alarm system | X | X | X | X | X | X |
| Emergency | X | X | X | X | X | X |

X - Required.