# Exhibit 4



# TITLE 24
# MINIMUM STANDARDS
# FOR LOCAL DETENTION FACILITIES

Part One, Administrative Regulations for the Board of State and Community Corrections, Chapter 13, Article I, Section 13-102

and

Part Two, Section 1231, Minimum Standards for Adult Detention Facilities

STATE OF CALIFORNIA
BOARD OF STATE AND COMMUNITY CORRECTIONS
2590 VENTURE OAKS WAY, STE 200 ♦ SACRAMENTO CA 95833 ♦ WWW.BSCC.CA.GOV

4. In other than Type I facilities, provide storage space for personal items and clothing for each occupant.

**1231.2.9 Dayrooms.** Dayrooms or dayroom space shall:
1. Contain 35 square feet (3.3 m2) of floor area per incarcerated person~~inmate~~ in width in front of cells/rooms;
2. Contain tables and seating to accommodate the maximum number of incarcerated people~~inmates~~;
3. Provide access to water closets, wash basins and drinking fountains as specified in Section 1231.3;
4. Provide access to a shower or showers as specified in Section 1231.3; and
5. Be provided to all incarcerated people~~inmates~~ in Type II and Type III facilities (except those housed in special-use cells) and to ~~inmate~~ incarcerated workers in Type I facilities. Dayroom space as described in this section may be a part of a single occupancy cell used for administrative ~~segregation~~separation or a dormitory, in which case the floor area of the cell or a dormitory must be increased by the square footage required for the dayroom.

**1231.2.10 Exercise area.** An outdoor exercise area or areas must be provided in every Type II and Type III facility. The exercise area shall accommodate the ability for large muscle activities, be equipped with a place for rest, and provide:

1. Natural light and access to fresh air;
2. Security and supervision appropriate to the level of custody;
3. At least one exercise area of not less than 600 square feet (55.7 m2);
4. Minimum clear height must be 15 feet (4572 mm);
5. Lighting to allow for evening activities;
6. Free access to a toilet, wash basin, and drinking fountain as provided in Section 1231.3;
7. Access for people with disabilities; and
8. Minimum number of square feet of surface area will be computed by multiplying 80 percent of maximum rated population by 50 square feet (4.7 m2) and dividing the result by the number of one-hour exercise periods per day.

~~The minimum clear height must be 15 feet (4572 mm) and the minimum number of square feet of surface area will be computed by multiplying 80 percent of maximum rated population by 50 square feet (4.7 m2) and dividing the result by the number of one hour exercise periods per day.~~

~~The exercise area must contain or provide free access to a toilet, wash basin, and drinking fountain as provided in Section 1231.3.~~

~~There must be at least one exercise area of not less than 600 square feet (55.7 m2). The design shall facilitate security and supervision appropriate to the level of custody.~~

Type IV facilities shall have an outdoor recreation area or access to community recreation facilities.

**1231.2.11 Correctional program/multipurpose space.** An area for correctional programming must be provided in every Type II and Type III facility. The program area and

**TABLE 1231A**
**REQUIRED SPACES AND EQUIPMENT IN LOCAL DETENTION FACILITIES**

| | Type I | Type II | Type III | Type IV | Court Holding | Temp Holding |
|---|---|---|---|---|---|---|
| **Reception/Booking** | X | X | * | * | | * |
| **Temporary holding cells/room** | X | X | * | * | X | X |
| **Detoxification cell** | * | X | | | | |
| **Safety cell** | * | * | | | | |
| **Single-occupancy cell** | X | X | * | | | |
| **Dormitories** | * | X | X | X | | |
| **Day room** | * | X | X | | | |
| **Exercise area** | | X | X | X[1] | | |
| **Shower area/delousing room** | X | X | | | | * |
| **Program/multipurpose room** | | X | X | X | | |
| **Medical exam room[2]** | | X | X | | | |
| **Pharmaceutical storage space** | X | X | X | X | | * |
| **Medical care housing** | | * | * | | | |
| **Hair care space** | | X | X | | | |
| **Commissary[3]** | | X | X[3] | | | |
| **Dining facility[4]** | * | X | X | * | | |
| **Visiting space** | X | X | X | X | | |
| **Attorney interview rooms** | X | X | X | | X | X |
| **Confidential interview rooms** | | X | * | | | |
| **Safety equipment storage** | X | X[2] | X | X | X | X |
| **Janitor closet** | X | X | X | X | X | X |
| **Storage rooms** | X | X[5] | X | X | X | X |
| **Audio/video-monitoring systems** | X | X | X[6] | * | X | X |
| **Laundry facility** | | X | | X[7] | | |
| **Fire-detection alarm system** | X | X | X | X | X | X |
| **Emergency** | X | X | X | X | X | X |

X - Required
\* - Required when program statement identifies need.
1. Not required if community recreation facilities are available.
2. Not required if the inmate incarcerated population is less than 25.
3. Not required if community access is available.
4. Not required if meals are served in day room.
5. Must be securely lockable and located within the security area.
6. Required in areas housing prisoners incarcerated persons of higher than minimum security.
7. Not required if community access is permitted.