# Exhibit 6



**California Code of Regulations**

Home Table of Contents

**§ 1011. Variances. [Repealed]**
15 CA ADC § 1011
Barclays Official California Code of Regulations

Barclays California Code of Regulations
  Title 15. Crime Prevention and Corrections
    Division 1. Board of State and Community Corrections
      Chapter 1. Board of State and Community Corrections
        Subchapter 4. Minimum Standards for Local Detention Facilities
          Article 2. Inspection and Application of Standards

15 CCR § 1011

§ 1011. Variances. [Repealed]

Currentness

**Credits**
NOTE: Authority cited: Section 6030, Penal Code. Reference: Section 6030, Penal Code.

HISTORY

1. Editorial correction of NOTE filed 9-30-82 (Register 82, No. 40).

2. Change without regulatory effect repealing Section 1011 (Register 86, No. 32).

This database is current through 6/16/23 Register 2023, No. 24.

Cal. Admin. Code tit. 15, § 1011, 15 CA ADC § 1011

**END OF DOCUMENT**