# Exhibit 7

# 2004 15 CCR 1011

2004 California Administrative Code Archive

**BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS  >  TITLE 15. CRIME PREVENTION AND CORRECTIONS  >  DIVISION 1. BOARD OF CORRECTIONS  >  CHAPTER 1. BOARD OF CORRECTIONS  >  SUBCHAPTER 4. MINIMUM STANDARDS FOR LOCAL DETENTION FACILITIES  >  ARTICLE 2. INSPECTION AND APPLICATION OF STANDARDS**

## § 1011. Variances

## Statutory Authority

**AUTHORITY:**

Note: Authority cited:Section 6030, Penal Code. Reference:Section 6030, Penal Code.

## History

**HISTORY:**

1. Editorial correction of NOTE filed 9-30-82 (Register 82, No. 40).

2. Change without regulatory effect repealing Section 1011 (Register 86, No. 32).

BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS

Copyright © 2023 by Barclays Law Publishers All rights reserved

**End of Document**