# Exhibit 8

**Comparing:** Current Effective and Archived 2004

# 15 CCR 1029

This document is current through Register 2023, No. 28, July 14, 2023

**CA - Barclays Official California Code of Regulations > TITLE 15. CRIME PREVENTION AND CORRECTIONS > DIVISION 1. BOARD OF STATE AND COMMUNITY CORRECTIONS > CHAPTER 1. BOARD OF STATE AND COMMUNITY CORRECTIONS > SUBCHAPTER 4. MINIMUM STANDARDS FOR LOCAL DETENTION FACILITIES > ARTICLE 3. TRAINING, PERSONNEL, AND MANAGEMENT**

## § 1029. Policy and Procedures Manual

Facility administrator(s) shall develop and publish a manual of policy and procedures for the facility. The policy and procedures manual shall address all applicable Title 15 and Title 24 regulations and shall be comprehensively reviewed and updated at least every two years. Such a manual shall be made available to all employees and shall be updated at least annually.

(a) The manual for Temporary Holding, Type I, II, and III facilities shall provide for, but not be limited to, the following:

   (1) Table of organization, including channels of communications.

   (2) Inspections and operations reviews by the facility administrator/manager.

   (3) Policy on the use of force that meets current state and federal legal requirements and includes prohibition of the use of carotid restraint and choke holds.

   (4) Policy on the use of restraint equipment, including the restraint of pregnant persons as referenced in Penal Code Section 3407.

   (5) Procedure and criteria for screening newly received inmates persons for release per Penal Code sections 849(b)(2) and 853. 6, and any other such processes as the facility administrator is empowered to use.

   (6) Security and control including physical counts of inmates, and searches of the facility and inmates incarcerated persons, contraband control, and key control. Each facility administrator shall, at least annually, review, evaluate, and make a record of security measures. The review and evaluation shall include internal and external security measures of the facility including security measures specific to prevention of sexual abuse and sexual harassment.

   (7) Emergency procedures include:

      (A) fire suppression preplan as required by section 1032 of these regulations;

      (B) escape, disturbances, and the taking of hostages;

      (C) civil disturbance mass arrests;

      (D) natural disasters;

      (E) periodic testing of emergency equipment; and,

      (F) storage, issue, and use of weapons, ammunition, chemical agents, and related security devices.

   (8) Suicide Prevention.

   (9) Segregation Separation of incarcerated persons.

    **(10)** Zero tolerance in the prevention of sexual abuse and sexual harassment.

    **(11)** Policy and procedure to detect, prevent, and respond to retaliation against any staff or person after reporting any abuse.

    **(12)** Release policy, including release planning for incarcerated persons.

(b) ~~Inmates.~~ The policies and procedures required in subsections (a)(6) and (a)(7) may be placed in a separate manual to ensure confidentiality.

(~~b~~c) The manual for court holding facilities shall include all of the procedures listed in subsection (a), except number (~~4~~5).

(~~c~~d) The manual for Type IV facilities shall include, in addition to the procedures required in subsection (a), except number (~~4~~5), procedures for:

    **(1)** accounting of ~~inmate~~ funds belonging to incarcerated people;

    **(2)** community contacts;

    **(3)** field supervision;

    **(4)** temporary release; and

    **(5)** obtaining health care.

(e) The manual for Temporary Holding, Court Holding, Type I, II, III, and IV facilities shall provide for, but not be limited to, the following:

    **(1)** multiple internal ways for incarcerated people to privately report sexual abuse and sexual harassment, retaliation by other incarcerated persons or staff for reporting sexual abuse and sexual harassment, and staff neglect or violation of responsibilities that may have contributed to such incidents,

    **(2)** a method for uninvolved incarcerated persons, family, community members, and other interested third parties to report sexual abuse or sexual harassment. The method for reporting shall be publicly posted at the facility.

## Statutory Authority

**AUTHORITY:**

~~Note~~ NOTE : Authority cited: Section 6030, Penal Code. Reference: Section 6030, Penal Code.

## History

HISTORY ~~:~~

1. Editorial correction of NOTE filed 9-30-82 (Register 82, No. 40).

2. Change without regulatory effect (Register 86, No. 32).

3. Editorial correction of printing error in subsections (a)(1) and (a)(6) (Register 91, No. 32).

4. Amendment of first paragraph and subsections (a)(4) and (b) filed 8-4-94; operative 9-5-94 (Register 94, No. 31).

15 CCR 1029

5. Amendment of first paragraph and subsections (a)(5) and (c)(5) filed 1-26-98; operative 2-25-98 (Register 98, No. 5).

6. Amendment of subsection (a)(3), new subsection (a)(4), subsection renumbering, and amendment of newly designated subsection (a)(9) filed 1-11-2001; operative 2-10-2001 (Register 2001, No. 2).

7. Amendment of subsections (b) and (c) filed 6-2-2005; operative 7-2-2005 (Register 2005, No. 22).

8. Amendment of subsection (a)(4) filed 5-23-2008 as an emergency; operative 5-23-2008 (Register 2008, No. 21). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 10-30-2008 or emergency language will be repealed by operation of law on the following day.

9. Certificate of Compliance as to 5-23-2008 order transmitted to OAL 9-10-2008 and filed 10-23-2008 (Register 2008, No. 43).

10. Amendment of first paragraph filed 4-20-2009; operative 5-20-2009 (Register 2009, No. 17).

11. Change without regulatory effect amending subsection (b) filed 1-7-2010 pursuant to section 100, title 1, California Code of Regulations (Register 2010, No. 2).

12. Amendment of subsections (a)(4) and (a)(7)(C) filed 1-26-2017; operative 4-1-2017 (Register 2017, No. 4).

13. Amendment filed 9-13-2018; operative 1-1-2019 (Register 2018, No. 37).

14. Amendment of subsections (a)(3)-(6), (a)(9) and (a)(11), new subsection (a)(12) and amendment of subsections (d)(1) and (e)(1)-(2) filed 11-17-2022; operative 1-1-2023 (Register 2022, No. 46).

BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS

Copyright © 2023 by Barclays Law Publishers All rights reserved

**End of Document**