**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE (ECF 430)**<br><br>Hon. Sallie Kim, Presiding<br><br>Trial Date:  August 8, 2023 |

- 1 -

Plaintiffs' Request for Judicial Notice, **ECF 430**, is GRANTED:

For purposes of trial judicial notice is hereby taken of the following:

1) The existence and content of the 2001 California Building Code, Section 470A (**ECF 430-1,** Exhibit 1)

2) The existence and content of the 2007 California Building Code, Section 1231 (**ECF 430-2**, Exhibit 2);

3) The existence and content of the 2013 Title 24 Minimum Standards for Local Detention Facilities (**ECF 430-3**, Exhibit 3);

4) The existence and content of the 2021 Final Proposed Revisions of Title 24 (**ECF 430-4**, Exhibit 4);

5) The history of the California Building Standards Code, Title 24 (**ECF 430-5**, Exhibit 5);

6) Defendant did not comply with the California Building Code in failing to provide an outside exercise area;

7) That 15 California Code of Regulations, Title 15, section 1011, titled "Variances" was repealed in the 32 week of the year 1986;

1) As of 2004, 15 Cal. Code Regs. § 1011 had already been repealed;

2) That 15 California Code of Regulations, Title 15, section 1029, titled "Policy and Procedures Manual" has at all times relevant to this case required review at least every two years of the requirements of Title 15 and Title 24, and that **ECF 430-6**, Exhibit 8, is a true and correct copy of a comparison of the current language of 15 Cal. Code Regs. § 1029 to that in 2004;

3) The fact that prisoners were not moved into the existing San Bruno Jail, a Type II Detention Facility, until 2006;

4) The existence of California Attorney General Opinion 99-1214 (May 2, 2000) (**ECF 430-7**, Exhibit 9);

5) The existence and content of San Francisco Ordinance 225-22 (**ECF 430-8**, Exhibit 10), and specifically, that the San Francisco Building Code amendments were adopted by the

Board of Supervisors of the City and County of San Francisco on November 10, 2022, by Ordinance 225-22 effective December 11, 2022 and operative January 1, 2023;

6) The existence and content of the current San Francisco Building Code (**ECF 430-9**, Exhibit 11);

7) That the current San Francisco Building Code contains no amendment of 24 Cal. Code Regs. § 1231, which is the portion of the California Building Code addressing "Minimum Standards for Adult Detention Facilities."

8) That San Francisco has no discretion to adopt standards less restrictive than those contained in Title 24.

Dated: August __, 2023

_____
Hon. Sallie Kim
Magistrate Judge

**[Proposed] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**
**3:19-cv-02724 SK**