**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br><br><br>**PLAINTIFFS' NOTICE OF INTENDED WITNESSES AND EXHIBITS FOR TRIAL (AUGUST 8, 2023)** |

- 1 -

## I.     WITNESSES

As directed by this Court at the pre-trial conference held on August 3, 2023, and pursuant to this Court's Case Management and Pretrial Order (ECF 216) Plaintiffs' provide notice of intent to call the following witnesses on Tuesday, August 8, 2023:

1) Ross Mirkarimi
2) Jose Poot
3) Montrail Brackens
4) Troy McAlister

## II.     EXHIBITS

As directed by this Court at the pre-trial conference held on August 3, 2023, and pursuant to this Court's Case Management and Pretrial Order (ECF 216) Plaintiffs' provide notice of intent to offer the following exhibits into evidence on Tuesday, August 8, 2023: Plaintiffs' Exhibits 28, 29-0008, 29-0009, 30, 58, 59, 60, 67, 214, 215.

## III.     ADDITIONAL NOTICES

Plaintiffs had desired and intended to call Sheriff Paul Miyamoto as our second witness. Defendants had earlier stated that they would accept service of a subpoena for Sheriff Miyamoto. Plaintiffs' subpoena asked Sheriff Miyamoto to appear on Tuesday, August 8, 2023.

On Thursday, August 1, 2023, defense counsel Murphy emailed plaintiff's counsel Richard Brody stating that Sheriff Miyamoto will be "out of the country the week of August 8" but will be available on Tuesday, August 15, 2023.  See below:

From: **Murphy, Kaitlyn (CAT)** <Kaitlyn.Murphy@sfcityatty.org>
Date: Tue, Aug 1, 2023 at 4:38 PM
Subject: RE: Norbert v. CCSF-telephone call this morning?
To: Richard Brody <rbrody@greenfirelaw.com>
CC: Berdux, Sabrina (CAT) <Sabrina.M.Berdux@sfcityatty.org>

Hi Rick,

Thank you for your email. I've been informed that the Sheriff has a preplanned trip out of the country the week of August 8, but confirmed he will be back and available to testify at 8AM beginning on Tuesday August 15. We'd ask that Plaintiffs question the Sheriff at that time given his unavailability during the first week of trial.

**PLAINTIFFS' NOTICE OF INTENDED WITNESSES AND EXHIBITS FOR TRIAL (AUGUST 8, 2023) -- Case No.: 3:19-cv-02724 SK**

Thank you,

Kaitlyn


Given this circumstance, plaintiffs will request that the Court permit witnesses to be called out of order, and that plaintiffs be permitted to keep our case open, and not rest, until we have had the opportunity to call and question Sheriff Miyamoto.


Respectfully Submitted by:


Dated: 8/6/2023                                    LAW OFFICE OF YOLANDA HUANG

                                    By:   */s/ Yolanda Huang*
                                          Yolanda Huang
                                          ATTORNEY FOR PLAINTIFFS


Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on August 6, 2023, from Yolanda Huang for the filing of this document.


                                           */s/ Rachel Doughty*
                                          Rachel Doughty
                                          ATTORNEY FOR PLAINTIFFS

**PLAINTIFFS' NOTICE OF INTENDED WITNESSES AND EXHIBITS FOR TRIAL (AUGUST 8, 2023) -- Case No.: 3:19-cv-02724 SK**