**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 K<br><br>**PLAINTIFFS' OFFER OF PROOF RE: PLAINTIFFS' EXHIBIT 8 (FRCP 103)**<br><br>Dept: Courtroom 4, 17th Floor<br>Federal District Court<br>450 Golden Gate Ave.<br>San Francisco, CA<br><br>Hon. Sallie Kim, Presiding<br><br>Trial Date: August 8, 2023 |

Pursuant to Federal Rule of Civil Procedure 103(a) Plaintiffs submit this Offer of Proof regarding two pages of Plaintiffs' Exhibit P0008: Pages 1 and 1012.

## I. PERTINENT FACTS AND PROCEDURAL HISTORY

This case is set for bench trial beginning August 8, 2023.

On July 26, 2023, Plaintiffs submitted Plaintiffs' Amended 100 Exhibits For Trial (the "Plaintiffs' Exhibit List," ECF No. 413), which included Exhibit P0008, described as "Light Measurements, Defense Expert Report, Discovery Response and Depo Excerpts."

On August 4, 2023, the Court issued its Order Regarding Plaintiffs' Trial Exhibits. (ECF 427). The Court sustained Defendants' objections to this exhibit. Although with regard to other proffered evidence the Court allowed for portions to potentially come in at trial, that was not the case for exhibit 8. ECF 427 (See, e.g., treatment of exhibit 6).

Plaintiffs respectfully submit the following Offer of Proof as to the following pages of Plaintiffs' Exhibit P0008, and request that they be admitted into evidence at the trial of this matter:

1. Page 1- Architectural drawing of a typical Pod at the San Bruno Jail (attached hereto as **Exhibit 1**)

2. Page 1012-A topographical map of the area where the San Bruno Jail is located (attached hereto as **Exhibit 2**)

## II. PAGE 1 OF EXHIBIT P0008 SHOULD NOT BE EXCLUDED

Page 1 of Plaintiffs' Exhibit P0008 (BATES stamped P 0008-000001) is an architectural drawing of a typical Pod at the San Bruno Jail, obtained from Defendants in discovery. It is identical to Defendants' Exhibit 1031, which has not been excluded.

This exhibit will be authenticated as a true and accurate depiction of the layout of a typical Pod at the San Bruno Jail by Plaintiffs' witnesses Ross Mirkarimi, Kenneth Lomba, and Jamie Zeitzer. It presumably will also be authenticated by Sheriff Paul Miyamoto, who has been designated as an adverse witness by Plaintiffs and also designated as a witness by Defendants, and any of the defense witnesses identified in Defendants' designation of the identical Exhibit 1031 (Captain John Ramirez, Captain James Quanico, Daniel Santizo, John Gudino).

Page 1 is relevant and admissible in that it shows the structure of a Pod at the San Bruno Jail, the location of common areas in the Pod, and the location of fixed objects (including tables, chairs and stairs) in the common area of the Pod. It shows the location of windows in the pods, and that the windows in cells open onto a utility corridor, not to the out of doors. This information pertains to Plaintiffs' claims regarding sunlight and to defenses to the same, as well as to anticipated defenses regarding the ability to exercise in cells and common areas.

### III.  PAGE 1012 OF EXHIBIT P0008 SHOULD NOT BE EXCLUDED

Page 1012 of Exhibit P0008 (BATES stamped P 0008-001012) is map of the Area in the vicinity of the San Bruno Jail. It was attached to the report of Defense expert Jay Rosenthal (Exhibit 1070), who is a meteorologist, and who will testify to weather conditions in and around the San Bruno Jail. An identical image to page 1012 of Exhibit 8 is included in defense Exhibit 1070, at p. 7, which has not been excluded.

Page 1012 provides the Court with a map showing the location of the San Bruno Jail, and its proximity to certain other sites that are relevant to defenses asserted by Defendants. It should not be excluded from consideration at this juncture in the case.

### IV.  CONCLUSION

For the reasons set forth herein, Plaintiffs respectfully submit that the Court should revisit its rulings on Plaintiffs' Exhibit 8, and allow the pages discussed herein to be entered into evidence at the trial of this action.

Respectfully Submitted by:

Dated: 8/7/2023

GREENFIRE LAW, PC

By: */s/ Rachel S. Doughty*
Rachel S. Doughty
ATTORNEY FOR PLAINTIFFS