

NORBERT 3:19-CV-02724

Czeisler013989

CCSF-NORBERT_097824