

**Figure 1a. Topographical Map of the Area with the blue 'pin' indicating the location of the San Bruno jail complex**

7