**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF RICHARD A. BRODY IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF (FRCP 60)**<br><br>Date:<br>Time:<br>Dept: Courtroom 4, 17th Floor<br>     Federal District Court<br>     450 Golden Gate Ave.<br>     San Francisco, CA<br><br>Hon. Sallie Kim, Presiding<br><br>Trial Date: August 8, 2023 |

**- 1 -**

DECLARATION OF RICHARD A. BRODY IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF (FRCP 60) -- 3:19-CV-02724 SK

I, Richard A. Brody, do declare and state:

1.      I am an attorney at law duly licensed to practice before the 9th Circuit Court of Appeals and the United States District Court for the Northern District of California. I am Of Counsel at Greenfire Law, PC, co-counsel for the Plaintiffs. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2.      One of my responsibilities in this case has been the identification and preparation of Plaintiffs' exhibits for trial.

3.      On June 15, 2023, Plaintiffs and Defendants submitted their Joint Numerical List of All Exhibits That Will Be Offered As Evidence in a Party's Case in Chief. (**ECF No. 361**). Plaintiffs initially designated approximately 256 exhibits for use at trial. Plaintiffs' Exhibit 56 was "Mirkarimi Deposition, Vol 1" which was listed in the Joint Numerical List. Mr. Mirkarimi's Expert Report was attached to this transcript as Exhibit A. A true and accurate copy of Plaintiffs' Exhibit 56 is attached hereto as **Exhibit 1**, and pages 134-148 of Exhibit 56 are attached as **Exhibit 2.**

4.      On June 30, 2023, the Pretrial Conference was held in this case. I attended this Pretrial Conference along with other counsel for the Plaintiffs. At the Pretrial Conference, the Court addressed the issue of whether deposition transcripts should be designated as exhibits for witnesses who were expected to testify in person at trial. The Court indicated that such transcripts should not be submitted as exhibits.

5.      On June 30, 2023, the Court issued its Civil Minutes, and ordered that each party select the top 100 exhibits to be used at trial and file an updated exhibit list. (**ECF No. 384**). On July 20, 2023, Plaintiffs timely submitted their 100 Exhibits for Trial. (**ECF No. 400**). On July 26, 2023, pursuant to Court Order, Plaintiffs submitted their Amended 100 Exhibits for Trial (**ECF No. 413**). It was part of my duties to prepare both Top 100 Lists.

6.      Both "Top 100" Lists include only 97 exhibits for the Plaintiffs. Both "Top 100" Lists included Plaintiffs' Exhibit P0058, "Mirkarimi File Documents BATES stamped," which I

**DECLARATION OF RICHARD A. BRODY IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF (FRCP 60) -- 3:19-CV-02724 SK**

1   inadvertently believed included not only Mr. Mirkarimi's entire file and reliance documents, but

2   also Mr. Mirkarimi's expert report. I did not discover that Mr. Mirkarimi's expert report was not

3   included in this exhibit until late in the evening of Saturday, August 5, 2023.

4
5         7.     The failure to include Mr. Mirkarimi's expert report in the Top 100 Exhibit Lists

6   and to discover that Mr. Mirkarimi's expert report was not included in either of the Top 100

7   Exhibit Lists was inadvertent and was based upon my mistake in not identifying that Mr.

8   Mirkarimi's actual expert report was not included in the Top 100 exhibit lists.

9        I make this declaration under penalty of perjury under the laws of the United States of

10  America, executed this 7th day of August 2023, in Sebastopol, California.

11

12

13                                                     */s/ Richard A. Brody*

14                                                   Richard A. Brody

15

16

17       Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained

18  approval, on August 7, 2023, from Richard A. Brody for the filing of this Declaration.

19

20                                               */s/ Rachel Doughty*
                                             Rachel Doughty

21                                               ATTORNEY FOR PLAINTIFFS

22

23

24

25

26

27

28

**DECLARATION OF RICHARD A. BRODY IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF (FRCP 60) -- 3:19-CV-02724 SK**