**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF (FRCP 60)**<br><br>Dept:  Courtroom 4, 17th Floor<br>         Federal District Court<br>         450 Golden Gate Ave.<br>         San Francisco, CA<br><br>Hon. Sallie Kim, presiding<br><br>Trial Date:  August 8, 2023 |

Plaintiffs' Motion for Relief (FRCP 60) is hereby granted.

Plaintiffs' may submit as evidence to be considered by the Court the expert report of Ross Mirkarimi, which was initially designated as part of Plaintiffs' Exhibit 56 which was included as an exhibit in the Joint Numerical List of All Exhibits That Will Be Offered As Evidence in a Party's Case in Chief. (**ECF No. 361**).

The Court finds that Plaintiffs' failure to include the expert report of Plaintiffs' expert witness Ross Mirkarimi in Plaintiffs' Amended 100 Exhibits for trial was the result of mistake, inadvertence or excusable neglect.

The Court further finds that Plaintiffs' Motion for Relief was made within a reasonable time.

IT IS SO ORDERED.

Dated: _____

Hon. Sallie Kim, Magistrate Judge