**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,

        Plaintiffs,

    vs.

SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.

        Defendants.

Case No.: 3:19-cv-02724 SK

**PLAINTIFFS' OFFER OF PROOF REGARDING EXHIBITS P0063 AND P0064 (FRE 103)**

Dept.: Courtroom 4, 17th Floor
    Federal District Court
    450 Golden Gate Ave.
    San Francisco, CA
Hon. Sallie Kim, Presiding

**TRIAL DATE: AUGUST 8, 2023**

- 1 -

1      Pursuant to Federal Rule of Evidence 103, Plaintiffs make the following offer of proof for

2 Exhibits 63 and 64, as the Court has sustained objections to this evidence.

3 **I.**     **STATEMENT OF PERTINENT FACTS AND PROCEDURAL HISTORY**

4      Plaintiffs' Exhibit P0063 (**Exhibit 1**) is a letter dated December 26, 2019, from Ken

5 Lomba, President of the San Francisco Deputy Sheriffs' Association, to Sheriff Vicki Hennessy

6 and Sheriff Elect Paul Miyamoto. This is a time frame at issue in this case.

7      The subject of the letter is a request by the Mayor's office asking all departments,

8 including the Sheriff's Office, to reduce their by budget by 3.5%. Mr. Lomba states that the

9 additional money is needed within the Sheriffs' Office to recruit deputy sheriffs because of the

10 urgent need to fill 238 vacant positions. The Plaintiffs have alleged and will prove at trial that

11 budgetary shortfalls and short staffing resulted in the involuntary lockdown of inmates at the San

12 Bruno Jail, and that these excessive lockdowns constitute a violation of the 14th Amendment of the

13 United States Constitution and the concurrent provision in the California State Constitution.

14      Mr. Lomba is a witness designated by Plaintiffs and deposed by Defendants. Mr. Lomba

15 will authenticate this document by confirming that he was the author. Sheriff Miyamoto is an

16 adverse witness on Plaintiffs' witness list. It is expected that Sheriff Miyamoto will confirm his

17 receipt of this letter.

18      Plaintiffs' Exhibit P0064 (**Exhibit** 2) is a letter dated January 13, 2022, from Ken Lomba

19 to Sheriff Paul Miyamoto. Again, this is a time frame at issue here, and both Mr. Lomba and

20 Sheriff Miyamoto have been designated as witnesses by Plaintiffs. Thus, both documents will be

21 authenticated at trial and are relevant to one of the central issues in this action, i.e. excessive and

22 unconstitutional lockdowns of pretrial detainees at the San Bruno Jail.

23      Mr. Lomba states that the need to fill vacant positions is an immediate need at the Sheriffs'

24 Department. This letter is relevant for the same reasons identified for Plaintiffs' Exhibit P0063.

25      On August 4, 2023, the Court issued its Order Regarding Plaintiffs' Trial Exhibits. (**ECF**

26 **427**). The Court's Order sustained Defendants' objections to these two exhibits, but did not

27 specify a reason for its Order.

28

## II.    AN OFFER OF PROOF IS APPROPRIATE HERE

An offer of proof is appropriate when a ruling excludes evidence and this exclusion affects a "substantial right of the party." Fed R Evid. 103(a). On review, evidentiary rulings are not assigned error unless a substantial right is affected, and the judge was alerted to the nature of the error.

## III.    CONCLUSION

For the reasons set forth herein, Plaintiffs respectfully submit this Offer of Proof and request that Plaintiffs' Exhibits P0063 and P0064 not be excluded at trial.

Respectfully Submitted by:

Dated: 8/8/2023                    GREENFIRE LAW, P.C.

By:   */s/ Richard A. Brody*
Richard A. Brody
ATTORNEYS FOR PLAINTIFFS

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on August 7, 2023, from Richard Brody for the filing of this document.

*/s/ Rachel Doughty*
Rachel Doughty
ATTORNEY FOR PLAINTIFFS