# Exhibit 1

P.0063-000001

# San Francisco Deputy Sheriffs' Association

*Serving the Senior Deputies & Deputy Sheriffs of San Francisco since 1952*

| PRESIDENT | VICE-PRESIDENT | TREASURER | SECRETARY | SERGEANT-AT-ARMS |
|---|---|---|---|---|
| Ken Lomba | Christianne Crotty | Jason Moore | Tony Aguerre | Jim Irving |

*Via Electronic Mail*                                                                                                       December 26, 2019

Sheriff Vicki Hennessy
Sheriff Elect Paul Miyamoto
City Hall, Room 456
1 Dr. Carlton Goodlett Pl.
San Francisco, CA 94103
Email: Vicki.Hennessy@sfgov.org

Dear Sheriff Vicki Hennessy and Sheriff Elect Paul Miyamoto

I am writing to you today regarding the Mayor's office having asked departments to reduce their budget by 3.5% We believe you should ask for an increased budget, and here is why.

Maximum resources need to be focused on recruiting.  We believe the Sheriff's Department is in need of additional money within its budget to recruit deputy sheriffs.   The San Francisco Sheriff's Department needs to be competitive in hiring and needs to advertise to increase awareness of deputy sheriff job openings. Recruitment bonuses, referral bonuses and increased advertising is necessary to be competitive in the law enforcement job market.

Of the issues needing immediate attention are the Sheriff's Department having to fill 238 vacant positions, and the need to have a large eligibility list in anticipation of future retirements and department expansion.  We realize the difficulty in obtaining qualified and eligible candidates so doubling our efforts is critical in order to achieve our goals.

**The San Francisco Deputy Sheriffs' Association respectfully requests you implement the following to your budget:**

- Recruitment Advertisement Budget of $150,000.00 per year for advertising deputy sheriff job openings.
- Recruitment Trainee, Entry and Lateral Hiring Bonuses
- Recruitment Job Referral Bonus
- Retention Incentive - a 4% incentive for deputy sheriffs approaching 20 years plus to incentivize them to stay longer

NORBERT 3:19-CV-02724                                                                                                  Mirkarimi001081

**San Francisco Deputy Sheriffs' Association**   P 0063-000002

*Serving the Senior Deputies & Deputy Sheriffs of San Francisco since 1952*

| PRESIDENT | VICE-PRESIDENT | TREASURER | SECRETARY | SERGEANT-AT-ARMS |
|---|---|---|---|---|
| Ken Lomba | Christianne Crotty | Jason Moore | Tony Aguerre | Jim Irving |

Pg 2 Re: Recruiting Budget                                                                                  December 26, 2019

- Retention Pathway for 8304 CalPers Members to an expedited transition to the 8504 SFERS Sheriffs plan. So CalPers deputy sheriff members, once there CalPers retirement is built can transition to 8504 SFER Sheriff plan to build a retirement under SFERS.

I would like to share with you a couple examples for your consideration.

**Recruitment Advertisement Budget:**

SFPD

For fiscal year 2006-07 and thereafter, the San Francisco Police Department will receive an annual allocation of $250,000 to fund committee activities, programs and expenses. These funds may be used to develop enhanced recruitment and marketing programs, applicant preparation activities, and innovative new recruitment and hiring strategies. These funds may also be used for cultural competency and other training for new and experienced officers through City University or similar resources.

**Recruitment Bonuses**

**Entry Level Bonus: (Proposed)**
San Francisco Sheriff's Department $5000 Recruitment Hiring Bonus for new hires beginning the academy. $1000 within 30 days after successful completion of the academy. $2000 once the employee reaches their one year date of hire and the remaining $2000 on the employee completes probation.

**Academy Graduates and Laterals: (Proposed)**
San Francisco Sheriff's Department offering a $15,000 hiring bonus for academy graduates or experienced officers. ($7,500 upon hire and $7,500 upon completion of the Field Training Program).

**Examples:**
BART PD has been recruiting qualified candidates with new salaries and has streamlined its hiring process. BART PD is now offering a $15,000 hiring bonus for academy graduates or experienced officers. ($7,500 upon hire and $7,500 upon completion of the Field Training Program).

P_0063-000003

# San Francisco Deputy Sheriffs' Association

*Serving the Senior Deputies & Deputy Sheriffs of San Francisco since 1952*

| PRESIDENT | VICE-PRESIDENT | TREASURER | SECRETARY | SERGEANT-AT-ARMS |
|---|---|---|---|---|
| Ken Lomba | Christianne Crotty | Jason Moore | Tony Aguerre | Jim Irving |

Pg 3 Re: Recruiting Budget                                                                                                December 26, 2019

The City of Fremont and the Fremont Police Association have jointly established a new recruiting incentive program that features a $10,000 total signing bonus for newly hired Entry-level, Academy Graduate, and Lateral Police Officers. The bonus is structured with $5,000 distributed at the time of hire and $5,000 after successful completion of Probation.

Clearlake Police Department has a $15,000 hiring bonus for Entry level and Laterals.

**Referral Bonus:**
The program rewards current employees for referring candidates who ultimately take jobs with the Fremont Police Department (FPD). Specifically, the program offers a $1,500 total referral bonus — $750 at time of candidate's hire and $750 after candidate's successful completion of Probation.

California Police Department Offers Signing and Referral Bonuses to Boost Recruiting Efforts

Tucson police employees could earn $3K for officer recruit referrals

**Retention Incentive:**
A 4% incentive for deputy sheriffs approaching 20 years plus to incentivize them to stay longer.  A retention incentive would keep deputies working longer than 20 yrs.  This would be extremely helpful as the department increases it's staffing and the experienced deputies would be with the department longer to share their experience training new deputies.

**Retention Pathway:**
Create a streamlined pathway for retiring 8304 CalPers Members to an expedited transition to the 8504 SFERS Sheriff's plan. So CalPers deputy sheriff members that have built their retirement can transition to 8504 SFER Sheriff's plan to build a retirement under SFERS.

Thank you for your time and consideration,

Best regards,

Ken Lomba
SFDSA President
415-513-8973