# Exhibit 2

DAVID P. MASTAGNI
JOHN R. HOLSTEDT
CRAIG E. JOHNSEN
BRIAN A. DIXON
STEVEN W. WELTY
STUART C. WOO
DAVID E. MASTAGNI
RICHARD J. ROMANSKI
PHILLIP R.A. MASTAGNI
KATHLEEN N. MASTAGNI STORM
SEAN D. HOWELL
WILLIAM P. CREGER
SEAN D. CURRIN
DANIEL L. OSIER
KENNETH E. BACON
GRANT A. WINTER
JOSHUA A. OLANDER
HOWARD A. LIBERMAN
ZEBULON J. DAVIS
DOUGLAS T. GREEN
MELISSA M. THOM
JASON M. EWERT



**MASTAGNI HOLSTEDT**

*A Professional Corporation*

Sacramento Office
1912 I Street
Sacramento, CA
95811
(916) 446-4692
Fax (916) 447-4614
Tax ID #94-2678460

Rancho Cucamonga Office
(909) 477-8920

Chico: (530) 895-3836
San Jose: (408) 292-4802
Stockton: (209) 948-6158
Los Angeles: (213) 640-3529

JONATHAN D. CHAR
BRETT D. BEYLER
VANESSA A. MUNOS
KIMBERLY A. VELAZQUEZ
JOSEPH A. HOFFMANN
MICHAEL P. R. REED
ANISI K. SINGH
JOEL M. WEINSTEIN
TAYLOR DAVIES-MAHAFFEY
NATHAN SENDEROVICH
SAMUEL S. SIAVOSHI
BEHNAM M. PARVINIAN
CARLY M. MORAN
CLARISSA MEDRANO
CHRISTOPHER J. WALSH
BYRON G. DANELL
CHRISTINA D. ALON
DAVID E. SNAPP
MONTANA MASSONE
GARRETT FORTER
WILLIAM C. BAIRD

*All Correspondence to Sacramento Office*
www.mastagni.com

April 7, 2022

*Sent via Electronic Mail Only*

Sheriff Paul Miyamoto
City/County San Francisco

paul.miyamoto@sfgov.org

> **Re:** **Step 1-2 Grievance - MOU Article III.F.3. Denial of Appointment Above Entrance Rate.**
> **Our File No. RETH/22-0303**

Dear Sheriff Miyamoto:

This shall serve as Step 1-2 of the Grievance Process. This grievance specifically involves the following members:
- Peter Ndungu
- Michael Sanz
- Richard Tang
- Dan Frank
- All other members similarly situated, who have requested appointment above the entrance rate, who meet the qualifications listed in III.F.3.

As you are aware, the City/County of San Francisco and the DSA agreed to allow appointment of new hires at a rate above the entrance rate, under the circumstances listed in paragraphs 193-196 of the MOU. As you also know, recruitment and retention of DSA-member represented positions are difficult with the current pay and in light of the highly competitive recruitment and pay by your neighbors in the Bay Area.

Specifically, paragraph 195 states, "A severe, easily demonstrative and documented recruiting and retention problem exists." This problem is so well-known and established that you have identified the problem yourself publically numerous times. Numbers as high as 200 deputies needed to recruit have been claimed by you and your administration.

Additionally, paragraph 196 states, "The appointee possesses special experience, qualifications, and/or skills that, in the opinion of the Sheriff, warrant appointment above the entrance rate." As you will see, the attached documents support the application of paragraph 196.

The remedy sought by the DSA is that you implement paragraphs 195 for all new hires, until you have reached your goal of hiring 200 deputies. Further, the DSA asks that the listed greivants receive at least two step increases, based upon their qualifications listed in paragraph 196. Moving forward, all those new hires who meet the qualifications of paragraph 196 should receive a step increase over that of the new hires who meet the qualifications of paragraph 195.

I can be reached anytime on my cell phone at (916) 718-0159 or showell@mastagni.com.

Sincerely,

**MASTAGNI HOLSTEDT, A.P.C.**

SEAN D. HOWELL
Attorney at Law

cc:     Ken Lomba, President, SFDSA
        Stephen Leonesio, SFDSA Labor Consultant, Mastagni Holstedt, A.P.C.

P 0071-000003




**San Francisco Sheriff's Department**
**AND**
**San Francisco Deputy Sheriffs' Association**

# EMPLOYEE GRIEVANCE FORM
## (Part 1)

A grievance is an allegation, raised by a deputy or deputies, that the individual or group has been adversely affected by a specific section of either the MOU or Chapter C-04 (P&P) being violated, misapplied, or misinterpreted. Please state the specific violation(s) in your grievance. Attach additional pages if necessary. *Evaluations and Counselings are not grievable.* This form is not to be used for disciplinary grievances. Extension of any time limits must mutually agreed to.

**Name of Grievant(s):** San Francisco Deputy Sheriffs Association ("SFDSA")   **Date:** April 7, 2022

**Issue:**

See Attached

The grievant shall discuss the grievance informally with his/her immediate supervisor, provided the grievance is not a discrimination or retaliation claim against that supervisor, and try to work out a satisfactory solution in an informal manner as soon as possible, but in no case later than 10 calendar days from the date of occurrence.... The grievant may have an Association representative present.

Supervisor Contacted (Name): _____   Date: _____

Resolution: _____

_____

_____

Step 1: If the grievance is not resolved within seven (7) calendar days after contact with immediate supervisor, the grievant will submit the grievance in writing to the facility, or division commander no later than seventeen (17) calendar days of the facts or events giving rise to the grievance.

Grievance Submitted to: _____   Date: _____

Response by Facility/Division Commander (within 7 days):

_____

_____

_____

_____

_____

Signed: _____   Date: _____

copy to:   Grievant _____   Division Commander _____   Undersheriff _____

☐ *Continuation Page Attached*                      Page  1  of  3

Mirkarimi001206

P 0071-000004




# E M P L O Y E E   G R E I E V A N C E   F O R M
## (Part 2 - Contiuation)

**Issue (continuation from Page 1):**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Contacted Supervisor Resolution (Continuation from Page 1):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Page   2   of   3

Mirkarimi001207

P 0071-000005

# A P P E A L

Step 2: A grievant dissatisfied with the facility, or division commander's response at Step 1 may appeal to the Sheriff, or his designee in writing, within seven (7) calendar days of receipt of the Step 1 answer. A copy of the original GRIEVANCE FORM may be used to lodge an appeal. A copy of this form should be included if the appeal is filed separately.

Date of Appeal: _____

Reason for Appeal:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Received by Sheriff/Designee: _____
                                          date

Meeting Scheduled (within 15 days): _____
                                                date

Written Response (within 30 days):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed: _____   Date: April 7, 2022

P 0071-000006

# Dan Frank

Mirkarimi001209

**From:** "Dan, Frank (SHF)" <frank.dan@sfgov.org>
**Date:** February 10, 2022 at 10:49:13 PM PST
**To:** "Vargas, Dominic (SHF)" <dominic.vargas@sfgov.org>
**Cc:** President <PRESIDENT@sanfranciscodsa.com>
**Subject: Memorandum of Understanding 196d assistance**

Dear Senior Deputy Vargas,

Thank you for the current onboarding process in the position of Deputy Sheriff 8504 at the San Francisco Sheriff's Office (SFSO). I am confident I will make a significant contribution to SFSO over the short and long term.

Today on February 10, 2022, I had the opportunity to speak with DSA President Lambo regarding my special experience, qualifications, and skills. DSA President Lambo advised me of our Memorandum of Understanding on page fifty-three, section 196d, that would warrant an appointment above the entrance rate in the position of Deputy Sheriff 8504.

I have been committed to SFSO throughout the hiring process. During the background process, Sunnyvale reached out to me and offered my position as a Public Safety Officer for the Sunnyvale Department of Public Safety. When I left the Sunnyvale Department of Public Safety, I was paid fifty-six dollars per hour for my qualifications in 2018.

I have attached some of my training and credentials below and hope you agree to an appointment above the entrance rate. Do not hesitate to contact me if you have any questions or concerns. Thank you for your time and consideration.

Respectfully,

1

P 0071-000008

Deputy Dan # 2465

2

NORBERT 3:19-CV-02724

Mirkarimi001211

P 0071-000009



**POST PROFILE NAME:**

DAN, FRANK

CALIFORNIA COMMISSION ON **POST**
**CONFIDENTIAL PROFILE REPORT**

**AKA:** N/A

**DATE:** 02/10/2022

Page 1 of 1

### A. PERSONAL IDENTIFICATION

| POST I.D. | Agency | Birth Date | Sex | Race |
|---|---|---|---|---|
| C70-C04 | SAN FRANCISCO CO SO | 11/27/1992 | M | A |

### B. CERTIFICATES AWARDED

Total Number of Certificates: 0

### C. EMPLOYMENT

| Hired From | To | R* | Rank | Rank Date | Agency | Agency Name | F/P | P/U | Seas |
|---|---|---|---|---|---|---|---|---|---|
| 09/23/2018 | 12/17/2018 | 1 | PO | 09/23/2018 | 43160 | SUNNYVALE DPS | F | P | |
| 04/15/2019 | 09/17/2019 | 1 | PO | 04/15/2019 | 01210 | BAY AREA RAPID TRANSIT PD | F | P | |
| 02/05/2022 | | | DPTY | 02/05/2022 | 38000 | SAN FRANCISCO CO SO | F | P | |

*Reason for Separation: 1 = Resignation, 2 = Discharge, 3 = Retirement, 4 = Death, 5 = Felony, 6 = Other, 7 = Promotion/Demotion

### D. POST CERTIFIED TRAINING

| Comp Date | Cat | CCN | Hrs | Rmb | Cmp | Agency | School | | Course Name |
|---|---|---|---|---|---|---|---|---|---|
| 09/17/2018 | A | 1010-00100-17-003 | 1064 | | Y | 43140 | ALAMEDA SO | | BASIC COURSE-INTENSIVE |
| 09/25/2018 | K | 2540-32075-18-012 | 16 | | Y | 43160 | SOBAYRTC | | FIREARMS/TACTICAL RIFLE |
| 10/12/2018 | K | 2540-21798-18-012 | 8 | X | Y | 43160 | SOBAYRTC | | FIRST AID/CPR UPDATE |
| 11/09/2018 | K | 2750-29501-18-007 | 4 | | Y | 43160 | SUNNYVL PS | * | FIREARM(PSP) |
| 11/09/2018 | K | 2750-29503-18-004 | 4 | X | Y | 43160 | SUNNYVL PS | * | ARSTCTL(PSP) |
| 05/11/2019 | K | 3700-30995-18-016 | 4 | X | Y | 01210 | BARTPD | | LESS LETHAL WEAPONS |
| 07/03/2019 | K | 3700-30995-19-008 | 4 | X | Y | 01210 | BARTPD | | LESS LETHAL WEAPONS |
| 08/02/2019 | K | 1010-21797-19-001 | 8 | X | Y | 01210 | ALAMEDA SO | | FIRST AID/CPR/AED REFRESHER |
| 09/24/2020 | K | 2010-20801-20-003 | 40 | | Y | 01210 | OPD | | CRISIS INTERVENTION |
| 02/05/2021 | K | 1239-49550-20-011 | 8 | X | Y | 29000 | GS | * | IMPLICIT BIAS AND RACIAL PROFILING (DLGP) |
| 04/09/2021 | K | 2540-21796-20-003 | 38 | | Y | 01210 | SOBAYRTC | | FIRST AID/CPR/AED INSTRUCTOR |
| 06/01/2021 | K | 1239-49650-20-072 | 8 | X | Y | 01210 | GS | * | CULTURAL DIVERSITY (DLGP) |
| 09/08/2021 | K | 1239-49500-21-013 | 8 | X | Y | 01210 | GS | * | USE OF FORCE AND DE-ESCALATION (DLGP) |
| 10/25/2021 | K | 1239-20798-21-027 | 8 | X | Y | 60000 | GS | * | CRISIS INTERVENTION AND DE-ESCALATION TRAINING |

*Meets Perishable Skills

### F. FOOTNOTES

NO FOOTNOTE ON FILE.

PLEASE REFER TO THE ENCLOSED EXPLANATION SHEET FOR ADDITIONAL INFORMATION.

# COMMISSION ON POST – PROFILE REPORT

The Profile Report contains confidential information.                    **EXPLANATION SHEET**

## A. PERSONAL IDENTIFICATION: Subject's personal information as indicated in POST database (EDI system)

| | |
|---|---|
| **POST ID:** | Unique identification number assigned to subject by POST. |
| **Agency:** | Indicates the agency (or one of the agencies) where subject is currently employed. An "*" indicates that the subject is employed in more than one position within the same agency. |
| **Birth Date / Sex:** | Self-explanatory. |
| **Race:** | **A** = Asian  **B** = African American (Black)  **N** = Native American  **S** = Spanish/Hispanic  **W** = White  **O** = Other |

## B. CERTIFICATES AWARDED

| | |
|---|---|
| **Cert:** | Certificate serial number. |
| **Type:** | **B** = Basic   **I** = Intermediate   **A** = Advanced   **S** = Supervisory   **M** = Management   **E** = Executive  **R** = Reserve   **D** = Public Safety Dispatcher   **SX**= Specialized X (example: SA = Specialized Advanced) |
| **Awarded:** | Date certificate was issued. |
| **Education:** | Educational points or degree used for earning a certificate. |
| **T:** | Training points used for awarding the certificate. |
| **T+:** | Additional training points. |
| **Comments:** | Comments regarding training or institute(s) where subject received education. |
| **Total Number of Certificates:** | Number of certificates awarded to subject as indicated in POST database. |

## C. EMPLOYMENT: Subject's employment history as indicated in POST database

| | |
|---|---|
| **Hired From:** | Date subject was hired or sworn into the agency. |
| **To:** | Date subject left agency (if applicable). |
| **R*:** | Reason for separation as indicated by number in the Report description. |
| **Rank / Rank Date:** | Indicates rank as translated by POST database and date subject made rank. |
| **Agency / Agency Name:** | Agency code number and name where subject is currently working or previously worked. |
| **F/P:** | Time base:   **F** = Full time   **P** = Part time |
| **P/U:** | Wage status:   **P** = Paid   **U** = Unpaid |
| **Seas:** | Provisional or seasonal employment. |

## D. POST TRAINING: Courses attended or completed as indicated in POST database

| | |
|---|---|
| **Comp Date:** | Date course ended. |
| **Cat:** | General course category (for POST use only). |
| **CCN:** | Course Control Number. |
| **Hrs:** | Hours completed in course. |
| **Rmb:** | Reimbursement indicator:  **R** = Reimbursed *(before FY 83/84 reimbursable agency not necessarily reimbursed)* **J** = Job specific   **\*** = Job specific, SALARY NOT PAID   **Blank** = None or no data available |
| **Cmp:** | Completion indicator:   **Blank or Y** = Course completed   **N** = Course not completed   **?** = Prior to 1979 |
| **Agency:** | Agency where subject was employed at time of course enrollment. |
| **School:** | Training institute offering the course. |
| **Course Name:** | Course name as shown in POST database. |

## E. NON-CERTIFIED COURSES

This section will only appear if applicable.

## F. FOOTNOTES

This section reserved for additional information.

Revised 11/2014

P 0071-000011

# Certificate of Completion



## The Oakland Police Department

Certifies that

### Frank Dan

Has satisfactorily completed 40 hours in the

## Crisis Intervention Training

September 24, 2020

Course Control #2010-20801-20-003

_____
Chief of Police

_____
Training Section Commander

NORBERT 3:19-CV-02724

Mirkarimi001214



**City and County of San Francisco**
**London N. Breed, Mayor**

**Department of Emergency Management**
**Emergency Medical Services Agency**



Enclosed is your new EMT Renewal Certification card that expires **10/31/2023**. Please verify that the information on the card is correct, sign the card, and carry it with you.

California State Regulations require that you notify our office in writing within 30 days of any change in your mailing address, giving both the old and new address and EMT Registry Number (via e-mail to address below). Failure to do so may result in you not receiving important information from our office in a timely manner.

In order to maintain your EMT certification, please submit a renewal application with all required documentation 60 days in advance of your expiration date to ensure you meet all EMT Renewal Certification requirements.

If you have any questions or need additional information, please contact us at 628-217-6000.

**San Francisco EMS Agency, Attn: Certification**
**333 Valencia Street, Suite 210 • San Francisco, CA 94103-3551**
**(628) 217-6000 • www.sfdem.org • emsacertifications@sfgov.org**
**Application Hours: Monday through Friday 8:00 am – 4:00 pm**



**CALIFORNIA STATE FIRE TRAINING**

## Training History Report
Department of Forestry and Fire Protection
Office of the State Fire Marshal - State Fire Training

*Reported by Acadis® Readiness Suite*          02/04/2022

For:  **Dan, Frank**
SFT ID   **5985-7565**

### Dan, Frank

---

### Certifications

| Name | Issued | Expiration | Status |
|------|--------|------------|--------|
| Fire Fighter 1 (2013) California NT | 03/30/2019 | Never Expires | Active (Active) |

### Training

**Upcoming, Ongoing, & Unconfirmed**

No upcoming & ongoing training data exists.

**Current Period to Date  (01/01/2022 - 02/04/2022)**

No current year training data exists.

**Previous Period  (01/01/2021 - 12/31/2021)**

No previous year training data exists.

**Other Periods  (through 12/31/2020)**

| Course/Title (Course No.) | Training Dates | | Grade | Status | Training Category | Hours |
|---|---|---|---|---|---|---|
| FF1B-Hazardous Materials FRA/FRO Psychomotor Exam - HZMTSE0047 | 02/06/2018 | 02/06/2018 | 0.00% | Graduated - 02/06/2018 | | 0h 0m |
| FF1C-Wildland Fire Fighter 1 Psychomotor Exam - WLDFFSE0052 | 02/06/2018 | 02/06/2018 | 0.00% | Graduated - 02/06/2018 | | 0h 0m |
| FF1A-Fire Fighter 1 Cognitive Exam - FF1WE0049 | 02/05/2018 | 02/05/2018 | 0.00% | Graduated - 02/05/2018 | | 0h 0m |
| FF1B-Hazardous Materials FRA/FRO Cognitive Exam - HZMTWE0048 | 02/05/2018 | 02/05/2018 | 0.00% | Graduated - 02/05/2018 | | 0h 0m |
| FF1C-Wildland Fire Fighter 1 Cognitive Exam - WLDFFWE0051 | 02/05/2018 | 02/05/2018 | 0.00% | Graduated - 02/05/2018 | | 0h 0m |
| S-130: Fire Fighter Training - S1300036 | 01/24/2018 | 01/31/2018 | 0.00% | Graduated - 01/31/2018 | | 30h 0m |
| S-190: Introduction to Wildland Fire Behavior - S1900045 | 01/23/2018 | 01/23/2018 | 0.00% | Graduated - 01/23/2018 | | 6h 0m |
| Confined Space Rescue Awareness - CSRA0189 | 01/22/2018 | 01/22/2018 | 0.00% | Graduated - 01/22/2018 | | 8h 0m |
| Rescue Systems 1 - NRS10052 | 01/08/2018 | 01/12/2018 | 0.00% | Graduated - 01/12/2018 | | 40h 0m |
| Vehicle Extrication - VE0089 | 01/04/2018 | 01/05/2018 | 0.00% | Graduated - 01/05/2018 | | 24h 0m |
| I-300: Intermediate ICS - I3000051 | 12/27/2017 | 12/29/2017 | 0.00% | Graduated - 12/29/2017 | | 18h 0m |
| Low Angle Rope Rescue Operational - LARRO0139 | 12/18/2017 | 12/20/2017 | 0.00% | Graduated - 12/20/2017 | | 24h 0m |
| FF1A-Fire Fighter 1 Psychomotor Exam - FF1SE0046 | 12/13/2017 | 12/14/2017 | 0.00% | Graduated - 12/14/2017 | | 0h 0m |
| Fire Control 3B: Structural Fire Fighting in Live-fire Simulators - FC3B0078 | 12/04/2017 | 12/07/2017 | 0.00% | Graduated - 12/07/2017 | | 8h 0m |

NORBERT 3:19-CV-02724                                          Mirkarimi001216



**Training History Report**
Department of Forestry and Fire Protection
Office of the State Fire Marshal - State Fire Training

*Reported by Acadis® Readiness Suite*  02/04/2022

For: **Dan, Frank**
SFT ID  **5985-7565**

| | | | | | |
|---|---|---|---|---|---|
| Fire Fighter Survival - FFS0090 | 11/20/2017 | 11/21/2017 | 0.00% | Graduated - 11/21/2017 | 16h 0m |

**Total Hours**  **(174h 0m)**

A grade of ## indicates that the weights for this class are not valid and grades cannot be calculated.

NORBERT 3:19-CV-02724

Mirkarimi001217

P 0071-000015



# CALIFORNIA FIRE SERVICE
# TRAINING AND EDUCATION SYSTEM

The State Board of Fire Services recognizes

## Frank Dan

has successfully completed the
California State Fire Marshal certification requirements for

## Fire Fighter 1 (2013) California NT

NFPA 1001: Fire Fighter 1, NFPA 1051: Wildland Fire Fighter 1,
NFPA 472: Hazardous Materials Awareness and Operations

Issued On
March 30, 2019



Mike Richwine
State Fire Marshal



SFT ID# 5985-7565

Mirkarimi001218

P 0071-000016





**Cal OES**
GOVERNOR'S OFFICE
OF EMERGENCY SERVICES

# CERTIFICATE OF COMPLETION

This is to certify that

# Frank Dan

## Has completed the 16 hour Hazardous Materials Course
### FIRST RESPONDER OPERATIONS

Certified under Chapter 7 of Division 1 of Title 2 California Government Code 8574.19-23,
California Code of Regulations Title 19 Section 2510-2560

Complies with the Provisions of California Code of Regulations Title 8 Section 5192(q)
Title 29 Code of Federal Regulations 1910.120(q)

Outreach Course Manager

Alex Cabassa, CSTI Superintendent

| 01/18/2018 | OR501757 |
| --- | --- |
| Class Date | Certificate No. |

Mirkarimi001219

P 0071-000017

# NATIONAL COUNCIL
FOR BEHAVIORAL HEALTH

National Council for Behavioral Health
operates Mental Health First Aid in
the USA. The National Council for
Behavioral Health and the
Missouri Department of
Mental Health founded
Mental Health First
Aid USA.

# Frank Dan

has completed the course and is now certified in

# Adult
# Mental Health First Aid USA

This course teaches skills for providing initial help to someone
experiencing a mental health or substance use challenge.

### Susan Bechara

Instructor

_____

Instructor

*Chuck Ingoglia*
**Chuck Ingoglia**
President & CEO
National Council for Behavioral Health



MENTAL
HEALTH
FIRST AID

This certificate became
**effective** on:

02/26/2021

Date

This certificate **expires**:

02/26/2024

Date

*This course is eligible for 8 contact hours of continuing education credit.*

NORBERT 3:19-CV-02724

Mirkarimi001220

*The* # Academy



*This is to certify that*

# FRANK DAN

*has successfully completed*

# FIRST AID CPR/ AED INSTRUCTOR

April 5, 2021 - April 9, 2021

**TRANSCRIPTING COLLEGE**

Gavilan College (408) 848-4733
Course # JLE154 / Section # 40845
40 Hours / 1 Units
P.O.S.T. Control # 2540-21796-20-003



Linda Vaughn
President/CEO
South Bay Regional Public Safety Training Consortium

      

*Providing Excellence and Leadership in Public Safety Training through Regional and Community Partnerships*

**From:** "Clark, Carla (SHF)" <carla.clark@sfgov.org>
**Date:** March 1, 2022 at 3:36:33 PM PST
**To:** "Dan, Frank (SHF)" <frank.dan@sfgov.org>
**Cc:** President <PRESIDENT@sanfranciscodsa.com>, "Ndungu, Peter (SHF)" <peter.ndungu@sfgov.org>,
"Tang, Richard (SHF)" <richard.tang@sfgov.org>, "Sanz, Michael (SHF)" <michael.sanz@sfgov.org>
**Subject:** Re: MOU 196d inquiry

Good Afternoon,

I forwarded your requests up my chain of command after they were submitted. I just checked
with Captain Sanford and he is still looking into your requests.

Sergeant Carla Clark #1418
Personnel Manager
San Francisco Sheriff's Office
City Hall
1 Dr. Carlton B. Goodlett Place, Room 456
San Francisco, Ca 94102-4676
Telephone: (415) 554-4461
Work Cell: (415) 361-0420
Fax: (415) 554-7050

This communication and any accompanying documents are confidential. They are intended for the sole use of
the addressee. If you receive this transmission in error, you are advised that any disclosure, copying distribution,
or taking of any action in reliance upon this communication is strictly prohibited. Moreover any such disclosure
shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this
communication or otherwise. If you have received this communication in error, please contact me at the above
address. Thank you.

---

**From:** Dan, Frank (SHF) <frank.dan@sfgov.org>
**Sent:** Tuesday, March 1, 2022 1:47 PM
**To:** Clark, Carla (SHF) <carla.clark@sfgov.org>
**Cc:** president@sanfranciscodsa.com <president@sanfranciscodsa.com>; Ndungu, Peter (SHF)

1

<peter.ndungu@sfgov.org>; Tang, Richard (SHF) <richard.tang@sfgov.org>; Sanz, Michael (SHF)
<michael.sanz@sfgov.org>
**Subject:** MOU 196d inquiry

Good afternoon Sgt. Clark and President Lomba,

I hope all is well. Our CORE class would like to inquire on the status of MOU 196d plea. We submitted
independent email correlated to our training and experience. Please advise if anything else is needed
with the process.

Best Regards,

Deputy Dan

2

P 0071-000021

# Peter Ndungu

Mirkarimi001224

**From:** "Ndungu, Peter (SHF)" <peter.ndungu@sfgov.org>
**Date:** February 13, 2022 at 10:11:56 AM PST
**To:** "Vargas, Dominic (SHF)" <dominic.vargas@sfgov.org>
**Cc:** President <PRESIDENT@sanfranciscodsa.com>
**Subject: DSA 196(d) Consideration**

Good morning, Sr. Deputy Vargas,

Thank you for the great orientation week. I am grateful for the resources you are making available to us to ensure a successful career with the Department.

On February 10, 2022, I had the pleasure to meet DSA President, Ken Lomba and discussed the DSA's MOU; Page 53 Section 196(d). Based on my training and experience, The president advised that this section would warrant an appointment above the entrance rate in the position of Deputy Sheriff 8504.

I attended the Santa Rosa Junior College Police Academy, BPA202, as a self-sponsored student and successfully graduated in December 2019. I worked with Ukiah Police Department through the FTO program where I acquired extensive field training and patrol experience.

I responded to and took lead in several domestic violence incidents, DUI cases, 5150 incidents and other calls of service. I made several arrests for possession and sale of controlled substances. This experience made me competent in identifying various drugs and other contraband. I was subpoenaed by the District Attorney's Office in Mendocino County to appear and testify in court in front of the Judge for arrests I had made and cases I had investigated.

During the FTO program, I had in-service EVOC training, building clearance and taser training.

Based on the field training and experience, I believe the fair market rate; Step 3 ($49.25/hr.), is compensatory to the value I bring to the San Francisco Sheriff's Department.

Respectfully,

1

Peter Ndungu #2473

2

Mirkarimi001226

# Michael Sanz

Mirkarimi001227

**From:** "Sanz, Michael (SHF)" <michael.sanz@sfgov.org>
**Date:** February 14, 2022 at 8:35:47 PM PST
**To:** "Vargas, Dominic (SHF)" <dominic.vargas@sfgov.org>
**Cc:** presidentdsa@sfgov.org
**Subject: MOU 196d Assistance**

On February 10, 2022, I had the opportunity to speak with DSA President Lambo regarding my special experience, qualifications, and skills. DSA President Lambo advised me of our Memorandum of Understanding on page fifty-three, section 196d, that would warrant an appointment above the entrance rate in the position of Deputy Sheriff 8504 based on my previous patrol experience with the San Francisco Police Department. If you have any questions or concerns, please feel free to contact me.


Thank you,

Michael Sanz
(702)-350-3549

1

Mirkarimi001228

P 0071-000026

# Richard Tang

Mirkarimi001229

P 0071-000027

**From:** "Tang, Richard (SHF)" <richard.tang@sfgov.org>
**Date:** February 23, 2022 at 8:07:35 AM PST
**To:** "Vargas, Dominic (SHF)" <dominic.vargas@sfgov.org>
**Cc:** President <PRESIDENT@sanfranciscodsa.com>
**Subject: MOU 196d**

Dear Senior Deputy Vargas,

On February 10, 2022, I had the
opportunity to speak with DA President Lambo regarding my special experience, qualifications, and
skills. DSA President Lambo advised me of our Memorandum of Understanding on page fifty-three,
section 196d, that would warrant an appointment of a higher step rate in the position of Deputy Sheriff
8504.

I believe my experience from the Marine Corp and my time working as a Patrol Officer in the Tenderloin
has provided me a unique set of skills that will benefit the San Francisco Sheriff's Office both short term
and long term.

Thank you,

Deputy Richard Tang #2468

NORBERT 3:19-CV-02724

Mirkarimi001230

P 0071-000028



# STATE OF CALIFORNIA
## PUBLIC EMPLOYMENT RELATIONS BOARD
# UNFAIR PRACTICE CHARGE

| DO NOT WRITE IN THIS SPACE: | Case No: | | Date Filed: |
|---|---|---|---|

**INSTRUCTIONS:** File this charge form via the e-PERB Portal, with proof of service.  Parties exempt from using the e-PERB Portal may file the original charge in the appropriate PERB regional office (see PERB Regulation 32075), with proof of service attached.  Proper filing includes concurrent service and proof of service of the charge as required by PERB Regulation 32615(c).  All forms are available from the regional offices or PERB's website at **www.perb.ca.gov**.  If more space is needed for any item on this form, attach additional sheets and number items.

| IS THIS AN AMENDED CHARGE? | YES | If so, Case No. | | NO |
|---|---|---|---|---|

**1. CHARGING PARTY:**    EMPLOYEE        EMPLOYEE ORGANIZATION        EMPLOYER        PUBLIC[1]

a. **Full name:**

b. **Mailing address:**

c. **Telephone number:**

d. **Name and title of person filing charge:**

**Telephone number:**

**E-mail Address:**

**Fax No.:**

e. **Bargaining unit(s) involved:**

**2. CHARGE FILED AGAINST: (mark one only)**        EMPLOYEE ORGANIZATION        EMPLOYER

a. **Full name:**

b. **Mailing address:**

c. **Telephone number:**

d. **Name and title of agent to contact:**

**Telephone number:**

**E-mail Address:**

**Fax No.:**

**3. NAME OF EMPLOYER (Complete this section only if the charge is filed against an employee organization.)**

a. **Full name:**

b. **Mailing address:**

**4. APPOINTING POWER: (Complete this section only if the employer is the State of California.  See Gov. Code, § 18524.)**

a. **Full name:**

b. **Mailing address:**

c. **Agent:**

---

[1] An affected member of the public may only file a charge relating to an alleged public notice violation, pursuant to Government Code section 3523, 3547, 3547.5, or 3595, or Public Utilities Code section 99569.

Mirkarimi001231

**PERB-61 (02/2021)**                    **SEE REVERSE SIDE**

**5. GRIEVANCE PROCEDURE**

Are the parties covered by an agreement containing a grievance procedure which ends in binding arbitration?

Yes ☑    No ☐

**6. STATEMENT OF CHARGE**

a. The charging party hereby alleges that the above-named respondent is under the jurisdiction of: (check one)

☐ Educational Employment Relations Act (EERA) (Gov. Code, § 3540 et seq.)

☐ Ralph C. Dills Act (Gov. Code, § 3512 et seq.)

☐ Higher Education Employer-Employee Relations Act (HEERA) (Gov. Code, § 3560 et seq.)

☑ Meyers-Milias-Brown Act (MMBA) (Gov. Code, § 3500 et seq.)

☐ A Covered Public Utilities Code Transit Employer (BART (Pub. Util. Code, § 28848 et seq.), Orange County Transportation Authority (Pub. Util. Code, § 40000 et seq.), and supervisory employees of the Los Angeles County Metropolitan Transportation Authority (Pub. Util. Code, § 99560 et seq.)).

☐ Trial Court Employment Protection and Governance Act (Trial Court Act) (Article 3; Gov. Code, § 71630 – 71639.5)

☐ Trial Court Interpreter Employment and Labor Relations Act (Court Interpreter Act) (Gov. Code, § 71800 et seq.)

b. The specific Government or Public Utilities Code section(s) or PERB regulation section(s) alleged to have been violated is/are:

Gov. Code, §§ 3502, 3503, 3504, 3504.5(a), 3505 and PERB Regulation 32603(b) and (c)

c. For MMBA, Trial Court Act and Court Interpreter Act cases, if applicable, the specific local rule(s) alleged to have been violated is/are (*a copy of the applicable local rule(s) MUST be attached to the charge*):

d. Provide a clear and concise statement of the conduct alleged to constitute an unfair practice including, where known, the time and place of each instance of respondent's conduct, and the name and capacity of each person involved. This must be a statement of the facts that support your claim and *not conclusions of law*. A statement of the remedy sought must also be provided. (*Use and attach additional sheets of paper if necessary.*)

See attached.

**DECLARATION**

I declare under penalty of perjury that I have read the above charge and that the statements herein are true and complete to the best of my knowledge and belief and that this declaration was executed on __8/9/2022__

at __Sacramento, California__ .                                        (Date)

(City and State)

__Sean D. Howell__

(Type or Print Name)                                        (Signature)

Title, if any: __Attorney for Charging Party__

Mailing address: __Mastagni Holstedt, A.P.C., 1912 "I" Street, Sacramento, CA 95811__

Telephone Number: __(916) 491-4247__        E-Mail Address: __showell@mastagni.com__

PERB-61 (02/2021)
NORBERT 3:19-CV-02724                                        Mirkarimi001232

## PROOF OF SERVICE

I declare that I am a resident of or employed in the County of Sacramento,

State of California. I am over the age of 18 years. The name and address of my

Residence or business is Mastagni Holstedt, A.P.C., 1912 "I" Street,

Sacramento, CA 95811.

On 8/9/2022, I served the Notice of Appearance; Unfair Labor
   *(Date)*                              *(Description of document(s))*

Practice Charge w/ Exh. 1-8 in Case No. TBA.
*(Description of document(s) continued)*          PERB Case No., if known)

on the parties listed below by (check the applicable method(s)):

[✓] placing a true copy thereof enclosed in a sealed envelope for collection and
    delivery by the United States Postal Service or private delivery service following
    ordinary business practices with postage or other costs prepaid;

[ ] personal delivery;

[ ] electronic service - I served a copy of the above-listed document(s) by
    transmitting via electronic mail (e-mail) or via e-PERB to the electronic service
    address(es) listed below on the date indicated. *(May be used only if the party
    being served has filed and served a notice consenting to electronic service or has
    electronically filed a document with the Board.  See PERB Regulation 32140(b).)*

*(Include here the name, address and/or e-mail address of the Respondent and/or any other parties served.)*
Carmen Chu, City Administrator
Office of the City Administrator
City Hall
1 Dr. Carlton B. Goodlett Place
Room 362
San Francisco, CA 94117

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct and that this declaration was executed on 8/9/2022,
                                                                        *(Date)*

at Sacramento, CA.
   *(City)*          *(State)*

Christina M. Williamson
   *(Type or print name)*                    *(Signature)*

(02/2021)                                                        Proof of Service
NORBERT 3:19-CV-02724                                            Mirkarimi001233

P 0071-000031



STATE OF CALIFORNIA
PUBLIC EMPLOYMENT RELATIONS BOARD
**NOTICE OF APPEARANCE FORM**

CASE NAME: San Francisco Deputy Sheriffs' Association v. City and County of San Francisco

CASE NUMBER:

NAME OF PARTY: San Francisco Deputy Sheriffs' Association

DATE CASE FILED: 8/9/2022

I, the undersigned party, hereby designate as my representative the person whose name and address appear below, and authorize such representative to appear on my behalf in this proceeding.  This designation shall remain valid until I file an amended Notice of Appearance designating a different representative or other written substitution of representative with the Public Employment Relations Board.

(Signature)

Kenneth Lomba

(Printed Name)

President, SFDSA

(Title)

08/08/2022

(Date)

By filing this Notice of Appearance or any other document via the ePERB Portal, I understand that I am consenting to electronic service on this case.

____   I am an unrepresented individual and consent to electronic service even if I opt to not use the ePERB Portal.

Sean D. Howell

(Name of Representative)

Attorney for Charging Party

(Title)

Mastagni Holstedt, A.P.C.

(Organization

1912 "I" Street

(Mailing Address)

Sacramento, CA                         95811

(City)                                        (Zip)

(916) 491-4247

(Telephone Number)            (Ext.)

showell@mastagni.com

(E-mail Address)

Non-attorney/representative contact for law firms and organizations for notification purposes only of filings with PERB from ePERB or the ePERB Portal (paper copies will not be served on this non-attorney/representative contact):

| Name | | Law Firm/ Organization | |
|------|--|------------------------|--|
| Title | For Notification Purposes Only | E-mail | |

PERB 920 (03/2022)