# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** August 8, 2023  **Time:** 5 hours, 3 minutes   **Judge:** SALLIE KIM

**Case No.**: 19-cv-02724-SK   **Case Name:** Brackens, et al. v. City and County of San Francisco

**Attorneys for Plaintiffs:** Yolanda Huang, Richard Brody, and Rachel Doughty
**Attorneys for Defendant:** Sabrina Berdux and Kaitlyn Murphy

**Deputy Clerk:** Melinda K. Lock            **Court Reporter:** Ana Dub

## PROCEEDINGS

Bench Trial (Day 1) - held.

## SUMMARY

See attached log for details.