UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-02724-SK
Case Name: Brackens, et al. v. City and County of San Francisco

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Sallie Kim | PLAINTIFF ATTORNEY: Yolanda Huang, Richard Brody, and Rachel Doughty | DEFENSE ATTORNEY: Sabrina Berdux and Kaitlyn Murphy |
|---|---|---|
| TRIAL DATE: August 8, 2023 | REPORTER(S): Ana Dub | CLERK: Melinda K. Lock |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:27 AM | | | Court convenes. Counsel is present. Plaintiffs are not yet present. The Court enquires as to the delay in Plaintiffs' arrival. Defense counsel is directed to look into the issue.<br><br>The Court orders that neither side may file additional briefs during the trial without leave of Court.<br><br>Matters discussed with counsel. Plaintiffs' appearances are waived for the discussion.<br><br>The Court rules that the Mirkarimi report will not come into evidence. |
| | | 8:38 AM | | | Court is in recess to await the arrival of Plaintiffs. |
| | | 8:55 AM | | | Court reconvenes. All parties are now present.<br><br>Plaintiffs call **Ross Mirkarimi** who is sworn and testifies under direct examination by Ms. Huang. |
| 28 | | | X | X | Photographs of Common Areas/Day Room at CJ#5 (only pages 1-3) |
| 27 | | | X | X | Photograph of the Gym and Grated Windows at CJ5 (page 1) |
| 29 | | | X | X | Photographs of Light Measurements at CJ#5 taken on 8/22/2022, by Brooke Anderson (pages 5, 8, and 9) |
| | | 10:02 AM | | | Cross-examination of **Ross Mirkarimi** by Ms. Berdux. |
| | | 10:36 AM | | | Court breaks. |
| | | 10:55 AM | | | Court reconvenes. All parties present. Cross-examination of **Ross Mirkarimi** by Ms. Berdux continues. |
| | | 11:34 AM | | | Re-direct examination by Ms. Huang. |
| | | 11:52 AM | | | Re-cross examination by Ms. Berdux. |
| | | 11:57 AM | | | The Court questions the witness. |

1

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 12:01 PM |  |  | Witness is thanked and excused. |
|  |  | 12:02 PM |  |  | Plaintiff **Jose Poot** is sworn and testifies under direct examination by Ms. Huang. (Plaintiff is assisted by a certified Spanish Language interpreter – Alex Ferrer.) |
|  |  | 12:27 PM |  |  | Court breaks. |
|  |  | 12:47 PM |  |  | Court reconvenes. All parties are present. Housekeeping matter discussed with the parties. |
|  |  | 12:50 PM |  |  | Direct examination of **Jose Poot** by Ms. Huang continues. |
| 29 |  |  | X |  | Photographs of Light Measurements at CJ#5 taken on 8/22/2022, by Brooke Anderson (pages 5, 8, and 9) – previously admitted |
| 27 |  |  | X |  | Photograph of the Gym and Grated Windows at CJ5 (page 1) – previously admitted |
|  |  | 1:04 PM |  |  | Cross-examination of **Jose Poot** by Ms. Murphy. |
|  | 1177 |  | X | X | Plaintiffs' Responses to Defendants' Special Interrogatories, Set One, erroneously titled Responses to Requests for Production; served on 2/15/2020 |
|  | 1178 |  | X | X | Plaintiffs' Responses to Special Interrogatories, Set One, in the Poot v. CCSF case; served on 1/17/2020 |
|  | 1173 |  | X | X | Plaintiff Montrail Brackens, Troy McAlister and Jose Poot's Responses to Defendants' Requests for Admissions, Set One |
|  |  | 1:44 PM |  |  | Re-direct examination of **Jose Poot** by Ms. Huang. |
|  |  | 1:54 PM |  |  | Re-cross examination of **Jose Poot** by Ms. Murphy. |
|  |  | 1:55 PM |  |  | Witness is excused. Defense counsel reports that there was a miscommunication about the start time of the trial today. |
|  |  | 1:56 PM |  |  | Plaintiff **Montrail Brackens** is sworn and testifies under direct examination by Ms. Huang. |
|  |  | 2:26 PM |  |  | Court is in recess until tomorrow 8/9/2023 at 8:00 AM. |

2