UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-02724-SK
Case Name: Brackens, et al. v. City and County of San Francisco

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Sallie Kim | PLAINTIFF ATTORNEY: Yolanda Huang, Richard Brody, and Rachel Doughty | DEFENSE ATTORNEY: Sabrina Berdux and Kaitlyn Murphy |
|---|---|---|
| TRIAL DATE: August 9, 2023 | REPORTER(S): Ana Dub/Jennifer Coulthard | CLERK: Melinda K. Lock |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:57 AM | | | Court convenes. All parties present.<br><br>Direct examination of **Montrail Brackens** by Ms. Huang resumes. |
| 28 | | | X | | Photographs of Common Areas/Day Room at CJ#5 (pages 1-3) – previously admitted |
| 27 | | | X | | Photograph of the Gym and Grated Windows at CJ5 (page 1) – previously admitted |
| | | 8:26 AM | | | Cross-examination of **Montrail Brackens** by Ms. Murphy. |
| | | 8:50 AM | | | Court breaks. |
| | | 9:00 AM | | | Court reconvenes. All parties present.<br><br>Re-direct examination of **Montrail Brackens** by Ms. Huang. |
| 265 | | | X | X | Photo of Annex at CJ 3 |
| | | 9:19 AM | | | Re-cross examination of **Montrail Brackens** by Ms. Murphy |
| | | 9:21 AM | | | Re-direct examination of **Montrail Brackens** by Ms. Huang. |
| | | 9:22 AM | | | Plaintiff **Troy McAlister** is sworn and testifies under direct examination by Ms. Huang. |
| | | 9:48 AM | | | Cross-examination of **Troy McAlister** by Ms. Berdux. |
| | | 10:02 AM | | | Court breaks. |
| | | 10:19 AM | | | Court reconvenes. All parties present.<br><br>Cross-examination of **Troy McAlister** by Ms. Berdux resumes. |
| | | 10:37 AM | | | Re-direct examination of **Troy McAlister** by Ms. Huang. |
| | | 10:47 AM | | | Excerpt from deposition transcript of **Troy McAlister** by Ms. Berdux. |

1

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | The Court questions witness. |
|  |  | 10:48 AM |  |  | Witness is excused.<br><br>Plaintiffs call **Charles Czeisler** who is sworn and testifies under direct examination by Ms. Huang. |
|  |  | 12:18 PM |  |  | Court breaks. |
|  |  | 12:51 PM |  |  | Court reconvenes. All parties present.<br><br>The Court is advised that Plaintiffs wish to return to the jail and do not want to be present for the remainder of the trial, except for Plaintiffs Brackens and Poot who would like to return for the testimony of Sheriff Miyamoto. Court notifies Plaintiffs of their right to be present. Plaintiffs confirm their decision. Plaintiffs are excused to be transported back to the jail. |
|  |  | 12:57 PM |  |  | Direct examination of **Charles Czeisler** by Ms. Huang resumes. |
|  |  | 1:33 PM |  |  | Cross-examination of **Charles Czeisler** by Ms. Murphy. |
|  |  | 2:10 PM |  |  | Re-direct examination of **Charles Czeisler** by Ms. Huang. |
|  |  | 2:18 PM |  |  | Witness is excused but may be subject to recall. |
|  |  | 2:20 PM |  |  | Plaintiffs call **Jaime Zeitzer** who is sworn and testifies under direct examination by Ms. Huang. |
| 29-12, 29-2, 29-6 29-7 |  |  | X |  | Photographs of Light Measurements at CJ#5 taken on 8/22/2022 |
|  |  | 2:30 PM |  |  | Court is in recess until tomorrow 8/10/2023 at 8:00 AM. |