UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** August 10, 2023     **Time:** 5 hours, 25 minutes     **Judge:** SALLIE KIM

**Case No.**: 19-cv-02724-SK     **Case Name:** Brackens, et al. v. City and County of San Francisco

**Attorneys for Plaintiffs:** Yolanda Huang, Richard Brody, and Rachel Doughty
**Attorneys for Defendant:** Sabrina Berdux and Kaitlyn Murphy

**Deputy Clerk:** Melinda K. Lock     **Court Reporter:** Ana Dub/Jennifer Coulthard

## PROCEEDINGS

Bench Trial (Day 3) - held.

## SUMMARY

See attached log for details.