PUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-02724-SK
Case Name: Brackens, et al. v. City and County of San Francisco

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Sallie Kim | PLAINTIFF ATTORNEY: Yolanda Huang, Richard Brody, and Rachel Doughty | DEFENSE ATTORNEY: Sabrina Berdux and Kaitlyn Murphy |
|---|---|---|
| TRIAL DATE: August 10, 2023 | REPORTER(S): Ana Dub/Jennifer Coulthard | CLERK: Melinda K. Lock |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 AM | | | Court convenes. All counsel are present. Plaintiffs are not present based on their decision not to attend the remainder of the trial.<br><br>Housekeeping matters discussed. |
| | | 8:06 AM | | | Direct examination of **Jaime Zeitzer** by Ms. Huang resumes. |
| 33 | | | X | X | Light Readings-Excel Spreadsheet 7/21/2022-7/24/2022 |
| 32 | | | X | X | Light Readings-Excel Spreadsheet 8/22/2022-8/25/2022 |
| 38 | | | X | X | Light Readings Report of Measurements Done 7/18/2022 (pages 2 and 4 only) |
| 29 | | | X | X | Photos of Light Measurements at CJ#5 taken on August 22, 2022 (pages 1-7 and 10) |
| 39 | | | X | X | Light Readings Report of Measurements Done on 8/22/2022 (pages 2-4 only) |
| | | 8:47 AM | | | Cross-examination of **Jaime Zeitzer** by Ms. Murphy. |
| | 1270 | | X | | Declaration of Jaime Zeitzer submitted in support of the Motion for Preliminary Injunction in *Upshaw et al v. Alameda County et al* (18-cv-7814-JD). |
| | 1271 | | X | | Declaration of Jaime Zeitzer submitted in Support of the Motion for Preliminary Injunction (dkt no. 8-3). |
| | | 9:20 AM | | | Re-direct examination of **Jaime Zeitzer** by Ms. Huang. |
| | | 9:35 AM | | | Re-cross examination of **Jaime Zeitzer** by Ms. Murphy. |
| | | 9:36 AM | | | The Court questions the witness. |
| | | 9:40 AM | | | Witness is excused.<br><br>Court breaks. |
| | | 9:58 AM | | | Discussion held off the record with counsel. |
| | | 9:59 AM | | | Court reconvenes. All counsel are present. Plaintiffs call **Ken Lomba** who is sworn and testifies under direct examination by Ms. Huang. |

1

| | | | | | |
|---|---|---|---|---|---|
| 177 | | | X | | Staff Report January 2020 (page 4) |
| 188 | | | X | | Staff Report December 2020 |
| 195 | | | X | | Staff Report July 2021 |
| 179 | | | X | X | Staff Report March 2020 (pages 1-7 only) |
| 185 | | | X | X | Staff Report September 2020 (pages 1-7 only) |
| | | 10:57 AM | | | Court breaks. |
| | | 11:05 AM | | | Court reconvenes. All counsel are present. The parties have conferred regarding the admission of the staff reports |
| 177-201 | | | X | X | Staff Reports January 2020 – December 2021 (pages 1-7 only). |
| | | 11:05 AM | | | Direct examination of **Ken Lomba** by Ms. Huang resumes. |
| | | 11:44 AM | | | Cross-examination of **Ken Lomba** by Ms. Berdux. |
| | | 12:00 PM | | | Court breaks. |
| | | 12:29 PM | | | Court reconvenes. All counsel are present.<br><br>Clarifying discussion held regarding qualifying Mr. Lomba as an expert in the categories as stated on the record. |
| | | 12:32 PM | | | Cross-examination of **Ken Lomba** by Ms. Berdux resumes. |
| | | 12:58 PM | | | Re-direct examination of **Ken Lomba** by Ms. Huang. |
| 63 | | | X | | Letter dated 12/26/2019 from Ken Lomba to Sheriff Hennessey and Sheriff Elect Miyamoto |
| 68 | | | X | | Letter and Attachments to Paul Miyamoto, from counsel for SF Deputy Sheriffs' Association dated 8/8/2022 re: Crow's Nest Staffing Pilot Project |
| | | 1:19 PM | | | Court questions witness. |
| | | 1:22 PM | | | Witness is excused. The Court addresses the testimony of Mr. Lomba. Plaintiffs do not have any additional witnesses scheduled for the day. Defendant has a witness available. |
| | | 1:25 PM | | | Defendant calls **Lisa Pratt** who is sworn and testifies under direct examination by Ms. Berdux. |
| | 1133 | | X | X | Jail Health Services (JHS) Policy 311 Provision of Essential Mental Health Services |
| | 1132 | | X | X | Jail Health Services (JHS) Nursing Standardized Procedures re Headache |
| | | 2:22 PM | | | Court is in recess until tomorrow 8/11/2023 at 8:00 AM. |