UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-02724-SK
Case Name: Brackens, et al. v. City and County of San Francisco

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Sallie Kim | PLAINTIFF ATTORNEY: Yolanda Huang, Richard Brody, and Rachel Doughty | DEFENSE ATTORNEY: Sabrina Berdux and Kaitlyn Murphy |
|---|---|---|
| TRIAL DATE: August 11, 2023 | REPORTER(S): Ana Dub/Jennifer Coulthard | CLERK: Melinda K. Lock |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 AM | | | Court convenes. All counsel are present. Plaintiffs are not present based on their decision to not to attend. Housekeeping matters discussed. |
| | | 8:04 AM | | | Direct examination of **Lisa Pratt** by Ms. Berdux resumes. |
| | | 8:10 AM | | | Cross-examination of **Lisa Pratt** by Mr. Brody. |
| 9A | | | X | X | Jail Medical Records for Montrail Brackens (pages 1-1112). |
| 9B | | | X | X | Jail Medical Records for Michael Brown (pages 1113-1996). |
| | | | | | Discussion held regarding the admission of the remaining portion of Exhibit 9 which will need to be broken down. |
| 241 | | | X | | Medical Records for Montrail Brackens from 10/8/2019 to 7/15/2022 |
| 248 | | | X | | Medical Records for Troy McAlister from 8/30/2020 to 10/31/2020. |
| 254 | | | X | | Medical Records for Jose Poot from 6/4/2021 to 9/13/2022. |
| 29 | | | X | | Photos of Light Measurements at CJ#5 taken on August 22, 2022 |
| | | 9:50 AM | | | Court breaks. |
| | | 10:14 AM | | | Court reconvenes. All counsel are present. Cross-examination of **Lisa Pratt** by Mr. Brody continues. |
| | | 10:51 AM | | | Re-direct examination of **Lisa Pratt** by Ms. Berdux. |
| | | 11:16 AM | | | Re-cross examination of **Lisa Pratt** by Mr. Brody. |
| | | 11:24 AM | | | Re-direct examination of **Lisa Pratt** by Ms. Berdux. |
| | | 11:25 AM | | | Witness is excused. Plaintiffs object to Defendant's witness, Jay Rosenthal. The Court will permit Mr. Rosenthal to testify on the limited topics discussed. |
| | | 11:29 AM | | | Defendant calls **Jay Rosenthal** who is sworn and testifies under direct examination by Ms. Murphy. |
| | | 12:14 PM | | | Court breaks. |

1

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 12:44 PM |  |  | Court reconvenes. All counsel are present. |
|  |  | 12:46 PM |  |  | Cross-examination of **Jay Rosenthal** by Mr. Brody. |
|  |  | 1:13 PM |  |  | Witness is excused.<br><br>Discussion held regarding exhibits and housekeeping matters. |
| 9A |  |  | X | X | Jail Medical Records for Montrail Brackens (pages 1-1112) |
| 9B |  |  | X | X | Jail Medical Records for Michael Brown (pages 1113-1996) |
| 9C |  |  | X | X | Medical Records for Armando Carlos (pages 1997-2816) |
| 9D |  |  | X | X | Medical Records for Marshall Harris (pages 2817-3012) |
| 9E |  |  | X | X | Medical Records for Troy McAlister (pages 3013-5384) |
| 9F |  |  | X | X | Medical Records for Kenyon Norbert (pages 5385-6283) |
| 9G |  |  | X | X | Medical Records for Jose Poot (pages 6284-6490) |
| 241 |  |  | X | X | Medical Records for Montrail Brackens from 10/8/2019 to 7/15/2022 |
| 248 |  |  | X | X | Medical Records for Troy McAlister from 8/30/2020 to 10/31/2020. |
| 254 |  |  | X | X | Medical Records for Jose Poot from 6/4/2021 to 9/13/2022. |
|  |  | 1:31 PM |  |  | Defendant calls James Gomez. Plaintiffs object. The Court will allow Mr. Gomez to testify. |
|  |  | 1:36 PM |  |  | **James Gomez** is sworn and testifies under direct examination by Ms. Murphy. |
|  | 1073 |  | X | X | CJ5 Custody Division Policy and Procedures Appendix 5 |
|  | 1241 |  | X | X | AD-SEG Sheet. Defendant to redact out any identifying information. |
|  |  | 2:16 PM |  |  | Witness is excused for the day. Court is in recess until Tuesday 8/15/2023 at 8:00 AM. |