**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br><br><br>**STIPULATIONS OF THE PARTIES**<br><br>**Date:  June 30, 2023**<br>**Time: 1:30 p.m.**<br>**Dept:  Courtroom C-15th Floor**<br><br>**Trial Date: August 8, 2023** |

The parties have stipulated to the following facts:

1) County Jail 5, located in San Bruno, California, was re-named County Jail 3 after County Jail 4 closed in October 2020; the jail will be generally referred to as CJ3 for purposes of these stipulations.

2) CJ3 is rated to hold a maximum of 768 inmates.

3) CJ3 opened in 2006. The jail was not designed to include secure outdoor space.

4) CJ3 is a "pod-style" jail that houses male felony inmates, more than 90% of whom are pretrial detainees.

5) CJ3 is organized into 16 similar pods, named with numbers 1-8 and letters A or B.

6) Each pod has 24 two-person cells arranged in two tiers. The cells in CJ3 all face a central common area in the pod, or "day room."

7) Each cell door in CJ3 has a clear portion that allows inmates to see into the day room. Day rooms contain phones, showers, a television, tables, and stools.

8) Plaintiff Montrail Brackens is currently housed in CJ3 and was housed in CJ3 during August 2022.

9) Plaintiff Montrail Brackens was most recently booked into the San Francisco County Jail system on December 11, 2012.

10) Plaintiff Troy McAlister is currently housed in CJ3 and was housed in CJ3 during August 2022.

11) Plaintiff Troy McAlister was most recently booked into San Francisco County Jail custody on December 31, 2020.

12) Plaintiff Jose Poot is currently housed in CJ3 and was housed in CJ3 during August 2022.

13) Plaintiff Jose Poot was most recently booked into the San Francisco County jail system on June 14, 2016.

14) The majority of inmates at the San Bruno Jail are there in pre-trial detention.

15) Copies of transcripts of depositions can be used in lieu of originals at trial.

16) San Bruno Jail is a Type II Local Detention Facility for detaining persons pending arraignment, trial and upon sentencing.

17) In each Housing Unit, outside the cells, is a common area with metal tables and benches fastened to the floor.

18) That Exhibit 1071 is an accurate representation of the floorplan of the first floor of CJ3 as of both January 30, 2020, and August 19, 2022.

19) The parties stipulate to the following statistics regarding the population of individuals housed in CJ3 on August 15, 2022:

| SF County Jail | Total | % of Grand Total | % of Category Total |
|---|---|---|---|
| < 1 year | 306 | 57.52% | 100.00% |
| General Population | 241 | 45.30% | 78.76% |
| Admin. Segregation | 63 | 11.84% | 20.59% |
| Ad-seg & TGN | 0 | 0.00% | 0.00% |
| TGN | 0 | 0.00% | 0.00% |
| Drop Out | 0 | 0.00% | 0.00% |
| NULL | 2 | 0.38% | 0.65% |
| 1+ years | 106 | 19.92% | 100.00% |
| General Population | 67 | 12.59% | 63.21% |
| Admin. Segregation | 39 | 7.33% | 36.79% |
| Drop Out | 0 | 0.00% | 0.00% |
| Transgender Non-binary | 0 | 0.00% | 0.00% |
| SNY | 0 | 0.00% | 0.00% |
| 2+ years | 35 | 6.58% | 100.00% |
| General Population | 22 | 4.14% | 62.86% |
| Admin. Segregation | 13 | 2.44% | 37.14% |
| Drop Out | 0 | 0.00% | 0.00% |
| Sensitive Needs Yard | 0 | 0.00% | 0.00% |
| Transgender Non-binary | 0 | 0.00% | 0.00% |
| 3+ years | 18 | 3.38% | 100.00% |
| General Population | 6 | 1.13% | 33.33% |
| Admin. Segregation | 12 | 2.26% | 66.67% |
| Transgender Non-binary | 0 | 0.00% | 0.00% |
| Drop Out | 0 | 0.00% | 0.00% |
| Sensitive Needs Yard | 0 | 0.00% | 0.00% |
| 4+ years | 67 | 12.59% | 100.00% |
| General Population | 37 | 6.95% | 55.22% |
| Admin. Segregation | 30 | 5.64% | 44.78% |
| SNY | 0 | 0.00% | 0.00% |
| NULL | 0 | 0.00% | 0.00% |
| Transgender Non-binary | 0 | 0.00% | 0.00% |
| Drop Out | 0 | 0.00% | 0.00% |
| Grand Total | 532 | 100.00% | |

20) That Exhibit 1190, is a true and correct copy of the complete CJ3 Policy and Procedures, with index, in effect on January 30, 2020, and that parties stipulate to its admission in this case.

21) That Exhibit 1109 is a true and correct copy of the San Francisco County Sheriff's Office's inmate Orientation Policies in August 2022, and that the parties stipulate to its admission in this case.

22) That Exhibit 1110 is a true and correct copy of the San Francisco Sheriff's Office's inmate grievance policy in August 2022, and that the parties stipulate to its admission in this case.

23) That Exhibit 1111 is a true and correct copy of the Inmate Orientation handbook in place when this lawsuit was filed, and the parties stipulate to its admission in this case.

24) That Exhibit 1191 is a true and correct copy of the complete CJ3 Policies and Procedures, with index, in effect on August 19, 2022, and that the parties stipulate to its admission in this case.

25) That Exhibits 203-209 are true and correct copies of the Staff Reports for the Sheriff's Department from February 2022 through August 2022.


Respectfully Submitted by:


Dated: August 14, 2023

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
SABRINA BERDUX
KAITLYN MURPHY
Deputy City Attorneys


By:   */s/ Sabrina Berdux*
        SABRINA BERDUX

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
SHERIFF PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY

1

Dated: August 14, 2023

2

GREENFIRE LAW, PC

3

By: **/s/ Rachel Doughty

4

RACHEL DOUGHTY

5

Attorney For Plaintiffs

6

*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic
signatory has obtained approval from this signatory*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28