# ATTACHMENT 4

# <u>Performance-Based Standards and Expected Practices for Correctional Institutions (5th Ed.)</u>

# Performance-Based Standards and Expected Practices for Adult Correctional Institutions

**March 2021**





Fifth Edition

AMERICAN CORRECTIONAL ASSOCIATION

COMMISSION ON ACCREDITATION FOR CORRECTIONS

# PERFORMANCE-BASED STANDARDS AND EXPECTED PRACTICES FOR ADULT CORRECTIONAL INSTITUTIONS

**Fifth Edition**

American Correctional Association and
the Commission on Accreditation for Corrections
in cooperation with the
Committee on Performance-Based Standards

March 2021

**Mission of the American Correctional Association**
The American Correctional Association provides a professional organization for all individuals and groups, both public and private, that share a common goal of improving the justice system.

**American Correctional Association Staff**

James A. Gondles Jr., CAE, Executive Director
Jeff Washington, Deputy Executive Director
Debbi Seeger, Director, Executive Office
David K. Haasenritter, Director, Performance-Based Standards and Accreditation
Elizabeth Gondles, Ph.D., Senior Director, Correctional Health Care, Professional Development and
 International Initiatives
Floyd Nelson, Director, Communications and Publications

Cover photo credits: Justice with Sword and Scales: National Gallery of Art/Samuel H. Cress Collection; U.S. flag: U.S. Department of State; U.S. Constitution: National Archives; Gavel: iStock/Marilyn Nieves; Books: iStock/Yuk Tao Wong.

Copyright © 2021 by the American Correctional Association. All rights reserved. The reproduction, distribution, or inclusion in other publications or in electronic form of materials in the this book is prohibited without prior written permission from the American Correctional Association. No part of this book may be reproduced by any electronic means, including information storage and retrieval systems, without permission in writing from the publisher.

Printed by Gasch Printing
1780 Crossroads Dr, Odenton, MD 21113
United States of America

Fifth Edition: March 2020, March 2021

ISBN 978-1-56991-123-5

Information on accreditation may be obtained from:

American Correctional Association
Department of Performance-Based Standards and Accreditation
206 North Washington Street, Suite 200
Alexandria, VA 22314
1-800-224-0000

This publication may be ordered from:

American Correctional Association
206 North Washington Street, Suite 200
Alexandria, VA 22314
1-800-222-5646

For information on publications and videos available from ACA, find us online at: www.aca.org.

# COMMISSION ON ACCREDITATION FOR CORRECTIONS

## Executive Committee

Thomas J. Stickrath, Ohio, Chair
Robert Green, Maryland, Vice Chair
Jerry Herbert, Louisiana, Member-at-Large
Michael L. Wade, Virginia, Member-at-Large
Michelle Staples-Horne, Georgia, Member-at-Large

## Commissioners

Tim Age, Florida
Rodney Bivens, Tennessee
Marina Cadreche, Psy.D., Florida
Stephanie Sullivan, Ph.D., Massachusetts
Michael J. Dooley, Pennsylvania
Jennifer A. Gaffney, Massachusetts
Pete Grande, U.S. Army
Lusanne Green, Ohio
Gary Hill, Nebraska
Debra Inglis, Tennessee
Ronald E. Koon, Georgia
Dr. LaToya Lane, Florida

Bobby Lumpkin, Texas
Mark Murphy, LPC, Virginia
Owen Murray, D.O., MBA, Texas
Phillip Nunes, Ohio
Gerald Patterson Sr., U.S. Army
Gloria Perry, M.D., Mississippi
Chris Sweney, Nebraska
Inez Tann, R.N., Georgia
Todd Thomas, Arizona
Ervin Toliver, Texas
Timothy Ward, Georgia

## Committee on Performance-Based Standards

Annette Chambers-Smith, Ohio, Chair
John Wetzel, Pennsylvania, Vice Chair
Dean Aufderheide, Ph.D., Florida
Christine Blessinger, Indiana
Marina Cadreche, Psy.D., Florida
Harold W. Clarke, Virginia
Bryan Collier, Texas
Scott Frakes, Nebraska
Peter J. Grande, U.S. Army
Robert Green, Maryland
Jerry Herbert, Louisiana
Robert Lampert, Wyoming
Sheriff Jerry McFadden, North Carolina
Phillip Nunes, Ohio
Viola Riggin, CCE, Kansas
Michelle Robinette, Oklahoma
David Shinn, Arizona
Thomas Sickrath, Ohio
Todd Thomas, Arizona

# AMERICAN CORRECTIONAL ASSOCIATION 2019-2021

## Officers

Gary C. Mohr, Ohio, President
Tony C. Parker, Tennessee, President-Elect
Tony Wilkes, Tennessee, Vice President
Denise Robinson, Ohio, Treasurer
Lannette C. Linthicum, M.D., Texas, Immediate Past President
Sheriff Beth Arthur, Virginia, Board of Governors Representative
Derrick Schofield, Florida, Board of Governors Representative
James A. Gondles Jr., CAE, Virginia, Executive Director

## Board of Governors

Sheriff Beth Arthur, Virginia
Arthur F. Beeler, Jr., North Carolina
Terri Catlett, North Carolina
Bryan Collier, Texas
Jill Gillian, Tennessee
Yvette Hogan, Ohio
Stuart C. Hudson, Ohio
Stephanie MacDonald, CCM, Virginia
Kathleen Maurer, MD, Connecticut
Joe Page III, Arkansas
Tracy L. Reveal, Ohio
Viola Riggin, CCE, Kansas
Derrick Schofield, Florida
Sean K. Smith, Mississippi
Teresa W. Stroud, Texas
David L. Thomas, M.D., Florida
S. Anne Walker, South Carolina
Angela M. Whittaker, Louisiana

# Contents

Accreditation Manuals Published by the American Correctional Association . . . . . . . . . . . . . . . . . xvi
Foreword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xvii
Acknowledgements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xviii
Conversion Chart from Fifth Edition to Fourth Edition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xix
Performance-Based Standards and Expected Practices Explained . . . . . . . . . . . . . . . . . . . . . . . . xxvii
   I. The Basics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xxvii
   II. The Fundamentals of Performance-Based Accreditation . . . . . . . . . . . . . . . . . . . . . . . . . . . xxviii
Summary of Mandatory Expected Practices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xxxii

## Part One: Administration and Management

**1A. - PERFORMANCE STANDARD: Facility Administration** . . . . . . . . . . . . . . . . . . . . . . . . . 1
   Purpose and Mission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
   Policy and Goal Formulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
   Appointed Personnel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
      Warden/Superintendent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
      Qualifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
   Table of Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
   Role of Outside Agencies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
   Policy and Procedure Manuals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
   Channels of Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
   Monitoring and Assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
   Public Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
   Media Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   Legal Counsel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   Political Practices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

**1B. - PERFORMANCE STANDARD: FISCAL MANAGEMENT** . . . . . . . . . . . . . . . . . . . . . 11
   Fiscal Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
   Budget Preparation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
   Accounting Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
   Cash Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
   Internal Monitoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
   Independent Audit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
   Inventory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
   Purchasing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
      Supplies and Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
      Community Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
   Position Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
   Institutional Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
   Commissary/Canteen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
   Inmate Funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

**1C. - PERFORMANCE STANDARD: PERSONNEL** ................................. **19**
Personnel Policy Manual ............................................................ 19
Staffing Requirements ............................................................. 20
Equal Employment Opportunity ...................................................... 21
Selection and Promotion ........................................................... 23
Probationary Term ................................................................. 24
Provisional Appointments .......................................................... 24
Criminal Record Check ............................................................. 25
Physical Examination .............................................................. 25
Drug-free Workplace ............................................................... 26
Performance Reviews ............................................................... 26
Compensation and Benefits ......................................................... 27
Personnel Files ................................................................... 27
Code of Ethics .................................................................... 28
Confidentiality of Information .................................................... 28
Employee Assistance Program ....................................................... 29
Staff Wellness .................................................................... 29

**1D. - PERFORMANCE STANDARD: TRAINING AND STAFF DEVELOPMENT** ..... **30**
Program Coordination and Supervision .............................................. 30
Training Plan ..................................................................... 30
Training Evaluation ............................................................... 31
Training Resources ................................................................ 31
   Reference Services ............................................................. 31
   Outside Resources ............................................................. 32
   Space and Equipment ........................................................... 32
   Reimbursement ................................................................. 32
   Orientation ................................................................... 33
   Administrative Staff .......................................................... 34
   Correctional Officers ......................................................... 34
   Specialist Employees .......................................................... 35
   Support Staff ................................................................. 36
   Part-time Staff ............................................................... 36
Specialized Training .............................................................. 37
   Emergency Unit ................................................................ 37
   De-escalation ................................................................. 37
   Use of Firearms ............................................................... 37
   Use of Chemical Agents ........................................................ 38
Continuing Education .............................................................. 38

**1E. - PERFORMANCE STANDARD: CASE RECORDS** ............................. **39**
Case Record Management ............................................................ 39
Transfer of Records ............................................................... 39
Computation of Time Served ........................................................ 39
Inmate Access to Records .......................................................... 40
Release of Information ............................................................ 40

**1F. - PERFORMANCE STANDARD: INFORMATION SYSTEMS AND RESEARCH** ............................................................**41**

    Information Systems .................................................................41

    Sharing of Information..............................................................43

    Master Index and Daily Reports.....................................................43

    Management Information............................................................44

    Program Information ...............................................................44

    Research Activities.................................................................45

        Institutional Support..............................................................45

        Conduct of Research .............................................................46

        Inmate Participation..............................................................46

**1G. - PERFORMANCE STANDARD: CITIZEN INVOLVEMENT AND VOLUNTEERS**.................................................................**47**

    Program Coordination ..............................................................47

    Screening and Selection.............................................................47

    Registration ......................................................................48

    Offer of Professional Services .......................................................48

    Orientation and Training............................................................48

    Schedule of Services ...............................................................49

    Participation in Policy Making........................................................49

## Part Two: Physical Plant

**2A. - PERFORMANCE STANDARD: BUILDING AND SAFETY CODES** ............**51**

    Building Codes ....................................................................51

    Fire Codes........................................................................52

    Physical Plant.....................................................................52

**2B. - PERFORMANCE STANDARD: SIZE AND ORGANIZATION** ................**53**

    Staff/Inmate Interaction ............................................................53

    Facility Size ......................................................................53

    Unit Size.........................................................................54

**2C. - PERFORMANCE STANDARD: INMATE HOUSING** ........................**55**

    Inmate Sleeping Areas..............................................................55

        Occupancy and Space Requirements..................................................55

        Cell Furnishings.................................................................56

    Dayrooms........................................................................56

        Space Requirements..............................................................56

    Toilets...........................................................................57

    Washbasins.......................................................................58

    Showers..........................................................................58

    Housing for the Disabled ...........................................................59

**2D. - PERFORMANCE STANDARD: ENVIRONMENTAL CONDITIONS . . . . . . . . . . . .61**

Light Levels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61

 General. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

 Inmate Rooms/Cells. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

Natural Light . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61

 Inmate Rooms/Cells. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

 Dayrooms. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

Indoor Air Quality . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .63

Heating and Cooling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .63

**2E. –PERFORMANCE STANDARD: PROGRAM AND SERVICE AREAS. . . . . . . . . . . . 64**

Exercise and Recreation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

Visiting. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67

Classrooms. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67

Dining. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67

Food Service. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .68

 Food Preparation and Food Storage Areas. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

 Sanitation and Hygiene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

Housekeeping. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .68

Clothing and Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .68

Personal Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69

Mechanical Equipment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69

Commissary/Canteen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69

**2F. - PERFORMANCE STANDARD: ADMINISTRATIVE AND STAFF AREAS . . . . . . .70**

Administrative Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

Staff Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

Accessibility for the Disabled . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

**2G. - PERFORMANCE STANDARD: SECURITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71**

Perimeter Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71

Entrances and Exits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71

Security Equipment Storage. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71

## Part Three: Institutional Operations

**3A. - PERFORMANCE STANDARD: SECURITY AND CONTROL . . . . . . . . . . . . . . . . . .73**

Security Manual. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

Control Center . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74

Correctional Officer Assignments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74

Permanent Log . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .75

Patrols and Inspections. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .76

Inmate Counts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .77

Inmate Movement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .77

Use of Restraints . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .78

Control of Contraband . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .79

Controlled Access and Use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .81

 Keys . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

 Tools and Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

Vehicles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
Security Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
General Policies and Practice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
Use of Firearms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
De-escalation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
Preservation of Physical Evidence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
Canine Units . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

**3B. - PERFORMANCE STANDARD: SAFETY AND EMERGENCY
PROCEDURES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
Fire Safety . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
Flammable, Toxic, and Caustic Materials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
Emergency Power and Communications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
Emergency Plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
Staff Training . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
Evacuation Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
Work Stoppage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
Threats to Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
Escapes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93

**3C. - PERFORMANCE STANDARD: RULES AND DISCIPLINE** . . . . . . . . . . . . . . . . . . . 95
Rules of Conduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95
Resolution of Minor Infractions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96
Criminal Violations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Disciplinary Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Prehearing Action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
Disciplinary Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
Scheduling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
Conduct of Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
Hearing Decisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
Basis for Decision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
Hearing Record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
Appeal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

**3D. - PERFORMANCE STANDARD: INMATE RIGHTS** . . . . . . . . . . . . . . . . . . . . . . . . . 103
Access to Courts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103
Access to Counsel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103
Access to Law Library . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
Access to Programs and Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
Access to Media . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105
Protection from Harm . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105
Protection from Unreasonable Searches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108
Freedom in Personal Grooming . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108
Grievance Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109

# Part Four: Special Management Housing and Restrictive Housing

**4A. - PERFORMANCE STANDARD: SPECIAL MANAGEMENT...................111**
General Policy and Practice ..........................................................111
Admission and Review of Status .....................................................113
Supervision...........................................................................115
General Conditions of Confinement....................................................116
Programs and Services ...............................................................118
   Mail ............................................................................ 118
   Visiting......................................................................... 118
Access to Legal and Reading Materials ...............................................119
Exercise Outside of Cell.............................................................119
Telephone Privileges.................................................................120
Administrative Status/Protective Custody .............................................120

**4B. - PERFORMANCE STANDARD: RESTRICTIVE HOUSING ...................121**
Admission............................................................................121
General Policy and Practice ..........................................................122
Conditions of Confinement ...........................................................122
Review ..............................................................................124
Mental Health Appraisal..............................................................124
Supervision..........................................................................125
Programs and Services ...............................................................128
   Mail ............................................................................ 128
   Visiting......................................................................... 128
   Access to Legal and Reading Materials............................................ 128
   Exercise Out of Cell............................................................. 129
   Telephone Privileges ............................................................ 129
   Access to Programs .............................................................. 130
Orientation .........................................................................130
Health Care Screening ...............................................................131
Release .............................................................................132
Seriously Mentally Ill...............................................................133
Step Down Programs ..................................................................133
Females in Restrictive Housing ......................................................134
Under the age of 18 .................................................................134
Gender Identity......................................................................134

# Part Five: Institutional Services

**5A. - PERFORMANCE STANDARD: RECEPTION AND ORIENTATION...........135**
Admission............................................................................135
Reception and Orientation ...........................................................136
New Inmates..........................................................................137
Transfers............................................................................137
Personal Property ...................................................................138

## 5B. - PERFORMANCE STANDARD: CLASSIFICATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139
Classification Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139
Classification Status Reviews. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 140
Preparole Progress Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 141
Special Needs Inmates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 141
Adjudicated Youth and Status Offenders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 142
Youthful Offenders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 142

## 5C. - PERFORMANCE STANDARD: FOOD SERVICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
Food Service Management. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
Budgeting and Purchasing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
Dietary Allowances. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 146
Menu Planning. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 146
Therapeutic Diets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 147
Health and Safety Regulations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 148
Inspections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149
    Food Products. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149
    Facilities and Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 150
Meal Service. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151

## 5D. - PERFORMANCE STANDARD: SANITATION AND HYGIENE . . . . . . . . . . . . . . . 152
Sanitation Inspections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 152
Water Supply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 152
Waste Disposal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 153
Housekeeping. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 153
Clothing and Bedding Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154
Clothing Issue. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154
Bedding and Linen Issue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155
Bathing and Personal Hygiene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156
Hair Care Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 156

## 5E. - PERFORMANCE STANDARD: SOCIAL SERVICES . . . . . . . . . . . . . . . . . . . . . . . . . . . 157
Scope of Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 157
Program Coordination and Supervision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 159
Counseling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 160
Counseling for Pregnant Inmates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 161
Substance Abuse Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 161

## 5F. - PERFORMANCE STANDARD: REENTRY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 164
Release Preparation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 164
Temporary and Graduated Release. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 165
Escorted Leaves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 166
Final Release . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 166

# Part Six: Health Care

**6A. - PERFORMANCE STANDARD: ACCESS TO SERVICES.....................169**

    Access to Care .................................................................170

    Clinical Services................................................................171

    Continuity of Care .............................................................171

    Referrals.......................................................................171

    Transportation .................................................................172

    Treatment Plan ................................................................172

    Emergency Plan ...............................................................173

    Infirmary Care .................................................................173

    Pregnancy Management.........................................................174

    Communicable Disease and Infection Control Program .............................175

    Chronic Care...................................................................177

    Dental Care....................................................................178

    Health Education ...............................................................180

    Health Screens .................................................................180

    Health Appraisal................................................................183

    Periodic Examinations ..........................................................185

    Mental Health Program .........................................................185

    Mental Health Crisis Intervention Training .......................................186

    Mental Health Screen...........................................................187

    Mental Health Appraisal.........................................................188

    Mental Health Evaluations.......................................................189

    Suicide Prevention and Intervention .............................................190

    Mental Illness and Developmental Disability ......................................191

    Prostheses and Orthodontic Devices .............................................192

    Withdrawal Management ........................................................193

    Management of Chemical Dependency ............................................193

    Pharmaceuticals................................................................194

    Nonprescription Medication......................................................195

**6B. - PERFORMANCE STANDARD: STAFF TRAINING ...........................196**

    Health Authority................................................................196

    Provision of Treatment .........................................................197

    Personnel Qualifications ........................................................197

    Employee Health ...............................................................198

    Emergency Plans ...............................................................198

    Emergency Response ...........................................................199

    First Aid ......................................................................199

    Volunteers.....................................................................200

    Students and/or Interns..........................................................200

    Offender Assistants.............................................................200

    Mental Health Staff ............................................................201

**6C. - PERFORMANCE STANDARD: OFFENDER TREATMENT**...................202
    Grievances .............................................................................202
    Notification..............................................................................202
    Confidentiality .........................................................................203
    Informed Consent......................................................................203
    Elective Procedures ...................................................................204
    Special Needs...........................................................................204
    Involuntary Administration ..........................................................205
    Research.................................................................................205
    Privacy ..................................................................................206
    Transfer..................................................................................206
    Use of Restraints ......................................................................207
    Sexual Assault .........................................................................207
    Exercise .................................................................................208
    Offender's Death.......................................................................208

**6D. - PERFORMANCE STANDARD: PERFORMANCE IMPROVEMENT** ..........209
    Quarterly Meetings ...................................................................209
    Internal Review and Quality Assurance............................................210
    Peer Review ............................................................................211
    Staffing..................................................................................211
    Health Records.........................................................................212
    Transfers................................................................................213
    Inactive Records.......................................................................213
    Goals and Objectives .................................................................214

**6E. - PERFORMANCE STANDARD: SAFETY, SANITATION, AND
OFFENDER HYGIENE** .....................................................215
    Clothing ................................................................................215
    Bathing..................................................................................215
    Washbasins..............................................................................215
    Toilets...................................................................................216
    Injury Prevention .....................................................................216

## Part Seven: Inmate Programs

**7A. - Performance Standard: Work and Correctional Industries** .....................217
    Inmate Work Plan......................................................................217
    Work Opportunities....................................................................218
    Work, Health, and Safety Standards.................................................219
    Correctional Industries................................................................220
    Inmate Compensation..................................................................221

**7B. - PERFORMANCE STANDARD: ACADEMIC AND VOCATIONAL EDUCATION** .................................................................223
    Comprehensive Education Program....................................................223
    Certification and Evaluation..........................................................225
    Staffing Policies and Practices .......................................................225
    Inmate Assessment and Placement....................................................226
    Coordination with other Programs and Services .......................................227

**7C. - PERFORMANCE STANDARD: RECREATION AND ACTIVITIES**............229
    Comprehensive Recreational Program.................................................229
    Program Coordination and Supervision................................................229
    Equipment and Facilities ............................................................230
    Interaction with the Community.......................................................230
    Inmate Activities....................................................................230

**7D. - PERFORMANCE STANDARD: MAIL, TELEPHONE AND VISITING**.........231
    Mail ...............................................................................231
        Inmate Correspondence.........................................................231
        Access to Publications..........................................................232
        Inspection of Letters and Packages................................................232
        Forwarding of Mail ............................................................234
        Telephone.....................................................................234
    Visiting............................................................................236
        Regular Visitation.............................................................236
        Extended and Special Visits .....................................................237
        Visitor Registration ...........................................................238

**7E. - PERFORMANCE STANDARD: LIBRARY**...................................239
    Comprehensive Library Services.......................................................239
    Program Coordination and Supervision................................................239
    Selection and Acquisition of Materials ................................................240
    Availability of Services ..............................................................241
    Inmate Assistants ..................................................................241

**7F. - PERFORMANCE STANDARD: RELIGIOUS PROGRAMS**....................242
    Program Coordination and Supervision................................................242
    Opportunity to Practice One's Faith...................................................243
    Religious Facilities and Equipment ....................................................244

# Appendices

**Appendix A**
Classification Guidelines .................................................... 245

**Appendix B**
Guidelines for Institution Security Levels ............................................ 246

**Appendix C**
Definition of "Qualified Individual" for Safety and Sanitation Inspections .................. 247

**Appendix D**
Guidelines for the Control and Use of Flammable, Toxic and Caustic Substances ............ 249

**Appendix E**
Outcome Measures .......................................................... 254

**Appendix F**
Organization Summary for Secure Residential Facilities................................. 272

**Appendix G**
Self-Evaluation Report ....................................................... 275

**Appendix H**
Significant Incident Summary ..................................................... 279

**Appendix I**
Critical Incident Report .......................................................... 282

**Glossary** .................................................................... 284

**Index** ...................................................................... 313

# Accreditation Manuals Published by the American Correctional Association

*Performance-Based Standards and Expected Practices for Adult Correctional Institutions, Fifth Edition*

*Performance-Based Core Jail Standards, First Edition*

*Performance-Based International Correctional Core Standards–Adult, First Edition*

*Performance-Based International Correctional Core Standards–Juvenile, First Edition*

*Performance-Based Standards for Adult Community Residential Services, Fourth Edition*

*Performance-Based Standards for Adult Local Detention Facilities, Fourth Edition*

*Performance-Based Standards for Adult Probation and Parole Field Services, Fourth Edition*

*Performance-Based Standards for Correctional Industries, Second Edition*

*Performance-Based Standards for Juvenile Correctional Facilities, Second Edition*

*Performance-Based Standards for Therapeutic Communities, First Edition*

*Performance-Based Health Care Standards for Adult Correctional Institutions, Fourth Edition*

*Performance-Based Health Care Standards for Adult Local Detention Facilities, Fourth Edition*

*Performance-Based Health Care Standards for Juvenile Correctional Facilities, Fourth Edition*

*Standards for Administration of Correctional Agencies, Second Edition*

*Standards for Adult Correctional Boot Camps Programs, First Edition*

*Standards for Adult Parole Authorities, Second Edition*

*Standards for Correctional Training Academies, First Edition*

*Standards for Electronic Monitoring Programs, First Edition*

*Standards for Food Service Programs, First Edition*

*Standards for Juvenile Community Residential Facilities, Third Edition*

*Standards for Juvenile Correctional Boot Camps, First Edition*

*Standards for Juvenile Day Treatment Programs, First Edition*

*Standards for Juvenile Detention Facilities, Third Edition*

*Standards for Juvenile Probation and Aftercare Services, Second Edition*

*Standards for Small Juvenile Detention Facilities, First Edition*

These publications may be ordered from:

American Correctional Association
206 North Washington Street
Alexandria, VA 22314
1-800-222-5646

# Foreword

This manual represents the thirteenth set of performance-based standards and expected practices to be adopted by ACA's Committee on Performance-Based Standards and implemented in the field. Corrections professionals have been acquainted with the term "performance-based standards and expected practices" for quite some time. They are well aware of the Association's goal to improve the accreditation process by adopting new performance-based standards and expected practices and a new accreditation policy manual. To produce this manual, ACA developed Outcome Measures which will help empower facilities to use their own operational data as metrics to monitor and further encourage compliance with the expected practices. For prisons using this manual, the shift to the performance-based model of accreditation will help facilities to operate more effective programs while adhering to ACA performance-based standards and expected practices.

A second major initiative for ACA, our Committee on Performance-Based Standards, and the Commission on Accreditation for Corrections has been the drafting and adoption of expected practices for Restrictive Housing. Additionally, an ad hoc committee developed expected practices for mental health and special populations. The committee also updated definitions. The expected practices, published for the first time in this manual, will serve to reform all aspects of restrictive housing practice from initial placement through final release. They signify an advancement of the current requirements and encourage correctional leaders and staffs whose agencies and facilities are accredited by ACA to achieve and adhere to more rigorous, progressive guidelines for Restrictive Housing.

The Fifth Edition captures all of the advancements made in correctional facility management since the Fourth Edition was published. It establishes a new direction and way of thinking regarding the future of this profession. The American Correctional Association will always be committed to promoting and improving the field of corrections while providing correctional professionals with the support they need to face their day-to-day challenges.

James A. Gondles Jr., CAE
Executive Director
American Correctional Association

## 2D. - PERFORMANCE STANDARD: ENVIRONMENTAL CONDITIONS

Environmental conditions significantly influence the overall effectiveness of institutional operations. Lighting, air quality, temperature and noise levels are designed to preserve the health and well being of inmates and staff members.

## Light Levels

### General

**5-ACI-2D-01**
**(Ref. 4-4145)**
**Lighting throughout the facility is determined by the tasks to be performed, interior surface finishes and colors, type and spacing of light sources, outside lighting, and shadows and glare.**

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Observation. Inmate interviews. Staff interviews.

### Inmate Rooms/Cells

**5-ACI-2D-02**
**(Ref. 4-4146)**
**Lighting in inmate rooms/cells is at least 20-foot-candles at desk level and in personal grooming areas, as documented by a qualified source, and is checked at least once per accreditation cycle.**

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Documentation from a qualified source. Measurement. Observation. Maintenance and repair records. Inmate interviews. Staff interviews.

## Natural Light

### Inmate Rooms/Cells

**5-ACI-2D-03**
**(Ref. 4-4147)**
**(Existing only). All inmate rooms/cells provide access to natural light.**

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Observation.

**5-ACI-2D-04**
**(Ref. 4-4147-1)**

(Renovation, New Construction after June 1, 2008). All inmate rooms/cells provide inmates with access to natural light by means of at least three-square feet of transparent glazing, plus two additional square feet of transparent glazing per inmate in rooms/cells with three or more inmates.

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Measurement. Observation. Housing records.

**5-ACI-2D-05**
**(Ref. 4-4147-2)**

(New Construction or Renovation after June 1, 2014). Each dormitory provides inmates with access to natural light by means of at least 12 square feet, plus two additional square feet of transparent glazing per inmate in the dormitory.

*Comment*: None

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Observation. Measurement.

**4-4148**

**Deleted January 2003**

## Dayrooms

**5-ACI-2D-06**
**(Ref. 4-4149)**

(New Construction Only after January 1, 1990). Each dayroom provides inmates with access to natural light by means of at least 12 square feet of transparent glazing in the dayroom, plus two additional square feet of transparent glazing per inmate whose room/cell is dependent on access to natural light through the dayroom.

*Comment*: Many inmates spend most daylight hours outside of their cells, often in their dayroom, and the standard gives designers increased options for providing natural light.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Observation. Measurement. Noise levels.

**5-ACI-2D-07**
**(Ref. 4-4150)**

Noise levels in inmate housing units do not exceed 70 dBA (A Scale). Measurements shall be conducted annually by a qualified source with at least one measurement taking place during night time and one measurement taking place during day time.

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Measurement. Observation. Inmate and staff interviews. Documentation from a qualified source. Maintenance records.

## 2E. –PERFORMANCE STANDARD: PROGRAM AND SERVICE AREAS

Adequate space is provided for the various program and service functions conducted within the institution. Spatial requirements reflect functional need.

### Exercise and Recreation

**5-ACI-2E-01**
**(Ref. 4-4154)**

Both outdoor and covered/enclosed exercise areas for general population inmates are provided in sufficient number to ensure that each inmate is offered at least one hour of access daily. Use of outdoor areas is preferred, but covered/enclosed areas must be available for use in inclement weather. Covered/enclosed areas can be designed for multiple uses as long as the design and furnishings do not interfere with scheduled exercise activities.

The minimum space requirements for exercise areas are as follows:

• Outdoor exercise areas in facilities where 100 or more inmates utilize one recreation area: 15-square feet per inmate for the maximum number of inmates expected to use the space at one time, but not less than 1,500 square feet of unencumbered space

• Outdoor exercise areas in facilities where less than 100 inmates have unlimited access to an individual recreation area: 15-square feet per inmate for the maximum number of inmates expected to use the space at one time, but not less than 750-square feet of unencumbered space

• Covered/enclosed exercise areas in facilities where 100 or more inmates utilize one recreation area: 15-square feet per inmate for the maximum number of inmates expected to use the space at one time, with a minimum ceiling height of 18 feet, but not less than 1,000-square feet of unencumbered space

• Covered/enclosed exercise areas in facilities where less than 100 inmates utilize one recreation area: 15-square feet per inmate for the maximum number of inmates expected to use the space at one time, with a minimum ceiling height of 18 feet, but not less than 500-square feet of unencumbered space

*Comment*: Exercise/recreation spaces are not the same as dayrooms, although dayrooms can provide added opportunities for some exercise and recreation activities. The standard establishes performance requirements for exercise spaces, offering design and operational flexibility. It allows facilities in some climates to cover and/or enclose a yard, while others will have to provide indoor space; these spaces do not have to be "indoor" but must be fully functional when the outdoor areas are not feasible for use.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Measurement. Observation. Facility logs and activity records.

**5-ACI-2E-01**
**(Ref. 4-4154)**
**Revised Aug. 2019**

(Effective NLT January 1, 2021) Both outdoor and covered/enclosed exercise areas for general population inmates are provided in sufficient number to ensure that each inmate is offered at least one hour of access daily. Use of outdoor areas is preferred, but covered/enclosed areas must be available for use in inclement weather. Covered/enclosed areas can be designed for multiple uses as long as the design and furnishings do not interfere with scheduled exercise activities.

The minimum space requirements for exercise areas are as follows:

• Outdoor exercise areas in facilities where 100 or more inmates utilize one recreation area: 15-square feet per inmate for the maximum number of inmates expected to use the space at one time, but not less than 1,500 square feet of unencumbered space

• Outdoor exercise areas in facilities where less than 100 inmates utilize one recreation area; 15 square feet per inmate for the maximum number of inmates expected to use the space at one time, but not less than 750 square feet of unencumbered space

• Covered/enclosed exercise areas in facilities where 100 or more inmates utilize one recreation area: 15-square feet per inmate for the maximum number of inmates expected to use the space at one time, with a minimum ceiling height of 18 feet, but not less than 1,000-square feet of unencumbered space

• Covered/enclosed exercise areas in facilities where less than 100 inmates utilize one recreation area: 15-square feet per inmate for the maximum number of inmates expected to use the space at one time, with a minimum ceiling height of 18 feet, but not less than 500-square feet of unencumbered space

*Comment*: Exercise/recreation spaces are not the same as dayrooms, although dayrooms can provide added opportunities for some exercise and recreation activities. The standard establishes performance requirements for exercise spaces, offering design and operational flexibility. It allows facilities in some climates to cover and/or enclose a yard, while others will have to provide indoor space; these spaces do not have to be "indoor" but must be fully functional when the outdoor areas are not feasible for use.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Measurement. Observation. Facility logs and activity records.

**5-ACI-2E-02**
**(Ref. 4-4155)**

Special management housing units have either outdoor uncovered or outdoor covered exercise areas. The minimum space requirements for outdoor exercise areas for special management units are as follows:

- Group yard modules: 330-square feet of unencumbered space can accommodate two inmates. For each additional 150-square feet of unencumbered space, an additional inmate may use the exercise area simultaneously. (Formula: for each 150-square feet of unencumbered space exceeding the base requirement of 180-square feet for the first inmate, equals the maximum number of inmates who may use the recreation area space simultaneously). No more than five inmates are to use a group module at one time.
- Individual yard modules: 180-square feet of unencumbered space.

In cases where cover is not provided to mitigate the inclement weather, appropriate weather-related equipment and attire should be available to the inmates who desire to take advantage of their authorized exercise time.

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications. Schedules.

*Process Indicators*: Measurement. Observation. Facility logs and activity records.

**5-ACI-2E-02**
**(Ref. 4-4155)**
**Revised Aug. 2019**

(Effective NLT January 1, 2021) Special management housing units have either outdoor uncovered or outdoor covered exercise areas. The minimum space requirements for outdoor exercise areas for special management units are as follows:

- Group areas: 330-square feet of unencumbered space can accommodate two inmates. For each additional 150-square feet of unencumbered space, an additional inmate may use the exercise area simultaneously. (Formula: for each 150-square feet of unencumbered space exceeding the base requirement of 180-square feet for the first inmate equals the maximum number of inmates who may use the recreation area simultaneously).
- Individual areas: 180-square feet of unencumbered space.

In cases where cover is not provided to mitigate the inclement weather, appropriate weather-related equipment and attire should be available to the inmates who desire to take advantage of their authorized exercise time.

*Comment*: None.

*Protocols*: Written policy and procedure. Facility plans/specifications. Schedules.

*Process Indicators*: Measurement. Observation. Facility logs and activity records.

## Access to Legal and Reading Materials

**5-ACI-4A-22**
**(Ref. 4-4268)**

Written policy, procedure, and practice provide that inmates in special management housing have access to legal materials.

*Comment*: To ensure legal rights, inmates in special management housing should have access to both personal legal materials and available legal reference materials. Reasonable arrangements should be made to assist the inmates in meeting court deadlines.

*Protocols*: Written policy and procedure.

*Process Indicators*: Completed logs. Staff interviews. Inmate interviews.

**5-ACI-4A-23**
**(Ref. 4-4269)**

Written policy, procedure, and practice provide that inmates in special management housing have access to reading materials.

*Comment*: Inmates in special management housing should be provided a sufficient quantity of reading materials and have an opportunity to borrow reading materials from the institution's library.

*Protocols*: Written policy and procedure.

*Process Indicators*: Completed logs. Staff interviews. Inmate interviews.

## Exercise Outside of Cell

**5-ACI-4A-24**
**(Ref. 4-4270)**

Written policy, procedure, and practice provide that inmates in special management housing receive a minimum of one hour of exercise per day outside their cells, five days per week, unless security or safety considerations dictate otherwise.

*Comment*: Inmates in special management housing should be provided with the opportunity to exercise in an area designated for this purpose, with opportunities to exercise outdoors, weather permitting, unless security or safety considerations dictate otherwise. A written record should be kept of each inmate's participation in the exercise program. Reasons for the imposition of constraints should be documented.

*Protocols*: Written policy and procedure.

*Process Indicators*: Completed logs. Staff interviews. Inmate interviews.

Case 3:19-cv-02724-SK   Document 449-4   Filed 08/15/23   Page 27 of 30

**5-ACI-4B-05**
**NEW Aug. 2018**

(Effective NLT October 1, 2020) Restrictive Housing units have either outdoor uncovered or outdoor covered exercise areas. The minimum space require-ments for outdoor exercise areas for Restrictive Housing units are as follows:

- *Group yard modules:* 330-square feet of unencumbered space can accom-modate two inmates. For each additional 150-square feet of unencumbered space, an additional inmate may use the exercise area simultaneously. (For-mula: for each 150-square feet of unencumbered space exceeding the base requirement of 180-square feet for the first inmate, equals the maximum number of inmates who may use the recreation area space simultaneously). No more than five inmates are to use a group module at one time.
- *Individual yard modules:* 180-square feet of unencumbered space. In cases where cover is not provided to mitigate the inclement weather, appropriate weather-related equipment and attire should be available to the inmates who desire to take advantage of their authorized exercise time.

*Comment*: None.

*Protocols*: Facility plans/specifications.

*Process Indicators*: Measurement. Observation. Inmate interviews.

**5-ACI-4B-06**
**NEW Aug. 2018**

(Effective NLT October 1, 2020) All cells/rooms in Restrictive Housing provide a minimum of 80- square feet, and shall provide 35-square feet of unencum-bered space for the first occupant and 25-square feet of unencumbered space for each additional occupant.

*Comment*: None.

*Protocols*: Facility plans/specifications.

*Process Indicators*: Measurement. Observation. Inmate interviews.

**5-ACI-4B-07**
**NEW Aug. 2018**

(Effective NLT October 1, 2020) Written policy, procedure, and practice pro-vide any time served in prehearing detention is to be credited to the determi-nant Restrictive Housing sanction.

*Comment*: None.

*Protocols*: Written policy and procedure.

*Process Indicators*: Inmate records. Dispositional records of disciplinary commit-tee or hearing examiner. Disciplinary action. Disciplinary records.

Case 3:19-cv-02724-SK   Document 449-4   Filed 08/15/23   Page 28 of 30

**5-ACI-4B-23**
**NEW Aug. 2018**

**(Effective NLT October 1, 2020) Written policy, procedure, and practice provide that inmates in Restrictive Housing have access to reading materials.**

*Comment*: Inmates in Restrictive Housing should be provided a sufficient quantity of reading materials and have an opportunity to borrow reading materials from the institution's library.

*Protocols*: Written policy and procedure.

*Process Indicators*: Logbook for reading material usage. Observation. Inmate interviews.

## Exercise Out of Cell

**5-ACI-4B-24**
**NEW Aug. 2018**

**(Effective NLT October 1, 2020) Written policy, procedure, and practice provide that inmates in Restrictive Housing receive a minimum of one hour of exercise outside their cells, five days per week, unless security or safety considerations dictate otherwise.**

*Comment*: Inmates in Restrictive Housing should be provided with the opportunity to exercise in an area designated for this purpose, with opportunities to exercise outdoors, weather permitting, unless security or safety considerations dictate otherwise. A written record should be kept of each inmate's participation in the exercise program. Reasons for imposition of constraints should be documented.

*Protocols*: Written policy and procedure.

*Process Indicators*: Recreation logbook. Documentation of denial.

## Telephone Privileges

**5-ACI-4B-25**
**NEW Aug. 2018**

**(Effective NLT October 1, 2020) Written policy, procedure, and practice provide that inmates in Restrictive Housing are allowed at minimum telephone privileges to access the judicial process and family emergencies as determined by the facility administrator or designee unless security or safety considerations dictate otherwise.**

*Comment*: None.

*Protocols*: Written policy and procedure.

*Process Indicators*: Phone log. Documentation of denial.

# 7C. - PERFORMANCE STANDARD: RECREATION AND ACTIVITIES

Recreation and similar leisure activities are provided to reduce idleness, provide opportunities for skill acquisition, promote healthy activities and foster positive group interaction.

## Comprehensive Recreational Program

**5-ACI-7C-01**
**(Ref. 4-4481)**
**Written policy, procedure, and practice provide for a comprehensive recreational program that includes leisure-time activities and outdoor exercise.**

*Comment*: Varied forms of recreation (for example, activities in the yard, library, and auditorium) should be designed to consider inmates' recreational interests.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Facility logs. Inmate interviews. Observation.

## Program Coordination and Supervision

**5-ACI-7C-02**
**(Ref. 4-4482)**
**The education and experience of the recreation program supervisor are taken into consideration by the appointing authority in determining appointment to the position. These include education, correctional experience, training in recreation and/or leisure activities and the ability to supervise the program. In institutions with more than 100 inmates, the position is full-time.**

*Comment*: To ensure a high-quality leisure services program, it is important to have an administrator with training specific to recreation and/or leisure activities. This position may be filled by a volunteer or contract personnel.

*Protocols*: Written policy and procedure.

*Process Indicators*: Job description. Documentation of education and experience.

**5-ACI-7C-03**
**(Ref. 4-4483)**
**Written policy, procedure, and practice provide for the selection, training, and use of inmates as recreation program assistants.**

*Comment*: None.

*Protocols*: Written policy and procedure.

*Process Indicators*: Documentation of training.

## Equipment and Facilities

**5-ACI-7C-04**
**(Ref. 4-4484)**

**Facilities and equipment suitable for the planned leisure activities are available in proportion to the inmate population and are maintained in good condition.**

*Comment*: Facilities should include the following: an outdoor recreation area; a gymnasium with seats for spectators; an auditorium with stage equipment; game rooms and games such as table tennis, shuffleboard, chess, checkers, cards, and so forth; weightlifting apparatus and other physical-fitness conditioning equipment and space for their use; locker rooms, showers, and dressing rooms; a music room; and space for arts, crafts, and hobbies. All equipment should be inspected regularly and repaired or replaced as necessary. Guidelines for facilities and equipment are available from the National Recreation and Park Association.

*Protocols*: Written policy and procedure. Facility plans/specifications.

*Process Indicators*: Housekeeping plan. Maintenance plan. Observations. Inspection reports. Completed forms, including documentation that identified deficiencies were corrected.

## Interaction with the Community

**5-ACI-7C-05**
**(Ref. 4-4485)**

**Written policy, procedure, and practice provide for interaction with the community through various activities.**

*Comment*: None.

*Protocols*: Written policy and procedure.

*Process Indicators*: Community activity plan. Activities record.

## Inmate Activities

**5-ACI-7C-06**
**(Ref. 4-4486)**

**Written policy, procedure, and practice provide for activities that are initiated by inmates and carried out under staff supervision.**

*Comment*: Inmate activities include inmate publications, arts and crafts, honor housing, and ethnic study groups. All inmate activities should be regulated by written guidelines that define the activity's purpose and scope. Provision should be made for staff supervision of all activities.

*Protocols*: Written policy and procedure.

*Process Indicators*: Curriculum. Documentation of materials and classroom resources. Observation.