**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 19-cv-02724-SK
Case Name: Brackens, et al. v. City and County of San Francisco

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Sallie Kim | PLAINTIFF ATTORNEY: Yolanda Huang, Richard Brody, and Rachel Doughty | DEFENSE ATTORNEY: Sabrina Berdux and Kaitlyn Murphy |
|---|---|---|
| TRIAL DATE: August 15, 2023 | REPORTER(S): Ana Dub/Jennifer Coulthard | CLERK: Melinda K. Lock |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:58 AM | | | Court convenes. All counsel and Plaintiffs Montrail Brackens and Jose Poot are present. Plaintiff Troy McAlister is not present due to his decision not to attend. Housekeeping matters discussed. The Court permits Plaintiffs to file a stipulation by the parties. |
| | | 8:03 AM | | | Cross-examination of **James Gomez** by Ms. Huang. |
| | 1241 | | X | | AD-Seg Sheet |
| | 1073 | | X | | CJ5 Custody Division Policy and Procedures Appendix 5 |
| | | 8:15 AM | | | Witness is excused. |
| | | 8:17 AM | | | Plaintiffs call **Paul Miyamoto** who is sworn and testifies under direct examination by Mr. Brody. |
| 266 | | | X | | Aerial Photo of San Bruno Jail from Google Maps |
| | 1071 | | X | | Diagram of CJ5 Housing Units CCSF |
| 202-209 | | | X | X | Staff Reports from February 2022 to August 2022 |
| 61 | | | X | X | Letter dated 11/20/2020 from Sheriff Paul Miyamoto to Supervisor Sandra Fewer |
| 256 | | | X | X | Letter dated 1/26/2022 from Sheriff Paul Miyamoto to Mayor Breed Re: SFSO Operational and Financial Challenges Resulting from Covid |
| 63 | | | X | X | Letter dated 12/26/2019 from Ken Lomba to Sheriff Hennessey and Sheriff Elect Paul Miyamoto. |
| 64 | | | X | X | Letter dated 1/13/2022 from Ken Lomba to Sheriff Miyamoto. |
| 212 | | | X | | Sabor Consulting Staffing Recommendations |
| | | 9:52 AM | | | Court breaks. |
| | | 10:06 AM | | | Court reconvenes. All counsel and Plaintiffs Montrail Brackens and Jose Poot are present. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Direct examination of **Paul Miyamoto** by Mr. Brody resumes. |
| | 1267 | | X | | Staffing Reduction and Walk Group Directive |
| 267 | | | X | | Aerial Photo of San Quentin State Prison from Google Maps |
| | | 10:48 AM | | | Direct examination of **Paul Miyamoto** concludes.<br><br>The Court will permit Plaintiffs to file a request for judicial notice on the topics discussed on the record. |
| | | 10:51 AM | | | Plaintiffs rest. |
| | | 10:52 AM | | | Defendant calls **Paul Miyamoto** who was previously sworn and testifies under direct examination by Ms. Murphy. |
| | 1154 | | X | X | Photograph of CJ5 from Court Visit |
| | 1156 | | X | X | Photograph of CJ5 from Court Visit |
| | 1158 | | X | X | Photograph of CJ5 from Court Visit |
| | 1159 | | X | X | Photograph of CJ5 from Court Visit |
| | 1160 | | X | X | Photograph of CJ5 from Court Visit |
| | 1161 | | X | X | Photograph of CJ5 from Court Visit |
| | 1162 | | X | X | Photograph of CJ5 from Court Visit |
| | 1164 | | X | X | Photograph of CJ5 from Court Visit |
| | 1165 | | X | X | Photograph of CJ5 from Court Visit |
| | 1167 | | X | X | Photograph of CJ5 from Court Visit |
| | 1168 | | X | X | Photograph of CJ5 from Court Visit |
| | 1171 | | X | X | Photograph of CJ5 |
| | 1172 | | X | X | Photograph of CJ5 |
| | | 11:46 AM | | | Direct examination of **Paul Miyamoto** by Ms. Murphy concludes. |
| | | 11:50 AM | | | Cross-examination of **Paul Miyamoto** by Mr. Brody. |
| | | 11:57 AM | | | Re-direct examination of **Paul Miyamoto** by Ms. Murphy. |
| | | 11:58 AM | | | The Court questions witness. |
| | | 12:00 PM | | | Witness is excused. Court breaks. |
| | | 12:33 PM | | | Court reconvenes. All counsel and Plaintiffs Montrail Brackens and Jose Poot are present.<br><br>Defendant calls **Alissa Riker** who is sworn and testifies under direct examination by Ms. Murphy. |
| | 1189 | | X | X | CJ3 (formerly CJ5) In Custody Programs Updated January 2020 |
| | 1181 | | X | X | Powerpoint on SFSO Alternatives to Incarceration and Strategies for Recidivism Reduction |
| | 1185 | | X | X | Schedule to Resolve to Stop the Violence (RSVP) 2019 |
| | 1182 | | X | X | Schedule for Community of Veterans Engaged in Restoration (COVER) Schedule Rev. 7/17/2019. |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 12:56 PM |  |  | Cross-examination of **Alissa Riker** by Ms. Huang. |
|  |  | 12:59 PM |  |  | Witness is excused.<br><br>The Court takes judicial notice of the complaint filed in *Poot v. San Francisco County Sheriff's Department* (Dkt no. 1 in 19-cv-02722) as stated on the record.<br><br>Discussion held regarding redactions to Exhibit 1241. |
|  |  | 1:02 PM |  |  | Defendant calls **John Ramirez** who is sworn and testifies under direct examination by Ms. Berdux. |
|  | 1134 |  | X | X | Diagram of CJ5 |
|  | 1171 |  | X |  | Photograph of CJ5 |
|  | 1033 |  | X | X | Specifications of CJ3 Housing Air Handler Unit BMS Layout |
|  | 1034 |  | X | X | Specifications of CJ3 Housing Unit Fan Coils |
|  | 1035 |  | X | X | Specifications of CJ3 of Housing Unit POD Exhaust Fans |
|  |  | 1:55 PM |  |  | Cross-Examination of **John Ramirez** by Ms. Huang. |
|  | 1033 |  | X |  | Specifications of CJ3 Housing Air Handler Unit BMS Layout |
|  |  | 2:04 PM |  |  | Witness is excused |
|  |  | 2:05 PM |  |  | Defendant calls **Stephen Tilton** who is sworn and testifies under direct by Ms. Berdux. |
|  | 1071 |  | X |  | Diagram of CJ5 Housing Units CCSF |
|  |  | 2:28 PM |  |  | Plaintiffs Brackens and Poot do not wish to attend the trial tomorrow but do wish to attend on Thursday 8/17/2023.<br><br>Court is in recess until tomorrow 8/16/2023 8:00 AM. |