UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>     Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER GRANTING WRIT OF HABEAS AD TESTIFICANDUM**<br><br>Regarding Docket Nos. 452 |

The COURT hereby GRANTS the Application for Writ of Habeas Corpus and ORDERS that a Writ of Habeas Corpus Ad Testificandum be issued to secure the appearance of the following inmates: Montrail Brackens; Jose Poot; Joshua Beloy and Darryl Geyer who are confined at San Francisco County Jail 3, located at: 1 Moreland Drive, Dublin, CA 94066, in the custody of the San Francisco Sheriff's Department.   These inmates are necessary and material parties for the court ordered mediation in the above titled matter.  In order to secure these inmates attendance at these proceedings, a Writ of Habeas Corpus Ad Testificandum shall issue, commanding the Sheriff to produce these inmates before Magistrate Judge Sallie Kim, United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom 4 (Judge Chhabria's courtroom), 17th Floor, San Francisco, California, 94102, on Thursday, August 17, 2023, no later than 8 a.m.

**IT IS SO ORDERED**.

Dated: August 16, 2023

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge