UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-02724-SK
Case Name: Brackens, et al. v. City and County of San Francisco

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Sallie Kim | PLAINTIFF ATTORNEY: Yolanda Huang, Richard Brody, and Rachel Doughty | DEFENSE ATTORNEY: Sabrina Berdux and Kaitlyn Murphy |
|---|---|---|
| TRIAL DATE: August 16, 2023 | REPORTER(S): Ana Dub/Jennifer Coulthard | CLERK: Melinda K. Lock |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 AM | | | Court convenes. All counsel are present. Plaintiffs are not present based on their decision not to attend. Housekeeping matters discussed. |
| | 1190 | | X | X | CJ5 Operations Manual Appendices |
| | 1109 | | X | X | SFSO Policy CODM 7.15 Inmate Orientation Procedures |
| | 1110 | | X | X | SFSO Policy CODM 7.19 Inmate Grievances |
| | 1111 | | X | X | Inmate Orientation Handbook 2018 |
| | 1191 | | X | X | CJ3 Operations Manual – Revised December 2020 |
| | 1071 | | X | X | Diagram of CJ5 Housing Units CCSF |
| | | 8:07 AM | | | Direct examination of **Stephen Tilton** by Ms. Berdux resumes. |
| | 1194 | | X | X | Deputies' Shift Notices from "Red Book" Ledger (redacted version to be submitted) |
| | 1266 | | X | X | Van List (redacted version to be submitted) |
| | 1088 | | X | X | 2019 CJ5 Grievance Log (redacted version to be submitted) |
| | 1080 | | X | X | Facility Operations Changes 2019 |
| | | 9:46 AM | | | Court questions witness. |
| | | 9:50 AM | | | Court breaks. |
| | | 10:05 AM | | | Court reconvenes. All counsel are present. Direct examination of **Stephen Tilton** by Ms. Berdux resumes. |
| | 1131 | | X | X | CJ3 Inmate Video Statistics |
| | | 10:35 AM | | | Cross-examination of **Stephen Tilton** by Ms. Huang. |
| 28 | | | X | | Photos of Common Areas/Day Room at CJ5 |
| | 1267 | | X | | Staffing Reduction and Walk Group Directive |
| 19 | | | X | X | Photos of Outdoor Areas and Outdoor Light Measurements at CJ5 (pages 1-3 only) |
| | 1073 | | X | | CJ5 Custody Division Policy and Procedures Appendix 5 |

1

|  |  | 11:52 AM |  |  | Re-direct examination of **Stephen Tilton** by Ms. Berdux. |
|  | 1180 |  | X | X | SFSO Policy CODM 4.04 Jail Security Rounds |
|  | 1192 |  | X |  | Housing Observation Sheets |
|  |  | 12:00 PM |  |  | Court breaks. |
|  |  | 12:32 PM |  |  | Court reconvenes. All counsel are present.<br><br>Re-direct examination of **Stephen Tilton** by Ms. Berdux resumes. |
|  |  | 12:34 PM |  |  | Court questions witness. |
|  |  | 12:40 PM |  |  | Witness is excused.<br><br>Housekeeping and scheduling matters discussed. Parties are permitted to brief the issues as discussed on the record. Any filings need to be submitted by 9:00 PM tonight. |
|  |  | 12:55 PM |  |  | Defendant calls **Julian Martinez** who is sworn and testifies under direct examination by Ms. Berdux. |
|  |  | 1:41 PM |  |  | Cross-examination of **Julian Martinez** by Ms. Huang. |
|  |  | 1:54 PM |  |  | Witness is excused.<br><br>Defendant calls **Lawrence Mayer** who is sworn and testifies under direct examination by Ms. Murphy. |
|  |  | 2:25 PM |  |  | Witness is excused for the day. Court is in recess until tomorrow 8/17/2023 at 8:00 AM. |