| | |
|---|---|
| 1 | DAVID CHIU, State Bar #189542 |
| | City Attorney |
| 2 | MEREDITH B. OSBORN, State Bar #250467 |
| | Chief Trial Attorney |
| 3 | SABRINA M. BERDUX, State Bar #248927 |
| | KAITLYN MURPHY, State Bar #293309 |
| 4 | Deputy City Attorneys |
| | Fox Plaza |
| 5 | 1390 Market Street, 6th Floor |
| | San Francisco, California 94102-5408 |
| 6 | Telephone:    (415) 554-3929 [Berdux] |
| | Telephone:    (415) 554-6762 [Murphy] |
| 7 | Facsimile:     (415) 554-3837 |
| | E-Mail:         sabrina.m.berdux@sfcityatty.org |
| 8 | E-Mail:         kaitlyn.murphy@sfcityatty.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS, | Case No. 19-cv-02724-SK (LB) |
| | **REQUEST TO ADMIT MEDICAL RECORDS OMITTED FROM EXHIBIT 9** |
| Plaintiffs, | Trial Date:          August 8, 2023 |
| vs. | |
| SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50, | |
| Defendants. | |

On August 11, 2023, the Court admitted portions of Plaintiffs' and class members' medical records as Exhibits 9A, 9B, 9C, 9D, 9E, 9F, 9G, 241, 248, and 254. These records related to Messrs. Brackens, Brown, Carlos, Harris, McAlister, Norbert, and Poot. The Court also permitted Defendants to admit medical records for the same individuals that were not part of the above-referenced exhibits pursuant to Rule 106 of the Federal Rules of Evidence regarding the rule of completeness. Defendants identify and will move to admit the following exhibits containing the remainder of the exchanged medical records for the named individuals, identified by trial exhibit number and bates number. Defendants prepared hard copy versions of the exhibits for the Court record.

| Exhibit Number | Patient Name | Location of Service | Date Range of Services | Beginning Bates No. | Ending Bates No. |
|---|---|---|---|---|---|
| 1272-A | Brackens | JHS | 10/26/19-5/11/21 | CCSF-NORBERT_016467 | CCSF-NORBERT_017326 |
| 1272-B | Brackens | SFGH | Miscellaneous Dates | CCSF-NORBERT_017327 | CCSF-NORBERT_017395 |
| 1272-C | Brackens | SFGH | Miscellaneous Dates | CCSF-NORBERT_017424 | CCSF-NORBERT_017424 |
| 1272-D | Brackens | SFGH | Miscellaneous Dates | CCSF-NORBERT_017425 | CCSF-NORBERT_017453 |
| 1272-E | Brackens | SFGH | Miscellaneous Dates | CCSF-NORBERT_027777 | CCSF-NORBERT_027777 |
| 1273-A | Brown | JHS | 10/23/19-5/20/21 | CCSF-NORBERT_018338 | CCSF-NORBERT_018999 |
| 1273-B | Brown | SFGH | Miscellaneous Dates | CCSF-NORBERT_019000 | CCSF-NORBERT_019298 |
| 1273-C | Brown | SFGH | Miscellaneous Dates | CCSF-NORBERT_019318 | CCSF-NORBERT_019318 |
| 1273-D | Brown | SFGH | Miscellaneous Dates | CCSF-NORBERT_019319 | CCSF-NORBERT_019353 |
| 1273-E | Brown | Highland Hospital | Miscellaneous Dates | CCSF-NORBERT_029092 | CCSF-NORBERT_029340 |
| 1273-F | Brown | Highland Hospital | Miscellaneous Dates | CCSF-NORBERT_029346 | CCSF-NORBERT_029346 |
| 1273-G | Brown | SFGH | Miscellaneous Dates | CCSF-NORBERT_029347 | CCSF-NORBERT_029347 |
| 1273-H | Brown | SFGH | Miscellaneous Dates | CCSF-NORBERT_029409 | CCSF-NORBERT_029409 |
| 1274-A | Carlos | JHS | 10/24/19-3/2/21 | CCSF-NORBERT_020174 | CCSF-NORBERT_020510 |
| 1274-B | Carlos | SFGH | Miscellaneous Dates | CCSF-NORBERT_020511 | CCSF-NORBERT_020631 |
| 1274-C | Carlos | JHS | 11/15/14-11/1/19 | CCSF-NORBERT_027778 | CCSF-NORBERT_028597 |
| 1274-D | Carlos | SFGH | Miscellaneous Dates | CCSF-NORBERT_029089 | CCSF-NORBERT_029089 |

| | | | | | |
|---|---|---|---|---|---|
| 1275-A | Harris | SFGH | Miscellaneous Dates | CCSF-NORBERT_020843 | CCSF-NORBERT_021233 |
| 1275-B | Harris | SFGH | Miscellaneous Dates | CCSF-NORBERT_021249 | CCSF-NORBERT_021249 |
| 1275-C | Harris | SFGH | Miscellaneous Dates | CCSF-NORBERT_021250 | CCSF-NORBERT_021266 |
| 1275-D | Harris | JHS | 10/28/19-2/26/21 | CCSF-NORBERT_028598 | CCSF-NORBERT_028751 |
| 1276-A | McAlister | JHS | 11/8/19-5/11/21 | CCSF-NORBERT_023639 | CCSF-NORBERT_023997 |
| 1276-B | McAlister | SFGH | Miscellaneous Dates | CCSF-NORBERT_023998 | CCSF-NORBERT_024213 |
| 1276-C | McAlister | SFGH | Miscellaneous Dates | CCSF-NORBERT_024234 | CCSF-NORBERT_024234 |
| 1276-D | McAlister | SFGH | Miscellaneous Dates | CCSF-NORBERT_024235 | CCSF-NORBERT_024240 |
| 1276-E | McAlister | SFGH | Miscellaneous Dates | CCSF-NORBERT_024241 | CCSF-NORBERT_024738 |
| 1276-F | McAlister | SFGH | Miscellaneous Dates | CCSF-NORBERT_029090 | CCSF-NORBERT_029090 |
| 1277-A | Norbert | JHS | 10/25/19-05/05/21 | CCSF-NORBERT_025638 | CCSF-NORBERT_025860 |
| 1277-B | Norbert | SFGH | Miscellaneous Dates | CCSF-NORBERT_025861 | CCSF-NORBERT_026110 |
| 1277-C | Norbert | SFGH | Miscellaneous Dates | CCSF-NORBERT_026137 | CCSF-NORBERT_026137 |
| 1277-D | Norbert | SFGH | Miscellaneous Dates | CCSF-NORBERT_026138 | CCSF-NORBERT_026156 |
| 1277-E | Norbert | SFGH | Miscellaneous Dates | CCSF-NORBERT_029091 | CCSF-NORBERT_029091 |
| 1278-A | Poot | JHS | 11/27/17-10/25/19 | CCSF-NORBERT 006637 | CCSF-NORBERT 006766 |
| 1278-B | Poot | JHS | 10/25/19-5/11/21 | CCSF-NORBERT_026157 | CCSF-NORBERT_026414 |
| 1278-C | Poot | SFGH | Miscellaneous Dates | CCSF-NORBERT_026415 | CCSF-NORBERT_026540 |
| 1278-D | Poot | SFGH | Miscellaneous Dates | CCSF-NORBERT_026566 | CCSF-NORBERT_026566 |
| 1278-E | Poot | SFGH | Miscellaneous Dates | CCSF-NORBERT_026567 | CCSF-NORBERT_026590 |
| 1278-F | Poot | JHS | 11/15/14-10/25/19 | CCSF-NORBERT_028752 | CCSF-NORBERT_029088 |

Dated: August 15, 2023

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
SABRINA M. BERDUX
KAITLYN MURPHY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Deputy City Attorneys

By: */s/ Kaitlyn Murphy*
      KAITLYN MURPHY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
SHERIFF PAUL MIYAMOTO, IN HIS OFFICIAL
CAPACITY