**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 19-cv-02724-SK
Case Name: Brackens, et al. v. City and County of San Francisco

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Sallie Kim | Yolanda Huang, Richard Brody, and Rachel Doughty | Sabrina Berdux and Kaitlyn Murphy |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| August 17, 2023 | Ana Dub/Jennifer Coulthard | Melinda K. Lock |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 AM | | | Court reconvenes.  All counsel are present.  Plaintiff Jose Poot is present.  Plaintiffs Montrail Brackens and Troy McAlister are not present based on their decision not to attend. Housekeeping matters discussed. The Court will admit the additional medical records provided by the Defendant that complete previously admitted Exhibit 9.  The Court reserves ruling on redaction/sealing of the medical records. |
| | | 8:22 AM | | | Cross-examination of **Lawrence Mayer** by Ms. Doughty. |
| | | 9:51 AM | | | Court breaks. |
| | | 10:06 AM | | | Court reconvenes. All counsel are present. Plaintiff Jose Poot is present. Re-direct examination of **Lawrence Mayer** by Ms. Murphy. |
| | | 10:21 AM | | | Re-cross examination of **Lawrence Mayer** by Ms. Doughty. |
| | | 10:28 AM | | | Defendant calls **Michael Rogers** who is sworn and testifies under direct by Ms. Berdux. |
| | | 11:53 AM | | | Court breaks. |
| | | 12:31 PM | | | Court reconvenes. All counsel are present. Plaintiff Jose Poot is present. Housekeeping matters discussed regarding medical record exhibits.  Plaintiffs will withdraw medical records in evidence not related to the three named Plaintiffs. Plaintiffs withdraw Exhibits 9B, 9C, 9D, and 9F.  Exhibits 9A, 9E, and 9G remain in evidence. Defendant withdraws the corresponding the additional medical records marked as exhibits 1273, 1274, 1275 and 1277. Exhibits 1272, 1276, and 1278 remain in evidence. |
| | | 12:34 PM | | | Direct examination of **Michael Rogers** by Ms. Berdux resumes. |

1

| | | | | | |
|---|---|---|---|---|---|
| | | 1:22 PM | | | Cross-examination of **Michael Rogers** by Mr. Brody. |
| | | 2:16 PM | | | Re-direct examination of **Michael Rogers** by Ms. Berdux. |
| | | 2:25 PM | | | Court breaks. |
| | | 2:43 PM | | | Court reconvenes. All counsel are present. Plaintiff Jose Poot is present.<br><br>Re-direct examination of Michael Rogers by Ms. Berdux. |
| | | 2:45 PM | | | Witness is excused.<br><br>Defendant rests. |
| | | 2:47 PM | | | Plaintiffs call **Joshua Beloy** who is sworn and testifies under direct examination by Ms. Huang. |
| | | 2:54 PM | | | Cross-examination of **Joshua Beloy** by Ms. Murphy. |
| | | 2:58 PM | | | Re-direct examination of **Joshua Beloy** by Ms. Huang. |
| | | 2:59 PM | | | Re-cross examination of **Joshua Beloy** by Ms. Murphy. |
| | | 3:01 PM | | | Court questions the witness. |
| | | 3:02 PM | | | Witness is excused. Trial is concluded.<br><br>Rule 50 motion by Defendant. The Court denies the motion.<br><br>Each side will submit their proposed Findings of Fact and Conclusions of Law and briefing on the issues discussed due by 9/7/2023.<br><br>Discussion held regarding admitted exhibits. The parties agree as follows:<br>Exhibit 29 pages 1-10 are admitted.<br>Exhibits 63 and 64 are admitted with a limiting instruction.<br>Exhibit 1153 is not admitted (this was mistakenly indicated on the draft list provided to counsel and is not represented as admitted on the minute order dated 8/15/2023.)<br>Exhibit 1073 is admitted (reflected on minute order dated 8/11/2023).<br>Exhibit 1180 is admitted (reflected on minute order dated 8/16/2023).<br>Exhibits 202-209 are admitted.<br>Exhibits 1272, 1276, and 1278 are admitted (ruling on redactions pending). |
| | | 3:11 PM | | | Court is adjourned. |