# Exhibit B

c:\users\sberdux\desktop\exhibit.docx

```
 1   spell your last name for the record.
 2              THE WITNESS:  My name is Joshua Beloy, B-e-l-o-y.
 3              THE COURT:  Okay.
 4                        DIRECT EXAMINATION
 5   BY MS. HUANG:
 6   Q.   Good afternoon, Mr. Beloy.
 7   A.   Good afternoon.
 8   Q.   And thank you for being here all day and being the last
 9   witness of the day.  I appreciate your patience.
10   A.   No worries.
11   Q.   This case is about the San Francisco San Bruno Jail.
12        Up until August of last year -- so all of my questions are
13   going to be up to August of last year.  Do you understand that?
14   A.   Yes.
15   Q.   And so I'm going to ask you to keep your answers up to
16   August of last year as well; is that okay?
17   A.   Yes.
18   Q.   All right.  As of August of last year, were you in general
19   population?
20   A.   Yes.
21   Q.   And during your incarceration in San Francisco County Jail
22   in San Bruno, up until August of last year, were you pretrial?
23   A.   Yes.
24   Q.   And during COVID, were there days when you did not get out
25   of cell at all?
```

|    |    |
|---:|----|
| 1  | **A.**   Yes. |
| 2  | **Q.**   What was the longest period of time during COVID that you |
| 3  | never got out of cell? |
| 4  | **A.**   Me, personally, 21 days.  It was about -- it was |
| 5  | three weeks, maybe a little longer. |
| 6  | **Q.**   And other than -- and was that the longest period of time? |
| 7  | **A.**   That was the longest period of time for me. |
| 8  | **Q.**   And other than this 21-day period, were there other |
| 9  | lengthy periods where you were locked down for more than a day |
| 10 | or two? |
| 11 |           **MS. MURPHY:**  Objection.  Leading. |
| 12 |           **THE COURT:**  Overruled. |
| 13 |           **THE WITNESS:**  Yes. |
| 14 | BY MS. HUANG: |
| 15 | **Q.**   Do you remember how long these other long periods of |
| 16 | lockdown were? |
| 17 | **A.**   So early -- or, you know, throughout the course of 2020, |
| 18 | it would be, like, you know, three days, sometimes five days, |
| 19 | sometimes a week.  And then there was a ten-day period in 2021. |
| 20 | That's when I decided to start filing grievances. |
| 21 |           **THE COURT:** Okay.  Ms. Huang, I gave permission on |
| 22 | rebuttal to talk about the COVID issue, not about the length of |
| 23 | confinement in cells, because that's something that you could |
| 24 | have brought up originally.  So can you move to the issue that |
| 25 | I said you could talk about in rebuttal, the exercise in the |

1    cells?
2            MS. HUANG:  Yeah.
3            THE COURT:  Okay.
4            MS. HUANG:  I was going to get there.
5    BY MS. HUANG:
6    Q.   So during the time that you were locked down, where did
7    you have access to exercise?
8    A.   We were told to exercise in our cells.
9    Q.   And during this period, were there times where you did
10   exercise in your cell?
11   A.   Yes.
12   Q.   And did you exercise in your cell throughout this period,
13   or did you stop at some point?
14   A.   Throughout most of the period, but I stopped.
15   Q.   And why did you stop?
16   A.   I stopped because I contracted COVID from my cellmate.
17   And working out in the cell with my cellmate, it got into my
18   lungs, and so I got really sick.
19   Q.   And did this lockdown during COVID, was it hard for you?
20   A.   Yes.
21   Q.   And did you ask for medical help?
22   A.   For COVID?
23   Q.   For how you felt being in lockdown.
24   A.   No.
25   Q.   Did you ask for any medication?

1  **A.**  I eventually started using Suboxone.

2  **Q.**  And did you ask the jail to prescribe you Suboxone?

3  **A.**  Yes.

4  **Q.**  And what is Suboxone?

5  **A.**  The way it was told to me, it was like a synthetic opiate.

6  **Q.**  And how did it make you feel?

7  **A.**  Well, it just --

8       **MS. MURPHY:**  Objection.  Relevance.

9       **THE COURT:**  This is beyond the scope of rebuttal.  I
10 mean, really, Ms. Huang, I said the rebuttal could be limited
11 to this one specific issue.

12 **BY MS. HUANG:**

13 **Q.**  During COVID, at any time did the jail ever reopen the
14 gym?

15 **A.**  I have to think about this because there was times they
16 opened it and then they closed it again, then they opened it
17 and then they would close it again.  So it was like -- it was
18 reopened and closed depending on the status of, you know, like,
19 how many people they were letting out, the lockdown.

20      So I can't give you a specific date when it was open, but
21 it would maybe be open for, like, two weeks and then they would
22 close it again.  And then, you know, it would be closed for
23 like another, like, five, six months; and then they'd open it
24 for a couple of weeks, then they'd close it again.

25 **Q.**  And when they opened the jail [sic] during the period of