**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| MONTRAIL BRACKENS, TROY MCALLISTER, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF PAUL MIYAMOTO,<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF POST TRIAL EVIDENCE BRIEF**<br><br>Dept:  Courtroom C, 15th Floor<br>        Federal District Court<br>        450 Golden Gate Ave.<br>        San Francisco, CA<br><br>Hon. Sallie Kim, presiding<br><br>Trial Date: May 7, 2023 |

I, Rachel Doughty do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I spoke to counsel for Defendants on September 6, 2023, by telephone. The parties are in agreement that only those portions of the filed medical records pertaining to the three named class representatives—Montrail Brackens, Troy McAlister, and Jose Poot, are intended to be admitted into evidence. Medical records of any other person should not be admitted to evidence.

3. I also proposed that with regard to the exhibits in this case containing medical records of the three named class representatives, only those records which were cited to by the parties in their proposed statements of fact and conclusions of law be admitted and the parties agree to withdraw other records. Defendants declined to agree to this suggestion.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 7th day of September, 2023, in Berkeley, California.

Dated: September 7, 2023                    GREENFIRE LAW, PC

                                            By:  */s/ Rachel Doughty*
                                                 **RACHEL DOUGHTY**