**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass, <br><br> Plaintiffs, <br><br> vs. <br><br> SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50. <br><br> Defendants. | Case No.: 3:19-cv-02724 SK <br><br><br><br><br> **DECLARATION OF PAUL DENNISON** IN SUPPORT OF MONTRAIL BRACKEN'S REQUEST THAT HIS MEDICAL RECORDS BE FILED UNDER SEAL |

- 1 -

**Declaration of Paul Dennison In Support of Filing Montrail Bracken's Medical Records Under Seal**
**Case No.: 3:19-cv-02724 SK**

I, PAUL DENNISON, hereby declare:

1.   I am a criminal defense attorney, licensed to practice in the State of California. I am the Court appointed counsel for Montrail Brackens in his pending criminal action in San Francisco Superior Court, People v. Brackens, Case No. 14019151.

2.   Montrail Brackens is a pretrial detainee. Under the Fourteenth Amendment to the United States Constitution and Article I Sections 7 and 28 of the California Constitution he is presumed innocent.

3.   I understand that the Court has requested briefing on whether Mr. Bracken's medical records should be sealed or merely redacted in this pending case.

4.   As Mr. Brackens' criminal defense attorney, I am asserting on his behalf his full rights under the U.S. Constitution, the California Constitution, statutory and case law and request that the entirety of Mr. Brackens' medical records be sealed. I do not believe that merely redacting personal information would suffice to protect my client's rights and prevent any possible prejudice from releasing this volume of information to the public.

5.   I note that the medical records were originally subpoenaed and subject to the existing protective order of this Court and marked "For Attorneys Eyes Only." My client has never waived his rights under the protective order. Given that these medical records were only produced subject to the protective order and high level of privacy of "For Attorneys Eyes Only", sealing these medical records is appropriate and necessary to protect Mr. Brackens rights as a pretrial detainee.

I make this declaration under penalty of perjury. Executed this 5th day of September 2023 in San Francisco, California.

_____
Paul M. Dennison
Attorney for Montrail Brackens

- 2 -

**Declaration of Paul Dennison In Support of Filing Montrail Bracken's Medical Records Under Seal**
**Case No.: 3:19-cv-02724 SK**