**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br><br><br><br>**DECLARATION OF SCOTT GRANT**<br>IN SUPPORT OF TROY MCALISTER'S REQUEST THAT MEDICAL RECORDS BE FILED UNDER SEAL |

I, Scott Grant, hereby declare:

1. I am a deputy public defender with the San Francisco Public Defender's Office, and am the appointed counsel for Troy McAlister in his pending criminal action in San Francisco Superior Court, People v. Troy McAlister, Case No. 20013856.

2. Troy McAlister is a pretrial detainee, and under the 14th Amendment of the United States Constitution, and Article I Section 7 and 28 of the California Constitution, and is presumed innocent.

3. I understand that the Court has requested briefing on whether Mr. McAlister's medical records should be sealed or merely redacted in this pending case.

4. I understand that the medical records encompass a period of time spanning eight (8) years, and is voluminous, in excess of 2,400 pages of records. Given the volume, length of time covered by these medical records, and extent and breadth of information, mere redaction is not sufficient to protect my client's constitutional rights.

5. I note that the medical records were originally subpoenaed and subject to the existing protective order of this Court, and marked "For Attorneys Eyes Only." My client has never waived his rights under the protective order.

6. As Mr. McAlister's criminal defense attorney, I am asserting on behalf of Mr. McAlister his full rights under the U.S. Constitution and the California Constitution and request to that the entirety of Mr. McAlister's medical records be sealed. In as much as these medical records were only produced subject to the protective order and high level of privacy of "For Attorneys Eyes Only", and Mr. McAlister has never waived any rights with regard to his privacy and other constitutional rights regarding these medical records, sealing these medical records is appropriate and necessary and the only means to truly protect Mr. McAlister's rights as a pretrial detainee.

7. Mr. McAlister's criminal case has been extensively covered in the media. I anticipate that all records that are not sealed will be reviewed by local and national media outlets and expect much of the information contained therein to be made publicly available.

8. Mr. McAlister's criminal case would be adversely impacted if the general public and potential jurors were made aware of Mr. McAlister's confidential medical information prior to jury selection and a jury trial in the criminal case.

9. Furthermore, even if the medical records are redacted, with 2,400 pages of medical records, it would be very easy to have some inappropriate information not redacted, whether through inattention or error. If the Court were to order redaction, I would request the opportunity to review the redaction for appropriateness and completion before my client's medical records are made public.

10. Given the multiple steps, including my request to review the redaction, it would be a better protective approach to simply maintain the continuity of the protective order, by order the medical records sealed.

I make this declaration under penalty of perjury. Executed this 7th day of September, 2023 in San Francisco, California.

By: _____
SCOTT GRANT
Deputy Public Defender
ATTORNEY FOR TROY MCALISTER