**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS, TROY MCALLISTER, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF PAUL MIYAMOTO,<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF YOLANDA HUANG IN SUPPORT OF POST TRIAL EVIDENCE BRIEF**<br><br>Dept:  Courtroom C, 15th Floor<br>          Federal District Court<br>          450 Golden Gate Ave.<br>          San Francisco, CA<br><br>Hon. Sallie Kim, presiding<br><br>Trial Date:   May 7, 2023 |

I, Yolanda Huang do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. Defendants did not conduct any additional fact discovery after July 6, 2023.

3. The expert designation of Mr. Lomba is filed as ECF 370-5 in this case. It was exchanged on September 15, 2022.

4. Plaintiffs' designation of Mr. Lomba stated:

> [Mr. Lomba] has direct and actual knowledge and information regarding:
>
> 1) the roles and tasks of the members of his Association, namely deputy sheriffs, at San Francisco County Jail located at San Bruno;
>
> 2) the direct supervision model and the staffing required for the direct supervision model, and the actual staffing levels vis-à-vis the direct supervision structure;
>
> 3) the actual staffing levels at San Francisco County Jail located at San Bruno;
>
> 4) the impact of the actual staffing levels at San Francisco County Jail located at San Bruno on the jail's ability to provide out of cell time, programming, rehabilitation, showers, phone access; the impact of the jail lockdowns and decrease in out of cell time, programming, rehabilitation, showers, phone access on inmate conduct and emotional temperament and the consequential impact on sheriff deputy job duties and job safety.
>
> 5). the history, and development of the SFSD's goals, values and objectives for its custody responsibilities; the status of SFSD's current goals, values and objectives in terms of its custody responsibilities as practiced; and how the current and actual staffing plans and levels run counter to and make it difficult if not impossible for sworn custody staff to meet SFSD's goals, values, objectives and mission.

(DKT 370-5)

5. Mr. Lomba was disclosed in mid-September after Defendants produced approximately 140,000 pages of documents in August. The facts of this production and the events surrounding it are discussed in greater depth in my prior declaration, ECF 370.

6. Defendants were allowed additional time to depose Mr. Lomba and did so on January 23, 2023 from 10 a.m. to 4 p.m., and February 3, 2023 from 9 a.m. to 11:40 a.m.

7. Attached hereto the true and correct copies of the two-volume transcript of Mr. Ken Lomba's deposition, taken by Defendants in this case. **Exhibit 1** is Volume 1 and **Exhibit 2** is Volume 2.

8. Responding to Defendants' subpoena, Mr. Lomba produced the staff reports which became exhibits 177 thru 207 in this case.

9. Mr. Lomba testified extensively at his deposition regarding the facts underlying his expert opinions and was questioned regarding the documents produced.

10. At Mr. Lomba testified at his deposition, on questioning from defense counsel Berdux, regarding recruiting and the efforts of the Deputy Sheriff's Association to assist the San Francisco Sheriff's Office with recruiting. Exhibit 1 at pp. 29-30. In addition to discussing recruiting, Mr. Lomba also offered opinions on the flaws and inadequacies of the San Francisco Sheriff's recruiting efforts which contributed to the understaffing. *Id.*

11. Mr. Lomba, on questioning from defense counsel Berdux, also testified at deposition regarding the Sheriff's Office's understaffing, drafting, senior deputies, the causes and the negative impacts on inmates and sworn staff. Exhibit 1 at pp. 39-45, 57-63, 74-80, 90-97, 108.

12. Mr. Lomba also offered opinions on the deficits of the Sheriff's Office recruiting efforts and hiring efforts and how these issues contribute to the staffing shortages. Exhibit 1 at 46-47. Mr. Lomba offered opinions on the lack of competitiveness in San Francisco's recruiting as compared to Alameda County Sheriff's Office's recruiting efforts. Exhibit 1 at 51, 52. Mr. Lomba testified that Alameda County hired 131 deputy sheriffs compared to the 20 hired by San Francisco. Exhibit 1 at 44, 50. And there were extensive discussions on how and why San Francisco was not as competitive in hiring as compared to other county sheriff's departments. Exhibit 1 at 53-55. In addition, Mr. Lomba testified how FTEs should be filled. Exhibit 2 at 171:23-174:6.

13. There was extensive questioning at Mr. Lomba's deposition regarding documents, particularly documents on staffing, including the staffing reports and the lockdown reports. Exhibit 1 at 121-127, 131-133, Exhibit. 2 at 152-156, Exhibit 2 at 165:23-24.

14. There was extensive questioning on Mr. Lomba's knowledge of facts including staffing, the impact of covid on staffing, and the physical jails, programming, jail population demographics and classification, and Level 4 lockdowns. Exhibit 1 at 36-38, Exhibit 1 at 38-40, 42, Exhibit 1 at 61-67.

15. Responding to Defendants' subpoena, Mr. Lomba produced the staff reports which became exhibits in this case on February 2, 2023, at his deposition.

16. Attached hereto as **Exhibit 3** is a true and correct copy of the consent decree in the litigation *Babu v. County of Alameda* 5:18-cv-07677 NC: *Babu* ECF 266-1, Exh. 1.

17. Attached as **Exhibit 4** is the California Court of Appeals Decision in *Estrada v Superior Court*, Case No. A166474 and *Kuhaiki v. Superior Court*, Case No. A166508.

18. Attached as **Exhibit 5** is the San Francisco Superior Court Order in *Peo v. Estrada*, Case No. 21008360, and attached as **Exhibit 6** is the San Francisco Superior Court Order in *Peo v. Kuhaiki*, Case No. 22004424.

19. I have spoken with Alexandra Carl, the criminal defense attorney representing Jose Poot and traded several emails. Ms. Carl indicated to me in our phone conversation that she is newly appointed to represent Jose Poot, and is requesting that Jose Poot's medical records be sealed. However, she has not returned a signed declaration.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 7th day of September, 2023, in Berkeley, California.

By: /s/ *Yolanda Huang*
Yolanda Huang
ATTORNEY FOR PLAINTIFFS

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on September 7, 2023 from Yolanda Huang for the filing of this declaration.

GREENFIRE LAW, PC

/s/ *Rachel Doughty*
Rachel Doughty
ATTORNEY FOR PLAINTIFFS