UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER DENYING REQUEST FOR CLARIFICATION**<br><br>Regarding Docket No. 475 |

On September 27, 2023 Plaintiffs submitted a request for "clarification" and a request to submit additional evidence after trial. (Dkt. No. 475.) Trial on this matter concluded on August 17, 2023. (Dkt. No. 457) Plaintiffs wish to submit a letter from Sheriff Paul Miyamoto, a witness at trial, to San Francisco Mayor London Breed. Plaintiffs argue that paragraph 9 of the letter is relevant to issues pertinent to the case, including jail staffing and jail population. Plaintiffs frame this request for bringing in post-trial evidence as a request for clarification. (Dkt. No. 475.) However, the Court sees no actual clarification request from Plaintiffs and instead views Plaintiffs' request as an attempt to bring in new evidence over a year after the close of discovery and more than a month after the end of trial. Further, the period of time mentioned in Miyamoto's letter primarily concerns staffing and population levels after the close of the time period considered by the Court at trial. (Dkt. No. 384.) As such, Plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED**.

Dated: October 3, 2023

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge