UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No.19-cv-02724-SK<br><br>**JUDGMENT** |

On October 16, 2023, the Court entered its Findings of Facts and Conclusions of Law following a bench trial held from August 8, 2023, through August 17, 2023. Pursuant to the Court's October 16, 2023 Order, the Court hereby ENTERS judgment in favor of Plaintiffs and against Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 16, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　United States Magistrate Judge