**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>　　　　　　　　Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**EXHIBIT 1**<br>**TO DECLARATION OF YOLANDA HUANG IN SUPPORT OF MOTION FOR ATTORNEYS FEES AND COSTS – YOLANDA HUANG CURRICULUM VITAE** |

# YOLANDA HUANG

PO Box 5475
Berkeley, CA 94705
Telephone: 510-329-2140; Facsimile 510-580-9410
E-mail: yhuang.law@gmail.com

**EXPERIENCE**

**LAW OFFICE OF YOLANDA HUANG      1982-Present**

Criminal defense and civil plaintiffs litigation based in the greater Bay Area, Sacramento metro, and San Joaquin County.  Cases have included class action litigation, complex civil litigation and defense of serious felony cases.  In the past twelve years, the practice has taken on c conditions issues in Bay Area jails, forming legal teams to take on factually and legally challenging issues.

**REPRESENTATIVE CASES.** 2010-2023

*Ghysels v. Interfraternity Council, et al.* No. 10494360, Alameda County Superior Court, a complex civil litigation spanning seven (7) years representing plaintiffs challenging all the fraternities in the City of Berkeley, and their housing corporations as public nuisances. Successfully resolved in 2017.

*Weills v. Alameda County Sheriff*, representing women arrestees, challenging sexual harassment during the intake process, and the jail's failure to provide for women's biological needs.

*Turano v. Alameda County Sheriff's Office*, representing a woman arrestee, challenging the jail's failure to provide for women's biological needs.

*Angell et al. v. City of Oakland*, et al. C13-0190-NC, Northern District of California, a class action representing 350 Occupy protesters challenging the City of Oakland's mass arrest policy and conditions of confinement in Santa Rita Jail.

*Zayas. et al. v. San Francisco County Sheriff's Department*, et al. 3:18 -cv-06155 JCS. a class action representing 2,500 prisoners housed in San Francisco County jail who were subjected to repeated sewage overflows over 18 months.

*Peo v. Hector V.* ; successfully defended the client through jury trial against a charge of first degree murder.

*L. F and K.F.* v. City of Stockton, represented two girls for the wrongful death of their father by Stockton Police.

**PUBLISHED OPINIONS**

*Duarte v. City Of Stockton*, 50 F. 4th 566 (9th Cir. 2023)

**EDUCATION**

BERKELEY SCHOOL OF LAW, BERKELEY, CALIFORNIA
*J.D., 1982*

UNIVERSITY OF CALIFORNIA, BERKELEY
*Bachelor Of Arts Degrees in History And Journalism, 1976*

**COMMUNITY ACTIVITIES**

BERKELEY TRAFFIC CIRCLE TASK FORCE  2020-2021
EAST BAY GUIDE TO GARDEN RESOURCES, PUB. BY THE UC BOTANICAL GARDENS, 2003
SCHOOL CHANGE THROUGH SCHOOL GARDENS, UNIVERSITY-COMMUNITY PARTNERSHIP CITY OF BERKELEY WITH UC BERKELEY, 2002
OFFICER, BERKELEY PTA COUNCIL, 2001-2002
FOUNDER, BERKELEY SCHOOL GARDENS AND WILLARD GREENING PROJECT 1992-2000
FRUIT AND VEGETABLE INTAKE OF MIDDLE SCHOOL STUDENTS IN BERKELEY, CALIFORNIA, a Survey at Willard Middle School Students, a project of the UC BERKELEY SCHOOL OF PUBLIC HEALTH, 2000
COMMISSIONER, BERKELEY COMMISSION OF PARKS AND RECREATION 1990-2000