**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**EXHIBIT 4**<br>**TO DECLARATION OF YOLANDA HUANG IN SUPPORT OF MOTION FOR ATTORNEYS FEES AND COSTS – DEPOSITION INVOICES FROM VERITEXT** |

# Behmke Reporting and Video Services, Inc.     Invoice

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600      Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Thursday, December 1, 2022 | 45794ACC |

Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, CA 94610

Phone:    (510) 329-2140    Fax:

| | |
|---|---|
| **Witness:** | Lucas Fogarty, PA-C |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 11/4/2022 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 1:58 PM |
| **Reporter:** | Dawn Stark |
| **Claim #:** | |
| **File #:** | 404223 |

*31406SCC1*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 135 | $438.75 |
| Reporter's Certificate | 1 | $7.00 |
| Digitized Exhibits | 19 | $9.50 |
| Digitized Exhibits - Color | 7 | $21.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| | **Sub Total** | $618.75 |
| | **Payments** | $0.00 |
| | **Balance Due** | $618.75 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

*Terms: Payable upon receipt. Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

**Behmke Reporting and Video Services, Inc.**  **Invoice**

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600     Fax: (415) 597-5606

| Invoice Date | Invoice # |
| --- | --- |
| Thursday, December 1, 2022 | 45796ACC |

Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, CA 94610

Phone:     (510) 329-2140     Fax:

| | |
| --- | --- |
| **Witness:** | Jess Ghannam, Ph.D. |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 11/7/2022 |
| **Start Time:** | 8:00 AM |
| **End Time:** | 11:44 AM |
| **Reporter:** | Dawn Stark |
| **Claim #:** | |
| **File #:** | 40227cc1 |

*31403SCC1*

| Description | Quan | Total |
| --- | --- | --- |
| Certified Transcript | 177 | $575.25 |
| Reporter's Certificate | 1 | $7.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Digitized Exhibits | 42 | $21.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| | **Sub Total** | $745.75 |
| | **Payments** | $0.00 |
| | **Balance Due** | $745.75 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

# Behmke Reporting & Video Services

455 Market Street
Suite 970
San Francisco, CA 94105

| | **Date** | **Invoice#** | **Paid** |
|---|---|---|---|
| | 8/6/2021 | 68358AC | 8/9/2021 |

**Billed to:**
Yolanda Huang
Law Offices of Yolanda Huang
2748 Adeline Street
Suite A
Berkeley, CA 94703

| | |
|---|---|
| Date | 7/8/2021 |
| Time | 10:00 |
| Witness | Michael Brown |
| Case | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| Venue | United States District Court Northern District |
| Case # | 19-CV-02724-SK (LB) |
| File No. | 38271cc1 |
| Claim No. | |

| Description | Quan | Total |
|---|---|---|
| Reporter's Certificate | 1 | $7.00 |
| Processing Fee - Credit Card | 1 | $26.51 |
| DVD Disk | 1 | $65.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| Digitized Exhibits | 9 | $4.50 |
| MPEG with transcript synchronization | 3.5 | $437.50 |
| Certified Transcript | 137 | $404.15 |

| | |
|---|---|
| Invoice Total | $1,087.16 |
| Payments | $1,087.16 |
| Balance Due | $0.00 |

## Behmke Reporting and Video Services, Inc.        Invoice

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600      Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 16, 2022 | 70999AC |

Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, CA 94610

Phone: (510) 329-2140     Fax:

| | |
|---|---|
| **Witness:** | Robert M. Bernstein, M.D., FACE |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 10/31/2022 |
| **Start Time:** | 8:00 AM |
| **End Time:** | 12:33 AM |
| **Reporter:** | Harry Alan Palter |
| **Claim #:** | |
| **File #:** | 40193cc1 |

*31405SCC1*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 173 | $562.25 |
| Reporter's Certificate | 1 | $7.00 |
| Digitized Exhibits | 2006 | $1,003.00 |
| Digitized Exhibits - Color | 3 | $9.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| | **Sub Total** | $1,723.75 |
| | **Payments** | $0.00 |
| | **Balance Due** | $1,723.75 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

**Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.**

# Behmke Reporting and Video Services, Inc.     Invoice

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600       Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 16, 2022 | 71009AC |

Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, CA 94610

Phone:    (510) 329-2140     Fax:

| | |
|---|---|
| **Witness:** | Jamie M. Zeitzer, Ph.D. |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 10/28/2022 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 3:56 PM |
| **Reporter:** | Sarah MacDevitt |
| **Claim #:** | |
| **File #:** | 40188cc1 |

*31401SCC1*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 100 | $325.00 |
| Reporter's Certificate | 1 | $7.00 |
| Digitized Exhibits | 92 | $46.00 |
| Digitized Exhibits - Color | 16 | $48.00 |
| CD Disk - Exhibits | 4 | $140.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| **Sub Total** | | $708.50 |
| **Payments** | | $0.00 |
| **Balance Due** | | $708.50 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

***Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.***

# Behmke Reporting and Video Services, Inc.      Invoice

**\*\*\* ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! \*\*\***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600     Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Wednesday, September 14, 2022 | 70570AC |

Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, CA 94610

Phone:  (510) 329-2140     Fax:

| | |
|---|---|
| **Witness:** | Montrail Brackens |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 8/22/2022 |
| **Start Time:** | 12:00 PM |
| **End Time:** | 3:04 PM |
| **Reporter:** | Carol Sugiyama, BRVS |
| **Claim #:** | |
| **File #:** | 39891cc1 |

*31301SCC*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 94 | $305.50 |
| Reporter's Certificate | 1 | $7.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| **Sub Total** | | $455.00 |
| **Payments** | | $0.00 |
| **Balance Due** | | $455.00 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

***Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.***

# Behmke Reporting and Video Services, Inc.     Invoice

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Tuesday, September 13, 2022 | 70551AC |

Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, CA 94610

Phone:   (510) 329-2140     Fax:

| | |
|---|---|
| **Witness:** | Montrail Brackens |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 8/18/2022 |
| **Start Time:** | 12:00 PM |
| **End Time:** | 2:56 PM |
| **Reporter:** | Dawn Stark |
| **Claim #:** | |
| **File #:** | 39876cc1 |

*29687SCC*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 111 | $360.75 |
| Reporter's Certificate | 1 | $7.00 |
| Digitized Exhibits - Color | 1 | $3.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| **Sub Total** | | $513.25 |
| **Payments** | | $0.00 |
| **Balance Due** | | $513.25 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

***Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.***

# Behmke Reporting and Video Services, Inc.          **Invoice**

**\*\*\* ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! \*\*\***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600        Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Tuesday, September 6, 2022 | 70487AC |

Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, CA 94610

Phone:     (510) 329-2140       Fax:

| | |
|---|---|
| **Witness:** | Troy McAllister |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 8/15/2022 |
| **Start Time:** | 12:00 PM |
| **End Time:** | 2:42 PM |
| **Reporter:** | es Legal Videographer |
| **Claim #:** | |
| **File #:** | 39851cc1 |

*21827FC*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 107 | $347.75 |
| Reporter's Certificate | 1 | $7.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| **Sub Total** | | $497.25 |
| **Payments** | | $0.00 |
| **Balance Due** | | $497.25 |

***Videotaped deposition - no video copy ordered***

Fed. I.D. # 45-2048307

***Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.***

# Behmke Reporting and Video Services, Inc. — Invoice

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street  
Suite 970  
San Francisco, CA  94105  
Phone: (415) 597-5600       Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Friday, November 18, 2022 | 71033AC |

Yolanda Huang  
Law Office of Yolanda Huang  
528 Grand Avenue  
Oakland, CA 94610

Phone:   (510) 329-2140       Fax:

| | |
|---|---|
| Witness: | Charles A. Czeisler, M.D., Ph.D. |
| Case: | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| Venue: | United States District Court Northern District |
| Case #: | 19-CV-02724-SK(LB) |
| Date: | 11/2/2022 |
| Start Time: | 8:00 AM |
| End Time: | 2:15 PM |
| Reporter: | Angela Sinclair, Inc. |
| Claim #: | |
| File #: | 40206 |

*31404SCC1*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 165 | $536.25 |
| Reporter's Certificate | 1 | $7.00 |
| Digitized Exhibits | 406 | $203.00 |
| Digitized Exhibits - Color | 33 | $99.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| **Sub Total** | | $987.75 |
| **Payments** | | $0.00 |
| **Balance Due** | | $987.75 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

**Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.**

# Behmke Reporting and Video Services, Inc.            **Invoice**

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Monday, January 30, 2023 | 71473AC |

Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, CA 94610

Phone:    (510) 329-2140      Fax:

| | |
|---|---|
| **Witness:** | Loni Hancock |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 1/13/2023 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 4:30 PM |
| **Reporter:** | Laura Espinosa |
| **Claim #:** | |
| **File #:** | 40468cc1 |

*32986SC*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 77 | $250.25 |
| Reporter's Certificate | 1 | $7.00 |
| Digitized Exhibits | 277 | $138.50 |
| Digitized Exhibits - Color | 84 | $252.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| **Sub Total** | | $790.25 |
| **Payments** | | $0.00 |
| **Balance Due** | | $790.25 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

## Behmke Reporting and Video Services, Inc. — Invoice

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600        Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Tuesday, February 14, 2023 | 71561AC |

Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, CA 94610

Phone:    (510) 329-2140       Fax:

| | |
|---|---|
| **Witness:** | Jess Ghannam, Ph.D. |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 1/20/2023 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 11:15 AM |
| **Reporter:** | Angela Sinclair, Inc. |
| **Claim #:** | |
| **File #:** | 40491cc1 |

*32987SC*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 84 | $273.00 |
| Reporter's Certificate | 1 | $7.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| **Sub Total** | | $422.50 |
| **Payments** | | $0.00 |
| **Balance Due** | | $422.50 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

***Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.***

# Behmke Reporting and Video Services, Inc.

**Invoice**

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Wednesday, March 1, 2023 | 71696AC |

Yolanda Huang
Law Office of Yolanda Huang
528 Grand Avenue
Oakland, CA 94610

Phone:      (510) 329-2140        Fax:

| | |
|---|---|
| **Witness:** | Ken Lomba |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 2/3/2023 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 11:41 AM |
| **Reporter:** | Laura Espinosa |
| **Claim #:** | |
| **File #:** | 40553cc1 |

*31783SCC*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 86 | $279.50 |
| Reporter's Certificate | 1 | $7.00 |
| Digitized Exhibits | 2 | $1.00 |
| Digitized Exhibits - Color | 8 | $24.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| | **Sub Total** | $454.00 |
| | **Payments** | $0.00 |
| | **Balance Due** | $454.00 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

***Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.***

## Behmke Reporting and Video Services, Inc.  **Invoice**

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Monday, May 8, 2023 | 72125AC |

Yolanda Huang
Law Offices of Yolanda Huang
2748 Adeline Street
Suite A
Berkeley, CA 94703

Phone:     (510) 329-2140          Fax:

| | |
|---|---|
| **Witness:** | Ross Mirkarimi |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK (LB) |
| **Date:** | 11/1/2022 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 5:03 PM |
| **Reporter:** | Angela Sinclair, Inc. |
| **Claim #:** | |
| **File #:** | 40199cc1 |

*31402SCC1*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 132 | $429.00 |
| Reporter's Certificate | 1 | $7.00 |
| Digitized Exhibits | 105 | $52.50 |
| Digitized Exhibits - Color | 112 | $336.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| **Sub Total** | | $892.00 |
| **Payments** | | $0.00 |
| **Balance Due** | | $892.00 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

# Behmke Reporting and Video Services, Inc. — Invoice

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600     Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Wednesday, February 15, 2023 | 71571AC |

Yolanda Huang
Law Offices of Yolanda Huang
2748 Adeline Street
Suite A
Berkeley, CA 94703

Phone:   (510) 329-2140     Fax:

| | |
|---|---|
| **Witness:** | Ken Lomba |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK (LB) |
| **Date:** | 1/23/2023 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 3:54 PM |
| **Reporter:** | Laura Espinosa |
| **Claim #:** | |
| **File #:** | 40498cc1 |

*32988SC*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 142 | $461.50 |
| Reporter's Certificate | 1 | $7.00 |
| Rough Draft | 142 | $248.50 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| Finance/Late Fee | 1 | $36.02 |
| | **Sub Total** | $895.52 |
| | **Payments** | $0.00 |
| | **Balance Due** | $895.52 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

**Terms: Payable upon receipt. Accounts unpaid after 30 days subject to a 1.5% late fee per month.**

**Behmke Reporting and Video Services, Inc.**        **Statement**

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600     Fax: (415) 597-5606

| Date |
|---|
| 6/27/2023 |

Yolanda Huang
Law Offices of Yolanda Huang
2748 Adeline Street
Suite A
Berkeley, CA 94703

**Phone** (510) 329-2140
**Fax**

| Invoice # | Billed | Job Date | Witness / Presiding Official | Claim No. | File No. | Balance |
|---|---|---|---|---|---|---|
| **Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al.** | | | | | | |
| 71571AC | 2/15/2023 | 1/23/2023 | Ken Lomba | | 40498cc1 | $915.44 |
| 72125AC | 5/8/2023 | 11/1/2022 | Ross Mirkarimi | | 40199cc1 | $913.99 |
| | | | | | **Case Total** | **$1,829.43** |
| | | | | | **Grand Total** | **$1,829.43** |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 + Days |
|---|---|---|---|
| | $913.99 | | $915.44 |

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

## Behmke Reporting and Video Services, Inc.     Invoice

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Friday, February 24, 2023 | 71647AC |

Yolanda Huang
Law Offices of Yolanda Huang
2748 Adeline Street
Suite A
Berkeley, CA 94703

Phone:     (510) 329-2140        Fax:

| | |
|---|---|
| **Witness:** | Ross Mirkarimi |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 1/31/2023 |
| **Start Time:** | 12:00 PM |
| **End Time:** | 4:06 PM |
| **Reporter:** | Suzanne Andrade |
| **Claim #:** | |
| **File #:** | 40533cc1 |

*31446SCC1*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 148 | $481.00 |
| Reporter's Certificate | 1 | $7.00 |
| Digitized Exhibits | 95 | $47.50 |
| Digitized Exhibits - Color | 44 | $132.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| Finance/Late Fee | 1 | $13.18 |
| **Sub Total** | | $823.18 |
| **Payments** | | $0.00 |
| **Balance Due** | | $823.18 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

**Behmke Reporting and Video Services, Inc.**  **Invoice**

*** ALWAYS THE SAME PERSONALIZED PROFESSIONAL SERVICE! ***

455 Market Street
Suite 970
San Francisco, CA  94105
Phone: (415) 597-5600      Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Wednesday, February 15, 2023 | 71571AC |

Yolanda Huang
Law Offices of Yolanda Huang
2748 Adeline Street
Suite A
Berkeley, CA 94703

Phone:    (510) 329-2140      Fax:

| | |
|---|---|
| **Witness:** | Ken Lomba |
| **Case:** | Kenyon Norbert, et al. vs. San Francisco County Sheriff's Department, et al. |
| **Venue:** | United States District Court Northern District |
| **Case #:** | 19-CV-02724-SK(LB) |
| **Date:** | 1/23/2023 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 3:54 PM |
| **Reporter:** | Laura Espinosa |
| **Claim #:** | |
| **File #:** | 40498cc1 |

*32988SC*

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 142 | $461.50 |
| Reporter's Certificate | 1 | $7.00 |
| Rough Draft | 142 | $248.50 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Production, Processing, and Delivery | 1 | $67.50 |
| Finance/Late Fee | 1 | $17.80 |

|  |  |
|---|---|
| **Sub Total** | $877.30 |
| **Payments** | $0.00 |
| **Balance Due** | $877.30 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*