**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**EXHIBIT 5**<br>**TO DECLARATION OF YOLANDA HUANG IN SUPPORT OF MOTION FOR ATTORNEYS FEES AND COSTS – DEPOSITION INVOICES - VERITEXT** |

**Veritext, LLC**
**California Region**



**Bill To:** Yolanda Huang Law Offices
528 Grand Ave.
Oakland CA 94610

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Carmen Goldstein at 1-800-955-2421 or finance@veritext.com

| Statement Date: 12/3/2022 | | | | | | | | Total Balance Due: $9,764.00 |
|---|---|---|---|---|---|---|---|---|
| **Invoice #** | **Invoice Date** | **Job #** | **Job Date** | **Caption** | **Contact** | **Type** | **Aged** | **Balance Due** |
| 6156455 | 11/4/2022 | 5542065 | 10/20/2022 | Kenyon, Norbert, Et Al. v San Francisco County Sheriff's Department, Et Al. | Yolanda Huang | O | 29 | $2,542.00 |
| 6162638 | 11/8/2022 | 5542066 | 10/21/2022 | Kenyon, Norbert, Et Al. v San Francisco County Sheriff's Department, Et Al. | Yolanda Huang | O | 25 | $1,972.50 |
| 6185083 | 11/17/2022 | 5542073 | 11/3/2022 | Kenyon, Norbert, Et Al. v San Francisco County Sheriff's Department, Et Al. | Yolanda Huang | O | 16 | $1,843.00 |
| 6185084 | 11/17/2022 | 5542073 | 11/3/2022 | Kenyon, Norbert, Et Al. v San Francisco County Sheriff's Department, Et Al. | Yolanda Huang | O | 16 | $1,680.50 |
| 6198077 | 11/26/2022 | 5542076 | 11/9/2022 | Kenyon, Norbert, Et Al. v San Francisco County Sheriff's Department, Et Al. | Yolanda Huang | O | 7 | $1,726.00 |
| | | | | | | | **Total:** | $9,764.00 |

| **Current** | **31-60 Days** | **61-90 Days** | **> 90 Days** | **Total** |
|---|---|---|---|---|
| $9,764.00 | $0.00 | $0.00 | $0.00 | $9,764.00 |

Please Remit Payment To:     Veritext     Page 1 of 1
P.O. Box 71303
Chicago IL 60694-1303

Fed. Tax ID: 20-3132569     Visa, Mastercard & American Express Accepted

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580 Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 |
|---|---|

| Invoice #: | 6156455 |
|---|---|
| Invoice Date: | 11/4/2022 |
| Balance Due: | $2,542.00 |

**Case: Kenyon, Norbert, Et Al. v. San Francisco County Sheriff's Department, Et Al. (3:19cv02724SK)**

**Proceeding Type: Depositions**

Job #: 5542065   |   Job Date: 10/20/2022   |   Delivery: Normal

Location:          Los Angeles, CA
Billing Atty:      Yolanda Huang
Scheduling Atty:   Yolanda Huang | Yolanda Huang Law Offices

| Witness: Michael Rogers , MD | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Initial Services | 2.50 | $185.00 | $462.50 |
| Video - Additional Hours | 6.00 | $185.00 | $1,110.00 |
| Video - Extended Hours | 1.00 | $277.50 | $277.50 |
| Video - Media and Cloud Services | 6.00 | $12.00 | $72.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Digitizing & Transcript Synchronization | 6.00 | $95.00 | $570.00 |

Notes:

| Invoice Total: | $2,542.00 |
|---|---:|
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,542.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
Swift: HATRUS44
Pay by Credit Card: www.veritext.com

| Invoice #: | 6156455 |
|---|---|
| Invoice Date: | 11/4/2022 |
| Balance Due: | $2,542.00 |

151411

B420221203

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580 Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 | **Invoice #:** | **6162638** |
|---|---|---|---|
| | | **Invoice Date:** | **11/8/2022** |
| | | **Balance Due:** | **$1,972.50** |

**Case: Kenyon, Norbert, Et Al. v. San Francisco County Sheriff's Department, Et Al. (3:19cv02724SK)**   **Proceeding Type: Depositions**

Job #: 5542066   |   Job Date: 10/21/2022   |   Delivery: Normal

Location:           Los Angeles, CA
Billing Atty:       Yolanda Huang
Scheduling Atty:    Yolanda Huang | Yolanda Huang Law Offices

| Witness: David M Mathis | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Initial Services | 2.50 | $185.00 | $462.50 |
| Video - Additional Hours | 5.00 | $185.00 | $925.00 |
| Video - Media and Cloud Services | 5.00 | $12.00 | $60.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Digitizing & Transcript Synchronization | 5.00 | $95.00 | $475.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$1,972.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,972.50** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454  ABA: 071000288<br>Swift: HATRUS44<br>Pay by Credit Card: www.veritext.com | **Invoice #:** **6162638**<br>**Invoice Date:** **11/8/2022**<br>**Balance Due:** **$1,972.50** |
|---|---|---|

151411

B420221203

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580  Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 | **Invoice #:** | **6185083** |
|---|---|---|---|
| | | **Invoice Date:** | **11/17/2022** |
| | | **Balance Due:** | **$1,843.00** |

**Case: Kenyon, Norbert, Et Al. v. San Francisco County Sheriff's Department, Et Al. (3:19cv02724SK)**

**Proceeding Type: Depositions**

Job #: 5542073   |   Job Date: 11/3/2022   |   Delivery: Normal

Location:        Los Angeles, CA
Billing Atty:    Yolanda Huang
Scheduling Atty: Yolanda Huang | Yolanda Huang Law Offices

| **Witness: Julian Martinez** | **Quantity** | **Price** | **Amount** |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 203.00 | $5.50 | $1,116.50 |
| Attendance | 5.00 | $40.00 | $200.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 203.00 | $0.50 | $101.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $40.00 | $40.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$1,843.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,843.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454   ABA: 071000288
Swift: HATRUS44
Pay by Credit Card: www.veritext.com

| **Invoice #:** | **6185083** |
| **Invoice Date:** | **11/17/2022** |
| **Balance Due:** | **$1,843.00** |

151411

B420221203

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580 Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 | Invoice #: | **6185084** |
|---|---|---|---|
| | | Invoice Date: | **11/17/2022** |
| | | Balance Due: | **$1,680.50** |

**Case: Kenyon, Norbert, Et Al. v. San Francisco County Sheriff's Department, Et Al. (3:19cv02724SK)**     **Proceeding Type: Depositions**

Job #: 5542073    |    Job Date: 11/3/2022    |    Delivery: Normal

Location:           Los Angeles, CA
Billing Atty:       Yolanda Huang
Scheduling Atty:    Yolanda Huang | Yolanda Huang Law Offices

| Witness: Julian Martinez | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Initial Services | 2.50 | $185.00 | $462.50 |
| Video - Additional Hours | 4.00 | $185.00 | $740.00 |
| Video - Media and Cloud Services | 4.00 | $12.00 | $48.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Digitizing & Transcript Synchronization | 4.00 | $95.00 | $380.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,680.50 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,680.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454  ABA: 071000288
Swift: HATRUS44
Pay by Credit Card: www.veritext.com

Invoice #:       **6185084**
Invoice Date:    **11/17/2022**
Balance Due:     **$1,680.50**

151411

B420221203

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580 Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 | Invoice #: | **6198077** |
|---|---|---|---|
| | | Invoice Date: | **11/26/2022** |
| | | Balance Due: | **$1,726.00** |

**Case: Kenyon, Norbert, Et Al. v. San Francisco County Sheriff's Department, Et Al. (3:19cv02724SK)**   **Proceeding Type: Depositions**

Job #: 5542076   |   Job Date: 11/9/2022   |   Delivery: Normal

Location:         Los Angeles, CA
Billing Atty:     Yolanda Huang
Scheduling Atty:  Yolanda Huang | Yolanda Huang Law Offices

| Witness: Lawrence S. Mayer , M.D., Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 156.00 | $6.00 | $936.00 |
| Attendance | 4.00 | $40.00 | $160.00 |
| Surcharge - Extended Hours | 1.00 | $95.00 | $95.00 |
| Exhibits | 100.00 | $0.65 | $65.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $40.00 | $40.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,726.00** |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| **Balance Due:** | **$1,726.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>Swift: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | **6198077** |
|---|---|---|---|
| | | Invoice Date: | **11/26/2022** |
| | | Balance Due: | **$1,726.00** |

151411

B420221203

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580 Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 | Invoice #: | **6185083** |
|---|---|---|---|
| | | Invoice Date: | **11/17/2022** |
| | | Balance Due: | **$1,843.00** |

**Case: Kenyon, Norbert, Et Al. v. San Francisco County Sheriff's Department, Et Al. (3:19cv02724SK)**  **Proceeding Type: Depositions**

Job #: 5542073   |   Job Date: 11/3/2022   |   Delivery: Normal

Location:         Los Angeles, CA
Billing Atty:      Yolanda Huang
Scheduling Atty:  Yolanda Huang | Yolanda Huang Law Offices

| Witness: Julian Martinez | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 203.00 | $5.50 | $1,116.50 |
| Attendance | 5.00 | $40.00 | $200.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 203.00 | $0.50 | $101.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $40.00 | $40.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,843.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,843.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6185083
**Invoice Date:** 11/17/2022
**Balance Due:** $1,843.00

Pay by Credit Card: www.veritext.com

151411

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580 Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 | Invoice #: | **6156455** |
|---|---|---|---|
| | | Invoice Date: | **11/4/2022** |
| | | Balance Due: | **$2,542.00** |

**Case: Kenyon, Norbert, Et Al. v. San Francisco County Sheriff's Department, Et Al. (3:19cv02724SK)**    **Proceeding Type: Depositions**

Job #: 5542065   |   Job Date: 10/20/2022   |   Delivery: Normal

Location:        Los Angeles, CA
Billing Atty:    Yolanda Huang
Scheduling Atty: Yolanda Huang | Yolanda Huang Law Offices

| Witness: Michael Rogers , MD | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 2.50 | $185.00 | $462.50 |
| Video - Additional Hours | 6.00 | $185.00 | $1,110.00 |
| Video - Extended Hours | 1.00 | $277.50 | $277.50 |
| Video - Media and Cloud Services | 6.00 | $12.00 | $72.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Digitizing & Transcript Synchronization | 6.00 | $95.00 | $570.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,542.00** |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | **Balance Due:** | **$2,542.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6156455
**Invoice Date:** 11/4/2022
**Balance Due:** $2,542.00

Pay by Credit Card: www.veritext.com

151411

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580 Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 | Invoice #: | **6198077** |
|---|---|---|---|
| | | Invoice Date: | **11/26/2022** |
| | | Balance Due: | **$1,726.00** |

**Case: Kenyon, Norbert, Et Al. v. San Francisco County Sheriff's Department, Et Al. (3:19cv02724SK)**      **Proceeding Type: Depositions**

Job #: 5542076  |  Job Date: 11/9/2022  |  Delivery: Normal

Location:            Los Angeles, CA
Billing Atty:         Yolanda Huang
Scheduling Atty:  Yolanda Huang | Yolanda Huang Law Offices

| Witness: Lawrence S. Mayer , M.D., Ph.D. | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 156.00 | $6.00 | $936.00 |
| Attendance | 4.00 | $40.00 | $160.00 |
| Surcharge - Extended Hours | 1.00 | $95.00 | $95.00 |
| Exhibits | 100.00 | $0.65 | $65.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $40.00 | $40.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,726.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,726.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6198077
**Invoice Date:** 11/26/2022
**Balance Due:** $1,726.00

Pay by Credit Card: www.veritext.com

151411

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580  Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 | Invoice #: | 5941217 |
|---|---|---|---|
| | | Invoice Date: | 7/29/2022 |
| | | Balance Due: | $1,844.70 |

| Case: Norbert v. City And County Of SF (19cv02724SK) | Proceeding Type: Depositions |
|---|---|

Job #: 5284030   |   Job Date: 7/14/2022   |   Delivery: Normal

Location:            Los Angeles, CA
Billing Atty:        Yolanda Huang
Scheduling Atty:     Yolanda Huang | Yolanda Huang Law Offices

| Witness: Chief Kevin McConnell | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 216.00 | $5.50 | $1,188.00 |
| Attendance | 5.50 | $40.00 | $220.00 |
| Exhibits | 18.00 | $0.65 | $11.70 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $40.00 | $40.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,844.70 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,844.70 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454  ABA: 071000288<br>Swift: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5941217 |
|---|---|---|---|
| | | Invoice Date: | 7/29/2022 |
| | | Balance Due: | $1,844.70 |

151411

B420220730

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580 Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Yolanda Huang
Yolanda Huang Law Offices
528 Grand Ave.
Oakland, CA, 94610

| | |
|---|---:|
| **Invoice #:** | **5927629** |
| **Invoice Date:** | **7/25/2022** |
| **Balance Due:** | **$1,915.60** |

**Case: Norbert v. City And County Of SF (19cv02724SK)**   **Proceeding Type: Depositions**

Job #: 5284029   |   Job Date: 7/11/2022   |   Delivery: Normal

Location:        Oakland, CA
Billing Atty:    Yolanda Huang
Scheduling Atty: Yolanda Huang | Yolanda Huang Law Offices

| Witness: Paul Miyamoto | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 166.00 | $5.50 | $913.00 |
| Attendance | 4.50 | $40.00 | $180.00 |
| Exhibits | 4.00 | $0.65 | $2.60 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $40.00 | $40.00 |
| Equipment Rental | 1.00 | $200.00 | $200.00 |
| Conference Suite & Amenities | 1.00 | $150.00 | $150.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$1,915.60** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,915.60** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
Swift: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---:|
| **Invoice #:** | **5927629** |
| **Invoice Date:** | **7/25/2022** |
| **Balance Due:** | **$1,915.60** |

151411

B420220726

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580 Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 | | |
|---|---|---|---|

| **Invoice #:** | **5948191** |
|---|---|
| **Invoice Date:** | **8/2/2022** |
| **Balance Due:** | **$982.50** |

**Case: Norbert v. City And County Of SF (19cv02724SK)**  **Proceeding Type: Depositions**

Job #: 5319419   |   Job Date: 7/19/2022   |   Delivery: Normal

Location:        Los Angeles, CA
Billing Atty:    Yolanda Huang
Scheduling Atty: Yolanda Huang | Yolanda Huang Law Offices

| Witness: Captain John Ramirez , PMK | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 2.50 | $185.00 | $462.50 |
| Video - Additional Hours | 2.00 | $185.00 | $370.00 |
| Video - MPEG/Digitizing | 2.00 | $50.00 | $100.00 |
| Video - Media and Cloud Services | 2.00 | $0.00 | $0.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$982.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$982.50** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454  ABA: 071000288<br>Swift: HATRUS44<br>Pay by Credit Card: www.veritext.com | **Invoice #:** **5948191**<br>**Invoice Date:** **8/2/2022**<br>**Balance Due:** **$982.50** |
|---|---|---|

151411

B420220803

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580 Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>475 14th Street<br>Suite 500<br>Oakland, CA, 94612 | | **Invoice #:** | **6156427** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **11/4/2022** |
| | | | **Balance Due:** | **$0.00** |

**Case: Kenyon, Norbert, Et Al. v. San Francisco County Sheriff's Department, Et Al. (3:19cv02724SK)**     **Proceeding Type: Depositions**

Job #: 5542065    |    Job Date: 10/20/2022    |    Delivery: Normal

Location:          Los Angeles, CA
Billing Atty:      Yolanda Huang
Scheduling Atty:   Yolanda Huang | Yolanda Huang Law Offices

| Witness: Michael Rogers , MD | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 300.00 | $6.00 | $1,800.00 |
| Attendance | 7.00 | $40.00 | $280.00 |
| Surcharge - Extended Hours | 1.00 | $95.00 | $95.00 |
| Exhibits | 121.00 | $0.65 | $78.65 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 300.00 | $0.50 | $150.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $40.00 | $40.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$2,828.65** |
| **Payment:** | **($2,828.65)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:    Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6156427
**Invoice Date:** 11/4/2022
**Balance Due:** $0.00

Pay by Credit Card: www.veritext.com

**Aiken Welch, A Veritext Company - California Region**

Tel. 510-451-1580  Email: Clientservices-Aiken@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Yolanda Huang<br>Yolanda Huang Law Offices<br>528 Grand Ave.<br>Oakland, CA, 94610 | **Invoice #:** | **5948114** |
|---|---|---|---|
| | | **Invoice Date:** | **8/2/2022** |
| | | **Balance Due:** | **$1,359.00** |

**Case: Norbert v. City And County Of SF (19cv02724SK)**       **Proceeding Type: Depositions**

Job #: 5319419    |    Job Date: 7/19/2022    |    Delivery: Normal

Location:           Los Angeles, CA
Billing Atty:       Yolanda Huang
Scheduling Atty:    Yolanda Huang | Yolanda Huang Law Offices

| Witness: Captain John Ramirez , PMK | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 129.00 | $5.50 | $709.50 |
| Attendance | 4.00 | $40.00 | $160.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 129.00 | $0.50 | $64.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $40.00 | $40.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$1,359.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,359.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454  ABA: 071000288<br>Swift: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #:<br>Invoice Date:<br>Balance Due: | 5948114<br>8/2/2022<br>$1,359.00 |
|---|---|---|---|

151411

B420220803

**Veritext, LLC**
**California Region**



**Bill To:** Yolanda Huang Law Offices
528 Grand Ave.
Oakland CA 94610

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Carmen Goldstein at 1-800-955-2421 or finance@veritext.com

| Statement Date: 8/10/2022 | | | | | | | | Total Balance Due: | $10,456.10 |
|---|---|---|---|---|---|---|---|---|---|
| **Invoice #** | **Invoice Date** | **Job #** | **Job Date** | **Caption** | **Contact** | **Type** | **Aged** | | **Balance Due** |
| 5691032 | 4/5/2022 | 5121568 | 3/21/2022 | Mohrbacher, Jaclyn v Alameda County Sheriff's Office | Yolanda Huang | C | 127 | | $1,128.36 |
| 5763527 | 5/6/2022 | 5169160 | 4/5/2022 | Alameda County Male Prisoners And Former Prisoners, Et Al. v Alameda County Sheriff's Office | Yolanda Huang | O | 96 | | $2,370.19 |
| 5927629 | 7/25/2022 | 5284029 | 7/11/2022 | Norbert v City And County Of SF | Yolanda Huang | O | 16 | | $1,915.60 |
| 5931821 | 7/26/2022 | 5323981 | 7/15/2022 | Alameda County Male Prisoners v Alameda County Sheriff's Office | Yolanda Huang | C | 15 | | $855.75 |
| 5941217 | 7/29/2022 | 5284030 | 7/14/2022 | Norbert v City And County Of SF | Yolanda Huang | O | 12 | | $1,844.70 |
| 5948191 | 8/2/2022 | 5319419 | 7/19/2022 | Norbert v City And County Of SF | Yolanda Huang | O | 8 | | $982.50 |
| 5948114 | 8/2/2022 | 5319419 | 7/19/2022 | Norbert v City And County Of SF | Yolanda Huang | O | 8 | | $1,359.00 |
| | | | | | | | | **Total:** | $10,456.10 |

| **Current** | **31-60 Days** | **61-90 Days** | **> 90 Days** | **Total** |
|---|---|---|---|---|
| $6,957.55 | $0.00 | $0.00 | $3,498.55 | $10,456.10 |

Please Remit Payment To:   Veritext
P.O. Box 71303
Chicago IL 60694-1303

Page 1 of 1

Fed. Tax ID: 20-3132569

Visa, Mastercard & American Express Accepted

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.