**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**EXHIBIT 6**<br>**TO DECLARATION OF YOLANDA HUANG IN SUPPORT OF MOTION FOR ATTORNEYS FEES AND COSTS – DEPOSITION INVOICES - OTHERS** |

**David Mathis**
4107 Casper Way
Napa, CA 94558
United States
703-431-7586

# David Mathis

**Sabrina Berdux**
SF City Attorney's Office
1390 Market Street
San Francisco, CA 94102

**Balance**         $6,000.00
**Invoice #**        17730
**Invoice Date**     October 13, 2022
**Payment Terms**    Due on Receipt
**Due Date**         October 13, 2022

## Norbert, Kenyon vs. San Francisco County Sheriff's Department, et al (CA) - DF

**Flat Fees**

| Date | EE | Item | Description | Amount |
|---|---|---|---|---|
| 10/13/2022 | DMM | Flat Fee | Deposition > 4 hours | $6,000.00 |
| | | | Flat Fee Total: | **$6,000.00** |

**Terms & Conditions:**

This must be received before the 10/21/22 deposition. If the deposition lasts less than 4 hours I will refund $3000.

| | |
|---|---:|
| Flat Fee Sub-Total: | $6,000.00 |
| **Sub-Total:** | $6,000.00 |
| **Total:** | $6,000.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$6,000.00** |



t +1 833 S-PIERCE
(+1 833 774 3723)
f +1 415 520 5411

SUTTON PIERCE
assist@suttonpierce.com

1450 Sutter St. #516
San Francisco, CA
94109

| | | |
|---|---|---|
| **INVOICE** | **Invoice Number**: | DEPO |
| For | **Date:** | 10/18/2022 |
| Yolanda Huang | **Case Name:** | Kenyon Norbert |
| Law Office of Yolanda Huang | **Claim Number:** | 191337 |
| PO Box 5475 | | |
| Berkeley, CA 94705-0475 | **Expert:** | Michael S. Rogers, MD |
| | **Specialty:** | Psychiatrist |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Deposition | 1 | $1,100.00 | $1,100.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Amount Due**   $1,100.00

Please Make Check Payable and Remit Payment to:
Sutton Pierce, LLC
1450 Sutter St. #516
San Francisco, CA 94109
Phone: (833) 774-3723
Fax: (415) 520-5411
Federal Tax ID: 82-2506842

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |

**Print or type.**
**See Specific Instructions on page 3.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Sutton Pierce, LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC
☐ C Corporation
☐ S Corporation
☐ Partnership
☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ S

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
1450 Sutter St, #516

**6** City, state, and ZIP code
San Francisco, CA 94109

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number
8 2 – 2 5 0 6 8 4 2

---

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶ *[signature]*    Date ▶ 1/6/22

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding*, later.

---

Cat. No. 10231X                                                                                         Form **W-9** (Rev. 10-2018)

**Wagner Court Reporting Service**
**1819 Polk Street, No. 446**
**San Francisco, California 94109**
**415-982-4849**

March 29th, 2022                                             Invoice No. 10021

Yolanda Huang
528 Grand Avenue
Oakland, California 94610

**Re:  Kenyon Norbert, et al vs CCSF, et al**
**U.S. District Court, Northern District**
**Case No. 19-cv-02724-SK  (LB)**

| | |
|---|---:|
| Videotaped Deposition of Michael Brown | |
| Reported on June 4th, 2021 | |
| One Copy | $405.00 |
| Certification Page | 30.00 |
| Ascii/Condensed/Word Index/E-Transcript | 50.00 |
| Handling/Delivery | 30.00 |
| | |
| Balance Due | $515.00 |