**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**EXHIBIT 8**<br>**TO DECLARATION OF YOLANDA HUANG IN SUPPORT OF MOTION FOR ATTORNEYS FEES AND COSTS – PLAINTIFFS' EXPERT INVOICES** |

# Charles A. Czeisler, PhD, MD, DABSM, FAASM
*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
**94 Woodland Street**
**Sherborn, MA 01770-1209**
*Phone: 617-752-2447; email: caczeisler@gmail.com*

December 4, 2022

Yolanda Huang, Esq.
528 Grand Avenue, Oakland, CA. 94610
yhuang.law@gmail.com

Rachel Doughty, Esq.
Greenfire Law, P.C.
P.O. Box 8055, Berkeley, CA. 94707
rdoughty@greenfirelaw.com

Re: Kenyon Norbert, Troy McAllister, Marshall Harris, Armando Carlos, Montrail Brackens, Michael Brown, and Jose Poot, on behalf of Themselves Individually and Others Similarly Situated, as a Class and Subclass, Plaintiffs, vs. San Francisco County Sheriff's Department, City and County of San Francisco, San Francisco Sheriff Vicki Hennessey, Chief Deputy Sheriff Paul Miyamoto; Captain Jason Jackson, Captain McConnell, and John & Jane Does, Nos. 1-50, Defendants, United States District Court for the Northern District of California San Francisco/Oakland Division, Case No. 19-CV-02724-SK

Dear Attorneys Huang and Doughty,

Greetings from Massachusetts! I hope that you have enjoyed the Thanksgiving holiday. As we finish the semester here, I have been working diligently to provide you with the attached invoice before the end of the calendar year. I have attempted to do so, as it greatly complicates my conflict of interest and commitment reporting if the compensation that I receive does not occur in the same calendar year as the time I have spent on such a matter, particularly one that required such an intensive effort this past fall. As we discussed, I am limited by both Harvard Medical School and Mass General Brigham policies to one day of consulting per week, averaged over the entire year, and my annual disclosure requires associating payments received with work performed.

Below therefore please find my invoice for the expert witness consulting services that I provided in the above-referenced matter. Please note that I am sending you via Secure File Transfer a revised W-9 that contains the EIN for the newly established LLC through which I am now conducting such expert witness work, which is called:
   Nychthemeron, LLC DBA **Charles A. Czeisler, PhD, MD, DABSM, FAASM**,
It is an LLC in which I am the sole Member; I am also forwarding wire instructions for the new bank account of the LLC.

Thank you very much for your attention to this matter. Given that it has taken me so long to provide you this invoice, I regret having to request that you process the payment soon, so that it is received in the same calendar year as the work was performed. Thank you so much!

Sincerely,

*Charles A. Czeisler*

Charles A. Czeisler, Ph.D., M.D.

# Charles A. Czeisler, PhD, MD, DABSM, FAASM
*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
94 Woodland Street
Sherborn, MA 01770-1209
Phone: 617-752-2447; email: caczeisler@gmail.com

December 4, 2022

Yolanda Huang, Esq.
528 Grand Avenue
Oakland, CA. 94610
yhuang.law@gmail.com

INVOICE: For Expert Witness services in the matter of Kenyon Norbert, Troy McAllister, Marshall Harris, Armando Carlos, Montrail Brackens, Michael Brown, and Jose Poot, on behalf of Themselves Individually and Others Similarly Situated, as a Class and Subclass, Plaintiffs, vs. San Francisco County Sheriff's Department, City and County of San Francisco, San Francisco Sheriff Vicki Hennessey, Chief Deputy Sheriff Paul Miyamoto, Captain Jason Jackson, Captain McConnell, and John & Jane Does, Nos. 1-50, Defendants, United States District Court for the Northern District of California San Francisco/Oakland Division, Case No. 19-CV-02724-SK

**ITEMIZED RECORD OF TIME FOR DR. CZEISLER**

| Date | Hours | Activity |
|---|---|---|
| 07/22/2022 | 0.2 | Correspondence from Attorney Rachel Doughty |
| 07/28/2022 | 0.8 | Initial conversation with Attorney Rachel Doughty |
| 07/29/2022 | 0.4 | Correspondence with Attorney Rachel Doughty |
| 08/03/2022 | 1.0 | Review of correspondence from and response to Attorney Rachel Doughty and Attorney Yolanda Huang |
| 08/04/2022 | 0.2 | Correspondence with Attorney Yolanda Huang |
| 08/05/2022 | 0.4 | Teleconference with Attorney Rachel Doughty; correspondence with Attorney Yolanda Huang |
| 08/06/2022 | 0.2 | Correspondence from Attorney Rachel Doughty and with Attorney Yolanda Huang |
| 08/07/2022 | 1.1 | Teleconference with Attorney Rachel Doughty and Attorney Yolanda Huang; review of Dr Jamie Zeitzer's report; correspondence from Attorney Yolanda Huang |
| 08/07/2022 | 2.7 | Preparation of questionnaire and other measurement requests |
| 08/08/2022 | 8.1 | Preparation and correspondence with Attorney Yolanda Huang related to medical record tags and requested environmental and physical assessments; correspondence and teleconference with Dr Jamie Zeitzer regarding photometry data; preparation of Jail Sleep Assessment and other screening instruments; teleconference with Attorney Yolanda Huang and Attorney Rachel Doughty. |
| 08/09/2022 | 2.7 | Preparation of Jail Sleep Assessment and selection of other screening instruments; correspondence with Attorney Yolanda Huang and Attorney Rachel Doughty |
| 08/15/2022 | 1.0 | Revision of Jail Sleep Assessment and assembly of screening instruments in priority order; correspondence with Attorney Yolanda Huang, Attorney Rachel Doughty, and Ms. Julianna Di Miceli |

# Charles A. Czeisler, PhD, MD, DABSM, FAASM
*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
94 Woodland Street
Sherborn, MA 01770-1209
*Phone: 617-752-2447; email: caczeisler@gmail.com*

| | | |
|---|---|---|
| 08/16/2022 | 1.2 | Correspondence with Attorney Yolanda Huang, Attorney Rachel Doughty, and Ms. Julianna Di Miceli regarding Spanish language translations |
| 08/18/2022 | 0.2 | Correspondence with Attorney Yolanda Huang and Dr. Jess Ghannam |
| 08/19/2022 | 1.1 | Videoconference with Attorney Yolanda Huang, Attorney Rachel Doughty, Ms. Julianna Di Miceli and Dr. Jess Ghannam |
| 08/20/2022 | 0.2 | Correspondence with Attorney Yolanda Huang |
| 08/27/2022 | 1.1 | Review of correspondence with and data from Attorney Yolanda Huang and Ms. Julianna Di Miceli |
| 08/28/2022 | 3.3 | Review of data from and correspondence with Attorney Yolanda Huang and Ms. Julianna Di Miceli |
| 08/29/2022 | 2.8 | Correspondence with Attorney Yolanda Huang, Julianna Di Miceli, Attorney Rachel Doughty, and Mr. Walter Stephens; teleconferences with Attorney Rachel Doughty and Mr. Stephens; review of data. |
| 08/30/2022 | 4.6 | Preparation of report; correspondence with Attorney Yolanda Huang, Julianna Di Miceli, Attorney Rachel Doughty, and Mr. Walter Stephens; teleconference with Mr. Stephens; review of data. |
| 08/31/2022 | 4.5 | Preparation of report; review of data and plans for data analysis; correspondence with Ms. Julianna Di Miceli, Mr. Walter Stephens, Attorney Rachel Doughty and Attorney Yolanda Huang; |
| 09/01/2022 | 8.5 | Review of data and preparation of report; correspondence with Dr. Jamie Zeitzer, Attorney Rachel Doughty and Ms. Julianna Di Miceli; teleconference with Attorney Rachel Doughty. |
| 09/02/2022 | 16.0 | Review of data and preparation of report; videoconference with Attorney Yolanda Huang and Attorney Rachel Doughty |
| 09/03/2022 | 4.5 | Completion of report; correspondence with Attorney Yolanda Huang and Attorney Rachel Doughty; teleconference with Attorney Rachel Doughty |
| 09/04/2022 | 0.1 | Correspondence from Attorney Yolanda Huang |
| 09/05/2022 | 0.1 | Correspondence from Ms. Julianna Di Miceli |
| 09/06/2022 | 0.1 | Correspondence from Ms. Julianna Di Miceli |
| 09/07/2022 | 0.1 | Correspondence from Attorney Yolanda Huang |
| 09/09/2022 | 0.1 | Correspondence from Attorney Rachel Doughty |
| 09/10/2022 | 0.7 | Correspondence with Attorney Yolanda Huang, Attorney Rachel Doughty, and Ms. Julianna Di Miceli re: defense expert reports and preparation for deposition. |
| 09/11/2022 | 0.3 | Correspondence with Attorney Rachel Doughty and Attorney Yolanda Huang |
| 09/12/2022 | 0.2 | Correspondence with Ms. Julianna Di Miceli re: data collection |
| 09/13/2022 | 0.1 | Correspondence from Attorney Yolanda Huang re: economist |
| 09/17/2022 | 0.1 | Correspondence from Ms. Julianna Di Miceli re: data collection |

Charles A. Czeisler, PhD, MD, DABSM, FAASM
*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
94 Woodland Street
Sherborn, MA 01770-1209
*Phone: 617-752-2447; email: caczeisler@gmail.com*

| Date | Hours | Description |
|---|---|---|
| 09/18/2022 | 0.7 | Correspondence with Attorney Yolanda Huang, Attorney Rachel Doughty, and Ms. Julianna Di Miceli re: data collection, defense expert reports and preparation for deposition |
| 09/19/2022 | 0.1 | Correspondence with Attorney Yolanda Huang |
| 09/20/2022 | 0.1 | Correspondence from Ms. Julianna Di Miceli re: data collection |
| 09/24/2022 | 0.3 | Correspondence with Ms. Julianna Di Miceli re: database lock |
| 09/25/2022 | 0.9 | Correspondence and review of data from Julianna Di Miceli re: updated inmate assessments |
| 09/26/2022 | 0.1 | Correspondence from Attorney Yolanda Huang and Attorney Rachel Doughty |
| 09/29/2022 | 0.1 | Correspondence from Attorney Rachel Doughty |
| 09/30/2022 | 0.3 | Correspondence from and teleconference with Attorney Rachel Doughty |
| 10/01/2022 | 0.2 | Correspondence with Ms. Julianna Di Miceli re: data QI issue |
| 10/02/2022 | 0.1 | Correspondence from Ms. Julianna Di Miceli re: data QI issue |
| 10/03/2022 | 0.1 | Correspondence with Ms. Julianna Di Miceli |
| 10/04/2022 | 0.1 | Correspondence with Ms. Julianna Di Miceli |
| 10/06/2022 | 0.1 | Correspondence with Ms. Julianna Di Miceli |
| 10/07/2022 | 0.2 | Correspondence with Ms. Julianna Di Miceli re: final database lock |
| 10/08/2022 | 1.8 | Review of defense rebuttal reports; correspondence with Attorney Yolanda Huang |
| 10/09/2022 | 3.9 | Review of rebuttal and materials |
| 10/10/2022 | 5.5 | Preparation of response to rebuttal report |
| 10/15/2022 | 0.1 | Correspondence from Attorney Yolanda Huang |
| 10/16/2022 | 0.2 | Correspondence with Attorney Yolanda Huang and deposition scheduling |
| 10/25/2022 | 0.1 | Correspondence with Attorney Yolanda Huang |
| 10/28/2022 | 1.9 | Review of deposition of Dr. David M. Mathis |
| 10/28/2022 | 1.0 | Videoconference with Attorney Yolanda Huang and Attorney Richard A. Brody |
| 10/29/2022 | 1.9 | Literature review on impact of sunlight deficiency, and on sunlight and health; correspondence with Attorney Yolanda Huang |
| 10/30/2022 | 5.9 | Preparation of supplementary report; teleconference with Attorney Yolanda Huang; correspondence with Attorney Rachel Doughty and Attorney Yolanda Huang |
| 10/31/2022 | 4.5 | Preparation of supplementary report; correspondence with Attorney Rachel Doughty and Attorney Yolanda Huang |
| 11/01/2022 | 6.0 | Preparation of supplementary report; teleconference and correspondence with Attorney Rachel Doughty and Attorney Yolanda Huang |
| 11/01/2022 | 3.7 | Correspondence with Attorney Yolanda Huang and Attorney Rachel Doughty; preparation of Appendix A for supplementary expert report; preparation of materials for deposition; preparation of |

# Charles A. Czeisler, PhD, MD, DABSM, FAASM
*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
94 Woodland Street
Sherborn, MA 01770-1209
Phone: 617-752-2447; email: caczeisler@gmail.com

| | | |
|---|---|---|
| | | scientific articles for deposition disclosure; teleconferences with Attorney Rachel Doughty and Ms. Julianna Di Miceli |
| 11/02/2022 | 1.0 | Review of PSQI data; correspondence with Attorney Yolanda Huang |
| 11/02/2022 | 1.7 | Pre-deposition correspondence with Attorney Rachel Doughty; preparation for deposition |
| 11/02/2022 | 0.3 | Post-deposition teleconference with Attorney Yolanda Huang and Attorney Rachel Doughty |
| 11/06/2022 | 1.4 | Review of declaration opposing Defendants' motion for summary judgment; teleconference and correspondence with Attorney Yolanda Huang; review of materials |
| 11/07/2022 | 0.3 | Correspondence with Attorney Yolanda Huang and Attorney Rachel Doughty |
| 11/08/2022 | 0.7 | Teleconferences with Attorney Yolanda Huang and Attorney Rachel Doughty; review of materials; correspondence with Attorney Yolanda Huang |
| 11/09/2022 | 0.5 | Review of materials |
| 11/22/2022 | 0.1 | Correspondence from Attorney Yolanda Huang |
| 12/04/2022 | 0.2 | Correspondence with Attorney Yolanda Huang re: trial rescheduling and meeting plan |
| | **114.8** | **Total Time (Hours) for Dr. Czeisler** |

**ITEMIZED RECORD OF TIME FOR Research Assistants**

| Date | Hours | Activity |
|---|---|---|
| 08/28/2022 | 4.0 | Data entry (ELC) |
| 08/28/2022 | 7.0 | Review and excerpting of inmate qualitative data collected by Ms. Julianna Di Miceli and colleagues (MAC) |
| 08/29/2022 | 0.5 | Data entry (ELC) |
| 08/30/2022 | 1.6 | Review and excerpting of inmate qualitative data collected by Ms. Julianna Di Miceli and colleagues (MAC) |
| 08/30/2002 | 0.6 | Data entry (ELC) |
| 09/02/2002 | 0.3 | Data summary (ELC) |
| 09/29/2022 | 0.8 | Data entry (ELC) |
| 09/30/2022 | 2.0 | Data entry (ELC) |
| 09/30/2022 | 2.0 | Data entry (MAC) |
| 10/07/2022 | 0.3 | Data entry (ELC) |
| 11/01/2022 | 1.5 | Data entry (ELC) |
| | **20.6** | **Total Time (Hours) for Research Assistant** |

**ITEMIZED RECORD OF TIME FOR Doctoral Colleagues**

| Date | Hours | Initials | Activity |
|---|---|---|---|
| 08/03/2022 | 0.3 | MEC | Introductory discussion with CAC |
| 08/07/2022 | 2.8 | MEC | Preparation of requested assessments with CAC |
| 08/08/2022 | 1.0 | TLS | Review of solitary confinement physiology; creation of tag list |

# Charles A. Czeisler, PhD, MD, DABSM, FAASM
*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
94 Woodland Street
Sherborn, MA 01770-1209
Phone: 617-752-2447; email: caczeisler@gmail.com

| | | | |
|---|---|---|---|
| 08/08/2022 | 2.4 | MEC | Preparation of requested assessments |
| 08/09/2022 | 0.5 | TLS | Work on requested assessments |
| 08/09/2022 | 0.6 | MEC | Preparation of the combined requested assessments |
| 08/15/2022 | 0.7 | MEC | Prioritized questionnaires |
| 08/16/2022 | 1.6 | MEC | Spanish versions of questionnaires |
| 08/27/2022 | 1.3 | MEC | Preliminary data review; implementation of analysis plan |
| 08/28/2022 | 2.4 | MEC | Data analysis |
| 08/30/2022 | 2.1 | MEC | Data analysis |
| 08/31/2022 | 5.0 | MEC | Discussion with CAC regarding data analysis and report; data analysis |
| 09/01/2022 | 3.1 | MEC | Data analysis |
| 09/18/2022 | 1.1 | MEC | Review of expert witness report; data analysis |
| 10/09/2022 | 4.1 | MEC | Data analysis |
| 10/09/2022 | 0.4 | MEC | Review of rebuttal |
| 10/10/2022 | 3.2 | MEC | Data analysis |
| 10/10/2022 | 2.0 | MEC | Working to update quantitative analysis |
| 10/30/2022 | 3.4 | MEC | Working to update quantitative analysis |
| 10/31/2022 | 0.7 | MEC | Preparation of data for supplementary report |
| 11/06/2022 | 1.3 | TLS | Review of medical records |
| 11/07/2022 | 1.8 | TLS | Review of medical records |
| 11/08/2022 | 0.9 | TLS | Review of medical records |
| | **42.7** | | **Total Time (Hours) for Doctoral Colleagues** |

**COSTS ADVANCED**

| Amount | Date | Description |
|---|---|---|
| $85.80 | 11/02/2022 | Printing and Binding of Report and Supplemental Report at FedEx Office for use in deposition |
| **$85.80** | | **TOTAL COSTS ADVANCED** |

**SUMMARY OF ITEMIZED TIME + COSTS ADVANCED**

| Amount | Description |
|---|---|
| $109,060.00 | Sub-total for Dr. Czeisler's Time (114.2 hours at $950.00 per hour) |
| $19,215.00 | Sub-total for Doctoral Colleagues (42.7 hours at $450.00 per hour) |
| $2,575.00 | Sub-total for Research Assistant (20.6 hours at $125.00 per hour) |
| $85.80 | Sub-total for Costs Advanced |
| -$4,750.00 | Retainer payment (wired 08/11/2022) |
| **$126,185.80** | **TOTAL AMOUNT OF INVOICE** |

Terms: Electronic EFT or wire transfer payment, net 30 days; past due balances subject to monthly 1% charge. EFT and wire transfer instructions provided under separate cover via secure file transfer.

**Nychthemeron, LLC DBA Charles A. Czeisler, PhD, MD, DABSM, FAASM**
94 Woodland St., Sherborn, MA 01770-1209

Robert M. Bernstein, MD

Regional Endocrinology Associates, PC

1580 Cerro Gordo Road

 Santa Fe, New Mexico 87501

TIN  74-2827150


Case:  Norbert v San Francisco Sheriff's Office

Attorney:  Yolanda Huang

Paralegal:

Email:  yhuang.law@gmail.com

Law Firm: Law Offices of Yolanda Huang


Rate $925/hour


Retainer requested 10-3-22. **$5000**


| Service | Date | Time |
|---|---|---|
| Download medical records | 10/3/22 | 0.3 |
| Phone conference with Ms. Huang | 10/4/22 | 0.3 |
| Begin Report | 10/6/22 | 1 |
| Download and review medical records summary | 10/6/22 | 3.1 |

| | | |
|---|---|---|
| Phone conference with Ms. Huang | 10/7/22 | 0.4 |
| Complete Report | 10/7/22 | 6.2 |
| Total time | | 11 |
| | | |
| Subtotal | | $ 10,175.00 |
| NM State Tax 8.4% | | $ 854.70 |
| Total | | $ 11,029.70 |
| | | |
| Retainer Received | | $ 5,000.00 |
| | | |
| **Balance Due** | **10/7/22** | **$ 5,175.00** |
| | | |
| **Estimated additional time to prepare for deposition** | **10/24/22** | **8** |
| | | |
| Subtotal | 10/24/22 | 7400.00 |
| NM State Tax 8.4% | | 621.60 |
| **Total** | | **$ 8,021.60** |
| | | |
| Previous balance (line33) | | $ 5,545.00 |
| | | |
| **TOTAL** | **10/24/22** | **$ 13,566.60** |

**Charles A. Czeisler, PhD, MD, DABSM, FAASM**
*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
**94 Woodland Street**
**Sherborn, MA 01770-1209**

*Phone: 617-752-2447; email: caczeisler@gmail.com*

October 29, 2023

Yolanda Huang, Esq.
528 Grand Avenue, Oakland, CA. 94610
yhuang.law@gmail.com

Rachel Doughty, Esq.
Greenfire Law, P.C.
P.O. Box 8055, Berkeley, CA. 94707
rdoughty@greenfirelaw.com

Re: Kenyon Norbert, Troy McAllister, Marshall Harris, Armando Carlos, Montrail Brackens, Michael Brown, and Jose Poot, on behalf of Themselves Individually and Others Similarly Situated, as a Class and Subclass, Plaintiffs, vs. San Francisco County Sheriff's Department, City and County of San Francisco, San Francisco Sheriff Vicki Hennessey, Chief Deputy Sheriff Paul Miyamoto; Captain Jason Jackson, Captain McConnell, and John & Jane Does, Nos. 1-50, Defendants, United States District Court for the Northern District of California San Francisco/Oakland Division, Case No. 19-CV-02724-SK

Dear Attorneys Huang and Doughty,

Congratulations on your success in achieving this important victory for the inmates of the San Francisco County jails. The court order ensuring that the jail will provide inmates with outdoor light exposure every day will have a major impact on improving the health and safety of the inmates.

As you requested, below please find at long last my invoice for the expert witness consulting services that I provided in the above-referenced matter. Please note that I have sent you previously via Secure File Transfer a W-9 that contains the EIN for the LLC through which I am conduct expert witness work, which is called:

      Nychthemeron, LLC DBA **Charles A. Czeisler, PhD, MD, DABSM, FAASM**,

It is an LLC in which I am the sole Member; I also forwarded wire instructions for the new bank account of the LLC.

It has been an honor working with you on this important matter. Thank you very much for having involved me in this case. Please accept my apologies for the delay in providing this invoice to you.

Sincerely,

*[signature: Charles A. Czeisler]*

Charles A. Czeisler, Ph.D., M.D.

# Charles A. Czeisler, PhD, MD, DABSM, FAASM

*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
**94 Woodland Street**
**Sherborn, MA 01770-1209**

*Phone: 617-752-2447; email: caczeisler@gmail.com*

October 29, 2023

Yolanda Huang, Esq.
528 Grand Avenue
Oakland, CA. 94610
yhuang.law@gmail.com

INVOICE: For Expert Witness services in the matter of Kenyon Norbert, Troy McAllister, Marshall Harris, Armando Carlos, Montrail Brackens, Michael Brown, and Jose Poot, on behalf of Themselves Individually and Others Similarly Situated, as a Class and Subclass, Plaintiffs, vs. San Francisco County Sheriff's Department, City and County of San Francisco, San Francisco Sheriff Vicki Hennessey, Chief Deputy Sheriff Paul Miyamoto, Captain Jason Jackson, Captain McConnell, and John & Jane Does, Nos. 1-50, Defendants, United States District Court for the Northern District of California San Francisco/Oakland Division, Case No. 19-CV-02724-SK

**ITEMIZED RECORD OF TIME FOR DR. CZEISLER**

| Date | Hours | Activity |
|---|---|---|
| 12/05/2022 | 0.20 | Correspondence with Attorney Yolanda Huang re: new trial date |
| 12/14/2023 | 0.10 | Teleconference with Attorney Yolanda Huang's office |
| 12/15/2022 | 0.30 | Correspondence and teleconference with Attorney Yolanda Huang |
| 12/16/2022 | 1.00 | Teleconference and correspondence with Attorney Yolanda Huang regarding deposition scheduling |
| 12/19/2022 | 0.20 | Correspondence with Attorney Yolanda Huang regarding deposition scheduling |
| 12/30/2022 | 0.10 | Correspondence with Attorney Yolanda Huang regarding deposition scheduling; transmission of amended notice of deposition from City of San Francisco |
| 01/11/2023 | 0.30 | Correspondence to Attorney Yolanda Huang regarding deposition |
| 01/14/2023 | 0.10 | Correspondence with Attorney Yolanda Huang: Deposition Part 1 of Czeisler (deposition transcript); Zoom videoconference information for virtual deposition |
| 01/17/2023 | 1.80 | Review of supplementary expert report; preparation for continuation of deposition |
| 01/17/2023 | 0.40 | Videoconference with Attorney Yolanda Huang |
| 01/17/2023 | 1.42 | Review of prior deposition transcript |
| 01/17/2023 | 0.10 | Teleconference with Attorney Yolanda Huang |
| 01/27/2023 | 0.10 | Correspondence with Attorney Yolanda Huang |
| 01/28/2023 | 0.40 | Correspondence and teleconferences with Attorney Yolanda Huang |
| 02/28/2023 | 0.10 | Correspondence with Attorney Yolanda Huang |
| 03/04/2023 | 0.10 | Correspondence with Attorney Yolanda Huang |
| 03/18/2023 | 0.10 | Correspondence with Attorney Yolanda Huang |
| 04/10/2023 | 0.40 | Correspondence from Attorney Yolanda Huang regarding Judge's ruling on summary judgment |

# Charles A. Czeisler, PhD, MD, DABSM, FAASM

*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
**94 Woodland Street**
**Sherborn, MA 01770-1209**
*Phone: 617-752-2447; email: caczeisler@gmail.com*

| | | |
|---|---|---|
| 04/16/2023 | 0.70 | Correspondence with Attorney Yolanda Huang |
| 04/19/2023 | 0.70 | Correspondence with Attorney Yolanda Huang: declarations/public documents |
| 04/20/2023 | 0.10 | Correspondence with Attorney Yolanda Huang |
| 05/08/2023 | 0.30 | Correspondence with Attorney Yolanda Huang |
| 05/09/2023 | 0.20 | Teleconference with Attorney Yolanda Huang |
| 05/10/2023 | 0.20 | Correspondence with Attorney Yolanda Huang |
| 05/12/2023 | 0.60 | Preparation of list of diseases; teleconference with Attorney Huang; correspondence |
| 05/13/2023 | 0.30 | Teleconference with Attorney Yolanda Huang |
| 05/16/2023 | 0.10 | Correspondence with Attorney Yolanda Huang |
| 05/23/2023 | 0.30 | Correspondence with Attorney Yolanda Huang |
| 06/14/2023 | 0.20 | Preparation |
| 06/27/2023 | 0.10 | Correspondence with Attorney Yolanda Huang |
| 07/01/2023 | 1.00 | Logistics and correspondence with Attorney Yolanda Huang |
| 07/02/2023 | 0.10 | Correspondence with Attorney Yolanda Huang; teleconference |
| 07/03/2023 | 0.10 | Teleconference with Attorney Yolanda Huang's office |
| 07/05/2023 | 0.10 | Teleconference with Attorney Yolanda Huang |
| 07/10/2023 | 0.70 | Correspondence and teleconference with Attorney Yolanda Huang; logistics |
| 07/11/2023 | 0.10 | Correspondence with Attorney Yolanda Huang |
| 07/12/2023 | 0.10 | Correspondence with Attorney Yolanda Huang |
| 07/13/2023 | 0.10 | Correspondence with Attorney Yolanda Huang |
| 07/19/2023 | 3.40 | Ground transportation/BOS and travel |
| 07/19/2023 | 5.60 | Review of expert witness report and supplementary expert witness report; preparation of summary for presentation at trial |
| 07/19/2023 | 0.90 | Ground transportation/SFO |
| 07/20/2023 | 8.00 | Meeting and teleconferences with Attorneys Yolanda Huang and Richard Brody; meeting logistics; follow-up review of literature and travel |
| 07/21/2023 | 0.20 | Correspondence from Attorney Yolanda Huang |
| 07/22/2023 | 0.40 | Review of judge's rulings; travel logistics for trial |
| 07/23/2023 | 0.70 | Review of judge's rulings; review of medical records |
| 07/24/2023 | 0.40 | Correspondence and teleconference with Attorney Yolanda Huang; logistics |
| 07/25/2023 | 4.20 | Review of medical records; correspondence with Attorney Yolanda Huang; logistics |
| 07/26/2023 | 1.00 | Teleconference and correspondence with Attorney Yolanda Huang; travel logistics |
| 07/27/2023 | 0.20 | Correspondence with Attorney Yolanda Huang |
| 07/28/2023 | 0.90 | Review of medical records of Montrail Brackens; correspondence with Attorney Yolanda Huang |
| 07/29/2023 | 1.10 | Review of medical records |

# Charles A. Czeisler, PhD, MD, DABSM, FAASM
*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
**94 Woodland Street**
**Sherborn, MA 01770-1209**
*Phone: 617-752-2447; email: caczeisler@gmail.com*

| Date | Hours | Description |
|---|---|---|
| 07/29/2023 | 1.60 | Preparations for inmate interviews |
| 07/30/2023 | 1.00 | Preparations for inmate interviews |
| 07/30/2023 | 1.10 | Preparations for inmate interviews |
| 07/30/2023 | 0.30 | Preparations for inmate interviews; teleconference with Attorney Yolanda Huang |
| 07/30/2023 | 3.10 | Interviews of Inmates Troy McAlister and Jose Poot |
| 07/30/2023 | 1.30 | Interview of Inmate Montrail Brackens |
| 7/31/2023 | 0.80 | Correspondence with Attorney Yolanda Huang |
| 08/01/2023 | 3.10 | Review of defense expert report; correspondence with Attorney Yolanda Huang and Attorney Richard Brody; preparation of materials for trial |
| 08/02/2023 | 1.70 | Review of defense expert report; correspondence with Attorney Yolanda Huang and Attorney Richard Brody; preparation of materials for trial |
| 08/02/2023 | 0.70 | Correspondence with Attorney Yolanda Huang; Teleconference with Mr. Jesse Nelson re: IT issues |
| 08/02/2023 | 2.70 | Preparation of questions for Attorney Yolanda Huang to ask inmates; teleconference and correspondence with Attorney Yolanda Huang |
| 08/03/2023 | 0.80 | Preparation of questions for Attorney Yolanda Huang to ask inmates; teleconference and correspondence with Attorney Yolanda Huang |
| 08/03/2023 | 1.10 | Preparation of inmate questions |
| 08/03/2023 | 0.60 | Preparation of questions for inmates |
| 08/03/2023 | 0.12 | Preparation of questions for inmates |
| 08/03/2023 | 3.60 | Preparation of questions for inmates; teleconference with Attorney Yolanda Huang |
| 08/04/2023 | 1.50 | Completion of proposed questions for inmates; correspondence with Attorney Yolanda Huang |
| 08/05/2023 | 0.20 | Correspondence with Attorney Yolanda Huang; teleconference with Attorney Rachel Doughty |
| 08/06/2023 | 0.20 | Correspondence with Attorney Yolanda Huang |
| 08/06/2023 | 0.50 | Teleconferences with Attorney Yolanda Huang |
| 08/06/2023 | 1.20 | Primary and aggregating factors |
| 08/06/2023 | 1.20 | Teleconferences with Dr. Jamie Zeitzer; correspondence with Attorney Yolanda Huang |
| 08/07/2023 | 11.20 | Correspondence with Attorney Yolanda Huang; review of case file and reports; preparation of slides for trial; transportation from Sherborn, MA to Hotel Kabuki in San Francisco, CA |
| 08/08/2023 | 0.90 | Correspondence with Dr. Jamie Zeitzer, Attorney Yolanda Huang and Attorney Rachel Doughty; preparation of slides for trial |
| 08/08/2023 | 14.60 | Attendance at trial; meetings with Attorneys Yolanda Huang, Rachel Doughty, and Richard Brody; Zoom videoconference |

# Charles A. Czeisler, PhD, MD, DABSM, FAASM
*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
**94 Woodland Street**
**Sherborn, MA 01770-1209**
*Phone: 617-752-2447; email: caczeisler@gmail.com*

| Date | Hours | Activity |
|---|---|---|
|  |  | meeting with Attorneys Yolanda Huang and Rachel Doughty; preparation of slides |
| 08/09/2023 | 4.00 | Preparation of slides with medical record summaries for testimony; correspondence regarding testimony slides |
| 08/09/2023 | 8.00 | Attending Norbert et al. Trial; meetings with Attorneys Yolanda Huang, Rachel Doughty and Richard Brody and with Dr. Jamie Zeitzer; trial testimony |
| 08/09/2023 | 1.20 | Correspondence with Attorneys Rachel Doughty and Yolanda Huang regarding jail medical record summaries; Teleconference with Attorney Rachel Doughty; Correspondence with Attorney Yolanda Huang re: Troy McAlister 2009 medical records. |
| 08/10/2023 | 9.50 | Correspondence with Attorney Yolanda Huang; transportation from Hotel Kabuki in San Francisco, CA to Sherborn, MA |
| 08/15/2023 | 0.20 | Correspondence with Attorney Yolanda Huang |
| 08/16/2023 | 0.10 | Correspondence with Dr. Jamie Zeitzer |
| 08/17/2023 | 0.20 | Correspondence with Attorneys Yolanda Huang and Rachel Doughty |
| 08/19/2023 | 1.00 | Correspondence and teleconference with Attorney Yolanda Huang |
|  | **119.64** | **Total Time (Hours) for Dr. Czeisler** |

**ITEMIZED RECORD OF TIME FOR Doctoral Colleagues**

| Date | Hours | Initials | Activity |
|---|---|---|---|
| 07/20/2023 | 0.52 | MEC | Data analysis |
| 07/29/2023 | 0.35 | TLS | McAlister med records |
| 07/29/2023 | 1.12 | TLS | McAlister med records |
| 07/30/2023 | 1.75 | TLS | Poot med records |
| 07/30/2023 | 2.03 | TLS | Poot med records |
| 07/30/2023 | 0.33 | MEC | Data analysis |
| 07/302023 | 1.32 | MEC | Data analysis |
| 08/01/2023 | 0.45 | MEC | Data analysis |
| 08/02/2023 | 3.20 | MEC | Data analysis |
| 08/03/2023 | 3.50 | MEC | Data analysis |
| 08/06/2023 | 1.07 | MEC | Data analysis |
| 08/07/2023 | 2.90 | MEC | Data analysis |
| 08/08/2023 | 3.83 | MEC | Data analysis; trial preparation |
| 08/09/2023 | 1.42 | MEC | Data analysis; trial preparation |
|  | **23.79** |  | **Total Time (Hours) for Doctoral Colleagues** |

**Charles A. Czeisler, PhD, MD, DABSM, FAASM**
*Diplomate, American Board of Sleep Medicine*
*Fellow, American Academy Sleep Medicine*
**94 Woodland Street**
**Sherborn, MA 01770-1209**
Phone: 617-752-2447; email: caczeisler@gmail.com

**ITEMIZED RECORD OF TIME FOR Research Assistants**

| Date | Hours | Initials | Activity |
|---|---|---|---|
| 07/25/2023 | 3.23 | MAC | Medical Summaries |
| 07/26/2023 | 3.00 | MAC | Medical Summary MAC |
| 07/27/2023 | 2.32 | MAC | Trial preparation/medical summaries |
| 08/01/2023 | 2.50 | MAC | Trial preparation |
| 08/04/2023 | 3.53 | MAC | Trial preparation |
| 08/05/2023 | 2.33 | MAC | Trial preparation |
| | **16.91** | | **Total Time (Hours) for Research Assistant** |

**COSTS ADVANCED**

| Date | Amount | Description |
|---|---|---|
| 07/19/2023 | $125.00 | Ground Transport Home to Logan Airport |
| 07/19/2023 | $733.90 | Airfare American Airlines SFO to SEA |
| 07/19/2023 | $35.99 | Travel Flight Insurance |
| 07/20/2023 | $318.80 | Airfare American Airlines SFO to SEA |
| 07/20/2023 | $35.99 | Travel Flight Insurance |
| 08/07/2023 | $125.00 | Ground Transport Home to Logan Airport |
| 08/07/2023 | $481.40 | Airfare JetBlue BOS to SFO |
| 08/07/2023 | $35.99 | Travel Flight Insurance |
| 08/10/2023 | $125.00 | Ground Transport Logan Airport to Home |
| 08/10/2023 | $376.40 | Airfare JetBlue SFO to BOS |
| 08/10/2023 | $35.99 | Travel Flight Insurance |
| | **$2,429.46** | **TOTAL COSTS ADVANCED** |

**SUMMARY OF ITEMIZED TIME + COSTS ADVANCED**

| Amount | Description |
|---|---|
| $113,658.00 | Sub-total for Dr. Czeisler's Time (119.54 hours at $950.00 per hour) |
| $10,705.50 | Sub-total for Doctoral Colleagues (23.79 hours at $450.00 per hour) |
| $2,113.75 | Sub-total for Research Assistants (16.91 hours at $125.00 per hour) |
| $2,429.46 | Sub-total for Costs Advanced |
| **$128,906.71** | **TOTAL AMOUNT OF INVOICE** |

Terms: Electronic EFT or wire transfer payment, net 30 days; past due balances subject to monthly 1% charge. EFT and wire transfer instructions provided under separate cover via secure file transfer.

**Nychthemeron, LLC DBA Charles A. Czeisler, PhD, MD, DABSM, FAASM**
94 Woodland St., Sherborn, MA 01770-1209

*Date 11/4/22*
*Invoice To :*
*Ms. Yolanda Huang*
*Law Office of Yolanda Huang*
*528 Grand Avenue*
*Oakland, California 94610*

*Invoice From:*
*Lucas Fogarty*
*2222 Prince Street Berkeley CA 94705*

Invoice for Diabetes Expertise and review of pertinent trial reports Date of service: 10/7

Hours Worked and Descriptions:
1 hr             interview of inmate MB
3 hr              review of medical records of inmate MB
30 min            review of MD David M. Mathis response to case
30 min           literature review of diabetes social support and health outcome / compliance of diabetes management
1 hr             opinion documentation

6 Hr            Draft Report on10/7/22

<u>2.0            Deposition Prep</u>

<u>14             TOTAL</u>

        Hourly rate $250

Total DUE:     on 10/7/22: $3,500

Please make check out to Lucas Fogarty and send to 2222 Prince Street Berkeley CA 94705