**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**EXHIBIT 9<br>TO DECLARATION OF YOLANDA HUANG IN SUPPORT OF MOTION FOR ATTORNEYS FEES AND COSTS – MISCELLANEOUS RECEIPTS** |



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 680778
## Trial - Interpreter Only- Witness Testimony (Aug 8, 2023)

## Bill to

ATTN: Rachel Doughty
Greenfire Law, PC
2748 Adeline Street
Suite A
Berkeley, CA 94703

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Norbert et al v San Francisco Sheriff's Department et al

**Case number:** 3:19-cv-02724 SK

**Job Id:** 672795

**Invoice date:** 8/15/2023
**Terms:** Net 30
**Due date:** 9/14/2023
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|------|-------------|--------|----------|-------|
| Legal Support Services (Interpreter) | | $741.75 | 1 | $741.75 |
| | | | Total | $741.75 |
| | | | Payments | $0.00 |
| | | | Amount remaining due | $741.75 |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/kwasnmlt**

Please make checks payable to Steno.



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 687045
## Trial - INTERPRETER ONLY (Aug 17, 2023)

## Bill to

ATTN: Donna Wallace
Greenfire Law, PC
2748 Adeline Street
Suite A
Berkeley, CA 94703

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** Norbert et al v San Francisco Sheriff's Department et al
**Case number:** 3:19-cv-02724 SK
**Job Id:** 682173

**Invoice date:** 8/22/2023
**Terms:** Net 30
**Due date:** 9/21/2023
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|------|-------------|--------|----------|-------|
| Legal Support Services (Interpreter) | | $741.75 | 1 | $741.75 |
| | | | Total | $741.75 |
| | | | Payments | $0.00 |
| | | | Amount remaining due | $741.75 |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at **(888) 707-8366** or emailing us at **ar@steno.com**.

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/jtto0dwh**

Please make checks payable to Steno.



One Hour Delivery Service
2920 Camino Diablo #100
Walnut Creek, CA 94597
(888)311-1221

# Invoice

| Customer Number |
|---|
| 3292140 |
| Invoice Number |
| 377544 |
| Invoice Date |
| 8/26/2023 |
| Invoice Period |
| 8/20/2023-8/26/2023 |
| Invoice Amount |
| $140.00 |

Please Remit to
One Hour Delivery Service
2920 Camino Diablo #100
Walnut Creek, CA 94597

Yolanda Huang, Esq.
2748 Adeline St Suite A
Berkeley CA 94703

You may make payment using the following
credit cards:
_____Visa  _____MasterCard _____ Amex
Account No.

_____

Exp_____

---

Please detach here and return this portion with your remittance check



One Hour Delivery Service
2920 Camino Diablo #100
Walnut Creek, CA 94597
(888)311-1221

## PAYMENT DUE UPON RECEIPT

| Customer Number | Invoice Date |
|---|---|
| 3292140 | 8/26/2023 |
| Invoice Number | Invoice Amount |
| 377544 | $140.00 |

## On Demand

| Date Ready<br>Order Type<br>Deliver Date | Order ID<br>Caller | Origin | Destination | References<br>Billing Group |
|---|---|---|---|---|
| 8/3/2023 12:12 PM<br>Process Service<br>8/22/2023 5:00 PM | 767447<br><br>Yolanda Huang | One Hour Legal<br>2920 Camino Diablo Suite 100<br>Walnut Creek CA 94597 | Paul M. Miyamoto, Sheriff<br>332 Spruce St<br>San Francisco CA 94118 | Norbert v SF County |

|  |  |  |  |
|---|---|---|---|
| | Process Service | | $95.00 |
| | Do Today Process Service | 1 | $45.00 |
| **POD:** Returned Not Served | **Order Total:** | | **$140.00** |

**On Demand Totals:**           **$140.00**

**Customer Total:**           **$140.00**



Analysis Memo: Press Coverage of Norbert, et al v. San Francisco Sheriff's Department
Date: August 18, 2023
To: Yolanda Huang, Rachel Doughty
From: Tommy McDonald

In light of the recent press coverage surrounding Norbert, et al v. San Francisco Sheriff's Department case, this analysis memo aims to provide an overview of the coverage, outreach efforts, collateral materials creation, and messaging strategies employed.

Press Coverage Overview:
The case has garnered significant attention from a variety of media outlets, as listed below:
- Mission Local
- Bay City News Service
- KALW
- KPIX
- San Francisco News
- The Bharat Express News

Outreach Efforts:
Press outreach was conducted to both local and national media outlets, as well as specific reporters, with the intention of ensuring comprehensive coverage of the case. Notable media outlets and reporters include:

Local Media Outlets and Reporters:
- San Francisco Chronicle (Bob Egelko, Justin Phillips, Nuala Bishari, Joe Fitzgerald Rodriguez)
- SF Standard (Jonah Owen Lamb, Michael Barba)
- Mission Local (Joe Eskenazi, Eleni Balakrishnan, Joe Rivano Barros)
- KQED (Sukey Lewis, Scott Shafer)
- KRON 4
- KTVU FOX 2
- San Francisco Examiner (Andrew Fortin-Caldera)
- Bay City News

National Media Outlets
- The New York Times

- Reuters
- Associated Press (AP)

Collateral Materials Creation:
The outreach efforts were supported by the creation of collateral materials, which included press releases, fact sheets, and background documents related to the case. These materials were designed to provide comprehensive and accurate information to reporters, helping them understand the nuances of the case and its implications.

Messaging Strategies:
The messaging strategies employed in the press outreach and collateral materials creation focused on several key aspects:

Transparency and Clarity: The messaging aimed to provide a clear and transparent overview of the case, its background, key legal points, and potential implications.

Legal Significance: The messaging underlined the legal significance of the case, showcasing its potential to set a precedent or influence similar cases in the future.

Importance of Accountability: The messaging emphasized the importance of accountability within law enforcement agencies and the justice system.

Conclusion:
The press coverage of the Norbert, et al v. San Francisco Sheriff's Department case has been widespread, encompassing a range of media outlets. The outreach efforts, collateral materials creation, and messaging strategies have collectively aimed to provide accurate and comprehensive coverage of the case while highlighting its legal significance and implications for the community. Moving forward, continued engagement with the media and maintaining a transparent and informative approach will be essential to ensure ongoing coverage and public awareness of the case.

**Recommendations for Post-Trial Coverage Strategy**

**1. Prepare Comprehensive Post-Trial Materials:
Develop a comprehensive post-trial press release that outlines the trial's proceedings, key arguments presented, and significant moments. Include quotes from both legal teams, plaintiffs, and any relevant experts. Accompany the press release with supplementary materials such as fact sheets, infographics, and background documents to aid reporters in understanding the case's complexities.

**2. Engage Key Reporters and Outlets:
Reach out directly to the reporters who covered the case during the trial phase, including those from both local and national media outlets. Provide them with an exclusive post-trial briefing to

share insights into the trial's outcome, its potential impact, and any implications for future legal matters. Encourage them to continue covering the case's aftermath.

**3. Plan for Immediate Reaction:
Anticipate the potential for an immediate reaction once the verdict is announced. Have a spokesperson ready for interviews and statements. Prepare succinct and clear messaging that captures the essence of the verdict, the implications, and any planned actions moving forward.

**4. Leverage Social Media and Online Channels:
Utilize social media platforms, the organization's website, and other online channels to disseminate real-time updates about the verdict. Use compelling visuals, such as infographics and short videos, to explain the verdict's significance and implications to a broader audience.

**5. Host a Virtual Press Conference:
Organize a virtual press conference shortly after the verdict's announcement. Invite key stakeholders, legal experts, and community leaders to provide their insights and reactions. Use this opportunity to address any questions from the press and to present a unified perspective on the case's outcome.

**6. Engage Legal and Subject-Matter Experts:
Collaborate with legal and subject-matter experts to provide commentary and analysis on the verdict's implications. Offer these experts for interviews, opinion pieces, and panel discussions to provide deeper insights into the legal aspects and societal context of the case.

**7. Promote Community Voices:
Highlight the perspectives of affected individuals and community members in the aftermath of the verdict. Human-interest stories can personalize the case's impact and generate empathy from the audience, enhancing the coverage's emotional resonance.

**8. Encourage Ongoing Discussion:
Maintain a consistent presence in public discourse through op-eds, opinion pieces, and letters to the editor. Use these platforms to offer insights into the case's long-term effects, policy implications, and potential areas for reform.

As part of the post-trial coverage strategy for the Norbert, et al v. San Francisco Sheriff's Department case, the dedicated website (norbert-v-sfsheriffs.com) can play a pivotal role in disseminating information, engaging the public, and maintaining transparency. Here are three key ways to leverage the website effectively:

**1. Verdict Announcement and Analysis:
Use the website to promptly publish the verdict announcement along with a comprehensive analysis of the trial's outcome. Provide an unbiased breakdown of the decision and its potential implications. Use visuals, infographics, and videos to explain the legal nuances in an accessible

manner. Invite legal experts and stakeholders to contribute opinion pieces that offer diverse perspectives on the verdict.

**2. Resources and Fact-Checking:
Create a dedicated section on the website that houses essential resources related to the case, including court documents, legal filings, and transcripts of key proceedings. This will enable journalists, researchers, and the general public to access accurate information directly from the source. Additionally, feature a fact-checking section to address any misinformation or misconceptions that may arise in the aftermath of the trial. This will reinforce the website's credibility as a reliable information hub.

**3. Community Voices and Impact Stories:
Showcase the impact of the trial's verdict on the community through personal stories, testimonials, and interviews. Feature video interviews or written accounts from plaintiffs, affected individuals, community leaders, and activists. By humanizing the case and highlighting its real-world consequences, you can engage visitors emotionally and foster a deeper understanding of the issues at hand.

**4. Interactive Discussion and Feedback:
Create an interactive space on the website where visitors can engage in discussions, share their opinions, and ask questions about the trial, its verdict, and its implications. This could be in the form of a moderated forum or a live chat feature. Encourage open and respectful conversations while ensuring that misinformation is corrected promptly. This not only facilitates public engagement but also positions the website as a hub for informed discourse.

Conclusion:
The post-trial phase presents a crucial opportunity to shape public perception and understanding of the Norbert, et al v. San Francisco Sheriff's Department case. By proactively engaging with reporters, stakeholders, and the broader public through comprehensive materials, expert perspectives, and online channels, we can ensure that the case's impact is effectively communicated and that discussions about accountability, justice, and reform continue in a meaningful manner.



# $500.00
Due September 1, 2019

Pay invoice

---

BANK

## Yolanda Huang Esq.

**Bill to**
Yolanda Huang Esq.

**Invoice details**
Invoice no. : 0952
Invoice date : 8/24/19

| Photography | $200.00 |
|---|---|
| Photography at San Bruno | |

| **Total** | **$500.00** |
|---|---|

Pay invoice

---

Thank you for your business.

**Brooke Anderson Photography**

movementphotographer@gmail.com
510-846-0766
movementphotographer.com

If you receive an email that seems fraudulent, please check with the business owner before paying, or you can forward the email to security@intuit.com so we can look into it. Read more at security.intuit.com.

Powered by QuickBooks
© 2019 Intuit, Inc. All rights reserved.
Privacy | Security | Terms of Service



**RECEIPT**     No. 314337

DATE 07/20/2022

FROM Richard Brody          $8.00

eight 00/100 ——————————— DOLLARS

○ FOR RENT     photo copies

○ FOR

| ACCT. | | ☒ CASH |
|---|---|---|
| PAID | | ○ CHECK |
| DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

Sonoma County Public Law Library

FROM 2604 Ventura Ave.

Santa Rosa, CA 95403

BY

A-1152
T-4161

Norbert —
Photocopy Expenses
for California Historic
Building Codes
Sonoma County Law Library

# INVOICE



**MedSum Legal LLC**

548 Market, St #66759, San Francisco, CA 94104, UNITED STATES
Tax ID: 32-0619396
medsumlegalllc@gmail.com; Website: https://www.medsumlegal.com

Invoice No#: MSL – YH – 001
Invoice Date: Aug 29, 2022
Due Date: Aug 29, 2022

# $635.00

AMOUNT DUE

**BILL TO**

Law Office of Yolanda Huang
Yolanda Huang
528 Grand Avenue, Oakland, CA 94610, UNITED STATES
yhuang.law@gmail.com
Phone: +1 510-329-2140

| # | ITEMS & DESCRIPTION | PRICE | AMOUNT($) |
|---|---|---|---|
| 1 | Medical Records Review<br>Medical chronology – Troy McAllister – 34 Hours | $850.00 | $850.00 |
| 2 | Medical Records Review<br>Hyperlinks – Troy McAllister – Free service | $0.00 | $0.00 |

|  |  |
|---|---|
| Subtotal | $850.00 |
| Other discount | –$215.00 |
| Shipping | $0.00 |
| **TOTAL** | **$635.00 USD** |

NOTES TO CUSTOMER

Thank you for your business! Please forward your check to the below address,

MedSum Legal LLC
548 Market St #66759
San Francisco, California 94104-5401

# INVOICE



**MedSum Legal LLC**

548 Market, St #66759, San Francisco, CA 94104, UNITED STATES
Tax ID: 32-0619396
medsumlegalllc@gmail.com; Website: https://www.medsumlegal.com

**Invoice No#:** MSL – YH – 002
**Invoice Date:** Aug 29, 2022
**Due Date:** Aug 29, 2022

## $250.00
AMOUNT DUE

**BILL TO**

Law Office of Yolanda Huang
Yolanda Huang
528 Grand Avenue, Oakland, CA 94610, UNITED STATES
yhuang.law@gmail.com
Phone: +1 510-329-2140

| # | ITEMS & DESCRIPTION | PRICE | AMOUNT($) |
|---|---|---|---|
| 1 | Medical Records Review<br>Medical chronology – Jose Poot – 10 Hours | $250.00 | $250.00 |
| 2 | Medical Records Review<br>Hyperlinks – Jose Poot – Free service | $0.00 | $0.00 |

| | |
|---|---|
| Subtotal | $250.00 |
| Shipping | $0.00 |
| **TOTAL** | **$250.00 USD** |

**NOTES TO CUSTOMER**

Thank you for your business! Please forward your check to the below address,

MedSum Legal LLC
548 Market St #66759
San Francisco, California 94104-5401

# INVOICE



### MedSum Legal LLC
548 Market, St #66759, San Francisco, CA 94104, UNITED STATES
Tax ID: 32-0619396
medsumlegalllc@gmail.com; Website: https://www.medsumlegal.com

Invoice No#: MSL – YH – 003
Invoice Date: Aug 29, 2022
Due Date: Aug 29, 2022

# $600.00
AMOUNT DUE

## BILL TO

Law Office of Yolanda Huang
Yolanda Huang
528 Grand Avenue, Oakland, CA 94610, UNITED STATES
yhuang.law@gmail.com
Phone: +1 510–329–2140

| # | ITEMS & DESCRIPTION | PRICE | AMOUNT($) |
|---|---|---|---|
| 1 | Medical Records Review<br>Medical chronology – Montrail Brackens – 24 Hours | $600.00 | $600.00 |
| 2 | Medical Records Review<br>Hyperlinks – Montrail Brackens – Free service | $0.00 | $0.00 |

|  |  |
|---|---|
| Subtotal | $600.00 |
| Shipping | $0.00 |
| **TOTAL** | **$600.00 USD** |

## NOTES TO CUSTOMER

Thank you for your business! Please forward your check to the below address,

MedSum Legal LLC
548 Market St #66759
San Francisco, California 94104–5401

**United States District Court**                          Date: 08/31/2023
**Northern District of California**              Invoice Number: 23-232
                                                Re: Docket 414 and 447

To:                                    Make Checks Payable To:

**Rachel Doughty**                     **Jennifer Coulthard, RMR, CRR**
**Greenfire Law, PC**                  **Official US Court Reporter**
2748 Adeline Street                    EIN / Tax ID: 883454402
Suite A                                450 Golden Gate Avenue
Berkeley, CA, 94703                    16th Floor
**Email:** rdoughty@greenfirelaw.com   San Francisco, California, 94102
                                       **Phone:** (530) 537-9312
                                       **Email:** jenrmrcrr2@gmail.com

Case Details:

**Case Number:** 19-CV-2724                    **Proceeding Date:** Aug 08, 2023
**Case Title:** Brackens vs. City of San Francisco   **Courthouse:** USDC-CAND
**Case Description:** 8/09/23 148pgs 8/10/23 143pgs 8/11/23   **Judge Hearing Case:** Judge Kim
78pgs 8/15/23 88pgs 8/16/23 149pgs 8/17/23 71pgs
**Criminal or Civil:** Criminal

Transcripts:

**Date Ordered:** Jul 27, 2023
**Date Delivered:** Aug 09, 2023
**Transcripts Requested By:** Donna Wallace

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|-----------|-----------|------|-----------|
| Daily Original | 677 | $6.05 | $4,095.85 |
| Daily 1st Copy | 677 | $1.20 | $812.40 |

**Total:** $2,454.10
**Misc. Fee Description:** invoice split between counsel
**Amount of Deposit:** $1,335.78

**Amount Due:** $1,118.32

Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for an expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate. I, Jennifer Coulthard, official court reporter, hereby certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*/s/ Jennifer Coulthard*

**Ken Drewnowski**

# INVOICE

1611 E Villa Maria Dr
Phoenix, AZ 85022
Phone: 602-451-2099

INVOICE # 100
DATE: 8/31/2022

**TO:**
Rachel Doughty
Greenfire Law
PO Box 5475
Berkeley, CA 84705
Phone: 828-424-2005

**COMMENTS OR SPECIAL INSTRUCTIONS:**
Review of HVAC drawings related to San Francisco County Jail. Air was discussed to be delivered to each cell individually and then exhausted, units do have return air, drawings were unavailable, but air appears to return to AHU from common area.  Filters are located at the AHU, each cell appears to be supplied with 125 CFM of supply air with 125 CFM of air is exhausted to the outdoors. Outside air ventilation rate for each cell could not be determined without further information.

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|----------|-------------|------------|-------|
| 2 | Review of Drawings related to HVAC (hourly) | $175 | $350 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL DUE** | **$350** |

Make all checks payable to Ken Drewnowski
If you have any questions concerning this invoice, contact Ken Drewnowski, 602-451-2099, Kdrewnowski@gmail.com

**THANK YOU FOR YOUR BUSINESS!**



**Law Offices of Leigh E. Johnson, A.P.C.**
**Attn: Leigh Johnson**
**220 Dartford Street,**
**Hercules, CA 94547**
**(510) 245-2468**

August 23, 2023
Invoice #: 2031

Yolanda Huang
Attorney at Law
PO Box 5475
Berkeley , CA 94705
USA

| Date | Matter | Description | Hours | Rate | Total |
|------|--------|-------------|-------|------|-------|
| | | **Previous Balance** | | | **$0.00** |
| 8/4/2023 | Inmates v SF Jail | Witness preparation: met with three witnesses at SF jail. | 6.50 | $350.00 | $2,275.00 |
| 8/23/2023 | Inmates v SF Jail | Discount-Professional Courtesy 2.5 hours | | | ($875.00) |
| | | **Amount Due** | **6.50** | | **$1,400.00** |

Thank You! - Balance is due upon receipt
3.5% interest per month on unpaid balances

**Elmwood Copy & Printing**
**2980 College Ave Suite # 2**
**Berkeley , CA94705**
**Tel  (510) 549-2020**
**Fax (510) 549-2023**
Email: elmwoodcopy@gmail.com

*Invoice*
*Date 06/13-23*
*Invoice  314*

**Bill To**

Yolanda Huang
PO Box 5475 •
Berkeley • CA • 94705
510-329-2140

| Item | Description | Amount |
|------|-------------|--------|
| 1 ——Huang Project | 1 copy 8.5x11 B/B   hole punch | |
| 59525 | COPY B/W | |
| 84 | COLOR | $ 3600.00 |
| Tax | …………………………………………………………10.25% | $ 369.00 |

| Total | $ 3969.00 |
|-------|-----------|

**Elmwood Copy & Printing**
**2980 College Ave Suite # 2**
**Berkeley , CA94705**
**Tel  (510) 549-2020**
**Fax (510) 549-2023**
Email: elmwoodcopy@gmail.com

*Invoice*
*Date 08/4/23*
*Invoice  359*

**Bill To**

Yolanda Huang
PO Box 5475 •
Berkeley • CA • 94705
510-329-2140

| Item | Description | Amount |
|------|-------------|--------|
| 1 ——Huang Project    2 copy 8.5x11 B/B   hole punch |  |  |
| 70,000    COPY B/W |  | $ 4200.00 |
| Tax | ……………………………………………………10.25% | $ 430.50 |

| Total | $ 4630.50 |
|-------|-----------|

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or a Trial in a Civil Action (Page 2)

Civil Action No. **3:19-CV-02724 SK**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for **ALLISON E. GANTER, DEPUTY DIRECTOR BOARD OF STATE AND COMMUNITY CORRECTIONS** on  **August 2, 2023**

☑ I served the subpoena by delivering a copy to the named person as follows:
    **ALLISON E. GANTER, DEPUTY DIRECTOR BOARD OF STATE AND COMMUNITY CORRECTIONS - 2590 Venture Oaks Way Ste 200 , Sacramento, CA 95833-3288 on  8/2/2023 at 3:00 PM ;**

☐ I returned the summons unexecuted because; _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for ones day's attendance, and the mileage allowed by law, in the amount of

$.00

My fees are  140.00 for services

I declare under penalty of perjury that this information is true.

Date:  **August 3, 2023**

_____
*Server's signature*

**ROBERT MASON**
_____
*Printed name and title*

**Contracted by ONE HOUR LEGAL**
**2920 CAMINO DIABLO**
**WALNUT CREEK, CA 94597**
**(925) 947-3470**
_____
*Server's Address*

Additional information regarding attempted service, etc.:

AO88-25978

Manage your account online at
www.chase.com/cardhelp

Customer Service
1-800-945-2028

Mobile: Download the
Chase Mobile® app today

# YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

# ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 09/01 | Payment Thank You - Web | -4,869.16 |
| 08/07 | RUBY RECEPTIONISTS INC HTTPSWWW.CALL OR | 1,098.10 |
| 08/08 | SASA JAPANESE RESTAURANT SAN FRANCISCO CA | 126.37 |
| 08/09 | COPYNET SAN FRANCISCO CA | 80.60 |
| 08/09 | TST* RAD RADISH - HAYES V SAN FRANCISCO CA | 135.64 |
| 08/09 | ~~redacted~~ | 9.06 |
| 08/08 | HYATT HOTEL KABUKI 4129223200 CA | 357.69 |
| 08/09 | SQ *NONO San Francisco CA | 176.01 |
| 08/10 | ~~redacted~~ | ~~redacted~~ |
| 08/10 | ZUNI CAFE 415-5522540 CA | 158.19 |
| 08/11 | ~~redacted~~ SAN FRANCISCO CA | ~~redacted~~ |
| 08/11 | IMPERIAL PARKING US SAN FRANCISCO CA | 122.00 |
| 08/11 | HYATT HOTEL KABUKI SAN FRANCISCO CA | 684.63 |
| 08/12 | LYFT *1 RIDE 08-10 855-865-9553 CA | 8.99 |
| 08/11 | HYATT HOTEL KABUKI 4129223200 CA | 1,387.88 |
| 08/11 | HYATT HOTEL KABUKI 4129223200 CA | 1,503.14 |
| 08/10 | HYATT HOTEL KABUKI 4129223200 CA | 1,363.02 |
| 08/11 | ~~redacted~~ SAN FRANCISCO CA | 39.73 |
| 08/13 | ~~redacted~~ CA | 135.00 |
| 08/15 | WALGREENS #3358 SAN FRANCISCO CA | 9.22 |
| 08/14 | ~~redacted~~ CA | 34.65 |
| 08/15 | SF76 SAN FRANCISCO CA | 45.87 |
| 08/15 | SOKO HARDWARE CO SAN FRANCISCO CA | 16.49 |
| 08/15 | HOSHINOYA SAN FRANCISCO CA | 54.14 |
| 08/16 | TST* Daeho Kalbijjim - SF San Francisco CA | 153.45 |
| 08/17 | HYATT HOTEL KABUKI 4129223200 CA | 1,040.91 |
| 08/17 | HYATT HOTEL KABUKI 4129223200 CA | 1,040.91 |
| 08/17 | HYATT HOTEL KABUKI 4129223200 CA | 1,037.91 |
| 08/17 | IMPERIAL PARKING US SAN FRANCISCO CA | 87.00 |
| 08/21 | ~~redacted~~ NY | 61.84 |
| 08/21 | ~~redacted~~ Security Berkeley CA | 82.14 |
| 08/28 | VERIZONWRLESS FCCR VB 800-922-0204 FL | 289.20 |
| 08/29 | BT LAWCLERK.LEGAL 7257773000 NV | 500.00 |
| 08/30 | WWW.PACER.GOV 800-676-6856 TX | 201.00 |
| 09/01 | ~~redacted~~ CA | 17.00 |
| 09/06 | BT LAWCLERK.LEGAL 7257773000 NV | 750.00 |
| 09/05 | ~~redacted~~ | 1,483.50 |

YOLANDA HUANG
TRANSACTIONS THIS CYCLE (CARD 1680) $9514.72
INCLUDING PAYMENTS RECEIVED

| 2023 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2023 | $0.00 |
| Total interest charged in 2023 | $595.25 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received