**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>Defendant. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge: Honorable Sallie Kim<br>Trial Date: Completed |

I, Rachel Doughty, do declare and state:

1.      If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2.      The complaint in this case was filed May 20, 2019, with Yolanda Huang as lead counsel for Plaintiffs. Greenfire Law, PC became associated counsel in 2022.

3.      On October 30, 2023 and October 31, 2023, my office contacted the calendar clerk for the Honorable Sallie Kim, leaving messages to ask when a hearing date would be available for this motion. These calls were not returned as of the time this motion was filed.

**I.      Counsel In This Case**

4.      I am licensed to practice law and am in good standing in California (Bar Number 255904). I received my J.D. from The University of Virginia in 2004.

5.      I founded Greenfire Law in 2011. We exclusively represent individual citizens and nonprofit organizations in public-interest litigation. Before founding Greenfire Law, I worked at Paul Hastings, LLP, Gary Davis and Associates, and WildLaw. I have civil litigation experience in California and North Carolina, I am admitted to the Ninth Circuit Court of Appeals as well as the federal District of D.C. Court, and I have appeared pro hac vice in federal district courts in Mississippi, Alabama, and Florida, as well as before the Fourth and Eleventh Circuit Courts of Appeal. In 2023, I was awarded the Clay Award for Consumer Protection and the award for Top Verdicts 2022 by the *Daily Journal* for my work as lead counsel in the matter of *Lee v. Amazon.com*, 76 Cal.App.5th 200 (2022). Additionally, I was lead counsel for petitioner Story of Stuff Project before the California State Water Resources Control Board regarding BlueTriton Brands removal of water from the San Bernardino National Forest. Order WR 2023-0042.[1] Prior to law school, I was a fellow at the Environmental Protection Agency, and earned a B.S. in biochemistry, cellular, and molecular biology and an M.S. in natural resources management, with a minor focus on biogeochemistry. Ms. Huang calls on me for assistance in cases that involve technical or scientific elements. I have recently been awarded at a rate of $720/hour by California superior courts in Mendocino and Trinity Counties in 2023, and 2022, respectively. Attached hereto as Exhibit 1 is a true and correct copy of my CV.

6.      In this case, Yolanda Huang, who has a solo attorney office acted as lead counsel. The case required too much work for one attorney, so Ms. Huang asked that Greenfire Law join her as counsel in this matter, which we agreed to do because of the compelling nature of the case.

---

[1] Available at: chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.waterboards.ca.gov/waterrights/water_issues/programs/enforcement/complaints/docs/nestle/wro-2023-0042-BlueTriton-Brands-cdo.pdf (last accessed Oct. 31, 2023).

In addition to time I spent on this case, the assistance of several other attorneys, paralegals and law clerks was required. As the founder and principal of Greenfire Law, I selected these attorneys and staff for their experience and strengths and assigned work according to the same. In my opinion, this case was appropriately and efficiently staffed, where each individual did work appropriate for his or her level of expertise and familiarity with the case.

7.      Richard Brody is licensed to practice law and is in good standing in California (Bar Number 100379). He received his J.D. from the UCLA School of Law in 1981. He has represented injured individuals in complex litigation and nonprofit organizations in public-interest litigation before state and federal courts. He has served as co-counsel in six appellate cases with published opinions, including two decisions from the California Supreme Court. He has tried multiple cases to verdict and has begun over fifty trials which settled prior to verdict. Attached hereto as Exhibit 2 is a true and correct copy of Mr. Brody's CV.

8.      Jennifer Rae Lovko is licensed to practice law and is in good standing in California (Bar Number 208855). She received her J.D. from Golden Gate University School of Law in 2000. Ms. Lovko has substantial civil litigation experience before both state and federal courts. She has in the past worked on Constitutional civil rights matters addressing prisoner conditions of confinement. Additionally, she has taken over a dozen cases to trial and participated in post-trial motions practice. In addition to her work as a litigator, Ms. Lovko has been a contributing author in several Continuing Education of the Bar (CEB) publications. Attached hereto as Exhibit 3 is a true and correct copy of Ms. Lovko's CV.

9.      Ariel Strauss is licensed to practice law and is in good standing in California (Bar Number 282230). He received his J.D. from the UCLA School of Law in 2011. In addition to his work at Greenfire Law, he served as a judicial clerk with the Supreme Court of Israel, during which time he addressed constitutional and administrative law issues related to the rights of prisoners. Mr. Strauss has been recently awarded fees at an hourly rate of $550 by Mendocino County Superior Court. Attached hereto as Exhibit 4 is a true and correct copy of Mr. Strauss' CV.

10.     Alexandra Monson is licensed to practice law and is in good standing in California (Bar Number 324794). She received her J.D. from Emory University School of Law in 2018. Ms.

Monson has represented clients in a variety of administrative law matters related to land use, the environment, and animal rights. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Ms. Monson's CV.

11.     Jessica Blome is a shareholder at Greenfire Law. She is licensed to practice law and is in good standing in California (Bar Number 314898). She received her J.D. from the University of Iowa College of Law in 2007. Before joining Greenfire Law, Ms. Blome was the Deputy Director at the San Francisco Ethics Commission for Enforcement and Legal Affairs. Prior to that she was a litigator at the Animal Legal Defense Fund, and before that, for six years she was an Assistant Attorney General in Missouri. During her service at the Missouri Attorney General's Office, Ms. Blome received the Missouri Up & Coming Lawyer Award, the Litigate Like a Champion Award, the Attorney General's Award for Extraordinary Contribution to the Office, and the Attorney General's Award for Excellence in Client Service. Ms. Blome was also awarded the Clay Award for Consumer Protection and the award for Top Verdicts 2022 by the *Daily Journal* for her work on *Lee v. Amazon.com*, 76 Cal.App.5th 200 (2022).[2] Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Ms. Blome's CV.

12.     Susann Bradford is licensed to practice law and is in good standing in California (Bar Number 341338). She received her J.D. from Golden Gate University School of Law in 2021. Before joining Greenfire Law, Ms. Bradford was a Graduate Fellow at the Golden Gate University Law and Justice Clinic. Prior to attending law school, Ms. Bradford was an adjunct professor at the University of Montana-Missoula where she taught a variety of topics for over a decade. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Ms. Bradford's CV.

13.     Christian Bucey is licensed to practice law and is in good standing in California (Bar Number 341921). He received his J.D. from Michigan State University College of Law in 2017. Greenfire Law was awarded fees for Mr. Bucey at the rate of $407/hour by Sonoma Superior in 2023. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Mr. Bucey's CV.

14.     Jessica Taylor is licensed to practice law and is in good standing in California (Bar Number 301708). She received her J.D. from Washington and Lee University School of Law in

---

[2] These awards were shared between Ms. Blome, Ms. Doughty, and their co-counsel, Jonathan Weissglass.

2014. She has substantial experience in civil litigation, including experience on several multi-district litigations. Greenfire Law was awarded fees for Ms. Taylor at the rate of $400/hour by Mendocino Superior in 2023. Attached hereto as Exhibit 9 is a true and correct copy of Ms. Taylor's CV.

15.     Lily Rivo is licensed to practice law and is in good standing in California (Bar Number 242688). She received her J.D. from Hastings College of the Law in 2005. Prior to working at Greenfire Law, her practice focused on legal writing related to both civil and criminal law matters. She began her career as a Deputy Attorney at the California Office of the Attorney General in 2007. Attached hereto as Exhibit 10 is a true and correct copy of Ms. Rivo's CV.

## II.     Hours and Fees

16.     All Greenfire Law staff and contractors are required to keep time contemporaneously, and we maintain a Clio practice management account to make sure that this occurs. I review all time records on each case I supervise monthly.

17.     Greenfire Law initially focused staff attention on gathering and managing information through document management and review and depositions. We also identified and assisted in the preparation of several key witnesses, including Dr. Charles Czeisler. Greenfire Law attorneys prepared various briefing over the course of the trial preparation, and prepared the mediation brief and assisted in settlement efforts, both before and after trial. We worked to obtain stipulations from opposing counsel, increasing the efficiency of court and party resources. Attorney Richard Brody and myself attended each day of trial, assisting with strategy, evidence management, briefing, and witness preparation and examination. Legal assistant Nuria de la Fuente attended trial on several days to assist with translation for Plaintiff Poot, so that more expensive certified interpreters only need be used on days when Mr. Poot was testifying. Ms. de la Fuente and Ms. Placensia, a Greenfire Law paralegal, provided translation services through trial preparation.

18.     I have reviewed each time entry by Greenfire Law staff for this matter. In some cases, I have reduced the time for which we seek recovery, sometimes fully writing off entries. For

**DECLARATION OF RACHEL DOUGHTY -- 3:19-CV-02724 SK**

example, Paul Hoffman and Michael Seplow with Schonbrun Seplow Harris Hoffman & Zeldes assisted with the appeal in this case; however, their time entries have been fully written off.

19.     I endeavored, as I always do, to match the appropriate staff member to each task. So, for instance, I assigned Mr. Strauss focused his attention in this case on gathering materials regarding standards for conditions of confinement, as a result of his prior experience working on conditions of confinement internationally. I assigned Mr. Brody to trial preparation as he has extensive experience in that arena. More junior attorneys and paralegals did early case document review and document management. I am aware that Ms. Huang assigned student clerks to tasks like compiling binders—with an eye towards the most efficient staffing of the case. I did much of the expert search when I joined the case, because of my background in science and research.

20.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a spreadsheet containing time entries, with a description of the work performed, in this litigation. Each item is correct and has been necessarily incurred in the case, the services for which fees have been charged were actually and necessarily performed, and each is allowable by law.

21.     Generally, my firm often defers all or part of our fees owed by clients based upon expected fee recovery. If courts do not award Greenfire Law for successful litigation, the firm could not do the work we do, which would effectively close the door on public interest litigation for many clients. In this way, the law firm takes on significant risk when it represents clients on a contingency basis.

### III.     Meet and Confer Obligations

22.     Pursuant to Local Rule 54-5(b)(1), I reached out to counsel for Defendants during the week of October 23, 2023, seeking to attempt to settle the issues of fees and costs in this matter. On October 27, 2023, I had a phone call with defense counsel Kaitlyn Murphy, which I followed with email correspondence, offering the basis for the rates demanded as well and also a summary of hours spent, in response to questions Ms. Murphy had during our phone conversation. I sent a formal and complete offer to Ms. Murphy, including an itemized list of costs, on October 30, 2023. I also asked counsel to stipulate to an extension of time for the filing of an fees motion to

**DECLARATION OF RACHEL DOUGHTY -- 3:19-CV-02724 SK**

allow additional time for settlement discussion. They declined to do so, thus making it necessary to incur fees associated with this motion.

23.     Defendants issued a Rule 68 offer in July of 2023. The remedy obtained in this case exceeds the terms offered by Defendants.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 31st day of October, 2023 in Berkeley, California.


GREENFIRE LAW, PC

By:   */s/ Rachel Doughty*
**RACHEL DOUGHTY**

**DECLARATION OF RACHEL DOUGHTY -- 3:19-CV-02724 SK**