# Exhibit 1

# RACHEL S. DOUGHTY

2748 Adeline Avenue, Suite A, Berkeley, CA 94703
rdoughty@greenfirelaw.com
(510) 900-9502

---

**EXPERIENCE:**

**Greenfire Law, PC**, Berkeley, CA
*Founder, July 2011 -- Present*
- Litigation through trial and administrative proceedings and appellate advocacy
- Representative legal authority: Complex Litigation, Clean Water Act, California Safe Drinking Water and Toxic Enforcement Act, Wild and Scenic Rivers Act, Transportation Act (Section 4(f)), Refuge Management Act, National Environmental Policy Act, California Environmental Quality Act, Freedom of Information Act, California Public Records Act
- Legislative drafting: plastic microbeads ban in personal care products
- Representative clients: Association of Flight Attendants-Communication Workers of America, Earth Island Institute, Georgia ForestWatch, 5 Gyres, Story of Stuff, Center for Biological Diversity, individuals

**Paul, Hastings, Janofsky & Walker LLP**, San Francisco, CA
*Associate, November 2007 – August 2010*
- Environmental compliance counseling
- Representative legal authority: California environmental and land use law, Resource Conservation and Recovery Act, National Environmental Policy Act, Clean Water Act, Clean Air Act, laws and regulations pertaining to federal lands management
- Representative clients: solar power producers, geothermal power producers, industrial recyclers, manufacturers of consumer goods, public lands management citizen groups

**Gary A. Davis & Associates**, Hot Springs, NC
*Associate, June 2006 -- June 2007*
- Litigation and state and federal administrative actions
- Representative legal authority: Clean Water Act, Freedom of Information Act, North Carolina's Sedimentation Pollution Control Act, local land use and environmental ordinances
- Representative clients: individual land owners, public interest groups in North Carolina, Alabama, Tennessee, and Florida

**WildLaw**, Asheville, NC
*Attorney, September 2004 -- April 2006*
- Federal administrative law, media, organizing
- Representative legal authority: National Forest Management Act, Federal Lands Policy and Management Act, National Environmental Policy Act, Freedom of Information Act, Administrative Policy Act, Clean Water Act, state and local ordinances; corresponding regulations
- Representative clients: Wild South, South Carolina Native Plant Society

**U.S. Environmental Protection Agency, Office of Water, Wetlands Division**, Washington, DC
*National Network for Environmental Management Studies Fellow, 2000 – 2001*
- Bronze Medal Award for Commendable Service for preparation of multi-state/federal action plan for remediation of hypoxia in Gulf of Mexico
- Policy analysis: hypoxia in the Gulf of Mexico and USDA Farm Bill programs

**BAR ADMISSIONS:**
- California (active); North Carolina (inactive)

**COURT ADMISSIONS:**
- United States District Court for the Central, Eastern, and Northern Districts of California, Western District North Carolina, District D.C., Fourth and Ninth Circuit Courts of Appeal

## EDUCATION:

**University of Virginia School of Law**, Charlottesville, VA
*J.D., 2004; GPA 3.49*
- Environmental Law Forum (President), William Minor Lile Moot Court Competition, National Environmental Moot Court Competition
- Conference on Public Service and the Law (panel organizer)

**Cornell University**, Ithaca, NY
*M.S. Natural Resources, Minor Concentration: Biogeochemistry, 2003; GPA 3.97*
- Thesis: *Use of Wetlands to Reduce Nitrogen Loads in the Mississippi Atchafalaya River Basin*
- Teaching Assistant, Introductory Biology Laboratory

**University of Tennessee**, Knoxville, TN
*B.S. Biochemistry, Cellular and Molecular Biology, 1998; magna cum laude*
- Howard Hughes Threshold Honors in Biology Scholar
- *Beta Beta Beta* Biology Honor Society
- Laboratory Research Assistant to Dr W. O. Smith as part of Joint Global Ocean Flux Study in Antarctica, funded by National Science Foundation

## PUBLICATIONS, PRESENTATIONS, AWARDS:

- Speaker, Proposition 65 Conference, *What Statutory Changes Would Improve the Operation and Effectiveness of Proposition 65? The View from the Plaintiffs* and *Updates on Recent Appeal Court Decisions* (2023)
- 2023 Clay Award for Consumer Protection and Top Verdicts 2022 (*Daily Journal*)
- Co-author, *Plastic pollution policy: California leads, but the crisis requires national and international action*, Trends (Mar./Apr. 2022)
- Speaker, Environmental Law Conference at Yosemite: *Annual CEQA Update* Panel (2021)
- Speaker, Public Interest Environmental Law Conference: *Land Use Regulation in the Age of Marijuana Legalization* Panel (2017)
- Speaker, Hammer Museum: *Ocean Plastic Pollution* (2015)
- Speaker, Public Interest Environmental Law Conference: *Plastics: Changing the Rules* Panel (2015)
- Speaker, Tulane Summit on Environmental Law & Policy: *Plastics* Panel (2014)
- Co-author, *The Case for a Ban on Microplastics in Personal Care Products*, Tulane Environmental Law Journal (Summer 2014)
- Speaker, Public Interest Environmental Law Conference: *Ethics* Panel (2013)
- Speaker, Plastic Pollution Solutions: *Effective Legal Tools* Panel, Blue Ocean Film Festival (2012)
- Co-author, *"Energy Inputs in Crop Production in Developing and Developed Countries"* in Rattan Lal et al., <u>Food Security and Environmental Quality in the Developing World</u> (2003)
- Author, *Types of Wetlands* (http://water.epa.gov/type/wetlands/types_index.cfm).

## COMMUNITY:

**City of Berkeley**
- Commissioner, Zero Waste (2021-2023)

**Sylvia Mendez School**
- PTA, Secretary (2023-present)
- Green Team Lead (2019- 2022)
- Undistributed Funds Committee, PTA (2019-2020)

**Camp Phoenix**
- Advisory committee member (2017-2019)

**Dogwood Alliance**
- Board of Directors: chair (2015-2017), vice chair (2013-2015), Board Governance Committee Chair (2012)

**Women in Greentech & Sustainability**
- Founding board member (2010)

**Cleantech Open Competition**

- Volunteer (2009-2010)

# Exhibit 2

# RICHARD A. BRODY

1206 Beattie Lane, Sebastopol, CA  95472   Telephone: 707.235.6982 Facsimile: 707.824.2871
E-mail: rick@brodylaw.com

## PROFILE

*Accomplished attorney with strong background in complex civil litigation in State and Federal courts, including trial, law and motion, settlement negotiations, appellate and bankruptcy matters. Extensive experience prosecuting and managing multi-party litigation.  Extensive experience in office management and employee development.*

## EXPERIENCE

### GREENFIRE LAW, PC

Of Counsel, June 2022 to Present

*Representation of Pre-Trial and Post-Conviction Incarcerated Individuals in Federal Class Action cases. Representation of Plaintiffs in toxic tort litigation in State Court. Attend Court hearings, take depositions of expert witnesses and parties.  Draft motions and oppositions to defendants' motions.*

### SHINGLERLAW

Of Counsel, January 2012 to January 2023

*Representation of plaintiffs in asbestos-related personal injury and wrongful death actions. Frequent court appearances, including trial, default judgment hearings, pre-trial conferences, settlement conferences, and argument of motions for summary judgment and other complex motions.  Take depositions of parties, person(s) most qualified of defendant companies, and depositions of expert and lay witnesses.  Draft motions in limine, motions for preference in trial setting, oppositions to motions for summary judgment, and written discovery. Conduct post-judgment enforcement proceedings.*

### BRENT COON & ASSOCIATES; SAN FRANCISCO, CALIFORNIA

Management Team Attorney, October 2007 to November 2011; Supervising Attorney, March 2006 to October 2007

*Managing attorney, including responsibility for overall office management.  Established and implemented annual budget for San Francisco office of national plaintiffs law firm.  Leader of trial team consisting of attorneys, paralegals, investigators and secretaries.  Responsible for all aspects of complex personal injury and wrongful death lawsuits in California state courts and Federal courts. Representation of plaintiffs in asbestos, FELA, premises liability, employment discrimination and vehicle injury cases. Frequent court appearances, including trial and appellate argument.*

### THE WARTNICK LAW FIRM; SAN FRANCISCO, CALIFORNIA

Supervising Attorney, February 1997 to January 2006

December 2001 to January 2006:

*Complex litigation, bankruptcy and appellate practice representing individuals with asbestos-related cancer and other disabling lung diseases.  Prosecution of civil lawsuits in the San Francisco County Superior Court, United States District Court for the Northern District of California, as well as bankruptcy matters pending in United States Bankruptcy Courts in Northern California, and other states.  Responsible for day-to-day management of approximately twenty law firm employees, as well as equal or greater number of independent contractors.  Preparation of multiple complex bankruptcy court submissions for hundreds of individual bankruptcy claimants with claims totaling in excess of $200 million.  Coordination of filings with outside bankruptcy, corporate and appellate counsel.  Preparation of materials for and appearances at settlement conferences, law and motion, default judgment hearings, and other matters.  Extensive client contact.*

February 1997 to December 2001:
*Leader of several trial teams consisting of attorneys, paralegals and secretaries. Responsible for approximately four hundred asbestos-related personal injury and wrongful death lawsuits filed in the San Francisco and Alameda County Superior Courts and the United States District Court for the Northern District of California. Doubled the settlement value of non-malignancy cases within one year, and substantially increased the settlement value of wrongful death lung cancer cases. Frequent court appearances including trial and pre-trial matters, settlement conferences, and law and motion matters; client and expert depositions; settlement negotiations and client conferences. Supervising trial counsel in Kinsman v. Unocal Corporation, 37 Cal.4th 659 (2005).*

### LAW OFFICE OF RICHARD A. BRODY; SANTA ROSA & BEVERLY HILLS, CALIFORNIA

February 1997 to February 1998 (Santa Rosa)
*Private practice emphasizing wills, trusts and estate planning, computer and internet-related legal issues, and general civil litigation. Consulting attorney on asbestos-related personal injury and wrongful death actions filed in the San Francisco and Alameda County Superior Courts.*
November 1981 to October 1984 (Beverly Hills)
*General civil practice including representation of individuals, partnerships and corporations in business, family law and personal injury matters. Prepared successful initial Form 10 filing with the United States Securities and Exchange Commission and NASDAQ application for publicly traded Nevada Corporation. Litigated cases in the Los Angeles and San Diego County Superior Courts, United States District Court for the Central District of California, United States Bankruptcy Court and Los Angeles County Municipal Court. Completed four court trials to decision.*

### BRAYTON PURCELL; NOVATO, CALIFORNIA

Of Counsel, November 1995 to February 1997
*Supervising attorney for asbestos-related personal injury and wrongful death actions filed in the Orange County and Los Angeles County Superior Courts. Responsible for all aspects of case preparation and prosecution, including trial, drafting pleadings for and attending pre-trial conferences, settlement conferences, status conferences, law and motion matters, and hearings on adoption of general orders for Orange County Complex Asbestos Litigation.*
Associate Attorney, February 1985 to July 1987
*Responsible for all aspects of case preparation for asbestos-related personal injury and wrongful death actions in the San Francisco, Alameda and Solano County Superior Courts. Completed two jury trials to verdict as well as beginning numerous other trials, drafted pleadings and discovery, took and defended client, witness and expert depositions, attended court hearings and settlement conferences.*

### LAW OFFICES OF FREEMAN & FREEMAN; SANTA ROSA, CALIFORNIA

Associate Attorney, May 1995 to November 1995
*Senior associate attorney with concentration on plaintiffs personal injury and product liability actions in the Superior and Municipal Courts for the counties of San Francisco, Marin, Sonoma, Contra Costa, Napa, Mendocino and Lake. Responsibilities included numerous arbitrations and mediations, taking and defending client, witness and expert depositions, court hearings, drafting of pleadings, discovery arbitration and mediation briefs, and settlement negotiations.*

### CARTWRIGHT, SLOBODIN, BOKELMAN, BOROWSKY, WARTNICK, MOORE & HARRIS; SAN FRANCISCO, CALIFORNIA
### LAW OFFICE OF JACK K. CLAPPER; SAUSALITO, CALIFORNIA

Independent Contractor Attorney, February 1993 to May 1995
*Independent contractor attorney with concentration on plaintiffs asbestos-related personal injury and wrongful death actions in the San Francisco and Alameda County Superior Courts. Responsibilities included trial work, taking and covering client, witness and expert depositions, court hearings, and drafting of pleadings and discovery.*

*CASEY, GERRY, REED & SCHENK; VALLEJO, CALIFORNIA*
Attorney/Non-Equity Partner, July 1987 to February 1993
*Responsible for management of Northern California branch of San Diego-based plaintiffs oriented civil litigation firm.  Concentration on asbestos-related personal injury and wrongful death actions in the San Francisco and Alameda County Superior Courts, as well as other personal injury actions in the Alameda and Contra Costa County Superior Courts.  Responsible for all aspects of cases, from initial client contact and interview through trial.  Completed three jury trials and one court trial to verdict and began numerous other trials.*

## PUBLISHED OPINIONS

*Dye v. Caterpillar, Inc.*
  *195 Cal.App.4th 1366 (2011)*
*Kinsman v. Unocal Corporation*
  *37 Cal.4th 659 (2005)*
*Donaldson v. National Marine, Inc.*
  *35 Cal.4th 503 (2005)*
*Cossman v. Daimler-Chrysler, Inc., et al.*
  *108 Cal.App.4th 370 (2003)*
*Wong v. Armstrong World Industries, et al.*
  *232 Cal.App.3d 1032, 283 Cal.Rptr. 878 (1991)*
*Rich Vision Centers, Inc. v. Board of Medical Examiners*
  *144 Cal.App.3d 110, 192 Cal.Rptr. 878 (1983)*

## EDUCATION

*U.C.L.A. SCHOOL OF LAW*
Juris Doctor Degree, 1981
*Distinguished Advocate, Moot Court Honors Program*

*UNIVERSITY OF CALIFORNIA, SANTA CRUZ*
Bachelor of Arts Degree, Religious Studies, 1977

## PROFESSIONAL ORGANIZATIONS AND COMMUNITY ACTIVITIES

*State Bar of California*
*Consumer Attorneys of California*
*Sonoma County Bar Association*
  *Intellectual Property and Technology Law Section (1997 to 1998), Fee Arbitrator (1993)*
*Sonoma County Superior Court, Judge Pro Tem, Settlement Conference Program (2002 to 2004)*
*Marin County Superior Court, Judge Pro Tem, Settlement Conference Program (1997)*
*City of Sebastopol*
  *Planning Commission, Commissioner (1999 to 2003), Chairperson (2002-2003)*
  *Street Smart Sebastopol Committee (2000 to 2003), Street Smart Sebastopol Symposium, Participant (2000), Sebastopol Commons, Participant (1999)*
*Sebastopol Chamber of Commerce (1998 to 2015)*
*City of Rohnert Park*
  *Rent Appeals Board, Commissioner (1991 to 1995), Chairperson (1993 to 1994)*
*Rohnert Park Chamber of Commerce*
  *Board of Directors (1996 to 1998), Governmental Affairs Committee (1996 to 1997)*
  *Leadership Rohnert Park, Chairperson (1996 to 1998), Graduate (1993)*
    *Coordinator, History and Government Day (1996); Transportation, Public Safety and Criminal Justice Day (1994)*

*Leadership Rohnert Park Alumni Association, Vice-Chairperson (1995 to 1996)*

*Rohnert Park Community Summit, Participant (1997)*

*Gravenstein Unified School District, Magnet Program Foundation, Board of Directors (2016-2019)*

*Featured Speaker, West Coast Asbestos Litigation Crash Course Seminar (HB Litigation Courses), Effective Deposition Practices, December 7, 2010*

*Moderator, A.M. Rohnert Park Candidates and Issues Forum (November 2000)*

*Guest speaker -Year 2000 Legal Issues, Intellectual Property and Legal Issues for Graphic Artists*

# Exhibit 3

# JENNIFER RAE LOVKO
San Pablo, California
(510) 685-9708; raelovko@gmail.com

---

## EDUCATION

Golden Gate University School of Law, San Francisco, CA, J.D. (May 2000)
>   Class Rank: Valedictorian; Grade Point: 3.8

The College of William & Mary, Williamsburg, VA, M.A. in Sociology (August 1993)
>   Grade Point: 3.87 (Magna Cum Laude)
>   Thesis: Extra-Judicial Factors and Their Relation to Outcomes in a State Using Sentencing
>   Guidelines

Old Dominion University, Norfolk, VA, B.S. in Liberal Arts (August 1989)
>   Grade Point: 3.77 (Summa Cum Laude)

## EMPLOYMENT

Greenfire Law, PC, Berkeley, CA (2023 - Present)

>   *Senior Associate*. Represent individuals and nonprofit organizations in public interest litigation,
>   focusing on environmental, land use, and animal law. Assignments have included work related to
>   discovery, law and motion practice, trial preparation, and appellate practice in both state and
>   federal courts

Joseph Farzam Law Firm, Los Angeles, CA (2021 - 2022)

>   *Contract Attorney*. Represented injured individuals in personal injury litigation. Assignments
>   included motions for summary judgment, demurrers, motions to tax, motions for reconsideration,
>   motions in limine, mediation briefs, and more.

Lovko & King LLP, Berkeley, CA (2011 - 2017)

>   *Partner/Attorney*. Represented plaintiffs and tenants in personal injury/wrongful death, landlord -
>   tenant, elder abuse, and employment law cases. Assignments included work related to discovery,
>   law and motion practice, and trial preparation.

University of Berkeley School of Law, Berkeley, CA (2014 - 2015)

>   *Adjunct Law Professor*. Taught legal research and writing to international law students during
>   summer semesters.

Paul & Hanley LLP, Berkeley, CA (2000 – 2011)

> *Partner/Managing Attorney.* Represented individuals in personal injury/wrongful death cases involving occupational toxins. Assignments included participating in hundreds of depositions, propounding and answering written discovery, engaging in investigation and document review, participating in law and motion practice, and assisting in various aspects of jury trials. Oversaw the work of attorneys, investigators, legal secretaries, law clerks, and administrative assistants.

Office of the State Courts Administrator, Tallahassee, FL (1994 - 1997)

> *Court Operations Consultant.* Responsibilities included providing The Supreme Court of Florida with technical assistance in the area of judicial management.

The National Center for State Courts, Williamsburg, VA (1992 - 1994)

> *Staff Associate.* Responsibilities included researching and analyzing court management topics, as well as providing technical assistance to courts throughout the nation.

## PUBLICATIONS

California Basic Practice Handbook (CEB, Last Updated 2016)

California Tort Guide (CEB, Last Updated 2017)

California Tort Forms From Expert Litigators (CEB, Discontinued in 2017)

# Exhibit 4

# ARIEL STRAUSS

2748 Adeline St., Suite A, Berkeley, CA 94703          510-900-9502x702          astrauss@greenfirelaw.com

## EXPERIENCE

**OF-COUNSEL**, *Greenfire Law*- Berkeley, CA                                              2019 - present
- Advocate on behalf of individuals and non-profits in municipal hearings and writ litigation pertaining to affordable housing, CEQA compliance, water quality, zoning approvals and telecommunications law.

**REGULATORY COUNSEL**, *Small Business Utility Advocates*- San Francisco, CA                2019 - present
- Represent small business interests in dozens of Public Utilities Commission proceedings addressing climate change, electric grid hardening, PG&E bankruptcy, public safety power shutoffs, distributed solar and rate-setting.
- Cross-examine witnesses, prepare testimony and draft and file motions and pleadings before the Commission.

**ASSOCIATE ATTORNEY**, *Levy, Levy & Levy*- San Rafael, CA                                2013 - 2019
- Represented buyers, sellers and lenders in closing $500+ million in multifamily new construction, substantial rehibition and refinancing closings.
- Counseled lenders in regulatory compliance, underwriting and risk management, prepared documents, negotiated deal points, obtained title insurance and ALTA surveys and handled conference calls and in-person loan closings.
- Represented owners in entity formation, construction, purchase, sale and closing of Freddie/Fannie/FHA-insured loans, bonds and tax-credit financing.
- Independently handled all aspects of modifying hundreds of FHA-insured multifamily mortgages.
- Supervised and trained first-year associate

**JUDICIAL CLERK TO JUSTICE U. VOGELMAN**, *Supreme Court of Israel*- Jerusalem, Israel          2014
- Briefed the Justice on constitutional and administrative law issues pertaining to cases before the Court.
- Presented to visiting delegations on the role of the Court, composed English-language correspondences, edited translations of opinions and confirmed accuracy of the application of European and common-law doctrines.

**PUBLIC LAW ASSOCIATE**, *Meyers, Nave, Riback, Silver & Wilson*- Sacramento, CA            2012 - 2013
- Served as assistant general counsel to cities and special districts in northern California.
- Drafted zoning ordinances, leases, public contracting RFQs, utility easements and property sale agreements.

**LAW CLERK**, *Los Angeles City Attorney's Office, Airports Division*- Los Angeles, CA        2011 - 2012
- Advised on matters pertaining to airport operations, compliance with FAA regulations, sale of airport assets, lawsuits against delinquent franchisees, employee discipline, disability access and terminal leasing.

**LAW CLERK**, *Los Angeles County Counsel, Real Property Division*- Los Angeles, CA          Summers 2009/2010
- Provided prompt analysis on a wide range of issues, including land use policies and environmental impact reports.
- Drafted briefs and declarations for County's first administrative action against a hazardous-waste handler.

**EXTERN TO JUDGE K. M. WARDLAW**, *U.S. Court of Appeals for the Ninth Circuit*- Pasadena, CA   Summer 2008
- Composed draft appellate opinions on political asylum, insufficient assistance of counsel and search and seizure.

## EDUCATION

**UCLA SCHOOL OF LAW**, Los Angeles, CA
Juris Doctorate, *David J. Epstein Program in Public Interest Law & Policy*, June 2011.
GPA: 3.36
- Staff member on *Journal of International Law & Foreign Affairs*.
- Translated Hebrew-language legal materials for Professors Neil Netanel, David Nimmer and Eugene Volokh.
- Coordinator of UCLA Mobile Clinic, overseeing volunteer attorneys and law students, training and follow-up for a weekly, street-side legal clinic; performed hundreds of client interviews to spot issues and prepare action plans.

**UCLA SCHOOL OF PUBLIC AFFAIRS**, Los Angeles, CA
Masters of Arts in Urban Planning, *Design & Development Focus*, June 2011.
GPA: 3.78
- Associate Editor of *ACCESS Magazine,* periodical of the University of the California Transportation Center.

**BRANDEIS UNIVERSITY**, Waltham, MA
Bachelors of Arts, *cum laude,* in Politics and History. Minors in Economics, Legal Studies and Social Policy, May 2007.

**PUBLICATION:** *An Enduring American Heritage: A Substantive Due Process Right to Public Wild Lands*, 51 ELR 10026 (2021).

**BAR ADMISSIONS:** California, New York, Washington State (inactive).

# Exhibit 5

# ALEXANDRA J. MONSON

30 Starbuck Drive, Unit 117, Green Island, NY 12183          (518) 364-3192/alexandra.j.monson@gmail.com

**PROFESSIONAL EXPERIENCE**

**Animal Legal Defense Fund**                                                    Cotati, California
*Litigation Fellow*                                                    September 2018 – Present

- Acted as lead and secondary counsel in all aspects of litigation—including researching, drafting, and filing briefs—for over 25 cases and projects
- Supported lawsuits and letters to agencies with depositions, declarations, and expert testimony
- Identified legal issues, researched and analyzed litigation targets, and developed new cases and theories
- Supervised litigation clerks and managed pro bono counsel
- Established non-lethal agency wildlife management plans by coordinating and drafting coalition letters with several animal welfare and environmental organizations
- Challenged trophy hunting, captive hunting, and the transfer and exhibition of animals at zoos by drafting and submitting comments to federal agencies on behalf of the organization and its members
- Spearheaded the creation and implementation of animal rescue and placement policies and resources to successfully place animals in permanent homes
- Drafted, negotiated, and executed third-party contracts on behalf of the organization regarding animal rescue and placement
- Secured sanctuary partnerships for animal rescue and placement following legal victories
- Developed an organization-wide framework for a cross-departmental factory farming campaign
- Educated the public by drafting and reviewing press releases, blog posts, and action alerts
- Represented clients and the organization in court appearances, conferences, and media interviews

**Animal Legal Defense Fund**                                                    Cotati, California
*Litigation Clerk*                                                    May 2017 – August 2017

I was responsible for developing strategic litigation, presenting memoranda, and formulating lawsuit recommendations based on factual and legal research. I also challenged government actions affecting animals by submitting regulatory comments, supported by legal arguments, and sending enforcement request letters.

**Mercy For Animals**                                                    Los Angeles, California
*Legal Intern*                                                    May 2016 – July 2016

During my summer internship, I made recommendations for future undercover investigations by researching and analyzing state laws, cases, and secondary sources regarding animal cruelty and investigations. I also analyzed past undercover investigations and resulting criminal and civil charges by creating, updating, and formatting an internal database.

**Callanan Industries, Inc.**                                                    Schenectady, New York
*Environmental Manager*                                                    October 2012 – July 2015

I was responsible for ensuring environmental compliance for over 20 mining, asphalt, and concrete manufacturing facilities. I did this by identifying and prioritizing environmental risks and implementing appropriate controls and abatement mechanisms. I also assisted site managers with federal and state law compliance and collaborated with outside counsel to address legal updates. I managed the company's Certified Wildlife Habitat site and organized a volunteer committee to designate a walking trail on the site and routinely monitor spotted turtles. I was nominated for a national Outstanding Community Ambassador Award.

**General Electric Power & Water**                                                    Trevose, Pennsylvania
*Environmental Health & Safety Co-Op*                                                    June 2011 – August 2011

I prepared the site for the Occupational Safety and Health Administration's Voluntary Protection Program (VPP) qualification.

# ALEXANDRA J. MONSON

30 Starbuck Drive, Unit 117, Green Island, NY 12183        (518) 364-3192/alexandra.j.monson@gmail.com

## MAJOR LITIGATION AND PRESENTATIONS

***Caru SPCA v. Susan B. Anthony, et al.,* No. FCS049705 (Cal. 2017)**
*Civil lawsuit against a dog breeder and hoarder for violating the California Pet Breeder Warrant Act and several local ordinances. Following orders granting summary adjudication and summary judgment, the court recently granted a permanent injunction indefinitely prohibiting the defendant from owning dogs.*

***Animal Legal Defense Fund v. Olympic Game Farm, et al.,* No. 3:18-cv-06025-RSL (W.D. Wa. 2018)**
*Lawsuit against a roadside zoo in Washington for violations of the Endangered Species Act and state public nuisance law. The public nuisance cause of action survived a motion to dismiss.*

**Speak for Wolves Conference, 2019**
*Letters to Litigation. Addressing the cruel and indiscriminate practices of Wildlife Services, the state environmental laws that can be used to attack its local contracts for wildlife management, past and current litigation efforts, and how members of the public can participate in challenging these contracts.*

**Captive Aquatic Animals in Public Aquariums, 2019**
*Webinar detailing the horrors that captive aquatic animals face, relevant laws that aim to protect them, case examples, and recent policies and bills that hope to end captive aquatic animal suffering.*

**5th Annual California Animal Law Symposium at Golden Gate University School of Law, 2019**
*Concerns for Animals in Entertainment and the Path of Protection Through Litigation. An overview of the plight of animals used for entertainment, applicable federal, state, and local laws that address animals used for entertainment, and several practical case examples on how the law can help protect these animals.*

## BAR ADMISSIONS
California State Bar, 2019
Northern District of California, 2019
New York State Bar, candidate for July 2021 exam (results pending)

## EDUCATION
**Emory University School of Law**                                              Atlanta, Georgia
*Juris Doctor*                                                                        May 2018
3.44 GPA
Merit Scholarship; Dean's List (Spring 2016); Emory Graduating Women of Excellence Award;
Second Place, New York State Bar Association Committee on Animals and the Law, 2018 Student
Writing Competition; President, Student Animal Legal Defense Fund Chapter; Research Assistant,
Professor Ani B. Satz; Speaker, TEDxEmory Salon; Emory Law Mock Trial; Emory Public Interest
Committee; Environmental Law and Conservation Society; Legal Association for Women Students

**Villanova University**                                              Villanova, Pennsylvania
*Bachelor of Science in Chemical Engineering*                                September 2012

## ADDITIONAL RELEVANT EXPERIENCE
- Member and volunteer at New York State Humane Association
- Volunteered for The Humane League and Mercy For Animals
- Volunteered at Rancho Compasión, Catskill Animal Sanctuary, Goatlandia and Little Brook Farm
- Fostered a total of 20 cats from Furkids in Atlanta, Georgia

# ALEXANDRA J. MONSON

30 Starbuck Drive, Unit 117, Green Island, NY 12183          (518) 364-3192/alexandra.j.monson@gmail.com

**REFERENCES**

**Amanda Howell**                                                                      (707) 795-2533, ext. 1037
Animal Legal Defense Fund, *Senior Staff Attorney*                                ahowell@aldf.org

> Amanda was my supervising attorney at ALDF. Amanda has overseen my presentations of case proposals, recommendations and updates at Litigation Program meetings, and has conducted my Quarterly Performance Reviews.

**Kera Melrose**                                                                      (707) 795-2533, ext. 1073
Animal Legal Defense Fund, *Legal Campaigns Program Director*                     kmelrose@aldf.org

> Kera currently supervises my role at ALDF securing animal rescue and placement following legal victories. In this role, I have secured rescue and placement for companion animals and exotic wild animals.

**Ani Satz**                                                                          (404) 712-9505
Emory University School of Law, *Professor of Law*                                asatz@emory.edu

> Professor Satz was my mentor during my three years at Emory Law. I participated in Professor Satz's Animal Law Seminar course where I authored *A Case for Animal Welfare Act ("AWA") Regulation of Captive Hunt Facilities* which won second place in the 2018 Student Writing Competition hosted by the New York State Bar Association Committee on Animals and the Law.

**Rhani Lott**                                                                        (404) 727-6829
Emory University School of Law, *Adjunct Professor*                               rhani.m.lott@emory.edu

> Professor Lott was the Mock Trial Society Advisor when I was a member of the team for two years. Professor Lott observed several of my mock trial presentations and I was an active participant in her Pretrial Litigation course.

**Exhibit 6**

# Jessica L. Blome

(641) 431-0478 | jblome@greenfirelaw.com

## Legal Experience

| | |
|---|---|
| Licensure: | California (2017) |
| | Missouri (2007) |
| | U.S. District Courts in California, Missouri, and New York |
| | U.S. Court of Appeals for the First, Eighth & Ninth Circuits |
| | U.S. Supreme Court |
| | Turtle Mountain Band of Chippewa Indians Tribal Court (Inactive) |

**Greenfire Law, PC**

*Shareholder*                                                                                                          2021-present
*Senior Associate Attorney*                                                                                 2018-2021

Litigation attorney for public interest environmental law firm, specializing in wildlife and public lands, tribal law, animal protection, public health, open government, telecommunications, land use, and complex citizen suits involving all environmental media

**San Francisco Ethics Commission**

*Deputy Director, Enforcement & Legal Affairs*                                                2016-2018

Responsible for overseeing City and County enforcement of governmental ethics laws, including campaign finance, public financing, open government, public records, lobbying, and conflict of interest provisions with immediate, direct supervisory responsibilities for four investigators, one fines collection officer, legal interns, and the office personnel manager as well as indirect supervisory responsibilities for fifteen additional staff

Review existing law and regulations in preparation for department-wide policy assessment regarding the effectiveness of all aspects of department obligations, including compliance, advice, education and outreach, and enforcement

Responsible for ensuring department compliance with state open government and public records laws as the Commission's Public Information Officer

Engage in administrative advocacy in the form of issue analysis, memorandum preparation, and presentations to commissioners

Litigate enforcement actions, which include probable cause hearings, motions practice, discovery, and witness examination before an administrative body

**Animal Legal Defense Fund**                                                                               Cotati, CA

*Senior Staff Attorney, Litigation Program*                                                      2013-2016

Developed strategic impact litigation to protect the interests of animals at a national, non-profit organization, which included claims for violations of the National Environmental Policy Act; Endangered Species Act; Administrative Procedure Act; FOIA; California Environmental Quality Act; citizen enforcement of state environmental, animal welfare, gambling, public nuisance, and criminal codes; and the Public Trust Doctrine

Responsible for advocacy campaigns involving farmed animal and wildlife protection, which included the development of petitions for rulemaking to state and federal agencies, rulemaking comments, and follow up litigation; press strategy; and coalition creation and

1

management

Drafted public comments on behalf of ALDF or a coalition of organizations to be submitted to state or federal agencies with regulatory authority over animals and wildlife

Prepared public communications, including press releases, factsheets, and white papers; delivered effective messages to reporters; and gave talks at relevant conferences.

Responsible for training legal fellows in litigation skills and trial tactics; served as the organization's trial tactics resource; developed and implemented an internal filing protocol, mentoring program for legal fellows, and two-day deposition training program; drafted organization's litigation hold letter; served as litigation representative on informal document retention policy committee

Managed law student interns in-office and remotely; responsible for intern orientation, training, supervision, feedback, and development

**Missouri Attorney General's Office**                                                Jefferson City
*Assistant Attorney General, Agriculture & Environment Division*                    2007-2013

Represented the Missouri Departments of Natural Resources and Agriculture in civil litigation to enforce the following laws:

- Missouri Clean Water, Safe Drinking Water, Solid Waste Management, Hazardous Waste Management, and Air Conservation Laws, as well as the Missouri Land Reclamation and Administrative Procedure Acts;
- Federal Clean Water Act, Safe Drinking Water Act, RCRA, CERCLA (Remediation and NRDAR), NEPA, APA, Flood Control Acts of 1944 and 1958;
- Animal Welfare Act, Food, Drug & Cosmetic Act

Lead counsel to the Missouri Natural Resource Damage Trustee in complex litigation and settlement negotiations involving multi-million-dollar natural resource damage assessments and restoration plans for injuries resulting from lead, zinc, and copper mining in the Viburnum Trend Lead Mining District, the Tri-State Lead Mining District (Tar Creek Superfund Site), and the Old Lead Belt. Familiar with heavy metals contamination and its impacts on human health and the environment, natural resource valuation methods, remediation options for metals contamination in aquatic and terrestrial habitats and drinking water, processes and legal requirements for restoration implementation, federal consent decree negotiations, and covenants not to sue

Uniquely experienced in identifying and remediating pollution caused by subsurface smoldering events (underground landfill fires); nutrient contamination in waterways; uranium processing; lead mining, transport, and processing/smelting; solvent contamination from manufacturing

Advised the Attorney General and state agency leaders in legal matters and administrative proceedings involving the interests of the agencies, including the impact and interpretation of pending and approved legislation, administrative decisions, and judicial opinions.

Served as the Missouri AGO's liaison on natural resource damage issues and safe drinking water priorities and responsibilities for primacy designation with Interior, EPA, and the Missouri Departments of Health and Natural Resources.

Extensive experience drafting pleadings and briefs, appeal recommendations, settlement proposals, and all other documents related to litigation

*General Counsel, Administrative Agencies*                                            2007-2013

Represented and advised the Missouri State Milk Board and Missouri Safe Drinking Water Commission in agency proceedings, appeals, enforcement actions, and rulemaking procedures

Responsible for advising the Missouri Safe Drinking Water Commission on rulemaking strategy and interpretation, including ideas for strategic litigation designed to ensure the Commission's broad interpretation of the term "community water system" was accepted in court

Responsible for all aspects of legal management for the independent Missouri State Milk Board, including contract development and negotiation, administrative rulemaking, administrative adjudications, and state court enforcement of food safety laws

*Unit Leader, Canine Cruelty Prevention Unit*                                         2009-2013

Independently developed and managed successful prosecution program for the enforcement of the Missouri Animal Care Facilities and Canine Cruelty Prevention Acts

Oversaw the AGO's Consumer Protection Division, which included complaint managers, investigators, and attorneys with respect to consumer/animal welfare crossover cases

Oversaw the Missouri Department of Agriculture's Animal Care Program along with the Missouri Department of Agriculture's Animal Care Program Director

*Intern Coordinator*                                                                  2009-2013

On behalf of the Administration, oversaw the Missouri AGO's intern program: responsible for interviewing intern applicants; hiring and placing interns in the AGO's twelve divisions; training and managing division intern managers; designing intern program; developing and analyzing end-of-summer surveys; and implementing improved intern training protocols

Served as intern manager for the Agriculture and Environment Division; responsible for the day-to-day management of assignments, workload, and work product review for two full-time interns each summer

## Education

**University of Iowa College of Law**                                           Iowa City, Iowa
Juris Doctor (Top 33%)                                                                  May 2007
Editor in Chief, *Journal of Gender, Race & Justice*
Published at 10 J. GENDER, RACE & JUST. 481 (2007)
1st Place/Best Advocate, Jessup International Law Moot Court Competition, IA
1st Place Team Oralist and 1st Place Best Brief, Jessup Regional Moot Court, IN
Competitor, Shearman & Sterling Jessup International Law Moot Court, Washington D.C.

**University of Northern Iowa**                                                 Cedar Falls, Iowa
Bachelor of Arts in Organizational Communication                                        May 2004
Minors in Journalism and Ethics
Class Rank: 6/967 B.A. Liberal Arts Degrees, Cumulative GPA: 3.98
*Summa Cum Laude*
Purple and Old Gold Award (ranked first in major)
Dean's Scholar (full-tuition merit scholarship)
News Editor, *Northern Iowan*

3

## Professional Awards

| | |
|---|---|
| California Top Appellate Victory Award, Consumer Protection | 2022 |
| California Attorney of the Year Award | 2022 |
| Missouri Up & Coming Lawyer Award | 2013 |
| Missouri Alliance for Animal Legislation Special Recognition Award | 2013 |
| Litigate Like a Champion Award, Agriculture & Environment Division | 2012, 2013 |
| Attorney General's Award for Extraordinary Contribution to the Office | 2010 |
| Attorney General's Award for Excellence in Client Service | 2009 |
| Ruth Culbertson Memorial Award, Outstanding Service to *Northern Iowan* | 2004 |

## Professional Invitations

| | |
|---|---|
| Delegate, Brooks Congress | 2024 |
| Panelist, Public Interest Environmental Law Conference: ESA Take Litigation, State Wildlife Litigation Strategies, Wolf Litigation Update | 2023 |
| Panelist, Speak for Wolves: State Wildlife Litigation | 2022 |
| Panelist, Animal Grantmakers | 2021 |
| Panelist, Rewilding, ABA International Animal Law Series, Lewis & Clark Law School Lecture Series, and Harvard Law School's Animal Law Week | 2021 |
| Lecturer, Golden Gate University School of Law, Animal Law Class | 2021 |
| Lecturer, University of San Francisco School of Law, Animal Law Class | Annually |
| Panelist, Climate Change, Animal Law Conference | 2019 |
| Panelist, Wildlife for All Conference, Public Trust Resource Litigation | 2018 |
| Panelist, Local Agency Roundtable, Council on Governmental Ethics Laws | 2017 |
| Panelist, Animal Law Conference: Changing Perceptions of Captive Wildlife | 2016 |
| Panelist, Speak for Wolves: Aesthetic Injury: What is it and how does it work? | 2016 |
| Panelist, PIELC: ESA applied to Captive Wildlife | 2016 |
| Golden Gate University: Legal Strategies for Stopping Predator Derbies | 2016 |
| Judge, National Animal Law Competition | 2015 |
| Lecturer, MDA/USDA: "Understanding Missouri Animal Welfare Legislation" | 2009-2013 |
| Instructor, NITA Trial Training & Deposition Programs, Missouri AGO | 2011-2013 |
| Lecturer, MO State Investigators Association, "Witness Prep & Missouri Courts" | 2013 |
| Lecturer, University of Missouri School of Law Agricultural Law Class | 2011, 2012 |
| Lecturer, University of Missouri School of Law Energy Law Class | 2012 |
| Panelist, MEEA Spring Conference: "Civil Penalties & Persuading Judges" | 2012 |
| Lecturer, MDA/USDA Annual Training: "Witness Preparation and Demeanor" | 2010, 2012 |
| Panelist, MEEA Spring Conference: "Missouri's Water Quality Enforcement Initiative at the Lake of the Ozarks" | 2011 |

## Associations and Community Service

Member of the City of Berkeley Fair Campaign Practices Commission and Open Government Commission; California Bar Association, Environmental Law Group; Alameda County Bar Association; Missouri Bar Association, Environmental and Energy Law Committee; Member, Unitarian Universalists of Petaluma, Social Action Committee 2011-2013; Member, Elwood L. Thomas Inn of Court 2008-2013; Training Chair, Midwest Environmental Enforcement Association (MEEA) 2009-2013; Co-chair, Gaines Project, a pipeline project of the Missouri Solicitor General 2011-2013; Fundraising Committee, HALO Foundation

**Representative Cases**

*WildHorse Education v. U.S. Bureau of Land Management* (2023) (NEPA and APA action against federal agency for violations of the Wild and Free Roaming Horse and Burro Act's humane handling requirements)

*Humane Farming Association, et al. v. Boone County, Illinois* (2023) (action for writ of mandate against county officials to prohibit the permitting of Mexican-style rodeo events due to evidence of extreme animal suffering)

*Mountain Lion Foundation, et al. v. Utah Division of Wildlife Resources* (Utah 2023) (constitutional challenge to Utah's statutory mandate that deprived the department of authority to regulate the hunting of mountain lions, including by eliminating season and quota setting and requiring the use of traps and snares to hunt mountain lions year-round)

*Humane Farming Association, et al. v. USDA's Wildlife Services* (New Mexico 2022) (NEPA challenge to Wildlife Service's use of aerial gunning to kill wild cattle in Wilderness Areas)

*WildEarth Guardians, et al. v. Montana Department of Fish, Wildlife and Parks* (Mon. 2022) (constitutional challenge to Montana's wolf statutes and policies; won temporary restraining order halting wolf hunt for three weeks)

*Animal Wellness Action, et al. v. Soccer Wearhouse* (Los Angeles Cty, California, 2022) (unfair competition claim alleging organizational mission diversion injury due to outfitter's sale of soccer cleats with kangaroo leather in violation of California law)

*Sierra Club, et al. v. Contra Costa County* (Contra Costa Cty, California, 2021) (CEQA claim; won injunction against construction of a residential housing development sited outside the urban growth boundary in protected open space)

*Great Lakes Wildlife Alliance, et al. v. Wisconsin Department of Natural Resources* (Wis. 2021) (constitutional claim against state for illegally hosting a hunt of gray wolves, won injunction stopping hunt)

*Farm Sanctuary, et al. v. United States Dept. of Agriculture* (W.D. Ny, 2021) (two lawsuits against federal government for failing to regulate the slaughter of pigs)

*Tracey K. Kuehl, et al. v. Pamela Sellner, et al.* (Delaware Cty, Iowa, 2020) (contempt action against owners of roadside zoo violating injunction and selling or killing exotic animals)

*Save the Hill Group v. City of Livermore* (Alameda Cty, California, 2019) (CEQA claim against local municipality)

*Animal Legal Def. Fund, et al. v. Fur-Ever Wild, et al.* (U.S. Dist. Minn., 2019) (action against owners of fur farm under Section 9 of the Endangered Species Act for skinning and selling the pelts of endangered gray wolves)

*Tracey K. Kuehl, et al. v. Pamela Sellner, et al.* (Delaware Cty, Iowa, 2019) (action against owners of roadside zoo for creating a public nuisance)

*Larry Lee v. Amazon.com, Inc.* (Alameda Cty, California, 2019) (action seeking enforcement of Proposition 65 warning requirement for sales of cosmetic creams containing mercury)

*Animal Legal Def. Fund v. United States, et al.* (U.S. E.D. Ore., 2018) (action seeking enforcement of right to wilderness against federal government for failure to mitigate impacts of climate change on public lands ecosystems)

*Stop Syar Expansion, et al. v. Syar Industries, Inc.* (Napa Cty, California, 2018) (action challenging air emissions from rock quarry located in residential neighborhood under Proposition 65 and public nuisance)

*Dakota Metal Fabrication v. Tribal Employment Rights Office* (Turtle Mountain, North Dakota, 2018) (defended action against the Tribe to protect Tribe's jurisdiction over contractors operating on reservation lands)

*Western Plains Animal Refuge v. Jordan Breske* (Kansas 2016) (action challenging coyote hunting contest based on public nuisance theory) (lead counsel for plaintiff).

*Tracey K. Kuehl, et al. v. Pamela Sellner,* et al. (U.S. N.D. Iowa, 2016) (action against owners of roadside zoo under Section 9 of the Endangered Species Act regarding endangered lions) (lead counsel for plaintiff).

*Tracey K. Kuehl, et al. v. Pamela Sellner,* et al. Case No. C14-02034, (U.S. N.D. Iowa, 2014) (action against owners of roadside zoo under Section 9 of the Endangered Species Act regarding endangered tigers, lemurs, and wolves) (lead counsel for plaintiff).

*Animal Legal Def. Fund, et al. v. Mendocino County Board of Supe.* Case No. SCUK-CVPT-14-64916 (Mendocino Cty, Ca. 2016) (action against county government for failing to comply with CEQA before contracting with the federal government to perform lethal predator management) (lead counsel for plaintiff ALDF and primary liaison for coalition to outside counsel).

*Animal Legal Def. Fund, et al. v. Monterey County Board of Supe.* (Monterey Cty, Ca. 2016) (action against county government for failing to comply with CEQA before contracting with the federal government to perform lethal predator management) (lead counsel for plaintiff ALDF and primary liaison for coalition to outside counsel).

*Barbara Keith, et al. v. Commw. Penn. Dept. of Ag.* PICS Case No. 15-0775 (Pa. Commw. May 13, 2015) (action against Pennsylvania for ultra vires agency action in promulgating rules that conflict with statutory language) (lead counsel for plaintiffs).

*Animal Legal Def. Fund v. Vilsack,* 110 F.Supp.3d 157 (U.S. D.D.C. 2015) (action challenging USDA's pattern and practice of renewing animal exhibitor licenses without regard to compliance under the Animal Welfare Act) (lead counsel for plaintiffs).

*Thompson v. Freilino,* Case No. 14-01-25CV (Harney Cty., Or. 2014) (action challenging coyote hunting contest based on public nuisance theory) (lead counsel for plaintiff).

*United States of America v. Teck American, Inc., et al.* Case No. 4:13-cv-2548 (U.S. E.D. Mo. 2014) (action under CERCLA against lead mining and smelting companies for natural resource damages) (lead counsel for Missouri).

*United States of America v. Cyprus Amax Minerals, et al.* Case No. 4:14-cv-01876 (U.S. E.D. Mo. 2014) (action under CERCLA against lead mining and smelting companies for natural resource damages) (lead counsel for Missouri).

*United States of America v. U.S. Steel Corp.* Case No. 14-cv-5078 (U.S. W.D. Mo. 2014) (action under CERCLA against lead, zinc, and copper mining and smelting companies for natural resource damages) (lead counsel for Missouri).

*State of Missouri ex. rel. Chris Koster v. Republic Services, Inc., et al.* Case No. 13SL-CC01088

(St. Louis Cty, Mo. 2013) (action against landfill owner for underground landfill fire) (lead counsel for plaintiff through lodging of agreed preliminary injunction order).

*Humane Society of the United States v. Missouri*, 405 S.W.3d 532 (Mo. 2013) (defending against constitutional challenge to rescue licensing provision in Animal Care Facilities Act) (lead counsel for Plaintiff, succeeded after argument before Missouri Supreme Court).

*State of Missouri ex. rel. Chris Koster v. Morningland of the Ozarks,* et al. 384 S.W.3d 346 (Mo. App. W.D. 2012) (action under Missouri food safety laws for impoundment and destruction of cheese products contaminated with *Listeria*) (counsel for plaintiff).

*State of Missouri ex. rel. Chris Koster v. Tim Holland,* Case No. 08DU-CC00161 (Dunklin Cty, Mo. 2012) (action under Missouri Safe Drinking Water Law to compel mobile home park owner to comply with construction requirements for community water systems) (lead counsel for plaintiff).

*State of Misosuri ex. re. Chris Koster v. Armand Bechard, et al.* Case No. 0931-CN15897 (Greene Cty, Mo. 2012) (action under Missouri food safety law for unlawful sale of raw milk) (counsel for plaintiff).

*State of Misosuri ex. re. Chris Koster v. Organic Disposal Services, Inc.* (Polk Cty, Mo. 2012) (action under Missouri Clean Water Law for illegal dumping of animal carcasses, nutrient and organics pollution in nearby stream, remediation costs recovery, and natural resource damages) (co-counsel for plaintiff).

*Samuel T. Smith v. McGinnis Estates Homeowners Assoc.,* Case No. 11-3135-cv (W.D. Mo. 2012) (intervened in citizen suit under federal Safe Drinking Water Act to compel homeowners association to comply with construction requirements for community water systems) (lead counsel for plaintiff).

*State of Missouri ex. rel. Chris Koster v. U.S. Army Corps of Engineers*, 32011 WL 1630339 (U.S. E.D. Mo. 2011) (action under Missouri Clean Water Law to prohibit the Corps from breaching a levy and flooding thousands of acres of Missouri farmland) (co-counsel for plaintiff).

*State of Missouri ex. rel. Chris Koster v. Black Oak Organics, Inc.,* et al., Case No. 10LW-CC00068 (Lawrence Cty, Mo. 2011) (action under Missouri Clean Water Law to compel owners of an organics composting facility to remediate pollution of nearby losing stream) (lead counsel for plaintiff).

# Exhibit 7

# SUSANN M. BRADFORD

4261 35th Avenue ▪ Oakland, CA 94619 ▪ (406) 207-1971 ▪ sbradford@ggu.edu

## Education

**Juris Doctor, May 2021**
Golden Gate University School of Law

**Honors:** Rose Elizabeth Bird Award for Professionalism and Integrity (2021)
Leslie Rose Excellence in Advocacy (2021)
Academic Excellence in Environmental Law (2021)
Lynne Saxton Memorial Award (2021)
Law Journal Award for Dedication and Excellence (2021)
Honors Lawyering Program Outstanding Student Award (2021)
Environmental Law and Public Interest Law Distinctions
Witkin Award for Excellence: Legal Writing and Research I & II
CALI Award for Excellence: Federal Environmental Law & Policy, Contract Law, Evidence

**Activities:** Editor in Chief, Golden Gate University Environmental Law Journal
California Water Law Symposium; Public Interest Law Foundation
National Environmental Law Moot Court Competition
Teaching Assistant: Property Law and Evidence Law
Honors Lawyering Program

**Doctor of Education, Curriculum & Instruction, 2007**
The University of Montana, School of Education
Dissertation: *The Use of Mathematics Dialogues to Support Student Learning in High School Prealgebra Classes*

**Montana Secondary Teaching Certificate, Mathematics, 2004**
The University of Montana, School of Education

**Master of Science, Environmental Studies, 1992**
College of Arts & Sciences, The University of Montana
Professional Paper: *An Interpretation of Collaborative Water Planning in Upper Clark Fork Basin, Montana*

**Bachelor of Arts, 1989**
St. John's College, Santa Fe, NM

## Professional Licensure

2021 – present   State Bar of California, State Bar No. 341338

2019 – 2021   State Bar of California PTLS Certification, 2019-2021

2004 – 2018   Educator License, Secondary Mathematics
State of Montana, Office of Public Instruction

## Professional Experience

2022 – present   **Associate Attorney, Greenfire Law P.C.,** Berkeley, CA
Environmental and Land Use Law, litigation

| 2021 – 2022 | **Graduate Fellow, Environmental Law and Justice Clinic** |
| | Golden Gate University School of Law, San Francisco, CA |

| 2019 – 2021 | **Law Clerk, Environmental Law and Justice Clinic** |
| | Golden Gate University School of Law, San Francisco, CA |

| 2020 | **Legal Intern, San Francisco City Attorney's Office** |
| | San Francisco, CA |

| 2020 | **Summer Law Clerk, Earthjustice** |
| | California Regional Office, San Francisco, CA |

| 2019 | **Legal Intern, Honors Lawyering Program** |
| | Golden Gate University School of Law, San Francisco, CA |

| 2011 – 2018 | **Adjunct Instructor, Davidson Honors College** |
| | The University of Montana, Missoula |

| 2005 – 2018 | **Adjunct Instructor, Missoula College (UM College of Technology)** |
| | The University of Montana, Missoula |

| 2008 | **Adjunct Instructor, Continuing Education** |
| | Online Programs, The University of Montana, Missoula |

| 2005 – 2006 | **Mathematics Teacher, Frenchtown High School** |
| | Frenchtown Montana |

| 2004 | **Mathematics Teacher, Willard Alternative High School** |
| | Missoula, MT |

| 1999 – 2005 | **Substitute Teacher, Missoula County Public Schools** |
| | Missoula, MT |

| 1999 – 2002 | **Office Manager: Nonprofit Organization** |
| | Cold Mountain, Cold Rivers, Missoula, MT |

| 1993 – 1998 | **Operations Manager: Small Business** |
| | Missoula Valley Recycling, Missoula MT |

| 1984 – 1986 | **Student Intern: Legislative Liaison & Intergovernmental Affairs** |
| | Mayor Harold Washington's Office, City of Chicago, Chicago, IL |

## Professional & Public Service

| 2020 – 2021 | **Editor in Chief, Golden Gate University Environmental Law Journal** |
| | Golden Gate University School of Law, San Francisco, CA |

| 2020 – 2021 | **California Water Law Symposium** |
| | Panel Co-Chair (2021); Organizing Committee Volunteer (2020) |

| 2019 – 2020 | **Vice President, Public Interest Law Foundation** |
| | Golden Gate University School of Law, San Francisco, CA |

| 2012 – 2018 | **St. John's College Alumni Association**<br>Secretary, 2014-2018; Board of Directors, 2012-2014<br>St. John's College, Annapolis, MD and Santa Fe, NM |
|---|---|
| 2012 – 2017 | **General Education Committee, Chair (2016-2017)**<br>The University of Montana |
| 2013 – 2016 | **Faculty Senator**<br>The University of Montana |
| 2010 – 2013 | **University Council**<br>The University of Montana |
| 2010 – 2012 | **Day of Dialogue Committee**<br>The University of Montana |
| 2010 – 2011 | **Forward Thinking, High Achieving: 21st Century Initiative**<br>Co-Chair, Student Outcomes Workgroup, Missoula County Public Schools |
| 2009 – 2012 | **Faculty Senator**<br>The University of Montana |
| 2009 – 2010 | **Course Coordinator: Prealgebra**<br>Missoula College, The University of Montana |
| 2008 | **Curriculum Development:** *Nature & Society*<br>Missoula College, The University of Montana |
| 2005 – 2006 | **Applied Research: Student Survey for Program Evaluation**<br>Willard Alternative High School, Missoula, MT |
| 2002 – 2003 | **Jeannette Rankin Peace Center**<br>Board Member.  Missoula, MT |
| 2002 – 2003 | **Students for Peace & Justice**<br>The University of Montana, Missoula, MT |
| 1993-1995 | **Earth Restoration Workshops**, Project Coordinator<br>Wounded Earth Environmental Project, Missoula, MT |
| 1989 – 1992 | **Environmental Education Projects,** volunteer<br>Ursid Research Center, International Wildlife Film Festival<br>Institute of the Rockies, Missoula, MT |

## Presentations, Papers & Publications

| 2021 | Panel Co-Chair.  *Climate Change and FERC Hydropower Relicensing on the Tuolumne River*.<br>2021 California Water Law Symposium, online (January 30, 2021). |
|---|---|
| 2020 | *Vertical Consistency in the Climate Change Context*.  Golden Gate University Environmental Law Journal, Vol. 12:1, 107-44 (2020); https://digitalcommons.law.ggu.edu/gguelj/vol12/iss1/6/. |

2017    Organizer & Presenter.  *Review & Assessment of General Education.*  Community presentation and discussion of committee proposal for program assessment.  General Education Committee, The University of Montana (April 7, 2017).

2016    Presenter.  *Three ways of knowing: mythology, philosophy and science.*  Plenary Panel Discussion. Davidson Honors College, The University of Montana (October 5, 2016).

        Presenter.  *Revitalizing UM's General Education Framework.*  Community Discussion.  General Education Committee, The University of Montana (March 30, 2016).

2015    Presenter.  *That's not Literature: Exploring Euclid and Galileo as core texts for understanding mathematics and science as human ways of knowing.*  21st Annual Conference, Association for Core Texts and Courses (April 10, 2015).

2014    Guest Participant.  *Roundtable on Mathematics and Science as Liberal Arts: Newton, Faraday, Maxwell.* Science seminar demonstration. *What is Liberal Education For?*  50th anniversary Conference, St. John's College, Santa Fe (October 18, 2014).

        Chair.  *Education in a Specialized Age.*  Panel Discussion.  *What is Liberal Education For?*  50th anniversary Conference, St. John's College, Santa Fe (October 16, 2014)

2013    Organizer. *Advancing Collaborative Leadership Skills for the Global Century.*  Bringing Theory to Practice Seminar.  The University of Montana (February 8, 2013)

2012    Organizer & Facilitator. *What's Dialogue Got to Do with It?*  Panel discussion, Day of Dialogue 2012, The University of Montana (October 2012)

        Facilitator.  *Children and the Media.*  Panel discussion, 2nd Annual Montana International Children's Film Festival, Missoula MT (March 24, 2012)

2011    Organizer & Facilitator. *Pulling Together: Taking our Energy Future Seriously*. Panel Discussion. Day of Dialogue 2011, The University of Montana (October 2011)

        Presenter.  *Student Performance Framework.*  Presented curriculum framework to district teachers, on behalf of Student Outcomes Workgroup, 21st Century Initiative, Missoula County Public Schools (January 11, 2011).

2010    Organizer & Facilitator. *Why Does Dialogue Matter in a College Education?*  Panel discussion, Day of Dialogue 2010, The University of Montana (October 28, 2010).

        Organizer & Facilitator. *Tapping the Strength of America's Diversity*.  Roundtable discussion, Day of Dialogue 2010, The University of Montana (October 28, 2010).

2008    Sectional Presentation. '*Mathematics Dialogues' for Struggling Learners*. MEA-MFT Educator's Conference, Missoula, MT (October 17, 2008).

2007    Dissertation. *The Use of Mathematics Dialogues to Support Student Learning in High School Prealgebra Classes*. Proquest Digital Dissertations (Publication No. AAT 3278310).

2006    Paper. *Willard School Student Survey: Student Perceptions of What Works and What Doesn't at One Alternative High School Program.*  Applied Research.  Alternative High School, Missoula, MT.

2003    Organizer. *Teach-In: Responses to the Crisis in Iraq*. Colloquium. UM Students for Peace and Justice (March 12, 2003)

2002    Organizer. *Students' Open Forum on Global Issues*. Presentation series for local high school students, Cold Mountain, Cold Rivers, Missoula, MT

1995    Co-leader. *Stream Restoration /Slash Conversion*. Watershed restoration workshop. Eco-Design Arts Conference, University of Oregon (April 9, 1995)

1992    *An Interpretation of Collaborative Water Planning in Upper Clark Fork Basin, Montana*. Professional paper. The University of Montana.

## Instructional Portfolio

**Davidson Honors College (2011-2018)**
HONR 121L: Ways of Knowing I (Introduction to Humanities Seminar)
HONR 122E: Ways of Knowing II (Introduction to Ethics Seminar)

**Missoula College (UM College of Technology) (2005-2018)**
ENST 231 H: Nature & Society Seminar (Introduction to Environmental Studies)
AASC 100:  Introduction to the University Experience
AASC 101:  Study and Learning Strategies (online)
M120:  Elementary Functions (online)
M105:  Contemporary Mathematics
M095:  Intermediate Algebra
M090:  Introductory Algebra
M065:  Prealgebra

## Professional References

- **Greenfire Law PC.** Supervising Partners, Rachel Doughty and Jessica Blome; Phone: 510-900-9502; rdoughty@greenfirelaw.com, jblome@greenfirelaw.com.

- **Environmental Law and Justice Clinic.** Supervising Attorneys, Director Helen Kang, Phone: 510-917-1008, hkang@ggu.edu; Lucas Williams, Phone: 707-849-5198.

- **Earthjustice.** Supervising Associate, Greg Muren, Phone: 415-217-2037, gmuren@earthjustice.org.

- **Office of City Attorney of San Francisco.** Supervising Attorney, Deputy City Attorney Suzy Hong, Phone: 415-554-4664, Suzy.Hong@sfcityatty.org.

- **Golden Gate University School of Law, Environmental Law Certificate.** Professor Emeritus, Paul Kibel, Phone: 510-499-1649, pkibel@ggu.edu.

- **Educational Portfolio, Missoula College**, University of Montana, Dean Thomas Gallagher, Phone: 406-243-7801, Thomas.Gallagher@umontana.edu.

- **Educational Portfolio, Davidson Honors College,** University of Montana, Dean James McKusick, Davidson Honors College (2011-2015), Phone: -235-2181, mckusickj@umkc.edu.

# Exhibit 8

# Christian R. Bucey

**Greenfire Law, PC, P.O. Box 8055, Berkeley, CA 94707 - 510.900.9502 - cbucey@greenfirelaw.com**
**California Bar Number: 341921**

---

—

## Work Experience

### Greenfire Law, PC
*Associate Attorney, July 2021 – Present, Berkeley, CA*
- Manage animal and environmental law caseload including: client management, legal research, drafting pleadings, and drafting motions and oppositions
- Litigate cases concerning the Animal Welfare Act, California Environmental Quality Act, Freedom of Information Act, California Public Records Act, and Proposition 12

### Center for Student Conduct, University of California, Berkeley
*Conduct Coordinator, November 2017 – August 2019, & March 2021 - June 2021, Berkeley, CA*
- Investigate and adjudicate instances of academic and non-academic misconduct committed by students and recognized groups, including fraternities and sororities
- Manage a portfolio of cases concerning allegations of hazing, physical abuse, alcohol and other drug violations, theft, forgery, harassment, disruption of university activities, etc.
- Initiate informal and formal proceedings with various interventions, including Interim Suspensions, No Contact Directives, Exclusion from University housing, Suspension, and Dismissal from the UC System

### Office of the Dean of Students, Butler University
*Conduct Officer, January 2021 - May 2021, Indianapolis, IN*
- Investigate and adjudicate alleged violations of Butler University COVID procedures, including the Student Commitment for Personal and Community Well-Being
- Conduct Informal and Formal Conduct Reviews concerning violations of quarantine and isolation protocols

### Animal Legal Defense Fund
*Litigation Clerk/Remote Extern, May 2016 – December 2016, Cotati, CA*
- Researched and drafted predictive memorandum regarding possible petition for rulemaking to protect the welfare of companion animals
- Identified potential causes of action to address violations of federal law requirements for transportation of animals
- Drafted complaints regarding state animal cruelty violations with requests for both injunctive and declaratory relief

### Michigan State University Housing Law Clinic
*Student Clinician, August 2015 – May 2016, East Lansing, MI*
- Represented tenants in Michigan District Court through the Eviction Diversion Program facing eviction due to non-payment of rent, termination of tenancy, and recovery of possession
- Assisted student clinicians in organizing and drafting strategies regarding impending litigation concerning a potentially unlawful eviction
- Interviewed potential clients to assess the legality of their claims against their landlords and consulted with supervisor to decide which cases to accept

### Milbank, Tweed, Hadley, and McCloy
*Summer Intern, June 2015 – August 2015, Singapore Office*
- Drafted offering documentation for a consent solicitation relating to more than US$500 million of high yield bonds issued by an Indonesian corporation

- Researched and synthesized United Nations documents, national statutes, and secondary sources for pro bono project regarding the legal environment surrounding HIV/AIDS, including key at-risk and stigmatized populations, in several Asian countries
- Analyzed executive employment contracts to ensure protection of our client's intellectual property and provided recommendations for improving such protections

## Awards and Extracurricular Activities

- Wanda Nash Award, *State Bar of Michigan's Animal Law Section*, May 2017
- Panelist, *"20th Anniversary: Past, Present & Future," State Bar of Michigan's Animal Law Section Annual Meeting*, Oct. 2015
- Overall Champion, *Burton D. Wechsler First Amendment Moot Court Competition, Washington College of Law*, Oct. 2016
- Eve August Award, *Presented to top student in MSU Law Moot Court Competition*, Nov. 2015
- First Place Brief, *MSU Law Moot Court Competition*, Nov. 2015

## Education

**Michigan State University College of Law**
*Juris Doctor, May 2017*

**Ohio University**
*Bachelor of Business Administration (Business Pre-Law and Management), May 2014*
*Bachelor of Science in Sport Sciences (Sports Management), May 2014*

# Exhibit 9

# JESSICA TAYLOR

P.O. Box 8055, Berkeley, CA 94707 • (510) 900-9502 • jtaylor@greenfirelaw.com
California Bar Number: 301708 • Alabama Bar Number: 2147P63H (Inactive)

## PROFESSIONAL EXPERIENCE

**Greenfire Law, P.C.**
*Senior Associate Attorney*, Berkeley, CA                                                05/2021 – Present
- Managing and litigating environmental and land use law caseload including: client management, legal research, drafting pleadings, drafting motions and oppositions, arguing motions, researching and drafting strategy and analysis memoranda for clients, and preparing cases for trial under the National Environmental Policy Act, the California Environmental Quality Act, the Freedom of Information Act, and the California Public Records Act.

**O'Brien Law, P.C.**
*Senior Supervising Associate Attorney*, Petaluma, CA                                    08/2019 – 05/2021
- Supervised and managed an employment and probate caseload, including: evaluating and investigating new cases; meeting with clients; extensive legal research; drafting pleadings, amended pleadings, motions, oppositions, and *ex parte* applications; taking and defending depositions; arguing motions and *ex parte* applications; researching and drafting memoranda for clients and co-counsel regarding case strategy; propounding and answering discovery; drafting and responding to meet and confer letters; preparing for and attending mediations and settlement conferences; preparing cases for trial; drafting employment policies and advising on employment issues for general counsel clients; managing case files. Supervising staff and junior associates along with their respective employment and probate caseloads including, but not limited to, assisting in drafting and editing motions, preparation for arguing motions, and conducting bi-weekly team meetings and round-tables for case strategy and trial preparation.

**Beasley, Allen, Crow, Methvin, Portis & Miles, PC**
*Of Counsel*, Montgomery, AL                                                            06/2015 – 08/2019
- Managed a caseload of approximately 200 plaintiffs in Testosterone Replacement Therapy MDL, including: initial claim investigation and medical record review, claim filing, client communication and expectation management throughout litigation process; member of MDL discovery review team; prepared Bellwether cases for trial; traveled to Chicago and worked as part of the trial team for two month-long jury trials resulting in over $140 million plaintiff's verdicts; supervised and managed staff members; managed four MDL settlement programs including review and evaluation of settlement admissibility, preparation of settlement claim forms, and client communication regarding status of settlement, admissibility, and awards.

**Federal Defenders of San Diego, Inc.**
*Public Interest Fellow*, San Diego, CA                                                  09/2014 – 12/2014
- Drafted and filed motions for 4th Amendment violations and early termination of supervised release for federal criminal defendants in the Southern District of California; researched and drafted legal memoranda; interviewed and counseled clients; organized and prepared discovery for use at trial using Case Map and Time Map; attended and assisted in court proceedings.

**Washington & Lee School of Law Criminal Justice Clinic**
*Student Attorney*, Lexington, VA                                                        09/2013 – 05/2014
- Represented indigent clients facing misdemeanor criminal charges in district and circuit court from initial client intake through sentencing and appeals; conducted extensive investigation, client meetings, plea

negotiations, and trial preparation; tried six misdemeanor bench trials, including two circuit court appeals, and received four not guilty verdicts.

**Motley Rice, LLC**
*Summer Law Clerk*, Mount Pleasant, SC                                             05/2013 – 08/2013
- Conducted legal research; wrote legal memoranda for various practice groups including Antitrust, Asbestos, Consumer Fraud Protection, Human Rights, Medical Devices, Prescription Drugs, Personal Injury and Wrongful Death, and Toxic Exposure; researched potential new areas of litigation for the firm and strategies related thereto; attended court proceedings and depositions.

**Professor Robin Wilson**
*Research Assistant*, Lexington, VA                                                 12/2012 – 05/2013
- Researched cohabitation relationships using Westlaw and social science databases for family law casebooks and articles; reviewed, indexed, and summarized relevant articles and sources for upcoming publications.

**Southwest Virginia Innocence Project**
*Case Manager*, Lexington, VA                                                      02/2012 – 05/2014
- Worked as case manager providing post-conviction legal assistance to individuals with felony convictions by seeking Writs of Actual Innocence.

**Sarafa Law LLC**
*Legal Intern*, New York, NY                                                       07/2010 – 06/2011
- Conducted legal research for federal criminal defense cases; reviewed and organized discovery; created case chronologies and discovery summaries; attended client meetings, status conferences, and court proceedings.

## <u>EDUCATION</u>

**Washington and Lee University School of Law,** Lexington, VA
Juris Doctor, May 2014

| | |
|---|---|
| *Honors:* | Winner of W&L Client Counseling Competition |
| | ABA Regional Client Counseling Competition |
| | |
| *Activities:* | Moot Court Executive Board |
| | Public Interest Law Student Association Board Member |
| | Southwest Virginia Innocence Project Case Manager |

**New York University**, *College of Arts and Science*, New York, NY
Bachelor of Arts, Politics and Psychology, May 2011

# Exhibit 10

# LILY A. RIVO

**2748 Adeline Street, Ste. A**
**Berkeley, CA 94703**
**510-900-9502**
**lilyrivo@gmail.com**
**State Bar No. 242688**

## EXPERIENCE

**GREENFIRE LAW, P.C.**

*Associate Attorney*                                                                          5/2023 - Current
Litigate environmental, land use, and animal law caseload: client management, legal research, drafting pleadings, drafting motions and oppositions, research and drafting strategy and analysis memoranda for clients, preparing cases for trial under the Freedom of Information Act, and the California Public Records Act.

**LILY RIVO, ESQ. WRITING SERVICES**                                                2021 - Current

*Principal Attorney*
Conduct legal research and craft written content relevant to California statutory law, including criminal law, personal injury, bankruptcy, and workers' compensation. Analyze and summarize new legal content for law firms and solo practitioners across different practice areas and jurisdictions. Manage all aspects of the business including invoicing, managing clients and marketing services. Integrate search-engine optimized (SEO) language and update to reflect changing guidelines and practices such as keywords, formulas, and links.

**JUSTIA,  Mountain View, CA**                                                            2016 - 2021

*Attorney Content Writer*
Researched criminal law, personal injury, bankruptcy, family, and worker's compensation laws and prepared written content including practice area pages, locality pages, and blogs for lawyers and firms. Summarized court opinions as related to the client's practice area. Integrated and updated SEO guidelines. Managed multiple client assignments, produced monthly pages and blogs, updated websites using HTML.

**DEPT. OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL, San Francisco, CA**

*Deputy Attorney*                                                                               2007-2009
Engage in all aspects of civil litigation, from inception through trial. Represented California Department of Corrections and Rehabilitation employees in civil suits filed by prisoners in state and federal court. Conducted depositions, drafted declarations, and responded to discovery. Prevailed on motions to dismiss and motions for summary judgment on procedural and substantive issues, including qualified immunity and the merits of constitutional claims. Carried own caseload while collaborating with supervisor.

## EDUCATION

**UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW  (UC LAW S.F)**

*Juris Doctor*                                                                                       2005
Legal Research & Writing Teaching Assistant
Extern, The Honorable Joseph C. Spero, U.S. District Court Northern District CA

**UNIVERSITY OF CALIFORNIA, SAN DIEGO**                                       2001

*Bachelor Arts, Cum Laude*
Research Scholar Award, honors thesis,*"Crime Waves, Violent Teens, and More"*