**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| MONTRAIL BRACKENS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br> Defendant. | Case No.: 3:19-cv-02724 SK <br><br> **DECLARATION OF RICHARD DRURY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> Judge: Honorable Sallie Kim <br> Trial Date: Completed |

I, Richard T. Drury, declare as follows:

1. I submit this declaration in support of Petitioners' Motion for Award of Attorneys' Fees in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

*Background and Expertise*

2. I am licensed to practice law in the State of California and am a partner with Lozeau Drury in Oakland, California. I graduated from Yale Law School in 1990, where I received the Raphael Lemkin Prize for outstanding work in international human rights for a book on international human rights law which was later published as *Plowshares and Swords* (Beacon Press, 1992). After graduating from law school, I served as a judicial law clerk to Chief Judge Thelton E. Henderson of the United States District Court for the Northern District of California from 1990 to 1992. Following my clerkship, I worked as a law fellow at Shute, Mihaly & Weinberger LLP from 1992 to 1993.

3. For a decade (1993-2003) I worked as staff attorney and Legal Director for Communities for a Better Environment ("CBE"). While at CBE, I specialized in public interest litigation and successfully prosecuted over 50 lawsuits in both state and federal court, including trials, summary judgments, and settlements. In 2003, I moved from CBE to Adams, Broadwell, Joseph & Cardozo, where I represented workers, community groups, and public interest organizations in cases related to land use, public health, and the environment. Since May 1, 2008, I have been a founding partner of Lozeau Drury LLP, where I continue to represent workers, community groups, and public interest organizations.

4. I have been an Adjunct Professor at the University of California Berkeley School of Law (formerly Boalt Hall), Golden Gate University School of Law, and the New College School of Law. I have been named a SuperLawyer every year since 2008.

*Fee Award Expertise*

5. As a practicing California lawyer for over thirty years, I am very familiar with rates charged by public interest lawyers in the San Francisco Bay Area and the market for services performed by attorneys with the level of experience and competence of the lawyers in this action. I

have had numerous cases in state and federal court in the California, including in the San Francisco Bay Area. My familiarity with rates in the area market comes from obtaining court-awarded fees in many cases, obtaining fees through settlement, being involved in attorneys' fees litigation, by discussing fees with other attorneys, by studying published surveys of billing rates, and by obtaining declarations regarding prevailing market rates in cases where my clients have sought payment of reasonable attorneys' fees and costs.

6. Our firm currently has clients in the San Francisco Bay Area who pay our partners hourly rates ranging from $700 and $900 per hour and who pay associates at our firm rates ranging from $375 to $550 per hour.

7. Our firm regularly files petitions for attorney fees under various statutes. For example, in 2023, our firm was awarded partner rates of $900 per hour with a 1.5 multiplier in a contested fee motion in *Coalition of Pacificans for an Updated Plan v. City of Pacifica*, San Mateo Case No. 20-CIV-05719. In the 2021 case of *Durkin v. City and County of San Francisco, San Francisco Superior Court Case,* No. CPF-20-517317, Judge Rochelle East awarded me an hourly rate of $850 per hour, plus a multiplier of 1.75 in a contested fee motion (increasing the effective rate to $1,487 per hour). In the case of *Fowler v. City of Lafayette*, Contra Costa Superior Court Case No. MSN 16-2322 (Dec. 4, 2020), Judge Ed Weil found in a contested motion that an hourly rate of $750 per hour was appropriate for my work on an attorney fee motion.

8. I am aware the Prison Litigation Reform Act (PLRA) caps attorney fees authorized under 42 U.S.C. § 1988 at 150% of the rate established by the Criminal Justice Act (CJA), 18 U.S.C. § 3006A. The CJA compensation rate for attorneys in the United States District Court, Northern District of California is $164 (https://www.cand.uscourts.gov/about/court-programs/criminal-justice-act-cja/cja-compensation-rates/), with the 150% cap at $246. Not only is this far below the market rate awarded our firm in recent cases, but it is far below the market rate that I was obtaining over 15 years ago.

9. For example, in 2009, I was awarded a rate of $650 per hour by Judge Carl J. West of the Los Angeles Superior Court in the case of *Environmental Law Foundation v. Atlantic Express of LA, et al*., No. BC401484. Judge West made an express finding that the rate of $650 per

hour was reasonable. Partner rates in that case ranged from $600 to $700 per hour. Associate rates ranged from $395 to $575 per hour. I was also awarded a rate of $650 per hour in 2008 by San Francisco Superior Court Judge Ernest Goldsmith in the case of *Environmental Law Foundation et al. v. Laidlaw Transit Inc. et al.*, No. CGC-06-451832. Judge Goldsmith made an express finding that the rate of $650 per hour was reasonable. Partner rates in that case ranged from $550 to $700 per hour. Associate rates ranged from $375 to $575 per hour. Judge Goldsmith also granted a 1.25 multiplier. Market rates have increased significantly since these 2008 and 2009 cases due to inflation and other factors.

10. I am also familiar with cases awarding attorney's fees, including awards in the Northern District of California. For example, the U.S. District Court for the Northern District of California approved hourly rates of $1,085 for a partner with forty years of experience, $920 for a partner with twenty years of experience, $710 for a sixth-year associate, and $640 for a fourth-year associate as reasonable. *See Wynn v. Chanos*, 2015 WL 3832561, at *2-3 (N.D. Cal. Aug. 15, 2019).

11. In *National Abortion Federation v. Center for Medical Progress*, N.D. Cal. Case No. 3:15-CV-03522-WHO, Judge Orrick expressly found the following rates to be reasonable in 2021: $800 to $1,200 per hour for partners; $405 to $925 per hour for associates; $260 to $400 per hour for paralegals.

12. In *Banas v. Volcano Corp.*, the Northern District approved hourly market rates for this forum for attorneys ranging from $355- $1,095 per hour for partners and associates and $245-$290 per hour for paralegals for work conducted over seven years ago. 47 F. Supp. 3d 957, 965-66 (N.D. Cal. 2014); s*ee also Hefler v. Wells Fargo & Co.*, 2018 WL 6619983 at *14 (N.D. Cal. Dec. 18, 2018), aff'd 802 F. App'x 285 (9th Cir. 2020) (approving hourly rates in the range of $650-$1,250 for partners, $400-$650 for associates, and $245-$350 for paralegals).

13. In *BladeRoom Grp., Ltd. v. Emerson Elec. Co.*, 2020 WL 1677328 (N.D. Cal. Apr. 6, 2020), the court found the following 2019 hourly rates reasonable: $640-$901 for partners, $385-$650 for senior associates, $325-$595 for associates, $305-$330 for senior paralegals, and $225-$385 for administrative staff.

**DECLARATION OF RICHARD DRURY -- 3:19-CV-02724 SK**

14. In *Hefler v. Wells Fargo & Co.*, No. 16-cv-05479-JST, 2018 WL 6619983, at *14 (N.D. Cal. Dec. 18, 2018), aff'd 802 F. App'x 285 (9th Cir. 2020), hourly rates were approved in the range of $650 to $1,250 for partners, $400 to $650 for associates, and $245 to $350 for paralegals.

15. In *Department of Fair Employment and Housing v. Law School Admission Council, Inc.*, N.D. Cal. No. 12-cv-08130-JCS, filed Nov. 5, 2018, reported at 2018 WL 5791869, the court found the following hourly rates reasonable: $850 for an attorney with 35 years experience, $425 for an associate with 5-6 years of experience, and $290 for a law clerk and first year attorney.

16. In *Ridgeway v. Wal-Mart Stores, Inc.*, 269 F. Supp. 3d 975 (N.D. Cal. 2017), the court issued a statutory fee award on the following 2017 rates (plus a 2.0 multiplier), Partners: $730- $900 per hour; Associates: $300-$700 per hour; Paralegals: $195- $225 per hour.

17. In *Perfect 10, Inc. v. Giganews, Inc.*, No. CV 11-07098-AB SHX, 2015 WL 1746484 (C.D. Cal. Mar. 24, 2015), aff'd, 847 F.3d 657 (9th Cir. 2017), the Central District Court of California approved partner rates ranging from $750 to $930 per hour, and associate rates ranging from $360 to $690 per hour.

18. In 2010, the Ninth Circuit Court approved an attorney's fee award of $740 for a partner, and associate rates of $340 and $370. *See Prison Legal News v. Schwarzenegger*, 608 F.3d 446 (9th Cir. 2010). In 2010, the California Court of Appeal noted that "partners at a San Francisco firm [charge] between $495 and $775, and associates charge between $275 and $485." *Center for Biological Diversity v. County of San Bernardino*, 185 Cal.App.4th 866, 900 (2010).

19. I am also familiar with attorney's fees recently awarded to Greenfire Law, PC. For example, in *Lower Austin-Kidd Creek Conservancy v. California Department of Forestry and Fire Protection, et al.*, Sonoma County Superior Court, SCV-262831 (June 21, 2023), the Court awarded Rachel Doughty an hourly rate of $612 and Christian Bucey an hourly rate of $407. In *Willits Environmental Center v. Board of Supervisors of Mendocino County*, Mendocino County Superior Court, 21CV00474 (January 6, 2023), the Court granted Rachel Doughty an hourly rate of $720, Jessica Blome an hourly rate of $650, Jessica Taylor an hourly rate of $400, Ariel Strauss an hourly rate of $550, Christian Bucey an hourly rate of $380, and administrative staff hourly

rates ranging between $100 to $250. In *Trinity Action Association Inc. v. County of Trinity*, Trinity County Superior Court, 19cv001 (April 22, 2022), the Court granted Rachel Doughty an hourly rate of $720 and Jessica Taylor an hourly rate of $400. In *Association of Independent Judicial Interpreters of California v. Superior Court of California, Orange County*, Los Angeles Superior Court, 30-2018-01024591 (August 11, 2020), a case involving disclosure of public records, the Court awarded Rachel Doughty an hourly rate of $575, Jessica Blome an hourly rate of $500, and an hourly rate of $200 for paralegal work.

20. Another useful benchmark in determining reasonable market rates is the adjusted Laffey Matrix, named after *Laffey v. Northwest Airlines, Inc.*, 572 F.Supp. 354, 371 (D.D.C. 1983). Courts have relied on the updated Laffey Matrix, *Smith v. District of Columbia*, 466 F. Supp. 2d 151, 156 (D.D.C. 2006), including federal courts in the Northern District of California. *Kempf v. Barrett Bus. Servs.*, No. C-06-3161 SC, 2007 WL 4167016 (N.D. Cal. Nov. 20, 2007), aff'd, 336 Fed.Appx. 658 (9th Cir. 2009) (finding attorneys' requested fees reasonable when compared to rates in the updated Laffey Matrix). While reliance on the Laffey Matrix (adjusted for local rates) is not mandatory, courts have held that it is a useful indicator of billing rates in conjunction with attorney declarations and other information. *See Syers Properties III, Inc. v. Rankin*, 226 Cal. App. 4th 691, 702 (2014). The Laffey Matrix is available on-line at http://www.laffeymatrix.com/see.html. According to the most recent Laffey Matrix, current market rates are: paralegals - $239; 1-3 year lawyers - $437; 4-7 year lawyers - $538; 8-10 year lawyers - $777; 11-19 year lawyers - $878; 20+ year lawyers - $1,057.

*Fees for Current Case*

21. I am familiar with this litigation. I have reviewed materials that describe and underlie this matter, including Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction; Plaintiffs' Notice And Motion For Reconsideration Order Denying Plaintiffs' Motion For Summary Judgement And Granting In Part And Denying In Part Defendant's Motion For Summary Judgment; Plaintiffs' Request for Judicial Notice Regarding Certain Materials Pertaining to Standards for Conditions of Incarceration; Plaintiffs' Proposed Findings of Facts and Conclusions of Law, the Court's Findings of Fact and Conclusions of Law.

22. I am personally familiar with Greenfire Law, PC and its principal, Rachel Doughty. I am aware that Greenfire Law and Ms. Doughty have a reputation for high quality public interest work. I have also reviewed the resumes and background of all Plaintiffs' counsel.

23. Based on my experience in public interest litigation, the materials I have reviewed, including prior fee awards, it is my opinion that the market rate for each of Plaintiffs' counsel well exceeds the PLRA rate of $246 per hour. And, the market rates identified by Plaintiffs' counsel are well within the range of prevailing market rates for attorneys with comparable expertise and skill in the San Francisco Bay Area. In my opinion:

a. **Yolanda Huang.** The market rate of $900 per hour for Ms. Huang, who has over 30 years of experience, is well within the market rate in the Bay Area, with this forum and others recognizing higher rates for attorneys with similar experience, and which would be at least $1,057 pursuant to the Laffey Matrix.

b. **Rachel Doughty.** The market rate of $820 for Ms. Doughty, who has almost 20 years of experience, who is the founding and managing shareholder of Greenfire Law, and who managed Greenfire Law staffing of this case, is well within the market rate in the Bay Area, with this forum and others recognizing higher rates for attorneys with similar experience, and which would be at least $878 pursuant to the Laffey Matrix.

c. **Richard Brody.** The market rate of $900 for Mr. Brody, who has over 40 years of experience, is well within the market rate in the Bay Area, with this forum and others recognizing higher rates for attorneys with similar experience, and which would be at least $1,057 pursuant to the Laffey Matrix.

d. **Jennifer Rae Lovko.** The market rate of $820 for Ms. Lovko, who has almost 20 years of experience, is well within the market rate in the Bay Area, with this forum and others recognizing higher rates for attorneys with similar experience, and which would be at least $878 pursuant to the Laffey Matrix.

e. **Ariel Strauss.** The market rate of $680 for Mr. Strauss, who has almost 12 years of experience, is well within the market rate in the Bay Area, with this forum and others recognizing

higher rates for attorneys with similar experience, and which would be at least $878 pursuant to the Laffey Matrix.

      f.    **Alexandra Monson.** The market rate of $450 for Ms. Monsoon, who has over 5 years of experience, is well within the market rate in the Bay Area, with this forum and others recognizing higher rates for attorneys with similar experience, and which would be at least $538 pursuant to the Laffey Matrix.

      g.    **Jessica Blome.** The market rate of $780 for Ms. Blome, who has over 16 years of experience, is well within the market rate in the Bay Area, with this forum and others recognizing higher rates for attorneys with similar experience, and which would be at least $878 pursuant to the Laffey Matrix.

      h.    **Susann Bradford.** The market rate of $350 for Ms. Bradford, who has 2 years of experience, is well within the market rate in the Bay Area, with this forum and others recognizing higher rates for attorneys with similar experience, and which would be at least $437 pursuant to the Laffey Matrix.

      i.    **Christian Bucey.** The market rate of $430 for Mr. Bucey, who has almost 2 years of experience, is well within the market rate in the Bay Area, with this forum and others recognizing higher rates for attorneys with similar experience, and which would be at least $437 pursuant to the Laffey Matrix.

      j.    **Jessica Taylor.** The market rate of $600 for Ms. Taylor, who has almost 10 years of experience, is well within the market rate in the Bay Area, with this forum and others recognizing higher rates for attorneys with similar experience, and which would be at least $777 pursuant to the Laffey Matrix.

      k.    **Lily Rivo.** The market rate of $675 for, who has nearly 18 years of experience, is well within the market rate in the Bay Area, with this forum and others recognizing higher rates for attorneys with similar experience, and which would be at least $878 pursuant to the Laffey Matrix.

24.    Several administrative staff were also vital to the prosecution of this case, and it is my opinion that a reasonable market rate is at least $246 per hour for their work.

25. I conclude that an enhancement of up to 2.0 is appropriate to compensate for the contingent risk. This multiplier reflects that Plaintiffs experienced significant contingent risk in this action. This was a complex matter litigated at both the trial court and appellate level over the course of four years. An important constitutional right was established. The recommended enhancement reflects the reality that the PLRA rate significantly undervalues the work of counsel. It reflects the fact that in the legal marketplace, any assessment of the reasonableness of attorneys' fees must take into account the results obtained, especially in the face of an opponent's vigorous opposition.

26. The expense and risk of public interest litigation has not diminished over the years; to the contrary, these cases are in many ways more difficult than ever. As a result, fewer and fewer attorneys and firms are willing to take on such litigation, and the few who are willing to do so can only continue if their fee awards reflect true market value.

27. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 31, 2023, in San Francisco, California.

By: _____
    **RICHARD DRURY**