**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No.: 3:19-cv-02724 SK<br><br><br>**SUPLEMENTAL DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br><br>Judge: Honorable Sallie Kim<br>Trial Date: Completed |

I, Rachel Doughty, do declare and state:

1.     If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

**- 1 -**

SUPPLEMENTAL DECLARATION OF RACHEL DOUGHTY -- 3:19-CV-02724 SK--

2.      This supplemental declaration is being made to provide the Court and defendant with evidence of costs. These costs are correctly stated, were necessarily incurred, and are allowable by law. These expenses are included in the cost demand in Plaintiffs' Motion for Fees and Costs (ECF 480).

3.      Attached as Exhibit 1 is a true and correct copy of Greenfire Law, PC receipts for legal research costs incurred by Greenfire Law, PC attorney's.

4.      Attached as Exhibit 2 is a true and correct copy of receipts for PACER electronic records costs incurred by Greenfire Law, PC attorney's.

5.      Attached as Exhibit 3 is a true and correct copy of receipts for parking and toll costs incurred by Greenfire Law, PC attorney's.

6.      Attached as Exhibit 4 is a true and correct copy of receipts for the reproduction and binding costs incurred by Greenfire Law, PC attorney's.

7.      Attached as Exhibit 5 is a true and correct copy of receipts for legal technical support costs incurred by Greenfire Law, PC attorney's.

I make this declaration under penalty of perjury under the laws of the State of California, executed this 2nd day of November, 2023, in Berkeley, California.

_____/s/ Rachel Doughty_____
Rachel Doughty

SUPPLEMENTAL DECLARATION OF RACHEL DOUGHTY -- 3:19-CV-02724 SK--

# Exhibit 1



Greenfire Law, PC Administrative <administrative@greenfirelaw.com>





## Hello Rachel Doughty

Thank you for your order from BarristerBooks.com. Unless your order was comprised entirely of digital products, once your package ships we will send an email with a link to track your order.

If you have any questions about your order, **please do not reply to this email, as this is an automated, unmonitored email account!** Instead, please contact us at custserv@barristerbooks.com or call us at 1-866-808-5635 Monday - Friday, 10am - 4pm CST.

Your order confirmation is below. Thank you again for your business.

# Your Order #000074703

Placed on Aug 3, 2023, 10:39:26 PM

## Billing Info

Rachel Doughty
2014 Los Angeles Avenue
Berkeley, California, 94707
United States
T: 8284242005

## Payment Method

 Visa

| Items | Sku | Qty | Price |
| --- | --- | --- | --- |
| **Evidence (Instant Digital Access Code Only)** | 60018V | 1 | $8.75 |
| Edition: 1st, 2013 | | | |
| ISBN: 9781423233121 | | | |
| Click Here To Access Your eBook! | | | |

| | | |
| --- | --- | --- |
| | Subtotal | $8.75 |
| | **Grand Total** | **$8.75** |

Thank you, **BarristerBooks.com**
**Questions?** Please contact us at 1-866-808-5635 M-F 10am - 4pm CST.

**Exhibit 2**

| 08/19/2022 | 12:52:37 | 1 | CANDC | 2021-00594 | NORBERT | IMAGE247-0 | 3:19-CV-02724-SK DOCUMENT 247-0 | $0.10 |

| Subtotal: | | |
|---|---|---|
| | 1 pages | $0.10 |
| | 0 audio files ($2.40 each) | $0.00 |
| | | $0.10 |

**07/13/2022**

| 07/13/2022 | 09:35:47 | 4 | CANDC | 2021-00594 NORBERT | IMAGE232-0 | 3:19-CV-02724-SK DOCUMENT 232-0 | $0.40 |

| Subtotal: | | |
|---|---|---|
| 4 pages | | $0.40 |
| 0 audio files ($2.40 each) | | $0.00 |
| | | $0.40 |

| 09/02/2022 | 09:01:09 | 2 | CANDC | 2021-00594 | NORBERT | IMAGE256-0 | 3:19-CV-02724-SK DOCUMENT 256-0 | $0.20 |

| Subtotal: | | | |
|---|---|---|---|
| | 2 pages | | $0.20 |
| | 0 audio files ($2.40 each) | | $0.00 |
| | | | $0.20 |



An official website of the United States government.   Here's how you know. ⌄

# BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**All**
**from 10/01/2022 to 12/31/2022**



Back | New Search

| Billing Transactions | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
| **11/03/2022** | | | | | | | |
| 11/03/2022 | | | | | | 0 | |
| Subtotal: | | | | | | | |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $0.10 |
| **11/07/2022** | | | | | | | |
| 11/07/2022 | 21:42:50 | 3 | CANDC | 2021-00594 NORBERT | IMAGE269-0 | 3:19-CV-02724-SK DOCUMENT 269-0 | $0.30 |
| 11/07/2022 | 21:51:21 | 30 | CANDC | 2021-00594 NORBERT | IMAGE269-1 | 3:19-CV-02724-SK DOCUMENT 269-1 | $3.00 |
| 11/07/2022 | 21:55:17 | 30 | CANDC | 2021-00594 NORBERT | IMAGE269-2 | 3:19-CV-02724-SK DOCUMENT 269-2 | $3.00 |
| 11/07/2022 | 21:59:35 | 30 | CANDC | 2021-00594 NORBERT | IMAGE269-3 | 3:19-CV-02724-SK DOCUMENT 269-3 | $3.00 |
| 11/07/2022 | 22:01:18 | 4 | CANDC | 2021-00594 NORBERT | IMAGE269-4 | 3:19-CV-02724-SK DOCUMENT 269-4 | $0.40 |
| 11/07/2022 | 22:04:18 | 4 | CANDC | 2021-00594 NORBERT | IMAGE269-5 | 3:19-CV-02724-SK DOCUMENT 269-5 | $0.40 |
| 11/07/2022 | 22:05:09 | 30 | CANDC | 2021-00594 NORBERT | IMAGE269-6 | 3:19-CV-02724-SK DOCUMENT 269-6 | $3.00 |
| 11/07/2022 | 22:05:40 | 9 | CANDC | 2021-00594 NORBERT | IMAGE269-7 | 3:19-CV-02724-SK DOCUMENT 269-7 | $0.90 |
| 11/07/2022 | 22:06:08 | 22 | CANDC | 2021-00594 NORBERT | IMAGE269-8 | 3:19-CV-02724-SK DOCUMENT 269-8 | $2.20 |
| Subtotal: | | 162 | pages | | | | $16.20 |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $16.20 |
| **11/10/2022** | | | | | | | |
| 11/10/2022 | 13:36:11 | 30 | CANDC | 2021-00594 NORBERT | IMAGE281-0 | 3:19-CV-02724-SK DOCUMENT 281-0 | $3.00 |
| 11/10/2022 | 13:51:16 | 4 | CANDC | | IMAGE273-2 | 3:19-CV-02724-SK DOCUMENT 273-2 | $0.40 |
| 11/10/2022 | 13:53:48 | 30 | CANDC | | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
| 11/10/2022 | 23:54:51 | 30 | CANDC | | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
| Subtotal: | | 94 | pages | | | | $9.40 |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $9.40 |
| **11/11/2022** | | | | | | | |
| 11/11/2022 | 11:05:27 | 30 | CANDC | | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
| 11/11/2022 | 13:04:33 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 2724; CASE YEAR 2019; CASE NUMBER 3:19-CV-02724; OFFICE 3; CASE TYPE CV; PAGE: 1 | $0.10 |
| 11/11/2022 | 14:48:55 | 30 | CANDC | | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
| 11/11/2022 | 16:48:18 | 1 | 00PCL | | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 2724; CASE YEAR 2019; CASE NUMBER 3:19-CV-02724; OFFICE 3; CASE TYPE CV; PAGE: 1 | $0.10 |
| 11/11/2022 | 18:10:26 | 1 | 00PCL | | ALL COURT TYPES | ALL COURTS; CASE NUMBER 2724; | $0.10 |

| | | | | CASE SEARCH | CASE YEAR 2019; CASE NUMBER 3:19-CV-02724; OFFICE 3; CASE TYPE CV; PAGE:1 | |
|---|---|---|---|---|---|---|
| Subtotal: | | | | 63 | pages | $6.30 |
| | | | | 0 | audio files ($2.40 each) | $0.00 |
| | | | | | | $6.30 |

**11/14/2022**

| 11/14/2022 | 16:52:33 | 30 | CANDC | 2021-00594 NORBERT | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
|---|---|---|---|---|---|---|---|
| Subtotal: | | | | 30 | pages | | $3.00 |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $3.00 |



| Subtotal: | | | | ███████ | ███████ | ███ |
|---|---|---|---|---|---|---|
| | | | | ███████ | | $3.00 |

**11/17/2022**

| 11/17/2022 | 07:06:37 | 30 | CANDC | RDOUGHTY7K | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
|---|---|---|---|---|---|---|---|
| 11/17/2022 | 07:53:27 | 30 | CANDC | RDOUGHTY7K | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
| 11/17/2022 | 08:23:01 | 30 | CANDC | RDOUGHTY7K | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
| 11/17/2022 | 08:24:32 | 30 | CANDC | RDOUGHTY7K | IMAGE282-0 | 3:19-CV-02724-SK DOCUMENT 282-0 | $3.00 |
| 11/17/2022 | 08:32:33 | 30 | CANDC | RDOUGHTY7K | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
| 11/17/2022 | 08:35:16 | 30 | CANDC | RDOUGHTY7K | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
| 11/17/2022 | 08:44:38 | 30 | CANDC | RDOUGHTY7K | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
| 11/17/2022 | 09:06:15 | 1 | 00PCL | RDOUGHTY7K | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 2724; CASE YEAR 2019; CASE NUMBER 3:19-CV-02724; OFFICE 3; CASE TYPE CV; PAGE:1 | $0.10 |
| 11/17/2022 | 09:54:36 | 1 | 00PCL | RDOUGHTY7K | ALL COURT TYPES CASE SEARCH | ALL COURTS; CASE NUMBER 2724; CASE YEAR 2019; CASE NUMBER 3:19-CV-02724; OFFICE 3; CASE TYPE CV; PAGE:1 | $0.10 |
| Subtotal: | | | | 212 | pages | | $21.20 |
| | | | | 0 | audio files ($2.40 each) | | $0.00 |
| | | | | | | | $21.20 |



| Subtotal: | | | | 37 | pages | ██ |
|---|---|---|---|---|---|---|
| | | | | 0 | ███████████ | ██ |

**11/23/2022**

| 11/23/2022 | 21:23:13 | 30 | CANDC | RSDOUGHTY | DOCKET REPORT | 3:19-CV-02724-SK | $3.00 |
|---|---|---|---|---|---|---|---|
| 11/23/2022 | 23:21:10 | 1 | 00PCL | | ALL COURT TYPES | ALL COURTS; CASE NUMBER 2724; | $0.10 |

CASE SEARCH    CASE YEAR 2019; CASE NUMBER 3:19-CV-02724; OFFICE 3; CASE TYPE CV; PAGE:1

| | | | |
|---|---|---|---|
| Subtotal: | 31 pages | | $3.10 |
| | 0 audio files ($2.40 each) | | $0.00 |
| | | | $3.10 |

**11/25/2022**

| 11/25/2022 10:37:46 | 30 | CANDC | RSDOUGHTY | IMAGE296-0 | 3:19-CV-02724-SK DOCUMENT 296-0 | $3.00 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Subtotal: | 30 pages | | $3.00 |
| | 0 audio files ($2.40 each) | | $0.00 |
| | | | $3.00 |

**12/02/2022**

| 12/02/2022 10:52:32 | 3 | CANDC | 2021-00594 NORBERT | IMAGE300-0 | 3:19-CV-02724-SK DOCUMENT 300-0 | $0.30 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Subtotal: | 3 pages | | $0.30 |
| | 0 audio files ($2.40 each) | | $0.00 |
| | | | $0.30 |

| | | | |
|---|---|---|---|
| Subtotal: | | | |
| | | | |

| | | | |
|---|---|---|---|
| Subtotal: | 1 pages | | |
| | | | |

| | | | |
|---|---|---|---|
| Subtotal: | | | |
| | | | |

| | | | |
|---|---|---|---|
| Grand Total: | | | |

Back    New Search

# Exhibit 3

# Richard A. Brody

# INVOICE

**1206 Beattie Lane**

**Sebastopol, CA.  95472**

**Phone: (** (707) 824-2870

| INVOICE # | DATE |
|-----------|------|
| 115 | 9/1/23 |

| BILL TO |
|---------|

Rachel S. Doughty, Esq.

Greenfire Law, PC

P.O. Box 8055

Berkeley, CA.  94707

(510) 900-9502

rdoughty@greenfirelaw.com

| CUSTOMER ID | TERMS |
|-------------|-------|
|             |       |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| Legal Services August 2023 | ██ | ██ | ██ |
|  |  |  | - |
| Expenses: Norbert v. CCSF (see attached list and receipts) |  |  | $389.67 |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |

*Thank you for your business!*

| SUBTOTAL | ██ |
|----------|-----|
|  | - |
| **TOTAL** | $ ██ |

If you have any questions about this invoice, please contact

**Richard A. Brody**

**Richard Brody**
**Norbert v. CCSF**
**Trial-Related Out of Pocket Expenses**

| Date | Expense Item | Amount | Receipt? |
|---|---|---|---|
| 8/7/2023 | Golden Gate Bridge Toll | $8.75 | No |
| ███████ | | | |
| 8/9/2023 | Uber | $12.94 | Yes |
| 8/11/2023 | Uber | $8.98 | Yes |
| 8/11/2023 | Japan Center Garage (parking) | $114.00 | Yes |
| 8/14/2023 | Golden Gate Bridge Toll | $8.75 | No |
| ███████ | | | |
| 8/15/2023 | Uber | $12.96 | Yes |
| 8/15/2023 | Uber | $9.92 | Yes |
| ███████ | | | |
| 8/16/2023 | Uber | $13.98 | Yes |
| 8/16/2023 | Uber | $10.24 | Yes |
| 8/17/2023 | Uber | $10.95 | Yes |
| 8/17/2023 | Uber | $9.92 | Yes |
| 8/17/2023 | Japan Center Garage (parking) | $87.00 | Yes |
| 8/25/2023 | San Rafael Bridge Toll | $7.00 | No |
| ███████ | | | |

# Uber

August 9, 2023

## Thanks for tipping, Rick

We hope you enjoyed your ride this afternoon.

| Total | $12.94 |
|---|---|

| Trip fare | $6.97 |
|---|---|

| Subtotal | $6.97 |
|---|---|
| Booking Fee | $2.24 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.32 |
| Tips | $3.00 |
| San Francisco City Tax | $0.31 |

## Payments

| VISA | Visa ••••9199 | $9.94 |
|---|---|---|
| | 8/9/23 1:03 PM | |
| VISA | Visa ••••9199 | $3.00 |
| | 8/11/23 7:06 AM | |

A temporary hold of $9.94 was placed on your payment method •••• 9199. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

You rode with Guipei

**UberX**   0.91 miles | 8 min

▮   **12:54 PM** | 555 Turk St, San Francisco, CA 94102, US

▮   **1:02 PM** | 1625 Post St, San Francisco, CA 94115, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

August 11, 2023

## Here's your receipt for your ride, Rick

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| **Total** | **$8.98** |

| | |
|---|---|
| Trip fare | $6.04 |

| | |
|---|---|
| **Subtotal** | **$6.04** |
| Booking Fee | $2.24 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.32 |
| San Francisco City Tax | $0.28 |

## Payments

| | | |
|---|---|---|
| VISA | Visa ••••9199<br>8/11/23 6:07 PM | $8.98 |

Visit the trip page for more information, including invoices (where available)

---

You rode with Douglas

UberX   1.16 miles | 7 min

7:10 AM | 1625 Post St, San Francisco, CA 94115, US

7:18 AM | 555 Turk St, San Francisco, CA 94102, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

August 15, 2023

## Thanks for tipping, Rick

We hope you enjoyed your ride this afternoon.

| Total | $12.96 |
|---|---|

| Trip fare | $6.99 |
|---|---|

| | |
|---|---|
| Subtotal | $6.99 |
| Booking Fee | $2.24 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.32 |
| Tips | $3.00 |
| San Francisco City Tax | $0.31 |

## Payments

| | | |
|---|---|---|
| VISA | Visa ••••9199<br>8/15/23 3:28 PM | $12.96 |

Visit the trip page for more information, including invoices (where available)

You rode with ANDY

UberX   0.89 miles | 8 min

2:55 PM | 555 Turk St, San Francisco, CA 94102, US

3:03 PM | 1625 Post St, San Francisco, CA 94115, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

August 15, 2023

## Here's your receipt for your ride, Rick

We hope you enjoyed your ride this afternoon.

| | |
|---|---:|
| **Total** | **$9.92** |

| | |
|---|---:|
| Trip fare | $6.95 |

| | |
|---|---:|
| **Subtotal** | **$6.95** |
| Booking Fee | $2.24 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.32 |
| San Francisco City Tax | $0.31 |

## Payments

 Visa ••••9199
8/15/23 6:14 PM                                                   $9.92

Visit the trip page for more information, including invoices (where available)

You rode with David

UberX    1.13 miles | 7 min

 7:19 AM | 1625 Post St, San Francisco, CA 94115, US

7:26 AM | 555 Turk St, San Francisco, CA 94102, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

August 16, 2023

## Thanks for tipping, Rick

We hope you enjoyed your ride this afternoon.

| Total | $13.98 |
|---|---|

| | |
|---|---|
| Trip fare | $7.98 |

| | |
|---|---|
| Subtotal | $7.98 |
| Booking Fee | $2.24 |
| CA Driver Benefits | $0.32 |
| Access for All Fee | $0.10 |
| Tips | $3.00 |
| San Francisco City Tax | $0.34 |

## Payments

| | | |
|---|---|---|
| VISA | Visa ••••9199<br>8/17/23 1:40 AM | $10.98 |
| VISA | Visa ••••9199<br>8/17/23 7:18 AM | $3.00 |

Visit the trip page for more information, including invoices (where available)

You rode with ANWAR

UberX   0.91 miles | 8 min

▌ 2:42 PM | 555 Turk St, San Francisco, CA 94102, US

▌ 2:50 PM | 1625 Post St, San Francisco, CA 94115, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

August 16, 2023

## Thanks for tipping, Rick

We hope you enjoyed your ride this afternoon.

| Total | $10.24 |
|---|---|

| Trip fare | $4.96 |
|---|---|

| Subtotal | $4.96 |
|---|---|
| Wait Time | $0.04 |
| Booking Fee | $2.24 |
| Tips | $3.00 |

## Payments

VISA  Visa ••••9199
8/16/23 7:45 AM                                                              $10.24

Visit the trip page for more information, including invoices (where available)

You rode with OLEG

UberX   1.13 miles | 8 min

7:15 AM | 1625 Post St, San Francisco, CA 94115, US

7:24 AM | 555 Turk St, San Francisco, CA 94102, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

August 17, 2023

## Thanks for tipping, Rick

We hope you enjoyed your ride this afternoon.

| Total | $10.95 |
|---|---|

| Trip fare | $6.98 |
|---|---|

| Subtotal | $6.98 |
|---|---|
| Booking Fee | $2.24 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.32 |
| Tips | $1.00 |
| San Francisco City Tax | $0.31 |

## Payments

VISA **Visa ••••9199**
8/17/23 3:38 PM                                         $10.95

Visit the trip page for more information, including invoices (where available)

You rode with Xiaohui

**UberX**   1.16 miles | 6
min

7:15 AM | 1625 Post St, San Francisco, CA 94115, US

7:22 AM | 555 Turk St, San Francisco, CA 94102, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

August 17, 2023

## Here's your receipt for your ride, Rick

We hope you enjoyed your ride this afternoon.

| Total | $9.92 |
|---|---|

| | |
|---|---|
| Trip fare | $6.95 |
| | |
| Subtotal | $6.95 |
| Booking Fee | $2.24 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.32 |
| San Francisco City Tax | $0.31 |

## Payments

| VISA | Visa ••••9199 | |
|---|---|---|
| | 8/18/23 2:26 AM | $9.92 |

Visit the trip page for more information, including invoices (where available)

You rode with JERMAINE

UberX    0.91 miles | 6
min

3:32 PM | 555 Turk St, San Francisco, CA 94102, US

3:38 PM | 1625 Post St, San Francisco, CA 94115, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

**Exhibit 4**



Greenfire Law, PC Administrative <administrative@greenfirelaw.com>



# Thank you for your order!

Hi Nuria,

We're preparing order #9981782686 and getting it ready for shipment. We'll send you another email with delivery details as soon as it ships.

Thank you for your ongoing business. We can't wait to see you again!

**Your Staples Team**

Won't be around? Click here to sign a driver release agreement. The driver may take the note as a proof of authorization. If you don't post this agreement, the driver will decide whether or not to leave the delivery unattended.

## Order information

Date: **May 10, 2023 I 12:51 AM**

Order#: **9981782686**

## Shipping information

Greenfire Law

Nuria De La Fuente

2748 Adeline St

 **View order**

Ste A

Berkeley, CA 94703

Need to make changes? Most orders can be cancelled within 30 minutes after placing it.

## ITEMS FOR DELIVERY

### Delivery by Thursday, May 11, 2023 (2 items)



**Staples Premium Gummed 10 Business
Envelopes 4 18 x 9 12 Ivory 500Box
91821119420**
Item: 918211

2@ $34.99 Each          $69.98

**$69.98**

### Billing address

Nuria De La Fuente

Greenfire Law

2748 Adeline St

Ste A

Berkeley, CA 94703

### Payment information

| | |
|---|---|
| Merchandise Total: | $69.98 |
| Shipping & Delivery: | FREE |
| Tax: | $7.17 |

**Total:**          **$77.15**

VI ending in 0436: **$77.15**

## CUSTOMERS ALSO BOUGHT



Southworth 8.5" x 11" Business
Paper, 24 lbs., 100 Brightness,
500/Box (404IC)





Southworth Fine Paper, 8.5" x 11",
24 lb., Linen-Finish, Ivory 500/Box
(564C)

Xerox Vitality Multipurpose Paper,
20 lbs., 8.5" x 11", Ivory, 500
Sheets/Ream (3R11056)

**View details**          **View details**          **View details**



Have a question about your order? Try our Help Center for quick and easy
order modifications, returns, tracking and more.



See our Weekly Ad

Get your coupons

Find a local store

Staples | Worklife

Stay connected

Staples, Inc., 500 Staples Drive, Framingham, MA 01702





Berkeley – (510) 982-0663
06/14/2023  10:13 AM

EV7VT5A5P3U3XBBR4B

```
SALE          3306-3-837-625243-23.4.1
408843  INDX,LGL,26-50
 4 @ 8.69              34.76
        You Pay            34.76SS
408753  INDX,LGL,1-25,
 4 @ 8.69              34.76
        You Pay            34.76SS
    Subtotal:          69.52
Local Sales and Use T   7.13
      Total:           76.65
   Visa 0436:          76.65

AUTH CODE 05649G
TDS Contactless
AID A0000000031010   CAPITAL ONE VISA
TVR 0000000000
CVS No Signature Required
```

--------------------------------------------
Shop online at www.officedepot.com
*********************************************

WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below
H6JN ZYG8 PQNR
or scan the below QR code



*********************************************



PAID

**Invoice: #5547541**

Date of Order: Thursday, 03 August 2023

BILL TO:

Nuria de la Fuente
Greenfire Law
2014 Los Angeles St.
Berkeley, CA 94707

DELIVER TO:

Nuria de la Fuente
Greenfire Law, PC
2748 Adeline St, Suite A
Berkeley, CA 94703-2251

PO:
service@greenfirelaw.com

| Product No | Products | Qty | Price | Total |
|---|---|---|---|---|
| UNV20997 | Universal Economy 3-Ring View Binder, 5" Capacity, Slant Ring, White | 6 | $10.12 | $60.72 |
| ODFN1247752 | [IN]PLACE Heavy-Duty Nonstick View 3-Ring Binder, 3" Round Rings, White | 21 | $5.99 | $125.79 |
| AVE05731 | Avery Economy 3-Ring View Binder, 2" Capacity, Round Ring, White | 5 | $3.50 | $17.50 |
| ODFN330888 | Manila Envelopes, 10" x 13", Clasp Closure, Brown Kraft, Box Of 100 | 1 | $21.99 | $21.99 |
| QUA90020 | Quality Park Business Envelope, #10, 4 1/8 x 9 1/2, Gummed Flap, 500/Box | 1 | $20.06 | $20.06 |
| | | | Subtotal: | $246.06 |
| | | | Shipping: | $0.00 |
| | | | CA Tax 10.25%: | $25.22 |
| | | | Total: | $271.28 |
| | | | Credit Card: 4●●●●●●●●●●0436 | $271.28 |
| | | | Balance due: | $0.00 |

**Thank you for purchasing from OfficeSupply.com**

302 Industrial Drive
Columbus, WI 53925
1-866-302-5397
help@officesupply.com
http://www.OfficeSupply.com/



PAID

**Invoice: #5547541**

Date of Order: Thursday, 03 August 2023

BILL TO:

Nuria de la Fuente
Greenfire Law
2014 Los Angeles St.
Berkeley, CA 94707

DELIVER TO:

Nuria de la Fuente
Greenfire Law, PC
2748 Adeline St, Suite A
Berkeley, CA 94703-2251

PO:
service@greenfirelaw.com

| Product No | Products | Qty | Price | Total |
|---|---|---|---|---|
| UNV20997 | Universal Economy 3-Ring View Binder, 5" Capacity, Slant Ring, White | 6 | $10.12 | $60.72 |
| ODFN1247752 | [IN]PLACE Heavy-Duty Nonstick View 3-Ring Binder, 3" Round Rings, White | 21 | $5.99 | $125.79 |
| AVE05731 | Avery Economy 3-Ring View Binder, 2" Capacity, Round Ring, White | 5 | $3.50 | $17.50 |
| ODFN330888 | Manila Envelopes, 10" x 13", Clasp Closure, Brown Kraft, Box Of 100 | 1 | $21.99 | $21.99 |
| QUA90020 | Quality Park Business Envelope, #10, 4 1/8 x 9 1/2, Gummed Flap, 500/Box | 1 | $20.06 | $20.06 |
| | | | Subtotal: | $246.06 |
| | | | Shipping: | $0.00 |
| | | | CA Tax 10.25%: | $25.22 |
| | | | Total: | $271.28 |
| | | | Credit Card: 4●●●●●●●●●●0436 | $271.28 |
| | | | Balance due: | $0.00 |

**Thank you for purchasing from OfficeSupply.com**

302 Industrial Drive
Columbus, WI 53925
1-866-302-5397
help@officesupply.com
http://www.OfficeSupply.com/

# Exhibit 5

**Alameda Business Machines**

2601 Blanding Ave Ste A

CA US

+1 510-522-4921

jnelson@abmpc.com

www.abmpc.com

**ABM COMPUTERS**

SALES · SERVICE · SUPPORT
2601 BLANDING AVE SUITE A.
510 - 522 - 4921

**BILL TO**

Greenfire Law

2748 Adeline Street

Berkeley, CA  94703

United States

## INVOICE 11463

**DATE** 06/05/2023

**DUE DATE** 07/05/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 06/05/2023 | **Service Call Labor** | 6/5/23 - Helped Rachel with file uploads to secure website, After diagnosing problem we were able to establish that the company that is having Rachel upload her files to is not working / is full on space resulting the files to fail. | 1 | 140.00 | 140.00 |

| | |
|---|---|
| SUBTOTAL | 140.00 |
| TAX | 0.00 |
| TOTAL | 140.00 |
| **TOTAL DUE** | **$140.00** |

**Alameda Business Machines**

2601 Blanding Ave Ste A

CA US

+1 510-522-4921

jnelson@abmpc.com

www.abmpc.com



**BILL TO**

Greenfire Law

2748 Adeline Street

Berkeley, CA  94703

United States

**SHIP TO**

Greenfire Law

2748 Adeline Street

Berkeley, CA  94703

United States

## INVOICE 11480

**DATE** 06/12/2023

**DUE DATE** 07/12/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 06/12/2023 | **Service Call Labor** | 6/09/2023 Excel batch PDF conversion sample and demo with client. | 1 | 140.00 | 140.00 |

|  |  |
|--|--|
| SUBTOTAL | 140.00 |
| TAX | 0.00 |
| TOTAL | 140.00 |
| **TOTAL DUE** | **$140.00** |

# **Walter Stephens**

# INVOICE

15 Crepe Myrtle Rd
Newnan GA 30263
678 939-4023
mail@wriphe.com

INVOICE #220901_GREENFIRE_NORBERT
DATE: SEPTEMBER 01, 2022

**TO:**
Rachel Doughty
Greenfire Law PC
Berkeley, CA 94704
510.900.9502 x 2
rdoughty@greenfirelaw.com

**FOR:**
Norbert

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Norbert | | | |
| • spreadsheet creation & population, document parsing, graph creation for Dr. Czeisler | 31.5 | $40/hr | $1,260.00 |
| | | TOTAL | $1,260.00 |

Make all checks payable to Walter Stephens.
Payment due within 30 days of invoice date.

**Thank you**

.

# Walter Stephens

# INVOICE

15 Crepe Myrtle Rd
Newnan GA 30263
678 939-4023
mail@wriphe.com

INVOICE #221001_GREENFIRE_NORBERT
DATE: OCTOBER 01, 2022

**TO:**
Rachel Doughty
Greenfire Law PC
Berkeley, CA 94704
510.900.9502 x 2
rdoughty@greenfirelaw.com

**FOR:**
Norbert spreadsheet support

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Spreadsheet Support | | | |
| • Statistics calculations | 0.5 | $40/hr | $20.00 |
| | | TOTAL | $20.00 |

Make all checks payable to Walter Stephens.
Payment due within 30 days of invoice date.

**Thank you**

# Walter Stephens

# INVOICE

15 Crepe Myrtle Rd
Newnan GA 30263
678 939-4023
mail@wriphe.com

INVOICE #221101_GREENFIRE
DATE: NOVEMBER 01, 2022

**TO:**
Rachel Doughty
Greenfire Law PC
Berkeley, CA 94704
510.900.9502 x 2
rdoughty@greenfirelaw.com

**FOR:**
Greenfire Law tech support

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ▨▨▨▨<br>• ▨▨▨▨<br>• ▨▨▨▨<br>• ▨▨▨▨ | ▨ | ▨▨▨ | $▨▨▨ |
| ▨▨▨▨<br>• ▨▨▨▨ | ▨ | ▨▨▨ | ▨▨▨ |
| ▨▨▨▨<br>• ▨▨▨▨ | ▨ | ▨▨▨ | ▨▨▨ |
| Google Drive archiving (Norbert)<br>• convert Czeisler documents from native to PDF | 3 | $40/hr | $120.00 |
| ▨▨▨▨ | ▨ | ▨▨▨ | ▨▨▨ |
| ▨▨▨▨<br>• ▨▨▨▨ | ▨ | ▨▨▨ | ▨▨▨ |
| ▨▨▨▨<br>• ▨▨▨▨<br>• ▨▨▨▨ | ▨ | ▨▨▨ | ▨▨▨ |
| | | TOTAL | ▨▨▨ |

Make all checks payable to Walter Stephens.
Payment due within 30 days of invoice date.

**Thank you**

## Walter Stephens

# INVOICE

15 Crepe Myrtle Rd
Newnan GA 30263
678 939-4023
mail@wriphe.com

INVOICE #221201_GREENFIRE
DATE: DECEMBER 01, 2022

**TO:**
Rachel Doughty
Greenfire Law PC
Berkeley, CA 94704
510.900.9502 x 2
rdoughty@greenfirelaw.com

**FOR:**
Greenfire Law tech support

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ▨▨▨▨▨ | ▨ | ▨▨ | ▨▨ |
| PDF recreation (Norbert)<br>• convert pdf portfolios to smaller binders | 4 | $40/hr | $160.00 |
| ▨▨▨▨▨ | ▨ | ▨▨ | ▨▨ |
| ▨▨▨▨▨ | ▨ | ▨▨ | ▨▨ |
| | | **TOTAL** | ▨▨ |

Make all checks payable to Walter Stephens.
Payment due within 30 days of invoice date.

**Thank you**

# **Walter Stephens**

# INVOICE

15 Crepe Myrtle Rd
Newnan GA 30263
678 939-4023
mail@wriphe.com

INVOICE #230701_GREENFIRE
DATE: JULY 01, 2023

**TO:**
Rachel Doughty
Greenfire Law PC
Berkeley, CA 94704
510.900.9502 x 2
rdoughty@greenfirelaw.com

**FOR:**
Greenfire Law tech support

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PDF creation (Norbert) | 12 | $40/hr | $480.00 |
| • PDF processing, Bates numbering | | | |
| ▨▨▨▨▨▨▨▨▨ | ▨ | ▨▨ | ▨▨ |
| ▨▨▨▨▨▨ | ▨ | ▨▨ | ▨▨ |
| ▨▨▨▨▨▨▨ | ▨ | ▨▨ | ▨▨ |
| | | **TOTAL** | $600.00 |

Make all checks payable to Walter Stephens.
Payment due within 30 days of invoice date.

**Thank you**