**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF MOTION JOINT MOTION EXTENDING TIME FOR APPEAL UNTIL AFTER THE DISPOSITION OF MOTION FOR ATTORNEYS' FEES**<br><br>Date: NA<br>Time: NA<br>Dept: Courtroom C, 15th Floor<br>    Federal District Court<br>    450 Golden Gate Ave.<br>    San Francisco, CA<br><br>Hon. Sallie Kim, presiding<br><br>Trial Date: PASSED |

I, Rachel Doughty do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I have met and conferred with counsel for Defendants and we are in agreement that judicial efficiency would be served by obtaining resolution of the Plaintiffs' timely filed Rule 54(d)(2) fee motion prior to the commencement of any appeal of this matter, as the amount of fees ordered is likely to be addressed in any appeal by either party of this matter, and are interrelated.

3. The parties have also been engaged in further settlement discussions, since the judgment in this case was entered, which would also benefit from more time, potentially obviating the need for any appeal.

4. The deadline to file the Notice of Appeal in this matter is Wednesday, November 14, 2023.

5. Neither party desires or requests a hearing on this Fed. Rules Civ. Proc. 58 & 4 motion.

6. Counsel for Defendant have reviewed the content of the joint motion supported by this declaration and consent to and join in its filing.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 9th day of November, 2023 in Berkeley, California.

Dated: 11/10/2023                                GREENFIRE LAW, PC

                                         By:  */s/ Rachel Doughty*
                                              **RACHEL DOUGHTY**