**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendants. | Case No.: 3:19-cv-02724 SK <br><br> **[Proposed] ORDER GRANTING PARTIES JOINT MOTION EXTENDING TIME FOR APPEAL UNTIL AFTER THE DISPOSITION OF PLAINTIFFS' RULE 54(d)(2) MOTION FOR ATTORNEY'S FEES** <br><br><br> Hon. Sallie Kim, Presiding |

- 1 -

1 | Having considered the parties' joint motion for a Court order that plaintiff's timely motion for attorney's fees made under Rule 54(d)(2) have the same effect under Federal Rule of Appellate Procedure 4(a)(4)(iii) as a timely motion under Rule 59. Fed. R. Civ. Proc. 58(e), and good cause appearing,

IT IS HEREBY ORDERED that the parties' joint motion is hereby granted. Plaintiffs' motion for attorney's fees under Rule 54 shall have the same effect as a timely motion under Rule 59 so that all parties' time to file an appeal runs from the entry of the order disposing of plaintiffs' motion.

Dated: November __, 2023

_____
MAGISTRATE JUDGE OF THE FEDERAL COURT

- 2 -

[Proposed] ORDER GRANTING PARTIES JOINT MOTION EXTENDING TIME FOR APPEAL UNTIL AFTER THE DISPOSITION OF PLAINTIFFS' RULE 54(d)(2) MOTION FOR ATTORNEY'S FEES -- Case No.: 3:19-cv-02724 SK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
[Proposed] ORDER GRANTING PARTIES JOINT MOTION EXTENDING TIME FOR APPEAL UNTIL AFTER THE DISPOSITION OF PLAINTIFFS' RULE 54(d)(2) MOTION FOR ATTORNEY'S FEES -- Case No.: 3:19-cv-02724 SK