UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER EXTENDING TIME FOR APPEAL UNTIL AFTER THE DISPOSITION OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**<br><br>Regarding Docket Nos. 485 |

This matter is before the Court on the parties' joint motion for a Court order that Plaintiffs' timely motion for attorney's fees, made under Rule 54(d)(2), have the same effect under Federal Rule of Appellate Procedure 4(a)(4)(A)(iii) as a timely motion under Rule 59. Fed. R. Civ. P. 58(e). Good cause appearing, it is hereby ORDERED that the parties' joint motion is hereby granted. Plaintiffs' motion for attorney's fees under Rule 54 shall have the same effect as a timely motion under Rule 59 so that all parties' time to file an appeal runs from the entry of the order disposing of plaintiffs' motion.

**IT IS SO ORDERED**.

Dated: November 13, 2023

_____
SALLIE KIM
United States Magistrate Judge