1 | DAVID CHIU, State Bar #189542
City Attorney
2 | JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
3 | SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6 | Telephone:   (415) 554-3929 [Berdux]
Telephone:   (415) 554-6762 [Murphy]
7 | Facsimile:    (415) 554-3837
E-Mail:        sabrina.m.berdux@sfcityatty.org
8 | E-Mail:        kaitlyn.murphy@sfcityatty.org

9 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
10 | PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS, | Case No. 19-cv-02724-SK (LB) |
|---|---|
| | **DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (ECF NO. 481)** |
| Plaintiffs, | Hearing Date:   December 11, 2023<br>Time:             9:30 a.m.<br>Place:            Remote Via Zoom |
| vs. | Trial Date:      August 8, 2023 |
| SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50, | |
| Defendants. | |

**DECLARATION OF KAITLYN MURPHY**

I, KAITLYN MURPHY, declare as follows:

1. I am an attorney and counsel of record for Defendants City and County of San Francisco and Paul Miyamoto in this action. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

2. Attached hereto as **Exhibit A** is a true and correct excerpt of the trial transcript from August 8, 2023. The full transcript runs from pages 1-205.

3. Attached hereto as **Exhibit B** is a true and correct excerpt of the trial transcript August 9, 2023. The full transcript runs from pages 206-431.

4. Attached hereto as **Exhibit C** is a true and correct excerpt of the trial transcript August 10, 2023. The full transcript runs from pages 432-651.

5. Attached hereto as **Exhibit D** is a true and correct excerpt of the trial transcript August 11, 2023. The full transcript runs from pages 652-872.

6. Attached hereto as **Exhibit E** is a true and correct excerpt of the trial transcript August 15, 2023. The full transcript runs from pages 873-1122.

7. Attached hereto as **Exhibit F** is a true and correct excerpt of the trial transcript August 16, 2023. The full transcript runs from pages 1123-1349.

8. Attached hereto as **Exhibit G** is a true and correct excerpt of the trial transcript August 17, 2023. The full transcript runs from pages 1350-1601.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Alameda County Superior Court's opinion in *In re Hoeft-Edenfield*, Alameda County Sup. Ct.., Case No. 159202 (Apr. 29, 2014).

10. Attached hereto as **Exhibit I** is a true and correct excerpt from Dr. Charles Czeisler's November 2, 2022 deposition.

///

///

///

///

1  11. Attached hereto as **Exhibit J** is a highlighted copy of Plaintiffs' cost chart, indicating with a yellow highlight which of Plaintiffs' claimed costs San Francisco agrees are compensable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 14th day of November 2023, at San Francisco, California.

                                          */s/ Kaitlyn Murphy*
                                          KAITLYN MURPHY