# EXHIBIT A

**Volume 1**

**Pages 1 - 205**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Sallie Kim, Magistrate Judge

| | |
|---|---|
| MONTRAIL BRACKENS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| VS. | ) NO. C 19-02724 SK |
| | ) |
| CITY AND COUNTY OF | ) |
| SAN FRANCISCO, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

San Francisco, California
Tuesday, August 8, 2023

**TRANSCRIPT OF BENCH TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:

        LAW OFFICES OF YOLANDA HUANG
        2748 Adeline Street, Suite A
        Berkeley, California 94703
**BY: YOLANDA HUANG, ATTORNEY AT LAW**

        GREENFIRE LAW, PC
        2748 Adeline Street, Suite A
        Berkeley, California 94703
**BY: RICHARD A. BRODY, ATTORNEY AT LAW**
**RACHEL S. DOUGHTY, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CSR No. 7445
               Official United States Reporter

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:
                             OFFICE OF THE CITY ATTORNEY
 3                           Sixth Floor, Fox Plaza
                             1390 Market Street
 4                           San Francisco, California 94102
                      BY:    SABRINA M. BERDUX, ATTORNEY AT LAW
 5

 6                           OFFICE OF THE CITY ATTORNEY
                             1 Dr. Carlton B. Goodlett Place
 7                           City Hall, Room 234
                             San Francisco, California 94102
 8                    BY:    KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY

 9

10   Also Present:           Montrail Brackens
                             Troy McAllister
11                           Jose Poot
                             Chief Deputy Sheriff Lisette Adams
12                           Winnie Fong, Paralegal
                             Alejandro (Alex) Ferrer
13                           Court Certified Spanish Interpreter
                             Nuria de la Fuenta, Spanish Interpreter
14

15

16

17

18

19

20

21

22

23

24

25
```


# I N D E X

Tuesday, August 8, 2023 - Volume 1

**PLAINTIFFS' WITNESSES**                                      **PAGE**  **VOL.**

**MIRKARIMI, ROSS**
  (SWORN)                                                        13       1
  Direct Examination by Ms. Huang                                14       1
  Cross-Examination by Ms. Berdux                                56       1
  Redirect Examination by Ms. Huang                             108       1
  Recross-Examination by Ms. Berdux                             119       1

**POOT, JOSE**
  (SWORN)                                                       127       1
  Direct Examination by Ms. Huang                               128       1
  Cross-Examination by Ms. Murphy                               151       1
  Redirect Examination by Ms. Huang                             174       1
  Recross-Examination by Ms. Murphy                             180       1

**BRACKENS, MONTRAIL**
  (SWORN)                                                       183       1
  Direct Examination by Ms. Huang                               184       1

# E X H I B I T S

**TRIAL EXHIBITS**                                        **IDEN**  **EVID**  **VOL.**

  27, page 1                                                         29       1

  28, page 1                                                         28       1

  28, page 2                                                         28       1

  28, page 3                                                         28       1

  29, page 5                                                         33       1

  29, page 8                                                         33       1

  29, page 9                                                         33       1

1   not here yet.  And the reason I came up is I want to find out,
2   what is the delay?
3           **MS. BERDUX:**  They're on their way.
4           **THE COURT:**  Okay.  So I do not want to have this
5   problem again in the future.  I don't know where the problem
6   lies.  If the problem lies on our side, then I'll deal with it.
7   If the problem lies with the City and County of San Francisco,
8   then I will deal with it as well.
9       So tomorrow, we will start at 8 o'clock a.m.  If we do
10  not, I'm going -- I'm thinking about sanctions on a
11  minute-by-minute basis.
12      I do want to find out what happened because I don't want
13  to jump the gun, if there's a problem, but I am not pleased
14  about the delay today.  And I think that's going to be a
15  problem for us going forward.  I just want to know what the
16  issue is.
17      So I'm putting it on defense counsel to find out what the
18  delay is and how we can solve the problem.  Okay?
19          **MS. HUANG:**  Understood.
20          **THE COURT:**  Okay.  I also wanted to take up some
21  housekeeping matters, if you're willing on the plaintiff side
22  to do that outside the presence of your clients; but if you
23  want to wait until they're here, I'm okay with that as well.
24          **MS. HUANG:**  We'll waive their presence.
25          **THE COURT:**  Okay.  So the first thing is that we

1   received a number of filings yesterday and this morning, and I
2   will tell you that I'm going to put in place an order that
3   nobody can file anything in this case unless they get my
4   permission.
5       I cannot read five briefs overnight and deal with it in
6   the morning and give you an answer, and especially when it
7   appears that many of these issues are ones that have been
8   litigated already.  And I am not pleased to get that volume of
9   paper at the last minute, especially when it is something
10  that's been decided before.  So that's going to be my order.
11      My order is from now on, in this trial, no party can file
12  any pleadings unless you get my permission first.  You can
13  raise it during trial and ask if you can file something and
14  tell me what it is.  If you want to make an oral motion, you
15  can make an oral motion.  It will count against your time.
16      But I want to keep a lid on this volume of pleadings.  I
17  want you to be able to make your record, but I believe that --
18  and I'm talking about the plaintiffs' pleadings -- that you
19  have made your record.
20      Okay.  I see we have some people coming in.
21          **THE CLERK:**  Does that mean they're here?
22          **THE COURT:**  Not for the plaintiffs?
23          **THE COURT SECURITY OFFICER:**  No.  They're in the back.
24          **THE COURT:**  Okay.  Are they ready to come out?
25          **THE COURT SECURITY OFFICER:**  I'm sure they are.

```
 1  jail that had been demolished or replaced in 2006 by the
 2  current CJ3, that older jail that was right on the same
 3  property, adjacent to the current jail, was built in 1934, and
 4  it was built and allowed for outdoor access for inmates.
 5  Q.  And do you recall the approximate size of that outdoor
 6  field?
 7          MS. BERDUX:  Objection.  Calls for speculation.
 8          THE COURT:  Sustained.
 9          Lay a foundation, please.
10  BY MS. HUANG:
11  Q.  Do you have an estimate for the size of that outdoor
12  field?
13      You've seen it; correct?
14  A.  I have.
15  Q.  Yeah.
16  A.  In fact, I was there for -- with Sheriff Mike Hennessey on
17  the so-called inauguration of its demolition.  I walked that
18  whole field with him.
19  Q.  And so do you have an estimate for the size of that field?
20  A.  It's acreage, but I'm sorry, I cannot give you a specific
21  number.
22  Q.  Is it larger than a football field?
23  A.  Yes.
24  Q.  And inmates were allowed out in the field to have outdoor
25  exercise?
```

1  **A.**   Assistant Sheriff.
2  **Q.**   And what was his responsibility as Assistant Sheriff?
3  **A.**   Well, my top two leaders in my administration would be the undersheriff and then, below, would be the Assistant Sheriff. And so the division of responsibilities that we assigned, we had hoped to play to then-Assistant Sheriff Miyamoto's strengths, which we gathered was not on the program or community or reentry side, but to the management of the jails and to the field and civil divisions that he was familiar with.
10 **Q.**   Now, is there any security justification for not providing inmates with outdoor access for recreation and exercise at the San Bruno Jail?
13          **MS. BERDUX:**  Objection.  Lacks foundation.
14          **THE COURT:**  Lay some foundation.
15 **BY MS. HUANG:**
16 **Q.**   You may answer.
17          **THE COURT:**  Lay some foundation first.  Sustained, and then lay some foundation.
19 **BY MS. HUANG:**
20 **Q.**   When were you Sheriff, were there discussions or investigations on whether or not having outdoor space at San Bruno would create security risks?
23 **A.**   Yes.
24 **Q.**   And what was the discussion?  Were there?  Are there?
25          **MS. BERDUX:**  Objection.  Hearsay.

1   in monitoring and keeping the safe and secure environment while
2   not overstepping their authority and so that the rest of the
3   activities, reentry and rehabilitation, unfolds in the desired
4   manner.
5   Q.   Now, administrative segregation is also used for
6   punishment; correct?
7   A.   Yes.
8   Q.   And is it true that inmates perceive being in
9   administrative segregation as a form of punishment?
10  A.   I would have to ask each inmate.  I mean, it depends.  But
11  I'm sure that they do because it's often -- it can be used for
12  punishment; or others may not be of sound mind entirely of why
13  that they're there.
14  Q.   Are inmates who are in administrative segregation denied
15  access to programming --
16       MS. BERDUX:  Objection.
17  BY MS. HUANG:
18  Q.   -- in San Bruno Jail?
19       MS. BERDUX:  I'm sorry.  Objection.  Beyond the scope
20  of cross.
21       THE COURT:  Sustained.
22  BY MS. HUANG:
23  Q.   When you were answering the questions from Ms. Berdux on
24  the documents that you had not reviewed during your first
25  deposition -- let me -- let's start back.

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Wednesday, August 9, 2023

*Ana Dub*

_____

Ana Dub, RMR, RDR, CRR, CSR No. 7445
Official United States Reporter