# EXHIBIT B

**Volume 2**

**Pages 206 - 431**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Sallie Kim, Magistrate Judge

| | |
|---|---|
| MONTRAIL BRACKENS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | **NO. C 19-02724 SK** |
| ) | |
| CITY AND COUNTY OF ) | |
| SAN FRANCISCO, et al., ) | |
| ) | |
| Defendants. ) | |

San Francisco, California
Wednesday, August 9, 2023

**TRANSCRIPT OF BENCH TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
    LAW OFFICES OF YOLANDA HUANG
    2748 Adeline Street, Suite A
    Berkeley, California 94703
**BY: YOLANDA HUANG, ATTORNEY AT LAW**

    GREENFIRE LAW, PC
    2748 Adeline Street, Suite A
    Berkeley, California 94703
**BY: RICHARD A. BRODY, ATTORNEY AT LAW**
        **RACHEL S. DOUGHTY, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CSR No. 7445
              Jennifer Coulthard RMR, CRR, CSR No. 14457
              Official United States Reporters

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:
                                OFFICE OF THE CITY ATTORNEY
 3                              Sixth Floor, Fox Plaza
                                1390 Market Street
 4                              San Francisco, California 94102
                         BY:    SABRINA M. BERDUX, ATTORNEY AT LAW
 5

 6                              OFFICE OF THE CITY ATTORNEY
                                1 Dr. Carlton B. Goodlett Place
 7                              City Hall, Room 234
                                San Francisco, California 94102
 8                       BY:    KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY

 9

10   Also Present:           Montrail Brackens
                             Troy McAlister
11                           Jose Poot
                             Chief Deputy Sheriff Lisette Adams
12                           Winnie Fong, Paralegal
                             Nuria de la Fuenta, Spanish Interpreter
13
```

```
 1                            I N D E X

 2

 3    Wednesday, August 9, 2023 - Volume 2

 4

 5    PLAINTIFFS' WITNESSES                             PAGE   VOL.

 6    BRACKENS, MONTRAIL (RECALLED)
      (PREVIOUSLY SWORN)                                 209    2
 7    Direct Examination Resumed by Ms. Huang            209    2
      Cross-Examination by Ms. Murphy                    227    2
 8    Redirect Examination by Ms. Huang                  248    2
      Recross-Examination by Ms. Murphy                  262    2
 9    Recross-Examination by Ms. Huang                   264    2

10    MCALISTER, TROY
      (SWORN)                                            265    2
11    Direct Examination by Ms. Huang                    265    2
      Cross-Examination by Ms. Berdux                    284    2
12    Redirect Examination by Ms. Huang                  307    2

13    CZEISLER, PH.D., M.D., CHARLES
      (SWORN)                                            316    2
14    Direct Examination by Ms. Huang                    316    2
      Cross-Examination by Ms. Murphy                    393    2
15    Redirect Examination by Ms. Huang                  418    2

16    ZEITZER PH.D., JAMIE
      (SWORN)                                            423    2
17    Direct Examination by Ms. Huang                    423    2

18

19

20                          E X H I B I T S

21    TRIAL EXHIBITS                             IDEN   EVID   VOL.

22     265                                               262    2

23

24

25
```

1  **A.**   Yes.

2  **Q.**   I wanted to ask you, you've seen some of the photos and

3  diagrams of the lighting inside the jail, correct?

4  **A.**   Yes.

5  **Q.**   And you've also viewed the -- I guess the lighting report

6  from Dr. Jamie Zeitzer on lighting levels inside the jail?

7  **A.**   Yes.

8  **Q.**   Is that -- all right.

9       In your opinion, is the lighting inside the jail, both

10 daytime and nighttime, the functional equivalent of sunlight on

11 the skin?

12      **MS. MURPHY:**  Objection, beyond the witness's opinions

13 offered in the report.

14      **THE COURT:**  Sustained.

15 **BY MS. HUANG:**

16 **Q.**   Do you know of any studies which have examined functional

17 replacements for sunlight for the purposes of humans living

18 indoors?

19 **A.**   No.

20 **Q.**   Are you aware of any functional equivalents which can

21 replace sunlight for humans in terms of sunlight on the skin?

22 **A.**   No.

23      **MS. MURPHY:**  Same objection.

24      **THE COURT:**  Sorry?

25      **MS. MURPHY:**  Same objection.  This is essentially

1  asking for the opinion that was excluded.
2          THE COURT:  Sustained.
3  BY MS. HUANG:
4  Q.   Now, Dr. Czeisler, in doing your expert work on this case,
5  did you review the medical records of the three plaintiffs,
6  Mr. Montrail Brackens, Mr. Jose Poot and Mr. Troy McAlister?
7  A.   Yes, I did.
8  Q.   And in your review of the medical records, were you able
9  to come to an opinion as to whether or not these men are
10 suffering illnesses due to deprivation of sunlight?
11         MS. MURPHY:  Objection, beyond the opinions offered in
12 the report.  There were no individually specific opinions.
13         THE COURT:  Sustained.
14 BY MS. HUANG:
15 Q.   Is there anything in the medical records that you have
16 seen that contradicts your expert knowledge on the
17 deprivation -- of the consequences of the deprivation of
18 sunlight on the skin?
19         MS. MURPHY:  Same objection.  It's the question in the
20 inverse.
21         THE COURT:  Sustained.
22 BY MS. HUANG:
23 Q.   In their medical records are there indications to you,
24 from what you've reviewed, that show that they are suffering
25 from illnesses related to deprivation of sunlight?

1          MS. MURPHY:  Same objection.
2          THE COURT:  Sustained.  I think Ms. Doughty wants to
3  tell you something.
4          Ms. Huang, I hope that you can point me to something in
5  the report that shows that these are opinions that Dr. Czeisler
6  offered, because I've read the reports a few times, and I don't
7  see any of these opinions.  So I let him testify, actually, on
8  some subjects that clearly were not in the report; for example,
9  does sunlight have to be UV directly on the skin filtered
10 through glass and plastic.  I allowed that.  But these
11 questions you're going far beyond what Dr. Czeisler reported
12 and the opinions that he gave in his report.
13         If you can show me that I'm wrong, I'll take it up, but as
14 it is now, I do not remember seeing these, and I think I would
15 have noticed them, because I was looking for these questions.
16 BY MS. HUANG:
17 Q.   So Dr. Czeisler, in either your preliminary or your
18 supplemental report, did you provide an opinion on whether or
19 not the medical conditions that any of the plaintiffs are
20 reporting are related to deprivation of sunlight?
21 A.   May I take a moment and look at my report?
22 Q.   Sure.
23 A.   In my supplemental report, it was my attempt in Opinions
24 2, 4, 5 and 8, to relate -- to indicate that the deprivation of
25 natural outdoor light induced a variety of -- increased risk of

1  specifically about Mr. McAlister and the medical records on
2  him.  It was not in the report, it is not -- I'm not going to
3  allow it.
4       Okay.  Ms. Huang -- oh.  I also want to say that with
5  regard to the question I did allow about whether you could have
6  sunlight -- whether you get UV through windows or from plastic,
7  I think Dr. Czeisler alluded to it on page 23 of his report, so
8  I think I'm okay with that -- that answer, so okay.  Ms. Huang,
9  next question.
10          **MS. HUANG:**  Your Honor, we would like to move
11 Dr. Czeisler's CV into evidence.  It's Exhibit 1, page 135 to
12 238.
13          **THE COURT:**  Any objection?
14          **MS. MURPHY:**  I would.  There's no need for it.  He's
15 testified to the relevant pieces.
16          **THE COURT:**  It's hearsay.  It's in the record.  His
17 accomplishments are in the record.
18 **BY MS. HUANG:**
19 Q.   Did you look at Dr. Zeitzer's data on the lighting inside
20 the cells?
21 A.   Yes.
22 Q.   And in your opinion, is the lighting, as recorded by
23 Dr. Zeitzer, the functional equivalent of outdoor sunshine?
24          **MS. MURPHY:**  Objection, beyond the scope of the
25 report.

1       **THE COURT:** Sustained.
2       **MS. DOUGHTY:** Your Honor, sorry. I maybe
3   misunderstood.
4       **THE COURT:** I only want to hear from one person at a
5   time. If the person is questioning, I'll hear from that
6   person, but I don't want a bunch of people jumping in.
7      You have to point me to something in his report that shows
8   me that he opined on this in his report.
9       **MS. HUANG:** Your Honor, that's all we have at the
10  moment.
11      **THE COURT:** Okay. All right. Cross-examination,
12  Dr. Czeisler.
13                      **CROSS-EXAMINATION**
14  BY MS. MURPHY:
15  Q.  Good afternoon, Doctor.
16  A.  Good afternoon, Attorney Murphy.
17  Q.  Do you still have copies of both of your reports in front
18  of you?
19  A.  I do.
20  Q.  The first report is dated September 2nd, 2022, right?
21  A.  That's correct.
22  Q.  The second report is dated October 31st, 2022? I believe
23  the date is on the first page.
24  A.  It's signed November 1st, 2022.
25  Q.  Thank you. November 1st, so about two months apart?

1  this case?
2  **A.**   Yes.
3  **Q.**   And you also intended those reports to contain all of the
4  bases and reasoning for each opinion you offered in this case?
5  **A.**   That was my intention, yes.
6  **Q.**   Okay.
7            **MS. MURPHY:**  No further questions.
8            **THE COURT:**  Redirect.
9                        **REDIRECT EXAMINATION**
10 BY MS. HUANG:
11 **Q.**   Dr. Czeisler, in terms of your opinions in this case, do
12 you have an opinion for how much outdoor sunlight --
13           **MS. MURPHY:**  Objection, beyond the scope of the
14 report.
15           **THE COURT:**  Sustained.
16           **MS. HUANG:**  Well, Your Honor, I believe that she went
17 into his opinions, and so I just wanted to clarify what his
18 opinion was on that case.
19           **THE COURT:**  Ms. Huang, let me talk about expert
20 reports and what they're supposed to say.
21      The expert report is supposed to contain all opinions of
22 the expert.  I have given tremendous latitude today because I'm
23 interested in finding the truth.  But I will give a remedy to
24 the defendant, because I don't want to prejudice the defendant.
25 The amount of time that Dr. Czeisler believes the inmates

**CERTIFICATE OF REPORTERS**

We certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Thursday, August 10, 2023

*Ana Dub*
_____
Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
CSR No. 7445, Official United States Reporter

*Jennifer Coulthard*
_____
JENNIFER L. COULTHARD, RMR, CRR
Official Court Reporter
CA CSR#14457