# EXHIBIT C

**Volume 3**

**Pages 432 - 651**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Sallie Kim, Magistrate Judge

```
MONTRAIL BRACKENS, et al.,     )
                               )
          Plaintiffs,          )
                               )
   VS.                         ) NO. C 19-02724 SK
                               )
CITY AND COUNTY OF             )
SAN FRANCISCO, et al.,         )
                               )
          Defendants.          )
_____)
```

San Francisco, California
Thursday, August 10, 2023

**TRANSCRIPT OF BENCH TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
        LAW OFFICES OF YOLANDA HUANG
        2748 Adeline Street, Suite A
        Berkeley, California 94703
  **BY:  YOLANDA HUANG, ATTORNEY AT LAW**

        GREENFIRE LAW, PC
        2748 Adeline Street, Suite A
        Berkeley, California 94703
  **BY:  RICHARD A. BRODY, ATTORNEY AT LAW**
      **RACHEL S. DOUGHTY, ATTORNEY AT LAW**

      **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CSR No. 7445
              Jennifer Coulthard, RMR, CRR, CSR No. 14457
              Official United States Reporters

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:
                              OFFICE OF THE CITY ATTORNEY
 3                            Sixth Floor, Fox Plaza
                              1390 Market Street
 4                            San Francisco, California 94102
                         BY:  SABRINA M. BERDUX, ATTORNEY AT LAW
 5

 6                            OFFICE OF THE CITY ATTORNEY
                              1 Dr. Carlton B. Goodlett Place
 7                            City Hall, Room 234
                              San Francisco, California 94102
 8                       BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY

 9

10   Also Present:            Chief Deputy Sheriff Lisette Adams
                              Winnie Fong, Paralegal
11
```

```
 1                            I N D E X

 2

 3   Thursday, August 10, 2023 - Volume 3

 4   PLAINTIFFS' WITNESSES                              PAGE    VOL.

 5   ZEITZER, PH.D., JAMIE (RECALLED)
     (PREVIOUSLY SWORN)                                 439     3
 6   Direct Examination resumed by Ms. Huang            439     3
     Cross-Examination by Ms. Murphy                    471     3
 7   Redirect Examination by Ms. Huang                  495     3
     Recross-Examination by Ms. Murphy                  503     3
 8

 9   LOMBA, KENNETH
     (SWORN)                                            509     3
10   Direct Examination by Ms. Huang                    509     3
     Cross-Examination by Ms. Berdux                    566     3
11   Redirect Examination by Ms. Huang                  594     3

12   DEFENDANT'S WITNESSES                              PAGE    VOL.

13   PRATT, LISA
     (SWORN)                                            615     3
14   Direct Examination by Ms. Berdux                   615     3

15

16

17                          E X H I B I T S

18   TRIAL EXHIBITS                               IDEN    EVID    VOL.

19    29, page 1                                          453     3

20    29, page 2                                          453     3

21    29, page 3                                          453     3

22    29, page 4                                          453     3

23    29, page 5                                          453     3

24    29, page 6                                          453     3

25
```

1  **Q.** Appeared to be plastic?

2  **A.** It did.

3  **Q.** All right. Would that fluorescent fixture emit UV light?

4  **A.** Fluorescent fixtures --

5        **MS. MURPHY:** Objection. Beyond the -- excuse me.

6  Beyond the scope of the witness's report or prior testimony.

7        **THE COURT:** Sustained.

8  BY MS. HUANG:

9  **Q.** And I believe you testified in your preliminary -- when

10 you testified at the preliminary hearing, that the amount of

11 light that these fluorescent -- that one fluorescent fixture

12 put out was not sufficient to be a replacement for sunlight.

13       **MS. MURPHY:** Objection. Misstates the prior

14 testimony.

15       **THE COURT:** I don't know. I read Dr. Zeitzer's

16 testimony many, many times, but I don't remember if this

17 specific question was asked, or not, in this particular

18 fluorescent light being a substitute for sunlight. I don't

19 remember that, Ms. Huang. Can you point me to something in his

20 prior testimony? I don't have the transcript in front of me.

21       **MS. HUANG:** I don't have it in front of me, but

22 I believe that there was quite a bit of colloquy on the issue

23 of how much light you need during the day.

24       **THE COURT:** Mm-hmm.

25       **MS. HUANG:** And that's what I'm trying to get at,

1  continuing one to save you the time.
2          THE COURT: Yes. Why don't you, when you finish this
3  line of questioning, then, Ms. Murphy, you make the same
4  objection again. I'm going to reserve ruling.
5  BY MS. HUANG:
6  Q. And then there are certain peaks in this graph; correct?
7  A. Correct.
8  Q. And what do those peaks represent?
9  A. That represents how this light is being generated by the
10 LED, and so there's -- there -- for this particular one, there
11 is something that is emitting extra light at around
12 440 nanometers, which is in the blue; around 545 nanometers,
13 which is in the green; and then something at around
14 620 nanometers, which is closer to the reddish-orange region.
15 Q. And it is the combination of those spectrums -- the blue,
16 the green, and the red -- that, to our eye, appears white?
17 A. That's correct.
18 Q. But it isn't really white light that's coming out?
19 A. No. No. Light is comprised -- even what we consider to
20 be kind of white light is comprised of the individual colors of
21 the rainbow.
22 Q. Now, in addition, you put out sensors at another time;
23 correct?
24 A. That's correct.
25 Q. And I'm going to ask you to take a look at what's been

1  marked as Exhibit 34.
2          **THE COURT:** Ms. Murphy, do you want to make your
3  objection now on that line of testimony?  And then I'll reserve
4  my ruling on it.
5          **MS. MURPHY:** Yes, although I suspect I will have
6  another objection to 34.
7          **THE COURT:** Okay.
8          **MS. MURPHY:** The continuing objection is plaintiffs'
9  line of questioning all considered matters beyond the opinions
10 offered in this expert's report or his prior testimony in the
11 case.
12     My objection to Exhibit 34 is that these are light
13 measurements that were taken after his report was submitted,
14 and so there is no way they could be contained in his report.
15         **THE COURT:** I see.  Okay.
16     Why don't you lay the foundation for that, Ms. Huang, and
17 then I'll rule on Exhibit 34.
18         **MS. HUANG:** All right.
19 **Q.** Now, in Exhibit 34, could you tell me what these are
20 recordings of?
21 **A.** Sure.  So this is a light sensor that is placed outside of
22 the prison, and this is not on the property.  We were not
23 allowed to place this on the property, so we placed it on
24 public property that is adjacent.
25     And so this is the same kind of light sensor that was used

1  inside, except this is now recording it outside and looking at
2  the outside light.
3          THE COURT:  Thank you.
4      And when did Dr. Zeitzer submit his report?  Ms. Murphy is
5  claiming that this was information that was gathered after he
6  submitted his report.
7          MS. MURPHY:  I believe all expert reports were due
8  September 2nd, 2022.
9          THE COURT:  Right.
10     And was this submitted so that you could take his
11 deposition on this, to examine him on his deposition?
12         MS. HUANG:  This was provided to defendants, and they
13 did depose him after they got this data, and had ample
14 opportunity to depose him at the time of his deposition on this
15 data.
16         MS. MURPHY:  I don't have a specific recollection
17 either way, but I would submit that introduction or discussion
18 of this exhibit is inconsistent with the Court's prior order on
19 the motions in limine regarding Dr. Zeitzer's testimony.
20         THE COURT:  Okay.  I'm going to exclude it because,
21 if it was submitted after the report, it's clearly data that
22 was gathered 14 days after the expert report was due.  I'm just
23 going to exclude Exhibit 34.
24         MS. HUANG:  All right.
25         THE COURT:  And any questioning on Exhibit 34.

1  there's specific pages that are identified and testified to and
2  used, I would withdraw our objections as they are -- I
3  understood your preliminary ruling -- as they are Sheriff's
4  Office records, although they were not produced in discovery.
5         **THE COURT:** Okay. Ms. Huang, are there specific
6  pages of the multi-page Plaintiffs' Exhibit 195 that you want
7  to introduce into evidence? Because, if so, you have to have
8  Mr. Lomba lay the foundation for each of the different
9  documents in it. This is the problem with having the
10 multi-page exhibit.
11        In other words, normally you would have one freestanding
12 report, you would say he saw it, he knows it, you ask do you
13 need it admitted into evidence, I would say either yes or no.
14        But this one, are there pages that you want in? Because
15 right now he's only talked about page 1, maybe page 2, and then
16 it looks like there are some other documents included in there.
17 So tell me what you want admitted.
18        **MS. HUANG:** Could we go up to page 7, please,
19 Ms. Doughty?
20        **MS. DOUGHTY:** Page 7?
21        **MS. HUANG:** No. This is 8. There. That's page 7.
22 **BY MS. HUANG:**
23 **Q.** So, Mr. Lomba, in these monthly staffing reports, are they
24 all formatted fairly similarly?
25 **A.** Yes.

```
 1   to this particular document, so are you going to try to
 2   introduce it into evidence?
 3           MS. HUANG:  I am.  I believe that Ms. Berdux opened
 4   the door on this.
 5           THE COURT:  Okay.  I'll hear him out.  Why don't you
 6   lay the foundation, and then I'll hear the question.
 7           MS. HUANG:  It's 63, sir.
 8           MS. BERDUX:  Your Honor, should I state my objection?
 9   Currently I don't believe this opened the door to anything.
10           THE COURT:  So one of the complaints about this
11   document was that it was a couple of different things attached,
12   or is it just -- how many pages are in this document?
13           MS. HUANG:  I believe this document is three.
14           THE COURT:  Okay.  All right.
15           MS. BERDUX:  This is not -- this is from the DSA,
16   though, and is not a Sheriff's Office document.
17           THE COURT:  Correct.
18           MS. BERDUX:  And we objected that this was not
19   produced in the course of discovery.
20           THE COURT:  It was not.
21           MS. HUANG:  It was produced as part of Sheriff
22   Mirkarimi's production to you for his expert witness.
23           THE COURT:  And yet, he's not the one testifying
24   about it.  If he were testifying about it, it would be one
25   thing, because he relied upon it, but it's not part of his
```

1    testimony.  So let me see where this goes.
2            You can renew your objection, Ms. Berdux.  I want to hear
3    more about it, and then you can renew your objection.
4    **BY MS. HUANG:**
5    **Q.**   Mr. Lomba, even before Sheriff Miyamoto took office, were
6    you encouraging and urging him to increase recruitment?
7    **A.**   Yes.
8    **Q.**   And is Exhibit 63 an example of your efforts to get the
9    sheriff to increase recruitment?
10   **A.**   Yes.
11   **Q.**   And was the staffing levels an issue even before Sheriff
12   Miyamoto took office?
13   **A.**   It was.
14   **Q.**   And you gave him very specific suggestions of how he could
15   improve recruitment and hiring?
16   **A.**   Yes.
17   **Q.**   And that's what this letter is?
18   **A.**   Yes.
19           **MS. BERDUX:**  I'd like to move this into evidence,
20   Your Honor.
21           **THE COURT:**  Okay.  It's also hearsay.  And what's the
22   hearsay exception?  That was one of the objections listed on
23   the chart, hearsay.
24           **MS. HUANG:**  It is --
25           **THE COURT:**  And double hearsay.  There's double

1    hearsay in it.
2              MS. HUANG:  It's for the issue of notice, Your Honor,
3    that notice was provided, and it's to -- not for the specific
4    details of the information, but it was that the concern was
5    communicated.
6              MS. BERDUX:  He's already testified to that.  He
7    doesn't need a document.
8              THE COURT:  Yeah.  We don't need the document.  I'm
9    excluding the document from evidence.
10         Mr. Lomba has testified at length about his numerous
11   efforts to increase staffing in the Sheriff's Department.  I've
12   heard it.  I understand it.  This document is not necessary,
13   and it still is hearsay.
14   BY MS. HUANG:
15   Q.   And these efforts that you had to encourage --
16             THE COURT:  Please take it down.
17   BY MS. BERDUX:
18   Q.   -- the sheriff to increase recruitment was consistent,
19   correct?
20   A.   Yes.
21   Q.   And you did it frequently?
22   A.   Yes.
23   Q.   And you wrote to the sheriff?
24   A.   Yes.
25   Q.   And you emailed the sheriff?

```
 1
 2                    CERTIFICATE OF REPORTERS
 3        We certify that the foregoing is a correct transcript
 4   from the record of proceedings in the above-entitled matter.
 5
 6   DATE:  Friday, August 11, 2023
 7
 8
 9                    [signature: Ana Dub]
10   _____
11        Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
         CSR No. 7445, Official United States Reporter
12
13
14
15   _____
              [signature: Jennifer Coulthard]
16        JENNIFER L. COULTHARD, RMR, CRR
17             Official Court Reporter
18                 CA CSR#14457
19
20
21
22
23
24
25
```