# EXHIBIT E

**Volume 5**

**Pages 873 - 1122**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Sallie Kim, Magistrate Judge

| | |
|---|---|
| MONTRAIL BRACKENS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| VS. | ) NO. C 19-02724 SK |
| | ) |
| CITY AND COUNTY OF | ) |
| SAN FRANCISCO, et al., | ) |
| | ) |
| Defendants. | ) |

San Francisco, California
Tuesday, August 15, 2023

**TRANSCRIPT OF BENCH TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
            LAW OFFICES OF YOLANDA HUANG
            2748 Adeline Street, Suite A
            Berkeley, California 94703
       **BY: YOLANDA HUANG, ATTORNEY AT LAW**

            GREENFIRE LAW, PC
            2748 Adeline Street, Suite A
            Berkeley, California 94703
       **BY: RICHARD A. BRODY, ATTORNEY AT LAW**
            **RACHEL S. DOUGHTY, ATTORNEY AT LAW**


       **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:   Ana Dub, RDR, RMR, CRR, CSR No. 7445
               Jennifer Coulthard, RMR, CRR, CSR No. 14457
               Official United States Reporters

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:
                              OFFICE OF THE CITY ATTORNEY
 3                            Sixth Floor, Fox Plaza
                              1390 Market Street
 4                            San Francisco, California 94102
                         BY:  SABRINA M. BERDUX, ATTORNEY AT LAW
 5

 6                            OFFICE OF THE CITY ATTORNEY
                              1 Dr. Carlton B. Goodlett Place
 7                            City Hall, Room 234
                              San Francisco, California 94102
 8                       BY:  KAITLYN M. MURPHY, DEPUTY CITY ATTORNEY

 9

10   Also Present:            Montrail Brackens
                              Jose Poot
11                            Chief Deputy Sheriff Lisette Adams
                              Winnie Fong, Paralegal
12                            Nuria de la Fuenta, Spanish Interpreter
```

<pre>
                              I N D E X


    Tuesday, August 15, 2023 - Volume 5


                                                      PAGE   VOL.

    Plaintiffs Rests                                   994    5

    PLAINTIFFS' WITNESSES                             PAGE   VOL.

    MIYAMOTO, PAUL
    (SWORN)                                            892    5
    Direct Examination by Mr. Brody                    892    5


    DEFENDANTS' WITNESSES                             PAGE   VOL.

    GOMEZ, JAMES (RECALLED)
    (PREVIOUSLY SWORN)                                 882    5
    Cross-Examination by Ms. Huang                     882    5



    MIYAMOTO, PAUL (RECALLED)
    (PREVIOUSLY SWORN)                                 994    5
    Direct Examination by Ms. Murphy                   994    5
    Cross-Examination by Mr. Brody                    1034    5
    Redirect Examination by Ms. Murphy                1039    5



    RIKER, ALYSSA
    (SWORN)                                           1043    5
    Direct Examination by Ms. Murphy                  1043    5
    Cross-Examination by Ms. Huang                    1061    5


    RAMIREZ, JOHN
    (SWORN)                                           1066    5
    Direct Examination by Ms. Berdux                  1066    5
    Cross-Examination by Ms. Huang                    1100    5


    TILTON, STEPHEN
    (SWORN)                                           1107    5
    Direct Examination by Ms. Berdux                  1107    5
</pre>

1    THE WITNESS: I'm not familiar with any public parks.
2    THE COURT: Okay.
3  BY MR. BRODY:
4  Q. Okay. It's correct, is it not, Sheriff, that San Quentin
5  State Prison has multiple outdoor exercise yards?
6  A. Yes.
7  Q. And is it correct, from your knowledge, that inmates at
8  San Quentin use those exercise yards?
9  A. Yes.
10    MR. BRODY: Can I have Ms. Doughty focus down more
11  closely on the prison, please, and maybe back out just a
12  little, please. There we go.
13  BY MR. BRODY:
14  Q. Sheriff, you see that there are exercise yards at the
15  prison?
16    MS. MURPHY: Objection. The question's related to a
17  document that's not in evidence.
18    THE COURT: Sustained.
19  BY MR. BRODY:
20  Q. Do you --
21    THE COURT: Also, lack of foundation.
22  BY MR. BRODY:
23  Q. Sheriff, do you -- strike that.
24     Have you been to the San Quentin State Prison?
25  A. Yes.

```
 1   BY MR. BRODY:
 2   Q.   Sure.  But prior to COVID, it's correct, from your
 3   knowledge, that the exercise yards at San Quentin were used by
 4   inmates there?
 5   A.   Yes.
 6        MR. BRODY:  Your Honor, I'd ask that Plaintiffs'
 7   Exhibit 267 be admitted into evidence.
 8        THE COURT:  Objections?
 9        MS. MURPHY:  Objection.  Lack of foundation or
10   authentication, and it's not on plaintiffs' 100 exhibits.
11        THE COURT:  Sustained.
12        MR. BRODY:  Can I -- can I ask Ms. Doughty to take
13   down Plaintiffs' 267.
14   BY MR. BRODY:
15   Q.   Sheriff, you've indicated you're familiar with the
16   Santa Rita Jail.
17   A.   Yes.
18   Q.   Okay.  And that's located in Dublin, California?
19   A.   Yes.
20   Q.   And have you been to Santa Rita on more than one occasion?
21   A.   Yes.
22   Q.   How many times, roughly, have you been to Santa Rita over
23   the years?
24   A.   To the entire grounds or the jail specifically?
25   Q.   The jail specifically, sir.
```

1    Thank you.

2         (Proceedings adjourned at 2:28 p.m.)

3                   ---o0o---

5              **CERTIFICATE OF REPORTERS**

6    We certify that the foregoing is a correct transcript
7    from the record of proceedings in the above-entitled matter.

9    DATE:  Tuesday, August 15, 2023

_____

14   Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
     CSR No. 7445, Official United States Reporter

_____

19   JENNIFER L. COULTHARD, RMR, CRR

20         Official Court Reporter

21              CA CSR#14457