# EXHIBIT I

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - -
 5   KENYON NORBERT, et al.,      )
 6            Plaintiffs,         )
 7   vs.                          )  CASE NO.
 8   SAN FRANCISCO COUNTY         )  19-cv-02724-SK (LB)
 9   SHERIFFS DEPARTMENT, CITY    )
10   AND COUNTY OF SAN            )
11   FRANCISCO, et al.,           )
12            Defendants.         )
13   - - - - - - - - - - - - - - -
14
15
16      REMOTE DEPOSITION OF CHARLES CZEISLER, M.D., PH.D.
17               WEDNESDAY, NOVEMBER 2, 2022
18                  PAGES 1 - 165; VOLUME 1
19
20
21             BEHMKE REPORTING AND VIDEO SERVICES, INC.
22      BY: ANGELA SINCLAIR, RMR, RPR, CRR, CCRR, CSR NO. 13902
23                            455 MARKET STREET, SUITE 970
24                            SAN FRANCISCO, CALIFORNIA 94105
25                                          (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9              Remote Deposition of CHARLES CZEISLER, M.D.,
10   PH.D., taken on behalf of Defendants, located in Sherborn,
11   Massachusetts, via videoconference commencing at 8:06 A.M.
12   PST, WEDNESDAY, NOVEMBER 2, 2022, before Angela Sinclair,
13   Certified Shorthand Reporter No. 13902, pursuant to Notice
14   of Deposition.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFFS AND THE WITNESS:
 3        LAW OFFICE OF YOLANDA HUANG
 4        BY:  YOLANDA HUANG, ATTORNEY AT LAW
 5             (VIA VIDEOCONFERENCE)
 6        528 Grand Avenue
 7        Oakland, California 94610
 8        Telephone: (510) 329-2140
 9        Email:  yhuang.law@gmail.com
10
11     -AND-
12
13        GREENFIRE LAW, PC
14        BY:  RACHEL DOUGHTY, ATTORNEY AT LAW
15             (VIA VIDEOCONFERENCE)
16        2550 Ninth Street, Suite 204B
17        Berkeley, California 94710
18        Telephone:  (510) 900-9502
19        Email:  rdoughty@greenfirelaw.com
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL (CONTINUED):
 2  FOR DEFENDANTS CITY AND COUNTY OF SAN FRANCSICO and
 3  VICKI HENNESSY:
 4       CITY AND COUNTY OF SAN FRANCISCO
 5       BY:  SABRINA BERDUX, DEPUTY CITY ATTORNEY
 6            (VIA VIDEOCONFERENCE)
 7       1390 Market Street, Sixth Floor
 8       San Francisco, California 94102
 9       Telephone:  (415) 554-3929
10       Email:  sabrina.m.berdux@sfcityatty.org
11
12  ALSO PRESENT (VIA VIDEOCONFERENCE):
13       JOSHUA HEADRICK, ZOOM TECH
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              You know, in other words, I haven't gone into
 2   any details, but there are those conversations having to
 3   do with dates and when I would be in San Francisco with
 4   my, you know, family members living on the West Coast.
 5   So. . .
 6              Is that the sort of thing you're talking about?
 7        Q.   Yeah.  I think maybe a better question to ask
 8   is:  Other than plaintiffs' counsel and Dr. Zeitzer,
 9   have you spoken with anyone else about the substance of
10   your testimony in this case?
11        A.   I don't think so.
12        Q.   I understand that you have both an M.D. and a
13   Ph.D.; is that correct?
14        A.   Yes.
15        Q.   Are you a practicing physician?
16        A.   No.
17        Q.   Have you in your capacity as a medical doctor
18   treated any plaintiff in this case?
19        A.   No.
20        Q.   What is your understanding of the subject
21   matter about which you were retained to offer opinions
22   in this case?
23        A.   Oh, I just realized that -- I just remembered
24   something, another person with whom I've spoken about
25   the matter.  And that's the graduate student Julianna,
```

```
 1  STATE OF CALIFORNIA            )
 2                                 ) ss.
 3  COUNTY OF CONTRA COSTA COUNTY  )
 4           I hereby certify that the witness in the
 5  foregoing deposition, CHARLES CZEISLER, PH.D., M.D.,
 6  was by me duly sworn to testify to the truth, the whole
 7  truth and nothing but the truth, in the within-entitled
 8  cause; that said deposition was taken at the time and place
 9  herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested
12  person, and was thereafter transcribed into typewriting
13  by computer.
14           I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18           IN WITNESS WHEREOF, I have hereunto set my
19  hand this 11th day of November, 2022.
20  Reading and Signing was:
21  _X_ requested    ___ waived    ___ not requested
22
23
24                    _____
25           ANGELA SINCLAIR, RMR, RPR, CRR, CCRR, CSR 13902
```