# EXHIBIT J

1  **LAW OFFICE OF YOLANDA HUANG**
   Yolanda Huang, SBN 104543
2  PO Box 5475
   Oakland, CA 94605
3  Telephone: (510) 329-2140
   Facsimile: (510) 580-9410
4  Email: yhuang.law@gmail.com

5
   **GREENFIRE LAW, PC**
6  Rachel Doughty, SBN 255904
   Richard Brody, SBN 100379
7  P.O. Box 9055
   Berkeley, CA 94707
8  Telephone: (510) 900-9502
   Facsimile: (510) 900-9502
9  Email: rdoughty@greenfirelaw.com
   rbrody@greenfirelaw.com
10

11 *Attorneys for Plaintiffs*

12

13                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                SAN FRANCISCO/OAKLAND DIVISION

15

| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**EXHIBIT 3**<br>**TO DECLARATION OF YOLANDA HUANG IN SUPPORT OF MOTION FOR ATTORNEYS FEES AND COSTS – SPREADSHEET IDENTIFYING COSTS** |
|---|---|

| Date | Description 1 | Description 2 | Vendor | Amount | Category | Rdxn % | Demand |
|---|---|---|---|---|---|---|---|
| 6/16/23 | Delivery | Delivery - Pretrial Documents to Court | | $225.00 | Delivery Fee | | $225.00 |
| 8/7/23 | Delivery | Delivery - Trial Exhibits, 2 Sets, to Court-Bridge Toll | | $8.75 | Delivery Fee | | $8.75 |
| 9/14/2023 | | Pick-up Exhibits from Court, delivery service | | $225.00 | Delivery Fee | | $225.00 |
| 7/19/23 | Hotel Czeisler 7/19/23 | | | $250.00 | Expert Expense | | $250.00 |
| 8/7-8/9/22 | Hotel Czeisler 8/7-8/9/22 | | | $1,387.88 | Expert Expense | | $1,387.88 |
| | Mathis - Depo Fee | | | $6,000.00 | Expert Fee (Defense) | | $6,000.00 |
| | Rogers - Depo Fee | | | $1,100.00 | Expert Fee (Defense) | | $1,100.00 |
| | Martinez - Depo Fee | | | $2,800.00 | Expert Fee (Defense) | | $2,800.00 |
| 2022 | Dr. Czeisler ($950/hr for Dr. Czeisler; $450/hr for doctoral colleagues, $125/hr for research assistant) | | Charles A Czeisler, PhD, MD, DABSM, FAASM | $126,185.80 | Expert Fee (Plaintiff) | | $126,185.80 |
| 2023 | Dr. Czeisler | | Charles A Czeisler, PhD, MD, DABSM, FAASM | $128,906.71 | Expert Fee (Plaintiff) | | $128,906.71 |
| | Fogarty- $250/h | | Fogarty | $3,500.00 | Expert Fee (Plaintiff) | | $3,500.00 |
| | Mirkarimi - $850/hr | | Mirkarimi | $20,000.00 | Expert Fee (Plaintiff) | | $20,000.00 |
| | Bernstein ($925/hr) | | Bernstein | $18,566.00 | Expert Fee (Plaintiff) | | $18,566.00 |
| | Bernstein NM tax on Depo Fee | Bernstein charged NM tax which CCSF refused to pay | Bernstein | $310.00 | Expert Fee (Plaintiff) | | $310.00 |
| | HVAC Consultation | Consultation to review CJ3 plans | Drenowski | $350.00 | Expert Fee (Plaintiff) | | $350.00 |
| 8/4/23 | | Witness Prep payment to Leigh Johnson | | $1,400.00 | Expert Fee (Plaintiff) | | $1,400.00 |
| 5/20/2019 | Filing Fee | | CAND | $400.00 | Filing Fee | | $400.00 |
| 8/7/23-8/11/23 | | Hotel for counsel | | $3,553.85 | Hotel | | $3,553.85 |
| 8/14/23-8/17/23 | | Hotel for counsel | | $3,119.73 | Hotel | | $3,119.73 |
| 8/15/2023 | Ct. Interpreter (Trial for Poot) | | | $741.75 | Interpreter | | $741.75 |
| 8/8/2023 | Ct. Interpreter (Trial for Poot) | | | $741.75 | Interpreter | | $741.75 |
| | Process Server (Gantor and Mirkarimi) | | | $280.00 | Interpreter | | $280.00 |
| 8/_/19 | 8/1/2019 - Inspection w/ Judge Kim | | Brooke Anderson Photography | $500.00 | Interpreter | | $500.00 |

| Date | Description 1 | Description 2 | Vendor | Amount | Category | Rdxn % | Demand |
|---|---|---|---|---|---|---|---|
| 8_/23 | 8/1/2023 Brooke Anderson Photographer | | Brooke Anderson Photography | $300.00 | Interpreter | | $300.00 |
| 8/19/23 | E124 Other | Purchase of Evidence (Instant Digital Access) Book by RD | | $8.75 | Legal Research | | $8.75 |
| 10/30/23 | Lexis--Research Fees | | | $1,689.45 | Legal Research | | $1,689.45 |
| 2022-8-29 | Medical Records Summaries | | | $850.00 | Medical Records Summaries | | $850.00 |
| 2022-8-29 | Medical Records Summaries | | | $250.00 | Medical Records Summaries | | $250.00 |
| 2022-8-29 | Medical Records Summaries | | | $600.00 | Medical Records Summaries | | $600.00 |
| 11/29/22 | E124 Other | PACER document download 9/2 | | $0.20 | Pacer | | $0.20 |
| 11/29/22 | E124 Other | PACER document download 8/19 | | $0.10 | Pacer | | $0.10 |
| 11/29/22 | E124 Other | PACER document download 7/13 | | $0.40 | Pacer | | $0.40 |
| 3/27/23 | E106 Online research | PACER docket download 11/07 - docket 269 (0-8) | | $16.20 | Pacer | | $16.20 |
| 3/27/23 | E106 Online research | PACER docket download 11/10 - 281-0, 273-2 and DOCKET REPORTS | | $9.40 | Pacer | | $9.40 |
| 3/27/23 | E106 Online research | PACER docket download 11/11- DOCKET REPORTS | | $6.30 | Pacer | | $6.30 |
| 3/27/23 | E106 Online research | PACER docket download - 11/14 DOCKET REPORT | | $3.00 | Pacer | | $3.00 |
| 3/27/23 | E106 Online research | PACER docket download 11/17 - DOCKET REPORTS, DOCUMENT 282-0 | | $21.20 | Pacer | | $21.20 |
| 3/27/23 | E106 Online research | PACER docket download 11/23 | | $3.10 | Pacer | | $3.10 |
| 3/27/23 | E106 Online research | PACER docket download 11/15 | | $3.00 | Pacer | | $3.00 |
| 3/27/23 | E106 Online research | PACER docket download 12/02 | | $0.30 | Pacer | | $0.30 |
| 8/30/23 | | Pacer | | $201.00 | Pacer | | 201 |

| Date | Description 1 | Description 2 | Vendor | Amount | Category | Rdxn % | Demand |
|---|---|---|---|---|---|---|---|
| 6/30/23 | E109 Local travel | Norbert v. CCSF Pretrial Conference Parking and Bridge Toll for Richard Brody | | $35.75 | Parking and Tolls | | $35.75 |
| 7/18/23 | E109 Local travel | Mandatory Settlement Conference, Parking and Bridge | | $37.75 | Parking and Tolls | | $37.75 |
| 7/20/23 | E109 Local travel | Meetings with Dr. Czeisler and Ross Mirkarimi, Bridge Toll | | $8.75 | Parking and Tolls | | $8.75 |
| 9/7/23 | E124 Other | Trial expenses for R. Brody - Receipts shared via email (less meals included) | | $389.67 | Parking and Tolls | 20.00% | $311.74 |
| 8/11/23 | | Parking, trial | | $122.00 | Parking and Tolls | | $122.00 |
| 8/17/23 | | Parking, trial | | $87.00 | Parking and Tolls | | $87.00 |
| 8/7/23 | | Bridge Toll, trial | | $8.75 | Parking and Tolls | | $8.75 |
| 8/14/23 | | Bridge Toll, trial | $8.75 | | Parking and Tolls | | $8.75 |
| 5/25/23 | | Postage-Inmate Letters | | $60.00 | Postage | | $60.00 |
| 8/9/22 | E101 Copying | Photocopies for CA Historic Building Codes | | $8.00 | Reproduction and Binding | | $8.00 |
| 6/19/23 | E124 Other | Office Depot purchase of binders 6/14/2023 | | $76.65 | Reproduction and Binding | | $76.65 |
| 6/1/23 | E124 Other | Purchased of envelopes on 05/10/2023 for letter to clients | | $77.15 | Reproduction and Binding | | $77.15 |
| 8/23/23 | E124 Other | Three ringed binders for trial (to be billed upon winning case) | | $204.01 | Reproduction and Binding | | $204.01 |
| 6/13/23 | Copying | Duplication & 3 hole punch - Pretrial Exhibits & Documents | | $3,969.00 | Reproduction and Binding | | $3,969.00 |
| 8/2/23 | Copying | Duplication & 3 hole punch - 2 sets Trial Exhibits | | $4,630.50 | Reproduction and Binding | | $4,630.50 |
| 8/9/23 | Copying | Duplications - during Trial | copynet | | Reproduction and Binding | | 80 |
| 8/1/23 | | Purchase of Binders - OfficeDepot | | $700.00 | Reproduction and Binding | | $700.00 |
| 5/16/2023 | | Stationary - Inmate Letters | | $36.00 | Reproduction and Binding | | $36.00 |
| 9/14/2023 | | Shredding - medical records | | $250.00 | Reproduction and Binding | | $250.00 |
| 8/4/23 | Subpena | Subpoena Dr. Pratt, Custodian of Recrds SF-Prison Medica | | $300.00 | Service Fee | | $300.00 |

| Date | Description 1 | Description 2 | Vendor | Amount | Category | Rdxn % | Demand |
|---|---|---|---|---|---|---|---|
| 9/1/22 | E123 Other professionals | Walter Stephens: INVOICE #220901_GREENFIRE_NORBERT, IT support | | $1,449.00 | Tech Support | | $1,449.00 |
| 10/10/22 | E123 Other professionals | W. Stephens: Inv. 221001_GREENFIRE_NORBERT, IT support | | $30.00 | Tech Support | | $30.00 |
| 11/2/22 | E123 Other professionals | W. Stephens Inv. 221101_GREENFIRE, IT support | | $240.00 | Tech Support | | $240.00 |
| 12/14/22 | E123 Other professionals | W. Stephens Inv. #221201_GREENFIRE | | $240.00 | Tech Support | | $240.00 |
| 6/28/23 | E123 Other professionals | ABM Invoice 11463 | | $140.00 | Tech Support | | $140.00 |
| 7/5/23 | E124 Other | W. Stephens Inv. #230701_GREENFIRE | | $480.00 | Tech Support | | $480.00 |
| 7/24/23 | E123 Other professionals | IT consultation inv. 11480 | | $140.00 | Tech Support | | $140.00 |
| 08/07/23 | IT | IT-Courtroom Set-up | | $250.00 | Tech Support | | $250.00 |
| | Mayer--Transcript | | Veritex | $1,726.00 | Transcript Fee | | $1,726.00 |
| | Mathis--Transcript | | Veritex | $2,542.00 | Transcript Fee | | $2,542.00 |
| | Rogers--Transcript | | Veritex | $2,828.65 | Transcript Fee | | $2,828.65 |
| | Martinez--Transcript | | Veritex | $1,843.00 | Transcript Fee | | $1,843.00 |
| | Martinez--Depo Video Recording | | Veritex | $1,680.50 | Transcript Fee | | $1,680.50 |
| | Late Cancellation for Depo fee | | Veritex | $350.00 | Transcript Fee | | $350.00 |
| 1/23/23 | Lomba 1/23/23--depo fee | | Behmke | $895.52 | Transcript Fee | | $895.52 |
| 2/15/23 | Lomba 2/15/23 Transcript | | Behmke | $915.44 | Transcript Fee | | $915.44 |
| 2/24/23 | Mirkarimi Transcript | | Behmke | $810.00 | Transcript Fee | | $810.00 |
| 11/1/23 | Mirkarimi 11/1/23 | | Behmke | $913.99 | Transcript Fee | | $913.99 |
| 1/5/22 | M. Harris 1/5/22 | | Behmke | $702.89 | Transcript Fee | | $702.89 |
| | M. Brown vol. 2 | | Behmke | $1,087.16 | Transcript Fee | | $1,087.16 |
| 11/7/22 | Ghannam 11.7.2022 | | Behmke | $422.50 | Transcript Fee | | $422.50 |
| 1/13/23 | L. Hancock 1/13/2023 | | Behmke | $790.25 | Transcript Fee | | $790.25 |
| | FOGARTY | | Behmke | $618.75 | Transcript Fee | | $618.75 |
| 11/2/22 | CZEISLER 11/2/22 | | Behmke | $987.75 | Transcript Fee | | $987.75 |
| 10/28/22 | ZEITZER 10/28/22 | | Behmke | $708.50 | Transcript Fee | | $708.50 |
| | BERNSTEIN | | Behmke | $1,723.75 | Transcript Fee | | $1,723.75 |
| | Lisa Pratt | | Veritext | $1,388.50 | Transcript Fee | | $1,388.50 |
| | Tilton | | Veritext | $1,359.00 | Transcript Fee | | $1,359.00 |

Case 3:19-cv-02724-SK    Document 487-1    Filed 10/31/23    Page 6 of 7
Case 3:19-cv-02724-SK    Document 437-1    Filed 11/14/23    Page 7 of 7
Brackens v. San Francisco, 19-cv-02724-SK                                                                    Costs

| Date | Description 1 | Description 2 | Vendor | Amount | Category | Rdxn % | Demand |
|---|---|---|---|---|---|---|---|
| 7/19/22 | Ramirez 7/19/22 | | Veritext | $982.50 | Transcript Fee | | $982.50 |
| 7/14/22 | McConnell 7/14/22 | | Veritext | $1,844.70 | Transcript Fee | | $1,844.70 |
| 7/11/22 | Miyamoto 7/11/22 | | | $1,915.60 | Transcript Fee | | $1,915.60 |
| 3/8/22 | Norbert | | | $681.00 | Transcript Fee | | $681.00 |
| 6/21/22 | Harris 6/21/22 | | | $443.06 | Transcript Fee | | $443.06 |
| 1/5/22 | Harris 1/5/22 | | | $685.75 | Transcript Fee | | $685.75 |
| 7/8/21 | Brown 7/8/21 | | | $515.00 | Transcript Fee | | $515.00 |
| 6/4/21 | Brown VOl. 2 | | | $525.00 | Transcript Fee | | $525.00 |
| 11/22/21 | Armando Carlos | | | $903.20 | Transcript Fee | | $903.20 |
| 8/22/22 | Brackens 8/22/22 | | | $455.00 | Transcript Fee | | $455.00 |
| 8/18/22 | Brackens 8/18/22 | | | $513.25 | Transcript Fee | | $513.25 |
| 3/3/22 | Jose Poot | | | $405.00 | Transcript Fee | | $405.00 |
| 7/11/22 | Jose Poot | | | $487.00 | Transcript Fee | | $487.00 |
| 8/15/22 | McAlister 8/15/22 | | | $497.25 | Transcript Fee | | $497.25 |
| 7/7/22 | MAclister 7/7/22 | | | $542.99 | Transcript Fee | | $542.99 |
| | | Trial Transcript | | $1,335.78 | Transcript Fee | | |
| | | Trial Transcript | | $1,118.32 | Transcript Fee | | |
| 8/8/23 | E111 Meals | Rad Radish meal | | $32.00 | | 100.00% | $0.00 |