1  DAVID CHIU, State Bar #189542
   City Attorney
2  JAMES F. HANNAWALT, State Bar #139657
   Acting Chief Trial Deputy
3  SABRINA M. BERDUX, State Bar #248927
   KAITLYN MURPHY, State Bar #293309
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3929 [Berdux]
   Telephone:     (415) 554-6762 [Murphy]
7  Facsimile:     (415) 554-3837
   E-Mail:        sabrina.m.berdux@sfcityatty.org
8  E-Mail:        kaitlyn.murphy@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO and
10 PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 | KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS, | Case No. 19-cv-02724-SK (LB) |
|---|---|
| | **[PROPOSED] ORDER MODIFYING PLAINTIFFS' REQUEST FOR FEES AND COSTS, GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE, AND SUSTAINING DEFENDANT'S EVIDENTIARY OBJECTIONS** |
| Plaintiffs, | Hearing Date: December 11, 2023 |
| vs. | Time: 9:30 a.m. |
| | Place: Remote Via Zoom |
| SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50, | Trial Date: August 8, 2023 |
| Defendants. | |

[Proposed] Order Granting in Part Mtn for Atty Fee       1                n:\lit\li2019\191337\01715436.docx
Case No. 19-cv-02724-SK (LB)

1     Having considered all of the papers and argument in this matter, the Court GRANTS IN PART AND DENIES IN PART Plaintiffs' Motion. The Court awards Plaintiffs' counsel $419,899.68 in fees, and $51,068.11 in costs.

    The Court hereby GRANTS Defendant's Request for Judicial Notice of the existence and contents of the Superior Court's order in *In re Hoeft-Edenfield*, Alameda County Sup. Ct., Case No. 159202 (April 29, 2014) pursuant to Rule 201 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: _____  _____
                                                                     HONORABLE SALLIE KIM
                                                                       United States Magistrate Judge