

Rachel Doughty <rdoughty@greenfirelaw.com>

## spreadsheet (Norbert)

**Murphy, Kaitlyn (CAT)** <Kaitlyn.Murphy@sfcityatty.org>  Mon, Nov 6, 2023 at 4:14 PM
To: Rachel Doughty <rdoughty@greenfirelaw.com>

Received, with thanks.



**Kaitlyn Murphy**

Deputy City Attorney

Office of City Attorney David Chiu

(415) 554-6762 Direct

www.sfcityattorney.org

*Please note the new telephone number.

**From:** Rachel Doughty <rdoughty@greenfirelaw.com>
**Sent:** Monday, November 6, 2023 3:50 PM
**To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>
**Subject:** spreadsheet (Norbert)

Hi Kaitlyn,

Please see attached.

R

Rachel S. Doughty, Esq.

**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 706
F: 510.900.9502
rdoughty@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the

intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.



**image001.jpg**
51K