|  | PLRA Lodestar with Billing Judgment | PLRA Demand (Enhancement Included) | Laffey Lodestar with Billing Judgment | Laffey Demand (Enhancement Included) |
|---|---:|---:|---:|---:|
| GFL: | $390,352.80 | $698,259.93 | $1,335,076.30 | $2,513,085.24 |
| YH: | $687,767.97 | $1,239,852.17 | $2,681,904.54 | $5,054,071.23 |
| SSHH&Z: | $3,690.00 | $0.00 | $15,855.00 | $0.00 |
| Costs: | $374,185.87 | $374,185.87 | $374,185.87 | $374,185.87 |
| **Total:** | **$1,455,996.63** | **$2,312,297.97** | **$4,407,021.70** | **$7,941,342.33** |

| Date | Hours | % Rdxn | Hours aft | Task | Biller | Detail |
|---|---|---|---|---|---|---|
| 10/21/2023 | 0.4 | | 0.4 | communication with IT converting time records for motion | Yolanda Huang | |
| 10/24/2023 | 0.5 | | 0.5 | initial drafting/schedule for fee motion | Yolanda Huang | |
| 10/25/23 | 0.8 | | 0.8 | Meetings | Yolanda Huang | MW Rae & RB& RSD re fee motion |
| 10/25/2023 | 0.5 | | 0.5 | legal research re fee motion | Yolanda Huang | |
| 10/30/2023 | 0.75 | | 0.8 | legal research possible appellate issues | Yolanda Huang | |
| 10/30/2023 | 0.4 | | 0.4 | emails with co-counsels re possible appeal | Yolanda Huang | |
| 10/30/2023 | 0.25 | | 0.3 | emails with Dr. Czeisler re final fee bill | Yolanda Huang | |
| 10/30/2023 | 0.2 | | 0.2 | emails with co-counsels re legal research | Yolanda Huang | |
| 10/30/2023 | 1.25 | | 1.3 | draft declaration | Yolanda Huang | |
| 11/01/2023 | 0.4 | | 0.4 | edit and review dec for fee motion | Yolanda Huang | |
| 11/01/2023 | 2 | | 2.0 | gather & review cost receiptws | Yolanda Huang | |
| 11/06/2023 | 0.3 | | 0.3 | emails with co-counsels re informal resolution of fee issues | Yolanda Huang | |
| 11/07/2023 | 0.25 | | 0.3 | emails with co-counsels re informal resolution of fee issues | Yolanda Huang | |
| 11/08/2023 | 0.25 | | 0.3 | supplemental receipts | Yolanda Huang | |
| 11/09/2023 | 0.4 | | 0.4 | re possible FRCP 58, FRAP 4 stip | Yolanda Huang | |
| 11/14/2023 | 2 | | 2.0 | review defendants' opposition to fee motion | Yolanda Huang | |
| 11/15/2023 | 0.6 | | 0.6 | meeting to review & outline reply | Yolanda Huang | |
| 11/15/2023 | 0.8 | | 0.8 | Legal Research - defendants' case cites | Yolanda Huang | |
| 11/16/2023 | 0.5 | | 0.5 | review settlement communmications | Yolanda Huang | |
| 11/20/2023 | 1 | | 1.0 | draft reply dec | Yolanda Huang | |
| 11/21/2023 | 0.5 | | 0.5 | edit and review reply dec | Yolanda Huang | |
| 11/21/2023 | 0.5 | | 0.5 | update costs and time sheet | Yolanda Huang | |

| Date | Hours | % Rdxn | Hours after Rdxn | Activity category | UTBMS task code | Description | User | Bill state |
|---|---|---|---|---|---|---|---|---|
| 11/1/23 | 0.7 | | 0.7 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket with Motions SIO Atty fees | Nuria de la Fuente | |
| 11/1/23 | 0.1 | | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Notify attys that docket is up to date | Nuria de la Fuente | |
| 11/2/23 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty declaration ISO fee motion | Rachel Doughty | |
| 11/2/23 | 0.4 | | 0.4 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Discussing settling fees and appeal with attorney for City | Rachel Doughty | |
| 11/2/23 | 0.4 | | 0.4 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email correspondence and discussion w/ co-counsel following settlement call with City regarding injunctive relief and fees and costs settlement | Rachel Doughty | |
| 11/2/23 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare stip with additional receipts | Rachel Doughty | |
| 11/2/23 | 0.2 | | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Convert and save all receipts into pdf format and unlock security on pdf doc to combine it | Nuria de la Fuente | |
| 11/2/23 | 0.3 | | 0.3 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Confer with RL and RD re drafting of Dec ISO Attys Fees | Nuria de la Fuente | |
| 11/2/23 | 0.7 | | 0.7 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Draft Decl. and attach exhibits | Nuria de la Fuente | |
| 11/2/23 | 0.6 | | 0.6 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | File RD Decl ISO attys fees w/ exhibits | Nuria de la Fuente | |
| 11/2/23 | 0.3 | | 0.3 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Confer w RD re redactions to receipts and revise Declaration with updated draft | Nuria de la Fuente | |
| 11/6/23 | 0.2 | | 0.2 | A103 Draft/revise L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Confer w/ YH re settlement | Rachel Doughty | |
| 11/6/23 | 0.1 | | 0.1 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email to Beeler, call to Kaitlyn, re trying to settle the case | Rachel Doughty | |
| 11/6/23 | 0.3 | | 0.3 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Call w/ opposing counsel re settlement | Rachel Doughty | |
| 11/6/23 | 0.3 | | 0.3 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Prepare email to co-counsel re settlement; prepare xcell sheet requested by opposing counsel of timesheet | Rachel Doughty | |
| 11/6/23 | 0.7 | | 0.7 | A102 Research C200 Researching Law | C200 Researching Law | Research ability to stay order pending negotiations of fees, costs, terms (FRCP 58, FRAP 4) | Rachel Doughty | |
| 11/6/23 | 0.4 | | 0.4 | A102 Research L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Review of law regarding extension of time to appeal to run from order on fee award | Rae Lovko | |
| 11/8/23 | 0.3 | | 0.3 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer w/ YH re Rule 58 motion | Rachel Doughty | |
| 11/8/23 | 0.2 | | 0.2 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Confer w/ opposing counsel re Rule 58 motion | Rachel Doughty | |
| 11/9/23 | 0.2 | | 0.2 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer w/ JB re enforcement of order | Rachel Doughty | |
| 11/9/23 | 0.2 | | 0.2 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer w/ RSD re enforcement of order | Jessica Blome | |
| 11/9/23 | 1.5 | | 1.5 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Rule 58 motion | Rachel Doughty | |
| 11/9/23 | 0.2 | | 0.2 | A103 Draft/revise P280 Other | P280 Other | Finalize and file Rule 58/4 motion, decl, proposed order | Rachel Doughty | |
| 11/13/23 | 0.6 | | 0.6 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket per service email, calendar and notify attys and inquire re calendaring | Nuria de la Fuente | |
| 11/14/23 | 0.1 | | 0.1 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review Motion to Extend Time to File Notice of Appeal, review calendared dates from NdLF | Richard Brody | |
| 11/14/23 | 0.2 | | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Confer with RB re Order Granting to Extend Time of Appeal and the calendaring of Not of Appeal once we receive ORDER on motion for attys fees | Nuria de la Fuente | |
| 11/14/23 | 0.6 | | 0.6 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review and comment on opposition brief | Rachel Doughty | |
| 11/15/23 | 0.3 | | 0.3 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and save opposition to Mtn for atty's fees and its exhibits | Nuria de la Fuente | |
| 11/15/23 | 0.6 | | 0.6 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Discuss response to fees motion | Rachel Doughty | |
| 11/15/23 | 0.6 | | 0.6 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Discuss fee motion reply | Rae Lovko | |

| Date | Hours | % Rdxn | Hours after Rdxn | Activity category | UTBMS task code | Description | User | Bill state |
|---|---|---|---|---|---|---|---|---|
| 11/15/23 | 0.1 | | 0.1 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Discussing potential settlement with the City | Rachel Doughty | |
| 11/15/23 | 0.6 | | 0.6 | A103 Draft/revise L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Prepare settlement chart and discuss with co-counsel; update chart, send new offer to opposing counsel | Rachel Doughty | |
| 11/16/23 | 0.1 | | 0.1 | A106 Communicate (with client) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Confer with opposing counsel re fees motion | Rachel Doughty | |
| 11/16/23 | 0.1 | | 0.1 | A101 Plan and prepare for L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Confer with co-counsel re fees motion | Rachel Doughty | |
| 11/17/23 | 1.3 | | 1.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft YH declaration ISO reply ISO fees motion | Rachel Doughty | |
| 11/17/23 | 1.3 | | 1.3 | A104 Review/analyze L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Review of Defs opposition to fees motion | Rae Lovko | |
| 11/17/23 | 1 | | 1 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Draft outline and introduction for fees motion reply | Rae Lovko | |
| 11/17/23 | 1.2 | | 1.2 | A102 Research L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Research on prevailing party success | Rae Lovko | |
| 11/17/23 | 3.2 | | 3.2 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Draft argument for fees motion reply | Rae Lovko | |
| 11/19/23 | 2.5 | | 2.5 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Draft fee motion reply | Rae Lovko | |
| 11/19/23 | 2.1 | | 2.1 | A102 Research L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Research for fee motion reply | Rae Lovko | |
| 11/19/23 | 3.1 | | 3.1 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare reply brief ISO fees | Rachel Doughty | |
| 11/20/23 | 3.3 | | 3.3 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Draft fee motion reply | Rae Lovko | |
| 11/20/23 | 0.3 | | 0.3 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer w/ co-counsel re content of reply brief ISO fees and also re settlement efforts w/ YH | Rachel Doughty | |
| 11/20/23 | 2.1 | | 2.1 | A102 Research L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Research on costs | Rae Lovko | |
| 11/20/23 | 0.4 | | 0.4 | A105 Communicate (in firm) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Review of colleague edits to fee motion reply | Rae Lovko | |
| 11/21/23 | 15 | | 15 | | | ANTICIPATED FINALIZATION OF MOTION AFTER EXHIBIT PREPARATION INCLUDING TABLE PREPARATION, FILING AND SERVING, PREPARING FOR AND ATTENDING HEARING ON FEES (various staff, RSD used to make chart work) | Rachel Doughty | |