DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
Telephone:     (415) 554-6762 [Murphy]
Facsimile:      (415) 554-3837
E-Mail:          sabrina.m.berdux@sfcityatty.org
E-Mail:          kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
PAUL MIYAMOTO, IN HIS OFFICIAL CAPACITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL AND JOHN AND JANE DOES, NOS. 1 -50,<br><br>　　　　Defendants. | Case No. 19-cv-02724-SK (LB)<br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS' OBJECTIONS TO EVIDENCE (ECF NO. 488)**<br><br>Hearing Date:　December 11, 2023<br>Time:　　　　 9:30 a.m.<br>Place:　　　　Remote Via Zoom<br><br>Trial Date:　　August 8, 2023 |

## **DECLARATION OF KAITLYN MURPHY**

I, KAITLYN MURPHY, declare as follows:

1. I am an attorney and counsel of record for Defendant City and County of San Francisco in this action. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of the parties' correspondence regarding an extension of Plaintiffs' reply deadline. Irrelevant portions of the correspondence have been redacted as confidential settlement communications.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 28th day of November 2023, at San Francisco, California.

                                       */s/ Kaitlyn Murphy*
                                       KAITLYN MURPHY