# EXHIBIT A

# Murphy, Kaitlyn (CAT)

| | |
|---|---|
| **From:** | Berdux, Sabrina (CAT) |
| **Sent:** | Thursday, November 16, 2023 4:18 PM |
| **To:** | 'Rachel Doughty' |
| **Cc:** | Murphy, Kaitlyn (CAT) |
| **Subject:** | RE: SETTLEMENT COMMUNICATION: Conditional Settlement Offer |

Hi Rachel,

[redacted]

If you really need an extension for the Reply, we need to have assurances that it will not come with additional evidence, declarations, etc. In the past, when we've given extensions, Reply briefs have included new information and evidence. If that is not going to be the case this time, in principal a continuance should be fine. [redacted]



Let us know what you prefer. Thanks,

**Sabrina M. Berdux Cohen (she/hers)**
**Deputy City Attorney**
**Office of City Attorney David Chiu**
**(415) 554-3929 Direct**
**www.sfcityattorney.org**

**From:** Rachel Doughty <rdoughty@greenfirelaw.com>
**Sent:** Thursday, November 16, 2023 3:15 PM
**To:** Berdux, Sabrina (CAT) <Sabrina.M.Berdux@sfcityatty.org>
**Cc:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>
**Subject:** Re: SETTLEMENT COMMUNICATION: Conditional Settlement Offer

Hi Sabrina,

[redacted]

R

1

Rachel S. Doughty, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 706
F: 510.900.9502
rdoughty@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.

On Thu, Nov 16, 2023 at 3:08 PM Berdux, Sabrina (CAT) <Sabrina.M.Berdux@sfcityatty.org> wrote:

> We are happy to extend the hearing date for the attorneys' fees motion, but we'd prefer to keep the reply date on calendar to settle the pleadings.



**Sabrina M. Berdux Cohen (she/hers)**

Deputy City Attorney

Office of City Attorney David Chiu

(415) 554-3929 Direct

www.sfcityattorney.org

**From:** Rachel Doughty <rdoughty@greenfirelaw.com>
**Sent:** Wednesday, November 15, 2023 7:58 PM
**To:** Murphy, Kaitlyn (CAT) <Kaitlyn.Murphy@sfcityatty.org>; Berdux, Sabrina (CAT) <Sabrina.M.Berdux@sfcityatty.org>
**Subject:** SETTLEMENT COMMUNICATION: Conditional Settlement Offer

Hi Kaitlyn and Sabrina,



Regards,

Rachel

Rachel S. Doughty, Esq.

**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 706
F: 510.900.9502
rdoughty@greenfirelaw.com


PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.