UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE AND CONTINUE HEARING ON PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**<br><br>Regarding Docket No. 491 |

Before the Court is the parties' stipulation, requesting the Court set a briefing schedule regarding whether Defendants' intended changes to County Jail 3 comply with the Judgment; in light of this request, the parties also seek to continue the hearing on Plaintiffs' motion for attorney's fees. For good cause shown, the Court hereby grants the stipulation.

1. Defendant shall have through December 22, 2023, to file a statement of its proposal for complying with the Judgment, stating Defendants' intended changes to the physical facility or operations at County Jail 3 to comply with the Judgment, and the timeline for doing so.

2. Plaintiff shall have through January 5, 2023, to file a response.

3. At this time, the Court intends to take this matter under submission. The Court will set a hearing if it determines that it would be helpful or necessary. Should the Court require additional briefing, it will direct the parties to do so.

4. The hearing on Plaintiffs' motion for attorney's fees is vacated. The Court will reset the hearing, along with any further briefing deadlines, following its determination on the issue of Defendants' intended compliance with the relief granted.

/ / /

/ / /

5. The parties are reminded that they are to submit a Word document of proposed orders to skpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: December 6, 2023



SALLIE KIM
United States Magistrate Judge