DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
Telephone:     (415) 554-6762 [Murphy]
Facsimile:      (415) 554-3837
E-Mail:           sabrina.m.berdux@sfcityatty.org
E-Mail:           kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 19-cv-02724-SK (LB)<br><br>**DECLARATION OF SABRINA M. BERDUX IN SUPPORT OF DEFENDANT'S STATEMENT OF PROPOSAL TO COMPLY WITH JUDGMENT (ECF No. 492)**<br><br>Trial Date:           August 8, 2023 |

**DECLARATION OF SABRINA M. BERDUX**

I, SABRINA M. BERDUX, declare as follows:

1.  I am an attorney and counsel of record for Defendant City and County of San Francisco in this action. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

2.  Attached as **Exhibit D** are photographs I received from the Sheriff's Office on December 12, 2023 bearing the filenames: "Rec Room Screens interior 2B.JPEG" and "Rec Room

Screens interior 3B.JPEG." I am informed and believe there are photographs taken of water intrusion on the gyms in Pod 2B and Pod 3B after water after a rainstorm on November 28, 2023.

3. Attached as **Exhibit E** are photographs I received from the San Francisco Sheriff's Office on December 19, 2023 bearing the filenames: "Recreation Room 1A..jpeg" and "Recreation Room 1A.jpeg." I am informed and believe that these are photographs of the gym in Pod 1A.

4. Attached as **Exhibit F** are photographs I received from the San Francisco Sheriff's Office on December 19, 2023 bearing the filenames: "Recreation Room 1B..jpeg" and "Recreation Room 1B.jpeg." I am informed and believe that these are photographs of the gym in Pod 1B.

5. Attached as **Exhibit G** are photographs I received from the San Francisco Sheriff's Office on December 19, 2023 bearing the filenames: "Recreation Room 2A..jpeg" and "Recreation Room 2A.jpeg." I am informed and believe that these are photographs of the gym in Pod 2A.

6. Attached as **Exhibit H** are photographs I received from the San Francisco Sheriff's Office on December 19, 2023 bearing the filenames: "Recreation Room 2B..jpeg" and "Recreation Room 2B.jpeg." I am informed and believe that these are photographs of the gym in Pod 2B.

7. Attached as **Exhibit I** are photographs I received from the San Francisco Sheriff's Office on December 19, 2023 bearing the filenames: "Recreation Room 3A..jpeg" and "Recreation Room 3A.jpeg." I am informed and believe that these are photographs of the gym in Pod 3A.

8. Attached as **Exhibit J** are photographs I received from the San Francisco Sheriff's Office on December 19, 2023 bearing the filenames: "Recreation Room 3B..jpeg" and "Recreation Room 3B.jpeg." I am informed and believe that these are photographs of the gym in Pod 3B.

9. Attached as **Exhibit K** are photographs I received from the San Francisco Sheriff's Office on December 19, 2023 bearing the filenames: "Recreation Room 4A..jpeg" and "Recreation Room 4A.jpeg." I am informed and believe that these are photographs of the gym in Pod 4A.

10. Attached as **Exhibit L** are photographs I received from the San Francisco Sheriff's Office on December 19, 2023 bearing the filenames: "Recreation Room 4B..jpeg" and "Recreation Room 4B.jpeg." I am informed and believe that these are photographs of the gym in Pod 4B.

///

///

11. Attached as **Exhibit M** is a photograph I received from the Sheriff's Office on December 13, 2023. I am informed and believe this is a photograph of a gym window inside County Jail 3.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 22nd day of December 2023 at San Francisco, California.

                                                   */s/ Sabrina M. Berdux*
                                                  SABRINA M. BERDUX

Berdux Decl. in Support of Statement  
Case No. 19-cv-02724-SK (LB)  
3  
n:\lit\li2022\191337\01725389.docx