# EXHIBIT F

Pod 1B


Case 1:24-cv-01234-DE Document 456-8 Filed 12/15/23 Page 2 of 3

