# EXHIBIT G

Pod 2A

Case 3:16-cv-00232-SRU Document 309-2 Filed 10/13/22 Page 2 of 3



