# EXHIBIT J

Pod 3B



