# EXHIBIT K

Pod 4A



