**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF LEONARD COLVIN IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSAL (ECF 494)**<br><br>Hon. Sallie Kim, presiding |

- 1 -
**DECLARATION OF LEONARD COLVIN-- 3:19-CV-02724 SK**

I, Leonard Colvin do declare and state:

1.  If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2.  I am currently an inmate at the San Francisco County Jail at San Bruno.  I am now housed in Housing Unit 6A.   I have been incustody since June 19, 2021.  Since being incarcerated at San Bruno, I have been diagnosed by Jail Medical as borderline diabetic.  My family has no history of diabetes.  ISince being locked up at San Bruno, I have also developed high blood pressure, which I did not have before.  And Jail Medical has put me on high blood pressure medication.  I am also concerned because I am having trouble with my memory.

3.  I first wrote Ms. Huang after learning about this lawsuit, and I was upset because the jail said I had to have been in custody for four years before I qualified for sunlight.  I was upset because four years is a long time to live under artificial lights.

4.  Then I found out that Your Honor ordered that everyone who has been in custody for one year or more should get sunlight every day.  I was really looking forward to feeling that sun.  Then I found out that the Sheriff's idea of sunlight is to take the grate off the wall gives us sunlight.  And it does not.  Taking off the grate does make more bright light inside the gym, but it's rarely sunlight.  I have not seen bright, golden sunlight  actually inside the gym.  The gym is just brighter, and I believe it is just reflected light from the outside.

5.  Starting just before Christmas, the jail announced that the grate was coming off and inmates were to receive 15 minutes of sunlight a day.  I started taking notes of when we were allowed out, and what the light inside the gym was.

6.  Dec. 28, 2023 – We were put on lockdown t 1:15. P.m.  No sunlight.

7.  Dec. 29, 2023.  I was given yard time at 11 a.m.  There was inmates on the yard playing basketball.  No room for other inmates to stand and get light, if there was sunlight.  No sunlight in the gym.

8.  Dec. 30, 2023. 11:45 a.m., inmates playing 3 on 3 basketball.  1 p.m., Maintenance workers came to power wash the grills on the window.  The maintenance workers left the dirt on the floor of the gym, which I mopped up.  No sunlight in the afternoon.

9. Dec. 31, 2023. 10:30 a.m. I got into the gym but there was no sunlight. AT 11 a.m., Dep. Kwong put every inmate in their cells because it was his lunch break. So we only got 2.5 hours of recreation, we came out of our cells at 8:30 a.m. There was no sunlight when we are in the gym.

10. Jan 1, 2024. It is sunny today. I could see the reflected light in my cell window. We got out from 9:30 a.m. to 11 a.m. Bright light is now shining into the gym. Not actual sun, but the light was bright, and welcome. Inmates playing basketball, so only a few of us can crowd against the wall.

11. I believe the window in 6A gym faces the ocean. We get out of cell time from 1 to 3 hours a day. In the morning, out of cell time is run starting at 8:30 a.m. to around 11 a.m. We are still on split tier, meaning either the top tier cells come out, or the bottom tier cells come out. Each tier gets an hour to an hour and a half. At night, we get out from 5 to 9. Since the 6A window faces the ocean, west, sunlight comes into the gym during the afternoon. But sun is already down at 5 so by the time we get to come out again at night, it is already dark. So we get brighter light with the grate gone and cleaned, but no sun light when we are in the gym.

12. With split tier, 24 men come out at a time. And all the young guys want to use the gym. They only allow 6 people in the gym at a time. Use of the gym is first come first serve. And in my pod, a lot of guys really need to go into the gym and blow off steam which is good for everyone, because a build-up of steam leads to fights, and people getting hurt. So, guys want to play basketball, and they're running around. If I'm standing in the sunlight, I'm in their way and I will either get hit by the ball, or someone will run into me, or someone's going to get mad that I'm interfering with them playing basketball. Or, if guys are playing soccer, they're running up and down the gym, kicking the ball, and the same problem exists. I definitely do not want to cause conflict with any other inmate. That's just not the thing to do. If there is a fight, and if I'm in that fight, even if I didn't start it, it could wind up with me being thrown into ad seg, which is a terrible place to go. And even worse, I could really get seriously hurt too.

13. In the old San Bruno outside yard, they had two different spaces. In one space, they had a track, guys could play baseball or run around the track. In the other space, a smaller

yard, there were weights and you could things other than run around.  These two different spaces allowed for different types of activities, and the smaller space was suited for inmates who just wanted to be outside and to stand in the sun.  We need some place like that here.

      14.    I am asking the Court to help us – those openings in the gym wall does not provide us with sunlight.  The Jail should provide a space where we can get real sunlight.

I make this declaration under penalty of perjury under the laws of the State of California, Executed on January 3, 2023 in San Bruno, California.


LEONARD COLVIN