**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF ZURI WILSON IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSAL (ECF 494)**<br><br>Hon. Sallie Kim, presiding |

I, Zuri Wilson do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I am currently an inmate at the San Francisco County Jail at San Bruno. I am now housed in Housing Unit 4A. I was in custody in San Francisco from October, 2013 to 2017. Then I was convicted and sent to prison. From 2017 through 2020, I was in various facilities. Then my conviction was overturned by the Court of Appeals and I was returned to San Francisco in April 19, 2021. I am now pretrial and awaiting retrial.

3. During my incarceration in San Francisco, I have been diagnosed by Jail Medical as pre-diabetic. My family has no history of diabetes. During my first four and a half years in San Francisco, I have put on a considerable amount of weight., was warned that I was obese and that my prediabetes could become chronic diabetes. I also developed high blood pressure, which I did not have before. In all of my incarceration time in a San Francisco Jail, there was no access to sunlight. None. And I now have regular, debilitating headaches. And I am also having a really hard time sleeping. I sleep 3 hours or so at night, and then I'm exhausted all during the day.

4. I am concerned that these symptoms are related to the lack of sunshine. When I wrote a grievance about my health concerns, the grievance response was to tell jail medical. Jail medical told me that all they can do about my pre-diabetes is to tell me to watch what I eat and exercise. The nurse I spoke with recommended that I have my family petition the Board of Supervisors. I can only eat what the jail gives me. And because of the frequent lockdowns, I don't even get out of cell every day. When I grieved the lockdowns and lack of out of cell time, the grievance response was "Supervisor declared a level 4 lockdown".

5. I try to watch my diet and exercise, and even when I have lost weight, I cannot keep that weight off. Part of the problem is that I find it very difficult to exercise in the small space of my cell, and I have been given very limited access to the gym. Plus, I'm tired all the time because I'm not sleeping well. Plus the gym is very small, and only six inmates at a time are permitted inside the gym. And a lot of times, there's not even a basketball in our gym.

- 3 -

6. When I first requested sunlight, I was denied because I had not been here for four years. Then on December 21, 2023, the jail announced that every inmate who had been in custody for one year or more would "be provided 15 Minutes of Direct Sunlight Daily". Attached as Exhibit A is a true and correct copy of the notice the jail handed out.

7. When I received notification that I would qualify for 15 minutes of sunlight a day. I was overjoyed. But come to find out, what the Sheriff means by sunlight, is to merely remove the grate in the gym. And so far, they have only removed one grate from the gym window. Removing the grate makes the gym brighter, but I have not seen sunlight in my gym.

8. Plus, even though we are suppose to get 15 minutes every day, many days there are not enough deputies to run the program so we do not get sunlight. For example, I am housed in ad seg. On shower days, there are not enough deputies to both run the shower and allow us to have gym time. So on shower days, we're denied gym access. This is true for the other program components. The gym has reinstituted family visiting. So on visiting days, deputies are reassigned to visiting, and again, we are denied gym time.

9. Removing the grate is an improvement, but opening a window doesn't help if the window doesn't face the sun.   But I have never seen actual sunlight in the gym.

10. They still need to turn on the gym lights in order for us

/////

/////

to really even use the gym. I looked at the photographs attached to Asst. Sheriff' Johnson's declaration, and the grate in my gym has never been as bright as any of the grates in those photos.

6. Since my incarceration on April 19, 2021, I have never felt sunlight on my skin.

7. I am asking the Court to help us – those openings in the gym wall does not provide us with sunlight. The Jail should provide a space where we can get real sunlight. Please.

I make this declaration under penalty of perjury under the laws of the State of California, Executed on January 3, 2023 in San Bruno, California.

_____
Zuri Wilson

4
-3-

# EXHIBIT A

# -ATTENTION-

### *** ACCESS TO DIRECT SUNLIGHT ***

### December 21, 2023

Starting December 21st, County Jail #3 will provide qualified inmates <u>15 Minutes of Direct Sunlight Daily</u>

**THIS IS NOT FOR ALL INCARCERATED PERSONS WITHIN THE SAN FRANCISCO COUNTY JAIL SYSTEM IT WILL BE OFFERED TO THOSE WHO HAVE 1 YEAR OF CONTINUOUS INCARCERATION AT CJ#3 IN SAN BRUNO**

- The Pod Deputy will offer those who qualify access to direct sunlight on a daily basis
- The opportunity for direct sunlight will be offered in the gym within your housing unit
- If you accept the offer, you will receive 15 Minutes during your out of cell/exercise time
- General Population will have access to the gym during out of cell time
- Administrative Separation Inmates will be offered access to direct sunlight daily
- The Pod Deputy will make the initial announcement on December 21st. All questions will be answered at that time