**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>                Plaintiffs,<br><br>        vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br>                Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**EXHIBIT A**<br>**TO THE DECLARATION OF YOLANDA HUANG IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSAL (ECF 494)**<br>**NOAA SUN POSITION FOR NOON - DECEMBER 21, 2023**<br><br><br>Hon. Sallie Kim, presiding |

- 1 -
**EXHIBIT A - DECLARATION OF YOLANDA HUANG -- 3:19-CV-02724 SK**



# NOAA ESRL
# Solar Position Calculator



Earth System Research Lab

Please note that this web page is the old version of the NOAA Solar Calculator. Back when this calculator was first created, we decided to use a non-standard definition of longitude and time zone, to make coordinate entry less awkward. So on this page, both longitude and time zone are defined as positive to the west, instead of the international standard of positive to the east of the Prime Meridian.

We maintain this page as a courtesy to those people who, for whatever reason, prefer the old calculator. For the rest of you, we encourage you to instead click here to try the updated version of NOAA's Solar Calculator

| City: | | Deg: | Min: | Sec: | Time Zone | |
|---|---|---|---|---|---|---|
| San Francisco, CA | **Lat**: North=+ South=- | 37 | 46 | 0 | Offset to **UTC** (MST=+7): | **Daylight Saving Time**: |
| **Click here for help finding your lat/long coordinates** | **Long**: East=- West=+ | 122 | 25 | 0 | 8 | No |

**Note:** To manually enter latitude/longitude, select **Enter Lat/Long ->** from the City pulldown box, and enter the values in the text boxes to the right.

| Month: | Day: | Year (e.g. 2000): | Time: (hh:mm:ss) | | | | | |
|---|---|---|---|---|---|---|---|---|
| December | 21 | 2023 | 12 | : | 00 | : | 00 | ○ AM  ○ PM  ● 24hr |

[ Calculate Solar Position ]

| Equation of Time (minutes): | Solar Declination (degrees): | Solar Azimuth: | Solar Elevation: | cosine of solar zenith angle |
|---|---|---|---|---|
| 1.88 | -23.44 | 177.96 | 28.79 | 0.4817 |

**Azimuth is measured in degrees clockwise from north.**
**Elevation is measured in degrees up from the horizon.**
**Az & El both report *dark* after astronomical twilight.**

# Directions:

1. **Select a location from the City pulldown menu, <u>OR</u> select "Enter Lat/Long ->" from the pulldown menu, and manually enter the latitude, longitude and time zone information in the appropriate text boxes. For this calculator, latitude is positive to the NORTH, and longitude is positive to the WEST of the prime meridian.**

   **Latitude and Longitude can be in deg/min/sec, or decimal degrees entered in the "Deg:" field. (If you enter decimal degrees in the degrees field, please clear the minutes and seconds fields, or they will be added in.) If you select a city from the pulldown menu, the latitude, longitude and time zone fields will be filled in by the program. If you want to input latitude, longitude or time zone manually, <u>be sure to select "Enter Lat/Long -->" from the City pulldown box, or your numbers will be overwritten</u> by the selected city's location.**

2. **You can enter a different time zone for a location by selecting "Enter Lat/Long -->" in the City pulldown box. Otherwise the time zone associated with the selected city's Local Standard Time will be automatically entered. Selecting "Yes" in the Daylight Saving field will cause the solar position calculation to assume the current time has been adjusted forward one hour from standard time. If you are uncertain of the time zone for a location, refer to our [Time Zone Table](#).**

3. **The program retrieves the current date and time from your computer, and fills in these values in the date/time fields. To perform calculations for a different date, simply select the month in the pulldown box, and enter the day and four digit year in the appropriate input boxes. Time of day for the calculation can be changed in the same way.**

4. **Hit the "Calculate Solar Position" button. Once the calculations are complete, you may use your browser's "Print" function to obtain a hardcopy of the results. Results are given in the following units: Equation of Time in minutes of time; Solar Declination in degrees, with positive to the north; Azimuth in degrees clockwise from north; Elevation in degrees up from the horizon; Cosine of Solar Zenith Angle is unitless.**

5. **Note that for latitudes greater than 72° north or less than 72° south, accuracy may be lower due in part to the effects of [atmospheric refraction](#).**



[Sunrise/Sunset Calculator](#)             [Time Zone Table](#)
[Calculation Details](#)                   [Solar Calculator Glossary](#)
[Solar Calculator Links](#)                [Back to SRRB Homepage](#)

by [Chris Cornwall](#), Aaron Horiuchi and Chris Lehman
Last Updated on 12/31/2023 12:59:08.