



North