**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**CORRECTED DECLARATION OF JOSE ALVAREZ IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSAL (ECF 494)**<br><br>Hon. Sallie Kim, presiding |

I, JOSE ALVAREZ do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I am currently an inmate at the San Francisco County Jail at San Bruno.

3. I have been in custody since August 12, 2020. During this period of time, I have developed problems sleeping. This results in me having a hard time staying awake at night. Therefore, it is hard for me to exercise or move around. And, at night, if I got up to exercise, I would create a lot of hostility from other inmates who are trying to sleep, particularly myBunkie. . I have put on a considerable amount of weight. When I was first incarcerated, I weighed 190 pounds. I now weigh 250 pounds. I am 5 ft 8 inches tall.

4. When I first requested sunlight, I was denied because I had not been here for four years. I received notification that I would qualify for 15 minutes of sunlight a day. I am now housed in Housing Unit 7B Cell 14. Housing Unit 7B is on the second floor of the jail. I can tell that the jail removed something from the grate in the gym, and now there is much more light that comes in, depending on the time of day. There is some sunlight that enters during these times .

5. We are allowed out of our cells between 8-8:30a.m. and 11 a.m., and then 5 p.m. and 9 p.m. If our housing unit is on split tier pod time, this means that half the housing unit gets to come out, and then the other tier comes out. One tier has time out from 8 a.m. to 9:30 a.m., and the second tier gets out from 9:30 a.m. to 11 a.m. This means that each person gets half of the total time. With full tier, 48 men get out of cell together. With split tier 24 men get out of cell together.

6. The rule is that only six (6) inmates are allowed in the gym at any one time. This makes it tricky to be able to get into the gym during the small window of time when there is any sunlight. I looked at the photographs attached to Asst. Sheriff' Johnson's declaration, and while the grate in my gym has let more light in, there's only a small amount of sunlight that actually comes into the gym.

7. In the week that the grate came off, I noticed that there is sunlight in my gym from between 8 am and 10 a.m. I looked at Trial Exhibit 1171. This photo shows what the gym in my

housing unit looks like. Between 8 and 10 a.m., sunlight enters my cell with half of it on the metal separator for the toilet, and half on the concrete wall behind it. Because there's guys playing ball, you can't stand in front of the metal separator. We can only stand along the concrete wall. The space is only enough for 3 men to stand next to the concrete wall to actually feel sunlight on your skin.

8. The sunlight starts at the floor and moves up the wall. By 10 a.m. the sunlight is too high for any person to feel it. Below is Trial Exhibit 1171 which I looked at:



9. The jail rule is that only 6 men are allowed in the gym at any one time. So, if you're not first in line, you have to wait until someone else leaves before you can go in. My cell is cell 14. It is on the upper tier. The deputy lets people out in order, and my cell is next to the end, so I am usually let out of cell second to last. Therefore, I usually have a hard time getting right into the gym. When we are on split tier, which for the upper tier starts at 9:30 a.m., if I can't get into the gym between 9:30 and 10 a.m., then I miss out on being able to feel sunlight.

10. In my housing unit, there's no sunlight in the gym in the afternoon. In the afternoon, it is even hardly bright in the gym.

I am asking the Court to help us – those openings in the gym wall in Housing Unit 7B only allows a small amount of sunlight in for a short period of time. The Jail should provide a space, like an outdoor yard, where we can get real sunlight.

I make this declaration under penalty of perjury under the laws of the State of California, Executed on January 3, 2023 in San Bruno, California.

Jose Alvarez