UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER DIRECTING PARTIES TO FILE A MOTION** |

On December 6, 2023, the parties informed the Court that there remains a dispute over whether Defendant's proposal satisfies the Court's Order. (Dkt. Nos. 478, 479.) The Court granted the parties' stipulation setting a briefing schedule on this issue (Dkt. No. 492); however, the parties have stylized their filings as "statements" on the docket. The Court cannot rule on statements. Therefore, the Court directs the parties to file a motion that can incorporate the parties' statements, articulating the requested relief from the Court.

**IT IS SO ORDERED**.

Dated: January 9, 2024

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge