DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
Telephone:     (415) 554-6762 [Murphy]
Facsimile:     (415) 554-3837
E-Mail:        sabrina.m.berdux@sfcityatty.org
E-Mail:        kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONTRAIL BRACKENS, et al., | Case No. 19-cv-02724-SK (LB) |
|---|---|
| Plaintiffs, | **DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON IN SUPPORT OF DEFENDANTS' STATEMENT OF PROPOSAL TO COMPLY WITH JUDGMENT (ECF No. 492)** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | Trial Date:     August 8, 2023 |

**DECLARATION OF UNDERSHERIFF KATHERINE JOHNSON**

I, KATHERINE JOHNSON, declare as follows:

1.  I am the Undersheriff of the San Francisco Sheriff's Office ("SFSO" or "Sheriff's Office"). I have been employed by the Sheriff's Office for 27 years. Prior to my role as Undersheriff, I have held numerous positions within the Sheriff's Office including key executive positions including Assistant Sheriff, Chief Deputy, Chief of Staff, Budget Officer, and Media Relations Officer. In my role as Undersheriff, I am second in command to the Sheriff and report directly to him. My responsibilities include oversight of County Jail 3. I have personal knowledge of the facts contained

1  herein, except for those facts stated upon information and belief, and as to those facts I believe them to
2  be true. If called upon to testify, I would and could testify competently hereto.

3      2.      I am familiar with the Court's Order issuing an injunction that requires the SFSO
4  provide the opportunity for access to direct sunlight for many pre-trial inmates housed in County Jail
5  3, and have been involved in the Sheriff's Office redesign plan to ensure compliance with the Court's
6  Order.

7      3.      In response to the Court's Order, the Sheriff's Office immediately began working on a
8  plan to provide direct sunlight access to the pre-trial inmates at County Jail 3 who have been
9  incarcerated for more than one year.

**Redesign of County Jail 3 Gyms**

11     4.      There are 16 pods in County Jail 3, each with an identical gym that has two windows to
12 the outside. Of the 16 gyms, eight (Pods 1A/B, 2A/B, 3A/B, and 4A/B) are on lower floors and eight
13 (Pods 5A/B, 6A/B, 7A/B, and 8A/B) are on the upper floors. Unlike the windows in each inmate's
14 cell, the natural light that comes into the jail through the gym was not filtered through a window pane.
15 Each window measures approximately 8 feet long by six feet wide. Prior to the redesign, each of the
16 windows had an interior metal mesh screen and behind that a metal louver to keep out precipitation
17 and other weather.

18     5.      The Sheriff's Office implemented a plan to remove the exterior louvers over the gym
19 windows, clean the windows, and design and install a heavy duty woven wire window guard to replace
20 the louvers.  After this redesign it would still be the case that there is no glass, plastic, or other
21 windowpane on the gym windows that would block sunlight from coming into the jail.

22     6.      The Sheriff's Office identified a vendor who created a design for the new exterior
23 window guard. That design process is complete. This vendor can also help the Sheriff's Office
24 implement the redesign. The Sheriff's Office initiated the process to secure funding and declared a
25 state of emergency based on the Court's order to expedite the City's Administrative-Code imposed
26 contracting procedures. The Sheriff's Office is also working with an engineer from the San Francisco
27 Department of Public Works to ensure that the modifications to the gym do not negatively impact the
28 structural integrity of the jail.

7. The Sheriff's Office used its own maintenance and facilities staff to remove the louvers from one window on each of the ground floor gyms (1A/B, 2A/B, 3A/B, and 4A/B) as part of the redesign. Attached as **Exhibits A** are two photographs of the exterior of County Jail 3 showing Sheriff's Office staff removing louvers from one of the gym windows approximately one week after the Court issued its Order.

8. The Sheriff's Office then cleaned the windows and installed a temporary window screen on the exterior of the building. Attached as **Exhibit B** is a photograph showing what the modified gym window looks like from the exterior of the jail after the louvers were removed, the window was cleaned, and a temporary security screen was installed, also taken approximately one week after the Court issued its Order. The SFSO manufactured and staff replaced one of the window coverings in each of the lower eight housing pod gym windows by December 1, 2023. Photographs from the inside of a gym with the new temporary window coverings are attached hereto as **Exhibit C.**

9. Inmates on the lower floors have the opportunity for access to direct sunlight via their own gyms. Currently, inmates covered by the injunction who are not housed in redesigned pods (upper floor pods) will be brought to Pod 2 to use the gym in that pod to receive access to direct sunlight. The jail's redesign efforts are ongoing. The Sheriff's Office intends to redesign each of the 32 gym windows at County Jail 3. As the gym implements its redesign on the upper floor pods, those inmates will be offered access to direct sunlight via their own gyms rather than being transported to another pod.

10. Currently, all pre-trial inmates in County Jail 3 who have been in our custody for longer than one year have access to direct sunlight via a redesigned pod gym for at least 15 minutes per day.

11. The contract will allow the SFSO to remove the louvers and replace the woven wire in each of the 16 housing pods, for a total of 32 replacement screens.

12. Separate from the Sheriff's Office's own employee hours and supplies, the City estimates that outside work on this project will cost approximately $200,000.

**The County Jail 3 Annex**

13. The Sheriff's Office now houses some inmates in the County Jail 3 Annex because of an increase in the jail's overall population count. I directed our IT staff to query the inmate population

1  level of the San Bruno facility on December 12, 2023 at 1700 hours and am informed and believe that
2  the population at that time was 694 inmates.
3       14.     Currently, the inmates housed in the County Jail 3 Annex have access to the yard
4  attached to their dormitory for at least 15 minutes per day, seven days a week.
5       I declare under penalty of perjury under the laws of the United States that the foregoing is true
6  and correct and that this declaration was executed on this 22th day of December 2023 at San
7  Francisco, California.

*[signature]*

Undersheriff Katharine Johnson