# EXHIBIT A



Case 3:19-cv-02724-SK   Document 501-2   Filed 01/22/24   Page 3 of 3

