# EXHIBIT C







