# EXHIBIT D



