# EXHIBIT E

Pod 1A



