# EXHIBIT G

Pod 2A



