# EXHIBIT J

Pod 3B

</␊>



