# EXHIBIT L



