**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF ERICK GARCIA-PINEDA IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSAL (ECF 501) FOR COMPLIANCE WITH THE COURT'S POST TRIAL ORDER (ECF 478)**<br><br>HEARING DATE: MARCH 11, 2024<br>TIME: 9:30 A.M.<br>COURTROOM: COURTROOM C<br>15TH FLOOR<br>450 Golden Gate Ave.,<br>San Francisco, CA 94102<br>TRIAL DATE: August 8, 2023<br><br>Hon. Sallie Kim, presiding |

I, ERICK GARCIA PINEA do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I am currently an inmate in San Francisco County Jail, in San Bruno. I have been incarcerated since September 11, 2017.

3. I do not speak English; I am a Spanish speaker. And the jail has provided no translations of what my rights are for access to sunlight.

4. This year, I was offered access to sunlight only once. This was when I was taken to a very small outdoor cage. But when I was in the outdoor cage, the sunlight was filtered by the metal bars of the cage.

5. My tablet has no Spanish language translations.

6. The housing unit deputy does not speak Spanish.

7. I only found out about the sunlight lawsuit from speaking with another Spanish speaking inmate.

8. I have been told by jail health that I have a serious digestive problem, Crohn's disease, and I cannot eat certain foods. I had no digestive problems before my arrest.

9. I now have sleep problems. I have a hard time falling asleep, waking up 7 to 8 times a night. Before jail, I never had sleep problems.

10. I have also gained a lot of weight. I weighed 127 pounds when I was arrested. I now weigh 175 pounds. I am 5 feet 4 inches tall, so I've gained almost 50 pounds.

11. I have written grievances – in Spanish. I never received any response. If you write grievances in Spanish, there is never a reply. The jail handed a form to all inmates, but it is only in English, and I can't read it.

12. I am currently housed in Housing Unit 4B. I was moved here 6 to 7 months ago.

13. I cannot tell that there is any difference between the grates on the wall from now, and when I was first moved here, 6 or 7 months ago. There is no more light coming in now, than before than before.

14. I am usually allowed out to the gym 2 to 4 times a week. There is no set schedule to go to the gym. Some deputies ask me if I want to go to the gym, and other deputies don't. I usually go to the gym except when it is raining because when it is raining the floor is wet and slippery, so it is hard to walk. Also, I don't want to get my shoes wet.

15. Between Christmas and New Year's I was allowed out to the gym, 4 times. On New Year's day, it was sunny, I could see the glow of the sun out the window of my cell. But I could not see the sun and no sunlight ever enters my cell. When I was offered to go to the gym, on New Year's Day, there was no sunlight that could be seen in there. The only light in the gym was artificial light. I was allowed out at around 9 or 10 in the morning. It was actually pretty dark inside the gym.

16. Ms. Huang showed me Exhibit C, (ECF 494-4) and I have never seen my gym look like in that photo – Exhibit C. I have never seen the grate on the wall look bright, as is shown in that photo. I have been here for six years, and I would have definitely notice the difference. I have never seen sunlight inside the gym.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 3th day of January, 2024 in San Bruno, California

By: _____
ERICK GARCIA-PINEDA

YO, ERICK GARCIA PINEA declaro y manifiesto:

1. Si juro como testigo, podría y testificaría sobre mi conocimiento personal de los hechos aquí expuestos.

2. Actualmente estoy recluso en la cárcel del condado de San Francisco, en San Bruno. Estoy encarcelado desde el 11 de septiembre de 2017.

3. No hablo inglés, soy hispanohablante. Y la cárcel no ha proporcionado ninguna traducción de cuáles son mis derechos de acceso a la luz del sol.

4. Este año, una vez me ofrecieron acceso a la luz del sol, donde me llevaron a una pequeña jaula al aire libre. Pero cuando estaba en la jaula al aire libre, la luz del sol era filtrada a través de las rejas de la jaula.

5. Mi tableta no tiene traducciones al idioma español.

6. El diputado de la unidad de vivienda no habla español.

7. Sólo me enteré de la demanda por la luz del sol hablando con otro recluso que habla español.

8. El personal de salud de la cárcel me ha dicho que tengo un problema digestivo grave, la enfermedad de Crohn, y que no puedo comer ciertos alimentos. Yo no tenía problemas digestivos antes de mi arresto.

9. Ahora tengo problemas para dormir. Me cuesta mucho conciliar el sueño, me despierto de 7 a 8 veces por noche. Antes de la cárcel, nunca tuve problemas para dormir.

10. También he engordado mucho. Pesaba 127 libras cuando me arrestaron. Ahora peso 175 libras. Mido 5 pies y 4 pulgadas, por lo que he ganado casi 50 libras.

11. He escrito quejas – en español. Nunca recibí ninguna respuesta. Si escribes quejas en español, nunca hay respuesta. La cárcel entregó un formulario a todos los reclusos, pero está sólo en inglés y no puedo leerlo.

12. Actualmente estoy alojado en la Unidad de Vivienda 4B. Y me mudaron aquí hace 6 o 7 meses.

13. No puedo decir que haya alguna diferencia entre las rejas en la pared desde ahora hasta cuando me mudaron aquí por primera vez, hace 6 o 7 meses. Ahora no entra más luz que antes.

14. Se me permite salir de la celda, generalmente se me permite ir al gimnasio de 2 a 4 veces por semana. No hay horario para ir al gimnasio. Algunos diputados me preguntan si quiero ir al gimnasio y otros diputados no. Normalmente voy al gimnasio excepto cuando llueve porque cuando llueve el suelo está mojado y resbaladizo, por lo que es difícil caminar. Además no quiero mojarme los zapatos.

15. Entre Navidad y Año Nuevo me permitieron ir al gimnasio 4 veces. El día de Año Nuevo hacía sol, podía ver el brillo del sol por la ventana de mi celda. pero no podía ver el sol y nunca la luz del sol entra en mi celda. Pero cuando me ofrecieron ir al gimnasio, el día de Año Nuevo, no había sol en el gimnasio. La única luz en el gimnasio era luz artificial. Me permitieron salir alrededor de las 9 o 10 de la mañana. En realidad, estaba bastante oscuro dentro del gimnasio.

16. La Sra. Huang me mostró el Anexo C (ECF 494-4) y nunca había visto mi gimnasio con ese aspecto en la foto - Anexo C. Nunca había visto la rejilla en la pared con un aspecto brillante, como se muestra en esa foto. Llevo aquí seis años y definitivamente notaría la diferencia. Nunca he visto la luz del sol dentro del gimnasio.

Hago esta declaración bajo pena de perjurio según las leyes de los Estados Unidos de América, ejecutada este 3 de enero de 2024 en San Bruno, California.

By: _____
ERICK GARCIA-PINEDA

Translated from English to Spanish by Nuria de la Fuente.

I, Nuria de la Fuente, declare that I faithfully translated the English to Spanish to the best of my ability. I make this declaration under penalty of perjury under the laws of the state of California. Executed on January 3, 2024 in Berkeley, California.

*Nuria de la Fuente*

Nuria de la Fuente