**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:19-cv-02724 SK<br><br>DECLARATION OF DARRYL GEYER IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSAL (ECF 501) FOR COMPLIANCE WITH THE COURT'S POST TRIAL ORDER (ECF 478)<br><br>HEARING DATE: MARCH 11, 2024<br>TIME:                    9:30 A.M.<br>COURTROOM:     COURTROOM C<br>                              15TH FLOOR<br>                              450 Golden Gate Ave.,<br>                              San Francisco, CA 94102<br>TRIAL DATE:       August 8, 2023<br><br>Hon. Sallie Kim, presiding |

- 1 -
**DECLARATION OF DARRYL GEYER -- 3:19-CV-02724 SK**

I, DARRYL GEYER do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I am an inmate at the San Bruno County Jail. I have been in custody since February, 2023. I am housed in housing unit 1B.

3. In HU 1B, the jail has removed one grate. The gym is illuminated with light from the outside, however, the sunlight never comes into the gym.

4. Lt. Quinn on Dec. 26th, around 6 pm, during day room time, I overheard him telling another deputy, that there was "whining" that the window is too high, or that because of the angle or position, the sun does not shine in. He said he was there to look at the windows. Unfortunately, at 6 pm, the sun was already down, so he could not see much.

5. I have seen the gym during many days, and during many different times, and the gym is always dark in there. I have never seen the sun shine in.

6. I am asking the Court to help us – those openings in the gym wall in Housing Unit 1B only allows a small amount of sunlight in for a short period of time. The Jail should provide a space, like an outdoor yard, where we can get real sunlight.

I make this declaration under penalty of perjury under the laws of the State of California,

Executed on January 3, 2023 in San Bruno, California.

_____
Darryl Geyer

- 2 -
**DECLARATION OF DARRYL GEYER -- 3:19-CV-02724 SK**