**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKENS, MICHAEL BROWN, and JOSE POOT, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>             Plaintiffs,<br><br>   vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, CAPTAIN MCCONNELL and John & Jane DOEs, Nos. 1 - 50.<br><br>           Defendants. | Case No.: 3:19-cv-02724 SK<br><br>DECLARATION OF TROY MCALISTER IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSAL (ECF 501) FOR COMPLIANCE WITH THE COURT'S POST TRIAL ORDER (ECF 478)<br><br>HEARING DATE: MARCH 11, 2024<br>TIME:         9:30 A.M.<br>COURTROOM:   COURTROOM C<br>               15TH FLOOR<br>               450 Golden Gate Ave.,<br>               San Francisco, CA 94102<br>TRIAL DATE:   August 8, 2023<br>Hon. Sallie Kim, presiding |

I, TROY MCALISTER do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I am a named plaintiff in this lawsuit and am currently an inmate at the San Francisco County Jail at San Bruno.

3. I am now housed in Housing Unit 6 B. I have been there for 2.5 years.

4. About a week ago, for the first time, the jail took us downstairs to Housing Unit 2, so we could get sunlight. One of the windows had its grates removed. We went down in the morning, about mid-morning, maybe 9 or 10 o'clock. The sun was on the basketball court. The sun did enter the gym, and it made a square on the ground. There were about six of us and we were all allowed to go into the gym in Housing Unit 2A. We were all so excited to get sunlight, we just gathered into the square and stood there for the 15 minutes they let us be inside the gym. Finally, I got some sun after all this time. We were allowed to go down to the gym in Housing Unit 2A twice.

5. Then, they took the grate off one of the windows in my pod's gym.

6. We are now getting out of cell from 8:30 am to 1:30 or 2 pm. If the entire pod goes out at the same time, there are 48 inmates out of pod. If they choose to do split tier, which is either the bottom or the top tier alone, then it is 24 inmates, and we split the time.

7. My pod, 6B is on the second floor. And if we get pod time in the morning, there is usually sun mid-morning. But the sun in 6B is not like the sun in 2A. The sun in my gym, 6B does not make a square on the floor, or the wall. It's brighter without the grate, but the sun does not shine on the floor or wall. And, they have only taken one of the grates off the windows, not two. So although the light and sun is brighter, I am not able to get sunlight on my skin in the gym in 6B when we have out of pod time.

/ / / / /

/ / / / /

/ / / / /

I am asking the Court to help us – those openings in the gym wall in Housing Unit 6B only allows a small amount of sunlight in for a short period of time.   And having only sunlight in the gym makes it difficult for inmates to have access to sunlight – daily – for 15 minutes.  And many inmates are unable to access sunlight at all because of the way the space is used, and how little time sunlight is actually in the gym.

I am asking the Court to have the Jail should provide a space, like an outdoor yard,  where we can get real sunlight.

I make this declaration under penalty of perjury under the laws of the State of California, Executed on January 3, 2023 in San Bruno, California.

Troy McAlister

**DECLARATION OF TROY MCALISTER – 3:19-CV-02724 SK**