**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br> Defendant. | Case No.: 3:19-cv-02724 SK <br><br> **[PROPOSED] ORDER** |

On October 17, 2023 the Court issued Findings of Fact and Conclusions of Law following a two-week trial. (ECF No. 478, hereafter "Order"). As part of the Order, the Court required Defendant City and County of San Francisco to provide certain inmates access to direct sunlight. Specifically, the Court ordered:

> [T]he Court rules that Defendant must offer to each inmate who has been incarcerated for longer than a year the following: daily access to direct sunlight, weather permitting and in the absence of an emergency (including but not limited to a global pandemic or prison riot) for least 15 minutes.

(Order at 62:10-15.) The Court further held that as used in the Order, "[a]ll references to 'direct sunlight' are to sunlight not through a window or other surface that blocks ultraviolet light." (Order at 1 n.1.) This definition of direct sunlight is consistent with the Court's now moot 2020 preliminary injunction order where defined "direct sunlight" as "access to sunlight that is not filtered through a window." (ECF No. 119 at 3:1-4.).

On December 6, 2023, subject to the stipulation of the parties (ECF No. 491), the Court set a briefing schedule regarding whether San Francisco's intended changes to County Jail 3 comply with the Court's injunction. (ECF No. 492.) The parties represented that resolution from the Court on the issue of whether San Francisco's redesign of County Jail 3 satisfies the Court's injunction will facilitate the parties' settlement discussions regarding Plaintiffs' outstanding attorney's fee motion and the parties' rights to appeal the Court's Judgment. The Court has agreed to consider the issue based on that representation. (ECF No. 491 at 2:1-21.)

18 U.S. Code §3626 states in part that "[p]rospective relief in any civil action with respect to prison conditions shall extend no further than necessary to correct the violation of the Federal right of a particular plaintiff or plaintiffs. The court shall not grant or approve any prospective relief unless the court finds that such relief is narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and is the least intrusive means necessary to correct the violation of the Federal right." [18 USC §3626(a)(1)(A)].

The Court has specified the resulting prospective relief results, but has refrained from articulating the specifics of how this prospective relief result is to be achieved, in order to give

- 3 -

defendant CITY and COUNTY of SAN FRANCISCO the leeway and deference to consider the adverse impact of any relief on public safety or jail operations. The Court is providing defendant with a reasonable opportunity to comply with its order, and in the event that defendant is unable to comply with this Court's order, the Court will then consider further, more specific preliminary injunctive relief necessary to correct the harm, including potentially the appointment of a special master or receiver to develop a plan of action   See *Brown v. Plaza (2011)* 563 U.S. 493, 494.

        Having considered the papers of both parties, the Court finds that defendant CITY and COUNTY of SAN FRANCISCO's proposed solution does not comply with the Court's order and does not in fact provide daily access to 15 minutes of direct sunlight for each inmate who has been incarcerated for longer than one year.

        IT IS SO ORDERED

Dated:  March __, 2024

                                                    _____
                                                    HONORABLE SALLIE KIM
                                                    United States Magistrate Judge

- 3 -
**[Proposed] ORDER RE DEFENDANT CCSF'S PROPOSED PLAN-  No.: 3:19-cv-02724 SK**