UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No.  19-cv-02724-SK<br><br>**ORDER DIRECTING PARTIES TO PROPOSE DATES TO INSPECT COUNTY JAIL** |

Pending before the Court is Defendant's Motion for Clarification of the Court's Findings of Fact and Conclusions of Law.  (Dkt. No. 501.)  Defendant seeks to clarify whether its current efforts and proposed plan complies with the Court's Order requiring injunctive relief.  (Dkt. No. 478.)  Plaintiff has opposed, and a hearing on the matter is scheduled for March 11, 2024.

The Court has concluded that it must inspect County Jail 3 and the County Jail 3 Annex in order to determine whether Defendant's efforts are in compliance with the Court's Order. Therefore, the Court DIRECTS the parties to meet and confer and then propose to the Court three dates, preferably before March 11, 2024, where the parties are available to accompany the Court in an inspection of County Jail 3 and County Jail 3 Annex.  If the parties cannot provide three dates before March 11, 2024, the Court will consider later dates but will move the date of hearing. The Court will permit only photographs to be taken.  Should counsel for Plaintiffs wish to take photographs, they are directed meet and confer with Defendant regarding that process.

**IT IS SO ORDERED**.

Dated: February 15, 2024

_____
SALLIE KIM
United States Magistrate Judge