DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3929 [Berdux]
Telephone:    (415) 554-6762 [Murphy]
Facsimile:    (415) 554-3837
E-Mail:       sabrina.m.berdux@sfcityatty.org
E-Mail:       kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON NORBERT, TROY MCALLISTER, MARSHALL HARRIS, ARMANDO CARLOS, MONTRAIL BRACKEN, MICHAEL BROWN AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 19-cv-02724-SK (LB)<br><br>**JOINT RESPONSE TO COURT ORDER DIRECTING THE PARTIES TO PROPOSE DATES TO INSPECT COUNTY JAIL (ECF NO. 504)**<br><br>Trial Date:          August 8, 2023 |

In response to the Court's February 15, 2024 Order Directing Parties To Propose Dates To Inspect County Jail, the parties jointly propose March 6, 2024; March 7, 2024; or March 19, 2024 as dates for the site inspection.

The San Francisco Sheriff's Office requests the parties provide the names and California Driver's License Numbers for all site visit participants two days prior to the inspection in order to facilitate a security screen.

Dated: February 16, 2024

>     DAVID CHIU
>     City Attorney
>     JAMES F. HANNAWALT
>     Acting Chief Trial Deputy
>     SABRINA M. BERDUX
>     KAITLYN MURPHY
>     Deputy City Attorneys
>
>     By: /s/ Sabrina M. Berdux
>     SABRINA M. BERDUX
>
>     Attorneys for Defendants
>     CITY AND COUNTY OF SAN FRANCISCO

Dated: February 16, 2024

>     GREENFIRE LAW, PC
>
>     By: ** /s/ Rachel Doughy
>     RACHEL DOUGHY
>
>     Attorney for Plaintiffs
>     TROY MCALLISTER, MONTRAIL BRACKEN, AND JOSE POOT, ON BEHALF OF THEMSELVES INDIVIDUALLY AND OTHERS SIMILARLY SITUATED, AS A CLASS AND SUBCLASS
>
>     *\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory*