United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER SETTING DATE TO CONDUCT A SITE VISIT OF COUNTY JAIL 3 AND COUNTY JAIL 3 ANNEX** |

The Court has determined that it must inspect County Jail 3 and County Jail 3 Annex in San Bruno, California, in order to evaluate whether Defendant is complying with the Court's order regarding injunctive relief. (Dkt. No. 478.) The parties have proposed dates that counsel will be available for a site visit. (Dkt. No. 505.) The Court hereby orders that counsel and the Court will visit and inspect County Jail 3 and County Jail 3 Annex on March 7, 2024, at 10:00 a.m. As noted in the parties' response, the Sheriff's Office will require the names and California Driver's License Numbers for all site participants no later than March 5, 2024. The parties are directed to email skpo@cand.uscourts.gov regarding any further logistics, including informing the Court of the appropriate contact person in the Sheriff's Office with whom the Court should correspond.

**IT IS SO ORDERED**.

Dated: February 21, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge