**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
P.O. Box 9055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br> Defendant. | Case No.: 3:19-cv-02724 SK <br><br> **REQUEST FOR LEAVE TO BRING LIGHT METER TO MARCH 7, 2024, SITE INSPECTION; [PROPOSED] ORDER** |

**REQUEST FOR LEAVE TO BRING LIGHT METER TO MARCH 7, 2024, SITE INSPECTION**
**Case No.: 3:19-cv-02724 SK**

1    Plaintiffs apply for leave to have a light meter and an assistant record a single light reading

2  in each gym and a light reading outside of the building just before and just after the interior

3  inspection. Plaintiffs propose to use the calibrated light meter from Dr. Zeitzer's Stanford

4  University lab, to take a single reading in approximately the same central area of each gym. The

5  purpose of this reading is to have an accurate measure of the level of light present in the gym and

6  enable accurate comparisons of light levels between the various housing units and direct, outdoor,

7  sunlight on the same day. Plaintiffs would record the housing unit (or outside location), measured

8  light level, and time of each reading. Plaintiffs estimate that taking and recording this one reading

9  would take fewer than 5 minutes per gym.

10    While the photographer has a light meter in her camera, that reading does not translate into

11 luxe, is not calibrated, the reading is ephemeral, and is accurate only for setting F stops for

12 purposes of photography.

13    Plaintiffs met and conferred with defense attorneys, seeking their stipulation to request

14 modification of this Court's order allowing photography on the site inspection. (ECF 504, p. 1:22-

15 23). On February 29, 2024, defense attorney Berdux wrote that Defenant would oppose Plaintiffs'

16 request, stating:

17       Thank you for your email. San Francisco would oppose the request as beyond
         what the Court ordered. The timing of the request is also unfortunate. The Court
18       issued its order regarding a jail visit two weeks ago and this is the first time
         Plaintiffs raised this new request to take light meter readings. Additionally, when
19       Plaintiffs took light meter readings during the Court's prior visit on 2019,  the
         light meter readings added considerable time to the visit because extensive
20       photographs were taken, including measurements and photographs of readings at
         multiple heights in the same position and multiple positions within the same
21       room.
22
23 Taking into consideration Ms. Berdux's concerns, Plaintiffs request only one light reading per

24 gym, despite the fact that the Court has set no time limit on the site visit or on the time that may be

25 used for photography, which is expressly permitted. (ECF 504, p. 1:22-23) As Judge Kim will be

26 present for this site inspection, she can direct management of time should the need arise.

27    In conclusion, in order to have accurate, comparable evaluations of the light levels between

28 housing units and as compared to direct outdoor sunlight on the same date, Plaintiffs request leave

**REQUEST FOR LEAVE TO BRING LIGHT METER TO MARCH 7, 2024, SITE INSPECTION**
**Case No.: 3:19-cv-02724 SK**

to have a calibrated light meter and an assistant join the March 7, 2024, inspection for the purpose of recording light readings.

Respectfully Submitted by:


 Dated: 3/1/2024                              LAW OFFICE OF YOLANDA HUANG

                                     By:   */s/ Yolanda Huang*
                                           Yolanda Huang
                                           ATTORNEY FOR PLAINTIFFS

        Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on February 29, 2024, from Yolanda Huang for the filing of this document.


                                            */s/ Rachel Doughty*
                                           Rachel Doughty
                                           ATTORNEY FOR PLAINTIFFS

**REQUEST FOR LEAVE TO BRING LIGHT METER TO MARCH 7, 2024, SITE INSPECTION**
**Case No.: 3:19-cv-02724 SK**

**ORDER**

The Court holds that in order to fully evaluate the whether Defendant's proposal to provide direct sunlight via the two windows in County Jail 3's gyms by removing glazing and replacing the louvers with woven wire will comply with this Court's post trial injunction to provide each inmate who has been incarcerated for one year or more, with daily, direct access to sunlight for no fewer than 15 minutes, subject to weather and emergencies, Plaintiffs shall be permitted to bring with them to the site inspection on March 7, 2024: a photographer, a camera, a light meter obtained from Dr. Zeitzer's lab, and an assistant to take light meter readings. Plaintiffs shall be permitted to take light meter readings, subject to this Court's restrictions in the interest of time management.

Dated: _____, 2024

_____

JUDGE OF THE FEDERAL DISTRICT COURT

**REQUEST FOR LEAVE TO BRING LIGHT METER TO MARCH 7, 2024, SITE INSPECTION**
**Case No.: 3:19-cv-02724 SK**