UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKENS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 19-cv-02724-SK<br><br>**ORDER DENYING PLAINTIFFS' REQUEST TO BRING A LIGHT METER TO MARCH 7, 2024 SITE INSPECTION**<br><br>Regarding Docket No. 507 |

This matter is before the Court on Plaintiffs' request to bring a light meter and conduct readings at the March 7, 2024 site inspection of County Jail 3 and County Jail 3 Annex. The Court was intentional in its previous Order, which stated that "[t]he Court will permit only photographs to be taken." (Dkt No. 504.) Accordingly, the Court DENIES Plaintiffs' request.

**IT IS SO ORDERED**.

Dated: March 4, 2024

_____
SALLIE KIM
United States Magistrate Judge