**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| MONTRAIL BRACKENS et al, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO.<br>Defendant. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFFS' MOTION FOR FEES AND COSTS (ECF 480, 513)**<br><br>Date:  NA<br>Time:  NA<br>Dept:  Courtroom C, 15th Floor<br>        Federal District Court<br>        450 Golden Gate Ave.<br>        San Francisco, CA<br><br>Hon. Sallie Kim, presiding |

- 1 -
**DECLARATION OF RACHEL DOUGHTY -- 3:19-CV-02724 SK**

I, Rachel Doughty do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. In addition to the settlement efforts described in my October 31, 2023, declaration (ECF 482, ¶22), I have made additional efforts to settle the matter of fees and costs with the City of San Francisco, including before and after this Court issued its order of clarification regarding direct sunlight access at the jail (ECF 512). On November 11, 2023, I spoke with counsel for the City and reached out to Judge Beeler to check her availability, should her assistance be needed. On November 15 and 16, 2023, I again spoke to counsel for the City regarding settlement. On March 12, 2024, I spoke by telephone with Kaitlyn Murphy, counsel for the City of San Francisco, regarding potential settlement terms, which included discussion of fees and costs. I also transmitted a settlement offer that day. Then, on March 18, 2024, I transmitted a written settlement offer to counsel for the City of San Francisco, which included a full fees and costs settlement. We received no counter-offer or acceptance to either of these March 2024 offers.

3. Attached as **Exhibit 1** to this declaration is a spreadsheet, which I have personally assembled and reviewed. I employed the same procedure for reviewing time entries, and Greenfire Law's timekeeping policies are unchanged from those described in my earlier declaration (ECF 482, ¶¶16-21). As before, I have asked Yolanda Huang to enter her firm's fees and costs. I then have calculated totals on the "summary sheet" tab (p. 2, Exhibit 1), drawing from the each of the spreadsheet tabs: "GFL Time" (commencing at p. 6, Exhibit 1), and "YH Time" (commencing at p. 90, Exhibit 1). The total amount of fees sought by counsel for Plaintiffs is $2,070,208.94, after applying billing judgmen.

4. Greenfire Law incurred Pacer charges in third and fourth quarter of 2023 for this matter--$39.90 and $22.00, respectively. True and correct copies of statements, downloaded from Pacer by me on March 25, 2024, showing these amounts are attached hereto as **Exhibits 2 and 3**. Total costs are calculated from tab "costs" (commencing at p. 3, Exhibit 1). The total amount of costs sought by counsel for Plaintiffs is $380,622.87, with categories summarized at p. 3, Exhibit 1 (last three columns on page).

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 26th day of March, 2024 in Berkeley, California.

                    GREENFIRE LAW, PC

By:  */s/ Rachel Doughty*
      Rachel Doughty