# Exhibit 2

An official website of the United States government.  Here's how you know. ⌄

# BILLING HISTORY

Close

**Summary Details Transaction Report by Client Code**
**California Northern District Court**
**from 07/01/2023 to 09/30/2023**

Mon Mar 25 18:57:43 CDT 2024
**rdoughty7k**

Back    New Search

| Billing Transactions | | | | | |
|---|---|---|---|---|---|
| Login | Court | Date | Client Code | Pages | Audio | Cost |
| 3760415 | CANDC | 08/10/2023 | | 91 | 0 | $9.10 |
| Subtotal: | | 91 pages | | | | $9.10 |
| | | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | | $9.10 |
| **2020-00484** | | | | | | |
| 3760415 | CANDC | 09/22/2023 | 2020-00484 | 30 | 0 | $3.00 |
| Subtotal: | | 30 pages | | | | $3.00 |
| | | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | | $3.00 |
| **2020-508 CASA NIDO** | | | | | | |
| 3760415 | CANDC | 07/05/2023 | 2020-508 CASA NIDO | 1 | 0 | $0.10 |
| Subtotal: | | 1 pages | | | | $0.10 |
| | | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | | $0.10 |
| **2021-00594-HUANG/NORBERT SU** | | | | | | |
| 3760415 | CANDC | 09/07/2023 | 2021-00594-HUANG/NORBERT SU | 16 | 0 | $1.60 |
| Subtotal: | | 16 pages | | | | $1.60 |
| | | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | | $1.60 |
| **2021-00594 NORBERT** | | | | | | |
| 3760415 | CANDC | 08/08/2023 | 2021-00594 NORBERT | 12 | 0 | $1.20 |
| 3760415 | CANDC | 08/12/2023 | 2021-00594 NORBERT | 341 | 0 | $34.10 |
| 3760415 | CANDC | 09/08/2023 | 2021-00594 NORBERT | 30 | 0 | $3.00 |
| Subtotal: | | 383 pages | | | | $38.30 |
| | | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | | $38.30 |
| **2023-00688** | | | | | | |
| 3760415 | CANDC | 07/27/2023 | 2023-00688 | 4 | 0 | $0.40 |
| Subtotal: | | 4 pages | | | | $0.40 |
| | | 0 audio files ($2.40 each) | | | | $0.00 |
| | | | | | | $0.40 |
| Grand Total | | 525 pages | | | | $52.50 |
| | | 0 audio files ($2.40 ea) | | | | $0.00 |
| | | | | | | $52.50 |

Back    New Search

PACER FAQ                          Privacy & Security                              Contact Us

This site is maintained by the Administrative Office of the
U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov