# Exhibit 3

An official website of the United States government. Here's how you know.

# BILLING HISTORY

Close

**Summary Details Transaction Report by Client Code**
**California Northern District Court**
**from 10/01/2023 to 12/31/2023**

Mon Mar 25 19:02:34 CDT 2024
**rdoughty7k**

Back New Search

Billing Transactions

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| **2021-00594-HUANG/NORBERT SU** | | | | | | |
| 3760415 | CANDC | 10/18/2023 | 2021-00594-HUANG/NORBERT SU | 220 | 0 | $22.00 |

| | | | |
|---|---|---|---|
| Subtotal: | 220 | pages | $22.00 |
| | 0 | audio files ($2.40 each) | $0.00 |
| | | | $22.00 |

| | | | |
|---|---|---|---|
| Grand Total | 220 | pages | $22.00 |
| | 0 | audio files ($2.40 ea) | $0.00 |
| | | | $22.00 |

Back New Search



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov