**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS et al, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO.<br>Defendant. | Case No.: 3:19-cv-02724 SK<br><br>**DECLARATION OF YOLANDA HUANG IN SUPPORT OF PLAINTIFFS' MOTION FOR FEES AND COSTS (ECF 480)**<br><br>Date:  NA<br>Time:  NA<br>Dept:  Courtroom C, 15th Floor<br>    Federal District Court<br>    450 Golden Gate Ave.<br>    San Francisco, CA<br><br>Hon. Sallie Kim, presiding |

- 1 -
**DECLARATION OF YOLAND HUANG -- 3:19-CV-02724 SK**

I, Yoland Huang do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I incurred additional charges in trying this case, since we submitted the original motion for fees and costs. True and correct copies of receipts or other proof of expense for each of the following cost is attached hereto as the exhibit number indicated:

   a. **Expert Fee:** Charles Czeisler's fee for preparing his declaration (ECF 497) in support of Plaintiffs' Opposition to Defendant's Motion for Clarification. (**Exhibit 1**)

   b. **Various Correspondence-Related Charges for January 24, 2024, Letter to Class Members**: copy costs (**Exhibit 2**), envelopes (**Exhibit 3**), costs to stuff envelopes and deliver correspondence (**Exhibit 4**). I used contract workers for these tasks to minimize costs.

   c. **Photographer**: Brooke Anderson, photographer, fee for photography of site inspection (**Exhibit 5**)

3. In addition, I and others on the legal team invested more time in protecting the benefits of judgment achieved in this case (ECF 478, 479). As the lead counsel on this case, I oversaw the continued efforts, maintaining my practice of minimizing costs by assigning the person with the lowest billing rate who could competently complete each task. The attorney and staff hours for my office and the costs included in the chart attached as Exhibit 1 to Rachel Doughty's Declaration (ECF 514) are accurate.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 25th day of March, 2024 in Berkeley, California.

                              LAW OFFICE OF YOLANDA HUANG

                              By: */s/ Yoland Huang*
                                    Yoland Huang