# EXHIBIT 1

**Charles A. Czeisler, PhD, MD, DABSM, FAASM**
*Diplomate, American Board of Sleep Medicine Fellow, American Academy Sleep Medicine* **94 Woodland Street**
**Sherborn, MA 01770-1209**
*Phone: 617-752-2447; email: caczeisler@gmail.com*

March 2, 2024


Yolanda Huang, Esq.
2748 Adeline Street, Suite A
Berkeley, CA 94705
yhuang.law@gmail.com


INVOICE: For Expert Witness services in the matter of Kenyon Norbert, Troy McAllister, Marshall Harris, Armando Carlos, Montrail Brackens, Michael Brown, and Jose Poot, on behalf of Themselves Individually and Others Similarly Situated, as a Class and Subclass, Plaintiffs, vs. San Francisco County Sheriff's Department, City and County of San Francisco, San Francisco Sheriff Vicki Hennessey, Chief Deputy Sheriff Paul Miyamoto, Captain Jason Jackson, Captain McConnell, and John & Jane Does, Nos. 1-50, Defendants, United States District Court for the Northern District of California San Francisco/Oakland Division, Case No. 19-CV-02724-SK.

**ITEMIZED RECORD OF TIME FOR DR. CZEISLER**

| Date | Hours | Activity |
| --- | --- | --- |
| 01/03/2024 | .2 | Teleconference Attorney Rachel Doughty |
| 01/03/2024 | .8 | Draft, Review & Revise Declaration |
| 01/04/2024 | 1.2 | Draft, Review & Revise Declaration |
| 01/05/2024 | .8 | Completion Declaration, email Attorney Rachel Doughty |
|  | **3.0** | **Total Time (Hours) for Dr. Czeisler** |

Total:

$2,850.00     Dr. Czeisler's Time (3 hours at $950.00 per hour)