# EXHIBIT 2

# ORDER FORM

**elmwood copy + print**
2980 College Ave., Suite #2
Berkeley, CA 94705
Tel: (510) 549-2020
Fax: (510) 549-2023

NAME:
PHONE:
EMAIL:

| Description | Qty. | Price | Total |
|---|---|---|---|
| | 775 | | 200 |
| | 775 | | 50 |

Today's Date: 
Due Date:

Sub-Total
Tax
Total

Special Instructions:
Order taken by:
PAID / NOT PAID

---

JR RECEIPT
THANK YOU
ELMWOOD COPY
2980 COLLEGE AVE.
(510) 549-2020

01/23/2024  5:53PM   01
000000#7168   CLERK01

COPY        1: $250.00
COPY        1: $150.00
MDSE ST        $400.00
TAX            $41.00

ITEMS      20
CHARGE2   $441.00