# EXHIBIT 3

```
                              and use T    0.69
                        Visa 7770:         101.76
                                           101.96
AUTH CODE 019355
TDS Contactless
AID A0000000031010      CHASE VISA
TVR 000000000
CVS No Signature Required


Shop online at www.officedepot.com
*********************************************
     WE WANT TO HEAR FROM YOU!
     Visit survey.officedepot.com
     and enter the survey code below
              36TE GGAJ DTR1
         or scan the below QR code
```