EXHIBIT 4

# TIMOTHY PHILLIPS

- Stuffing envelopes with preprinted letters – 1/24/2024
- 775 Total

**Charge:  $250.00**

# Eric Wayne

- Delivery – two boxes of printed material to 850 Bryant, SF/Prison Legal
- January 24, 2024

**Charge:   $80.00**