DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
Telephone:     (415) 554-6762 [Murphy]
Facsimile:      (415) 554-3837
E-Mail:          sabrina.m.berdux@sfcityatty.org
E-Mail:          kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTRAIL BRACKEN, et al., | Case No. 19-cv-02724-SK (LB) |
| Plaintiffs, | **STATEMENT OF RECENT DECISION** |
| vs. | Trial Date:        August 8, 2023 |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant City and County of San Francisco brings to the Court's attention the Ninth Circuit judicial opinion in *Edemo v. Corizon, Inc.*, No. 22-35879 (9th

///

///

///

///

///

///

Cir. 2024), which is relevant to Plaintiffs pending Motion for Attorneys Fees. Dkt. No. 480. The opinion was filed on April 5, 2024. A copy of the opinion is attached hereto as **Exhibit A.**

Dated: April 10, 2024

                DAVID CHIU
                City Attorney
                JENNIFER E. CHOI
                Chief Trial Deputy
                SABRINA M. BERDUX
                KAITLYN MURPHY
                Deputy City Attorneys

                By: */s/ Kaitlyn Murphy*
                      KAITLYN MURPHY

                      Attorneys for Defendant
                      CITY AND COUNTY OF SAN FRANCISCO