**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**GREENFIRE LAW, PC**
Rachel Doughty, SBN 255904
Richard Brody, SBN 100379
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
Email: rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS et al, on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO. Defendant. | Case No.: 3:19-cv-02724 SK<br><br><br>**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES (ECF 480-483, 513-515)**<br><br><br>Date:  NA<br>Time:  NA<br>Dept:  Courtroom C, 15th Floor<br>          Federal District Court<br>          450 Golden Gate Ave.<br>          San Francisco, CA<br><br>Hon. Sallie Kim, presiding |

**- 1 -**
**DECLARATION OF RACHEL DOUGHTY -- 3:19-CV-02724 SK**

- 2 -

1    I, Rachel Doughty do declare and state:

2    1.    If sworn as a witness, I could and would testify to my personal knowledge of the

3    facts set forth herein.

4    2.    **Exhibit A** breaks down the fees requested of this Court by year for each biller in

5    response to the Order of this Court (ECF 519). I believe these to be accurate based upon the hours

6    keeping practices represented by each counsel in the declarations supporting Plaintiffs' fees

7    motion (ECF 480-483, 513-515).

8

9    I make this declaration under penalty of perjury under the laws of the United States of

10    America, executed this 13th day of May, 2023 in Berkeley, California.

11

12

13                                        GREENFIRE LAW, PC

14                            By:   */s/ Rachel Doughty*
                                   **RACHEL DOUGHTY**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF RACHEL DOUGHTY -- 3:19-CV-02724 SK**