| Biller | Graduation Year | Firm | Year | Total Hours | Total Hours Individual Rate Judgement | Total Rdx on individual hours | Enhancement Requested |
|---|---|---|---|---|---|---|---|
| Rachel Doughty | 2004 | GFL | ALL | 568.0 | 560.1 | 1.39% | 2.0 |
| Rachel Doughty | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Rachel Doughty | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Rachel Doughty | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Rachel Doughty | | | 2021 | 6.3 | 4.6 | 26.98% | |
| Rachel Doughty | | | 2022 | 147.1 | 145.1 | 1.36% | |
| Rachel Doughty | | | 2023 | 376.9 | 374.2 | 0.72% | |
| Rachel Doughty | | | 2024 | 37.7 | 36.2 | 3.98% | |
| | | | | | | | |
| Erica Plasencia | Paralegal/Translation | GFL | ALL | 26.6 | 26.1 | 1.88% | 1.2 |
| Erica Plasencia | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Erica Plasencia | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Erica Plasencia | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Erica Plasencia | | | 2021 | 2.1 | 2.1 | 0.00% | |
| Erica Plasencia | | | 2022 | 24.5 | 24.0 | 2.04% | |
| Erica Plasencia | | | 2023 | 0.0 | 0.0 | 0.00% | |
| Erica Plasencia | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Alexandra Monson | 2018 | GFL | ALL | 16.5 | 16.5 | 0.00% | 1.5 |
| Alexandra Monson | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Alexandra Monson | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Alexandra Monson | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Alexandra Monson | | | 2021 | 9.8 | 9.8 | 0.00% | |
| Alexandra Monson | | | 2022 | 6.7 | 6.7 | 0.00% | |
| Alexandra Monson | | | 2023 | 0.0 | 0.0 | 0.00% | |
| Alexandra Monson | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Carla Barraez | Paralegal | GFL | ALL | 6.1 | 5.5 | 9.84% | 1.0 |
| Carla Barraez | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Carla Barraez | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Carla Barraez | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Carla Barraez | | | 2021 | 0.6 | 0.0 | 0.00% | |
| Carla Barraez | | | 2022 | 2.6 | 2.6 | 0.00% | |
| Carla Barraez | | | 2023 | 2.9 | 2.9 | 0.00% | |
| Carla Barraez | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Ariel Strauss | 2011 | GFL | ALL | 22.2 | 11.2 | 49.55% | 1.5 |
| Ariel Strauss | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Ariel Strauss | | | 2019 | 0.0 | 0.0 | 0.00% | |

| Biller | Graduation Year | Firm | Year | Total Hours | Total Hours Individual Rate Judgement | Total Rdx on individual hours | Enhancement Requested |
|---|---|---|---|---|---|---|---|
| Ariel Strauss | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Ariel Strauss | | | 2021 | 2.5 | 2.5 | 0.00% | |
| Ariel Strauss | | | 2022 | 0.0 | 0.0 | 0.00% | |
| Ariel Strauss | | | 2023 | 19.7 | 8.7 | 55.84% | |
| Ariel Strauss | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Christian Bucey | 2017 | GFL | ALL | 3.9 | 3.7 | 5.90% | 1.5 |
| Christian Bucey | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Christian Bucey | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Christian Bucey | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Christian Bucey | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Christian Bucey | | | 2022 | 1.8 | 1.6 | 12.78% | |
| Christian Bucey | | | 2023 | 2.1 | 2.1 | 0.00% | |
| Christian Bucey | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Jessica Taylor | 2014 | GFL | ALL | 15.2 | 9.6 | 36.84% | 1.5 |
| Jessica Taylor | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Jessica Taylor | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Jessica Taylor | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Jessica Taylor | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Jessica Taylor | | | 2022 | 15.2 | 9.6 | 36.84% | |
| Jessica Taylor | | | 2023 | 0.0 | 0.0 | 0.00% | |
| Jessica Taylor | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Richard Brody | 1981 | GFL | ALL | 618.0 | 618.0 | 0.00% | 2.0 |
| Richard Brody | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Richard Brody | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Richard Brody | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Richard Brody | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Richard Brody | | | 2022 | 188.5 | 188.5 | 0.00% | |
| Richard Brody | | | 2023 | 428.4 | 428.4 | 0.00% | |
| Richard Brody | | | 2024 | 1.1 | 1.1 | 0.00% | |
| | | | | | | | |
| Susann Bradford | 2021 | GFL | ALL | 81.7 | 81.5 | 0.24% | 1.5 |
| Susann Bradford | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Susann Bradford | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Susann Bradford | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Susann Bradford | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Susann Bradford | | | 2022 | 74.4 | 74.4 | 0.00% | |
| Susann Bradford | | | 2023 | 7.3 | 7.1 | 2.74% | |

| Biller | Graduation Year | Firm | Year | Total Hours | Total Hours Individual Rate Judgement | Total Rdx on individual hours | Enhancement Requested |
|---|---|---|---|---|---|---|---|
| Susann Bradford | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Nuria de la Fuente | Legal Asst/ Translation | GFL | ALL | 124.7 | 113.7 | 8.84% | 1.2 |
| Nuria de la Fuente | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Nuria de la Fuente | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Nuria de la Fuente | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Nuria de la Fuente | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Nuria de la Fuente | | | 2022 | 18.4 | 18.2 | 1.09% | |
| Nuria de la Fuente | | | 2023 | 98.6 | 88.9 | 9.84% | |
| Nuria de la Fuente | | | 2024 | 7.7 | 6.6 | 14.61% | |
| | | | | | | | |
| Jessica Blome | 2007 | GFL | ALL | 4.3 | 4.3 | 0.00% | 1.5 |
| Jessica Blome | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Jessica Blome | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Jessica Blome | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Jessica Blome | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Jessica Blome | | | 2022 | 0.3 | 0.3 | 0.00% | |
| Jessica Blome | | | 2023 | 4.0 | 4.0 | 0.00% | |
| Jessica Blome | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Rae Lovko | 2000 | GFL | ALL | 92.8 | 92.8 | 0.00% | 1.5 |
| Rae Lovko | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Rae Lovko | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Rae Lovko | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Rae Lovko | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Rae Lovko | | | 2022 | 0.0 | 0.0 | 0.00% | |
| Rae Lovko | | | 2023 | 92.4 | 92.4 | 0.00% | |
| Rae Lovko | | | 2024 | 0.4 | 0.4 | 0.00% | |
| | | | | | | | |
| Lily Rivo | 2005 | GFL | ALL | 8.5 | 8.5 | 0.00% | 1.5 |
| Lily Rivo | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Lily Rivo | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Lily Rivo | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Lily Rivo | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Lily Rivo | | | 2022 | 0.0 | 0.0 | 0.00% | |
| Lily Rivo | | | 2023 | 8.5 | 8.5 | 0.00% | |
| Lily Rivo | | | 2024 | 0.0 | 0.0 | 0.00% | |

| Biller | Graduation Year | Firm | Year | Total Hours | Total Hours Individual Rate Judgement | Total Rdx on individual hours | Enhancement Requested |
|---|---|---|---|---|---|---|---|
| Donna Wallace | Senior Paralegal | GFL | ALL | 47.0 | 44.5 | 5.32% | 1.0 |
| Donna Wallace | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Donna Wallace | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Donna Wallace | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Donna Wallace | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Donna Wallace | | | 2022 | 0.0 | 0.0 | 0.00% | |
| Donna Wallace | | | 2023 | 47.0 | 44.5 | 5.32% | |
| Donna Wallace | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Paul Hauffman | 1976 | SSHH&Z | ALL | 6.0 | 0.0 | 100.00% | N/A |
| Paul Hauffman | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Paul Hauffman | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Paul Hauffman | | | 2020 | 6.0 | 0.0 | 0.00% | |
| Paul Hauffman | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Paul Hauffman | | | 2022 | 0.0 | 0.0 | 0.00% | |
| Paul Hauffman | | | 2023 | 0.0 | 0.0 | 0.00% | |
| Paul Hauffman | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Michael Seplow | 1990 | SSHH&Z | ALL | 9.0 | 0.0 | 100.00% | N/A |
| Michael Seplow | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Michael Seplow | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Michael Seplow | | | 2020 | 9.0 | 0.0 | 0.00% | |
| Michael Seplow | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Michael Seplow | | | 2022 | 0.0 | 0.0 | 0.00% | |
| Michael Seplow | | | 2023 | 0.0 | 0.0 | 0.00% | |
| Michael Seplow | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Yolanda Huang | 1982 | YH | ALL | 2,504.9 | 2,396.0 | 4.35% | 2.0 |
| Yolanda Huang | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Yolanda Huang | | | 2019 | 261.0 | 261.0 | 0.00% | |
| Yolanda Huang | | | 2020 | 286.6 | 286.6 | 0.00% | |
| Yolanda Huang | | | 2021 | 284.0 | 284.0 | 0.00% | |
| Yolanda Huang | | | 2022 | 729.3 | 729.3 | 0.00% | |
| Yolanda Huang | | | 2023 | 924.9 | 816.1 | 11.76% | |
| Yolanda Huang | | | 2024 | 19.2 | 19.1 | 0.52% | |
| | | | | | | | |
| Student Clerk | Student Clerk | YH | ALL | 40.0 | 40.0 | 0.00% | 2.0 |
| Student Clerk | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Student Clerk | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Student Clerk | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Student Clerk | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Student Clerk | | | 2022 | 0.0 | 0.0 | 0.00% | |
| Student Clerk | | | 2023 | 40.0 | 40.0 | 0.00% | |

| Biller | Graduation Year | Firm | Year | Total Hours | Total Hours Individual Rate Judgement | Total Rdx on individual hours | Enhancement Requested |
|---|---|---|---|---|---|---|---|
| Student Clerk | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Adirah Rodriguez | Student Clerk | YH | ALL | 14.5 | 14.5 | 0.00% | 2.0 |
| Adirah Rodriguez | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Adirah Rodriguez | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Adirah Rodriguez | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Adirah Rodriguez | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Adirah Rodriguez | | | 2022 | 0.0 | 0.0 | 0.00% | |
| Adirah Rodriguez | | | 2023 | 14.5 | 14.5 | 0.00% | |
| Adirah Rodriguez | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Pat Giacommetti | Senior Paralegal | YH | ALL | 133.3 | 133.3 | 0.00% | 2.0 |
| Pat Giacommetti | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Pat Giacommetti | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Pat Giacommetti | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Pat Giacommetti | | | 2021 | 4.0 | 4.0 | 0.00% | |
| Pat Giacommetti | | | 2022 | 129.3 | 129.3 | 0.00% | |
| Pat Giacommetti | | | 2023 | 0.0 | 0.0 | 0.00% | |
| Pat Giacommetti | | | 2024 | 0.0 | 0.0 | 0.00% | |
| | | | | | | | |
| Joshua Paiz | Student Clerk | YH | ALL | 156.8 | 156.8 | 0.00% | 2.0 |
| Joshua Paiz | | | 2018 | 0.0 | 0.0 | 0.00% | |
| Joshua Paiz | | | 2019 | 0.0 | 0.0 | 0.00% | |
| Joshua Paiz | | | 2020 | 0.0 | 0.0 | 0.00% | |
| Joshua Paiz | | | 2021 | 0.0 | 0.0 | 0.00% | |
| Joshua Paiz | | | 2022 | 0.0 | 0.0 | 0.00% | |
| Joshua Paiz | | | 2023 | 152.4 | 152.4 | 0.00% | |
| Joshua Paiz | | | 2024 | 4.4 | 4.4 | 0.00% | |