

# United States District Court

# Northern District of California
Audio Recording Order

* Required Field

## Case Information

Number of Recordings *

| 2 |

## Recording

Case Name *

| Brackens et al. v. City and County of San Francisco, et al. |

(Ex: Smith v. Doe)

Case Number *

| 3:19-cv-02724 SK |

(Format: yy-cc-nnnnn, Ex.: 16-cv-99999)

Hearing Judge *

| Magistrate Judge Sallie Kim |

Proceeding Date *

| 11/21/2022 and 12/12/2022. |

Audio Recording Start/Stop Time

| 9:33-9:41   and   9:35-10:16. |

(Ex: 3:32-3:38)

## Delivery Information

Name *

| Yolanda Huang |

Firm or Organization *

| Law Office of Yolanda Huang |
|---|

Contact Phone *

| 510-329-2140 |
|---|

Email Address *

| yhuang.law@gmail.com |
|---|

## Payment Information

Audio file cost for each individual proceeding = $34.00

Note: Your files will be placed in and retrieved from DropBox (No DropBox account necessary)

Total Payment

| $34.00 | $78.00 Total for 2 recordings |
|---|---|

The content of this document may contain Sensitive But Unclassified (SBU) data and/or Controlled Unclassified Information (CUI).