| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 17 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| MONTRAIL BRACKENS; et al., | No. 24-4789 |
| Plaintiffs - Appellants, | D.C. No. 3:19-cv-02724-SK |
| and | Northern District of California, San Francisco |
| KENYON NORBERT; et al., | MANDATE |
| Plaintiffs, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant - Appellee, | |
| and | |
| SAN FRANCISCO SHERIFF'S DEPARTMENT; et al., | |
| Defendants. | |

The judgment of this Court, entered August 01, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT