Yolanda Huang (Cal. Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
P.O. Box 5475
Berkeley, CA 94705
Ph/Fax: (510) 329-2140
Email: yhuang.law@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No.: 19-cv-02724-SK<br>Case No.: 26-cv-5508-SK<br><br><br>**DECLARATION OF YOLANDA HUANG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| LACARLA CARR, ALEXCIS HERRERA, THEA HOPKINS, SILVIA MONTOYA, DAMENA PAGE, GIOVANNA RAMIREZ-HERNANDEZ, MARILYN SAHAGUN-LOPEZ, KIMBERLY BOYD, KATELYN WILLIAMS and DOEs 1-50,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., and DOEs, Nos. 1 – 50,<br><br>        Defendants. | Case No.: 19-cv-02724-SK |

1

**DECLARATION OF YOLANDA HUANG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
26-cv-5508-SK / 19-cv-02724-SK

**DECLARATION OF YOLANDA HUANG**

I, Yolanda Huang, declare and state the following:

1.      I am an attorney duly licensed to practice before this Court, and counsel of record for the Plaintiffs in the above-captioned action.

2.      On June 24, 2026, after receiving City and County's motion to relate the case of Carr to Pierce (Dkt. 5) I contacted Edmund Wang, deputy City Attorney and counsel for Defendants City and County of San Francisco, requesting Defendants' position on whether this case should be related to *Brackens, et al. v. City and County of San Francisco, et al*. 3:19-cv-02724-SK (N.D. Cal.) [July 2, 2024] ("First Case"). Defendants' counsel responded on June 26, 2026, stating that if the Court in Pierce related Carr to Pierce, then the issue of consenting/declining the magistrate in this case would be moot.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Dated this 29th day of June, 2026 at Berkeley, California.


/s/ Yolanda Huang
Yolanda Huang
*Counsel for Plaintiffs*

DECLARATION OF YOLANDA HUANG IN SUPPORT OF ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
26-cv-5508-SK / 19-cv-02724-SK