Yolanda Huang (Cal. Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
P.O. Box 5475
Berkeley, CA 94705
Ph/Fax: (510) 329-2140
Email: yhuang.law@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MONTRAIL BRACKENS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 19-cv-02724-SK<br>Case No.: 26-cv-5508-SK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| LACARLA CARR, ALEXCIS HERRERA, THEA HOPKINS, SILVIA MONTOYA, DAMENA PAGE, GIOVANNA RAMIREZ-HERNANDEZ, MARILYN SAHAGUN-LOPEZ, KIMBERLY BOYD, KATELYN WILLIAMS and DOEs 1-50,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., and DOEs, Nos. 1 – 50,<br><br>Defendants. | |

1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
26-cv-5508-SK / 19-cv-02724-SK

**[PROPOSED] ORDER**

Good cause appearing, the Court finds that the following cases are related to this action under Civil Local Rule 3-12(a):

1.    *Brackens, et al. v. City and County of San Francisco, et al.* 3:19-cv-02724-SK (N.D. Cal.) [July 2, 2024] and Carr, et al. v. *City and County of San Francisco, et al.*, 26-cv-5508-SK

IT IS SO ORDERED.

Date: July ___, 2026

By: _____
                 United States Magistrate Judge

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
26-cv-5508-SK / 19-cv-02724-SK